AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NCR CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01172 |
| B.A.T INDUSTRIES p.l.c. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCR CORPORATION                              .

Date:   02/10/2023

/s/ Zachary Payne
*Attorney's signature*

Zachary Payne 5514658
*Printed name and bar number*

Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

*Address*

zpayne@sidley.com
*E-mail address*

(212) 839-5760
*Telephone number*

(212) 839-5599
*FAX number*