UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NCR CORPORATION,                                :
                                                :    Case No. 1:23-cv-01172
            Plaintiff,                          :
                                                :
    v.                                          :
                                                :
B.A.T INDUSTRIES p.l.c.,                        :
                                                :
            Defendant.                          :
                                                :
------------------------------------------------------------------------X

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 1.3, Bruce R. Braun hereby moves this Court for admission to practice *pro hac vice* in order to appear on behalf of Plaintiff NCR Corporation in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated: February 10, 2023                    Respectfully submitted,

                                            */s/ Bruce R. Braun*
                                            Bruce R. Braun
                                            Sidley Austin LLP
                                            One South Dearborn
                                            Chicago, IL 60603
                                            (312) 853-7000
                                            bbraun@sidley.com

                                            *Attorney for Plaintiff NCR Corporation*