UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                    :
NCR CORPORATION,                                                    :
                                                                    :     Case No. <u>1:23-cv-01172</u>
                                         Plaintiff,                 :
                                                                    :
           v.                                                       :
                                                                    :
B.A.T INDUSTRIES p.l.c.,                                            :
                                                                    :
                                         Defendant.                 :
                                                                    :
----------------------------------------------------------------------X

### <u>DECLARATION OF BRUCE R. BRAUN  IN SUPPORT OF MOTION</u><br><u>FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, I, Bruce R. Braun, declare as follows:

1.    My name is Bruce R. Braun. I have personal knowledge of the facts stated herein.

2.    I am an attorney practicing law with the law firm Sidley Austin LLP, located at One South Dearborn, Chicago, IL 60603. My telephone number is: (312) 853-7000.

3.    I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-referenced matter to appear as counsel for NCR Corporation.

4.    I am a member of good standing of the Illinois Bar.

5.    I have never been convicted of a felony.

6.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7.    There are no disciplinary proceedings pending against me in any state or federal court.

8.    I declare under penalty of perjury pursuant to 29 U.S.C. § 1746 that the information I

have provided is true and accurate. I also understand that the Court retains the right to

deny my admission based upon the content of the responses herein.

Executed: February 10, 2023                                      _/s/ Bruce R. Braun_
                                                                 Bruce R. Braun