UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
NCR CORPORATION,                                     :
:   Case No. 1:23-cv-01172
Plaintiff,                           :
:
v.                                                   :
:
B.A.T INDUSTRIES p.l.c.,                             :
:
Defendant.                           :
:
------------------------------------------------------------------------X

# [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Bruce R. Braun for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that she is a member in good standing of the bar of Illinois and that her contact information is as follows:

> Bruce R. Braun
> Sidley Austin LLP
> One South Dearborn
> Chicago, IL 60603
> (312) 853-7000
> bbraun@sidley.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff NCR Corporation in the above-entitled action.

**IT IS HEREBY ORDERED** that Bruce R. Braun is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                          United States District Judge