**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NCR CORPORATION,

    *Plaintiff*,

  v.

B.A.T INDUSTRIES p.l.c

    *Defendant*.

Case No.  1:23-cv-01172

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Local Rule 1.3, Charles K. Schafer hereby moves this Court for admission to practice *pro hac vice* in order to appear on behalf of Plaintiff NCR Corporation in theabove-captioned action.

  I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated:  February 10, 2023       Respectfully submitted,

          */s/ Charles K. Schafer*

          Charles K. Schafer
          Sidley Austin LLP
          One South Dearborn
          Chicago, IL 60603
          (312) 853-7000
          cschafer@sidley.com

          *Attorney for Plaintiff NCR Corporation*