UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR CORPORATION,<br><br>　　　　　*Plaintiff*,<br>　　v.<br><br>B.A.T INDUSTRIES p.l.c<br><br>　　　　　*Defendant*. | Case No. 1:23-cv-01172 |

## DECLARATION OF CHARLES K. SCHAFER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, I, Charles K. Schafer, declare as follows:

1. My name is Charles K. Schafer. I have personal knowledge of the facts stated herein.

2. I am an attorney practicing law with the law firm Sidley Austin LLP, located at One South Dearborn, Chicago, IL 60603. My telephone number is: (312) 853-7000.

3. I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-referenced matter to appear as counsel for NCR Corporation.

4. I am a member of good standing of the Illinois Bar.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any state or federal court.

8. I declare under penalty of perjury pursuant to 29 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed: February 10, 2023 /s/ *Charles K. Schafer*
Charles K. Schafer