UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR CORPORATION,<br><br>　　　　　　*Plaintiff*,<br>　　v.<br><br>B.A.T INDUSTRIES p.l.c<br><br>　　　　　　*Defendant*. | Case No. 1:23-cv-01172 |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Charles K. Schafer for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that she is a member in good standing of the bar of Illinois and that her contact information is as follows:

　　Charles K. Schafer
　　Sidley Austin LLP
　　One South Dearborn
　　Chicago, IL 60603
　　(312) 853-7000
　　cschafer@sidley.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff NCR Corporation in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge