AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| NCR Corporation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01172-JPC |
| B.A.T Industries p.l.c. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

B.A.T Industries p.l.c.

Date: 05/15/2023

/s/ Dennis H. Tracey, III
*Attorney's signature*

Dennis H. Tracey, III (DT7856)
*Printed name and bar number*

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
*Address*

dennis.tracey@hoganlovells.com
*E-mail address*

(212) 918-3524
*Telephone number*

(212) 918-3100
*FAX number*