AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| NCR Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-01172-JPC |
| B.A.T Industries p.l.c. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

B.A.T Industries p.l.c.                                                                                                    .

Date:    05/15/2023                                       /s/ Ian Lewis-Slammon
                                                                               *Attorney's signature*

                                                                  Ian Lewis-Slammon (5865027)
                                                                *Printed name and bar number*

                                                                       Hogan Lovells US LLP
                                                                       390 Madison Avenue
                                                                       New York, NY 10017
                                                                                  *Address*

                                                              ian.lewisslammon@hoganlovells.com
                                                                              *E-mail address*

                                                                          (212) 918-3818
                                                                         *Telephone number*

                                                                          (212) 918-3100
                                                                              *FAX number*