

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

Dennis H. Tracey, III
Partner
T + 1 212 918 3524
dennis.tracey@hoganlovells.com

May 15, 2023

*VIA ECF and Email*

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

Re:    *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC

Dear Judge Cronan:

This firm represents defendant B.A.T Industries p.l.c. ("BAT") in the above-referenced action. We write to request a 30-day extension of BAT's deadline to answer, move, or otherwise respond to plaintiff NCR Corporation's ("NCR") Complaint, [ECF No. 1], to June 23, 2023.  Counsel for NCR consents to the requested adjournment.

BAT's current deadline to answer, move, or otherwise respond to the Complaint in this case is May 24, 2023.  [ECF No. 11.]  The requested adjournment is required in order to allow counsel for BAT to complete the review and analysis of the matter in order to advise our client and prepare a response to the Complaint.  There have been no previous requests for an extension of this deadline.

Therefore, we respectfully request that BAT's deadline to answer, move, or otherwise respond to the Complaint be extended to June 23, 2023.

Respectfully submitted,

/s/ *Dennis H. Tracey, III*
Dennis H. Tracey, III
David R. Michaeli
Peter Bautz
Ian Lewis-Slammon
HOGAN LOVELLS US LLP

390 Madison Avenue  
New York, NY 10017  
Tel: 212-918-3524  
dennis.tracey@hoganlovells.com  
david.michaeli@hoganlovells.com  
peter.bautz@hoganlovells.com  
ian.lewisslammon@hoganlovells.com  

*Counsel for Defendant B.A.T Industries p.l.c.*