

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5760
ZPAYNE@SIDLEY.COM

June 30, 2023

**Via ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *NCR Corporation v. B.A.T Industries p.l.c.,* No. 1:23-cv-01172-JPC

Dear Judge Cronan:

We write on behalf of Plaintiff NCR Corporation ("NCR") in the above-referenced action to request an extension of NCR's deadline to answer, move, or otherwise respond to Defendant B.A.T Industries p.l.c. ("BAT")'s Counterclaims, [Dkt. No. 20], to August 29, 2023. NCR's current deadline to respond to BAT's counterclaims is July 14, 2023. There have been no previous requests for an extension of this deadline. Counsel for BAT consents to the requested adjournment.

Respectfully submitted,

/s/ Zachary Payne

Zachary Payne

cc:   Counsel of record (via ECF)