UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
NCR CORPORATION, :
:
Plaintiff, :
:  23 Civ. 1172 (JPC)
-v- :
:  ORDER
B.A.T INDUSTRIES P.L.C., :
:
Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      By letter dated August 29, 2023, Plaintiff requested a pre-motion conference in connection with its anticipated motions for judgment on the pleadings, to dismiss, and to strike Defendant's eight affirmative defenses. Dkt. 24. Upon review of the parties' pre-motion submissions, the Court has determined that a pre-motion conference is not necessary and orders the following briefing schedule on Plaintiff's anticipated motions: Plaintiff shall file any motions by October 2, 2023, Defendant's opposition shall be due by October 30, 2023, and any reply shall be due by November 20, 2023.

      The Clerk of Court is respectfully directed to close Docket Number 24.

      SO ORDERED.

Dated: September 5, 2023
       New York, New York

                                               JOHN P. CRONAN
                                          United States District Judge