

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5300
ZPAYNE@SIDLEY.COM

September 22, 2023

**Via ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

The request is granted. The parties' briefs shall conform to the page limits specified below.

SO ORDERED.
Date: September 26, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

Re:   *NCR Corporation v. B.A.T Industries p.l.c.,* No. 1:23-cv-01172-JPC

Dear Judge Cronan:

    We write on behalf of Plaintiff NCR Corporation to respectfully request a modest page-limit extension for the briefing on Plaintiff's forthcoming combined motion for judgment on the pleadings, motion to dismiss Defendant's counterclaims, and motion to strike Defendant's affirmative defenses, due October 2, 2023. In light of the fact that Plaintiff's filing will combine three motions, Plaintiff seeks thirty pages for the opening memorandum of law in support of its motions, thirty pages for Defendant's opposition, and fifteen pages for Plaintiff's reply.

    Counsel for Defendant has consented to this request.

Respectfully submitted,

/s/ *Zachary Payne*
Zachary Payne

cc:   Counsel of record (via ECF)