UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR CORPORATION, | |
| Plaintiff, | Case No.: 1:23-cv-1172-JPC |
| v. | |
| B.A.T INDUSTRIES p.l.c., | |
| Defendant. | |

**NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS, MOTION TO STRIKE AFFIRMATIVE DEFENSES, AND MOTION TO DISMISS COUNTERCLAIMS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff NCR Corporation's ("NCR's") Motion for Judgment on the Pleadings, Motion to Strike Affirmative Defenses, and Motion to Dismiss Counterclaims ("Motions"), dated October 2, 2023, the Declaration of John J. Kuster in Support of Plaintiff's Motions, dated October 2, 2023, along with the exhibits thereto, and all prior pleadings and filings had herein, Plaintiff NCR hereby moves this Court before the Honorable John P. Cronan, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, pursuant to Federal Rules of Civil Procedure 12(c), 12(f), and 12(b)(6), for an order (i) granting judgment on the pleadings as to NCR's Declaratory Judgment action, (ii) striking Defendant B.A.T Industries p.l.c. ("BAT's") affirmative defenses, and (iii) dismissing BAT's counterclaims in their entirety, and for such other and further relief as the Court may deem just and proper.

Dated: October 2, 2023
New York, New York

Respectfully submitted,

<u>/s/ John J. Kuster</u>
John J. Kuster
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
jkuster@sidley.com

*Attorney for Plaintiff NCR Corporation*