**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>B.A.T INDUSTRIES p.l.c.,<br><br>            Defendant. | Case No.: 1:23-cv-1172-JPC |

**DECLARATION OF JOHN J. KUSTER IN SUPPORT OF PLAINTIFF NCR CORPORATION'S MOTION FOR JUDGMENT ON THE PLEADINGS, MOTION TO STRIKE AFFIRMATIVE DEFENSES, AND MOTION TO DISMISS COUNTERCLAIMS**

I, John J. Kuster, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in support of Plaintiff NCR Corporation's ("NCR's") Motion for Judgment on the Pleadings, Motion to Strike Affirmative Defenses, and Motion to Dismiss Counterclaims.

2.      I am a partner at Sidley Austin LLP and counsel for NCR in this matter.

3.      Attached as Exhibit A hereto is a true and complete copy of the Confidential Settlement Agreement entered into between Plaintiff NCR and Defendant B.A.T Industries, plc.

4.      Attached as Exhibit B hereto is a true and complete copy of the Amended Complaint in *Georgia-Pacific et al., v. NCR et al.*, No. 11-cv-00483 (W.D. Mich. 2011).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 2, 2023

/s/ John J. Kuster<br>
John J. Kuster
