

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

**Via ECF and Email**

October 26, 2023

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

**Subject:**  *NCR Corporation v. B.A.T. Industries p.l.c., No. 1:23-cv-01172-JPC*

Dear Judge Cronan:

This firm represents defendant and counterclaimant B.A.T. Industries p.l.c. ("BAT") in the above-referenced action.

We write to request a 21-day extension of BAT's deadline to file opposition to plaintiff NCR Corporation's ("NCR") motion for judgment on the pleadings, to strike BAT's affirmative defenses, and to dismiss BAT's counterclaims [ECF No. 29], from October 30 to November 20, 2023.  Counsel for NCR consents to the requested extension.

BAT requests this extension in order to complete its analysis and response to NCR's motion.  BAT has not previously requested an extension of this filing deadline.

Therefore, we respectfully request that BAT's deadline to file its opposition to NCR's motion [ECF No. 29] be extended to November 20, 2023.

Respectfully Submitted,


/s Dennis H. Tracey, III

Dennis H. Tracey, III
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
+1 212 918 3524
Dennis.tracey@hoganlovells.com

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

Hon. John P. Cronan - 2 - October 26, 2023

*Counsel for B.A.T. Industries p.l.c.*

    cc.    All counsel of record (via ECF)