

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

**Via ECF and Email**

October 26, 2023

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

> The request is granted. Defendant shall file its opposition by November 20, 2023. The Clerk of Court is respectfully directed to close Docket Number 32.
>
> SO ORDERED.
> Date: October 27, 2023
> New York, New York
>
> JOHN P. CRONAN
> United States District Judge

**Subject:**     *NCR Corporation v. B.A.T. Industries p.l.c., No. 1:23-cv-01172-JPC*

Dear Judge Cronan:

This firm represents defendant and counterclaimant B.A.T. Industries p.l.c. ("BAT") in the above-referenced action.

We write to request a 21-day extension of BAT's deadline to file opposition to plaintiff NCR Corporation's ("NCR") motion for judgment on the pleadings, to strike BAT's affirmative defenses, and to dismiss BAT's counterclaims [ECF No. 29], from October 30 to November 20, 2023. Counsel for NCR consents to the requested extension.

BAT requests this extension in order to complete its analysis and response to NCR's motion. BAT has not previously requested an extension of this filing deadline.

Therefore, we respectfully request that BAT's deadline to file its opposition to NCR's motion [ECF No. 29] be extended to November 20, 2023.

Respectfully Submitted,


/s Dennis H. Tracey, III

Dennis H. Tracey, III
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
+1 212 918 3524
Dennis.tracey@hoganlovells.com

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Moscow   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rio de Janeiro   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington DC   Associated offices: Budapest   Jakarta   Shanghai FTZ   Ulaanbaatar   Zagreb. Business Service Centers: Johannesburg   Louisville. For more information see www.hoganlovells.com

Hon. John P. Cronan - 2 - October 26, 2023

*Counsel for B.A.T. Industries p.l.c.*

  cc. All counsel of record (via ECF)