

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5300
ZPAYNE@SIDLEY.COM

November 22, 2023

**Via ECF**
Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   *NCR Corporation v. B.A.T Industries p.l.c.,* No. 1:23-cv-01172-JPC

Dear Judge Cronan:

We write on behalf of Plaintiff NCR Corporation ("NCR") in the above-referenced action to request an extension to December 22, 2023 of NCR's deadline to submit a reply brief in further support of its consolidated motions for judgment on the pleadings, to dismiss B.A.T Industries p.l.c.'s ("BAT") counterclaims, and to strike BAT's affirmative defenses, dated October 2, 2023 (Dkt. 30) (the "Motions").

The Court previously issued a briefing schedule that made BAT's response to the Motions due October 30, 2023 with NCR's Reply due November 20, 2023. *See* Dkt. 26. These deadlines were reset following the Court's grant of a further extension of BAT's time to respond to NCR's Motions to November 20, 2023. *See* Dkt. 33. BAT responded to NCR's Motions on November 20, 2023. Dkt. 34. Counsel for BAT consents to the requested adjournment.

Respectfully submitted,

/s/ *Zachary Payne*
Zachary Payne

cc:   Counsel of record (via ECF)