UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NCR CORPORATION, :
:
:
Plaintiff, :
: 23 Civ. 1172 (JPC) (SDA)
-v- :
: <u>ORDER OF REFERENCE</u>
: <u>TO A MAGISTRATE</u>
B.A.T INDUSTRIES P.L.C., : <u>JUDGE</u>
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This action is referred to the Honorable Stewart D. Aaron for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute: _____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: September 16, 2024
    New York, New York

_____
JOHN P. CRONAN
United States District Judge