UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NCR Corporation,

                Plaintiff,

-against-

B.A.T. Industries P.L.C.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/18/2024

1:23-cv-01172 (JPC) (SDA)

ORDER SCHEDULING
**INITIAL PRETRIAL CONFERENCE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Order of Reference, ECF No. 39). All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-stewart-d-aaron.

       An Initial Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure will be held on Wednesday October 30, 2024, at 11:00 a.m. The conference shall be conducted via telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

       **Rule 16(b) Conference.** The parties are required to discuss at the conference the subjects set forth in Rule 16(b) and (c) of the Federal Rules of Civil Procedure.

       **Rule 26(f) Conference.** Counsel for the parties are directed to confer at least 21 days before the date of the Initial Case Management Conference to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties shall comply with their Rule 26(a)

initial disclosure obligations no later than 14 days after the parties' Rule 26(f) conference.

**Proposed Case Management Plan.** The parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-stewart-d-aaron at least one week prior to the scheduled conference. Counsel who disagree about the dates or other terms of the proposed schedule shall also file, on the same date, a joint letter briefly explaining the dispute.

**Attendance.** Counsel who attend the conference must have their appearance on file, and must be familiar with and prepared to discuss the facts and legal issues in the case, as well as the scope of damages. Counsel should expect to be asked specific questions concerning the case, and should be prepared to set forth all known facts that support any issue, claim or defense, including any claim for or defense to damages.

**Consent To Proceed Before Magistrate Judge.** The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf and file such form with the assigned District Judge prior to the Initial Pretrial Conference.

**ECF.** Pursuant to Local Rule 5.2 and Electronic Case Filing Rule 1.1, all documents required to be filed with the Court must be filed electronically, unless expressly exempted by local rule or an Order of the Court. Accordingly, all counsel for the parties shall register with the Clerk's office for electronic filing. Counsel need only register one time in the Southern District; it is not

necessary to register in every case in which counsel is involved. Information on electronic filing can be found on the ECF section of the Court's website at https://nysd.uscourts.gov/electronic-case-filing.

**SO ORDERED.**

Dated:   New York, New York
         September 16, 2024

_____
STEWART D. AARON
United States Magistrate Judge