

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 312 853 0644
CSCHAFER@SIDLEY.COM

September 18, 2024

**Via ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

    Re:    <u>NCR Corporation v. B.A.T Industries p.l.c.</u>, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

    We write on behalf of plaintiff NCR Corporation ("NCR") in the above-referenced action to request that the Court extend NCR's deadline to answer the counterclaims of defendant B.A.T Industries, p.l.c ("BAT") to October 18, 2024.

    The original deadline for answering BAT's counterclaims is September 30, 2024, and no previous extension has been sought. Two of NCR's counsel are out of the country this week or in the next couple of weeks on trips that were planned before Judge Cronan issued his ruling on NCR's motion to dismiss the counterclaims on September 14, 2024, and counsel have other significant briefing obligations over the next three weeks. Counsel for BAT consents to the requested extension.

    Respectfully submitted,

    <u>/s/ Charles K. Schafer</u>
    Charles K. Schafer

cc:    Counsel of record (via ECF)