UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br><br>B.A.T. INDUSTRIES p.l.c.<br><br>　　　　　　　　　Defendant. | Case No.: 1:23-cv-1172-JPC |

**B.A.T INDUSTRIES P.L.C.'S JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff B.A.T. Industries p.l.c. ("BAT"), by and through its undersigned counsel, hereby demands a trial by jury on all issues so triable in this action.

.

Dated: October 30, 2024					/s/ Dennis H. Tracey, III

　　　　　　　　　　　　　　　　　　　　Dennis H. Tracey, III
　　　　　　　　　　　　　　　　　　　　David R. Michaeli
　　　　　　　　　　　　　　　　　　　　Peter W. Bautz
　　　　　　　　　　　　　　　　　　　　HOGAN LOVELLS US LLP
　　　　　　　　　　　　　　　　　　　　390 Madison Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 918-3000
　　　　　　　　　　　　　　　　　　　　dennis.tracey@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　david.michaeli@hoganlovells.com
　　　　　　　　　　　　　　　　　　　　peter.bautz@hoganlovells.com