UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NCR CORPORATION, :
:
:
Plaintiff, :
:   23 Civ. 1172 (JPC) (SDA)
-v- :
:   AMENDED ORDER OF
:   REFERENCE TO A
B.A.T INDUSTRIES P.L.C., :   MAGISTRATE JUDGE
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This action is referred to the Honorable Stewart D. Aaron for the following purposes:

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion:

Plaintiff's anticipated motion to strike Defendant's jury demand, as outlined in Dkt. 51

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

SO ORDERED.

Dated: November 22, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge