

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

November 25, 2024

**Via ECF**

The Honorable Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

Re:   *NCR Corporation v. B.A.T. Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

We write on behalf of B.A.T. Industries p.l.c. ("BAT") to request an amendment to the briefing schedule for NCR Voyix Corporation's ("NCR") anticipated motion to strike BAT's jury demand. On November 20, NCR filed a pre-motion letter with Judge Cronan, which included a proposed briefing schedule, which NCR never sought BAT's input on. Dkt. 51. On November 22, Judge Cronan referred NCR's anticipated motion to strike to Your Honor for a report and recommendation. Dkt. 54. On November 23, Your Honor so-ordered NCR's proposed briefing schedule. Dkt. 55. Your Honor's Individual Practices "strongly encourage [the parties] to agree on a reasonable briefing schedule before the moving papers are filed." Rule III.A. If the parties agree on a briefing schedule, Your Honor requests that the parties inform the court "by letter as soon as agreement is reached." *Id.*

Pursuant to Your Honor's Rule III.A, BAT writes to inform the Court that NCR and BAT had reached agreement on a briefing schedule for NCR's intended motion to strike BAT's jury demand late last Friday, but BAT had not had a chance to draft and file a letter with the proposed schedule prior to Your Honor so ordering NCR's originally proposed briefing schedule. BAT and NCR agreed that, due to the holidays and travel schedules, BAT should be given extra time to respond to NCR's motion and NCR should be given additional time to file its reply. BAT therefore requests that the Court amend the briefing schedule to reflect the parties' agreed upon schedule:

| **Event** | **Original Date** | **Proposed Date** |
|---|---|---|
| NCR Opening Brief | December 11, 2024 | December 19, 2024 |
| BAT Opposition Brief | January 15, 2025 | January 30, 2025 |
| NCR Reply Brief | January 29, 2025 | February 20, 2025 |

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

This is BAT's first time requesting an amended briefing schedule. NCR consents to this amended briefing schedule.

For all these reasons, BAT respectfully request that the Court amend the briefing schedule. We thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                      /s/ Dennis H. Tracey III

                                      Dennis H. Tracey III
David R. Michaeli
Peter W. Bautz
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
T: (212) 918-3000
F: (212) 918-3100
dennis.tracey@hoganlovells.com
david.michaeli@hoganlovells.com
peter.bautz@hoganlovells.com

*Attorneys for B.A.T. Industries p.l.c.*