

Hogan Lovells US LLP
390 Madison Avenue

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

APPLICATION GRANTED

Hon. Stewart D. Aaron, U.S.M.J.

Dated: November 26, 2024

November 25, 2024

<u>Via ECF</u>

The Honorable Stewart D. Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

Re:   *NCR Corporation v. B.A.T. Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

We write on behalf of B.A.T. Industries p.l.c. ("BAT") to request an amendment to the briefing schedule for NCR Voyix Corporation's ("NCR") anticipated motion to strike BAT's jury demand. On November 20, NCR filed a pre-motion letter with Judge Cronan, which included a proposed briefing schedule, which NCR never sought BAT's input on. Dkt. 51. On November 22, Judge Cronan referred NCR's anticipated motion to strike to Your Honor for a report and recommendation. Dkt. 54. On November 23, Your Honor so-ordered NCR's proposed briefing schedule. Dkt. 55. Your Honor's Individual Practices "strongly encourage [the parties] to agree on a reasonable briefing schedule before the moving papers are filed." Rule III.A. If the parties agree on a briefing schedule, Your Honor requests that the parties inform the court "by letter as soon as agreement is reached." *Id.*

Pursuant to Your Honor's Rule III.A, BAT writes to inform the Court that NCR and BAT had reached agreement on a briefing schedule for NCR's intended motion to strike BAT's jury demand late last Friday, but BAT had not had a chance to draft and file a letter with the proposed schedule prior to Your Honor so ordering NCR's originally proposed briefing schedule. BAT and NCR agreed that, due to the holidays and travel schedules, BAT should be given extra time to respond to NCR's motion and NCR should be given additional time to file its reply. BAT therefore requests that the Court amend the briefing schedule to reflect the parties' agreed upon schedule:

| **Event** | **Original Date** | **Proposed Date** |
|---|---|---|
| NCR Opening Brief | December 11, 2024 | December 19, 2024 |
| BAT Opposition Brief | January 15, 2025 | January 30, 2025 |
| NCR Reply Brief | January 29, 2025 | February 20, 2025 |

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

Hon. Stewart D. Aaron - 2 - November 25, 2024

    This is BAT's first time requesting an amended briefing schedule.  NCR consents to this amended briefing schedule.

    For all these reasons, BAT respectfully request that the Court amend the briefing schedule.  We thank the Court for its attention to this matter.

                      Respectfully submitted,

                      /s/ Dennis H. Tracey III

                      Dennis H. Tracey III
                      David R. Michaeli
                      Peter W. Bautz
                      HOGAN LOVELLS US LLP
                      390 Madison Avenue
                      New York, NY 10017
                      T: (212) 918-3000
                      F: (212) 918-3100
                      dennis.tracey@hoganlovells.com
                      david.michaeli@hoganlovells.com
                      peter.bautz@hoganlovells.com

                      *Attorneys for B.A.T. Industries p.l.c.*