UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>B.A.T INDUSTRIES p.l.c.,<br><br>        Defendant. | Case No.: 1:23-cv-1172-JPC |

### NOTICE OF PLAINTIFF NCR VOYIX CORPORATION'S MOTION TO STRIKE DEFENDANT B.A.T INDUSTRIES p.l.c'S JURY DEMAND

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff NCR Voyix Corporation's ("NCR") Motion to Strike Defendant B.A.T Industries p.l.c.'s ("BAT") Jury Demand, dated December 19, 2024, Plaintiff NCR hereby moves this Court before the Honorable John P. Cronan, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, pursuant to Federal Rule of Civil Procedure 39(a)(2) for an order striking BAT's jury demand (Dkt. 48).

As set forth in the briefing schedule set by the Court on November 26, 2024 (Dkt. 57), BAT's response to this Motion is due by January 30, 2025 and NCR's reply is due February 20, 2025.

Dated: December 19, 2024
New York, New York

                                                    Respectfully submitted,

                                                    */s/ Zachary Payne*
                                                    Zachary Payne
                                                    SIDLEY AUSTIN LLP
                                                    787 Seventh Avenue
                                                    New York, NY 10019
                                                    (212) 839-5300
                                                    zpayne@sidley.com

                                                    *Attorney for Plaintiff NCR Corporation*