

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

January 14, 2025

**By ECF**

Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11C
New York, NY 10007

**Re:**     *NCR Corporation v. B.A.T. Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

Hogan Lovells US LLP ("Hogan Lovells") represents Defendant B.A.T. Industries p.l.c. ("BAT"), in the above-captioned matter.

Peter W. Bautz hereby moves to withdraw as counsel for BAT on the grounds that, after January 16, 2025, he will no longer be associated with Hogan Lovells.

Hogan Lovells will continue to represent BAT in this case; Dennis H. Tracey, III, David R. Michaeli, and Ian Lewis-Slammon have previously filed notices of appearance. Pursuant to Local Rule 1.4, no affidavit is necessary because Hogan Lovells will remain as counsel for BAT.

Accordingly, the undersigned respectfully requests that the Court grant his motion to withdraw as counsel for BAT.

Respectfully submitted,

*/s/ Peter W. Bautz*

Peter W. Bautz
Senior Associate
peter.bautz@hoganlovells.com
D 1 212 918 3572

cc:     All counsel of record (by ECF)
        B.A.T. Industries p.l.c. (by email)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Shanghai FTZ.   Business Service Centers: Johannesburg  Louisville.  For more information see www.hoganlovells.com