AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| NCR Corporation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01172-JPC |
| B.A.T. Industries p.l.c. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

B.A.T. Industries p.l.c.   .

Date:   01/16/2025

/s/ Nathaniel Benfield
*Attorney's signature*

Nathaniel Benfield (NB8879)
*Printed name and bar number*

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017

*Address*

nathaniel.benfield@hoganlovells.com
*E-mail address*

(212) 918-3158
*Telephone number*

(212) 918-3100
*FAX number*