

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

February 25, 2025

*Via ECF*

The Honorable Stewart D. Aaron
United State Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 703
New York, NY 10007

**Re:**   *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC

Dear Judge Aaron,

      We represent defendant B.A.T. Industries p.l.c. ("BAT") in the above-captioned proceeding. We write on behalf of BAT, pursuant to Part III.D of Your Honor's *Individual Practices*, to request that the Court schedule oral argument on plaintiff NCR Corporation's Motion to Strike Defendant's Jury Demand. BAT respectfully submits that oral argument may assist the Court in addressing the issues presented by the Motion and provide the Court an opportunity to have the parties answer any outstanding questions it may have.

Respectfully submitted,

*/s/ Dennis H. Tracey III*
Dennis H. Tracey III
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: 212-918-3524
dennis.tracey@hoganlovells.com

*Counsel for Defendant B.A.T Industries p.l.c.*

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Berlin   Beijing   Birmingham   Boston   Brussels   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Munich   New York   Northern Virginia   Paris   Philadelphia   Riyadh   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Warsaw   Washington, D.C.   Associated Offices:  Budapest   Jakarta   Shanghai FTZ.   Business Service Centers:  Johannesburg   Louisville.   For more information see www.hoganlovells.com