

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

February 25, 2025

*Via ECF*

The Honorable Stewart D. Aaron
United State Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 703
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025
```

**Re:**   *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC

Dear Judge Aaron,

      We represent defendant B.A.T. Industries p.l.c. ("BAT") in the above-captioned proceeding. We write on behalf of BAT, pursuant to Part III.D of Your Honor's *Individual Practices*, to request that the Court schedule oral argument on plaintiff NCR Corporation's Motion to Strike Defendant's Jury Demand. BAT respectfully submits that oral argument may assist the Court in addressing the issues presented by the Motion and provide the Court an opportunity to have the parties answer any outstanding questions it may have.

Respectfully submitted,

*/s/ Dennis H. Tracey III*
Dennis H. Tracey III
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Tel: 212-918-3524
dennis.tracey@hoganlovells.com

*Counsel for Defendant B.A.T Industries p.l.c.*

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

Defendant's request for oral argument on Plaintiff's Motion to Strike Defendant's Jury Demand is GRANTED. The parties shall appear for oral argument on Monday, March 17, 2025, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Dated: February 25, 2025