

| | | |
|---|---|---|
| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>+1 312 853 7000<br>+1 312 853 7036 FAX | +1 312 853 0644<br>CSCHAFER@SIDLEY.COM |

March 4, 2025

**<u>Via ECF</u>**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>*NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA</u>

Dear Judge Aaron:

    We represent plaintiff NCR Voyix Corporation ("NCR") in the above-captioned proceeding. An oral argument in this matter, on Plaintiff's Motion to Strike Defendant's Jury Demand, is currently scheduled for Monday, March 17, 2025 at 2:00 PM. ECF No. 68.

    Having conferred with counsel for Defendant B.A.T Industries p.l.c. ("BAT"), we write to respectfully request an adjournment of this oral argument to Tuesday, May 13; Thursday, May 29; or Friday, May 30. BAT consents to this request.

    I respectfully request this adjournment because I have a full-day personal commitment scheduled on the same date. This is Plaintiff's first request for an adjournment of this proceeding.

                                        Respectfully submitted,

                                        <u>/s/ Charles K. Schafer</u>
                                        Charles K. Schafer (admitted *pro hac vice*)

cc:     Counsel of record (via ECF)

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.