

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036 FAX

+1 312 853 0644
CSCHAFER@SIDLEY.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/4/2025
```

March 4, 2025

**Via ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

     We represent plaintiff NCR Voyix Corporation ("NCR") in the above-captioned proceeding. An oral argument in this matter, on Plaintiff's Motion to Strike Defendant's Jury Demand, is currently scheduled for Monday, March 17, 2025 at 2:00 PM. ECF No. 68.

     Having conferred with counsel for Defendant B.A.T Industries p.l.c. ("BAT"), we write to respectfully request an adjournment of this oral argument to Tuesday, May 13; Thursday, May 29; or Friday, May 30. BAT consents to this request.

     I respectfully request this adjournment because I have a full-day personal commitment scheduled on the same date. This is Plaintiff's first request for an adjournment of this proceeding.

                               Respectfully submitted,

                               /s/ Charles K. Schafer
                               Charles K. Schafer (admitted *pro hac vice*)

cc:   Counsel of record (via ECF)

Request GRANTED. The oral argument scheduled for March 17 is adjourned to May 13, 2025, at 2:00 p.m. in Courtroom 11C. SO ORDERED.
Dated: 3/4/2025

*/s/ Stewart D. Aaron*