# Exhibit A

**<u>CERTIFICATION</u>**

I, Dennis H. Tracey III, counsel for Defendant B.A.T. Industries p.l.c. ("BAT" or "Defendant"), certify as follows:

1. On Monday, January 13, 2025, the parties met and conferred regarding the scope of discovery in this action. Specifically, the parties discussed the relevant time period for discovery, search terms, and custodians. At that meeting were Chad Schafer and Zachary Payne, attorneys for NCR Corporation ("NCR"), and Dennis Tracey, David Michaeli, Nate Benfield, and Benjamin Diamond, attorneys for BAT. The parties met from approximately 3-4pm EST.

2. The parties next met and conferred regarding the proper scope of discovery on Tuesday, January 21, 2025, from approximately 2-3pm EST. The attendees for that meeting were Mr. Payne for NCR, and Messrs. Benfield and Diamond for BAT.

3. The parties again met to discuss their discovery disputes on Wednesday, February 19, 2025 from approximately 11AM-12PM EST. At that meeting were Messrs. Schafer and Payne for NCR, and Messrs. Benfield and Diamond, along with Richard Lawton and Edward Slattery, for BAT.

4. The parties also exchanged multiple letters regarding the scope of discovery in this action.

5. While the parties have been able to resolve most of their disagreements, unfortunately, they have not been able to agree on an appropriate date range for discovery. In particular, the parties have been unable to agree on the time periods over which Plaintiff should be required to conduct fresh document collections.

6. NCR's position is that it should only be required to review documents between 1994 and 1999 because (a) NCR sees no reason to believe that there would be relevant documents outside of the 1994-1999 period; (b) NCR believes review of documents outside of the 1994-1999 period would be unduly burdensome; and (c) NCR believes that review of documents prior to 1994 is unnecessary due to its productions from prior cases.

7. On March 18, 2025, in a further effort to resolve this issue between the parties, BAT sent NCR a letter proposing narrow date ranges between 1980-1994, and 2000-2023 for NCR's document collection (outside of the agreed upon 1994-1999 period). BAT offered to meet and confer again regarding this issue. BAT explained that if the parties were unable to resolve their differences, it would be forced to raise the issue with Your Honor.

8. On March 25, 2025, NCR rejected BAT's proposal and did not respond to its request to meet and confer.

_____

Dennis H. Tracey III