# Exhibit B

## **TIME PERIODS**

- September 1, 1980 – March 30, 1981

- July 1, 1982 – January 31, 1983

- January 1, 1984 – December 31, 1984

- July 1, 1986 – January 30, 1987

- September 1, 1987 – March 1, 1988

- May 30, 1990 – November 30, 1990

- January 1, 2003 – June 30, 2003

- September 1, 2010 – March 1, 2011

- January 1, 2013 – December 31, 2013

- March 30, 2014 – September 30, 2014[1]

- January 1, 2018 – June 30, 2018

- September 1, 2019 – March 30, 2021

---

[1] This date range is six months before the Funding Agreement was signed, instead of three months before and three months after the signing, to capture the extensive negotiations in connection with the Funding Agreement.