# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NCR CORPORATION,

                Plaintiff,

    v.                                    No.: 1:23-cv-1172-JPC-SDA

B.A.T INDUSTRIES p.l.c.,

                Defendant.

## DECLARATION OF ZACHARY PAYNE

I, Zachary Payne, pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an associate at Sidley Austin LLP and counsel of record for NCR in this action. The statements in this declaration are based on my personal knowledge.

2.     I am familiar with the documents that have been collected from previous litigations for re-production by NCR in the above-captioned action (the "Prior Litigation Documents").

3.     Based on my review of the Prior Litigation Documents, I can confirm that NCR has produced in this action, thousands of pages of documents from previous litigations, including *Georgia-Pacific Consumer Products LP v. NCR Corp.*, No. 1:11–cv–00483-RJJ (W.D. Mich.), that date between 1980 to 1993 or after 1999, and which include documents that were originally produced by NCR in those litigations.

4.     I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of April 2025.

                                                    /s/ Zachary Payne

                                                    Zachary Payne