# Exhibit B

Page 404

1       Direct - Schlikman
2  that made into the river that would be addressed
3  during the course of what's generally referred
4  to as the "PCB cleanup."
5           And that being the case and then we
6  had some concern that those type of contaminants
7  may have been released by the Appleton plant at
8  some point in time, we proposed that they be
9  covered by the agreement just to make it as
10 inclusive and broad as possible.
11     Q.   So is it fair to say you were
12 proposing an even further broadening of the
13 agreement beyond what had been agreed to at the
14 mediation?
15     A.   Yes, we were.
16     Q.   Let's look at paragraph numbered 2 on
17 the next page which is entitled, "Scope of the
18 agreement/other sites."
19          Why did you call this issue out in
20 the letter to Bob Bourque?
21     A.   We were aware that the issues that
22 were arising at the Fox River site could arise
23 at other sites.  And the particular site I have
24 in mind here was the Kalamazoo River in
25 Michigan.

1            Direct - Schlikman
2           The Kalamazoo River is a river that
3   was contaminated with PCBs.  And in the
4   information that we had obtained about what was
5   going on at that river system, there was a lot
6   of information indicating that the government
7   authorities and others believed that the PCBs
8   came from the recycling, de-inking or repulping
9   of NCR carbonless paper.
10          The reason we proposed that sites
11  like that be included is that they really raised
12  exactly the same issues we had just addressed
13  concerning the Fox River site, the same issues
14  under the 1978 agreement.  And our thinking was
15  if NCR and Appleton and BAT are going to work
16  together to try to defend the claims at the Fox
17  River site, they should probably work together
18  to defend the claims that might arise at other
19  sites like the Kalamazoo site.
20          So we proposed that the agreement be
21  extended to include what we referred to I think
22  in the definitions as "future sites."
23      Q.   So was there ever any discussion
24  about limiting the liability that was the
25  subject of this agreement only to the