# Exhibit D

CHRONOLOGY

*november, 1971*

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 2<br>11/15/65 | Request for toxicity studies on NCR KPCF paper. Samples tested were Canary KPCF, and untinted coating (liquid) KPCF. Testing done by Hill Top Research, Inc., Miamiville, Ohio. | Letter, R.W. Sandberg (NCR) to Dr. M.J. Thomas, (NCR) requesting studies of toxicity, 11/15/65. Report from Hill Top Research, Inc. 1/13/66. | Extremely low order of primary skin irritation potential, and very little sign of eye irritation in rabbits. No mortalities on acute oral administration of CF coating to rats. |
| 3<br>12/30/65 | Monsanto's reply to Dr. M.J. Thomas' request for for Monsanto's data on toxicity of Aroclor 1242. | Letter to Dr. W.H. Hunt (Monsanto) to Dr. M.J. Thomas (NCR), 12/30/65 | Aroclor 1242. Non-toxic orally-rats; moderately toxic by skin absorption, female rabbits; no significant changes to skin, blood, urine or body tissues. |
| 1<br>4/25/56 | "Toxocity of the Vapors of Aroclor 1242 and Aroclor 1254" (Copy of paper presented to the American Industrial Hygiene Assn.). The work was sponsored and paid for by the Monsanto Co. Work was done at the Kettering Laboratory, Dept. of Preventive Medicine & Industrial Health, College of Medicine, University of Cincinnati. | Paper presented at the 17th annual meeting of the American Industrial Hygiene Assn., 4/25/56. Copy of this paper was included with Dr. Hunt's letter of 12/30/65, (above). | Prolonged intermittent exposure of animals to Aroclor 1242 vapor (1.90 to 8.63 micrograms per liter) showed no injury. Suggests tolerance of 2 mg/cu meter is not harmful. |
| 4<br>1/9/68 | Biodegradable alkylate. A215, A222, A225, A228 & A230 | Monsanto product specification | Alkylates are linear alkylbenzene. They are considered to be mild skin & eye irritants. Avoid prolonged skin contact or breathing of fumes. |
| 5<br>12/15/69 | Toxicity of Aroclors | Letter, Edward V. John (Monsanto) to Kevin P. Shea (Environment Magazine) 12/15/69. | In more than 40 years of manufacturing and using Aroclor, Monsanto had no injuries or adverse effects. |
| 6<br>1969 | Monsanto's public statement re DDT, DDE, & PCB | Statement from: Monsanto Co., St. Louis, Mo. Reference to a Monsanto study on rats and the normal laboratory species, 90 days. | PCB's are not "highly toxic." Not hazardous when handled and used properly. No adverse effects reported when feedings of up to 100 parts per million were used on normal lab species. |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER
Exhibit 1791
APIFOX00013684
API 147053
NCRV_00117236

CONFIDENTIAL—SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

2

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 7<br>12/8/69 | "Wild Life and Chemicals." A television interview on the subject of PCB's in birds and fish. It appears that James Burke was the TV interviewer, and Ian Press a representative of the chemical industry. | Transcript from "24 Hours", a BBC Television Programme. Transcript forwarded to Dr. C. Collingham of Wiggins Teape by T.J. Hunt of Monsanto Co., London, England. | In spite of a "background PCB residue" in most wild birds in Britan, Ian Press stated "categorically" that it would be quite wrong to assume that PCB's were the cause of death of these birds. |
| 8<br>2/5/70 | Loss of Coho Fry Laid to Pesticide | Article in "The Washington Post." | Coho salmon lost because of DDT. Linduska (Assoc. Dir. of the Bureau of Sports Fisheries and Wildlife) claims that PCB may "over the long pull be the greatest problem compound we have." He indicates its use in pesticides, paints, insulating materials & plastics. (See page 3, Ref 13.) |
| 9<br>2/20/70<br>9A<br>2/26/70 | Atmospheric pollution with NCR CF/CB | W. J. Goetz | A calculation of the level of Aroclor and phenolic monomer developed under mill conditions. Source was Monsanto and sublimation tests at API. |
| 10<br>3/12/70 | Investigation of Internal Phase Solvents | Memo: R. C. Jezere to W. J. Goetz | Covers phone calls from Dr. Scott Tucker of Monsanto. Techniques for collecting and testing vapors. Suggested acceptable concentration $0.5-1.0$ mg/m$^3$ |
| 11<br>3/31/70 | DDT-PCB | Photostat of unknown origin | DDT & PCB reduce estrogen concentration in ring doves, thereby causing them to produce thin-shelled eggs. |
| 12<br>3/27/70 | DYNAIR discontinues use of NCR Paper | Letter: E. G. Grimman (Pres., Dynair) to Stanley Long (Pres., NCR). | Since fumes cause respiratory problems and itching of skin and fumes are unpleasant, they went back to carbon paper. |

