# Exhibit E

Att: J. Kagan/E.C. Wilde
Fitz says this arrangement means a few extra dollars in NCR's pocket and that Kampo has been held responsible before for contamination problems. They've worked ok so far. Kampo now hauls much emulsion for NCR between Dayton and Wisconsin.

cc: J. Kagan - St. Louis
C. Paton - St. Louis
E.C. Wilde - Akron
J. Schuck - Chicago

Organic Chemicals Division

April 18, 1950

Mr. H. G. Fitzpatrick
National Cash Register Company
Main & K Streets
Dayton, Ohio 45409

Dear Fitz:

Following our phone conversation yesterday, I talked to Ken Robinson of Kampo Transit in Neenah, Wisconsin. He was quite reassuring and stated that he anticipated no contamination problems with the Aroclor shipments. He pointed out that his trucks are nearly all fitted stainless steel tanks for milk transport and that his drivers are able to adequately wash out the tanks. He added that he currently hauls some "grade B" milk for cheese production following hauls of the sulfite liquor so he feels they should be able to handle the Aroclor adequately.

For our part, Monsanto will certainly comply with your wishes for trucking routing. We do want to make clear our concern about potential contamination, and we know you will understand that responsibility for any such contamination coming from the trucks will rest with you and Kampo.

I am finalizing instructions to our distribution people now to contact Kampo and have future shipments to Portage, commencing April 22, go via Kampo pickup.

Best regards. Should you wish to alter the above instructions or return the shipments to use of commercial delivery, please call on me.

Sincerely,

P.K. Maior
Sales Representative
Plasticizers

PKM/sab

cc: Mr. Paul Daily, National Cash Register

0184819

PHGNCR 2000070

**Exhibit 2785**

MONSFOX00000071

NCRV_00177188
NCRV_00177188