USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NCR Corporation,

       Plaintiff,

-against-

B.A.T. Industries P.L.C.,

       Defendant.

1:23-cv-01172 (JPC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  For the reasons stated on the record during today's telephone conference, the Letter Motion filed by Defendant B.A.T. Industries P.L.C. ("Defendant") to compel NCR Corporation ("Plaintiff") to produce documents (ECF No. 73) is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED as follows:

  1.  In addition to producing the documents dated 1994 to 1999 that Plaintiff already agreed to produce, Plaintiff shall produce documents dated through July 2000.

  2.  With respect to documents dated before 1994, Plaintiff shall produce to Defendant indices of the boxes discussed during today's conference, subject to assertion(s) of attorney client privilege. Defendant shall select from the indices the boxes it would like to have shipped to a neutral location for document review. Plaintiff shall arrange for the boxes Defendant selects to be shipped to the neutral site at Defendant's expense. Defendant shall pay the reasonable hourly rate of one or more paralegals designated by Plaintiff to observe Defendant's review of the documents at the neutral location.

**SO ORDERED.**

DATED:       New York, New York
             April 17, 2025

_____
STEWART D. AARON
United States Magistrate Judge