May 9, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *NCR Corporation v. B.A.T Industries p.l.c.,* No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with the Case Management Plan (Dkt. 47) and the Court's March 10, 2025 order (Dkt. 72), the parties[1] write jointly to provide an update on the status of discovery. Since the last update on March 7, 2025, the parties have continued to make rolling document productions. NCR has made ten productions totaling 4,057,664 pages. BAT has made four productions totaling 235,661 pages.

On April 30, 2025, in accordance with the Court's order on BAT's motion to compel documents from before 1994, NCR provided BAT with an index of hard copy documents. The parties intend to meet and confer in short order regarding the process and timing for BAT's review of any files it seeks to retrieve from BAT's hard copy records.

Fact discovery is scheduled to close on July 11, 2025. In order to allow for the completion of discovery, including the inspection of physical NCR documents, as well as depositions, BAT respectfully requests an extension of the fact discovery deadline to September 30, which is in line with the Court's comments at the parties' recent hearing. BAT similarly proposes to extend the October 12, 2025 expert discovery deadline to January 9, 2026.

NCR anticipates that a much shorter extension of the fact discovery deadline may become necessary but prefers to assess the state of discovery in approximately one month and to request an appropriate extension at that time as necessary. NCR disagrees with BAT's position that an 81-day extension is "in line with the Court's comments at the parties' recent hearing," where NCR's recollection is that the Court stated that it would permit BAT an extension of 30 days – or 60 days "at most." It is also not clear to NCR that an extension of the expert discovery schedule is necessary. NCR has asked BAT if it intends to engage an expert (something BAT said it was "considering" in October 2024), but BAT has not confirmed its position.

The parties also note that NCR's motion to strike BAT's jury demand has been fully briefed and is scheduled for oral argument on May 13, 2025.

The parties are available at the Court's convenience to discuss any issues.

---

[1] NCR was unable to obtain BAT's consent to sign the final version of this letter (despite multiple email requests). This version of the letter reflects the positions set forth in the last edits sent by BAT's counsel at 6:54 PM on May 9, 2025. The only edits NCR made after that time were to reflect its own position on the discovery schedule.

        Respectfully submitted,

/s/ *Zachary Payne*
Zachary Payne

*Counsel for Plaintiff NCR Voyix Corporation*

_____
Dennis H. Tracey, III
*Counsel for Defendant B.A.T Industries p.l.c.*