June 13, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *NCR Corporation v. B.A.T Industries p.l.c.,* No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with the Court's May 9, 2025 order (Dkt. 79), the parties write jointly to provide an update on the status of discovery and to request an extension of discovery deadlines.

Since the last update on May 9, 2025, NCR has continued to make rolling document productions. NCR has produced eighteen volumes of productions totaling 12,963,618 pages. BAT has made four productions totaling 235,661 pages.

The parties have been coordinating BAT's review of hard copy boxes pursuant to the Court's order on BAT's motion to compel documents from before 1994 (Dkt. 77). BAT has identified the boxes it seeks to review, and the parties are close to finalizing a protocol to govern that review. The parties anticipate BAT's review of the hard copy boxes will begin on June 23, 2025, and BAT has estimated that the review will last five to ten business days.

Fact discovery is scheduled to close on July 11, 2025. As previewed in the parties' May 9 status update, the parties believe that an extension of the fact discovery deadline is necessary given a number of outstanding discovery issues, including the production and review of remaining hard copy and electronic documents, BAT's in-person review of hard copy documents, anticipated privileged disputes, and depositions. The parties therefore jointly request an extension of the fact discovery deadline to October 15, 2025.

The parties have also confirmed that expert discovery will take place and accordingly seek the following schedule to govern the expert discovery period:

| | |
|---|---|
| Disclosure of the identity of expert witnesses and topics[1] | September 15, 2025 |
| Close of fact discovery | October 15, 2025 |
| Affirmative expert reports | November 14, 2025 |
| Rebuttal expert reports | December 15, 2025 |
| Close of expert discovery | January 16, 2026 |

---

[1] The parties reserve the right to amend their expert disclosures pending the conclusion of fact discovery.

The parties are available at the Court's convenience to discuss any issues.

Respectfully submitted,

/s/ Zachary Payne
Zachary Payne

*Counsel for Plaintiff NCR Voyix Corporation*


/s/ Dennis H. Tracey, III
Dennis H. Tracey, III

*Counsel for Defendant B.A.T Industries p.l.c.*