

SIDLEY AUSTIN LLP  
787 SEVENTH AVENUE  
NEW YORK, NY 10019  
+1 212 839 5300  
+1 212 839 5599 FAX

ZPAYNE@SIDLEY.COM

June 24, 2025

**Via ECF**

The Honorable John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

  Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Cronan:

  We write on behalf of NCR to seek leave to file a short reply to BAT's Opposition to NCR's Objections to Judge Aaron's Report and Recommendation (Dkt. 88). While Rule 72(b)(2) does not explicitly contemplate reply filings, NCR respectfully requests to submit a reply brief of five pages or fewer by June 27. The reply would cover BAT's assertions that: (1) NCR is required to negate BAT's breach of contract and failure to mitigate damages defenses in order to prove its claim, and (2) that NCR's objections to the R&R raised new arguments that were not before Judge Aaron.

  NCR thanks the Court in advance for its consideration.

                Respectfully submitted,

                /s/ Zachary Payne

                Zachary Payne

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.