

SIDLEY AUSTIN LLP  
787 SEVENTH AVENUE  
NEW YORK, NY 10019  
+1 212 839 5300  
+1 212 839 5599 FAX

ZPAYNE@SIDLEY.COM

June 24, 2025

**Via ECF**

The Honorable John P. Cronan  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Cronan:

We write on behalf of NCR to seek leave to file a short reply to BAT's Opposition to NCR's Objections to Judge Aaron's Report and Recommendation (Dkt. 88). While Rule 72(b)(2) does not explicitly contemplate reply filings, NCR respectfully requests to submit a reply brief of five pages or fewer by June 27. The reply would cover BAT's assertions that: (1) NCR is required to negate BAT's breach of contract and failure to mitigate damages defenses in order to prove its claim, and (2) that NCR's objections to the R&R raised new arguments that were not before Judge Aaron.

NCR thanks the Court in advance for its consideration.

Respectfully submitted,

/s/ Zachary Payne

Zachary Payne

The request is granted.  NCR may file a reply in support of its objections to Judge Aaron's Report and Recommendation by June 30, 2025.  The Clerk of Court is respectfully directed to close Docket Number 89.

SO ORDERED.  
Date: June 25, 2025  
New York, New York

JOHN P. CRONAN  
United States District Judge

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.