August 15, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *NCR Corporation v. B.A.T Industries p.l.c.,* No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with the Court's June 16, 2025 order (Dkt. 87), the parties write jointly to provide an update on the status of discovery.

Since the last update on June 13, 2025, BAT has produced 47,387 pages of additional documents. NCR has not made any additional productions since June 10, 2025. Over the course of discovery, BAT has produced 366,111 pages of documents and NCR has produced 12,963,618.

The parties continue to coordinate the production of NCR's hard copy documents. BAT's review of hard copy boxes pursuant to the Court's order on BAT's motion to compel (Dkt. 77) began on June 23, 2025. BAT completed that review on July 8, 2025. The parties thereafter negotiated a process for scanning responsive documents, which began on July 29, 2025. The documents are in the process of being scanned by a vendor, after which they will be reviewed by NCR for privilege and then produced to BAT for review.

The parties have also exchanged letters relating to certain discovery issues, including NCR and BAT's electronic records, search terms to be employed by NCR in its electronic document collection, and BAT's responses to NCR's June 11, 2025 Supplemental Discovery Requests. The parties will endeavor to resolve these issues without Court involvement.

Fact discovery is currently scheduled to close on October 15, 2025. Given the outstanding discovery matters that need to be addressed by both parties, taken together with the extremely large volume of discovery that has already been produced and the fact that document discovery is not yet complete and depositions have therefore not yet commenced, BAT believes the parties will require an additional extension of the discovery period. The parties will meet and confer regarding the current discovery schedule and will provide the Court with an update by August 29, 2025.

The parties are available at the Court's convenience to discuss any issues.

v.

        Respectfully submitted,

        <u>/s/ Zachary Payne</u>

        Zachary Payne

        *Counsel for Plaintiff NCR Voyix Corporation*

        <u>/s/ Dennis H. Tracey, III</u>

        Dennis H. Tracey, III

        *Counsel for Defendant B.A.T Industries p.l.c.*