August 29, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.,* No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with the Court's August 18, 2025 order (Dkt. 93), the parties write jointly to provide an update on the status of discovery. BAT's position is that it is clear that the existing schedule cannot be met. BAT provided NCR with a discovery schedule proposal on August 28. NCR requires time to consider this and to respond with a view to presenting an agreed proposal to the Court. Therefore, the parties respectfully request to provide the Court with a further update on the discovery schedule on September 8, 2025.

The parties are available at the Court's convenience to discuss any issues.

Respectfully submitted,

/s/ Zachary Payne
Zachary Payne

*Counsel for Plaintiff NCR Voyix Corporation*

/s/ Dennis H. Tracey, III
Dennis H. Tracey, III

*Counsel for Defendant B.A.T Industries p.l.c.*