September 8, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.,* No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with the Court's August 29, 2025 order (Dkt. 95), the parties write jointly to provide an update on the status of discovery. As previewed in recent correspondence with the Court (Dkt. Nos. 92, 94), the parties believe that an extension of the discovery period is necessary to accommodate certain discovery issues, including delays resulting from hard copy document review and production, potential discovery disputes, and depositions. The parties seek to amend the discovery schedule as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Substantial completion of document productions | N/A | October 10, 2025 |
| Disclosure of the identity of expert witnesses and topics[1] | September 15, 2025 | October 17, 2025 |
| Exchange of privilege logs | N/A | October 17, 2025 |
| Close of fact discovery | October 15, 2025 | December 19, 2025 |
| Affirmative expert reports | November 14, 2025 | January 30, 2026 |
| Rebuttal expert reports | December 15, 2025 | March 6, 2026 |
| Close of expert discovery | January 16, 2026 | March 27, 2026 |

[1] The parties reserve the right to amend their expert disclosures pending the conclusion of fact discovery.

The parties are available at the Court's convenience to discuss any issues.

Respectfully submitted,

/s/ Zachary Payne
Zachary Payne

*Counsel for Plaintiff NCR Voyix Corporation*

/s/ Dennis H. Tracey, III
Dennis H. Tracey, III

*Counsel for Defendant B.A.T Industries p.l.c.*