UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR Corporation,<br><br>                    Plaintiff,<br><br>         -against-<br><br>B.A.T. Industries P.L.C.,<br><br>                    Defendant. | 1:23-cv-01172 (JPC) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall file a joint status letter apprising the Court on the status of discovery on November 14, 2025.

**SO ORDERED.**

DATED:   New York, New York
         October 1, 2025

_____
STEWART D. AARON
United States Magistrate Judge