November 14, 2025

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with the Court's October 1, 2025 order (Dkt. 99), the parties write jointly to provide an update on the status of discovery.

Since the last update on September 8, 2025, the parties have substantially completed document production, except for a limited set of BAT communications that are expected to be produced imminently.

The parties have exchanged privilege logs and have also exchanged letters with questions on each other's privilege logs. The parties will endeavor to resolve any issues with respect thereto without Court involvement.

The parties also exchanged disclosures of the identity of affirmative expert witnesses and topics. BAT disclosed one expert witness, and NCR did not disclose an expert witness. Both parties reserved their rights to supplement their disclosures as fact discovery continues and to identify any rebuttal expert witnesses.

Fact discovery is currently scheduled to close on December 19, 2025. Due to a number of factors, including the recent production by a third-party of 44 boxes of documents, as well as the privilege issues that the parties are attempting to resolve, the parties have not yet begun depositions. Accordingly, the parties respectfully request a two month extension of the fact discovery deadline, to February 19, 2026, as well as a commensurate extension of the deadlines for expert discovery to:

(a) Affirmative expert reports - April 2, 2026;

(b) Rebuttal expert reports - May 6, 2026; and

(c) Close of expert discovery - May 27, 2026.

The parties are available at the Court's convenience to discuss any issues.

Respectfully submitted,

/s/ Charles K. Schafer
Charles K. Schafer (admitted *pro hac vice*)

*Counsel for Plaintiff NCR Voyix Corporation*

/s/ Dennis H. Tracey
Dennis H. Tracey, III

*Counsel for Defendant B.A.T Industries p.l.c*

ENDORSEMENT: The parties' proposed discovery deadlines as set forth herein are approved. The parties should expect no further extensions of discovery deadlines. The parties shall file a joint status letter apprising the Court on the status of discovery on December 29, 2025.

SO ORDERED.
Dated: November 17, 2025