December 30, 2025

**<u>Via ECF</u>**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

We write in response to the status report letter filed yesterday by NCR. Due to travel and holiday absences, we were unable to confirm certain of the changes made by NCR counsel to the status report yesterday. We have now had an opportunity to do so, and concur in the substance of the status report.

We are available at the Court's convenience to discuss any issues or questions.

Respectfully submitted,

/s/ Dennis H. Tracey
Dennis H. Tracey, III

*Counsel for Defendant B.A.T Industries p.l.c*

.