# Exhibit E

| | |
|---|---|
| **From:** | Diamond, Benjamin H |
| **To:** | Schafer, Chad; Payne, Zachary; LaBounty, Emma |
| **Cc:** | Tracey, Dennis H.; Michaeli, David R.; Benfield, Nathaniel H; Tyne, Patience |
| **Subject:** | NCR v. BAT - NCR"s Outstanding Discovery Requests |
| **Date:** | Monday, February 9, 2026 9:03:52 AM |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

We write to discuss BAT's responses and objections to NCR's outstanding discovery requests.

On January 20, 2026, NCR served its 1) Third Set of Requests for Production, 2) Third Set of Interrogatories, and 3) Second Set of Requests for Admission. Additionally, there are certain contention interrogatories from NCR's First and Second Sets of Interrogatories to which BAT plans to respond.

BAT is prepared to provide responses and objections to NCR's 1) Third Set of Requests for Production, 2) Second Set of Requests for Admission, and 3) Third Set of Interrogatories by February 19, 2026. However, BAT believes it is neither practical, nor indeed helpful, to provide responses to the outstanding contention interrogatories by this deadline, as these interrogatories address the bases for BAT's claims in this litigation, many of which are still being explored through depositions. As such, BAT proposes to set the deadline for such responses to one week after the final deposition in this matter. Please let us know if you will agree to this.

Additionally, while BAT plans to provide its responses and objections to NCR's Third Set of Interrogatories on February 19, 2026, in the interest of acting in good faith, BAT can tell NCR now that it plans to object to NCR's Third Set of Interrogatories as exceeding the maximum number of interrogatories allowed in this action. NCR has already served 21 numbered Interrogatories. Four of those – Nos. 5, 9, 10, and 11 – had additional subparts. NCR has thus already served 25 total interrogatories on BAT.

We are happy to meet and confer to discuss any of the above further if helpful.

Thank you,
Ben

**Benjamin H. Diamond**
Senior Associate

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel: +1 212 918 3000
Direct: +1 212 918 3171
Mobile: +1 646 951 5955
Fax: +1 212 918 3100