# Exhibit G

**From:** Payne, Zachary
**Sent:** Wednesday, February 11, 2026 2:25 PM
**To:** 'Tyne, Patience'; Schafer, Chad; LaBounty, Emma
**Cc:** Tracey, Dennis H.; Michaeli, David R.; Benfield, Nathaniel H; Diamond, Benjamin H
**Subject:** RE: NCR v. BAT Production Notice

Patience/Dennis,

We write regarding BAT's February 5, 2026 letter clawing back BAT.00023361–62.

NCR will sequester the document pending resolution of this issue, without conceding any privilege or waiver arguments. As you know, during Mr. Bourque's deposition, Dennis stated that he was "not 100 percent sure of the circumstances of the production in the Windward case" and that he would need to "confirm" whether the document had been publicly disclosed, but that BAT was clawing it back for the time being and would follow up after researching the issue. The February 5 clawback letter provides no such follow-up and does not address the prior productions or the waiver issues we raised on the record.

Additionally, with respect to any claim of privilege, Mr. Bourque, the attorney involved in the communication, testified that he could not recall whether he even considered AWA (the parent company of API, Simpson Thacher's client) to have been a client of Simpson Thacher's at the time. If it was not, then Mr. Bourque's communication with Mr. Dungate would not have been privileged in the first instance.

At a minimum, please provide:

1. The factual basis for BAT's assertion that BAT.00023361–62 is protected by the attorney-client privilege and/or work product doctrine, including the specific privilege(s) asserted;

2. BAT's position regarding its (or any other entities') prior productions of this document (including in the Windward litigation and any other matters), and the basis for its contention that such productions did not result in the waiver of any privilege that may have attached to this document;

3. Whether the document was ever filed with or otherwise disclosed to any court or third party.

In addition, please promptly log BAT.00023361–62 on BAT's privilege log in accordance with Rule 26(b)(5)(A), including all information necessary for NCR to assess the claim. In the interest of time, we ask that you provide the privilege log information for this document even before producing a new privilege log workbook, so that if motion practice is necessary, that information required Rule 26(b)(5)(A) is available.

Please provide your position as soon as possible given the ongoing depositions, so we can determine next steps.

Thanks,

Zack

**ZACHARY PAYNE**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 212 839 5760
zpayne@sidley.com

---

**From:** Tyne, Patience <patience.tyne@hoganlovells.com>
**Sent:** Thursday, February 5, 2026 7:09 PM
**To:** Schafer, Chad <cschafer@sidley.com>; LaBounty, Emma <elabounty@sidley.com>; Payne, Zachary <zpayne@sidley.com>
**Cc:** Tracey, Dennis H. <dennis.tracey@hoganlovells.com>; Michaeli, David R. <david.michaeli@hoganlovells.com>; Benfield, Nathaniel H <nate.benfield@hoganlovells.com>; Diamond, Benjamin H <benjamin.diamond@hoganlovells.com>
**Subject:** NCR v. BAT Production Notice

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel:

Please see attached notice. We are clawing back an inadvertently produced, privileged document stamped: **BAT.00023361-62**.

Please delete or otherwise destroy all copies of these documents on your end and then confirm that deletion to us in writing.

Best,
Patience

**Patience M. Tyne**
Associate

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel: +1 212 918 3000
Direct: +1 212 918 3247
Fax: +1 212 918 3100
Email: patience.tyne@hoganlovells.com
www.hoganlovells.com

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.