# Exhibit H

SIDLEY

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60603
+1 312 853 7000

+1 312 853 0644
CSCHAFER@SIDLEY.COM

January 23, 2026

**By Email**
Dennis H. Tracey, III, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
dennis.tracey@hoganlovells.com

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, 23-cv-1172-JPC-SDA (S.D.N.Y.)

Dear Dennis:

We have received your "second privilege log" dated January 16, 2026 and write regarding questions and apparent deficiencies in the log.

First, the log lacks a field for beginning Bates number. As a result, we are unable to find the document that the log says was redacted and we are unable to examine family members of withheld documents, if any, to evaluate BAT's privilege claims. Please revise the privilege log to include a beginning Bates number and populate that field for all documents for which it is available.

Second, we have questions about certain entries or believe that documents were improperly withheld, as follows:

***1. BATPRIV_0534 and 0535.*** These items are notes from a meeting with Paul Shrank (0534) and a letter sent to Mr. Shrank (0535). Please explain Mr. Shrank's role and why his presence in communications does not vitiate privilege.

***2. BATPRIV_0565.*** The "general subject matter" field describes this document as an email "including and discussing an article on recent court rulings . . ." Please produce a redacted version of this document that discloses the "article on recent court rulings."

***3. BATPRIV_0590, 0605, 0607, and 0623.*** These documents are communications from BAT's outside auditors. Communications between outside auditors and BAT – even if the BAT personnel involved are lawyers – are not privileged. Please produce these documents.

***4. BATPRIV_0613.*** This document is a communication with a subject line that refers to an "audit committee accounting matters paper." The "general subject matter" field describes this communication as "attaching and discussing an audit report," and a comments field describes the report as originating with a "third party consultant." As noted above, communications with outside auditors are not privileged, and reports prepared by auditors are

SIDLEY



generally not privileged. Please produce the audit report attached to this communication. In addition, please indicate whether each of the people listed in the "from," "to," and "cc" fields is an attorney, and please indicate whether the communication provides or requests confidential legal advice and by or from whom. Finally, it does not seem likely that this document was prepared in anticipation of litigation or for use in litigation. Please either withdraw your attorney work product assertion or explain the connection between this document and actual or potential litigation.

***5. BATPRIV_0640 and 0642.*** These are composite entries for collections of documents from internal BAT lawyers. In light of BAT's claims of privilege as to communications with outside auditors, please confirm that neither composite entry includes communications involving outside auditors.

Please provide the revised privilege log and information and produce documents as described above. We appreciate your attention to this matter.

Sincerely,

*/s/ Charles K. Schafer*
Charles K. Schafer