SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5760
ZPAYNE@SIDLEY.COM

February 20, 2026

**Via ECF**
Hon. Stewart D. Aaron
United States District Court Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

We write on behalf of Plaintiff NCR Voyix Corporation regarding NCR's February 17, 2026 letter motion (Dkt. 104). Following further discussions, the parties have reached a mutual agreement resolving the matters raised in that motion, including the issues concerning interrogatory responses and the outstanding privilege disputes. In light of that agreement, NCR respectfully withdraws its February 17, 2026 letter motion. The parties do not require Court intervention at this time.

Respectfully submitted,

/s/ Zachary Payne

Zachary Payne

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.