**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NCR Corporation,**

**Plaintiff,**

**-against-**

**B.A.T. Industries P.L.C.,**

**Defendant.**

**1:23-cv-01172 (JPC) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Monday, March 30, 2026, at 2:00 p.m. to discuss the filing at ECF No. 107. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated: New York, New York
March 24, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge