March 24, 2026

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.,* No. 23-cv-01172-JPC-SDA

Dear Judge Aaron:

We represent Defendant B.A.T Industries p.l.c. ("BAT") in the above-captioned action. We write to respectfully request a modification to the discovery schedule in this matter.

Since the last update on December 29, 2025, the parties have been working diligently to complete discovery. However, due to a number of factors beyond the parties' control – including limited witness availability, weather related travel interruptions, and delays resulting from medical issues – the parties have had to reschedule several depositions. The deadline for completion of all depositions was February 19, 2026. However, due to these delays, the parties now expect to conclude depositions by May 1, 2026. We therefore believe it is necessary to modify the discovery schedule accordingly.

The current discovery schedule is as follows:

- Completion of fact discovery: February 19, 2026;
- Affirmative expert reports: April 2, 2026;
- Rebuttal expert reports: May 6, 2026; and
- Close of expert discovery: May 27, 2026.

We request that the court revise the schedule as follows:

- Completion of fact discovery: May 1, 2026;
- Affirmative expert reports: May 15, 2026;
- Rebuttal expert reports: June 18, 2026; and
- Close of expert discovery: July 9, 2026.

To date, the parties have jointly requested three extensions of the fact discovery period, including commensurate extensions to the expert discovery schedule. All prior requests have been granted.

We have discussed this matter, including the specific dates requested above, with counsel for Plaintiff NCR Voyix Corporation, who have confirmed that NCR does not oppose BAT's request.

The parties are available at the Court's convenience to discuss any issues.

Respectfully submitted,

Dennis H. Tracey III
Partner

Application GRANTED. Any further extension requests shall be granted only for a limited purpose and upon a substantial showing of good cause.

SO ORDERED.
Dated: March 30, 2026