# Exhibit J

SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5760
ZPAYNE@SIDLEY.COM

March 10, 2026

**By Email**
Dennis H. Tracey, III
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
dennis.tracey@hoganlovells.com

Re: *NCR Corporation v. BAT Industries p.l.c.*, 23-cv-1172-JPC-SDA (S.D.N.Y.)

Counsel:

We write in response to your March 6, 2026 letter. We disagree with the arguments your letter advances and its characterizations of the parties' exchanges to date. NCR will not belabor those critiques or repeat its prior arguments on these issues, but it incorporates them by reference herein and reserves all rights. In the interest of compromise, particularly now that we are weeks past the deadline for the close of fact discovery, we offer the following proposals to resolve the two issues raised in your letter.

**30(b)(6) Topics 1–16**: If BAT provides a reasonable list of documents from the orders referenced in your March 6 letter,[1] NCR will provide an affidavit stating the information known or reasonably available to NCR regarding when NCR obtained those documents. NCR will also make the affiant available for deposition regarding the affidavit. This is the limit of the information NCR is willing to provide with respect to these documents and it will be more efficient to address this by affidavit as opposed to preparing a witness to memorize and recite that information.

**Continuation of 30(b)(6) testimony of Mr. Schlickman**: Mr. Schlickman already has been deposed over two days pursuant to at least a tacit agreement that those two days would cover his personal and representative testimony. On the first of those days, BAT's counsel voluntarily decided to end an hour early rather than using the full time Mr. Schlickman had made available. And on the second of those days, Mr. Schlickman agreed to continue testifying beyond the time he had previously stated that he felt comfortable testifying. That said, to avoid unnecessary fighting, NCR is willing to make Mr. Schlickman available for up to three additional hours of testimony in his representative capacity, provided that BAT first identifies the specific topics it contends remain unaddressed so that Mr. Schlickman does not need to re-prepare on subjects already covered.

Please let us know if BAT is amenable to these proposals.

[1] This list should exclude documents referenced in Judge Griesbach's 2009 opinion, which was overturned by the 7th Circuit. It should also exclude documents referenced in the 2018 post-trial briefs because they include documents on which Judge Jonker did not rely.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Sincerely,

*/s/* Zachary Payne
Zachary Payne