# CERTIFICATION

I, Dennis H. Tracey III, counsel for Defendant B.A.T Industries p.l.c. ("BAT" or "Defendant"), certify as follows:

1. On January 21, 2026, the parties met and conferred regarding Topics 1-16 of BAT's Notice of 30(b)(6) Deposition. At that meeting were Chad Schafer and Emma LaBounty, attorneys for NCR, and Dennis Tracey and Benjamin Diamond, attorneys for BAT. The parties met from approximately 5-6PM EST.

2. The parties then exchanged written correspondence on this matter on January 23, January 28, February 25, February 27, March 6, March 10, and March 18.

3. The parties met and conferred again on March 31, 2026 from approximately 1-1:30PM EST. The attendees for that meeting were Mr. Schafer, Zachary Payne, and John Heyde for NCR, and Mr. Tracey, Mr. Diamond, and Richard Lawton for BAT.

4. The parties have been unable to resolve their dispute.

5. It is NCR's position that Topics 1-16 are 1) not relevant to the claims and counterclaims in this litigation and 2) unduly burdensome and not proportional to the needs of the case.

6. It is BAT's position that Topics 1-16 are 1) central to the claims, counterclaims, and defenses in this litigation and 2) proportional to the needs of the case and not unduly burdensome.

7. During the parties March 31 meet and confer, BAT expressed that the parties seemed to be at an impasse and stated that they would consider their options for moving forward, including potentially requesting a conference with Your Honor.

*/s/ Dennis H. Tracey III*

______________________________

Dennis H. Tracey III