# EXHIBIT 1

---

**From:** Payne, Zachary
**Sent:** Monday, February 9, 2026 7:34 PM
**To:** Tracey, Dennis H.; Michaeli, David R.; Benfield, Nathaniel H; Diamond, Benjamin H; Tyne, Patience
**Cc:** Schafer, Chad; LaBounty, Emma
**Subject:** RE: Deposition of John Heyde

Dennis,

I am writing to inform you of NCR's designated witnesses for the remaining topics for which NCR will produce a witness in response to BAT's Rule 30(b)(6) deposition notice dated January 16, 2026.

NCR will present Andy Schlickman as its witness for topics 17 through 25 and 28 through 32.

NCR will present Evan Westerfield as its witness for topic 26 (for the period ending December 31, 2013).

Mr. Schlickman and Mr. Westerfield will be prepared to testify as to their designated topics as described in NCR's responses and objections to BAT's deposition notice, dated January 21, 2026, and NCR's letter to BAT, dated January 28, 2026.

Best,
Zack

**ZACHARY PAYNE**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 212 839 5760
zpayne@sidley.com

---

**From:** Payne, Zachary
**Sent:** Monday, January 26, 2026 5:12 PM
**To:** 'Tracey, Dennis H.' <dennis.tracey@hoganlovells.com>; Michaeli, David R. <david.michaeli@hoganlovells.com>; Benfield, Nathaniel H <nate.benfield@hoganlovells.com>; Diamond, Benjamin H <benjamin.diamond@hoganlovells.com>; Tyne, Patience <patience.tyne@hoganlovells.com>
**Cc:** Schafer, Chad <cschafer@sidley.com>; LaBounty, Emma <elabounty@sidley.com>
**Subject:** Deposition of John Heyde

Dennis,

We will respond separately to Ben's email of Friday, but we wanted to let you know now for planning purposes that NCR will designate John Heyde as the witness for BAT 30(b)(6) topics 26 and 27. Mr. Heyde's testimony on topic 26 will be limited to 2014 onward. NCR will designate a different witness for the period from the execution of the CSA through 2013.

Best,

Zack

**ZACHARY PAYNE**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
+1 212 839 5760 Click Here To Dial
zpayne@sidley.com
www.sidley.com

SIDLEY