# EXHIBIT 2

**Issues Presented in BAT Rule 30(b)(6) Topics 1-16**

- Historical knowledge concerning the toxicity of Aroclor 1242. (Topic 1)
- Historical knowledge concerning the toxicity of carbonless copy paper ("CCP"). (Topic 1)
- Historical knowledge concerning PCB toxicity generally. (Topic 2)
- Historical experiments, tests, studies, investigations, and inquiries concerning Aroclor 1242, CCP, and PCB toxicity. (Topics 1–2)
- The timing of such experiments, tests, studies, investigations, and inquiries. (Topics 1–3)
- The personnel, departments, consultants, or third parties involved in such investigations. (Topics 1–3)
- The conclusions allegedly reached in such investigations. (Topics 1–3)
- Related internal and external communications concerning such investigations and conclusions. (Topics 1–3)
- Historical knowledge concerning whether Aroclor 1242 degrades. (Topic 3)
- Historical investigations, testing, and findings concerning degradation of Aroclor 1242. (Topic 3)
- Efforts to identify a replacement for Aroclor 1242 for use in manufacturing CCP. (Topic 4)
- The technical, business, and operational reasons for pursuing or not pursuing replacement options. (Topic 4)
- Decisionmaking concerning when to replace Aroclor 1242. (Topic 4)
- Communications and documents relating to replacement decisions. (Topic 4)
- Historical CCP production levels. (Topic 5)
- Historical increases in CCP production before replacement of Aroclor 1242. (Topic 5)
- Business, operational, and commercial decisions relating to such production increases. (Topic 5)
- Communications and documents relating to such production increases. (Topic 5)
- NCR's relationships with third-party waste-paper brokers. (Topic 6)
- NCR's relationships with third-party recyclers. (Topic 6)
- The identity, role, and duration of relationships with such brokers and recyclers. (Topic 6)
- Communications or directives allegedly made to brokers and recyclers. (Topic 6)
- Historical knowledge of environmental risks associated with manufacturing CCP. (Topic 7)
- Historical knowledge of environmental risks associated with recycling CCP. (Topic 7)
- Historical knowledge of environmental risks associated with broke and trim. (Topic 7)
- Communications and documents relating to such environmental risks. (Topic 7)
- Alleged efforts to avoid publicly linking CCP with PCBs. (Topic 8)
- Communications with government regulators regarding such alleged efforts. (Topic 8)
- Communications with other corporate entities in the United States regarding such alleged efforts. (Topic 8)
- Communications with other corporate entities abroad regarding such alleged efforts. (Topic 8)
- Historical knowledge regarding wastewater treatment in paper recycling operations. (Topic 9)

- Historical knowledge regarding whether recycling operations removed or failed to remove PCBs from effluent. (Topic 9)
- Analysis of possible destruction or disposal methods for CCP, broke, or trim. (Topic 10)
- Analysis of landfill as a disposal option. (Topics 10, 13)
- Analysis of incineration as a disposal option. (Topics 10, 13)
- Reasons for pursuing or not pursuing particular disposal approaches. (Topic 10)
- Communications and documents relating to disposal alternatives. (Topic 10)
- Communications with regulators regarding the toxicity or potential toxicity of CCP, broke, or trim. (Topic 11)
- Sales of CCP broke or trim to recyclers. (Topic 12)
- Sales of CCP broke or trim to brokers. (Topic 12)
- The timing, extent, and circumstances of such sales. (Topic 12)
- Other methods by which NCR disposed of or handled broke and trim apart from sale to recyclers or brokers. (Topic 13)
- Landfill disposal of broke or trim. (Topic 13)
- Incineration of broke or trim. (Topic 13)
- Communications with recyclers about environmental risks associated with recycling CCP, broke, or trim. (Topic 14)
- Awareness of recyclers' processes for removing PCBs from broke or trim. (Topic 15)
- Awareness of recyclers' deinking processes. (Topic 15)
- Awareness of recyclers' broader technical or operational processes. (Topic 15)
- Involvement in assisting recyclers to develop or adapt recycling processes. (Topic 15)
- Efforts to address process issues such as "bluing." (Topic 15)
- Related communications concerning recyclers' technical processes. (Topic 15)
- Alleged knowledge that broke or trim was not a useful product. (Topic 16)
- The factual basis for any such alleged knowledge. (Topic 16)
- Related analyses and communications concerning the supposed usefulness or lack of usefulness of broke or trim. (Topic 16)