**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NCR Corporation,**

**Plaintiff,**

**-against-**

**B.A.T. Industries P.L.C.,**

**Defendant.**

**1:23-cv-01172 (JPC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendant appeared. For the reasons stated on the record during the telephone conference, Defendant's Letter Motion, filed on April 17, 2026 (ECF No. 110), is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED that the Rule 30(b)(6) deposition, which may be conducted after the May 1, 2026 discovery deadline, shall be limited to knowledge NCR had in 1998-99, regarding deposition topics 1, 2, 3, 7, 9 and 16 (*see* ECF No. 110-1, pp. 4-6). On proportionality grounds, testimony shall not be required about other topics or other time periods.

**SO ORDERED.**

Dated: New York, New York
April 29, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge