SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

ZPAYNE@SIDLEY.COM
+1 212 839 5599 FAX
+1 212 839 5300

June 4, 2026

**<u>Via ECF</u>**
The Honorable Stewart D. Aaron
United States District Court Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

In accordance with Section III.E of Your Honor's Individual Practices, Plaintiff NCR Voyix Corporation ("NCR") submits this letter-motion in connection with the filing under seal of Exhibit A to NCR's June 4, 2026 letter requesting a pre-motion conference concerning NCR's anticipated motion to strike the report and preclude the testimony of Defendant B.A.T Industries p.l.c.'s ("BAT") putative expert witness, Michael Goodstein. Exhibit A is the Expert Disclosure Report of Michael D. Goodstein, dated May 15, 2026.

Exhibit A is a BAT document and bears the legend "CONFIDENTIAL – CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER." NCR does not claim confidentiality over Exhibit A and takes no position as to whether Exhibit A is properly designated confidential or should be sealed.

NCR sought BAT's position on June 3 as to whether BAT believes Exhibit A should be filed under seal. In that communication, NCR stated that, to the extent Exhibit A is marked confidential because it discusses NCR-produced documents that were marked confidential during production, NCR does not object to BAT's waiving the designation. On June 4, one of BAT's counsel responded that he was in a deposition and could not provide BAT's position until June 5. Given the upcoming expert discovery deadlines over the next several weeks, NCR does not wish to wait further for BAT's response before filing. NCR had intended to file its pre-motion letter on June 3 but postponed while awaiting BAT's position on NCR's proposed briefing schedule (which BAT also has not provided).

NCR is therefore filing Exhibit A under seal solely to preserve BAT's ability to assert any basis it may have for sealing. To the extent the Court requires further support for sealing Exhibit A, NCR respectfully requests that BAT be permitted to submit any additional basis for sealing that it may have.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

SIDLEY



Respectfully submitted,

/s/ Zachary Payne

Zachary Payne