**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR CORPORATION,<br>Plaintiff,<br><br>v.<br><br>B.A.T INDUSTRIES p.l.c.,<br><br>Defendant. | No.: 1:23-cv-1172-JPC-SDA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 1.3, John M. Heyde hereby moves this Court for admission to practice *pro hac vice* in order to appear on behalf of Plaintiff NCR Voyix Corporation in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred, or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated: June 8, 2026

Respectfully submitted,

*/s/ John M. Heyde*

John M. Heyde
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
jheyde@sidley.com

*Attorneys for Plaintiff NCR Voyix Corporation*