**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR CORPORATION,<br>Plaintiff,<br>v.<br>B.A.T INDUSTRIES p.l.c.,<br>Defendant. | No.: 1:23-cv-1172-JPC-SDA |

**DECLARATION OF JOHN M. HEYDE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, I, John M. Heyde, declare as follows:

1. My name is John M. Heyde. I have personal knowledge of the facts stated herein.

2. I am an attorney practicing law with the law firm Sidley Austin LLP, located at One South Dearborn, Chicago, IL 60603. My telephone number is (312) 853-7000.

3. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-referenced matter to appear as counsel for NCR Voyix Corporation.

4. I am a member of good standing of the Illinois bar.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings pending against me in any state or federal court.

8. I declare under penalty of perjury pursuant to 29 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right

to deny my admission based upon the content of the response herein.

Executed: June 8, 2026

/s/ *John M. Heyde*
John M. Heyde