**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NCR CORPORATION,
Plaintiff,
v.

B.A.T INDUSTRIES p.l.c.,

Defendant.

No.: 1:23-cv-1172-JPC-SDA

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of John M. Heyde for admission *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of Illinois and that his contact information is as follows:

John M. Heyde
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
jheyde@sidley.com

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff NCR Voyix Corporation in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District of New York. All attorneys appearing before this Court are subject to Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ______________

The Honorable John P. Cronan
United States District Judge