AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

NCR Corporation,
*Plaintiff*
v.
B.A.T Industries p.l.c.
*Defendant*

Case No. 1:23-cv-1172-JPC-SDA

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NCR Voyix Corporation.

Date: June 9, 2026

*/s/ John M. Heyde*
*Attorney's signature*

John M. Heyde
*Printed name and bar number*

One South Dearborn
Chicago, Illinois 60603
*Address*

jheyde@sidley.com
*E-mail address*

(312) 853-7000
*Telephone number*

(312) 853-7036
*FAX number*