**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NCR Corporation,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**B.A.T. Industries P.L.C.,**<br><br>**Defendant.** | **1:23-cv-01172 (JPC) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed Plaintiff's 6/4/26 Letter Motion (ECF No. 118) and Defendant's 6/9/26 Response (ECF No. 122), the Court adopts Defendant's briefing schedule for Plaintiff's motion to strike the report and preclude the testimony of Defendant's putative expert witness, Michael Goodstein, as follows:

- Plaintiff's opening brief due Monday, June 22, 2026
- Defendant's opposition due Monday, July 13, 2026
- Plaintiff's reply due Monday, July 20, 2026

The June 16, 2026 deposition of Mr. Goodstein, the June 29, 2026 deadline for Plaintiff's rebuttal expert report and the July 9, 2026 expert-discovery deadline are hereby stayed, pending resolution of Plaintiff's aforesaid motion. The Clerk of Court is respectfully requested to terminate the gavel at ECF No. 118.

**SO ORDERED.**

Dated: New York, New York
June 11, 2026

Stewart d. Aaron
STEWART D. AARON
United States Magistrate Judge