SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5760
ZPAYNE@SIDLEY.COM

June 12, 2026

**Via ECF**
Hon. Stewart D. Aaron
United States District Court Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

We write on behalf of Plaintiff NCR Voyix Corporation regarding the Court's order of June 11, 2026 (Dkt. 124). Pursuant to the Court's order, which acknowledged that neither NCR nor BAT "is affirmatively advocating to have the Expert Disclosure Report of Michael D. Goodstein, dated May 15, 2026, filed under seal," NCR withdraws its motion to seal (Dkt. 117).

Respectfully submitted,

/s/ Zachary Payne
Zachary Payne

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.