SIDLEY

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 5760
ZPAYNE@SIDLEY.COM

June 15, 2026

**Via ECF**
Hon. Stewart D. Aaron
United States District Court Southern District of New York
500 Pearl Street, New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-01172-JPC-SDA

Dear Judge Aaron:

We write on behalf of Plaintiff NCR Voyix Corporation pursuant to the Court's order of June 13, 2026 (Dkt. 127), which directed that NCR "publicly file the Expert Disclosure Report of Michael D. Goodstein (ECF No. 119-1) to the ECF docket." This report is attached and publicly filed as Exhibit A to this letter.

Respectfully submitted,

/s/ Zachary Payne
Zachary Payne