**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NCR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>B.A.T INDUSTRIES p.l.c.,<br><br>Defendant. | Case No.: 1:23-cv-1172-JPC-SDA |

**NOTICE OF PLAINTIFF NCR VOYIX CORPORATION'S MOTION TO EXCLUDE THE REPORT AND OPINIONS OF MICHAEL D. GOODSTEIN**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion To Exclude The Report and Opinions of Michael D. Goodstein, Plaintiff NCR Corporation hereby moves this Court before the Honorable Stewart D. Aaron, United States Magistrate Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, to exclude the report and opinions of Michael D. Goodstein in their entirety.

Dated: June 22, 2026
New York, New York

By: /s/ Charles K. Schafer
John J. Kuster
Zachary Payne
**SIDLEY AUSTIN LLP**
787 7th Avenue
New York, NY 10019
(212) 839-5300
jkuster@sidley.com
zpayne@sidley.com

Bruce R. Braun (admitted *pro hac vice*)
Charles K. Schafer (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**

One South Dearborn
Chicago, IL 60603
(312) 853-7000
bbraun@sidley.com
cschafer@sidley.com

*Counsel for NCR Voyix Corporation*