UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NCR CORPORATION
Plaintiff,

Case No. 1:23-cv-1172-JPC-SDA

-against-

B.A.T. INDUSTRIES P.L.C.
Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Nathaniel H. Benfield
FILL IN ATTORNEY NAME

My SDNY Bar Number is:________________ My State Bar Number is 5411533

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Hogan Lovells US LLP
FIRM ADDRESS: 390 Madison Avenue, NY, NY 10017
FIRM TELEPHONE NUMBER: +1 212 918 3000
FIRM FAX NUMBER: +1 212 918 3100

NEW FIRM:
FIRM NAME: Hogan Lovells Cadwalader US LLP
FIRM ADDRESS: 200 Liberty Street, NY, NY 10281
FIRM TELEPHONE NUMBER: +1 212 504 6000
FIRM FAX NUMBER: +1 212 504 6666

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on ______________ by Judge_________________________.

Dated: 7/13/2026

/s/ Nathaniel H. Benfield
ATTORNEY'S SIGNATURE