HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281
T +1 212 918 3000
F +1 212 918 3100
www.hlc.com

August 27, 2026

ENDORSEMENT: Application GRANTED.
SO ORDERED.
Dated: August 27, 2026

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-1172-JPC-SDA

Dear Judge Aaron:

In accordance with Section III of Your Honor's Individual Practices, counsel for Defendant B.A.T Industries p.l.c. ("BAT") writes to respectfully advise the Court that it intends to file a Motion for Leave to File an Amended Answer and Counterclaims (the "Motion"). The parties have conferred and reached agreement on a briefing schedule for the anticipated Motion, which BAT respectfully submits for the Court's consideration.

The parties propose the following briefing schedule:

- **BAT's Initial Motion for Leave to File an Amended Answer and Counterclaims:** September 10, 2026
- **NCR's Response:** October 1, 2026
- **BAT's Reply:** October 8, 2026

BAT respectfully requests that the Court so-order the foregoing schedule. The parties are prepared to proceed on the agreed timeline and respectfully submit that the proposed schedule will allow for efficient resolution of the Motion without undue delay.

Respectfully submitted,

*/s/ Dennis H. Tracey III*
Dennis H. Tracey III