UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NCR CORPORATION,<br>*Plaintiff*,<br>-against-<br>B.A.T INDUSTRIES p.l.c.,<br>*Defendant*. | Case No.: 1:23-cv-1172-JPC |

**DEFENDANT B.A.T INDUSTRIES P.L.C.'S NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED ANSWER AND COUNTERCLAIMS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant B.A.T Industries p.l.c.'s ("BAT") Motion for Leave to File an Amended Answer and Counterclaims, the Declaration of Dennis H. Tracey, III dated September 10, 2026, along with the exhibits thereto, and all prior pleadings and filings had herein; BAT, by and through its undersigned counsel, hereby moves this honorable Court pursuant to Federal Rules of Civil Procedure 15(a) and 16(b) for an order granting BAT leave to file and serve an Amended Answer and Counterclaims. Pursuant to the Court's Order dated August 27, 2026, any opposition by Plaintiff shall be due by October 1, 2026, and any reply by BAT shall be due by October 8, 2026.

Dated: September 10, 2026

Respectfully submitted,

By: */s/ Dennis H. Tracey, III*

Dennis H. Tracey, III
David R. Michaeli
Nathaniel Benfield
HOGAN LOVELLS CADWALADER US LLP
200 Liberty Street
New York, NY 10281
Tel: (212) 918-3000
dennis.tracey@hlc.com
david.michaeli@hlc.com
nate.benfield@hlc.com
*Counsel for Defendant B.A.T Industries p.l.c.*