# EXHIBIT 7

SIDLEY & AUSTIN CHICAGO

# MEMORANDUM

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK-PRODUCT**

**TO:** Ben Mieliulis
Dan McIntosh

**FROM:** Pamela R. Hanebutt

**RE:** Converters

**DATE:** December 8, 1998

---

It would be really helpful if we could talk to some of NCR/API's biggest converters customers from the relevant time period to determine the identity of the brokers to whom they sold. We have already identified the brokers API used for the broke.[1] It would be very helpful to talk to (or try) the brokers that the converters of NCR Paper brand carbonless used.

Using employee resources, would it be possible to compile a list of contacts for the following companies: Uarco; Moore Business Forms; Ennis; Reynolds & Reynolds; Standard Register; Wallace Business Forms; Burrough's; and Shade. Other names that pop up on documents from the time period are: Chatfield Paper Company; Beekman Paper Company (New York); Mittag & Volge (Park Ridge, NJ); Carpenter Paper Company (Kansas City); Diem and Wing (Cinncinati Ohio); Zellerback; Nationwide; and IBM. Some of these may be paper merchants, rather than converters. I think we should limit this initial effort to converters. The idea is to see if these contacts can give us broker names. We would then attempt to interview the brokers to see if they sold converter trim containing NCR Paper to any of the mills at issue.

Also, Systemedia purchased about 8-9% of the NCR Paper brand carbonless that was manufactured during the relevant time period and I would like to start interviewing Systemedia employees who might have information about where its converter scrap went. **Paul Hertziger** is a name suggested to me. I think he retired from Appleton Coated's technical group, but was at one time a plant manager of one of the Business Forms & Supply plants (aka Systemedia). Do you have any information on him (present whereabouts)? I will also check to see if NCR has any information on him.

[1] We have interviewed Golper (while he was very hospitable to Mary Cesar and even bought her lunch, he gave up very little info), National Fiber won't talk to us, and we are working still on Continental Paper Grading (Sam Epstein).


NCRV_13582784

Also, do you think that Perry Koplick, which I believe is API's current broker, would be willing to talk with us about what he knows based upon his experience in the industry? We could assure him that it is not the brokers that NCR is interested in, but the identities of the mills who consumed the broke/converter scrap.

cc: Paul M. Samson
Evan B. Westerfield
J. Andrew Schlickman

::ODMA\PCDOCS\CHICAGO4\759048\1 December 8, 1998 (4:00pm)