# EXHIBIT 9

SIDLEY & AUSTIN CHICAGO

# MEMORANDUM

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK-PRODUCT**

**TO:** Paul M. Samson (via Federal Express)
Benjamin Mieliulis (via Federal Express)

**FROM:** Pamela R. Hanebutt PRH

**RE:** Other PCB contaminated sites

**DATE:** December 4, 1998

---

At API's/NCR's joint request, we asked Jaakko Poyry to analyze whether there are any paper mills in the vicinity of sites that EPA has identified as being contaminated with PCB in its report entitled, "The Incidence and Severity of Sediment Contamination in Surface Waters of the United States; National Sediment Quality Survey, EPA 823-96-006."

Jaakko Poyry's analysis is enclosed, and should be treated as extremely confidential. In light of the document's sensitivity, we should discuss the extent to which it should be distributed.

Please note that this project does not encompass all sediment sites with PCB contamination, but only those sites with significant levels of PCB contamination. Please call me if you have any questions.

cc: J. Andrew Schlickman
Thomas M. McMahon

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

DALLAS
LOS ANGELES
NEW YORK

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
312-853-7157

November 11, 1998

**VIA FEDERAL EXPRESS**

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

Ms. Tara Kern
Jaakko Poyry Consulting
580 White Plains Road
Tarrytown, NY 10591-5183

Re: Consulting Project for NCR and API

Dear Tara:

As you know, on behalf of our clients, we have been trying to identify sites around the country where PCB contamination may be linked to paper manufacturing operations. We believe Jaakko Poyry can be of substantial assistance to us in this regard by helping us determine whether there are any deinking or other paper manufacturing operations in the areas where PCB contamination has been identified.

Recently, the United States Environmental Protection Agency issued a report entitled "The Incidence and Severity of Sediment Contamination in Surface Waters of the United States: National Sediment Quality Survey, EPA 823-97-006." We have examined that report and it appears that at least 28 of the 96 watersheds identified by EPA as being "areas of probable concern" have PCB contamination. Those sites are set forth on the attached list. Using the maps we have enclosed for each site on the list, we would like Jaakko Poyry to ascertain whether there are any paper manufacturing operations in the vicinity of each site. If so, please identify the name of the company, the years of operation, the products manufactured and the type of furnish likely to have been used, and whether the operation either has deinking capabilities or is likely to have repulped post-consumer waste paper or broke without deinking (e.g. chipboard facilities).

This is a high priority task. Once you have reviewed the materials, please give me a call so we can address any questions you might have and determine an appropriate schedule. As always, thank you for your assistance.

Sincerely,

COPY

Pamela R. Hanebutt

cc: Mary Cesar (w/out encl) (via e-mail)
Evan B. Westerfield

bc: Paul M. Samson
Benjamin Mieliulis
J. Andrew Schlickman
Thomas M. McMahon
John M. Heyde

JAAKKO PÖYRY
Jaakko Pöyry Consulting

23A3365

Tara Kern December 2, 1998 1 (1)

Pam:

Enclosed is the maps and description of mills alongside the EPA sites.. I have included and additional copy for you to pass along to Mary.

If you have any questions, please give me a call.

Sincerely,

Tara

— EXTREMELY CONFIDENTIAL —

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# SENECA




– No mills located along this site.

# DOOR-KEWAUNEE




***Operating Mills***

–Proctor & Gamble, Green Bay, WI (2 mills)
- –Mill started in 1898; 2nd mill started in 1910
- –Both mills manufacture tissue; combined capacity of 345,000 tpy
- –Do not use any RCP

–Green Packaging, Green Bay, WI
- –Mill started in 1950
- –Manufactures recycled containerboard; capapacity of 220,000 tpy
- –Utilize 100% RCP for furnish, all OCC

–Fort James, Green Bay, WI (2 mills)
- Mill started in 1904; 2nd mill started in 1946
- Both mills manufacture tissue; combined capacity of 550,000 tpy
- One mill 100% integrated to DIP with capacity of 400,000 tpy; 2nd mill 75% integrated to DIP with capacity of 110,000 tpy. Mills use a mix of RCP grades both mills likely to use some SOP, ledger, MP.

