# EXHIBIT 10

# FOX RIVERSTATUS REPORT

**Juy 14, 1998**

| ***Majoı Case Area*** | ***Objective*** | ***Status*** | ***Top-Priority Tasks*** |
|---|---|---|---|
| Overall Strategy Development (JAS/IFW/PRH/JMH) | -- Revise and update basic case strategy in response to continuing events<br><br>-- Pursue decision analysis methods to identify key issues and decisions<br><br>-- Pursue reasonable settlement opportunities | -- Appears that governments will make a counter-offer to FRG-4 settlement offer | -- Develop revised statement of strategy<br><br>-- Address counter-offer<br><br>-- Evaluate appropriate response to Patterson report |



NCRV_13602178

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

| ***Major Case Area*** | ***Objective*** | ***Status*** | ***Top-Priority Tasks*** |
|---|---|---|---|
| Factual Investigation (PRH/EBW) | -- Develop facts to support NCR's arguments for a relatively low allocation based on direct discharges and equitable factors | -- RMT to complete emulsion loss calculations (report due end of week of 7/13/98)<br><br>-- RMT to evaluate Patterson report and recommend action items (7/20/98)<br><br>-- Jaakko Poyry working on analysis of incoming furnish to recycle mills for use in calculating mill discharge quantities; also developing facts to support useful product defense (ongoing)<br><br>-- New DOI documents are on-line: RMT to spend 30 hours reviewing new documents; JP to spend 20 hours reviewing new documents on broke issues<br><br>-- Matheson's report on recovered paper due (awaiting review by Mary Cesar prior to submission upon her return from vacation) (7/23/98) | -- Develop strategy to respond to Patterson report<br><br>-- Move forward with RMT bench-scale work (Complete as much work as possible prior to 8/4 meeting; RMT currently awaiting receipt of new capsules from API)<br><br>-- Begin drafting discovery plan for litigation or allocation battle (on-going task)<br><br>-- Review and assess API accounting records (broke as minus cost) (Discuss retaining expert vs. utilizing API personnel (e.g. Hietpas) to evaluate same at 8/4/98 meeting)<br><br>-- Prepare FOIA for info re: bypass (combined sewer) issue<br><br>-- Move information into fact book (ongoing; initial draft due |

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| *Major Case Area* | *Objective* | *Status* | *Top-Priority Tasks* |
|---|---|---|---|
| Factual Investigation (continued) | | | -- Identify Mead witnesses to determine what Mead did with its broke (JP to report on progress at 8/4/98 meeting)<br><br>-- Develop list of additional witnesses to be interviewed (contact Mieliulis and Samson re: scheduling)(underway)<br><br>-- Review with API Jaakko Poyry's work plan<br><br>-- Confer w/ Samson to develop list of Systemedia employees to be interviewed (7/14/98)<br><br>-- Jaakko Poyry to develop list of retired brokers to interview on 8/6 and 8/7<br><br>-- Develop agenda for 8/4 meeting (7/28) |

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

| *Major Case Area* | *Objective* | *Status* | *Top-Priority Tasks* |
|---|---|---|---|
| Allocation Modeling (FRH/EBW/JFN) | -- Determine whether critical evidence for allocation can be developed on the basis of "reverse fate and transport modeling" or "deposit fingerprinting."<br><br>-- Develop a model for allocation based on cost causation techniques | – PHB has delivered a draft cost causation analysis based on existing data<br><br>– Client has approved asking Exponent to provide a cost estimate for taking an initial look at the possible utility of "reverse fate and transport modeling" or "deposit fingerprinting." | -- Review PHB analysis<br><br>-- Request Exponent to provide cost estimate |
| Tracking Financial Information on Recycle Mills (TMM, JAS, JMH) | -- Monitor recycle mills' financial strength and ability-to-pay | – Tracking annual reports and SEC filings | -- Determine next steps re: role of Menasha Corp. as PRP |

