# EXHIBIT 11
# Part 1

# Fact Book by Category, 3/23/99

## Allocation

1. Summary Report on Water Quality and Wastewater Discharges During the Summer of 1972/The Fox River, prepared by the Water Quality Evaluation Section of WDNR in November 1972. Contains an analysis of wastewater discharges to the Fox River, including suspended solids (pounds/day) for companies and POTWs along the Fox River. Bates No.GN3015289-353.
2. Comments of Appleton Papers Inc. and NCR Corp. on Tech Memo 2D (6/3/98 draft)(APX0031849-87)
3. Letter from RMT to Dale Patterson, WDNR, dated 9/10/98 re RMT's conclusion that 1.4% of the emulsion used at ACPC was lost to sewer, with Table 1 (Appleton Coated Paper Facility Emulsion Mass Balance/indicating activity and emulsion quantity) and Figure 1 (Diagram of emulsion losses) (APX0031843-48)
4. Various accounting records for Appleton (APX0031812 to APX0031842)
5. Letter from RMT to Dale Patterson, WDNR, dated 9/10/98, with attachments.(APX0031718 to )
    1. Describes treatment equipment in place for CL deink plant during operation.
        1. Single stage mild bleaching deink plant. The deink plant was replaced with a chemi-mechanical pulping process in 1966.
    2. Describes suspended solids removal efficiency for deink plant treatment plant equipment.
        1. Removal efficiency was 90%. Cites to State of WI Committee on Water Pollution individual mill report dated 3/25/64 (included as Attachment 5 to the letter).
    3. Provides history of ownership at CL and ACPC to debunk WI Tissue's assertion that it should be assumed that all ACPC broke went to CL given a close corporte relationship.
        1. Locks Mill and the Appleton Coating Mill were owned by two separate companies before and through 1967. [note: is this a typo?]
        2. CL and ACPC not acquired by NCR until 1969 and 1970, respectively. The companies competed for CF business.
        3. CL machines were equipeed with size presses for surface sizing. This equipment could be converted to apply non-pressure sensitive coating such as CF, but was not capable of handling pressure sensitive emulsions.
6. Locks Mill Centennial Anniversary Publication (1889-1989)(APX0031682)
    1. At page APX0031693: indicates that a new, chemi-mechanical woodchip processing plant ("to replace a discontinued deinking system") was installed in the late 1960s.
    2. At p. APX0031692: states that the deinking plant was extensively renovated and esigned to remove ink from any secondary fibers, except those deeply colored or dyed. [note: this could be problematical; Mieliulis states that this is an overbroad, loose generalization.]
    3. Also contains date that the Off-Machine Coater was installed.
    4. Note: Attached as exhibit 3 to RMT letter to Patterson, WDNR, dated 8/26/98.
7. Letter dated 8/26/98 to Dale Patterson, WDNR, from RMT (APX0031674-1677)
    1. CL did not use NCR broke and did not have deinking capability beginning in 1965. Refers to Capital Expenditures document, "Expenditures for Locks Mill Improved Pollution Control, 1948-1970). Also see Exhibit 3 to the letter, p. 9, indicating that the chemi-mechanical wood chip processing plant replaced a discontinued deinking system.
    2. Prior to 1966, CL deinked only recycled telephone directories (citing Ex. 3, p. 6, to letter). Describes process for handling telephone directories.
    3. Beginning in late 1950s, recycled tab cards (IBM cards) were used as pulp substitutes. Describes process. these cards did not require deinking. Some bleaching was done within the pulper by the addition of calcium hypochlorite. Purpose of the bleaching was to brighten the tab stock prior to cleaining.
    4. Off-site converting opertions generated a conservative estimate of 15-20% broke from the NCR paper they handled, which was in trun recycled into the Fox River Valley.
        1. Provides citations to support assertions re amount of broke generated at converting facilities. Explains why losses of NCR paper at converters would have been greater.
            1. NCR paper is pressure sensitive--smudging.
            2. NCR Paper rolls sent to converters were trimmed by 1/2 inch as standard practice.
            3. To avoid capsule breakage, custom settings were required for form sets on NCR paper. Adjusting for custom sets led to more broke.
            4. More unit forms were handled than continuous forms. Increases the percentage loss.
            5. Unsophisticated packaging meant smaller rolls, which means greater losses.


NCRV_13608897

5. A value of 6.75% was used as the amount of coated broke as roll trim generated at API.
   1. Table 1 illustrates Production Loss Summary Data during the Period 1967 through 1969.

8. Reports indicating shipments of emulsion to Combined Locks, ACPC, Nekoosa Edwards, and Mead in 1969-1970, including year end totals. (0020-190 to 0020-1905; APX0031638-31670)
   1. This information was provided to Velleux
   2. Shows that Nekoosa Edwards received pcb-containing emulsion.
9. "Statement Concerning PCBs," dated February 1976 (GN4001022/APX0031601):
   1. Press release.
   2. Note that it bears Glatfelter bates numbe
   3. "As a producer of carbonless paper, NCR's Appleton Papers Division feels a 'sincere responsibility' to provide factual information about alleged PCB ... content in such paper." (quote attributed to John Reeve, President).
   4. Per Thomas Busch, Appleton Papers used only Aroclor 1242. Use of this product was voluntarily halted in April 1971.
   5. Aroclor 1242 is the more biodegradable PCB.
   6. "Mixed office waste is considered a primary introductory source of PCB into recycled pulp and paper. To arrive at the portion that could be attributed to NCR Paper, Walter E. Spearin refers to estimates made by a business fomrs specialist in mid-1975 during state testimony. He reports that approx. 7.5% of the office forms paper produced until 1971 was NCR Paper brand of carbonless paper. About 10% of the office forms paper --carbonless and all other types-- returns to the environment annually via office file destruction. Of this total waste stream, .755 is NCR paper. Of that .75% quantity, 3.4% --prior to May 1971--would have been Aroclor 1242, which represents .026% of all office waste returning to the environment.
   7. Today's NCR Paper is not an environmental hazard.
   8. In July 1972, the American Paper Institute reported to the federal Department of Health, Education and Welfare that Aroclor 1242 is the "least chlorinated form of PCB found in the environment."
10. Memo from JAS to FRG outside counsel, 1/20/97
    1. Contains interim allocation for FRG
       1. NCR/API, 26.96 percent
       2. Glatfelter, 26.96 percent
       3. Fort James, 26.96 percent
       4. Wisconsin Tissue, 11.23 percent
       5. Riverside, 5.05 percent
       6. US Paper, 2.81 percent
11. Memo from the Office of the Controller of NCR to WH Talmage, dated 9/17/70, to be used in response to request for information by the Department of Justice. (NCR 104492)
    1. page NCR 104492-3: indicates sales to customers and Systemedia of NCR paper in 1968 and 1969..
    2. Indicates ten largest customers in 1968 and 1969 with sales: Moore Business Forms; Zellerbach; Nationwide Papers; Chatfield Paper Co.; Beekman Paper Co.; Standard Register; Carter, Rice, Stores & Bement Inc.; Uarco; Reynolds & Reynolds; Control Data Corporation.
    3. Lists top suppliers of the type of paper manufactured by ACPC, together with the $ amount of such purchases, for 1968 and 1969: ACPC; Mead; Nekoosa-Edwards; Combined Paper Mills.
    4. Schedules show purchases in pounds by Appleton, Mead, Nekoosa, and Combined Paper Mills for 1968 and 1969.
12. Appendix A to the TRC Combined Locks Report
    1. Indicates shipments of NCR Paper capsules to ACPC; Combined Paper Mills; and Nekoosa-Edwards in 1970. [Note: Does not indicate any shipments to Mead.]
13. Versar Report dated 2/2/5/77
    1. at p. 2: Aroclor 1242 purchased from Monsanto and used in carbonless copy paper as an ink carrier or solver between 1957 and 1971. Total amount used was 44,162,000 pounds. Average content of Aroclor 1242 in carbonless copy paper ws 3.4 %.
14. GS0009435-9441)"Testimony on behalf of Shade Information Systems as an Objector to Proposed Administrative Rules Relating to the Discharge of PCBs into the waters of the State."
    1. Shade Information Systems is a Wisconsin Corporation, established in 1965 and employing 250 people.





NCRV_13608899

2. Major converter of carbonless business forms; major converter and supplier of office papers made from recycled jpaper; a significant supplier of post-consumer office waste paper to recycling mills in WI.
3. The Shade Waste Not program for "redeeming high quality office waste paper was started in July 15, 1973. Claims this program was the first source separation system for recovering high qulity office waste in the US. The program is being carried out in businesses, government, federal agencies and educational institutions. EPA has consulted with shade to develop guidleines for mandatory source separation in federal office buildings. Both EPA and WI have established recycling efforts in their own offices.
4. At GS0009438: We understand PCBs used in NCR paper made prior to 4/2/71. Very little NCR paper produced prior to April 1971 is getting ointo the office waste stream.
5. We submit the following information without proof because no proof is available. Prior to 1972, carbonless paper represented less than 15% of the multiple part business form market by weight. Thus, only 7.5 lbs of 50 lbs of multiple part forms are NCR paper. Of the 7.5 lbs of NCR paper, 5 lbs contain pcb.
6. In the years prior to 1971, NCR paper containing PCBs could not have accounted for more than 5% of office papers. Assumes that all pcb-containing NCR paper had been converted to forms and used by the end user by the end of 1972--20 months after NCR ceased using pcbs.
7. Assumes that archival files for 1972 had 5% pcb contianing ncr paper and files for 1973 and thereafter had no such paper. Believes 1972 files will be destroyed in 1976. File destruction represents less than 10% of the total office waste stream. Thus, 1/2 of 1% of the office waste stream in 1976 will be NCR paper containing pcbs.
8. Presently only 10% of office waste is being recycled.

15. Brief on behalf of the Wisconsin Paper Council filed with the Department of Natural Resources in 1975 connection with "Public Hearing to Review and Receive Public Comment Upon Proporsed Administrative Rules Relating to the Discharge of PCBs Into the Waters of the State." (WTM00525)
    1. Wisconsin is the leading paper producing state in the country with one-fifth of its annual paper production derviing from recycled post-consumer waste.
    2. The US is recycling approx. 405 of its wastepaper.
    3. No way to sort out the pcb-containing paper from the wastepaper stream because pcbs have been recycled into papers other than carbonless. (p. 6)Comments prepared by DeWitt, McAndrews & Porter

16. Transcript of Public Hearing to Review and Receive Public Comment Upon Proposed Administrative Rules Relating to the Discharge of PCBs into the Waters of the State, WDNR, 8/28 and 8/29/75. (WTM00537)
    1. Shade testimony: same as written remarks summarized in Ecco doc. 349
    2. National Association of Recycling Industries testified (Howard Ness)
        1. 13M tons of waste apper currently being recycled.
        2. Currently 13 of the 60 million tons of paper produced are recycled.
        3. The recycling industry competes on a day-to-day basis with virgin material industries.
    3. Donald Bach, DeWitt, McAndrews and Porter, on behalf of the Wisconsin Paper Council.
    4. Richard Wand, of Bergstrom. Testimony conforms to written statement discribed above. (WTM00580)
    5. Allen Schenck, Vice President, Technical and Environmental for Menasha Corp.
        1. Prinicipal products made by John Strange are tube and can stock, carton stock, chipboard and cylinder specialities. Made from 100% recycled fiber. They use 50K tons of old corrugated, 25K of mixed paper and 8K tons of news. These products are purchased through recycled fiber dealer.
        2. There is no practical method to select PCB free paper in bale form. Try not to use pcb based on the grade and the source of waste paper, but this selection process is not fool-proof.
        3. Assumes 89% partitioning.
        4. John Strange could go to virgin fibers, but would not stay competititive.
        5.

17. Memorandum dated 6/7/71 from D.W. Robbins and D.E. Hanson to R. C. Jezerc; J.G. Vogt; J.E.G. Taylor re XP-585: Non-Aroclor Self-Contained
    1. Contains a handwritten notation reading: "Last tanker of SC Aroclor shipped from Dayton on 5/25/71.