APIFOX00013685
API 147054
NCRV_00117237
NCRV_00117236

3

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 13<br>4/7/70 | Statement by Congressman William F. Ryan (N.Y.) on pollution of environment by PCB. Made on 4/10/70. | Report of telephone contact with Dr Franklin Field, Science Editor for WNBC, New York (from Monsanto Public Relations Dept.) Rough Draft. | Quite inflammatory statement sort of summarizing all the ecological charges made against Aroclor. This phone report indicates Monsanto's preliminary plans for rebuttal. |
| 13A<br>4/10/70 | Monsanto replies to charge that PCB threatens environment | Press release - Monsanto Public Relations Dept. | A good answer to Congressman Ryan's press release. |
| 13B<br>2/10/70 | Final draft of (No. 13 above). Also include 2nd phone call | Report of telephone call Cumming Platon (Monsanto to Gordon Taylor (NCR). | See No. 13 release |
| 13C<br>4/11/70 | Aroclor & NCR Paper | Letter H.V. Lauer to G. J. Wilson | Discusses Ryan press release and mentions article in Dayton Journal Harold |
| 13D<br>3/11/70 | Household chemical called as troublesome as DDT | Article appearing in Dayton Journal Herold: Charges made by Dr. Robert Risenbrough of Dept. of Nutritional Science, U. of Calif. Berkley. | Rehash of charges made by Ryan |
| 14<br>2/15/70 | Statement to Ministry (of Agriculture, Fisheries & Food, U.K.) on Aroclor | Letter: Cumming Platon (Monsanto) to J.E.G. Taylor (NCR). | Mr. Platon sends suggested test of statement from Monsanto to the Ministry concerning uses of PCB's. |
| 15<br>6/1/70 | Monsanto discontinues sale of PCB's for modifier and plasticizer application effective 8/30/70. | Letter: Schalk (Monsanto) to Prentner (NCR) | This was a general announcement to all customers. |
| 16<br>6/1/70 | PCB detected in cashew nuts was found to come from cardboard drum | Letter: Maier (Monsanto) to Gordon Taylor contains letter to editor of Chemistry & Industry UK May 30, 1930 from Pest Infection Control Labl, Surrey, England | The one sample found to contain PCB was packed in cardboard drum. Subsequent testing on other paperboards showed all to contain more or less PCB. |

APIFOX00013686   API 147055   NCRV_00117238   NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

4

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 17<br>7/12/70 | "PCB, a threat to Mankind." | Article in Akron Beacon Journal by Richard Pathier, Knight newspapers. | Same charges as Ryan (Ref. no. 13). Notes that PCB's are "persistent". States that the compound is toxic to fish, birds, and animals. |
| 18<br>7/15/70 | "Suspect birth-defect Chemical Sale Limited" | Newspaper item - Washington, D.C. dateline | Monsanto, in a letter to Congressman Ryan stated that it would no longer sell PCB for use as a water-resistant plasticizer or as a hydraulic fluid. |
| 19<br>8/19/70 | California plans to limit shipment of goods which contain a percentage of hydro carbons into the state. | Letter: D.W. McIntosh to B.E. Olive (Legal Dept.) | Request from NCR Tech. Ser. to Legal Dept. for clarification. |
| 20<br>9/3/70 | Hold-harmless statement requested of NCR | Memo: T.W. Busch to J.P. Reeve | Regarding role of NCR broke to waste-paper dealers, Mr. Busch notified Dayton of procedures used at Appleton for handling NCR emulsion and waste paper. He requested a "Hold-Harmless" statement from all liability connected with Aroclor. |
| 21<br>9/15/70 | "Potential Pollutants worry DNR (Wis.)" | Letter: J.F. Whalen to L.J. Glibbert (NCR) enclosing article from 9/3/70 Post Crescent. | Studies underway on occurrence & prevalence of PCB's and recommends studies of their potential effect aquatic creatures including fishbeds. |
| 22<br>10/9/70 | Inquiry from Swedish Government Lab into PCB's in NCR-type paper | Letter" C. Capps (W-T) to W.L.S. Orde (NCR-London). Letter: Swedish Water & Air pollution Research Lab to Wiggins-Teape. | Advise of preliminary ecological thinking on possible future expansion of NCR-type paper in Sweden |