–Badger Paper, Peshtigo, WI
- –Mill started in 1919
- –Manufactures specialty uncoated freesheet papers; capacity 80,000 tpy
- –Purchase chemical pulp; do not use RCP

–Kimberly-Clark, Marinette, WI
- –Mill started in 1906
- –Manufactures tissue; capacity of 55,000 tpy
- –Use some pulp substitutes

–Bell Packaging, Menominee, MI
- –Mill started before 1948; recently purchased by Visy
- –Manufacture recycled medium and specialty papers; capacity 20,000 tpy
- –Purchase chemical pulp and some RCP (OCC, RMP)

–Great Lakes Pulp & Fiber, Menominee, MI
- –New market DIP mill started up in 1996
- –DIP capacity of 155,000 tpy
- –Utilize SOP

***Idled Mills***

–Scott Paper, Menominee, MI
- –Mill started in 1906, shut down in 1972
- –Manufactured …
- –Integrated to groundwood pulp

# LITTLE CALUMET-GALIEN




***Operating Mills***

- Georgia-Pacific, Gary, IN
  - Mill started in 1948
  - Manufactures tissue; capacity of 26,000 tpy
  - 100% integrated to DIP; utilize OCC and pre-consumer HGD grades

***Idled Mills***

- None

# PIKE-ROOT & CHICAGO




## *Operating Mills*

- Chicago Paperboard, Chicago, IL
  - Mill started in 1917; owned by Caraustar Industries
  - Manufactures boxboard and recycled linerboard; capacity of 66,000 tpy
  - Utilize 100% RCP (OCC, MP, ONP, OWP)
- FSC, Alsip, IL
  - Mill started in 1968
  - Manufacture newsprint and uncoated groundwood papers; capacity of 135,000 tpy
  - Integrated to DIP (ONP,OMG)
- Wisconsin Tissue, Alsip, IL
  - Mill started in , recently purchased from FSC by Wisconsin Tissue (sub. of Chesapeake Corp.)
  - Manufactures tissue; capcity of 60,000 tpy
  - integrated to DIP

## *Idled Mills*

- Bird & Son, Chicago IL
  - Mill started before 1950, shut down in 1983
  - Manufactured building materials; 35,000 tpy
  - Probably used a mix of low quality RCP (ONP, MP)

- Container Corp. of America, Chicago, IL
  - Mill started before 1950, shut down in 1972
  - Manufactured chipboard and folding boxboard; 46,000 tpy
  - May have used MP, OWP, OCC, ONP
- Johns-Manville Corp., Waukegan, IL
  - Mill started in 1920's, shut down in 1982
  - Manufactured building materials; 70,000 tpy
  - integrated to virgin pulp, probably utilized RCP
- Owens Corning, Summit, IL
  - Mill shut down in 1982
  - Manufactured roofing and flooring felt; capacity of 40,000 tpy
  - Probably utilized RCP
- Volney Felt Mills, Chicago, IL
  - Mill started before 1950, shut down in 1977
  - Manufactured roofing and flooring felt; capacity of 40,000 tpy
  - Probably utilized RCP
- Western Electric Co., Chicago, IL
  - Mill shut down in 1983
  - Manufactured specialty papers; capacity of 12,000 tpy
  - Probably did not use RCP

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# MILWAUKEE




## ***Operating Mills***

- Wisconsin Paperboard, Milwaukee, WI
  - Mill started in 1911; owned by NewarkGroup
  - Manufactures chipboard, core board, WLC
  - Use 100% RCP; mix of ONP, OCC and MP

## ***Idled Mills***

- Bermico, West Bend, WI
  - Mill started in 1930, shut down in 1984
  - Manufactured specialty papers; capacity of 15,000 tpy
  - Probably did not use RCP