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

| ***Major Case Area*** | ***Objective*** | ***Status*** | ***Top-Priority Tasks*** |
|---|---|---|---|
| Technical Defenses (JFW/JMH) | -- Deveop technical arguments to support desired remedia and restoration decisions and acceptable damage assessment | -- At 2/6/98 "shadow RI/FS" meeting, the Technical Committee (TC) developed a plan for performing all tasks necessary for a shadow RI/FS. Results of tasks will be submitted to EPA/DNR in a series of "white papers." Schedules and budgets for the tasks have been prepared. Draft outline for 1 paper has been prepared and is out for comment. Schedules have slipped 1 or 2 weeks for 2 other papers. | -- Assure that tasks and subtasks are defined in detail so that nothing "falls through the cracks." (ongoing)<br><br>-- Monitor performance of tasks (ongoing)<br><br>-- Review/edit consultant work product (ongoing) |
| Analyze Technica Justification for Settlement (JFW/JMH) | -- Determine whether there is adequate scientific and/or policy justification for settlement without extensive dredging. | -- Tables have been provided to NCR that analyze "middle ground" possibilities for settlement. Proposed settlement incorporates information from these tables. | |
| Analysis of Claims | | | |

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| *Mapr Case Area* | *Objective* | *Status* | *Top-Prority Tasks* |
|---|---|---|---|
| Fox River (PRH/JMH) | -- Understand legal and factual issues involved in possible CERCLA and other governmental enforcement (including Wisconsin state law) claims, private-party contribution claims, and possible recycle mills' contract or product/strict liability claims | -- Outlines prepared on Wisconsin state law claims common-law governmental enforcement claims, and CERCLA allocation issues<br><br>-- Tracking developments in all areas | |
| Other Sites (JFW/JMH) | -- Track possible claims against NCR at other sites | -- Tracking any news of such claims<br><br>-- PHR reviewing Kalamazoo River files | -- Review information on Lake Champlain (7/31) |
| Legal Research (JFW/PRH/JMH) | -- Perform legal research and analysis to support analysis of claims | | |

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| ***Major Case Area*** | ***Objective*** | ***Status*** | ***Top-Priority Tasks*** |
|---|---|---|---|
| FRG Activities (JAS/JFW/WGD) | -- Ensure FRG is working efficiently and effectively<br><br>-- Develop FRG strategy for case<br><br>-- Promote equitable sharing of work among FRG members<br><br>-- Develop favorable interim allocations for NCR/API | -- FRG seems near to resolving allocation for additional $4 million | -- Evaluate new FRG administrative structure<br><br>-- Assign more FRG projects to Fort James<br><br>-- Complete interim allocation discussions for additional $4 million and memorialize agreement |

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

| *Major Case Area* | *Objective* | *Status* | *Top-Priority Tasks* |
|---|---|---|---|
| Participation in FRG Technical Activities (JFW/JMH) | -- Use group resources to further NCR's goals in above major case areas<br><br>-- Maintain cohesive and effective Technical Group | -- Monitoring FRG activities, including NRDA work, sediment demonstration projects, modeling work group, and shadow RI/FS work<br><br>-- Reviewing technical documents relating to above activities.<br><br>-- FRG has approved RI/FS (and NRDA) defensive measures group; funding unresolved<br><br>-- The RI/FS Technical Memoranda, although delayed, are now being circulated review. | -- Improve/maintain quality of technical work by FRG consultants (<u>ongoing</u>)<br><br>-- Raise important issues to the Technical Committee. Make sure all relevant issues are adequately addressed (<u>ongoing</u>)<br><br>-- Further discuss with client management of Technical Committee (<u>ongoing</u>)<br><br>-- Assess whether modeling work should be expanded per Mark Velleaux's recent memo<br><br>-- Review and comment on RI/FS Technical Memoranda (<u>ongoing</u>) |

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| *Major Case Area* | *Objective* | *Status* | *Top-Priority Tasks* |
|---|---|---|---|
| Legislative, Political and Public Affairs Efforts (WGD/JMH) | -- Create caim for favorable outcomes on technical issues, including remedy selection<br><br>-- Support changes in legislation to minimize NCR liability | -- FRG has made repeated contacts with Gov. Thompson regarding 56/57 issue<br><br>-- Public affairs committee planning "or background" press contacts to further exploit this issue<br><br>-- Boehlert meeting re: recyclable materials exemption being scheduled<br><br>-- Jaakko Poyry developing information on legislative districts | -- Continue to apply pressure to EPA on pre-judgment of remedy and contrast to Hudson (ongoing)<br><br>-- Develop legal support for HR2727 and S3 battles (ongoing)<br><br>-- Continue to manage issues listed under "Status" (ongoing)<br><br>-- Work with M. Brown to determine how FRG can counter statements that Fox is "the most studied river in the nation" (ongoing) |