18. Document from Tom Busch's files entitled "Touring the Locks Mill" (no date but from content of document, looks like circa 1976) (APX0031608)
    1. In December 1969, Locks Mill started up an off-machine coater and produced its first run of NCR-CB paper. Coater was installed in the area of the No. 4 Paper Machine.

2. At p. APX0031634: In about 1946, a new deinking and bleaching process was added. "The deinking plant was renovated to a large extent and designed to deink secondary fibers of most any kind other than deep colored or dyed."

19. Letter dated 3/21/61 from Sandberg to Lauer references eight durims of emulsion containing about 400 pounds of solids shipped to Appleton...enough to coat 2500 pounds of paper.

20. Document entitled "Appleton Scene, Sepcial Environmental Report, Nov. and Dec. 1971"
    1. Tab cards make up 19% of Appleton's pulp production
    2. Appleton operations generate 1 million pounds of broke per month

21. Paul Trout gave a paper to EPA conference on PCBs 11/19/75: said that carbonless paper contained 3.4% by weight.

22. NCR104901: Combined Locks used 23-30 tons of waste material per day, about 19% of its pulp production.

23. Bergstrom Daily Production Reports: Note:: we have Bergstrom Daily Production Reports, but don't know how to interpret them. These reports show how much ledger grade was consumed on a daily basis. NCR broke would have been classified as ledger grade. Ledger grade was consumed every day and seemed to average about about 10%. (GN10000756)

24. Preliminary Study dated For PH Glatfelter On the Impact of Bergstrom Division Landfills on Groundwater in Winnebago County, WI, February 23, 1981 [Bates No. 008752; attached to TRC Report dated 8/16/96]
    1. Bergstrom founded in 1904 and became a division of Glatfelter in 1979.
    2. Manufactures printing and writing papers for publishing, converting, banking and office communications.
    3. **Relies on wastepaper for appproximately 65% of the total fiber raw material.requirements. Many products are produced from 100% recyclyed paper.
    4. Each day 325 tons of fine papers are manufactured.
    5. Wastepater treatment:
        1. Secondary plant began in 1976. It is a two-stage activated sludge system designed by Zurn-Attischolz. Treated effluent discharged to the Fox River. Dewatered sludge hauled to a landfill
            1. From 1951-1975, primary sludge was dumped in a landfill on property which Bergstrom leased from the City of Neenah northwest of the mill site and bordered by Little Lake Butte DesMorts. WDNR ordered this landfill closed in 1974 and issued final abandonment orders in 1976. Since October 1975, sludge was dumped in a landfill constructed on Company owned land off Larsen Road in Neenah, about two and half miles away forom the mill.
        2. Attachment to the report is application for Exemption from statutory requirements filed with WDNR, Division of Environmental Protection and dated July 24, 1973.
            1. States that in 1951 WI deeded to the City of Neenah "certain submerged land" near the sourth shore of Little Lake butte des Morts. Neenah then leased a portion of this land to Berstrom "for the express purppose of providing a site for and in consideration of Bergstrom Paper Company erecteing a waste treatment plant which would provide and contribute fill for the land." Bergstrom lease obligated it to operate the waste treatment facility in such a way that the solids would be utilized as fill. In June 1950 the City of Neenah applied to the Corps of Engineers to construct a retaining wall in LLBM. On july 12, 1950, the Corps issued a permit to construct a retaining wall and to fill shoreward thereof in LLBM. The land to be filled pursuant to the permit was the land subsequently deeded by WI to Neenah and leased to Bergstrom. The Corps' permit was extended from time to time. The WDNR reviewed at least one request for an extension and indicated it had "no objection to a continuation of this project...."

25. AIG Report/ Material Balance for Combined Locks
    1. % of Aroclor 1242 in capsules: assumed that High Phase Ration Emulsion was used; that 56% of the solids (dry) fraction of HPR Emulsion was Aroclor 1242; that the desired solids ratio for HPR was 19.75% by weight; and therefore that Aroclor 1242 constituted approx. 11% by weight of the wet emulsion. Starch, floc, and talc were aded to the emulsion mix. Aroclor 1242 consititued 44.1% by weight of the solids fraction of the coating mix. Solids constituted 18.9% of the solids; therefore, Aroclor 1242 was 8.3 % by weight of the wet coating applied.
    2. Process wastewater discharged to a clarifier.
    3. Assumed 10.8% paper production losses (p. 5)
    4. Approx. 62.5% of the broke was coated.

5. Amount of NCR paper produced at CL is not available (p. 6). Thus, AIG attempted to determine amount of paper produced from the quantity of emulsion shipped to the facility. Estimated that 689,920 lbs. of Aroclor shipped to the facility. Assuming that the finished paper contained 3% of Aroclor 1242 by weight, and losses of 2% in the production process, 22,537,387 lbs. of paper was produced. 2,434,038 lbs. of broke was generated; of which 1,521,274 lbs. was coated. Of that amount, approx. 3% or 45,638 lbs. was Aroclor 1242.
6. Assumed that the broke generated at CL was not recycled within the Fox River watershed. [query why not?]
7. Assumed the same number of washdowns as at ACPC (once or twice a week.) Assumed 13,811 lbs. were lost to the clarifier. Assumed removal rate was the same as TSS removal rate, or 87%.
8. Assumed 630,471 lbs. of Aroclor 1242 went out in finished product.
9. Summary:
    1. Aroclor received at the facility: 689,920 lbs.
    2. Aroclor in broke: 45,638 lbs.
    3. Aroclor in solids: 12,016 lbs.
    4. Aroclor in finished product: 630,471 lbs.
        1. Aroclor unaccounted for: 1,795 pounds (may have been discharged to the Fox River by the way of clarifier effluent).

26. Letter from Ramesh Raghunathan, representing FRG, to Mark Velleux, 7/27/98, re: Patterson report, in NCR-C
    1. Attached BBL memo takes PCBs in the system today and adjusts for PCBs that were removed from the system by naviagational dredging, desorption and volatilization, desorption and loss to Lake Michigan, and biological degradation.
        1. Concludes that 126 K kg is a conservative upper bound estimate of the total amount of PCBs that could have been discharged.
27. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)
28. Supporting materials for FRG technical committee meeting of 7/22/98, in NCR-C
    1. Includes budget/cost tracking summary
    2. Includes Memo from Doug McLaughlin, BBL, to FRG steering and technical committees, 7/13/98, re: Evaluation of WDNR's 1998 PCB Load Estimates
    3. Includes progress report to Wisconsin for activities under the state agreement through 6/30/98
29. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. NCR's share of the total business forms marked is 3.6 percent.
30. Letter from Richard W. Wand, Bergstrom administrative vice president, to Leslie Hunt, Shade Information Systems, 8/14/75, Bates No. GS0001389
    1. Contains data for 1967 and 1972 for dollar value of carbonless paper sold, tons of carbonless paper sold, total business forms sales, total sales of continuous forms, unit set sales, salesbook sales, and sale of other business forms.
    2. According to "experts," NCR paper had 3 to 6 percent by weight of PCBs. That means between 1.302 - 2.604 million pounds of PCBs were used in NCR paper manufacture in 1967. Total 1967 sales of Aroclor 1242 were in excess of 43 million pounds.
31. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Paul E. Trout, "The View of the Paper Industry on the Occurrence of PCBs in the Environment and the Need for Regulation," presented at the EPA National Conference on PCBs, Chicago, 11/19-21/75, pp. 359-61
        1. Aroclor 1242 reprsented from 48.15 to 68.9 percent of the total domestic PCB production, reaching the max percentage in 1967 and 1968 and decreasing thereafter.

2. Between 1957 and 1971, over 44 million pounds of Aroclor 1242 was used in carbonless paper, which contained about 3.4 percent PCB by weight.

32. Fax from RMT to PRH, 3/9/98, re: percent recycled paper use, in NCR-C
    1. Overall trend is 20-25 percent recycled paper use (from AD Little report) for 1960-73. 40 percent use for 1995 (EPA and industry sources).

33. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.

34. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.
    1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
    2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

35. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. The FDA reported a decrease from 15.3 ppm in recycled (food packaging) paperboard in 1972 to 1.4 ppm in the same material in 1974. p.5
    2. It is believed that essentially all of the Aroclor 1242 used in carbonless paper has been released to the environment. At the present time more than half can be attributed to landfills.... p.6

36. Minutes of the Ad hoc committe Wisconsin Paper Council (Stevens Point) June 16, 1976 (GF0008029)
    1. Discusses the revised effluent limitations for pcbs adopted by the Wisconsin Board on 5/13/76
        1. Provided Versar, Inc. with data summarizing Aroclor 1242 consumption and the quantity of NCR paper manufactured from it.
        2. References Shade testimony: 7/5% of the office forms paper produced up utnil 1971 was NCR carbonless paper. About 10% of the total forms paper produced returns to the env. each year via office files destruction.. Thus .75% of the office waste stream includes NCR carbonless paper of this .75%, 3.4% is Aroclor 1242 representing .026% or 260 ppm of the total office waste stream returning to the environment.

37. Current spreadsheet assumes that mills received 75 percent of ACPC broke, 25 percent of other coaters' broke, and 5 percent of forms manufacturers' broke. No post-consumer, fiber, or inks PCBs assumed.

38. NCR's share of the total market for business fomrs is estimated to be approximately 3.6% (NCR 104492 at 493; 0005-0122)

39. Memo from Dennis Hultgren to Katie Moertl, 8/26/96, attaching production data reports found in Portage plant for 1969-71, in "Volume/Production of NCR Paper Appleton" fact file, Bates No. 0020-1893
    1. Has production in pounds by week for ACPC and CPM for 1969 to 1971. A few reports also include Nekoosa-Edwards.

40. Undated document, "Sales by Appleton Coated Paper Company to National Cash Register Company," marked Exhibit 13A, Bates No. NCR103473
    1. Has pounds sold of different carbonless paper grades for 1968 and 1969. Also has dollar sales from NCR to ACPC of emulsion and base stock.

41. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. Has 1968 and 1969 sales figures for bulk carbonless paper, as sold by NCR's Special Products Division, and business forms, sold by Systemedia

42. Spearin letter to James Haney of Bergstrom dated 1/19/76: quotes Shade testimony that 7.5% of the office forms paper produced up until 1971 was NCR carbonless paper and that 10% of the total forms paper produced returns to the environment each year via office file destruction. (doc. # 0012-0346) Letter contains summary of aroclor 1242 consumption in the production of ncr paper for 1957-1971 and ncr paper production for the same time period.

43. E-mail from Paul Samson to Katie Moertl, 5/29/96, attaching Federal Register notice from EPA, "Paper Products Recovered Materials Advisory Notice," in "Broke" fact file
    1. Federal Reigster notice has EPA definitions of "recovered fiber" and "mill brroke." "Mill broke" does not count as total recycled content for purposes of calculating how much of a piece of paper is recycled.