APIFOX00013687  API 147056  NCRV_00117239  NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

5

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 23<br>10/12/70 | "PCB's - Prevalent and Persistent" | Cover Letter: Papageorge (Monsanto) to Gordon Taylor enclosing article from October 1970 issue of Environmental Science & Technology (C.G. Gustafson). | This appears to be a technically sound, realistic assessment of the ecological relationship of PCB's as understood in October 1970. A good basic reference. |
| 24<br>10/22/70 | Tentative NCR statement on PCB pollution | Rough draft | Indicates intention to replace Aroclor in NCR Paper by second quarter, 1971. |
| 25<br>10/22/70<br>11/24/70 | "Corals hold; transmit poisons." "First DDT, now PCB." | Articles in Science News, vol. 98 (1970). | PCB has been suspected since 1966 of causing many of the same ill-effects in organisms as DDT. Evidence of their dangers now accumulated. |
| 26<br>11/6/70 | Answer to Swedish Government Lab (See Ref. 22). | Letter: H.V. Lauer to H.D. Bouving (Swedish Air & Water Pollution Research Lab). | Indicates that Wiggins-Teape ceased using Aroclor in July 1970 and that the USA mills will be early 1971. |
| 27<br>2/1/71 | PCB's in gray liner (or food) board. | Telephone call: Wolfsberg (consultant to American Paper Institute Biological and chemical Research Committee) to D.W. McIntosh. | FDA may create trouble on account of PCB found in liner board (source-NCR Paper waste). Wolfsberg notified that conversion to non-PCB NCR Paper imminent. |
| 28<br>3/8/71 | PCB Poisoning | Exchange of cables: Sagiya (Japan) and Gordon Taylor (NCR). | Sagiya cites poisoning case in Japan (tetra chloro biphenyl) in edible rice oil cites that STARS & STRIPES stopped using NCR Paper in Japan. Taylor's response cites medical test evidence that no chronic or cumulative effects would be expected to occur in human beings handling NCR Paper in forms daily. |

APIFOX00013688
NCRV_00117240
API 147057
NCRV_00117236

6

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 29<br>5/3/71 | Di alkyl Phthalates | News item in Chem. Eng. News - 2/15/71 | Dr. Rubin of Johns Hopkins has found several phthalate plasticizers often used in polyvinyl chloride may be harmful to the human body. Still only speculation. We should be alert to further developments here. NCR does not use these solvents but has investigated them from time to time. |
| 30<br>5/11/71 | Discharge of toxins to waters of Ohio. | A resolution adopted by the Ohio Water Control Board (2/9/71) which includes a section: "Safeguards for Toxins." | The attorney general of Ohio will be asked to prosecute anyone who pollutes the water of the state "who has not complied with the resolution and the requirements set forth in the "Safeguards for Toxins." |
| 31<br>5/12/71 | Toxic chemicals in Miami River | Clippings from Dayton Daily News and Dayton Journal-Herald - (5/13/71) | |
| 32<br>32A 4/16/70<br>32B 4/21/70 | Planning for more toxicological testing | Rough draft notes -- meeting with Dr. Teske (Hill Top)<br><br>Phone call: unknown (NCR) to Jack Garrett (Monsanto) | Preliminary comments on animal testing, human testing, responsibility of manufacturer for extensive test program, inhilation, biodegradability, record keeping on employees of manufacturing departments, notification to customers on change of raw materials and product testing. |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