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# ST. JOSEPH




## *Operating Mills*

- Crown Vantage, Parchment, MI (2 mills)
  - Mill started in 1918; 2nd mill started in 1923; formerly James River
  - Both mills manufacture specialty papers; capacity of 135,000 tpy
  - 100% virgin fiber
- Fort James, Kalamazoo, MI
  - Mill started in 1922
  - Manufactures boxboard; capacity 275,000 tpy
  - 100% RCP (ONP, OCC, MP)
- Fox River Paper, Vicksburg, MI
  - Mill started in 1905
  - Manufactures coated and uncoated freesheet papers; capacity 33,000 tpy
  - Use some RCP (HGD and white office waste)
- French Paper, Niles, MI
  - Mill started before 1950
  - Manufactures uncoated freesheet papers; capacity 20,000 tpy
  - 50% virgin/50% RCP (HGD, PS, CPO); purchase some market DIP
- Georgia-Pacific, Kalamazoo, MI
  - Mill started before 1950
  - Manufactures coated and uncoated freesheet papers; capacity 150,000
  - Integrated to DIP (77,000 tpy); purchase virgin fiber

- Michigan Paperboard, Battle Creek, MI
  - Mill started before 1950; owned by Field Container
  - Manufactures boxboard; capacity 110,000 tpy
  - RCP (ONP, OCC, MP)
- Rock-Tenn
  - Mill started in 1948
  - Manufactures white lined chipboard; capacity of 150,000
  - 100% RCP (ONP, OCC, MP)
- Simplex Products, Constantine, MI
  - Mill started before 1950
  - Manufactures boxboard and recycled linerboard; capcity of 50,000
  - 100% RCP (OCC, MP, HGD)
- Simplicity Pattern, Niles, MI
  - Mill started in 1945
  - Manufactiure specialty tissue; capcity of 15,000
  - Use some PS
- White Pigeon Paper, White Pigeon, MI
  - Mill started in 1907
  - Manufactures white lined chipboard; capcity of 65,000
  - RCP (ONP, OCC, MP, WOW)

***<u>Idled Mills</u>***

- Brown Co., Kalamazoo, MI
  - Mill shut down in 1974
  - Manufactured boxboard; capacity of 35,000 tpy
  - Probably 100% RCP (ONP, OCC, MP)
- Continental Group, Elkhart, IN
  - Mill started before 1950, shut down in 1973
  - Manufactured boxboard; capacity of 65,000 tpy
  - Probably 100% RCP (ONP, OCC, MP)
- Eaton-Dikeman, Kalamazoo, MI
  - Mill started in 1915, shut down in 1974
  - Manufactured specialty papers; capacity of 6,000 tpy
  - Unlikely to use RCP
- Fletcher Paper, Watervliet, MI
  - Mill started in 1910, shut down in 1994
  - Manufactured specialty uncoated freesheet grades; capacity 50,000 tpy
  - Used some purchased DIP
- Nickal Paper, Kalamazoo, MI
  - Mill started in 1909, shut down in 1988
  - Manufactured recycled linerboard; capcity of 50,0000 tpy
  - Probably used some RCP(most likely OCC)
-

- Owens-Corning, Mishawaka, IN
  - Mill started in 1935, shut down in 1981
  - Manufactured roofing/flooring felt; capacity 30,000 tpy
  - Probably used some RCP
- Performance Papers, Kalamazoo, MI
  - Mill started before 1950, shut down in 1989
  - Manufactured coated and uncoated freesheet paper; capacity 135,000 tpy
  - Integrated DIP (50,000 tpy)
- Portage Papers, Kalamazoo, Mi
  - Mill started in 1901, shut down in 1998
  - Manufactured kraft paper and uncoated freesheet; capacity of 100,000 tpy
  - Used some RCP (OCC0
- Rocky River Paper Mill, Three Rivers, MI
  - Mill started before 1950, shut down in 1970
  - Manufactured boxboard grades; capacity of 22,000 tpy
  - Probably used RCP
- Watervliet Paper, Watervliet, MI
  - Mill started before 1950, shut down in 1988
  - Manfactured folding boxboad; capacity of 15,000 tpy
  - Probably used some RCP

# OTTAWA-STONY & RAISIN




## *Operating Mills*

- Sorenson Paperboard, Palmyra, MI
  - Mill started in 1906
  - Manufactures boxboard; capacity 30,000 tpy
  - 100% RCP (OMG, MP)