NCRV_13602178
Sidley & Austin 7/14/98 10:42 PAGE 11/13 RightFAX

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

| ***Major Case Area*** | ***Objective*** | ***Status*** | ***Top-Priority Tasks*** |
|---|---|---|---|
| Additional Parties PRH/JMH) | -- Foster "climate of reasonableness" through involvement of large number of parties<br><br>-- Minimize NCR liability through addition of parties with significant allocable share of responsibility | *Municipalities:*<br>-- FRG has initiated periodic conference calls to keep municipal leaders informed<br><br>*Government agencies:*<br>-- Dennis Hultgren to schedule meeting with Corps of Engineers<br>-- NCR and API investgating customers; GSA and GPO appear likely to have sent carbonless broke to mills<br><br>*Industrial PRPs:*<br>-- <u>Meeting occurred last month with PRPs who received FRG's recent notice</u><br><br>*General:*<br>-- De maximis organizing "clean-up" imaging of DOI documents<br>-- Mieliulis checking on API support on 3M issue | *Industrial/commercial PRPs:*<br>– Determine follow-up to meeting with industrial PRPs<br>– Encourage EPA/DOI to issue 104(e) requests to more parties<br><br>*Government agencies:*<br>– Determine FRG position on Corps' participation<br><br>*General:*<br>– Incorporate results of RMT mercury study into decision on whether to press other contaminants of concern<br>– PRP search conference call to develop proposals for next steps<br>– Contact forms manufacturers (Servidea)<br>– Identify customers of Nekoosa (Port Edwards) and Mead<br>– Enlist API's support on 3M issue |

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| *Major Case Area* | *Objective* | *Status* | *Top-Priority Tasks* |
|---|---|---|---|
| Insurance Indemnty (MPF) | -- Maximize recovery from insurers | -- Joint Insurance Agreement: API's changes incorporated insurance documents produced to API<br><br>-- Settlement presentation to Wausau completed; meeting with Wausau, 9/11<br><br>-- IAG second trip to NCR 7/13<br><br>-- IAG joint NCR/AP and NCR-only draft coverage charts prepared<br><br>-- Notices sent to new carriers identified by IAG's first trip to NCR | -- Notice letter to carriers (Superfund listing, Patterson report) (7/31)<br><br>-- Hire consultant for settlement analysis for National Union, Liberty Mutual (8/31)<br><br>-- Finish IAG coverage charts after final trip to NCR (7/31)<br><br>-- Notices to any new carriers identified on IAG second trip (7/31) |
| AR/BAT Indemnity (PRH) | -- Prosecute or settle indemnity litigation with API or favorable terms | -- Draft settlement documents complete and sent out to API for review<br><br>-- API has proposed complete 50/50 settlement | |

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

| ***Major Case Area*** | ***Objective*** | ***Status*** | ***Top-Priority Tasks*** |
|---|---|---|---|
| Coordination (JFW/JMH) | -- Increase NCR's understanding of the issues involved at the Fox River by coordinating with parties involved with similar issues elsewhere | *Other interested companies:*<br>-- FRG has begun contacts with GE<br><br>*Other sediment sites:*<br>-- Tracking developments<br><br>*Other NRD sites:*<br>-- Tracking developments | *Other interested companies:*<br>-- Follow-up items as listed in de maximis report of meeting with GE |
| Corporate Reporting /Financial Issues (TMM/JAS) | -- Manage regulatory requirements regarding accruals and reporting of Fox River-related events | -- Q2 risk review memo complete | -- Evaluate impact of Patterson report |
| Administrative Issues (PRH/JMH) | -- Ensure that case is managed efficiently | -- Status reports beginning to include due date information<br><br>-- More formal internal tracking system planned | -- Complete integration of due date information (7/27)<br><br>-- Test Microsoft Project and possibly Team Manager for project management coordination |

::ODMA\PCDOCS\CHICAGO4\657231\1 July 14, 1998 (10:27am)