## ACPC / Combined Locks

1. Appleton Scene, November and December 1971 (NCR104890)
    1. p. 8: Re Combined Locks: "However, some fibers and solids escape and go directly into the river, despite the mill's best efforts. These materials can adversely affect aquatic life and, also, cause unsightliness."
    2. Presently effluent treated in two ways: 1) by a clarifier 2) sludge from the clarifier is further thickened by dewatering in screw presses. Remaining semi-dry material is landfilled. To more effectively treat this waste material a new dual clarifier system, costing $1.2 million will be completed by December 1972. This facility will not only treat papermaking effluent, but will process process solids already in the river water. Thus, the new system will return water to the river with less solids than it had when taken from the river.
2. Letter from RMT to Dale Patterson, WDNR, dated 9/10/98 re RMT's conclusion that 1.4% of the emulsion used at ACPC was lost to sewer, with Table 1 (Appleton Coated Paper Facility Emulsion Mass Balance/indicating activity and emulsion quantity) and Figure 1 (Diagram of emulsion losses) (APX0031843-48)
3. Various accounting records for Appleton (APX0031812 to APX0031842)
4. Letter from RMT to Dale Patterson, WDNR, dated 9/10/98, with attachments.(APX0031718 to )
    1. Describes treatment equipment in place for CL deink plant during operation.
        1. Single stage mild bleaching deink plant. The deink plant was replaced with a chemi-mechanical pulping process in 1966.
    2. Describes suspended solids removal efficiency for deink plant treatment plant equipment.
        1. Removal efficiency was 90%. Cites to State of WI Committee on Water Pollution individual mill report dated 3/25/64 (included as Attachment 5 to the letter).
    3. Provides history of ownership at CL and ACPC to debunk WI Tissue's assertion that it should be assumed that all ACPC broke went to CL given a close corporte relationship.
        1. Locks Mill and the Appleton Coating Mill were owned by two separate companies before and through 1967. [note: is this a typo?]
        2. CL and ACPC not acquired by NCR until 1969 and 1970, respectively. The companies competed for CF business.
        3. CL machines were equipeed with size presses for surface sizing. This equipment could be converted to apply non-pressure sensitive coating such as CF, but was not capable of handling pressure sensitive emulsions.
5. "Item 4: Capital Expenditures for Locks Mill Improved Pollution Control, 1948-1970" (ATT01658/493601/APX0031681)
    1. 1966 entry indicated "CM pulp mill start-up; stopped deinking" [note: this is exhibit 2 to RMT letter to Patterson, WDNR, dated 8/26/98.]
6. Locks Mill Centennial Anniversary Publication (1889-1989)(APX0031682)
    1. At page APX0031693: indicates that a new, chemi-mechanical woodchip processing plant ("to replace a discontinued deinking system") was installed in the late 1960s.
    2. At p. APX0031692: states that the deinking plant was extensively renovated and esigned to remove ink from any secondary fibers, except those deeply colored or dyed. [note: this could be problematical; Mieliulis states that this is an overbroad, loose generalization.]
    3. Also contains date that the Off-Machine Coater was installed.
    4. Note: Attached as exhibit 3 to RMT letter to Patterson, WDNR, dated 8/26/98.
7. Letter dated 8/26/98 to Dale Patterson, WDNR, from RMT (APX0031674-1677)
    1. CL did not use NCR broke and did not have deinking capability beginning in 1965. Refers to Capital Expenditures document, "Expenditures for Locks Mill Improved Pollution Control, 1948-1970). Also see Exhibit 3 to the letter, p. 9, indicating that the chemi-mechanical wood chip processing plant replaced a discontinued deinking system.
    2. Prior to 1966, CL deinked only recycled telephone directories (citing Ex. 3, p. 6, to letter). Describes process for handling telephone directories.

# Fact Book by Category, 3/23/99

3. Beginning in late 1950s, recycled tab cards (IBM cards) were used as pulp substitutes. Describes process. these cards did not require deinking. Some bleaching was done within the pulper by the addition of calcium hypochlorite. Purpose of the bleaching was to brighten the tab stock prior to cleaining.
4. Off-site converting opertions generated a conservative estimate of 15-20% broke from the NCR paper they handled, which was in trun recycled into the Fox River Valley.
    1. Provides citations to support assertions re amount of broke generated at converting facilities. Explains why losses of NCR paper at converters would have been greater.
        1. NCR paper is pressure sensitive--smudging.
        2. NCR Paper rolls sent to converters were trimmed by 1/2 inch as standard practice.
        3. To avoid capsule breakage, custom settings were required for form sets on NCR paper. Adjusting for custom sets led to more broke.
        4. More unit forms were handled than continuous forms. Increases the percentage loss.
        5. Unsophisticated packaging meant smaller rolls, which means greater losses.
5. A value of 6.75% was used as the amount of coated broke as roll trim generated at API.
    1. Table 1 illustrates Production Loss Summary Data during the Period 1967 through 1969.

8. Locks Mill Monthly Report/October 21-November 24, 1974 (APX0031679)[Note: this is Exhibit 1 to RMT letter to Patterson, WDNR, dated 8/26/98]
    1. Indicates that trials will continue in pulping of mixed NCR broke from Appleton. [Point: fact that trials are occurring in 1974 suggests that no such broke was processed at CL prior to that time.]
9. Task Force Report, "Less Capital Intensive Methods of Production," dated November 20, 1985 (APX00316711673). [note: entire document does not appear to have been produced.]
    1. At p. 8, refers to trials conducted at CL to apply capsules to the wet end (i.e. on the machine). A capsule slurry of 5% solids was sprayed on the Dandy roll from the water shower. Calendaring ruptered the capsules.
10. Reports indicating shipments of emulsion to Combined Locks, ACPC, Nekoosa Edwards, and Mead in 1969-1970, including year end totals. (0020-190 to 0020-1905; APX0031638-31670)
    1. This information was provided to Velleux
    2. Shows that Nekoosa Edwards received pcb-containing emulsion.
11. "Statement Concerning PCBs," dated February 1976 (GN4001022/APX0031601):
    1. Press release.
    2. Note that it bears Glatfelter bates numbe
    3. "As a producer of carbonless paper, NCR's Appleton Papers Division feels a 'sincere responsibility' to provide factual information about alleged PCB ... content in such paper." (quote attributed to John Reeve, President).
    4. Per Thomas Busch, Appleton Papers used only Aroclor 1242. Use of this product was voluntarily halted in April 1971.
    5. Aroclor 1242 is the more biodegradable PCB.
    6. "Mixed office waste is considered a primary introductory source of PCB into recycled pulp and paper. To arrive at the portion that could be attributed to NCR Paper, Walter E. Spearin refers to estimates made by a business fomrs specialist in mid-1975 during state testimony. He reports that approx. 7.5% of the office forms paper produced until 1971 was NCR Paper brand of carbonless paper. About 10% of the office forms paper --carbonless and all other types-- returns to the environment annually via office file destruction. Of this total waste stream, .755 is NCR paper. Of that .75% quantity, 3.4% --prior to May 1971--would have been Aroclor 1242, which represents .026% of all office waste returning to the environment.
    7. Today's NCR Paper is not an environmental hazard.
    8. In July 1972, the American Paper Institute reported to the federal Department of Health, Education and Welfare that Aroclor 1242 is the "least chlorinated form of PCB found in the environment."
12. Applications Research Department Progress Report, dated December 27, 1960 (104350). Note that p. 3 (NCR 104352) contains a typo insofar as it refers to CB-13 being produced at Combined Locks. Should be CF, per e-mail from Ben Mieliulis dated 3/12/99 (chron file)
13. Memo from the Office of the Controller of NCR to WH Talmage, dated 9/17/70, to be used in response to request for information by the Department of Justice. (NCR 104492)
    1. page NCR 104492-3: indicates sales to customers and Systemedia of NCR paper in 1968 and 1969..

2. Indicates ten largest customers in 1968 and 1969 with sales: Moore Business Forms; Zellerbach; Nationwide Papers; Chatfield Paper Co.; Beekman Paper Co.; Standard Register; Carter, Rice, Stores & Bement Inc.; Uarco; Reynolds & Reynolds; Control Data Corporation.
3. Lists top suppliers of the type of paper manufactured by ACPC, together with the $ amount of such purchases, for 1968 and 1969: ACPC; Mead; Nekoosa-Edwards; Combined Paper Mills.
4. Schedules show purchases in pounds by Appleton, Mead, Nekoosa, and Combined Paper Mills for 1968 and 1969.

14. Appendix A to the TRC Combined Locks Report
    1. Indicates shipments of NCR Paper capsules to ACPC; Combined Paper Mills; and Nekoosa-Edwards in 1970. [Note: Does not indicate any shipments to Mead.]

15. Memorandum dated 6/7/71 from D.W. Robbins and D.E. Hanson to R. C. Jezerc; J.G. Vogt; J.E.G. Taylor re XP-585: Non-Aroclor Self-Contained
    1. Contains a handwritten notation reading: "Last tanker of SC Aroclor shipped from Dayton on 5/25/71.

16. Document from Tom Busch's files entitled "Touring the Locks Mill" (no date but from content of document, looks like circa 1976) (APX0031608)
    1. In December 1969, Locks Mill started up an off-machine coater and produced its first run of NCR-CB paper. Coater was installed in the area of the No. 4 Paper Machine.
    2. At p. APX0031634: In about 1946, a new deinking and bleaching process was added. "The deinking plant was renovated to a large extent and designed to deink secondary fibers of most any kind other than deep colored or dyed."

17. Versar Report: PCBs Involvement in the Pulp and Paper Industry (2/25/77): at p. 2
    1. Aroclor 1242 contained an average of 42% chlorine
    2. Used in carbonless copy paper as ink carrier or solvent from 1957-1971
    3. Total amount used for this purppose was 44,162,000
    4. The average content of Aroclor 1242 in carbonless copy paper was 3.4%.
    5. Aroclor was used as a solvent for certain color reactants which were encapsulated into microshpere producing aggregates 10-20 microns in diameter.
    6. The walls of microspheres were an aldehyde-hardened gelatin-gum arabic formulation which ruptured and released the daye under application of local high pressures as from pens or pencils.
    7. In 1971 alkyl-biphenyls were used as the dye carrier in place of Aroclor 1242.

18. Letter dated 3/21/61 from Sandberg to Lauer references eight durims of emulsion containing about 400 pounds of solids shipped to Appleton...enough to coat 2500 pounds of paper.

19. Document entitled "Appleton Scene, Sepcial Environmental Report, Nov. and Dec. 1971"
    1. Tab cards make up 19% of Appleton's pulp production
    2. Appleton operations generate 1 million pounds of broke per month

20. NCR104901: Combined Locks used 23-30 tons of waste material per day, about 19% of its pulp production.

21. NCR Annual Report 1954: to increase supply sales a Special Products department was established. This department will promote the use of two important products of NCR's reserarch program: porous rubber and NCR "No Carbon Required" paper which makes duplicate copies without the use of carbon.

22. Memo dated 12/21/98 to file from Diane Marchik re meeting with Grega Carman (Appleton City Attorney) and Jessica Garratt (Deputy Director of Appleton POTW)
    1. POTW was constructed in the early 1930s and came on line in 1935. Original facility had two primary clarifieirs with sedimentation treatment. Also, flocculation to enhance settlement.
    2. Facility was upgraded in 1965 to include secondary treatment. The contractor may have been Greeley & Hanson.
    3. A further upgrade occurred in 1978. Work was performed by Consor Townsend. This upgrade include sophisticated solids removal and phosphorous treatment, etc.
    4. A further upgrade was commenced in the late 1980s and was completed in 1993.
    5. The POTW's daily load of 15 mgd has not varied much over time. The driving force behind the upgrades was capacity driven concerns stemming from infiltration and in-flow ("I&I").
    6. Carman was critical of Tech2d memo for failing to account for the City's growth in connection with its analysis of bypasses.
    7. Possible witnesses: Bob Miller (Director of Public Works from the mid-1960s) and Tom Harp (former city Engineer).

8. According to Carman, most of the by-passing was attributable to significant rainfall events and I&I, rather than physical problmens at the plant. Carman clarified that there are Category I and II bypasses. Cateogory II by-passes are those that received primary but not secondary treatment. The POTW's permit reflected this distinction; thus, certain by-passes were acceptable (esp. during upgrading).
9. Confirmed Paul Knopp's observation from the documents that 16 mgd triggered a bypass but bypass was not discontinued until flow had falled to 12 mgd. this is because a single bypass was better (under the permit) than repeated by-passes.
10. Storm and sanitary seewers were separated in approx. 1965, per Garratt. (confirm with Harp.)