APIFOX00013689
NCRV_00117241
API 147058
NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

7

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 33<br>6/1/70 | Toxicology literature survey of Monoisopropylbiphenyl | Report no. U-262 - Hill Top Research, Inc. | Use of MIPB in paper products should present no significant industrial or consumer health hazard. Workers exposed to dust, vapors, or solutions of MIPB could experience severe eye, skin, and respiratory irritation if the TLV (Threshhold limit value) exceeds a value of about 1 ppm (10 mg/m$^3$). |
| 34<br>6/1/70 | Exhaust materials when producing NCR Papers | Memo: R.C. Jezerc to T.W. Busch | Reviews data by W.J. Goetz (Ref. 9 and 9A) and outside suppliers on amount of Aroclor emitted from coating operations. Recommends immediate steps to replace Aroclor in the Internal Phase. |
| 35<br>6/10/70 | Toxicology (MIPB) See No. 33 | Letter: M.J. Thomas (Hilltop) to J.E.G. Taylor (NCR) cover letter for report U-262 (Ref. 33) | Taylor notes (on letter of transmission) indicates that MIPB should be safe to use. However, more testing should be done on human subjects. |
| 36<br>36A<br>6/15/70 | Oral skin & eye irritative potential of CB and and CF coatings. | Report No. U-231 - Hill Top Res. Inc.<br>Cover letter: D.L. Daniels (Hill Top) to J.E.G. Taylor (NCR). | A 1:1 mixture of CF and CB coatings was classified as non-toxic by ingestion by rats; not a primary skin irritant or eye irritant in rabbits. |
| 37<br>6/18/70 | Toxicity of MIPB | Notes of meeting held at Hill Top (Cincinnati) on 6/18/70. Written by J.W. Stutz. | The first 4 sections reviewed past work on MIPB-- a good review. Wagner (Hill Top consultant) who is Chief of Inhalation Section, Division of Occupational & Environmental Health, Public Health Service recommended |

APIFOX00013690  API 147059  NCRV_00117242  NCRV_00117236

8

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 37 (contd) | | | that we sample air in areas where MIPB paper is being used. Monsanto has began a 90-day sub-acute feeding study. Wagner & Garrett (Monsanto) felt inhalation studies not necessary at this time. Plans made for Hill Top to run a series of human patch tests comparing MIPB & Aroclor on pure solvent, internal phase, capsule slurry & finished paper. |
| 38<br><br>38A<br>6/24/70 | Plans for testing - See No. 37 | Phone call: Gordon Taylor to M.J. Thomas (Hill Top)<br>Letter: Thomas to D.J. Kay (NCR) | Authorized 15 people on Pilot Study; 20-40 people on Use Study (MIPB & Aroclor Paper only). |
| 39<br>6/28/70 | Final Plan Meeting on Toxicity of NCR Paper | Notes of meeting held in Gordon Taylor's office. Written by: I.L. Yurkowitz | Description of final plans for Use Test, Pilot Patch Test. Will start 7/6/70. |
| 40<br>6/25/70 | Biodegradation tests on MIPB & HB-40 | Telephone call: D.J. Kay (NCR) to R.E. Keller (Monsanto). | Inquired on status of biodegradation studies on MIPB & HB-40 which Monsanto is conducting for NCR. Results inconclusive to date - interference by co-solvent, MFO. Taylor notes that we know little about composition and toxicity of MFO. |
| 41<br>7/1/70 | Hazards of Fragrance No. 2947-P | Letter: O.D. Easterday (IFF) to Yurkowitz (NCR). | Easterday states that all components (confidential) of fragrance have been approved by FDA. Suggests testing final consumer product (NCR Paper). |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

APIFOX00013691
API 1470060
NCRV_00117243
NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