## *Idled Mills*

- Consolidated Packaging, Monroe, MI
  - Mill started in 1919, shut down in 1980
  - Manufactured boxboard; capacity 100,000 tpy
  - Probably 100% RCP
- Consolidated Packaging, Monroe, MI
  - Mill started before 1950, shut down in 1977
  - Manufactured boxboard; capcity 140,000 tpy
  - Probably used RCP
- Consolidated Packaging, Monroe, MI
  - Mill started before 1950, shut down in 1975
  - Manufactured virgin medium; capacity of 75,000 tpy
  - Probably did not use RCP
- Jefferson Smurfit, Monroe, MI
  - Mill started in 1920, shut down in 1990's
  - Manufactured boxbaord; capacity 45,000 tpy
  - Primarily RCP (ONP, OCC, MP)

- Jefferson Smurfit, Monroe, MI
  - Mill started in 1912, shut down in 1990's
  - Manufactured boxboard; capacity 100,000 tpy
  - Primarily RCP (ONP, OCC, MP)

# NIAGARA




## *Operating Mills*

- Buffalo Paperboard, Lockport, NY
  - Mill started in 1921; owned by Caraustar Industries
  - Manufactures gypsum liner; capacity 65,000 tpy
  - 100% RCP (ONP, OCC, MP, PS)
- Norampac, Niagara Falls, NY
  - Mill started before 1950; formerly 100% owned by Cascades
  - Manufactures recycled medium; capacity 160,000 tpy
  - 100% RCP (OCC, SOP)
- United States Gypsum, Oakfield, NY
  - Mill started before 1950
  - Manufactures gypsum liner; capacity 35,000 tpy
  - 100% RCP (ONP, OCC, MP)

## *Idled Mills*

- Boundary Paper Mills, North Tonawanda, NY
  - Mill started in 1946, shut down in 1976
  - Manufactured boxboard, recycled liner; capacity 13,000 tpy
  - Probably used RCP
- Continental Group, Tonawanda, NY
  - Mill started in 1904, shut down in 1973
  - Manufactured boxboard; capacity 75,000 tpy
  - Probably 100% RCP

- Flintkote, Lockport, NY
  - Mill started before 1950, shut down in 1976
  - Manufactured roofing and flooring felt; capacity 20,000 tpy
  - Probably 100% RCP
- International Paper, North Tonawanda, NY
  - Mill started in 1925, shut down in 1976
  - Manufactured uncoated freesheet papers; capacity 88,000 tpy
  - 100% virgin
- Koppers Co., North Tonawanda, NY
  - Mill started in 1969, shut down in 1986
  - Manufactured roofing and flooring felt; capacity 17,000 tpy
  - Probably 100% RCP
- Lockport Paperboard, Lockport, NY
  - Mill started in 1920, shut down in 1981
  - Manufactured boxboard; capacity 33,000 tpy
  - Probably used some RCP
- Nitec Paper, Niagara Falls, NY
  - Mill started in 1939, shut down in 1982
  - Manufactured tissue; capacity 55,000 tpy
  - Probably 100% virgin

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# UPPER ST. LAWRENCE




***Operating Mills***

- The Fonda Group, Gouverneur, NY
  - Mill started in 1962
  - Manufactures tissue; capacity 33,000 tpy
  - 100% virgin
- Mead , Potsdam, NY
  - Mill started before 1950
  - Manufacture specialty papers; capacity 22,000 tpy
  - Use some PS
- Norfolk Paper, Norfolk, NY
  - Mill stated in 1900; owned by Fournier Group
  - Manufactures kraft paper; capacity 50,000 tpy
  - 100% virgin

***Idled Mills***

- Ponderosa, Ogdensburg, NY
  - Mill started in 1960's, shut down in 1983
  - Manufactured market deinked pulp; capacity 33,000 tpty
  - 100% RCP

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT



# MIDDLE WABASH-BUSSERON




***Operating Mills***

- Weston Paper, Terre Haute, IN
  - Mill started in 1917
  - Manufactures semichemical medium; capacity 200,000 tpy
  - Use some RCP (OCC, MP)