23. Document attached as Appendix A to TRC Report dated 11/14/96/Material Balance for CL (0020-1906)
    1. Specifies quantitiy of NCR Paper Capsules shipped in 1970 to ACPC; Combined Paper Mills-Locks; Nekoosa-Edwards.
24. AIG Report/ Material Balance for Combined Locks
    1. % of Aroclor 1242 in capsules: assumed that High Phase Ration Emulsion was used; that 56% of the solids (dry) fraction of HPR Emulsion was Aroclor 1242; that the desired solids ratio for HPR was 19.75% by weight; and therefore that Aroclor 1242 constituted approx. 11% by weight of the wet emulsion. Starch, floc, and talc were aded to the emulsion mix. Aroclor 1242 consitituted 44.1% by weight of the solids fraction of the coating mix. Solids constituted 18.9% of the solids; therefore, Aroclor 1242 was 8.3 % by weight of the wet coating applied.
    2. Process wastewater discharged to a clarifier.
    3. Assumed 10.8% paper production losses (p. 5)
    4. Approx. 62.5% of the broke was coated.
    5. Amount of NCR paper produced at CL is not available (p. 6). Thus, AIG attempted to determine amount of paper produced from the quantity of emulsion shipped to the facility. Estimated that 689,920 lbs. of Aroclor shipped to the facility. Assuming that the finished paper contained 3% of Aroclor 1242 by weight, and losses of 2% in the production process, 22,537,387 lbs. of paper was produced. 2,434,038 lbs. of broke was generated; of which 1,521,274 lbs. was coated. Of that amount, approx. 3% or 45,638 lbs. was Aroclor 1242.
    6. Assumed that the broke generated at CL was not recycled within the Fox River watershed. [query why not?]
    7. Assumed the same number of washdowns as at ACPC (once or twice a week.) Assumed 13,811 lbs. were lost to the clarifier. Assumed removal rate was the same as TSS removal rate, or 87%.
    8. Assumed 630,471 lbs. of Aroclor 1242 went out in finished product.
    9. Summary:
        1. Aroclor received at the facility: 689,920 lbs.
        2. Aroclor in broke: 45,638 lbs.
        3. Aroclor in solids: 12,016 lbs.
        4. Aroclor in finished product: 630,471 lbs.
            1. Aroclor unaccounted for: 1,795 pounds (may have been discharged to the Fox River by the way of clarifier effluent).
25. Letter dated May 13, 1969 from Lloyd Taylor, Treasurer of Combined Ppaper Mills, Inc. to Howard Lauer, Manager, NCR Paper & Supply Products, Technical Services. Lists Locks Mill production by major classification for 1967-69. In 1967, Locks Mill produced 19,645 tons of NCR Papers; in 1968-20,944 tons; in 1969, 12,123 tons. The letter estimates that the total national market for NCR Ppaers is 93,000 tons. Major competitors for NCR Papers are Appleton Coated; Nead; and Nekoosa Edwards. A handwritten notation indicates that Locks Mill ranks 3rd. The products produced by Combined Locks are: Lightweight telephone; directory; NCR Papers; Lightweight Mail Order Catalog; Sulphite Ppaers; Carbonizing Papers.(NCR 49650817)
26. CL coated paper between 1969 and 1971 (Robert Hietpas). According to Hietpas, Ralph Montello at the Portage emulsion plant may have helped CL with its coating operations.
27. Spearin letter: 44 million pounds of PCB purchased from Monsanto: however, not all went to Appleton. Also, some loss at emulsion plants. The 3.4 % is incorrectly based on 44 million pounds.
28. Ditch behind Appleton plant may lead to the Fox River
29. Appleton plant not on Fox River; discharged to the POTW (beginning when?)
30. Appleton did not treat or pretreat wastewater until 1981
31. Levering, Walter: Phone interview 9/3/97 by Pam Hanebutt and Evan Westerfield, lasting approximately one hour.

1. Broke: Did not have any responsibility for the collection, management or disposition of broke or paper cuttings. He had no idea how much of such materials would have been generated. He speculated that for the first few years this material would have been sent to landfills. "Waste saving and avoidance," he said, "set in later." He mentioned the name of Leo Golper and said that Golper began to take the broke from the Viroqua plant. He recalled that this began after 1971. The plant superintendent would have been in charge of the broke management, and dealings with Golper.

32. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. The present 19% recycling rate shows that 81% of the annual production is not available to be recycled and carries its PCB load to the landfill or the atmosphere (via incineration of wastes). p5
    3. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    4. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    5. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

33. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. NCR Paper is produced by ACPC for the Special Products Division, which then sells to Systemedia Division and to other customers.
    2. Includes list of five major suppliers for NCR Paper
        1. ACPC
        2. Mead
        3. Nekoosa-Edwards
        4. CPM
    3. Includes schedule in pounds of purchases from ACPC, Mead, Nekoosa, and CPM by product for 1968 and 1969.

34. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.

35. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. CPM -- Located below Little Chute Dam on east side of river.
            2. ACPC -- Went to Appleton STP.

36. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
    1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.

37. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM

38. "NCR Paper and Supply Products Technical Services Manager's Report," 1/66, Bates No. 0027-1130
    1. NCR has been making efforts to sign research agreements with the NCR Paper-producing mills. Nekoosa-Edwards became the first mill to sign an agreement. ACPC signed an agreement in 2/65. Negotiation now focused on Mead and CPM.

39. E-mail from Tom Stolzenburg to PRH, 5/13/98, in NCR-C

1. RMT believes that other parties have already sampled the "ditch" at ACPC that might receive storm water to show the presence of PCBs in it.

40. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.

41. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI

42. Appleton Papers was a coating and converting operation only. No paper was produced.

43. Re: sources of CL recycled material
    1. FOXRIVE3.TXT (C:\DOCS\ECCOLINK)

44. Combined Locks had a direct discharge until early 1970s.
    1. FOXRIVE3.TXT (C:\DOCS\ECCOLINK)

45. NCR ceased use of Aroclor 1242 in May 1971

46. Series of charts re: environmental control objectives, 9/28/76, marked "WES" (probably Walt Spearin), in "Discharge Information" fact file
    1. One chart deals with Locks Mill secondary treatment BOD levels and permit levels
    2. One chart deals with Locks Mill suspended solids
    3. One chart deals with Locks mill system flow
    4. One chart is entitled "PCB Activity." This chart lists PCB contrations in the effluent at ACPC, CPM, Dayton, and Portage.
        1. ACPC, 1.5 ppb
        2. CPM, 0.5 ppb
        3. Dayton, 1.0 ppb
        4. Portage, 150 ppb

47. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Has list of equipment at Appleton and annual finished production.

48. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. NCR's major suppliers of carbonless paper are ACPC, Mead, Nekoosa-Edwards (now a part of Great Northern), and Combined Paper Mills
    2. Re: CPM's coating of carbonless paper: "its coating skills and experience have been largely limited to the application of reactant coatings to the face-side of paper used in NCR's multi-ply carbonless system, substantially the least difficult of the various coating operations reuired. CPM's efforts in coating the back-side of papers with the microcapsule emulsion . . . have for the most part been experimental and not in significant production quantities."
    3. "Appleton has for the past several years produced substantially in excess of 50% of NCR's requirements of carbonless papers . . . ."

49. Educational reprint from APD entitled "Environmental Update," dated 5/78, in "Process Information" fact file
    1. Basic information on wastewater treatment

50. "Technological Report No. 1," undated (but probably circa 1975), in "Process Information" fact file
    1. Contains technical info re: manufacture of carbonless paper.
    2. "Internal broke can be utilized back into the production of base paper. The CF, CB, or CFB broke undergoes repulping at high pH (casutic) in the presence of a chemical wetting agent and emulsifier. Broke is washed with white water, screen and re-used. the chemical is used to block the formation of a color reaction between the dye and the resin in the coatings to prevent discoloration due to broke."
    3. Disposal of waste coatings -- "Due to the intrinsic high cost of these coatings, losses are minimized. however, washup material for either coating can be handled in the same manner as regular clay coatings are handled by mills producing publication grades or coated board. They can be handled by present primary and secondary effluent treatment approaches."
    4. Pollution problems -- "production of capsules or carbonless paper poses no unusual pollution problems."

# Fact Book by Category, 3/23/99

51. Series of educational reprints from API entitled "Pulpmaking," "Papermaking," "Finishing," all dated 1/86, in "Process Information" fact file
    1. Basic information and terms
52. NPDES permit for CPM, dated 3/22/74, Bates No. ATT01491
53. Complaint in Wisconsin v. Appleton Papers, Inc. and National Cash Register Co., served 7/25/75 on NCR, in "Discharge Information" fact file
    1. Case arose out of CPM NPDES violations for suspended solids from 11/74 to 5/75, pH for 7/74 to 4/75
54. DNR file on Appleton Papers Inc., beginning with Bates No. 001397
    1. Form 2-C of 1992 NPDES permit application for CPM, Bates no. 002914
        1. Lists contaminants found in effluent. Contaminants include chromium, copper, lead, <0.2 ppm of mercury, zinc.
55. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
    1. "Appleton Papers has indicated that the average ratio of PCB consumption in the production of NCR carbonless paper to the actual production of NCR carbonless paper is 3.4% (by weight). An analysis of a 1971 NCR carbonless paper indicated 1600 ppm of PCB (Aroclor 1242), but this data may be consistent because of production losses and variation within the product."
    2. "The WDNR has indicated that the Appleton Municipal wastewater treatment plant was severely overloaded and frequently by-passd raw effluent to the Fox River in the 1960's and the 1970's. It is reasonable to assume that similar overloaded conditions existed in the1950's."
    3. "Although our investigations continue, there is some reason to believe that therre may also have been direct discharges [from ACPC] to the Fox River."
56. "Appleton Scene," Nov. and Dec. 1971, "Special Environmental Report," in "Promo Materials -- 'Appleton Scene'" fact file
    1. has description of environmental practices throughout APD
57. Fax from Skip Macaulay, AIGEM, to Tom McMahon and Bob Bourque, 8/27/96, enclosing TRC report on estimated PCB removal efficiency at Appleton POTW, in "Wastewater Treatment" fact file
    1. For 1954-64, removal may have ranged from 50 to 75 percent
    2. For 1964-71, removal may have ranged from 86.5 to 98 percent
58. NCR Applications Research Department Progress Report, 12/27/60, in "Volume/Production of NCR Paper Appleton" fact file (Bastes 497330)
    1. Has annual production figures for 1958-60 for CPM, ACPC, Mead, and "IPC" (Institute of Paper Chemistry?) (figures in tons)
    2. Figures appear to show CPM produced over 4000 tons of coated back, but this is probably a typo -- chart should say "CF" instead of "CB"
59. Locks Mill NPDES permit application, 9/27/79, obtained from DNR, Bates No. 010525
    1. Includes a list of chemicals then in use at CPM
60. Memo from Katie Moertl to file, 8/15/96, re: Coating Operations at ACPC and CPM; Emulsion Issues; and Sales of NCR Paper, S&A PC Docs No. 219085
    1. Summarizes witness interviews and documents
61. NCR Systemedia "Trip Report," dated 2/19/82, re: trip to Appleton Papers, in "Process Information" fact file
    1. Describes coating process and equipment then at Appleton.
    2. "Ruined batches [from ACUF capsule manufacture] are transported via truck tanks to Appleton for disposal."
62. (#496508)Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d.
63. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 90% ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."

64. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
65. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
66. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
67. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 90% ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
68. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
69. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
70. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
71. (#0027-1131): Combined Locks had a 47 day strike in November and December 1966.
72. Combined Paper Mills was the smallest of the four subcontracting firms, and its coating skills and experience have been largely limited to the application of reactant coatings to the face-side of paper used in NCR's multi-ply carbonless system, substantially the least difficult of the various coating operations required. CPM's efforts to make CB have largely been experimental. (NCR103503; 0004-1025)
73. As of 1971, CL used 23-30 tons of waste material per day, about 19% of its pulp production. (NCR104901)
74. Combined Locks had a chemi-mechanical pulp production. Source material: old telephone directories; newspapers; and computer tab cards. (NCR1049010)
75. Document number FH000003 is the Spearin letter dated January 19, 1976 to James Haney of Bergstrom Paper. Produced by Fort Howard and contains marginalia by Fort Howard (?) estimating quantity of broke sent to Bergstrom. Contains estimates of aroclor 1242 consumption in the manufacture of NCR paper and NCR Carbonless Paper production between 1957 and 1971.
76. (#0027-0719)Letter dated 3/21/61 from R.W. Sandberg to H.V.Lauer references "eight drums of emulsion containing about 400 lbs. of solids were shipped to Appleton...[which] should be enough to coat 2500 lbs. of paper."
77. Document #: 0023-1493 references a "Pilot plant trial of On-the Machnine CB in late July 1963" to be conducted either at the Forest Products Laboratory in Madison WI or at the Combined Locks facility.
78. Letter from William H. Talmage, Assistant General Counsel, NCR to Robert S. Zuckerman, DOJ Antitrust Division, 9/18/70, in "DOJ Antitrust Submission" Fact File
    1. NCR buys NCR Paper from its subcontractors by issuing purchase orders to them, and the subcontractors buy emulsion by issuing purchase orders to NCR. No explicit license documents.