9

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 42<br>7/6/70 | Toxicity of ICI MIPB (Imperial Chemical Industries) | Telephone call: W. Ferguson (ICI) to D.J. Kay (NCR) | To be discussed by Gordon Taylor and ICI in England. Preliminary results showed little difference between technical & pure MIPB° Mild eye & skin irritation. |
| 43<br>7/8/70 | MIPB | Letter: Confirming telephone call of 7/6/70 (Ref 42) Ferguson to Kay. | Photocopy of Industrial Health Research Lab (UK). Same results as above (Ref 42). |
| 44<br>7/9/70 | Analysis of Air for MIPB vapors. | Telephone call: J.T. Brown (NCR) to Emery, Tucker & Mees (Monsanto) | Description of Monsanto procedures & questions on NCR plans. |
| 45<br>7/22/70 | Biodegradation by Semi-continuous activated sludge treatments | Photostat: Unkown source & author. Monsanto | MIPB is biodegradable when put in normal activated sludge in a sewage disposal plant. |
| 45½<br>7/28/70 | Growing public knowledge of Aroclor in NCR Paper | Memo: Gordon Taylor to H.V. Lauer & G.J. Wilson | Discoloration of milk traced by Wisconsin Alumni Research Foundation to tank trucks which previously had hauled NCR Emulsion. |
| 46<br>7/29/70 | GC Analysis for MIPB in Iso-Octane Solution | Letter: W.M. Mees (Monsanto) to F.D. Timmons (NCR) | A suggested alternate to the spectro photometric detection of MIPB in air. |
| 47<br>7/31/70 | Use tests on Paper (See Ref. 38, 38A) | Telephone call: Mac Thomas (Monsanto) to ? (NCR) | Rating: 1. Best - MIPB, MFO-LR -Odor mask; 2. MIPB, MFO-LR; 3. Aroclor, MRO; 4. Worst - 3M. |
| 48<br>8/3/70 | Scummary of results from Hill Top | Memo: J.W. Stutz to J.E.G. Taylor | Same as above (Ref. 47). Phone call must have been to Stutz |

APIFOX00013692  API 147061  NCRV_00117244  NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

10

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 49<br>8/15/70 | Use Study of paper products (See Ref. No. 39) (Test on Humans for irritation of skin & odor.) | Report No. U-316 Hill Top Res., Inc. | Detailed results of reaction of 6 test females to eye, nose, & other irritations - odor - nausea. |
| 50<br>8/19/70 | Results from Hill Top | Memo: J.W. Stutz to D.J. Kay concerning phone call from Hill Top. | Preliminary results on large scale patch test are no different from test results on pilot patch test. |
| 51<br>8/25/70 | Environmental Preservation Committee Meeting | Memo: A.J. Roemer (API) to L.M. Swaim (API) | A listing of 297 chemicals used by API plus a few comments on committe recommendations. |
| 52<br>8/26/70 | Toxicity and irritation potential (Sample "L") File does not indicate what Sample "L" is but report indicates "produces a fine mist with a penetrating odor when sprayed from the Aerosol can in which it was supplied." (Resin Spray Cans?)   *Instant Replay* | Letter: C.L. Daniels (Hill Top) to D.J. Kay (NCR) includes (A): Report No. U-339; (B): FDA publication no. 35; "Requirements of the Federal Hazardous Substances Act." | Sample "L" is classified as toxic, but not highly toxic by ingestion; is not a primary skin irritant or corrosive material; and is toxic by inhalation exposure as these terms are defined in the FDA regulations. |
| 53<br>9/2/70 | Toxicity of MIPB (Hill Top study) - interim report | Phone call: J.W. Stutz (NCR) to R.S. Doyle (Hill Top) | Reactions on full scale patch test were same as originally reported for pilot group - except for one woman sensitized in the pilot study. Her challenge to be completed by 9/21/70. |
| 54<br>7/28/70 | Acute studies, feeding studies | Will Clark call - pencilled note of phone call - not too clear | |