***Idled Mills***

- Vincennes Paper Mill, Vincennes, IN
  - Mill started before 1950, shut down in 1982
  - Manufactured chipboard; capacity 20,000 tpy
  - Probably 100% RCP

# PICKWICK LAKE




***Operating Mills***

- Champion International, Courtland, AL
  - Mill started in 1970
  - Manufactures coated and uncoated freesheet paper; capacity 970,000 tpy
  - 100% integrated to virgin pulp
- Tenneco Packaging, Counce, TN
  - Mill started in 1961
  - Manufactures linerboard; capacity 895,000 tpy
  - Integrated to virgin pulp, purchase RCP (OCC)

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# LOWER TENNESSEE-BEECH




***Operating Mills***

- Inland Paperboard and Packaging, New Johnsonville, TN
  - Mill started in 1970; owned by Temple-Inland
  - Manufactures semichemical medium; capacity of 240,000 tpy
  - Integrated to virgin pulp, purchase RCP (OCC)

# TWIN CITIES




## *Operating Mills*

- Certainteed Corp., Shakopee, MN
  - Mill started ..
  - Manufactures roofing and flooring felt; capacity 65,000 tpy
  - Integrated to virgin pulp (50%), purchase RCP (OCC, MP)
- Rock-Tenn, St. Paul, MN
  - Mill started in 1906; formerly Waldorf
  - Manufactures recycled medium, boxboard; capacity 315,000 tpy
  - 100% RCP (ONP, OCC, MP, SOP)

## *Idled Mills*

- Certainteed Coorp., Minneapolis, MN
  - Mill started in 1917, shut down in 1976
  - Manufactured roofing and flooring felt; capacity 40,000 tpy
  - Probably used RCP

# RUSH VERMILLION




— No mills located along this site.

# CASTLE ROCK




***Operating Mills***

- Consolidated Papers, Stevens Point, WI
  - Mill started in 1919
  - Manufactures coated freesheet and specialty papers; capacity 180,000 tpy
  - Purchase virgin pulp
- Consolidated Papers, Stevens Point, WI
  - Mill started in 1892
  - Manufactures coated groundwood paper; capacity 205,000 tpy
  - 100% virgin
- Consolidated Papers, Wisconsin Rapids, WI
  - Mill started in 1896
  - Manufactures coated groundwood papers; capacity 400,000 tpy
  - Integrated to virgin pulp, use some RCP (PS)
- Consolidated Papers, Wisconsin Rapids, WI
  - Mill started in 1919
  - Manufactures coated freesheet paper; capacity 470,000 tpy
  - 100% virgin
- Georgia-Pacific, Nekoosa, WI
  - Mill started before 1948
  - Manfactures uncoated freesheet paper; capacity 220,000 tpy
  - Use some RCP (HGD), purchase some DIP
- Georgia-Pacific, Port Edwards, WI

- Mill started in 1906
- Manufactures uncoated freesheet paper; capacity 160,000 tpy
- 100% virgin

- Kimberly-Clark, Stevens Point, WI
  - Mill started before 1950
  - Manufactures uncoated woodfree specialty paper; capacity 100,000 tpy
  - 100% virgin
- Mosinee Paper, Mosinee, WI
  - Mill started in 1911
  - Manufactures specialty papers; capacity 125,000 tpy
  - 100% virgin

# DES PLAINES




## *Operating Mills*

- Ivex Packaging, Joliet, IL
  - Mill started before 1950
  - Manufacture specialty papers; capacity 53,000 tpy
  - 100% RCP (OCC, MP, SOP)
- Rock-Tenn, Aurora, IL
  - Mill started before 1950
  - Manufactures recycled board; capacity 33,000 tpy
  - 100% RCP (OCC, MP)

## *Idled Mills*

- GAF Corp., Joliet, IL
  - Mill started in 1929, shut down in 1984
  - Manufactured roofing and flooring felt; 90,000 tpy
  - Partially integrated to virgin pulp, probably purchased RCP

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT



# BIG MUDDY




- No mills located along this site.

# UPPER KASKASKIA




– No mills located along this site.