## Fort James

1. WSJ article dated 7/2/96: "Recyclers Seek 'Recovered Fiber,' But Toss 'Wastepaper' in the Trash."
    1. Waste paper is a valuable commodity -- not waste
    2. Quote attributed to Fort Howard: waste "doesn't describe what we handle."

2. Fort Howard 1995 Annual Report at p. 21 re "Recycling Leadership.: States: Fort Howard's use of wastepaper rather than virgin pulp as a source of fiber traditionally provides a significant cost advantage on the manufacturing side of the ledger. Our deinking and pulp processing expertise has developed since the 1930s. Today, our domestic operations consume more than 1.4 million tons of wastepaper a year. As a result, we are the single largest buyer of deinking grades in the country. Our sophisticated deinking technologies allow us to recycle a wide range of both pre- and post-consumer wastepaper grades, including the less expensive ones that others have difficulty processing.
3. Ft. Howard's response to 104(e) dated 5/3/96:
    1. NCR paper is virtually the sole source of PCBs in Ft. Howard's effluent. (p5)
    2. It would have taken several years to remove most carbonless copy paper containing pcbs out of the recycled wastepaper stream. (p6)
    3. Deinking of secondary fiber began in the late 1930s. The percentage of secondary fiber used by Ft. Howard gradually increased over time so that by 1989 over 99% of the sanitary tissue grades made were from secondary fiber. the primary use of secondary fiber by Ft. Howard is to provide a fiber source from wastepaper as an effective sub for virgin fiber. (p6)
    4. Processes are described in detail.
    5. Ft. Howard processed wastepaper in the mixed paper; newspaper; corrugated; pulp substitutes; and high grade deinking grade classifications (described in Ex. A). Within the mixed paper classification were grades referred to by Ft. Howard as "file stock" and "NCR grade." File stock refers to wastepaper generated by office and may have contained amounts of NCR grade. Ft. Howard believes that during the 1960s very little file stock was processed by Ft. Howard. (9)
    6. Ft. Howard did not intentionally process NCR grade until the late 1960s and then only in small amounts for two reasons: 1) achieving the necessary color removal/brightness was difficult; and 2) NCR grade contained wet strength resins tht were difficult to process. In the late 1960s Ft. Howard ran trial shipments of NCR grade received from Golper Company. In addition, shipments of forms containing NCR grade were processed on a limited basis directly from manufacturers of these forms: Shade Business Forms (now Shade Allied Coated Products Division of Shade Allied Incorporated); and Moore Business forms. NCR papers may also have been processed by Ft. Howard as incidental components of other grades of waste papers. (p10)
    7. Begining in the 1970s changes in the availability of wastepaper required that Fort Howard use more mixed papers, and more office papers of lower grades. This increased the likelihood that NCR inadvertently received wastepaper that included NCR grade form old office files and similar document archives throughout the United States. (p10)
    8. NCR paper may not be the only source of PCBs. Certain dyes such as phthalocyanine greens and blues may have contained pcbs. (p10)
4. Ft. Howard's 104(e) response dated 9/12/97 (FH021875-1894):
    1. Produced groundwood pulp from 1935 to the early 1960s as a source of fiber furnish. In the mid-1960's, the groundwood fiber process was replaced by a white news deinking system. (pp. 4-5)
    2. The first secondary fiber deinking system became operational in the late 1930s. (note: Ft. Howard defines secondary fiber as post-consumer fiber.) (pp. 5-6)
    3. tons of fiber furnish processed on-site from secondary fiber deinked on site are CBI. (p. 8)
    4. Documents relating to tons of fiber furnish processed on-site from broke is also CBI. (p. 8) Information identifying the sources of broke were provided in response to the first 104(e).
    5. Ft. Howard has never sold broke nor transported it to company-owned plants or commerical customers (p. 9)
5. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
6. Fort Howard's 104(e) response, 9/12/97, Bates No. FH021875
    1. Green Bay mill produces pulp for internal use only
    2. Never sold broke
7. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C

1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.

8. Fax from RMT to PRH, 3/9/98, re: percent recycled paper use, in NCR-C
    1. Fort Howard uses only recycled paper.
9. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. Fort Howard -- deinking/recycle mill, 3.5 miles upstream of mouth on west side. Began treating with lagoons in early 1970s. Frequent upgrades.
            2. James River (formerly American Can) -- pulp and paper mill. Pulp waste sent to GBMSD in the 1970s. Paper waste through a lagoon to slough on east side of river above mouth.
10. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

## Glatfelter

1. 1995 Glatfelter Annual Report/Letter to Shareholders references the difficult year the Neenah Mill had due to high wastepaper costs.
2. "Old landfill not leaking PCBs," Oshkosh Northwestern, 1/4/99, in Alice O'Connor news clip fax of 1/14/99, in NCR-C
    1. Old Snell Road landfill in Oshkosh, that previously took paper mill sludge, discarded ballast from fluorescent lights, transformers, pumps used in drinking water wells, and other PCB sources, is not leaking PCBs. County solid waste director says he "knows" the landfill has paper mill sludge with greater than 50 ppm PCBs.
3. Bergstrom Daily Production Reports: Note:: we have Bergstrom Daily Production Reports, but don't know how to interpret them. These reports show how much ledger grade was consumed on a daily basis. NCR broke would have been classified as ledger grade. Ledger grade was consumed every day and seemed to average about about 10%. (GN10000756)
4. Preliminary Study dated For PH Glatfelter On the Impact of Bergstrom Division Landfills on Groundwater in Winnebago County, WI, February 23, 1981 [Bates No. 008752; attached to TRC Report dated 8/16/96]
    1. Bergstrom founded in 1904 and became a division of Glatfelter in 1979.
    2. Manufactures printing and writing papers for publishing, converting, banking and office communications.
    3. **Relies on appproximately 65% of the total fiber raw material.requirements. Many products are produced from 100% recyclyed paper.
    4. Each day 325 tons of fine papers are manufactured.
    5. Wastepater treatment:
        1. Secondary plant began in 1976. It is a two-stage activated sludge system designed by Zurn-Attischolz. Treated effluent discharged to the Fox River. Dewatered sludge hauled to a landfill
            1. From 1951-1975, primary sludge was dumped in a landfill on property which Bergstrom leased from the City of Neenah northwest of the mill site and bordered by Little Lake Butte DesMorts. WDNR ordered this landfill closed in 1974 and issued final abandonment orders in 1976. Since October 1975, sludge was dumped in a landfill constructed on Company owned land off Larsen Road in Neenah, about two and half miles away forom the mill.

2. Attachment to the report is application for Exemption from statutory requirements filed with WDNR, Division of Environmental Protection and dated July 24, 1973.
    1. States that in 1951 WI deeded to the City of Neenah "certain submerged land" near the sourth shore of Little Lake butte des Morts. Neenah then leased a portion of this land to Berstrom "for the express purppose of providing a site for and in consideration of Bergstrom Paper Company erecteing a waste treatment plant which would provide and contribute fill for the land." Bergstrom lease obligated it to operate the waste treatment facility in such a way that the solids would be utilized as fill. In June 1950 the City of Neenah applied to the Corps of Engineers to construct a retaining wall in LLBM. On july 12, 1950, the Corps issued a permit to construct a retaining wall and to fill shoreward thereof in LLBM. The land to be filled pursuant to the permit was the land subsequently deeded by WI to Neenah and leased to Bergstrom. The Corps' permit was extended from time to time. The WDNR reviewed at least one request for an extension and indicated it had "no objection to a continuation of this project...."

5. Article entitled "The Economics of Recovery in a Deinking System," by Kenneth L. Maves of the Bergstrom Paper Company in Neenah, WI, as published in the April 1961 volume of Tappi magazine.
    1. Describes the deinking process in detail. The deinking system at Bergstrom is fully continuous. Wastepaper stock is fed to the hydrapulper at the rate of 12-14,000 lb. per hour.
    2. A typical furnish would be: 20% kraft, 10% ledger [note: what NCR broke would be classifieid as]; 5% tab cards, and the remainder book and magazine stock.
        1. [Note: this document has been provided to RMT.]

6. Article entitled "Economics of Secondary Fiber Usage," authored by DW Bergstrom for the April 1968 volume of TAPPI.
    1. at p. 76A: Acknowledges that secondary fiber will not have the uniformity of virgin pulp. However, secondary fiber offers some advantages: less power to reprocess it. Also since it has aready been refined at leat once, the fibers tend to give more dimensional stability, better formation, better retention of size and fillers, as well as improved opacity characteristics.
    2. At 77a: Deinked stock froms up better and is easier to hydrate. At Bergstrom, advantages of utilization of deinked pulp means the deinking operation is more integrated and less dependent on the market pulp producer. It lends dimensional stability to our finished product and this factor becomes more and more important as printing processes become more complicated.
    3. 10,000,000 tons of paper stock (or waste paper) is being consumed each year--for good, sound and economic reasons.
7. TRC Report dated 8/16/96 entitled" Wastewater Information Analysis/Mill Group Facilities"
    1. Bates 8752-64: States that Glatfelter relies upon wastepaper for approx. 65% of the total raw fiber requirement
8. Letter dated 8/14/75 from Dick Wand (Bergstrom) to Mrs. Leslie Hunt (Shade Information Systems) re information on carbonless papers. (GS0001389) Contains information re dollar value of carbonless paper sold in 1967 ($14.3 million) and 1972 ($34.8 million); tons of carbonless paper sold (1967-21,700 tons; 1972-50.100 tons); total business forms sales (1967-$895 million; 1972-$1.3 million)
    1. According to the "experts", the old NCR carbonless paper contained three to six perscent by weight of PCBs.
9. (Document #GN4001546)" Bergstrom internal memo dated 4/3/72 from John Valente to Ken Maves re "PCB Contamination Summary."
    1. States "Bergstrom's experience begins with an a letter dated August 25, 1971, by Ed Gallagher to Ken Maves with an attachment of an NTQC bulletin."
    2. States that In January 1971, API cautioned member mills that pcb may be in carbonless paper.
    3. On 9/24/72, Maves wrote to Valente re "growing concern with PCB especialy as related to NCR type broke."
    4. References experiments done by Dr. Irwin Pearl at the Institute of Paper Chemistry on several different kinds of paper. The results of the experiment showed that "caustic extraction removes no PCB but bleaching and washing accomplish some reduction."
    5. Suggests Bergstrom ran tests to see if PCB would be removed by the rpocess of recycling and bleaching.
10. PH Glatfelter's response to DOI 104(e) Request dated 2/22/96 (GA0000003-24):
    1. Introduction denies that bergstrom knew about pcbs in its source material. States that EPA sought to encourage recycling and that EPA encourage continued deinking of office waste containing carbonless when it issued its pcb ban under TSCA (p2)

2. Bergstrom purchased waste paper and mill broke and scrap from various waste paper borkers, wastepaper packers, and directly from sources of waste paper. With two exceptions, Glatfelter believes that all of its furnish consisted of paper mill scrap and broke, converter scrap, and printer scrap. (p4)
3. Exception 1: Glatfelter also received furnish from Shade Information Systems, Inc., which operated an office waste paper recycling system. Glatfelter believes that Shade's largest supplier included agencies of the US.
4. Excepton 2: the Neenah Mill used waste paper from Berstrom's operations as furnish in the Mill. Until 1971 or 1972, this furnish consisted entirely of scrap and broke from the Neenah Mill and Bergstrom's operations at Highway 41 in Neenah, WI. After 1971 or 1972, the Neenah mill began to accept office and other post-consumer waste from Bergstrom's operations.
5. Per Glatfelter's first 104(e) response, the following individuals may be knowledgeable regarding deinking at Bergstrom's Neenah mill: Dedrick Bergrstrom III; Dedrick Bergstrom IV, Curtis Combs; Leonard DeBroux; David Guenther; Frank Hamilton; James Haney; David Lee; Kenneth Maves; Franklin Moore; Orville Ross; Kenneth Voiss; Richard Wand; Louis Wilhelm. (p7)
6. To the extent that PCBs entered Bergstrom's processes, they did so primarily through the recycling of carbonless copy paper made by NCR; scrap paper from converters; and broke and scrap from the manufacture of carbonless at ACPC. (p7)
7. To Glatfelter's knowledge, only NCR brand carbonless copy paper contained pcbs during the relevant period. (p8)
8. bergstrom has operated a recycling/deinking pulp and paper mill in Neenah since 1904. Final products have always been high quality printing and writing paper that competes against similar papers made from virgin fiber. Thus, it has always been importatnt for the paper fibers produced by the recyling/deinking process to be of the highest quality. to accomplish this, the Neenah Mill has consistently utilized the highest quality waste paper, equipment and chemicals (pp.8-9)
9. NCRT paper was not treated specially. (9)
10. Provides detailed explanation of the process (pp 9-10).