APIFOX00013693   API 147062   NCRV_00117245   NCRV_00117236

11

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 55<br>10/26/70 | Repeated insult patch tests of 12 samples. Samples represent various combinations of IP's containing MIPB or Aroclor (samples of 6/26/70) | Report No. U-315 (Hill Top Res., Inc.) Report No. &-315A (Hill Top Res., Inc.) | Samples A,E,F,G,H,K, & L were essentialln non-irritating; B,C, & D produced moderate irritation; J slightly irritating after repeated applications; I significantly more irritating- a moderately strong primary skin irritant. I is Internal phase (Aroclor-magnaflux-CVL-Indolyl Red). No cases of sensitization from repeated applications of any of the test materials. |
| 56<br>11/24/70 | Toxicity testing of MIPB and Indolyl Red dye | Minutes of meeting to review & interpret reports U-315 & U-315A. Written by D.J.Kay (See Ref.55) | Decisions: 1) Hill Top to test MIPB for inhalation toxicity at 3 levels (suggested by Dr. Wagner). 2) CB papers containing Internal Phase "I" to be tested by $LD_{50}$ Oral Primary skin irritation, and eye irritation. |
| 57<br>11/25/70 | Status of the toxicity of MIPB | Memo by J.W. Stutz (NCR Paper Res.) | Brief non-technical review of MIPB studies to date. |
| 58<br>11/25/70 | Summary of toxilogical testing | Memo: D.J.Kay to J.E.G. Taylor (both NCR) | A good resume of past several years' testing program. Summary conclusion: "Based on all the above data, Hill Top sees nothing which would indicate an un-marketable product." |
| 59<br>11/27/70 | Discussion of Hill Top results and API plans | Phone Call: Tom Busch & Ron Jezerc (API) to Paul Phillips (NCR) acting for Gordon Taylor. | Tom Busch reviewed status, indicated that API will continue to use MIPB without perfume. |

APIFOX00013694   API 147063   NCRV_00117246   NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

12

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 61<br>12/3/70 | Letter of transmittal of D.J. Kay Summary (Ref. 28) | Gordon Taylor (NCR) to Tom Busch (API) | Copy of report attached to cover letter. |
| 62<br>14/4/70 | Sampling of Air in Machine room when running MIPB | Phone call: R. Jezerc (API) to Timmons (NCR) | Procedure appears to be OK. Round robin testing on next lots. Timmons will come to Appleton for next run. |
| 63<br>12/4/70 | Hill Top report on Repeated Insult Patch Tests (See Ref. 55) | Letter: D.J. Kay (NCR) to J.T. Garrett (Monsanto). | Letter of transmittal |
| 64<br>12/4/70 | Acute Toxicity studies on HB-40<br>Acute Toxicity studies on MIPB-2 | Letter of transmittal: Garrett to J.E.G. Taylor. Report 70-11 - Industrial Bio-test Laboratories. Report 70-12 - Industrial Bio-Test Laboratories | These data indicate that both compounds would be relatively easy to handle and should pose no problem. |
| 65<br>12/7/70 | Toxicological problem with MIPB emulsion. | Phone call: T. Busch to G. Taylor | Expresses need to get Dr. Wagner or delegate on site at Appleton to expedite analysis of and recommendations for solving possible respiratory irritation problems. |
| 66<br>12/28/70 | Recommendations for further steps in MIPB test program. | Letter: W.J. Wagner (consultant) to T.W. Busch (API) | Consensus of discussions with J.E.G. Taylor, G.L. Taylor, D.J. Kay, & D. Burkhardt at Dayton (12/14/70) and R.C. Jezerc at Appleton (12/16/70). Four specific recommendations by Dr. Wagner. He feels we need not postpone production use of MIPB planned for 2/1/71. |

APIFOX00013695   API 147064   NCRV_00117247

NCRV_00117236

13

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 67<br>12/29/70 | Biodegradability of resins such as 26141. | Letter: J. Gburek (Durez) to D.J. Kay (NCR) | Information not currently available. Cost of a complete test $1000 to $2000 and take one to two months. Include BOD and simulated activated sludge tests. |
| 68<br>1/5/71 | Water effluent analyses: Mead & KC plants. | Letter: W.S. Clark (Monsanto) to Gordon Taylor (NCR) | Sampled at locations around plant. Results in PPB Aroclor 1242. Some notes of conversation Clark with Tom Lucy of National Boxboard Association. |
| 69<br>1/13/71 | 1971 Notice of Intended Changes to 1970 Thresholds Limit list | Committee tentative list | Notes that data relating to subject due on 3/15/71 to U.S. Public Health Service. No values for MIPB on list of tentative additions under consideration. |
| 70<br>1/26/71 | Dr. Wagner's recommendations (Ref.66). | Phone call: J.E.G. Taylor (NCR) to Dr. Wagner | Dr. Wagner to review Reports U315 and &315A (Ref.55) and comment; he will supply Tom Busch with toxicological approved to use MIPB while inhalation tests are being conducted. |
| 71<br>2/19/71 | Acute Inhalation Exposure of Rats to MIPB-2 | Cover letter: C.L. Daniel (Hill Top) to Gordon Taylor (NCR). Hill Top Report No. U-595 | No mortalities occurred among 10 male albino rats on inhalation exposure to an atmospheric MIPB concentration of 1.33 milligram/liter (166 ppm). |
| 72<br>3/24/71 | Summary of Toxilogical studies | Memo: D.J. Kay (NCR) to Gordon Taylor (NCR) | An up-dating of summary published 11/25/70. (Ref. 58). |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