# MIDDLE KASKASKIA




***Operating Mills***

- none

***Idled Mills***

- Alton Box Board Co., Carlyle, IL
  - Mill started before 1950, shut down in 1973
  - Manufactured recycled medium; 17,000 tpy
  - Used RCP

# LOWER CALCASIEU




- No mills located along this site.

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# LOWER NEOSHO




***Operating Mills***

- Fort James, Muskogee, OK
  - Mill started in 1978; formerly Fort Howard
  - Manufactures tissue; capacity 395,000 tpy
  - 100% integrated to DIP (ONP, MP, OWP)
- Georgia-Pacific, Pryor, OK
  - Mill started in 1952
  - Manufactures gypsum and roofing felt; capacity;100,000 tpy
  - 100% RCP (ONP, OCC, MP)
- NGC Industries, Pryor, OK
  - Manufactures gypsum liner; capacity 83,000 tpy
  - 100% RCP (ONP, OCC, MP)
- Orchids Paper Products, Pryor, OK
  - Mill started before 1950
  - Manufactures tissue; capacity 33,000 tpy
  - 100% integrated to DIP (HGD, PS, OWP)

PRIVILEDGED AND CONFIDENTIAL
ATTORNEY WORK-PRODUCT PREPARED AT THE REQUEST OF COUNSEL
IN ANTICIPATION OF LITIGATION AND IN THE CAPACITY OF A CONSULTANT


# LOWER WILLAMETTE




***Operating Mills***

- American Tissue Mills, St. Helens, OR
  - Mill started in 1955
  - Manufactures tissue; capacity 38,000 tpy
  - 100% virgin
- Boise Cascade, St. Helens, OR
  - Mill started in 1926
  - Manufactures uncoated freesheet specialty papers; capacity 240,000 tpy
  - 100% virgin
- Fort James, Camas, WA
  - Mill started in 1904
  - Manufactures tissue and uncoated freesheet papers; capacity 585,000 tpy
  - Purchase some DIP
- Smurfit Newsprint, Newberg, OR
  - Mill started in 1910
  - Manfactures newsprint; capacity 375,000 tpy
  - Integrated to virgin and DIP (ONP/OMG)

- Smurfit Newsprint, Oregon City, OR
  - Mill started in 1910
  - Manufactures newsprint and uncoated groundwood papers; capacity 215,000 tpy
  - Integrated to virgin and DIP (ONP)
- West Linn Paper, West Linn, OR
  - Mill started before 1945; formerly owned by James River
  - Manufactures coated and uncoated freesheet papers; capacity 175,000
  - Integrated to virgin and DIP (100,000 tpy); use HGD, OWP

***Idled Mills***

- Boise Cascade, Vancouver, WA
  - Mill started in 1927, shut down in 1996
  - Manufactured uncoated freesheet paper; capacity 105,000 tpy
  - Integrated to virgin and DIP (55,000 tpy)
- GS Roofing Products, Portland, OR
  - Mill started in 1946, shut down in 1991
  - Manufactured roofing and flooring felt; capacity 10,000 tpy
  - Probably used RCP
- Herbert Malarkey Roofing Co.
  - Mill started in 1956, shut down in 1982
  - Manufactured roofing and flooring felt; capacity 13,000 tpy
  - Probably used RCP
- Owens Corning, Portland, OR
  - Mill started in 1948, shut down in 1983
  - Manufactured roofing and flooring felt; capacity 20,000 tpy
  - Probably used RCP
- Owens Corning, St. Helens, OR
  - Mill started before 1950, shut down in 1986
  - Manufactured building products; capacity 60,000 tpy
  - Probably used RCP

# PUGET SOUND




## *Operating Mills*

- Abitibi-Consolidated, Steilacoom, WA
  - Mill started in 1926
  - Manufactures recycled newsprint
  - Mill integrated to virgin and DIP (ONP, OMG)
- Daishowa, Port Angeles, WA
  - Mill started in 1920
  - Manufactures directory paper; capacity 150,000 tpy
  - Integrated to virgin and DIP (ONP, OMG)
- Kimberly-Clark, Everett, OR
  - Mill started in 1953
  - Manufactures tissue; capacity 250,000 tpy
  - 100% virgin
- Port Townsend Paper, Port Townsend, WA
  - Mill started in 1927
  - Manufactures kraft paper and linerboard; capacity 165,000 tpy
  - Integrated to virgin pulp, use RCP (OCC)
- Simpson Tacoma Kraft, Tacoma, WA
  - Mill started in 1928
  - Manufactures kraft paper, linerboard; capacity 330,000 tpy
  - 100% virgin