11. Response of the PH Glatfelter Company to the Section 104(e) Request of DOI, dated 7/1/97 (GA0000501-516)
    1. Until EPA identified NCR paper as source of pcbs, Bergstrom was not aware that pcbs were in NCR paper. (p. 2)
    2. Bergstrom's Neenah mill was owned and operated by it from 1904 until 1979, when Glatfelter acquired it by merger. (p. 5)
    3. Bergstrom has maintained a recycling/deinking pulp and paper making operation at the Neenah mills since 1904. The mill has never produced paperboard. No on-site virgin fiber chemical or mechanical pulping process. (p. 5)
    4. The mill's fiber came from three sources: 1) deinking/recycling process; 2) purchased pulp substitute, and 3) purchased pulp. (p.6)
    5. The mill has never processed pulp produced off-site from secondary fiber (p. 7)
    6. Information regarding the amount of broke processed at Neenah Mill is available in the documents identified in Exhibit B to the February 1996 104(e) response, as is information regarding wastepaper pruchases. (pp. 7-8)
    7. Glatfelter/Bergstrom did not sell or transport broke off-site to company-owned plants or commercial customers. (p. 8)
    8. Information re amount of sludge generated is identified in Ex. B to 2/96 104(e) response. From 1951 to 1975, primary sludge was deposited into a landfill on property commonly known as Arrowhead Park, which was leased from the City of Neenah. Secondary facilities were started up in 12/76. (p. 11)

12. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
    1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.

13. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. Glatfelter -- primarily post-consumer deinking and recycling just downstream of Neenah Dam.

14. Glatfelter's 104(e) response, 8/28/97, Bates No. GA0000501
    1. Never produced virgin fiber at Neenah

2. Fiber came from three sources
    1. Deinking/reyccling
    2. Purchased pulp substitute
    3. Purchased pulp
3. Never sold or transported broke
4. Sludge landfilled at Arrowhead Park pursuant to lease agreement with City of Neenah, 1951-75

15. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

16. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM

17. Fax from RMT to PRH, 3/9/98, re: percent recycled paper use, in NCR-C
    1. Glatfelter has 50 to 100 percent recycled paper use depending on product made.

18. E-mail from Mary Cesar to PRH, 5/28/98, in NCR-C
    1. National Fiber Supply almost exclusively supplied Glatfelter.

19. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.
    1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
    2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

20. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.

21. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)

22. Glatfelter Response to July 1, 1997 Information Request, dated August 28, 1997. GA0000501
    1. The last date of which Glatfelter is aware when PCBs were reliably detected in the Neenah Mill's effluent was 1979. p. 3
    2. The Neenah Mill was owned and operated by the Bergstrom Paper Company from 1904 until Glatfelter acquired it by merger in January 1979. p. 5

3. Glatfelter has owned and operated the Neenah Mill from January 1979 to the present. p. 5
4. The Neenah Mill has never produced paperboard. p. 5
5. Fiber for paper making at the Neenah mill came from three sources from 1954 to 1979: (i) the deinking/recyling process at the Neenah Mill; (ii) purchased pulp substitute; and (iii) purchased pulp. The Neenah Mill has never produced virgin fiber onsite. The purchased pulp was produced by a kraft (not a mechanical) process. p. 6-7.
6. From 1951 until October 1975, primary sludge from the Neenah Mill was deposited into a landfill on property commonly known as Arrow Heard Park, which the Bergstrom Paper Company leased from the City of Neenah. The WNDR ordered the Arrow Head Park Landfill closed in 1974, issuing final abandonment orders in 1976. p. 11
7. Since October 1975, primary sludge from the Neenah Mill was deposited into the Larsen Landfill in the Town of Neenah. After December 1976, a dewatered mixture of primary and secondary sludges was disposed of at the Larsen Road Landfill until August 1978 when the landfill was ordered closed. p. 11-12.
8. From August 1978 through 1979, the Neenah Mill's sludge was hauled to the Snell Road Landfill in Oshkosh Wisconsin. p. 12
9. The Neenah Mill obtains all its mill service water from the Fox River at Lake Winnebago. p. 14

23. Glatfelter landfilled its sludge at Arrow Head Park pursuant to a lease agreement with the City of Neenah from 1951 to 1975. Arrow Head Park is right on the Fox River. Query whether the city of Neenah has CERCLA liability as a result?
24. Glatfelter found to be discharging low levels of mercury per newspaper article circulated by FH from the Post Crescent, April 1, 1998. References a $120,000 fine paid by Glatfelter as a result of "seriously exceeding its discharge limits two years ago).
25. Document FH000001 is the January 1976 Spearin letter. Handwritten notations (made by Glatfelter--?) assumes that 80% of the broke generated by ACPC between 1957-1970 went to Glatfelter.
26.
27. Testimony of Richard W. Wand, Administrative Vice President, Bergstrom Paper Company, before DNR, PCB Hearings, 8/28-29/75, WTM00614
    1. Takes position that testing all incoming waste paper for PCBs is impractical. Says Bergstrom would have to stop using waste paper and would go out of business.

## Riverside

1. Memo from George Holzknecht (Riverside) to File dated 10/25/94: Kerwin Ppaer deinked wet strength NCR papers probably between 1970 and 1980. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix." Primary suppliers to Kerwin for NCR broke were Appleton Ppaeprs, a mill in Ohio (possibly Mead) and probably National Fiber company (Menasha Mills) (482086)
2. Riverside's response to 104(e) request dated 4/3/96 (480001-27):
    1. Suggests that personnel at 3MCompany/Nekoosa Coating Plant may have information regarding the structure of NCR carbonless copy paper (5).
    2. George Holzknecht and Barney Mitchell, both Riverside employees, may have knowledge re PCBs.
    3. Riverside is a deinking mill. It uses secondary fiber (waste paper) which goes through a deinking process and furnish prep, which is virgin pulp and other paper-makiing additivies. (p6)
    4. Discharges to Appleton POTW . The possibility exists that under unusual circumstances, wastewater could have been discharged directly to the Fox, but Riverside has no knowledge or information that this ever occurred. (p6)
    5. PCBs may have been in wet strength carbonless copy paper manufactured by NCR and recycled by riverside and other paper companies. Riverside believes that the time period that could have resulted in pcb releases was from 1972 to 1984.(p6)
    6. Riverside purchased NCR's wet strength carbonless copy paper directly from Appleton and Menasha Mills, a division of National Fiber company. Riverside obtained other secondary fibers form any or all of the midwestern secondary fiber vendors that existed during the relevant time period.
3. Memo to File from George Holzknecht on Riverside Paper Corporation stationary dated 10/25/96 re "PRP Participants-Confidential" (482086)

1. Riverside Fibre and Paper Corpoaration was incorporated as Riverside Paper Corporation on 7/18/29. On 8/8/80, Riverside Paper Corporation became Amricon Corporation with the converting plant being renamed to Riverside Paper Company and the mill being renamed to Kerwin Paper Company. On 1/190, the Corporation's name was changed back to Riverside Paper Corporation.
2. Kerwin Paper deinked wet strength NCR papers between 1970 and 1980, but could have compressed this time frame to 1972 to 1978. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix."
3. The primary supplier to Kerwin, for NCR broke (rolls, slabs and shavings) were Appleton papers, a mill in Ohio (possibly Mead) and probably National Fiber Company (Menasha Mills)

4. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
5. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
   1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
   2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
6. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
   1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
      1. Includes list of major dischargers on the river
         1. Kerwin (Riverside) -- recycle mill. On islands between upper and middle Appleton Dam. Split discharge between river and Appleton STP to meet permit limits.
7. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
   1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
8. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
9. Riverside memo from George Holzknecht to PRP Participants, 10/25/94, Bates No. 432086
   1. Contains corporate history information on Riverside.
   2. Kerwin Paper Company deinked wet strength NCR papers probably between 1970 and 1980.
   3. In 1975, NCR paper was a major component of Kerwin's furnish.
   4. Primary suppliers to Kerwin for NCR broke (rolls, slabs, and shavings) were Appleton, a mill in Ohio (possibly Mead), and probably National Fiber Company (Menasha Mills).
10. Kerwin Paper (Kerwin Paper Company) deinked wet strength NCR papers between 1970 and 1980. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix." The primary supplier to Kerwin for NCR broke (rolls, slabs and shavings) were Appleton, a mill in Ohio (possible Mead) and probably National Fiber Company (Menasha Mills). (482086) Persons identified in memo: George Holzknecht; H. Bergman.

## U.S. Paper/Menasha

1. Affidavit of John D. Schell, Jr., PH.D., tendered on behalf of Menasha, in the Kalamazoo River Litigation, Case no. 95-CV-838, Docket No. 542 EX.L

1. Doctorate in Toxicology. currently emplyed at ATRA Occupational and Environmental Services, Director of Risk Assessment.
2. The presence of PCBs in the Kalamazoo River is the direct result of certain recycling mills' practice of using carbonless copy paper (known as "NCR Paper") as a primary source of secondary fiber.
3. PCBs originating from NCR paper likely entered recycling mills as secondary fiber beginning in the 1960s and early 1970s. The use of NCR paper as feedstock required that the secondary fiber undergo a "deinking" process to remove pigments prior to producing high quality paper. The deinking rpocesses utilized by these mills liberated PCBs which had been applied to NCR paper as a means of holding transfer dyes in-place and, to a very minor degree, PCBs associated with printing inks. The removal of the PCBs from the paper stock resulted in releases of these compounds into virtually all areas of the mill process and production lines. That is, PCBs adsorbed onto suspended solids or, to a minor degree, dissolved directly into process water. The presence of PCBs in these media resulted in the transport of these compounds to treatment areas and in some cases releases to the Kalamazoo River (either directly or indirectly) via waste water. According to USEPA and others, only mills using NCR paper as a secondary fiber source discharged measurable amounts of PCBs. (citing USEPA 1976B; Bertel, 1981; de Voogt et al. 1984) (para. 6).
4. Carbonless copy paper was never used as a source of secondary fiber by Menasha's Ostego Mill. Prior to 1950s Ostego mill used straw and hardwood chips as its sole source of fiber. Beginning in the 1950s, Ostego incorporated "broke and DLK as secondary fiber. Broke is material produced on site during the paper-making process that is unsuitable for conversion into corrugated boxboard. KLK is material left over from the manufacture of corrugated board trimmed from boxes or other clean paper waste from box converting operations. DLK does not require deinking. Thus, DLK cannot be considered a mechanism for introducing PCBs into the production process. (para. 7)
5. In 1971, OCC was added as a source of secondary fiber. OCC was recycled paper coming from general public use, and therefore there is a potential that small amounts of paper other than OCC cold have been included included in the waste paper stream used to produce this material at other mills. According to current Menasha personnel, employees of the mill actively search through the wastepaper prior to its entering the production process and removed any material not identified as OCC or DLK. (para. 8)
6. Speculates that river water (used as cooling water) may be a source of PCBs.
7. Low levels of PCBs were detected in the mill's finished product in 1976 and 1983. However, this does not translate into the mill being a source of PCBs. Because certain recycling mills (e.g. Allied Ppaer Co.) used NCR paper as secondary fiber, PCBs eventually became incorporated in other types of paper, which ultimately entered the general wastepaper stream (Storr-Hansen and Rastogi, 1988) . "As a reuslt of the intensive recycling efforts which started inthe mid-1970s and continue on a large scale basis even today, these PCBs which originated in the NCR paper have slowly infiltrated a large portion of the world's paper stock, albeit in a steadily decreasing concentration. Thus, in theory, any mill that uses even small quantities of post-consumer paper as furnish could have inadvetently introduced minute quantities of PCBs into the production line. These minimal concentrations associated with some general post-consumer products may result in low levels of PCBs occurring some finished paper products." (para. 20).