APIFOX00013696
NCRV_00117248
API 147065
NCRV_00117236

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

14

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 73<br>3/23/71 | Status of Toxicity Evaluation of MIPB | Phone call: D.J. Kay (NCR) to Dr. Wagner (Consultant) | Reviewed test U-595 (Ref.71) Wagner suggested exposure to 3 milligrams /liter (citing Haley study of 1956. This would establish good base from which TLV might be set. Dr. Wagner will set up next test at Hill Top. |
| 74<br>4/15/71 | MIPB Inhalation studies (3 mg/l) | Phone call: D.J. Kay (NCR) to MacThomas (Hill Top) | Test delayed - equipment failure. Will start 4/21/71. |
| 75<br>4/22/71 | Acute Inhalation exposure of data to KMCA | Hill Top report No. U-622B | Acute inhalation toxicity: 3/10 mortality rate at 28.8 mg/l. Therefore, $LC_{50}$ is greater than 28.8. KMCA consequently is not classified as highly toxic by inhalation exposure as defined by Federal Hazardous Substances Act. |
| 76<br>5/24/71 | Acute Inhalation exposure of rats to MIPB-2 | Cover letter: C.L. Daniel (Hill Top) to D.J. Kay (NCR). Hill Top Report No. VD-7 | No mortalities at exposure of 3.2 mg/liter. No pathological alterations. It will not be necessary to run 2 mg/l. (See Ref. 73.) |
| 77<br>6/10/71 | Status of Toxicity Evaluation of MIPB | Phone call: D.J. Kay (NCR) to Wagner (consultant) | Reviewed test VD-7 (Ref.76) Wagner said his committee has deferred any action on MIPB because of the absence of data or "a request to set a limit." 3.2 mg/liter is about 400 ppm, at least 100 times what we are likely to encounter. Wagner suggests we must determine MIPB level in atmosphere around coaters. |

APIFOX00013697   API 147066   NCRV_00117249   NCRV_00117236

15

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 78<br>8/4/71 | KMC-R Toxicity status | Letter: J.E.G. Taylor (NCR) to T.W. Busch (API) | Cover letter to introduce References 79 and 80. |
| 79<br>8/4/71 | Availability of Kureha Toxicological data on KMC-R. | Phone call: Iida (Kureha) to J.E.G. Taylor (NCR) | Kureha will supply any data they have. Gordon Taylor will advise what we need after consulting with Dr. Bill Wagner. |
| 80<br>8/4/71 | KMC-R, KMC-A, Designed Oils A to F | Letter: J.E.G. Taylor (NCR) to T.W. Busch (API) | Letter covers submittal of Hill Top report U-622A (Ref. 81), Kureha reports Appendix I (Ref. 82A), Appendix II (Ref. 82B) and Appendix III (Ref. 82C). |
| 81<br>8/4/71 | Acute toxicity and irritation studies on Aqueous Extract of PP515 ECP 1123702 | Hill Top Research report no. U622-A dated 2/16/71 | Sample is NCR Paper whose internal phase is 3:1 KMCA:MFO. An aqueous extract is classified as non-toxic by ingestion is not a primary skin irritant or corrosive material, and is not an eye irritant. (rats and rabbits). |
| 82A<br>8/4/71 | KMC-Oil - Solvent for NCR type paper | Kureha report labeled Appendix I | Content: Properties of Solvents KMC types A, F, & P; MIPB; Aroclor; HB-40. Viscosity vs. temperature for KMC types A & F; MIPB; Aroclor; hydrogenated terpheny BOD and COD of KMC types A &F; Aroclor. Acute oral, cutaneous, and inhalation toxicity of Aroclor; of KMC types A & F and resigned oils $A-F_4$ and $A-F_5$ (tricyclic and penta cyclic containing). |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