- Jefferson Smurfit, Tacoma, WA
  - Mill started in 1965
  - Manufactures boxboard; capcity 40,000 tpy
  - 100% RCP (ONP, OCC, MP)
- Sonoco Products, Sumner, WA
  - Mill started in 1914
  - Manufactues boxboard; capacity 45,000 toy
  - 100% RCP (ONP, OCC, MP)

***Idled Mills***

- Fibreboard Corp., Port Angeles, WA
  - Mill started in 1918, shut down in 1974
  - Manufactured boxboard; capacity 20,000 tpy
  - 100% virgin
- Rayonier, Port Angeles, WA
  - Mill started in 1965, shut down in 1996
  - Manufactured virgin pulp
- Simpson Lee Paper, Everett, WA
  - Mill started before 1945, shut down in 1975
  - Manufactured coated and uncoated freesheet paper; capacity 65,000
  - Integrated to virgin and DIP (11,000 tpy)
- Simpson Timber, Shelton, WA
  - Mill started in 1945
  - Shut down in 1976
  - Manufactured building products; capacity 40,000 tpy
  - 100% virgin
- Snohomish River Pulp Co., Everett, WA
  - Mill started in 1952, shut down in 1994
  - Manufactured virgin pulp; capacity 350,000 tpy

# SANTA MONICA BAY




***Operating Mills***

- LA Paper Box & Board Mills, City of Commerce, CA
  - Mill started in 1941
  - Manufactures boxboard; capacity 30,000 tpy
  - 1005 RCP (ONP, OCC, PS)
- Newark Pacific Paperboard, Los Angeles, CA
  - Mill started in 1947
  - Manufactures white lined chipboard; capacity 57,000 tpy
  - 100% RCP (ONP, OCC, MP, PS, OWP)
- PABCO Paper, Vernon, CA
  - Mill started before 1950
  - Manufactures white lined chipboard and gypsum liner; capacity 55,000 tpy
  - 100% RCP (ONP, OCC, HGD0
- Proctor & Gamble, Oxnard, CA
  - Mill started in …
  - Manufactures tissue; capacity 130,000 tpy
  - 100% virgin
- Jefferson Smurfit, Vernon, CA
  - Mill started in 1951
  - Manufactured recycled medium and boxboard; capacity 160,000 tpy
  - 1005 RCP (ONP, OCC, MP, PS, OWP)
-

- United States Gypsum, Sough Gate, CA
  - Mill started in 1948
  - Manufactures gypsum liner; 82,000 tpy
  - 100% RCP (ONP, OMG, OCC, MP)
- Willamette Industries, Oxnard, CA
  - Mill started in 1956
  - Manufactures recycled medium; 185,000 tpy
  - 100% RCP (OCC0

***Idled Mills***

- Celotex Corp., Los Angeles, CA
  - Mill started before 1950, shut down in 1983
  - Manufactured roofing and flooring felt
  - Probably used some RCP
- Crown Zellerbach, Los Angeles, CA
  - Mill started in 1955, shut down in 1984
  - Manufactured tissue; capacity 25,000 tpy
  - Probably 100% virgin
- Domtar Gypsum, Vernon, Ca
  - Mill started in 1924, shut down in 1992
  - Manufactured building products and boxboard; capacity 130,000 tpy
  - 100% RCP
- Lunday Thagard, South Gate, CA
  - Mill started in 1940, shut down in 1990s
  - Manufactured roofing and flooring felt
  - 100% virgin
- Owens Corning, Compton, CA
  - Mill started in 1934, shut down in 1987
  - Manufactured roofing and flooring felt; capacity 23,000 tpy
  - Probably used some RCP

# SAN DIEGO




– No mills located along this site.