2. Plaintiff Kalamazoo River Study Group's Memo in Opposition to Menasha's Motion for Summary Judgment, Case No. 95-CV-838 (WD Mich), Docket No. 570:
   1. Footnote 2 states that approx. 1% of NCR's Aroclor purchases were 1254; the rest were 1242.
   2. Since tests in the mid-70s showed levels of PCBs in Menasha's finished product, they must have taken in furnish containing pcbs.
   3. Irrelevant whether Menasha recycling NCR paper because as a result of the intensive recycling of NCR paper, PCBs were constantly being introduced into other types of paper, including the OCC and DLK which Menasha admits to recycling.
   4. Contains the following syllogism: Menasha's own personnel testified that to a certain extent, secondary fibers in the production process are lost to Menasha's waste stream. Since these secondary fibers come from the feedstock, which has at times been contaminated with PCBs, and are the same fibers which make up Menahsa's finished product, which has tested positive for PCBs, follows necessarily that some of the secondary fibers lost to Menasha's waste stream were undoubtedly contaminated with PCBs and that some of these PCBs were discharged to the River in Menasha's effluent.
   5. Disputes Menasha's contention that WWT plant would have removed all the solids. Several instances of NPDES exceedances and other operational difficulties which would have precluded the system from operating at full efficiency.

3. Menasha's second 104(e) response dated 10/16/97 (460579): Provides no substantive responses; refers only to prior 104(e) response.
4. Menasha's response to 104(e) request for information--5/3/96 (460579)
    1. John Strange Paper Company operated a paper mill at 69 Washington Street in Menasha. Mill produced medium grade, fluted material (corrugated box), which is sometimes referred to as recycled paperboard. John Strange merged into Menasha in 1971. After that, Mill was referred to as the John Strange Paperboard Division. Menasha sold the Mill to U.S. Paper Mills Corp. in October 1983.
    2. Describes indemnity agreement with US Paper: "Under the Purchase and Sale Agreement between the Company and U.S. Papers dated October 28, 1983, U.S. Papers expressly assumed liabilities associated with the Mill, and it indemnified Menasha Corporation with respect to matters of the sort at issue here. Specifically, U.S. Papers agreed to indemnify, hold harmless, and defend Menasha Corporation from and against any and all liabilities and claims of any kind relating to "Assumed Liabilities," which included 'all liabilities...arising out of ...operation and ownership of the Division [the John Strange mill] unless specifically retained by the Seller as set forth in Retained Liabilities" (emphasis added). "Retained Liabilities were expressly limited to specific pension, retirement, and health insurance plans. Consistent with its obligations in this regard, U.S. Papers has been the sole contact regarding the former John Strange Mill since this NRD assessment first arose in 1994."
    3. Re Schmalz Landfill: Schmalz Dump was n NPL site in the town of Harrison. US sued Schmalz family and Menasha Electric and Water Utilities, which filed a third-party complaint against Menasha and others. Menasha argued that its wastes were discarded in the "Town of Harrison Site" north of the Schmalz Dump and were non-hazardous boiler ash and other solid waste. [note: RMT analyzed the bottom ash hauled to the landfills.] Menasha tendered with its 104(e) response some depositions taken in the Schmalz Dump litigation re the issue of pcbs in secondary fiber.
    4. Identified two former employees who might have information: Tom Ray and Allan Schenck.
5. Judge Bell opinion in Kalamazoo River litigation captioned, Kalamazoo River Study Group v. Rockwell International, Western District of Michigan, Case No. 1-95-CV-838, dated 3/6/98
    1. Menasha awarded summary judgment on grounds that the frequency and quantity of PCB releases by Menasha is purely theoretical and speculative. Even the best scenario involves incidental discharges of minuscule quantities. Does not meet the threshold of significance standard.
    2. Menasha did not have deinking and did not recycle NCR Paper. Produces only corrugated medium board, and used as furnish only wood chips, double-lined draft, and OCC. Menasha's expert, Dr. Schell testified that as a result of intensive recycling efforts which started in the mid-70s, pcbs originating in NCR paper slowly infiltrated a large portion of the world paper stock, albeit in decreasing concentrations. In theory, any mill that uses even smal quantities of post-consumer paper as furnish could have inadvertently introduced pcbs in the production line.
6. Transcript of Public Hearing to Review and Receive Public Comment Upon Proposed Administrative Rules Relating to the Discharge of PCBs into the Waters of the State, WDNR, 8/28 and 8/29/75. (WTM00537)
    1. Allen Schenck, Vice President, Technical and Environmental for Menasha Corp.
        1. Prinicipal products made by John Strange are tube and can stock, carton stock, chipboard and cylinder specialities. Made from 100% recycled fiber. They use 50K tons of old corrugated, 25K of mixed paper and 8K tons of news. These products are purchased through recycled fiber dealer.
        2. There is no practical method to select PCB free paper in bale form. Try not to use pcb based on the grade and the source of waste paper, but this selection process is not fool-proof.
        3. Assumes 89% partitioning.
        4. John Strange could go to virgin fibers, but would not stay competititive.
        5.
7. Deposition of Franklin Gurnee (US v. Schmalz, ED WI, 90-C-094)(12/23/92): When he supervised the stock prep deparment in the 1960a he asked the peiople working for him to have the carbon paper removed because it would turn the stock blue or black. John Strange did not have any deinking capability.(460465-66). The only material that went to the beaters were newspaper, craft and virgin pulp. (460466). Other materials were reprocessed in the pulper room. They removed string, rope, plastic bags, magazines, nylons and carbon paper (460468) [Note: this is very confusing testimony.]
8. Deposition of Robert L. Janda (US v. Schmalz, ED WI, 90-C-0941)(12/7/92): Newsprint was routinely used as a furnish material at the John Strange Mill.(460360)

9. Deposition of Pat Morris (US v. Schmalz, ED WI, Case 90-C-0941)(10/28/92) John Strange (Menasha) did not have a bleaching system (p. 25) In the early to mid-1980s, discovered that there were some "residual PCB's" inherent in secondary fiber. John Strange used 27 different grades of secondary fiber; secondary fiber "was the prime source of our fiber." John Strange was a100% recycling mill. When Morris arrived at John Strange in 1968, they had one small fourdrinier and two cylinder machines. The Mill made 300 different grades of boxboard, including white and colored liner boards for the boxboard industry.(460274)
10. Deposition of Francis Eparvier in US v. Schmalz (EDWI, No. 90-C-0941)(11/21/91): at p. 14 John Strange did not recycle carbonless copy paper. Basis: it would have changed the color of the paper stock to a darker blue and he never observedpaper coming out as bluish stock. [Note: given products US Paper made, color should not matter]
11. Response of Menahsa Corp. dated 5/23/96 to first 104(e) (460001-460010)
    1. History: John Strange Paper Company operated a paper mill at 69 Washington Street in Menasha. Produced corrugated box, sometimes referred to as recycled paper board. John Strange Merged into Menasha Corporation in 1971. After that, the mill was referred to the John Strange Paperboard Division.
    2. Menasha sold the mill to US Paper Mills in 1983. Pursuant to the sale agreement, US Papers expressly assumed liabilities associated with the Mill nad indemnified Menasha against all liabilities relateing to the operation and ownership of the Division.
    3. Menasha's 1996 104(e) response indicates that Tom Ray and Allan Schenck may have responsive information. Both are former employees (p. 6)
    4. With respect to PCBs in secondary fiber, Menasha's 1996 104(e) response refers EPA to deposition transcripts from a case involving a landfill: Francis Epariver; M.O. "Pat" Morris; Robert Janda; Franklin Gurnee; David Austin.
12. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
13. E-mail from Mary Cesar to PRH, 5/25/98, in NCR-C
    1. National Fiber Supply used to be an operataing division of U.S. Paper Mills, which used to be Menasha Mills.
14. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
    1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
15. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. John Strange Paper (now US Paper-Menasha). Very small paper mill, some recycling, located in Menasha area. Sent effluent to Neenah-Menasha STP about 1975.
            2. US Paper/DePere -- discharges to DePere sewer?
16. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

## Wisconsin Tissue

1. Loren Demand: Traffic Manager/Raw Material Purchasing for WI Tissue 1938- 1983. [note: check 104(e)s to see if he is deceased.

2. George Mueller, WI Tissue VP Manufacturing, 1968-1980.
3. James Asmuth, WI Tissue GM between 1955 and 1966.
4. Document WTN7898 identifies WI Tissue personnel knowledgeable about the furnish used and quantity of paper produced between 1954 and 1975.
5. John West, was Director of Raw Material Purchasing for Wisconsin Tissue.
6. Letter to Loren Demand of WI Tissue Mills from Richard E. Benson of Mead Pulp Sales, Inc. confirmiong that Mead/Chillicothe does use any PCB in its Carbonless Broke. [Note: Clear implication is that WI Tissue purchases broke from Mead through Mead Pulp Sales. Need to determine whether this was the case prior to 1975.]
7. Letter from Nadelman and Associates, Inc. ("Consultants to the Pulp and Paper Industry, Converters and Suppliers") to James Asmuth (President and General Manager of Wisconsin Tissue) dated February 15, 1967. Nadelman makes some recommendations, which among other things, "if put in effect, will enable you to run an increased percentage of deinked ledger stock on number two paper machine." (WTM00958)
8. Document attached as Appendix A to TRC Report dated 11/14/96/Material Balance for CL (0020-1906)
    1. Specifies quantitiy of NCR Paper Capsules shipped in 1970 to ACPC; Combined Paper Mills-Locks; Nekoosa-Edwards.
9. E-mail from CSJ to TMM, 11/12/98, re: relationship of Wisconsin Tissue and Phillip Morris
    1. RE Philip Morris.rtf (T:\FOXECCO\Docs)
10. WTM 104(e) response (first round)
    1. WTM recycled PCB-containing paper between 1956 and 1978.
    2. Document contains estimates of percentage of furnish that was wastepaper by year.
    3. 3M supplied paper to WTM
11. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. Wisconsin Tissue -- Deinking/recycle mill located in Menasha. Discharged to Neenah-Menasha STP 1970-75. Unknown discharge method before 1970.
12. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
13. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
    1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
14. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
15. Owned by Phillip Morris from 1976 to 1985.