API 147067

APIFOX00013698
NCRV_00117250

NCRV_00117236

16

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 82B<br>8/4/71 | KMC type A emulsion treatment test | Report: to Takahashi (Kureha) from water treatment team (Chiyoda Chemical Co.) labeled Appendix II | Study of feasibility of using light oil (Density 0.95-0.97) instead of Aroclor (1.39) HB-40 (1.01) or MIPB (0.98). Appears feasible tentatively. |
| 82C<br>8/4/71 | Solvents from Japan (Jujo). KMC Oil A<br>Japanese Solvents A and P<br>KMC Oils A, F, and P<br>KMC Oils A and F<br>KMC Oil $AF_2$ | MAS Report dated:<br>3/22/70   I784-70<br>11/13/70  I869-70<br>10/ 6/70  I812-70<br>12/22/70  I935-70<br>2/15/71   I 24-71<br>5/15/71   I380-71 | These 6 MAS report are primarily gas chromatographs of Japanese solvents. Per reports, AF-2 is same as A; AF-3 is same as P; F is third one. Results show some degree of variability. IR tests indicate that they are aromatic hydrocarbons - mixtures in varying degrees of several types: disubstituted tetrahydronaphthalenes, naphthyl cyclohexanes and/or cyclopentanes, and some terpanes. I have summarized all GC's into a table. Report I380-71 has attached to it GC's for Kureha TVB Oil, KMCB and KMCR. |
| 83<br>9/21/71 | Threshold Limit Values for Airborne Contaminants for 1969 | Issued by American Conference of Governmental Industrial Hygienists. | Values as adopted by ACGIH for 1969 and intended changes (to complete our file) |
| 84<br>9/21/71 | Acute toxicity and irritation studies on an aqueous extract of sample No. 4 | Hill Top Research Lab Report No. VA-35 (issued 2/18/71) | $LD_{50}$ for rats greater than 21.5 ml/kg body weight. Non-toxic by ingestion; not a skin or eye irritant. Aroclor concentration of extract is 1.22 ppm. |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

APIFOX00013699
NCRV_00117251

API 147068

NCRV_00117236

10

| REF NO/DATE | SUBJECT | DOCUMENT | CONCLUSIONS |
|---|---|---|---|
| 88<br>10/1/71 | "Systematic Toxicity of Certain Chlorinated Hydrocarbons with Suggested Permissible Concentrations in the Air of Workrooms." | From Journal of Industrial Hygiene and Toxicology, May 1939: C.K. Drinker | An early reference. PCB's suggested in 0.5 mg/c. meter permissible range. |
| 89<br>10/10/71 | Identities of Polychlorinated Biphenyl (PCB) Isomers in Aroclors | Webb and McCall: The Southeast Water Laboratory, Environmental Protection Agency, Athens, Georgia | Thirty PCB isomers in Aroclor 1221, 1242 and 1254 were separated and identified by GC and IR. |
| 90<br>10/15/71 | "Toxicity Data for N-295 and N-295." | Nippon Petrochemicals Co., Ltd. T. Kanehara, Mgr. R & D. | Both have a low order of toxicity and require no special handling. Oral lethal dose in rats rate slightly toxic. BOD/COD figures show that these solvents are biodegradable. |
| 91<br>11/5/71 | "Toxicological Properties of KMC Oil" | Kureha Chemical Industry Co., Ltd. | KMC-A and KMC-R were tested on mice both orally and cutaneously. In general, KMC Oil seems to be in the same degree of Toxicological safety as derosene Acute toxicity tests indicated $LD_{50}$ ot 4-6 g/Kg Sub-acute tests showed no significant abnormalities. |

CONFIDENTIAL--SUBJECT TO STIPULATED CONFIDENTIALITY ORDER

APIFOX00013700
API 147069
NCRV_00117252
NCRV_00117236