## Brokers

1. Memo from George Holzknecht (Riverside) to File dated 10/25/94: Kerwin Ppaer deinked wet strength NCR papers probably between 1970 and 1980. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix." Primary suppliers to Kerwin for NCR broke were Appleton Ppaeprs, a mill in Ohio (possibly Mead) and probably National Fiber company (Menasha Mills) (482086)

2. E-mail from Mary Cesar to PRH, 5/28/98, in NCR-C
    1. National Fiber Supply almost exclusively supplied Glatfelter.
    2. Schnabel worked for Contintental Paper Grading in the beginning. He was hired to "break into" the Wisconsin market, which previously had been controlled by National Fiber Supply.
    3. Golper was a small player, but could have been relatively active from Appleton's point of view.
3. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
    1. Riopelle was "surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    2. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    3. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
4. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. Shade was established in 1965 and employs 250 people.
    2. Shade is major converter and supplier of carbonless business forms, a major converter and supplier of office papers and business forms made from recycled paper, and a significant supplier of post-consumer office waste paper to WI recycling mills.
5. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.
6. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)
7. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
    1. "So far as we can determine, the only contributors of PCBs to our effluent are the waste papers which we recycle. Recent test samples of various types of waste paper indicate that the sorted office waste, including the materials received from Shade, contain . . . relatively high concentrations of PCBs."
8. E-mail from Mary Cesar to PRH, 5/25/98, in NCR-C
    1. National Fiber (Menasha Mills) is National Fiber Supply, Chicago.
9. E-mail from Paul Samson to Phil Servidea, 5/28/98, in NCR-C
    1. George Chafee said:
        1. NCR tended to bid out individual loads of paper waste in the 1960s and 1970s rather than dealing with one broker.
        2. He recalls names such as Gordon Waste, Columbia, Penn., and RamCo, Philadelphia.
        3. For about the last eight years, NCR has dealt with Cutler Industries, Downingtown, Penn.
10. Riverside memo from George Holzknecht to PRP Participants, 10/25/94, Bates No. 432086
    1. Primary suppliers to Kerwin for NCR broke (rolls, slabs, and shavings) were Appleton, a mill in Ohio (possibly Mead), and probably National Fiber Company (Menasha Mills).
11. Letter from Paul Karch to Paul Samson and Andy Shclickman, 2/13/96, enclosing ACPC ledgers and other records on broke, and with notes from Katie Moertl attached in front of the letter, in "Broke" fact file

1. From 1954-63, broke was listed as a product. Beginning with the 1966 sheets, broke sales become a negative cost item.
2. Broke production
   1. 1965, 12,568,944 pounds(?), 10.72 % of production
   2. 1966, 14,859,557 pounds(?), 11.00 % of production
   3. 1967, 13,950,950 pounds(?), 10.82 % of production

12. NCR dealt with Continental Paper Grading - located in Chicago
13. Leo Golper (per van Boxtel, Appleton dealt with him frequently)
14. Gray Hagy (deceased) and Dave Smith, name of company unknown, although located on Michigan Avenue in Chicago and may have been related to Menasha Mill Supply. Harold Schilling also used to be at National Fiber, but is now deceased.
15. U.S. or United Paper Supply (per van Boxtel)
16. Per Norm Schnabel (to Mary Cesar): Schnabel worked for Continental Paper Grading in the beginning. He was one of the people hired to "break into" the Wisconsin market (which had previously been controlled by National Fiber Supply) - I'm not sure of the dates, but will be able to find out. National Fiber Supply almost exclusively supplied Glatfelter (not Fort Howard). Golper was a small player, but could have relatively active from API's point of view.
17. Robert Cook/ Kansas City/ 816-471-1088. Name supplied by McIntosh who suggested we use his name.

## Compliance

1. Minutes of Ad Hoc PCB Committee Wisconsin Paper Council (June 16, 1976)(GFO0008029-30)
   1. Discusses new PCB effluent guidelines
   2. Bergstrom, Ft. Howard, and the John Strange Division of Menasha may have difficulty meeting the new standards
   3. Several companies confirmed the findings of measurable pcb levels in virgin pulp
   4. After discussion, the Committee decided it would continue to pressure API and NCASI to become more actively involved in the pcb problem.
   5. A decision was made to cooperate with the Versar study.
   6. Two publications on pcbs were mentioned: Review of PCB Levels in the Environment, EPA 7560/7-76-001, Office of Toxic Substances; and the November 1975 proceedings of the National Conference on PCbs, EPA 560/6-75-004.
2. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.
   1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
   2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

## Converters

1. Top Business Forms Printers--USA: lists business forms printers; their 1973 sales; their market share; number of plants; and their interest in carbonless (note: file in PRH files behind forms manufacturers tab; another copy is in chron file, date 3/17/99)
2. Letter dated 8/26/98 to Dale Patterson, WDNR, from RMT (APX0031674-1677)
   1. CL did not use NCR broke and did not have deinking capability beginning in 1965. Refers to Capital Expenditures document, "Expenditures for Locks Mill Improved Pollution Control, 1948-1970). Also see Exhibit 3 to the letter, p. 9, indicating that the chemi-mechanical wood chip processing plant replaced a discontinued deinking system.
   2. Prior to 1966, CL deinked only recycled telephone directories (citing Ex. 3, p. 6, to letter). Describes process for handling telephone directories.
   3. Beginning in late 1950s, recycled tab cards (IBM cards) were used as pulp substitutes. Describes process. these cards did not require deinking. Some bleaching was done within the pulper by the addition of calcium hypochlorite. Purpose of the bleaching was to brighten the tab stock prior to cleaining.

4. Off-site converting opertions generated a conservative estimate of 15-20% broke from the NCR paper they handled, which was in trun recycled into the Fox River Valley.
    1. Provides citations to support assertions re amount of broke generated at converting facilities. Explains why losses of NCR paper at converters would have been greater.
        1. NCR paper is pressure sensitive--smudging.
        2. NCR Paper rolls sent to converters were trimmed by 1/2 inch as standard practice.
        3. To avoid capsule breakage, custom settings were required for form sets on NCR paper. Adjusting for custom sets led to more broke.
        4. More unit forms were handled than continuous forms. Increases the percentage loss.
        5. Unsophisticated packaging meant smaller rolls, which means greater losses.
5. A value of 6.75% was used as the amount of coated broke as roll trim generated at API.
    1. Table 1 illustrates Production Loss Summary Data during the Period 1967 through 1969.

3. Versar Report dated 2/2/5/77
    1. Amount recycled from offie and other commerical institutions or from converting operations can only be guessed at. converter scrap varies between 10 and 15% (15% was the figure used in an AD Little Paper Industry Study) for printing and writing grades. However, much of this was recycled in-plant, back into NCR carbonless forms. This amount could not be estimate at Mead. Shade estimated that 10% of al office waste is presently recycled, that of this recycled paper 10% is from old files and 90% from yearly usage, and that the average lifetime for files is three years.
4. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. Shade was established in 1965 and employs 250 people.
    2. Shade is major converter and supplier of carbonless business forms, a major converter and supplier of office papers and business forms made from recycled paper, and a significant supplier of post-consumer office waste paper to WI recycling mills.
5. EBW e-mail on converter scrap being very small source of furnish to recycle mills
    1. FOXRIVE4.TXT (C:\DOCS\ECCOLINK)
6. EBW e-mail on Systemedia
    1. FOXRIVE5.TXT (C:\DOCS\ECCOLINK)
7. Dr. Norm McLeod is a consultant to IBFI and the forjs industry. May have statistical information

## Mead / Nekoosa

1. Reports indicating shipments of emulsion to Combined Locks, ACPC, Nekoosa Edwards, and Mead in 1969-1970, including year end totals. (0020-190 to 0020-1905; APX0031638-31670)
    1. This information was provided to Velleux
    2. Shows that Nekoosa Edwards received pcb-containing emulsion.
2. Opinion Regarding Menasha Corporation's Ostego Mill and the Allied Paper Inc./Portage Creek/Kalamazoo River Superfund Site, dated 4/18/97 (filed with Kalamazoo River documents):
    1. Prepared by John Schell, ATRA Occupational and Environmental Services, Inc.
    2. Contains extensive bibliography of documents reviewed and material consulted.
    3. Substantively similar to affidavit submitted in connection with summary judgment motions.
    4. Expresses opinion that the use of PCB-contining paper stock (i.e. NCR Paper) as secondary fiber, specifically the deinking and consequential removal of PCBs from the paper, resulted in PCBs being discharged into the Kalamazoo river.
    5. Menasha did not use NCR paper. Menasha's Ostego mill produces corrugated paper, and uses virgin wood as well as secondary fiber as sources for fiber. Until very recently, these sources of secondary fiber were solely corrugated and brown box paper. At no time was NCR paper used as a source of secondary fiber. In fact, the mill had in place a procedure to search for and remove any mixed or office waste from the recycled stock.
    6. Reported discharges of detectable concentrations of PCBs are not reliable due to limits in analytical methods at that time. Also, no supporting documentation. Finally the mill used river water as non-contact cooling wate and it is this water that was the lilkely source of any PCBs.
    7. Although Menasha has historicaly relied on recycled paper as one of several sources offiber,this facilitiy did not use PCB-containing post-consumer paper as a source of fiber.

8. Claims that non-DLK or OCC could not be reprocessed since Menasha did not have deinking.
9. As a reslt of intensive recycling efforts, the PCBs that originated in NCR paper have infiltrated a large portion of the world's paper sotck.
10. Printing inks containing PCBs may have also contributed to the presence of these chemicals n the paper stream. However, the quantity of PCBs sold for inks ws so minor (.2-.3% of total sales per Monsanto) that most scientific review articles do not mention this as a significant environmental source. The Arolcor generally reported for inks was 1254. The contribution of inks to the total mass of PCBs is irrelevant.
11. PCBs originating from NCR paper likely entered recycling mills as secondary fiber beginning in the late 1960s and early 1970. for those mills, other than the ones specifically using NCR paper, the mass of PCBs in this secondary fiber source would be low int he early years, and only increase as more paper produced at NCR recycling mills entered the general wastepaper stream.
12. Since the pulp making process is performed in an aqueous environment, the vast majority of the hydrophobic PCB molecules will remian associated with the fibers throughout the process and perhaps result in concentrations in the finished product that are at detectable levels. Likewise, small amounts of PCBs entering the paper-making process are not likely to be present in process water after the material has gone through the digestion, production and wastewater treatment processes.
13. According to EPA, oly mills using NCR paper as a secondary fiber source discharged measurable amounts of PCBs. The quantities of PCBs introduced into the production lines of these recycling mills were of such magnitude that detectable amounts of these compounds partitioned into either a dissolved phase (in wastewater) or associated with suspended materials (adsorbed onto suspended solids) which were directly or indirectly discharged into the river. Due to the massive amounts of organic material in production water which act to remove PCBs from the water column, only the presence of a large mass of PCBs, such as that originating from the intentional use of NCR paper could result in PCBs being released into the environment.
14. When low levels of PCBs ere allegedly found in Menasha's finished product, PCBs were not detected in discharge water nor were they detected for several years subsequent to this finding.

3. Plaintiffs' Memo in Support of its Cross-Motion for Summary Judgment against Rock-Tenn, filed in the Kalamazoo River Litigation, Case no. 95-CV-838 (WD MI), Docket No. 649:
    1. Rock Tenn acquired the paper mill located on Helen Avenue in Ostego, MI from Mead in 1988. Mead had owned plant since 1968.
    2. No deinking at the Rock Tenn mill, but it did recycle "almost all types of secondary fiber, including mixed waste paper, which is where NCR carbonless paper is usually found." (p. 5)
    3. Mead had "repulped expense account" analyzed for PCBs in 1974; found to contain 12.5 ppb PCBs. Mead apparently was recycling its own expense account forms, which most likely were printed on NCR paper.
    4. States that the Valley Report has not been authenticated and that its conclusions are "wholly unreliable." (p. 20) States in a footnote that KRSG was improperly ordered to produce the report over a claim of privilege.
4. Judge Bell opinion in Kalamazoo River litigation captioned, Kalamazoo River Study Group v. Rockwell International, Western District of Michigan, Case No. 1-95-CV-838, dated 3/6/98
    1. Rock-Tenn owns a recycled paperboard mill in Otsego, MI. Rock-Ten purchased Otsego Mill in January 1988 from Mead. During both Mead and Rock-Tenn's ownership, mill have manufactured 100% recycled multi-ply paperboard froom various grades of recycled paper, including mixed office waste.
    2. Court found that plaintiffs came forward with evidence that during Mead's ownership of the mil, PCBs were released to the River on a continuous basis.
    3. Plaintiffs have presented evidence that PCBs released into treatment facilities during Mead's ownership remain in those lagoons today and continue to be resuspended and released on a consistent basis to the Kalamazoo River.
5. Agreement between Mead and NCR dated 1/1/71 granting Mead the right under certain of NCR's patents to manufacture and sell NCR Carbonless copy paper. Agreement provides for the purchase of emulsion by Mead for its requirements between 1/1/71 anf 7/5/74. Price is $1 per pound, except that if the governmental authorities require NCR to modify solvent formulation, the price of the emulsion shall be adjusted to reflect changes in costs of substituted materials. [note: seems to anticipate PCBs being banned].
6. Letter to Loren Demand of WI Tissue Mills from Richard E. Benson of Mead Pulp Sales, Inc. confirmiong that Mead/Chillicothe does use any PCB in its Carbonless Broke. [Note: Clear implication is that WI Tissue purchases broke from Mead through Mead Pulp Sales. Need to determine whether this was the case prior to 1975.]
7. Letter from John Reeve of ACPC to Robert Oelman, Chairman of NCR, ated 10/9/72 re Mead's proposal to change and extend the present NCR-Mead agreement.