# EXHIBIT 11
# Part 2

1. NCR has developed NCR Paper "Deep Blue." Mead wants to be able to use this improvement.
2. NCR purchases a large amount of coating raw stock from Mead.
3. Recommends termination of Mead agreement.

8. Memo from the Office of the Controller of NCR to WH Talmage, dated 9/17/70, to be used in response to request for information by the Department of Justice. (NCR 104492)
   1. page NCR 104492-3: indicates sales to customers and Systemedia of NCR paper in 1968 and 1969..
   2. Indicates ten largest customers in 1968 and 1969 with sales: Moore Business Forms; Zellerbach; Nationwide Papers; Chatfield Paper Co.; Beekman Paper Co.; Standard Register; Carter, Rice, Stores & Bement Inc.; Uarco; Reynolds & Reynolds; Control Data Corporation.
   3. Lists top suppliers of the type of paper manufactured by ACPC, together with the $ amount of such purchases, for 1968 and 1969: ACPC; Mead; Nekoosa-Edwards; Combined Paper Mills.
   4. Schedules show purchases in pounds by Appleton, Mead, Nekoosa, and Combined Paper Mills for 1968 and 1969.

9. Letter dated 9/18/70 to Department of Justice, Robert Zuckerman from William Talmage re proposed acquisition of Appleton Papers. Describes firms capable of coating carbonless paper of the type sold by NCR, including Mead, Nekoosa Edwards, Nashua, US Plywood, and 3M, among others. (NCR104509)
   1. Re Nekoosa: Nekoosa-Edwards Paper Company entered into an agreement dated 8/25/70 that obligates NCR to purchase certain state minimu amounts of NCR's annual requirements. NCR did this because NCR had induced Nekoosa to make a $4,500,000 investment in addition al coating equipment. Upon hearing of NCR's acquisition of Combined Paper Mills, Nekoosa feared that it would not recover its investment. (NCR104511)

10. Appendix A to the TRC Combined Locks Report
    1. Indicates shipments of NCR Paper capsules to ACPC; Combined Paper Mills; and Nekoosa-Edwards in 1970. [Note: Does not indicate any shipments to Mead.]

11. Minutes of Meeting ot Mead between Mead and NCR re Duo-Mark Paper and Mead capacity for NCR Paper, dated 11/13/61 (0027-0684): reports that NCR will need about 12,000 tons of NCR paper from Mead in 1962. About 55% will be CF. Mead has the capacity for 18,000 tons if blade coated CF is acceptable to NCR.

12. The Mead Corporation Product Planning Department Conference Notes dated 12/28/60 (0027-0789): Last page (p. 7) states that Mead's return is below the average of the Chillicothe mill and yet there is a good deal of research and other expense involved that does not show our costs. "The return from NCR is less than for grades of similar nature." Mead pointed out that further cost reductions could only come from reduced material costs, particulary emulsion. This can be done by either decreasing the cost of the emulsion or the amount used. A goal ofa 2.5 lb. coat was set as compared to the present 3.0 lb coat suing HPR emulsion. The present operations at Mead are efficient.

13. Versar Report dated 2/2/5/77
    1. NCR was the developer and sole marketer of pcb-containing carbonless, although ACPC; Mead; CPM and Nekoosa-Edwards at one time or other performed the actual production under license from NCR.

14. Letter dated 9/28/70 to Robert Zuckerman, Antitrust Division of the Department of Justice from Harold Baker of Howrey & Simon, replying to Zuckerman's letter dated 8/25/70 to James McSwiney, President, The Mead Corporation.(NCR 104533)
    1. Mead is confident that NCR's acquisition of Appleton will result in direct competition between Mead and NCR in all carbonless copy paper markets.

15. Memo dated 11/27/70 re "Mead-NCR Emulsion Supply Agreement," written by GD Rapp and JE Rambo. (0020-1993)
    1. Both NCR and Mead understand that "the Emulsion to be provided shall include Emulsion of the type being used by NCR for its present NCR carbonless paper system and that different formulations or significant emulsion changes and/or improvements of that system are intended to be covered. On the other hand, a change that represents a deviation from the present system sufficient to represent a fundamentally different system would be included. In the latter event,it is expected that Mead's purchase of those materials would be subject to separate negotiations."
    2. "It is contemplated that the Emulsion could include significantly different Emulsion iwth improvements, such as, for instance, the substitution of MIPB forAroclor as now proposed."

16. e-mail from Paul Knopp dated 1/8/99
    1. A total of 261,600 pounds of capsules were shipped to Nekoosa-Edwards.

2. However, some of the capsules (55,300 pounds) shipped were MIPB capsules which
3. did not contain PCBs. Therefore the quantity shipped which contained PCBs was
4. 261,600 minus 55,300= 206,300 pounds at 56 percent PCBs or 115,528 pounds of
5. PCBs. (Note: It appears that the December 1970 shipments are missing in the
6. data I have or they were included in the January 1971 shipments. It is not

17. Email from Paul Knopp at RMT dated 1.8.99: total of 261,600 pounds of capsules were shipped to Nekoosa-Edwards.
    1. However, some of the capsules (55,300 pounds) shipped were MIPB capsules which
    2. did not contain PCBs. Therefore the quantity shipped which contained PCBs was
    3. 261,600 minus 55,300= 206,300 pounds at 56 percent PCBs or 115,528 pounds of
    4. PCBs. (Note: It appears that the December 1970 shipments are missing in the
    5. data I have or they were included in the January 1971 shipments. It is not
    6. clear.
18. E-mail exchange between PRH and Dan McIntosh 1/7/98:
    1. > Norris, head of R&D; Bob Votava, Quality Control; Jim Berryman, Customer
    2. > Service), are these Nekoosa-Edwards employees or Appleton/NCR employees?
    3. PAM- These were all Nekoosa- Edwards employees. Nekoosa-Edwards was
    4. purchased by Great Northern creating Great northern-Nekoosa who was
    5. purchased buy Georgia Pacific. The CB coater was purchased from Nekoosa
    6. -Edwards by 3M in about 1971. DAN
    7. E-mail from Ben Mieliulis to PRH dated 1/7/99: Apparently 3M bought the facility in which the carbonless coater was
    8. housed. It was across the street from other Nekoosa facilities so there
    9. is a likelihood of a lot of shared utilities, ex steam, waste treatment,
    10. with Nekoosa. Then, Georgia Pacific bought Nekoosa (everything across
    11. the street) minus the 3M-acquired facility. The 3M-acquired facility
    12. probably is now Imation.
    13.
    14. (As you are probably aware, we are in litigation with 3M-Imation
    15. relating to a patent and antitrust dispute, initiated by 3M, tentatively
    16. going to trial in Minneapolis the first half of 1999. Doug Greenswag
    17. 612-335-1527 at Leonard Street & Deinard would have detailed information
    18. regarding 3M.)
19. From 1954 to 1966, the following companies manufactured NCR Paper for NCR: Combined Locks Paper Company, Appleton Coated Paper Company, and the Mead Corporation. Combined Locks later became Combined Paper Mills. In 1966, Nekoosa-Edwards Paper Company was added as a producer of certain NCR Paper grades (which were produced solely for NCR and resold by NCR). (ATT01752)
20. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
21. Letter from William Talmage (NCR) Department of Justice dated 9/14/70(Bates (NCR 103495)
    1. Appleton makes not paper of its own. "appleton has for the past several years prodcued substantially in excess of 50% of NCR's requirements of carbonless papers." NCR proposes to maintian its existing relationships with its other two subcontractors, Mead and Nekoosa Edwards. Mead has expressed a desire to enter the market itself.
22. Document attached as Appendix A to TRC Report dated 11/14/96/Material Balance for CL (0020-1906)
    1. Specifies quantitiy of NCR Paper Capsules shipped in 1970 to ACPC; Combined Paper Mills-Locks; Nekoosa-Edwards.
23. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
24. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. Includes list of biggest competitors for NCR Paper

1. 3M
2. Champion Paper, Hamilton, Ohio
3. Nashua, Nashua, NH

2. Includes list of five major suppliers for NCR Paper
    1. ACPC
    2. Mead
    3. Nekoosa-Edwards
    4. CPM
3. Includes schedule in pounds of purchases from ACPC, Mead, Nekoosa, and CPM by product for 1968 and 1969.

25. "NCR Paper and Supply Products Technical Services Manager's Report," 1/66, Bates No. 0027-1130
    1. NCR has been making efforts to sign research agreements with the NCR Paper-producing mills. Nekoosa-Edwards became the first mill to sign an agreement. ACPC signed an agreement in 2/65. Negotiation now focused on Mead and CPM.
26. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI
27. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
    1. "NCR carbonless papers are the only papers of which we are aware that used PCBs in their production."
28. NCR Applications Research Department Progress Report, 12/27/60, in "Volume/Production of NCR Paper Appleton" fact file (Bastes 497330)
    1. Has annual production figures for 1958-60 for CPM, ACPC, Mead, and "IPC" (Institute of Paper Chemistry?) (figures in tons)
29. Memo from Dennis Hultgren to Katie Moertl, 8/26/96, attaching production data reports found in Portage plant for 1969-71, in "Volume/Production of NCR Paper Appleton" fact file, Bates No. 0020-1893
    1. Has production in pounds by week for ACPC and CPM for 1969 to 1971. A few reports also include Nekoosa-Edwards.
30. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. NCR's major suppliers of carbonless paper are ACPC, Mead, Nekoosa-Edwards (now a part of Great Northern), and Combined Paper Mills
31. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Description of NCR's relationship with Mead -- through 1970, NCR and Mead cooperated on research. NCR also contracted with Mead to make NCR Paper. When NCR bought ACPC, it granted Mead a license to use the NCR Paper technology for its own carbonless paper. Mead then paid royalties to Appleton.
32. Letter from William H. Talmage, Assistant General Counsel, NCR to Robert S. Zuckerman, DOJ Antitrust Division, 9/18/70, in "DOJ Antitrust Submission" Fact File
    1. NCR has entered into only one written agreement with a production subcontractor. This is an 8/25/70 agreement with Nekoosa-Edwards, which was an amendment to a confidentiality and nondisclosure agreement. Nekoosa asked for the agreement after it made a $4.5 million investment in coating equipment and NCR bought CPM.
33. Mead manufactured NCR paper for NCR between 1954 and 1966. Nekoosa Edwards was added as a producer of certain NCR paper grades in 1966. Within several years of the acquisition of APCP and CPM by NCR, Nekoosa Edwards (by then a dvision of Great Northern Nekoosa) and Mead were phased out as suppliers of NCR paper. (ATT01752)
34. George Marohn (formerly NCR sales/retired/310/548-6577) recalls that Nekoosa made CB although they were never very successful.

## Municipal PRPs

# Fact Book by Category, 3/23/99

1. Memo dated 12/21/98 to file from Diane Marchik re meeting with Grega Carman (Appleton City Attorney) and Jessica Garratt (Deputy Director of Appleton POTW)
    1. POTW was constructed in the early 1930s and came on line in 1935. Original facility had two primary clarifieirs with sedimentation treatment. Also, flocculation to enhance settlement.
    2. Facility was upgraded in 1965 to include secondary treatment. The contractor may have been Greeley & Hanson.
    3. A further upgrade occurred in 1978. Work was performed by Consor Townsend. This upgrade include sophisticated solids removal and phosphorous treatment, etc.
    4. A further upgrade was commenced in the late 1980s and was completed in 1993.
    5. The POTW's daily load of 15 mgd has not varied much over time. The driving force behind the upgrades was capacity driven concerns stemming from infiltration and in-flow ("I&I").
    6. Carman was critical of Tech2d memo for failing to account for the City's growth in connection with its analysis of bypasses.
    7. Possible witnesses: Bob Miller (Director of Public Works from the mid-1960s) and Tom Harp (former city Engineer).
    8. According to Carman, most of the by-passing was attributable to significant rainfall events and I&I, rather than physical problmens at the plant. Carman clarified that there are Category I and II bypasses. Cateogory II by-passes are those that received primary but not secondary treatment. The POTW's permit reflected this distinction; thus, certain by-passes were acceptable (esp. during upgrading).
    9. Confirmed Paul Knopp's observation from the documents that 16 mgd triggered a bypass but bypass was not discontinued until flow had falled to 12 mgd. this is because a single bypass was better (under the permit) than repeated by-passes.
    10. Storm and sanitary seewers were separated in approx. 1965, per Garratt. (confirm with Harp.)
2. "Study shows active sources of PCBs contaminating fish in Delaware Estuary," BNA Chemical Regulation Daily, 6/29/98, in NCR-C
    1. Quantity of PCBs from sewage treatment plants, CSOs, and tributaries is sufficient to degrade water quality and contaminated fish, even if contaminated sediments were not there already, according to a report by the Delaware River Basin Commission, which funded a study jointly with U.S. EPA.
3. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. Neenah-Menasha STP -- serves Neenah and Menasha and takes in Menasha East STP about 1980. At end of Menasha Channel entry into LLBM. Took in Gilbert, John Strange, and George Whiting. Took in WTM until 1975.
            2. Menasha East STP -- Phased into Neenah-Menasha STP about 1980.
            3. Grand Chute Menasha West STP -- formerly Menasha West STP, 1983. Located on west side of LLBM and discharges near north end of LLBM.
            4. Appleton STP -- one mile north of College Avenue bridge. Frequent bypassing during 60s and 70s prior to major expansion. Bypassed out of primaries all flow above 12 mgd before expansion. Took in waste from Kerwin, ACPC, CPM and others.
            5. Kimberly, Combined Locks and Kaukauna STPs -- small STPs, all combined into Heart of the Valley STP in late 1970s.
            6. Heart of the Valley STP -- discharges below lower Kaukauna Dam just below Thilmany Paper discharge.
            7. Wrightstown STP -- very small STP discharges above Rapide Croche Dam.
            8. DePere STP -- located about 1/2 mile below DePere Dam at most narrow point, on west side. Frequent collection system overflows in 1960s and early 1970s, before major upgrade in mid-1970s.
            9. Green Bay Metropolitan Sewage District -- 1 mile upstream before major upgrade moved plant directly to river mouth in 1978.
4. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. Waste Not is in businesses of all types, state and local governments, federal agencies and educational institutions.
5. Glatfelter's 104(e) response, 8/28/97, Bates No. GA0000501

1. Sludge landfilled at Arrowhead Park pursuant to lease agreement with City of Neenah, 1951-75

6. Neenah could be a PRP because it owns land beneath Glatfelter's landfill.

## NCR Competitors

1. Letter to EBW from RMT dated 11/4/97 re 3M (document in chron file):
    1. Prior to 1972, 3M had an arrangement with a coating facility in Nekoosa, WI. [note: letter indicates followup with Lowell Schleicher is required.]
    2. 3M made carbonless copy paper from 1965 to 1980 at a facility in Harford City, Indiana.
2. Memo from the Office of the Controller of NCR to WH Talmage, dated 9/17/70, to be used in response to request for information by the Department of Justice. (NCR 104492)
    1. page NCR 104492-3: indicates sales to customers and Systemedia of NCR paper in 1968 and 1969..
    2. Indicates ten largest customers in 1968 and 1969 with sales: Moore Business Forms; Zellerbach; Nationwide Papers; Chatfield Paper Co.; Beekman Paper Co.; Standard Register; Carter, Rice, Stores & Bement Inc.; Uarco; Reynolds & Reynolds; Control Data Corporation.
    3. Lists top suppliers of the type of paper manufactured by ACPC, together with the $ amount of such purchases, for 1968 and 1969: ACPC; Mead; Nekoosa-Edwards; Combined Paper Mills.
    4. Schedules show purchases in pounds by Appleton, Mead, Nekoosa, and Combined Paper Mills for 1968 and 1969.
3. Undated document entitled "Carbonless Paper," which indicates manufacturers of chemical carbonless papers. Lists manufacturers of chemical carbonless papers (Mead; 3M; Nashua; Boise Cascade; Great Northern--described as "a supplier for other manufacturers"; Moore Business Forms.(0024-0226)
4. Letter dated 9/28/70 to Robert Zuckerman, Antitrust Division of the Department of Justice from Harold Baker of Howrey & Simon, replying to Zuckerman's letter dated 8/25/70 to James McSwiney, President, The Mead Corporation.(NCR 104533)
    1. Known competitors in the manufacture and sale of carbonless copy papers are: Mead (effective 1/1/71); US Plywood-Champion; 3M; Nashua; Frye Manufacturing; Ennis Carbon Paper Company; St. Regis Paper Company; Kanzaki; Pilot Pen Company
5. Letter from William Talmage (NCR) Department of Justice dated 9/14/70(Bates (NCR 103495)
    1. 3M has for several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protected patent position.
6. E-mail from JAS to PRH and EBW, 6/2/98, in NCR-C
    1. Mandelbaum said that 3M used some PCBs to make carbonless copy paper.
7. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. Includes list of biggest competitors for NCR Paper
        1. 3M
        2. Champion Paper, Hamilton, Ohio
        3. Nashua, Nashua, NH
8. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
9. WTM 104(e) response (first round)
    1. 3M supplied paper to WTM
10. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI
11. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468

1. NCR's principal competitors for bulk carbonless paper are 3M, U.S. Plywood-Champion Papers, and Nashua Corp.
2. NCR's principal competitors for business forms with carbonless paper are Moore Business Forms, Burroughs Corp., IBM, Standard Register Co., Uarco Inc., Reynolds & Reynolds Co., Ennis Business Forms
3. "3M has for several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protectd papent position."
4. "U.S. Plywood-Champion and NCR are presently in litigation over the patent infringement issue."

12. Doc. No.0024-0512, at 0030-0440: In 1974, Moore's Business Forms entered the carbonless market with its own MCP.
13. Nashua (New Hampshire) and US Plywood-Champion (New York) are competitors of NCR. NCR sued Plywood-Champion for patent infringement. (NCR 103495 at 504; 0004-1026)
14. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d.
15. Per Talmage's letter to the FTC dated 9/14/70, 3M is a competitor of NCR. It has for the several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protected paptent positon. (NCR 103495 at 504; 0004-1026)
16. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
17. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
18. A.S. Frinak: " NCR Appleton Carbonless Paper Cost and Pricing Environment 1972-1976" (Doc. No. 0030-0438, 0440): Mead stopped being a major supplier of carbonless paper to NCR Appleton in 1971 and became a major competitor, producing Transrite and Transform. (#496508)
19. Per George Marohn (retired NCR salesman/3120/548-6577): 3M made a carbonless paper using an entirely different kind of capsule.

## NCR Customers

1. Memo from the Office of the Controller of NCR to WH Talmage, dated 9/17/70, to be used in response to request for information by the Department of Justice. (NCR 104492)
    1. page NCR 104492-3: indicates sales to customers and Systemedia of NCR paper in 1968 and 1969..
    2. Indicates ten largest customers in 1968 and 1969 with sales: Moore Business Forms; Zellerbach; Nationwide Papers; Chatfield Paper Co.; Beekman Paper Co.; Standard Register; Carter, Rice, Stores & Bement Inc.; Uarco; Reynolds & Reynolds; Control Data Corporation.
    3. Lists top suppliers of the type of paper manufactured by ACPC, together with the $ amount of such purchases, for 1968 and 1969: ACPC; Mead; Nekoosa-Edwards; Combined Paper Mills.
    4. Schedules show purchases in pounds by Appleton, Mead, Nekoosa, and Combined Paper Mills for 1968 and 1969.
2. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. Includes list of ten largest customers for NCR Paper.
        1. Moore Business Forms, Toronto
        2. Zellerbach Paper Co., San Francisco
        3. Nationwide Papers, Hamilton, Ohio
        4. Chatfield Paper Co., Cincinnati
        5. Beekman Paper Co., New York

            6. Stanard Register Co., Dayton
            7. Carter, Rice Stores & Bement Inc., Boston
            8. Uarco, Inc., Barrington, Illinois
            9. Reynolds and Reynolds Co., Dayton
            10. Control Data Corp. Lincoln, Nebraska
        2. NCR's share of the total business forms marked is 3.6 percent.
3. WTM 104(e) response (first round)
    1. IRS and community recycling organizations arranged for recycling of their wastepaper at the recycle mills
4. E-mail from JMH to JAS, 5/15/98
    1. Mandelbaum claims to have trade journal reports that show the existence of federal and state contracts to buy NCR Paper.
    2. Mandelbaum claims to have notes of interviews with government employees on several issues, including how GSA handled government records.
    3. Mandelbaum claims that the Resource Recovery Act (a pre-RCRA law) required the federal government to burn or recycle its records.
5. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
    1. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
6. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 90% ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
7. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Common uses of NCR Paper include IRS withholding forms used by employers.
    2. Description of how sales staff is structured
8. Memo from Katie Moertl to file, 8/15/96, re: Coating Operations at ACPC and CPM; Emulsion Issues; and Sales of NCR Paper, S&A PC Docs No. 219085
    1. Summarizes witness interviews and documents
9. See PRH memo dated 6/26/98 for a list of NCR customers
10. Memo written by K.K Conover and Issued by H.V. Lauer dated May 7, 1956 describes various customer complaints. Customers identified: Clampitt Paper Company (Dallas, TX); Maneke-Kinzie Printing Company (Tulsa, OK); Moore' Business Form (Elmira, NY; Cincinatti; Toronot); Chatfield Paper Company (Indpls and Cincinnati); Beekman Paper Company; Mittag & Volger (Park Ridge, NJ); Carpenter Paper Company (Kansas City, MO; Omaha, NE); Diem and Wing (Cincinnati); Zellerbach Paper Company (San Francisco); Valbro Corporation (Winter Gardens, FL); Standard Register (York, PA); Alling & Cory company (New York, NY)
11. Moore Business Forms, Inc. (Ontario); Zellerback Paper Co. (San Francisco); Nationwide Ppaers Inc. (Hamilton, OH); Chatfield Paper co. (Cincinnati, OH); Beeckman Paper Co. (NY, NY); Standard Register (Dayton); Carter, Rice Storrs & Bement Inc. (Boston); Uarco (Barrington, IL); Reynolds & Reynolds (Dayton); Control Data Corporation (Lincoln, NE). (0004-1021; NCR 103499)
12. (Document #0027-1130)references visits to two printers in Lancaster OH: at p. 13, reference is to Cyril Scott (purchases made through Chatfield Paper Company) and MH Printng Company. Other printers mentioned were Bonnar-Vawter, Philip Hano, Royal Business Forms and Graphic Controls (see p.14/0027-1144)

## NCR History

1. Memo to RW Mahony by P. Truttschel dated 4/17/53 re Meeting with NCR Representatives.(APX0031795). [note: looks like a memo memorializing the initial meeting between NCR and Appleton]
2. Letter from RMT to Dale Patterson, WDNR, dated 9/10/98, with attachments.(APX0031718 to )
    1. Provides history of ownership at CL and ACPC to debunk WI Tissue's assertion that it should be assumed that all ACPC broke went to CL given a close corporte relationship.
        1. Locks Mill and the Appleton Coating Mill were owned by two separate companies before and through 1967. [note: is this a typo?]
        2. CL and ACPC not acquired by NCR until 1969 and 1970, respectively. The companies competed for CF business.

3. CL machines were equipeed with size presses for surface sizing. This equipment could be converted to apply non-pressure sensitive coating such as CF, but was not capable of handling pressure sensitive emulsions.

3. Letter from John Reeve of ACPC to Robert Oelman, Chairman of NCR, ated 10/9/72 re Mead's proposal to change and extend the present NCR-Mead agreement.
   1. NCR has developed NCR Paper "Deep Blue." Mead wants to be able to use this improvement.
4. Memo from the Office of the Controller of NCR to WH Talmage, dated 9/17/70, to be used in response to request for information by the Department of Justice. (NCR 104492)
   1. page NCR 104492-3: indicates sales to customers and Systemedia of NCR paper in 1968 and 1969..
   2. Indicates ten largest customers in 1968 and 1969 with sales: Moore Business Forms; Zellerbach; Nationwide Papers; Chatfield Paper Co.; Beekman Paper Co.; Standard Register; Carter, Rice, Stores & Bement Inc.; Uarco; Reynolds & Reynolds; Control Data Corporation.
   3. Lists top suppliers of the type of paper manufactured by ACPC, together with the $ amount of such purchases, for 1968 and 1969: ACPC; Mead; Nekoosa-Edwards; Combined Paper Mills.
   4. Schedules show purchases in pounds by Appleton, Mead, Nekoosa, and Combined Paper Mills for 1968 and 1969.
5. Letter dated 9/18/70 to Department of Justice, Robert Zuckerman from William Talmage re proposed acquisition of Appleton Papers. Describes firms capable of coating carbonless paper of the type sold by NCR, including Mead, Nekoosa Edwards, Nashua, US Plywood, and 3M, among others. (NCR104509)
   1. Explains NCR's purchase arrangements with its "production subcontractors:" "NCR purchases carbonless copy paper from its production subcontractors by issuing purchase orders to them, and those production subcontractors purchase microcapsule emulsion by issuing their purchase orders to NCR.
   2. Re Nekoosa: Nekoosa-Edwards Paper Company entered into an agreement dated 8/25/70 that obligates NCR to purchase certain state minimu amounts of NCR's annual requirements. NCR did this because NCR had induced Nekoosa to make a $4,500,000 investment in addition al coating equipment. Upon hearing of NCR's acquisition of Combined Paper Mills, Nekoosa feared that it would not recover its investment. (NCR104511)
6. Versar Report dated 2/2/5/77
   1. at p. 2: Aroclor 1242 purchased from Monsanto and used in carbonless copy paper as an ink carrier or solver between 1957 and 1971. Total amount used was 44,162,000 pounds. Average content of Aroclor 1242 in carbonless copy paper ws 3.4 %.
   2. NCR was the developer and sole marketer of pcb-containing carbonless, although ACPC; Mead; CPM and Nekoosa-Edwards at one time or other performed the actual production under license from NCR.
7. (ATT497151) "A Brief on NCR's Participation in the Paper Industry," dated 9-15-77, prepared by H.V. Lauer, Vice President of Capsular Products
   1. NCR Paper first sold in Feb. 1954
   2. From 1954-1966, these companies made NCR Paper for NCR: Combined Locks; ACPC; and Mead. Nekoosa Edwards was added as a producer of certain NCR Paper grades, producing solely for NCR and resold by NCR.
   3. NCR acquired Combined Paper Mills in 1969.
   4. ACPC was acquired in 1970.
   5. Within several years of the acquisition of CPM and ACPC by NCR, Nekoosa (which by then was a division of Great Norther Nekoosa) and Mead were phased out as suppliers.
8. NCR Annual Report 1971: The forms market exceeds a billion dollars in the US and NCR is dedicated to increasing its penetration. The Systemedia Division closed two older facilities and plans have been made to open an additional plant to seve the northeastern US. During the year a new type of lower-cost NCR Paper was developed by Appleton Papers for use in the production of computer continuous forms.
9. NCR Annual Report 1970: NCR acquired appleton Coated paper Company in 1970.NCR's Systemedia Division produces and distributes a complete line of business forms. In 1970, the division completed its ninth manufacturing plant at Humboldt, TN. Last year, the Company's worldwide sales of business forms and supplies increased by 11%. The most important product in the Special Product Division is NCR Paper, "which retains its position of leadership in that steadily growing market." Environmental pollution has not been a serous problem, but a detailed reappriasial of operations was conduct last year in order to insure a level of control at NCR plants in accordance with applicabel requirements.

# Fact Book by Category, 3/23/99

10. NCR Annual Report 1969: Special Products Division achieved a 20% increase in sales in 1969, the largest contributor to this record volume was NCR Paper. In 1969, NCR acquired Combined Paper Mills. NCR has been active in meeting the problems of pollution for many years and is currently accelerating its efforts in this direction.
11. NCR Annual Report 1968: New business forms plants at Mt. Joy, PA and Viroqua, WI, plus a new supply manufacturing facility at Morristown, TN. Existing business form plants at Arlington, TX, Washington Court House, OH, and Los Angeles were enlarged. Further expansion planned for 1969. Use of carbonless paper continues to increase. To meet demand, NCR established an additional microcapsule production facility in Portage, WI to supply paper mills in that area with coating. A similar plant is being built at Oiso, Japan.
12. NCR Annual Report 1967: Sales of NCR paper experienced "another substantial increase in 1967 and totaled $48 million."
13. NCR Annual Report 1966: Discussed new applications for NCRT application.
14. NCR Annual Report 1965: 20% increase in sales of NCR paper. Since it was introduced NCR carbonless paper sales have exceeded $175 million.
15. NCR Annual Report 1964: Supplies sales increased, with the largest increase being recorded by NCR Ppaer,. In the past five years, sales of NCR Paper have moare than doubled, iwth annual volume exceeding $26 million.
16. NCR Annual Report 1963: Since its introduction in 1954, sales of NCR paper (No Carbon Required) have exceeded $100 million. NCR will have a booth at the World's Fair.
17. NCR Annual Report 1962: Sales of NCR Paper rsoe 20%. Since its introduction to the business forms industry, sales have totlaed almost $100,000,000. A new plant to increase production of the coating used for NCR paper is under construction in Dayton. During the year additional facilities for capuslar research and technical service to European licensees of the process were set up in the Company's labs in Zurich.
18. NCR Annual Report 1961: Sales of NCR paper rose 23% in 1961. Since its introduction in 1954, NCR Paper Sales have totaled $70 million.
19. NCR Annual Report 1960: 'The sale of supplies in 1960, including NCR (No Carbon Required) Paper, rose 11% over the previous record established in 1959. NC R Ppaper sales for the year increased 17% over 1959.
20. NCR Annual Report 1959: NCR's No Carbon Required paper is "meeting with wide acceptance and is used for many different purpposes. Although it has been on the market only six years, the sale of this paper in 1959 amounted to more than $12,00,000. This represents a gain of 36% over the previous year."
21. NCR Annual Report 1958: Sales of special NCR paper reflect the broadeing market for this important development of the Company's research labs.
22. NCR Annual Report 1957: "The sale of NCR 'No Carbon Required' paper is increasing steadily."
23. NCR Annual Report 1956: Sales of the new NCR carbonless paper more than doubled during the year. This paper is used on many forms produced by this company and is sold in sheet and roll form to printers and other paper processors.
24. NCR Annual Report 1955: " the new No Carbon Required Ppaer is meeting with increasingly broad acceptance."
25. NCR Annual Report 1954: to increase supply sales a Special Products department was established. This department will promote the use of two important products of NCR's reserarch program: porous rubber and NCR "No Carbon Required" paper which makes duplicate copies without the use of carbon.
26. Unbates-stamped document dated nn/10/72 from Helmut Schwab to CF Rench (VP R&D) transmitting report entitled "The Status of Polychlorinated Biphenyl Uses at NCR".
    1. "In early 1969 a program involving Monsanto Chemical Company, the NCR Paper Research Department and Materials Research Department was intiated to find a replacement for Aroclor in NCR paper."
    2. by June 1971, Aroclor had been completely replaced as the encapsulation solvent for NCR paper. (Footnote indicates Mr. Ned Thacker, Capsular Pilot Plant and Manufacturing Operation, October 1972, was the source of this information.)
27. NCR's basic paptents for NCR Paper began expiring in 1972. (ATT01754)
28. In June of 1973, the Appleton Papers Divison opened a paper distribution and conversion facility at Harrisburg, PA (sometimes referred to as the "Eastern Mill").
29. Systemedia: NCR acquired Business Systems, Inc. (a business forms company based in Los Angeles) in 1964. As of the 1970s Systemedia had ten domestic plants. Systemedia currently has six plants: Viroqua, WI; Humboldt, TN; Morristown, TN; Arlington, TX; Mount Joy, PA; and someplace in Calfiornia. Viroqua became operational in 1968; Humboldt (1976) Morristown (1968); Arlington (1962); Mount Joy (1968); and California (possibly after 1971). Plants no longer operational: Corbin, Ky; Peterborough, MA; Ogden, Utah. Potentially knowledgeable employees: Bob Brogee (former R&D Director for Systemedia); Fred Jackson (longtime Systemedia employee); Denny Brockman (Systemedia CFO)

30. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Contains sections on corporate history, descriptions of products, facilities, environmental activities (no reference to PC Bs), marketing, personnel, financial data
31. Letter from William H. Talmage to FTC, 9/29/77, Doc. No. 0024-0186: "The Systemedia Division acquires a portion of its paper requirements from APD and thus is a 'customer' of APD. Such 'sales' are not true sales within the convential meaning of that term but reflect interdivisional transfers within NCR."
32. NCR Paper was first sold in February of 1954. (ATT01752)
33. NCR was incorporated under the name "The National Cash Register Company" in Maryland on January 2, 1926, as successor to an Ohio corporation of the same name organized in 1884. On May 10, 1974, NCR's corporate name was changed, by charter amendment, to "NCR Corporation."(ATT01753)
34. From 1954 to 1966, the following companies manufactured NCR Paper for NCR: Combined Locks Paper Company, Appleton Coated Paper Company, and the Mead Corporation. Combined Locks later became Combined Paper Mills. In 1966, Nekoosa-Edwards Paper Company was added as a producer of certain NCR Paper grades (which were produced solely for NCR and resold by NCR). (ATT01752)
35. NCR acquired Combined Paper Mills in 1969. (ATT01752)
36. On 7/31/69 NCR acquired Combined Paper Mills, a Delaware corporation headquartered at Combined Locks, Wisconsin, and operating paper mills at Combined Locks and Roaring Springs, PA. (ATT01753)
37. In July of 1946, CPM acquired all of the outstanding common stock of the DM Bare Paper Company, a Pennsylvania corporation, headquartered and operating a paper mill at Roaring Spring, Pennsylvania. The name of the corporation, a sub of CPM, was changed to Combined Paper Mills, Inc. (CPM/PA) in 1966. (ATT01753)
38. In 1970 Appleton Coated Paper Company was acquired by NCR. [Exact date is 9/30/70 (ATT01754)]. Subsequently, on June 21, 1971, CPM and ACPC were combined into Appleton Papers Division of NCR. Within "several years," Nekoosa Edwards which by then had become a dvision of Great Northern Nekoosa, and Mead Corporation were phased out as suppliers of NCR Paper to NCR. (ATT01752)
39. H.V. Lauer, NCR Vice President of Capsular Products, "A Brief on NCR's Participation in the Paper Industry," undated (but probably 9/77), Bates No. ATT01752
    1. Attached is "Synopsis of NCR'S Involvement in the U.S. Paper Industry," 9/29/77, Bates No. ATT01753
        1. Gives corporate history
        2. API reported to NCR's special productions division until that division was abolished in 6/72. After that, API reported directly to NCR's executive office.
        3. In 6/73, APD opened a paper distribution and conversion facility in Harrisburg, Penn.

## Non-1242 in Sediments

## Non-Paper PCB Sources

1. Unbates-stamped document dated nn/10/72 from Helmut Schwab to CF Rench (VP R&D) transmitting report entitled "The Status of Polychlorinated Biphenyl Uses at NCR".
    1. Systemedia indicated that it did not use pcbs (inks and printing.)
2. Monsanto Bulletin No. O-P-115 (pp.20-21): Aroclor 4465 is a useful resin for rotogravure inks.

## *Non-CCP Sources of PCBs*

## PCBs in Other Products

1. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Fort Howard Paper Company 1984. PCB Information Report.
        1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
    2. Interdepartmental Task Force on PCBs, "PCBs and the Environment," 5/72, Appendix A, pp. 24-25.
        1. Many PCBs have strong adhesive properties, so they are used in bonding of paper and cardboard in certain packages for food.
        2. Largest categories of PCB use have been in capacitors and transformers and certain "plasticizer" applications including carbonless duplicating paper. Gives a table of sales figures.

2. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. It should be noted here that PCBs, primarily Aroclor 1254, were used to a limited extent in printing inks. The total usage in this application is estimated at 50,000 pounds, primarily inthe 1968-1971 time frame. No other actual or potential usage of PCBs in paper product or usage besides the copy paper and these inks has been definitely identified to date. p.3
    2. Both Crown Zellerbach and Institute of Paper Chemistry researchers have tested process chemicals for PCBs. None have ever been detected except for one specialty chemical reported by IPC. p.25
    3. The National Printing Ink Research Institute at Lehigh University was contacted for details on present and past usage of PCBs in printing inks. p.25
    4. A small number of patents do exist for PCB use as part of some inks sensitive to ultraviolet light. However, they date from the very early seventies and had not gotten into widely marketed use by the time the PCB use in carbonless copy paper was stopped. To the best knowledge of NPIRL, none of these inks reached commercial production and no present day formulations utilize PCBs as a constituent. p.25
    5. Subsequent conversations with a representative of the Sun Chemical co. indicated that PCBs were used for several years prior to 1971 in "flexographic" inks used on flexible packaging. It was estimated that hte production of such inks during 1970 was about 20 million pounds, of which about five per cent of hte production would have contained PCBs at a two percent by weight concentration. Thus, the estimated use of PCBs for this purpose, apparently, the maximum, was 20,000 pounds in 1970. p.25
    6. It is estimated that the total usage of PCBs in such inks was about 50,000 pounds. p.27
    7. The total usage in inks was roughly 0.1 per cent of total PCBs usage in carbonless copy paper. In addition, flexible packaging materials typically were plastic or contained plastic adhesives which render themunattractive for recycling. Thus, it appears unlikely that the PCB usage in flexographic printing inks has contributed significantly to PCB inputs to the paper industry. p.27
    8. Although paper mills utilize askarel-fiulled (PCB) transformers and capacitors, and may have utilized PCB-filled hydraulic or heat transfer systems, PCB-containing lubricants, paints, etc., it is considered unlikely that such activities would be causing release of signficant quantities of PCBs to either effluent streams or product streams. p.27
    9. It is considered unlikely that PCBs are produced in the practice of wastewater chlorination in the paper industry. Biphenyl has not been identified as a waste stream constituent from this industry, although very small amounts could conceivably enter via recycling of packing materials (typically for fruit) which have been treated with biphenyl as a fungicide. p.27
3. Letter from Walter E. Spearing, APD vice president of environmental control, to James S. Haney, Bergstrom, 1/21/76
    1. Encloses news brief from 1/19/76 issue of Chemical & Engineering News -- says that PCBs occur whenever chlorine interacts with aromatic substances. Thus, PCBs are produced during secondary sewage treatment, paper manufacture, and from photochemical air pollution.
4. E-mail from Ben Mieliulis to Paul Samson, 5/19/98, in NCR-C
    1. Monsanto suggested use of Aroclors in the graphic arts. Specifically, a Monsanto brochure suggets Aroclor 4465 as a useful resin for making rotogravure inks.
5. Identify industries on Fox River that would have used/generated hydraulic oils

## Air Deposition

1. Letter from Walter E. Spearing, APD vice president of environmental control, to James S. Haney, Bergstrom, 1/21/76
    1. Encloses news brief from 1/19/76 issue of Chemical & Engineering News -- says that PCBs occur whenever chlorine interacts with aromatic substances. Thus, PCBs are produced during secondary sewage treatment, paper manufacture, and from photochemical air pollution.
2. EPA's 2d Great Waters Report to Congress, 6/97
    1. The following source categories are on the list of CAA source categories for PCBs
        1. Hazardous waste incineration
        2. Medical waste incineration
        3. Municipal waste combustion
        4. Other biological incineration

5. Scrap or waste tire incineration
6. Utility oil combustion

2. The following source categories are on the list of CAA source categories for mercury:
    1. Battery production
    2. Carbon black production
    3. Chlorine production
    4. Commercial coal production
    5. Commercial oil production
    6. Crematories
    7. Dental preparation and use
    8. Electrical apparatus manufacturing
    9. Fluorescent lamp recycling
    10. General lab activities
    11. Geothermal power
    12. Hazardous waste incineration
    13. Industrial coal consumption
    14. Industrial oil consumption
    15. Instrument manufacturing
    16. Lamp breakage
    17. Landfill (gas) flares
    18. Lightweight aggregate kilns
    19. Lime manufacturing
    20. Medical waste incineration
    21. Municipal waste combustion
    22. Non-residential wood combustion
    23. Portland cement manufacture: Hazardous waste kilns
    24. Portland cement manufacture: Non-hazardous waste kilns
    25. Primary copper production
    26. Primary lead smelting
    27. Residential coal combustion
    28. Residential oil combustion
    29. Secondary mercury production
    30. Sewage sludge incineration
    31. Utility coal combustion
    32. Utility oil combustion

3. Ideas from Byron:
    1. We have a document in the Chicago resource file listing the various source categories, with maybe a paragraph about each one.
    2. Each MACT standard has a BID.
    3. Bringing in a party for air deposition is not unprecedented. Horsehead Development (Zinc Co of America) was brought in at Palmerton, Penn. for lead.
4. EPA list of source categories emitting PCBs and mercury
    1. AIRSOURC.TXT (C:\DOCS\ECCOLINK)

## Sludge

1. "Old landfill not leaking PCBs," Oshkosh Northwestern, 1/4/99, in Alice O'Connor news clip fax of 1/14/99, in NCR-C
    1. Old Snell Road landfill in Oshkosh, that previously took paper mill sludge, discarded ballast from fluorescent lights, transformers, pumps used in drinking water wells, and other PCB sources, is not leaking PCBs. County solid waste director says he "knows" the landfill has paper mill sludge with greater than 50 ppm PCBs.
2. Letter from Walter E. Spearing, APD vice president of environmental control, to James S. Haney, Bergstrom, 1/21/76

1. Encloses news brief from 1/19/76 issue of Chemical & Engineering News -- says that PCBs occur whenever chlorine interacts with aromatic substances. Thus, PCBs are produced during secondary sewage treatment, paper manufacture, and from photochemical air pollution.

3. Glatfelter Response to July 1, 1997 Information Request, dated August 28, 1997. GA0000501
   1. From 1951 until October 1975, primary sludge from the Neenah Mill was deposited into a landfill on property commonly known as Arrow Heard Park, which the Bergstrom Paper Company leased from the City of Neenah. The WNDR ordered the Arrow Head Park Landfill closed in 1974, issuing final abandonment orders in 1976. p. 11
   2. Since October 1975, primary sludge from the Neenah Mill was deposited into the Larsen Landfill in the Town of Neenah. After December 1976, a dewatered mixture of primary and secondary sludges was disposed of at the Larsen Road Landfill until August 1978 when the landfill was ordered closed. p. 11-12.
   3. From August 1978 through 1979, the Neenah Mill's sludge was hauled to the Snell Road Landfill in Oshkosh Wisconsin. p. 12
4. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. Sludges seem to have approached the range of <1 to 24 pm PCB common for municipal treatment plants. p5

## Other Contaminants

1. .Wisconsin DNR, Wisconsin Mercury Sourcebook, in technical files
   1. "Lake Ontario sediments contain significantly more cercury than Lakes Superior and Michigan." 26.
   2. "Not all mercury entering aquatic systems is taken up by fish; most enters the sediment pool. Small amounts (approximately 5-10%) is methylated and enters the biotic pool." 54.
   3. "The concentrations of mercury in surface sediments of northern Wisconsin lakes range from 10 to 190 ng/g (dry wt). There are similar concentrations found in lakes in ortheastern Minnesota. The uppermost 15 cm of sediment contains the greatest Hg concentrations in com parison with observed background as measured from the deeper sediments in lakes, indicating recent enrichment." 59.
2. Wisconsin Mercury Sourcebook, in technical files
   1. Contains information on health effects of mercury and on mercury emissions of various industries, including pulp and paper
3. James P. Hurley, Susan E. Cowell, Martin M. Shafer, and Peter E. Hughes, "Partitioning and Transport of Total and Methyl Mercury in the Lower Fox River, Wisconsin," Environmental Science & Technology, Vol. 32, No. 10, 1424-1432, 1998, in technical files
   1. Fox River is the biggest source of total mercury to Lake Michigan.
   2. Little methyl mercury (the most toxic form) is present in the Fox River.
4. Green Bay Press-Gazette, "Fox's PCB health risk detailed," 7/22/98, attached to Fleishman Hillard 7/23/98 fax, in NCR-C
   1. Tim Thompson of Remediation Technology Inc., a firm hired by the state and feds to assess contamination of the Fox River and possible cleanup options, says PCBs pose the biggest health risk of any chemical in the river, but other chemicals also pose risks.
   2. DDE (a DDT breakdown product) is at concentrations 50 times the level affecting human health.
   3. Arsenic is at 30 times the level affecting human health.
5. E-mail from Paul Knopp, RMT, to PRH, 4/10/98, in NCR-C
   1. Slimicides were commonly used in woodyards to retard mold and slime growth, in recycle mills, and to a lesser extent in mills using virgin pulp as they began to recycle whitewater. Groundwood mills may have used more because of the less severe conditions of pulping. Use rate in recycle mills is between 1-2 ppm. The dominant slimicides used were phenyl mercuric acetate and mercuric acetate. After 1970, 42 alkyl merucry compounds (including mercuric acetate) were barred from interstate commerce by USDA when USDA required food wraps to not c ontain mercury.
6. FOXRIVE2.TXT (C:\DOCS\ECCOLINK)

## Other NCR Paper Producers

1. Letter to EBW from RMT dated 11/4/97 re 3M (document in chron file):

1. Prior to 1972, 3M had an arrangement with a coating facility in Nekoosa, WI. [note: letter indicates followup with Lowell Schleicher is required.]
2. 3M made carbonless copy paper from 1965 to 1980 at a facility in Harford City, Indiana.

2. Versar Report at p.2: Total amount of Aroclor 1242 used for carbonless copy paper was 44,162,000. Average content of Aroclor 1242 in the carbonless copy paper was 3.4 %. Appleton Coated; Mead; Combined Paper Mills; and Nekoosa made NCR paper under license. The capsules were 10-20 microns in diameter.
3. Letter dated May 13, 1969 from Lloyd Taylor, Treasurer of Combined Ppaper Mills, Inc. to Howard Lauer, Manager, NCR Paper & Supply Products, Technical Services. Lists Locks Mill production by major classification for 1967-69. In 1967, Locks Mill produced 19,645 tons of NCR Papers; in 1968-20,944 tons; in 1969, 12,123 tons. The letter estimates that the total national market for NCR Ppaers is 93,000 tons. Major competitors for NCR Papers are Appleton Coated; Nead; and Nekoosa Edwards. A handwritten notation indicates that Locks Mill ranks 3rd. The products produced by Combined Locks are: Lightweight telephone; directory; NCR Papers; Lightweight Mail Order Catalog; Sulphite Ppaers; Carbonizing Papers.(NCR 49650817)
4. "NCR Paper and Supply Products Technical Services Manager's Report," 1/66, Bates No. 0027-1130
   1. During 1965, Boreham Wood manufactured over 3 million pounds of emulsion and shipped it to Treforest and Nivelles.
   2. Provincial Paper in Canada made CF. (0027-1138.)

## Other Paper Mills

1. Summary Report on Water Quality and Wastewater Discharges During the Summer of 1972/The Fox River, prepared by the Water Quality Evaluation Section of WDNR in November 1972. Contains an analysis of wastewater discharges to the Fox River, including suspended solids (pounds/day) for companies and POTWs along the Fox River. Bates No.GN3015289-353.
2. Per Tom Stolzenburg, via fax dated 1/20/99, American Can handled only virgin pulp during the time period of interest. Basis: Lockwood Post and Stacey Koch of RMT, who used to work at American Can.
3. Deposition of Franklin Gurnee (US v. Schmalz, ED WI, 90-C-094)(12/23/92): When he supervised the stock prep deparment in the 1960a he asked the peiople working for him to have the carbon paper removed because it would turn the stock blue or black. John Strange did not have any deinking capability.(460465-66). The only material that went to the beaters were newspaper, craft and virgin pulp. (460466). Other materials were reprocessed in the pulper room. They removed string, rope, plastic bags, magazines, nylons and carbon paper (460468) [Note: this is very confusing testimony.]
4. Deposition of Robert L. Janda (US v. Schmalz, ED WI, 90-C-0941)(12/7/92): Newsprint was routinely used as a furnish material at the John Strange Mill.(460360)
5. Deposition of Pat Morris (US v. Schmalz, ED WI, Case 90-C-0941)(10/28/92) John Strange (Menasha) did not have a bleaching system (p. 25) In the early to mid-1980s, discovered that there were some "residual PCB's" inherent in secondary fiber. John Strange used 27 different grades of secondary fiber; secondary fiber "was the prime source of our fiber." John Strange was a100% recycling mill. When Morris arrived at John Strange in 1968, they had one small fourdrinier and two cylinder machines. The Mill made 300 different grades of boxboard, including white and colored liner boards for the boxboard industry.(460274)
6. Deposition of Francis Eparvier in US v. Schmalz (EDWI, No. 90-C-0941)(11/21/91): at p. 14 John Strange did not recycle carbonless copy paper. Basis: it would have changed the color of the paper stock to a darker blue and he never observedpaper coming out as bluish stock. [Note: given products US Paper made, color should not matter]
7. E-mail from CSJ to TMM, 11/12/98, re: relationship of Wisconsin Tissue and Phillip Morris
   1. RE Philip Morris.rtf (T:\FOXECCO\Docs)
8. Response of Menahsa Corp. dated 5/23/96 to first 104(e) (460001-460010)
   1. History: John Strange Paper Company operated a paper mill at 69 Washington Street in Menasha. Produced corrugated box, sometimes referred to as recycled paper board. John Strange Merged into Menasha Corporation in 1971. After that, the mill was referred to the John Strange Paperboard Division.
   2. Menasha sold the mill to US Paper Mills in 1983. Pursuant to the sale agreement, US Papers expressly assumed liabilities associated with the Mill nad indemnified Menasha against all liabilities relateing to the operation and ownership of the Division.
   3. Menasha's 1996 104(e) response indicates that Tom Ray and Allan Schenck may have responsive information. Both are former employees (p. 6)

4. With respect to PCBs in secondary fiber, Menasha's 1996 104(e) response refers EPA to deposition transcripts from a case involving a landfill: Francis Epariver; M.O. "Pat" Morris; Robert Janda; Franklin Gurnee; David Austin.

9. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. The magnitude of the PCB control problem is illustrated by the existence of 230 paper mills producing pulp completely derived from recycled wastepaper and 550 other facilities utilizing some fraction of secondary fiber in their pulp production (typically 10 to 15 percent). p.3
   3. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   4. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   5. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

10. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
   1. Fort Howard Paper Company 1984. PCB Information Report.
      1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
      2. PCB content of wastepaper (not including known samples of NCR Paper)
         1. Prior to 1969, 3021 ppb average Aroclor 1242
         2. 1970-72, 1097 ppb
         3. 1973-74, 372 ppb
         4. 1975-76, 159.5 ppb
         5. 1977, 108.6 ppb
         6. 1978, 158 ppb
         7. 1979, 106.2 ppb
         8. 1980, 77.7 ppb
         9. 1981, 166.0 ppb
         10. 1982, 134.6 ppb
         11. 1983, 228.1 ppb (samples also show 1254)
         12. 1984, 208.1 ppb (samples also show 1254)

11. Green Bay Packaging 104(e) response, 9/2/97, Bates No. GB107053
   1. No deinking; no purchases of broke. No detectable levels of PCBs detected in isolated samples of fiber furnished to the mill. "For the most part," sampling of wastewaters does not show detectable concentrations of PCBs.

12. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
   1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
      1. Includes list of major dischargers on the river
         1. Kimberly-Clark-Neenah
         2. Kimberly-Clark-Badger Globe -- separate specialty paper mill located side-by-side with KC-Neenah above Neenah Dam. Limited recycling and rag pulping. Combined effluent into one treatment system about 1975.
         3. KC-Lakeview. Paper mill on southern end of LLBM on west side.
         4. John Strange Paper (now US Paper-Menasha). Very small paper mill, some recycling, located in Menasha area. Sent effluent to Neenah-Menasha STP about 1975.
         5. George Whiting Paper Co. -- small paper mill, some recycling. Sent effluent to Neenah-Menasha STP about 1975.
         6. Gilbert Paper Co. (Mead Corp.) -- very small paper mill, some recycling. Sent effluent to Neenah-Menasha STP about 1975.

7. Consolidated Paper-Appleton -- sulfite pulp mill, closed 1983. Just down from lower Appleton dam on east bank.
8. Fox River Paper -- discharges to Appleton STP
9. Repap (formerly Midtec, formerly Kimberly-Clark, about to be Consolidated Paper) -- ground wood and semichemical pulping and paper manufacture. Located right on Kimberly Dam. Prior to piping sewers, discharged through many floor drains directly to river below the dam. treatment system and discharge pipe now located upstream of mill directly at head end of Deposit N above the dam.
10. Thilmany Paper -- kraft pulp and paper mill. just down from lower Kaukauna Dam on west side.
11. Nicolet Paper -- built over the river and DePere Dam on the west side.
12. Green Bay Packaging -- small semi-chemical and paper mill. Reverse osmosis to treat in mid-1970s. Discahrges 1.5 miles from mouth on east side.
13. Procter & Gamble -- formerly Charmin paper. Pulp and paper facility located between East River and Fox River mouth. Pulp waste sent to GBMSD in mid-1970s. Went to purchased pulp in early 1980s.

13. E-mail from Mary Cesar to PRH, 5/19/98, in NCR-C
    1. Weyerhauser has been collecting and processing secondary paper since at least the early 1970s.
    2. Weyhauser annual reports give figures for tons of waste paper purchased.
        1. 1970 -- 75K tons of "waste board"
        2. 1971 -- no figures
        3. 1972 -- 76K tons of "paper waste"
        4. 1973 -- no figures
        5. 1974 -- 180K tons of paper waste
        6. 1975 -- no figures
        7. 1976 -- 227K tons of paper waste
        8. 1977 -- 341K
        9. 1978 -- 375K
        10. 1979 -- 393K
        11. 1980 -- 355K
        12. 1981 -- 466K
        13. 1982 -- 587K
        14. 1983 -- 521K
        15. 1984 -- 660K
        16. 1985 -- 675K

## Partitioning

1. Transcript of Public Hearing to Review and Receive Public Comment Upon Proposed Administrative Rules Relating to the Discharge of PCBs into the Waters of the State, WDNR, 8/28 and 8/29/75. (WTM00537)
    1. Allen Schenck, Vice President, Technical and Environmental for Menasha Corp.
        1. Prinicipal products made by John Strange are tube and can stock, carton stock, chipboard and cylinder specialities. Made from 100% recycled fiber. They use 50K tons of old corrugated, 25K of mixed paper and 8K tons of news. These products are purchased through recycled fiber dealer.
        2. There is no practical method to select PCB free paper in bale form. Try not to use pcb based on the grade and the source of waste paper, but this selection process is not fool-proof.
        3. Assumes 89% partitioning.
        4. John Strange could go to virgin fibers, but would not stay competititive.
        5.
2. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. Highest PCB concentrations in fiber slurries are associated with the smallest fiber particles, the fines. p.6
    2. Economical utilization of the fiber requires it to be exhaustively recycled in attempts to associate it with the paper being manufacturered. Fines control porosity, surface finish and affect brightness of hte product. p.6

## PCB Concentration Paper/Broke

1. Versar Report: PCBs Involvement in the Pulp and Paper Industry (2/25/77): at p. 2
    1. The average content of Aroclor 1242 in carbonless copy paper was 3.4%.
2. Letter dated 3/21/61 from Sandberg to Lauer references eight durims of emulsion containing about 400 pounds of solids shipped to Appleton...enough to coat 2500 pounds of paper.
3. Paul Trout gave a paper to EPA conference on PCBs 11/19/75: said that carbonless paper contained 3.4% by weight.
4. AIG Report/ Material Balance for Combined Locks
    1. % of Aroclor 1242 in capsules: assumed that High Phase Ration Emulsion was used; that 56% of the solids (dry) fraction of HPR Emulsion was Aroclor 1242; that the desired solids ratio for HPR was 19.75% by weight; and therefore that Aroclor 1242 constituted approx. 11% by weight of the wet emulsion. Starch, floc, and talc were aded to the emulsion mix. Aroclor 1242 consitituted 44.1% by weight of the solids fraction of the coating mix. Solids constituted 18.9% of the solids; therefore, Aroclor 1242 was 8.3 % by weight of the wet coating applied.
    2. Process wastewater discharged to a clarifier.
    3. Assumed 10.8% paper production losses (p. 5)
    4. Approx. 62.5% of the broke was coated.
    5. Amount of NCR paper produced at CL is not available (p. 6). Thus, AIG attempted to determine amount of paper produced from the quantity of emulsion shipped to the facility. Estimated that 689,920 lbs. of Aroclor shipped to the facility. Assuming that the finished paper contained 3% of Aroclor 1242 by weight, and losses of 2% in the production process, 22,537,387 lbs. of paper was produced. 2,434,038 lbs. of broke was generated; of which 1,521,274 lbs. was coated. Of that amount, approx. 3% or 45,638 lbs. was Aroclor 1242.
    6. Assumed that the broke generated at CL was not recycled within the Fox River watershed. [query why not?]
    7. Assumed the same number of washdowns as at ACPC (once or twice a week.) Assumed 13,811 lbs. were lost to the clarifier. Assumed removal rate was the same as TSS removal rate, or 87%.
    8. Assumed 630,471 lbs. of Aroclor 1242 went out in finished product.
    9. Summary:
        1. Aroclor received at the facility: 689,920 lbs.
        2. Aroclor in broke: 45,638 lbs.
        3. Aroclor in solids: 12,016 lbs.
        4. Aroclor in finished product: 630,471 lbs.
            1. Aroclor unaccounted for: 1,795 pounds (may have been discharged to the Fox River by the way of clarifier effluent).
5. Versar Report at p.2: Total amount of Aroclor 1242 used for carbonless copy paper was 44,162,000. Average content of Aroclor 1242 in the carbonless copy paper was 3.4 %. Appleton Coated; Mead; Combined Paper Mills; and Nekoosa made NCR paper under license. The capsules were 10-20 microns in diameter.
6. Letter dated 8/14/75 from Dick Wand (Bergstrom) to Mrs. Leslie Hunt (Shade Information Systems) re information on carbonless papers. (GS0001389) Contains information re dollar value of carbonless paper sold in 1967 ($14.3 million) and 1972 ($34.8 million); tons of carbonless paper sold (1967-21,700 tons; 1972-50.100 tons); total business forms sales (1967-$895 million; 1972-$1.3 million)
    1. According to the "experts", the old NCR carbonless paper contained three to six perscent by weight of PCBs.
7. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Fort Howard Paper Company 1984. PCB Information Report.
        1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
        2. PCB content of wastepaper (not including known samples of NCR Paper)
            1. Prior to 1969, 3021 ppb average Aroclor 1242
            2. 1970-72, 1097 ppb
            3. 1973-74, 372 ppb
            4. 1975-76, 159.5 ppb
            5. 1977, 108.6 ppb
            6. 1978, 158 ppb
            7. 1979, 106.2 ppb

8. 1980, 77.7 ppb
9. 1981, 166.0 ppb
10. 1982, 134.6 ppb
11. 1983, 228.1 ppb (samples also show 1254)
12. 1984, 208.1 ppb (samples also show 1254)

2. Interdepartmental Task Force on PCBs, "PCBs and the Environment," 5/72, Appendix A, pp. 24-25.
   1. PCB residue has also been found in some packaging components that appeared to be made entirely of virgin paper. p. 118.

8. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
   1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
   2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
   3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
   4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)

9. Minutes of Ad Hoc PCB Committee Wisconsin Paper Council (June 16, 1976)(GFO0008029-30)
   1. Discusses new PCB effluent guidelines
   2. Bergstrom, Ft. Howard, and the John Strange Division of Menasha may have difficulty meeting the new standards
   3. Several companies confirmed the findings of measurable pcb levels in virgin pulp
   4. After discussion, the Committee decided it would continue to pressure API and NCASI to become more actively involved in the pcb problem.
   5. A decision was made to cooperate with the Versar study.
   6. Two publications on pcbs were mentioned: Review of PCB Levels in the Environment, EPA 7560/7-76-001, Office of Toxic Substances; and the November 1975 proceedings of the National Conference on PCbs, EPA 560/6-75-004.

10. Minutes of the Ad hoc committe Wisconsin Paper Council (Stevens Point) June 16, 1976 (GF0008029)
    1. Discusses the revised effluent limitations for pcbs adopted by the Wisconsin Board on 5/13/76
       1. Provided Versar, Inc. with data summarizing Aroclor 1242 consumption and the quantity of NCR paper manufactured from it.
       2. References Shade testimony: 7/5% of the office forms paper produced up utnil 1971 was NCR carbonless paper. About 10% of the total forms paper produced returns to the env. each year via office files destruction.. Thus .75% of the office waste stream includes NCR carbonless paper of this .75%, 3.4% is Aroclor 1242 representing .026% or 260 ppm of the total office waste stream returning to the environment.

## PCB Concentration Post-Consumer

1. Deposition of Dr. Mark Brown in the Kalamazoo River litigation.
   1. Testified that most secondary fiber, between the late 1950's and the early 1970's would contain measurable levels of PCBs because the recycling of carbonless paper introduced PCBs into the paper supply genrally. Points out that the whole focus of PCBs in the paper industry started with reports of elevated levels in cardboard.
2. AIG Report/ Material Balance for Combined Locks
   1. % of Aroclor 1242 in capsules: assumed that High Phase Ration Emulsion was used; that 56% of the solids (dry) fraction of HPR Emulsion was Aroclor 1242; that the desired solids ratio for HPR was 19.75% by weight; and therefore that Aroclor 1242 constituted approx. 11% by weight of the wet emulsion. Starch, floc, and talc were aded to the emulsion mix. Aroclor 1242 consitituted 44.1% by weight of the solids fraction of the coating mix. Solids constituted 18.9% of the solids; therefore, Aroclor 1242 was 8.3 % by weight of the wet coating applied.
   2. Process wastewater discharged to a clarifier.
   3. Assumed 10.8% paper production losses (p. 5)
   4. Approx. 62.5% of the broke was coated.

5. Amount of NCR paper produced at CL is not available (p. 6). Thus, AIG attempted to determine amount of paper produced from the quantity of emulsion shipped to the facility. Estimated that 689,920 lbs. of Aroclor shipped to the facility. Assuming that the finished paper contained 3% of Aroclor 1242 by weight, and losses of 2% in the production process, 22,537,387 lbs. of paper was produced. 2,434,038 lbs. of broke was generated; of which 1,521,274 lbs. was coated. Of that amount, approx. 3% or 45,638 lbs. was Aroclor 1242.
6. Assumed that the broke generated at CL was not recycled within the Fox River watershed. [query why not?]
7. Assumed the same number of washdowns as at ACPC (once or twice a week.) Assumed 13,811 lbs. were lost to the clarifier. Assumed removal rate was the same as TSS removal rate, or 87%.
8. Assumed 630,471 lbs. of Aroclor 1242 went out in finished product.
9. Summary:
    1. Aroclor received at the facility: 689,920 lbs.
    2. Aroclor in broke: 45,638 lbs.
    3. Aroclor in solids: 12,016 lbs.
    4. Aroclor in finished product: 630,471 lbs.
        1. Aroclor unaccounted for: 1,795 pounds (may have been discharged to the Fox River by the way of clarifier effluent).

3. E-mail from Paul Samson to Ben Mieliulis, 5/19/98, in NCR-C
    1. Cindy F. Kleiman, "Public Health Concerns About Environmental Polychlorinated Biphenyls (PCBs)," American Council on Science and Health, INc., available at http:acsh.org/publications/reports/pcupdate2.html
        1. Paul says this article says that PCBs were commonly used in newsprint for years
4. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Fort Howard Paper Company 1984. PCB Information Report.
        1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
        2. PCB content of wastepaper (not including known samples of NCR Paper)
            1. Prior to 1969, 3021 ppb average Aroclor 1242
            2. 1970-72, 1097 ppb
            3. 1973-74, 372 ppb
            4. 1975-76, 159.5 ppb
            5. 1977, 108.6 ppb
            6. 1978, 158 ppb
            7. 1979, 106.2 ppb
            8. 1980, 77.7 ppb
            9. 1981, 166.0 ppb
            10. 1982, 134.6 ppb
            11. 1983, 228.1 ppb (samples also show 1254)
            12. 1984, 208.1 ppb (samples also show 1254)
    2. Interdepartmental Task Force on PCBs, "PCBs and the Environment," 5/72, Appendix A, pp. 24-25.
        1. PCB residue has also been found in some packaging components that appeared to be made entirely of virgin paper. p. 118.
    3. Dwight B. Easty, "Quantitation of Mixtures of PCBs Isolated from Paperboard Containing Recycled Fiber," TAPPI 56(5): 131-134, 1973.
        1. Occasionally paperboard has Aroclor 1254 from environmental and other sources in addition to 1242. p. 131.
    4. Also includes references to numerous other documents showing small levels of PCBs in various wastepapers
5. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. Waste Not program started 7/15/73. First source separation system for recovering high-quality office paper in US.
    2. Waste Not is in businesses of all types, state and local governments, federal agencies and educational institutions.
    3. EPA consulted with Shade in developing guidelines for mandatory source separation in federal office buildings.

4. Shade believes that at the time of the hearing, very little PCB-containing NCR Paper is getting into the office waste stream, and that over time, PCB-containing NCR paper will continue to decline in importance.
5. Estimates that multiple copy business forms represented less than 50 percent of total office paper by weight. Prior to 1972, carbonless paper represented less than 15 percent of multiple part business forms. The average NCR Paper form had three sheets, two of which would have had PCBs. So PCB-containing paper would be 5 percent of total office paper at most.
6. Estimates that all PCB-containing NCR Paper was converted to forms and used by the end-user by the end of 1972. Assumes that archival files for 1972 would have 5 percent PCB-containing paper and archival files beginning 1973 would have none. Assumes that most files are destroyed within 3 years, so 1972 files will be destroyed in 1976 [sic].
7. Believes that file destruction programs account for less than 10 percent of the total office waste sream. Concludes that 0.5 percent (5 percent x 10 percent) of office paper waste stream will be PCB-containing paper.
8. Assumes that 10 percent of office paper waste stream is recycled.
9. "[E]ven a massive educational program aimed at the elimination of PCB containing papers could not absolutely guarantee the elimination of such papers from our recycling stream."

6. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
   1. Riopelle was "surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
   2. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
   3. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
7. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
   1. "So far as we can determine, the only contributors of PCBs to our effluent are the waste papers which we recycle. Recent test samples of various types of waste paper indicate that the sorted office waste, including the materials received from Shade, contain . . . relatively high concentrations of PCBs."
   2. "I see no easy way to eliminate PCBs containing carbonless papers from an office recycling program without a blanket discard of all carbonless papers which would certainly be a step backward in solid waste recycling. The PCBs content of the older carbonless papers will be a continuing problem as older files are discarded, but it should also be a diminishing problem."
8. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. The present 19% recycling rate shows that 81% of the annual production is not available to be recycled and carries its PCB load to the landfill or the atmosphere (via incineration of wastes). p5
   2. The rate of recycling has remained virtually constant at about 20% since 1968. p.22
   3. There is a table showing complete production and recycling rates for years 1957 through 1974 on p. 23
   4. The type of catch-all waste which emanates from offices, government and commercial firms is termed "mixed waste." While it can be utilized by segments of the paper industry, there exists the chance in this waste stream for the carbonless copy paper which contains PCBs. p.22

## Portage

1. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
   1. The Portage plant began production in 1968.
2. Series of charts re: environmental control objectives, 9/28/76, marked "WES" (probably Walt Spearin), in "Discharge Information" fact file
   1. One chart is entitled "PCB Activity." This chart lists PCB contrations in the effluent at ACPC, CPM, Dayton, and Portage.
      1. Portage, 150 ppb
3. NCR Systemedia "Trip Report," dated 2/19/82, re: trip to Appleton Papers, in "Process Information" fact file
   1. Also describes waste handling at Portage, WI emulsion plant.

4. "Third Chevy Questionnaire, Manufacturing: Portage Plant," with memo from Barbara Griesbach, Executive Secretary - Manufacturing, NCR to Robert Crockett, International Paper, 12/17/75
    1. Gives details and plant layout for Portage plant
5. Portage plant is on the Wisconsin River. The Wisconsin River runs on one side of Portage, Wisconsin; the headwaters of the Fox run on the other side.

## State of Knowledge

1. "Statement Concerning PCBs," dated February 1976 (GN4001022/APX0031601):
    1. Press release.
    2. Note that it bears Glatfelter bates numbe
    3. "As a producer of carbonless paper, NCR's Appleton Papers Division feels a 'sincere responsibility' to provide factual information about alleged PCB ... content in such paper." (quote attributed to John Reeve, President).
    4. Per Thomas Busch, Appleton Papers used only Aroclor 1242. Use of this product was voluntarily halted in April 1971.
    5. Aroclor 1242 is the more biodegradable PCB.
    6. "Mixed office waste is considered a primary introductory source of PCB into recycled pulp and paper. To arrive at the portion that could be attributed to NCR Paper, Walter E. Spearin refers to estimates made by a business fomrs specialist in mid-1975 during state testimony. He reports that approx. 7.5% of the office forms paper produced until 1971 was NCR Paper brand of carbonless paper. About 10% of the office forms paper --carbonless and all other types-- returns to the environment annually via office file destruction. Of this total waste stream, .755 is NCR paper. Of that .75% quantity, 3.4% --prior to May 1971--would have been Aroclor 1242, which represents .026% of all office waste returning to the environment.
    7. Today's NCR Paper is not an environmental hazard.
    8. In July 1972, the American Paper Institute reported to the federal Department of Health, Education and Welfare that Aroclor 1242 is the "least chlorinated form of PCB found in the environment."
2. Deposition of David Austin (US v. Schmalz, ED WI, 90-C-094)(12/23/92): Austin and Lawrence Blume were purchasing agents for the John Strange Mill (460532) He was instructed in the 1950s or 60s that NCR paper contained pcbs and that he should not be buying any.(460534) [Note: testimony not credible since nobody understood pcbs to be a problem that early.]
3. Memo dated 2/3/76 from George Mueller to Jim Asmuth re PCBs and Contact with Walt Spearin. States that NCR was aware that their broke was being recycled in other papers, but there was no effort to follow pcbs because nobody understood the potential hazard. States that their broke now is recycled in their combined mill. Note: implies that during the relevant time period broke was not being recycled at Combined Locks. (WMT0067) [Note: this appears to be a Wisconsin Tissue document.]
4. (Document #GN4001546)" Bergstrom internal memo dated 4/3/72 from John Valente to Ken Maves re "PCB Contamination Summary."
    1. States "Bergstrom's experience begins with an a letter dated August 25, 1971, by Ed Gallagher to Ken Maves with an attachment of an NTQC bulletin."
    2. States that In January 1971, API cautioned member mills that pcb may be in carbonless paper.
    3. On 9/24/72, Maves wrote to Valente re "growing concern with PCB especialy as related to NCR type broke."
    4. References experiments done by Dr. Irwin Pearl at the Institute of Paper Chemistry on several different kinds of paper. The results of the experiment showed that "caustic extraction removes no PCB but bleaching and washing accomplish some reduction."
    5. Suggests Bergstrom ran tests to see if PCB would be removed by the rpocess of recycling and bleaching.
5. Unbates-stamped document dated nn/10/72 from Helmut Schwab to CF Rench (VP R&D) transmitting report entitled "The Status of Polychlorinated Biphenyl Uses at NCR".
    1. States that "[I]n the late 1060's accumulative evidence began to show that PCB's may have aadverse effects on certain forms of animal life."
6. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. EPA consulted with Shade in developing guidelines for mandatory source separation in federal office buildings.

2. "[E]ven a massive educational program aimed at the elimination of PCB containing papers could not absolutely guarantee the elimination of such papers from our recycling stream."

7. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
   1. "So far as we can determine, the only contributors of PCBs to our effluent are the waste papers which we recycle. Recent test samples of various types of waste paper indicate that the sorted office waste, including the materials received from Shade, contain . . . relatively high concentrations of PCBs."
   2. "I see no easy way to eliminate PCBs containing carbonless papers from an office recycling program without a blanket discard of all carbonless papers which would certainly be a step backward in solid waste recycling. The PCBs content of the older carbonless papers will be a continuing problem as older files are discarded, but it should also be a diminishing problem."
8. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. In 1966, Soren Jensen reported the presence of PCBs in Swedish fish and wildlife as a result of a study begun in 1964. p.1
   2. In 1967, the Food and Drug Administration began a program to develop analytical techniques for PCBs. p. 1
   3. In 1969, the Food and Drug Administration alerted its districts to expect PCBs in food samples, and to analyze for PCBs in foods sampled for pesticide analysis. Findings of PCBs in fish, milk, eggs, and poultry samples occurred throughout 1969 and 1970. p.1
   4. In 1971, a significant level of PCBs was found in a grain and cereal composite of a market basket sample by FDA in their total diet studies, and the contamination was traced to the greyboard packaging of a cereal. According to FDA, the highest level of PCBs found in the greyboard was 433 ppm. p.1
   5. In September, 1971, FDA met separately with the American Paper Institute and with food manufacturers to inform them of the PCB problem in foodboard and to discuss approaches to its solution. p. 1
   6. Aroclor 1242 is a mixture of PCBs containing an average of 42 per cent chlorine. p.2
   7. Aroclor 1242 was purchased from Monsanto and used as an ink carrier or solvent in carbonless copy paper during the period 1957 to 1971. p.2
   8. The average content of Aroclor 1242 in the carbonless copy paper was 3.4 percent. p.2
   9. NCR was the developer and sole marketer of the PCB-containing carbonless paper, although Appleton Coated Paper Co., Mead Corp., Combined Paper Mills, Nekoosa-Edwards Paper Co., at one time or other performed the actual production under license from NCR. p.2
   10. The Aroclor 1242 was used as a solvent for certain color reactants which were encapsulated into microspheres producing aggregates 10-20 microns in diameter and applied to one side of the apper during the coating process. The walls of the microspheres were an aldehyde-harded gelatin-gum arabic formulation which ruptured and released the dye under application of local high pressures as from pens. In 1971 alkyl-biphenyls were used as the dye carrier in place of Aroclor 1242. p.2
   11. "The major source of process contamination by PCBs appears to be carbonless copy paper contained in recycled wastepaper." p.3
   12. The magnitude of the PCB control problem is illustrated by the existence of 230 paper mills producing pulp completely derived from recycled wastepaper and 550 other facilities utilizing some fraction of secondary fiber in their pulp production (typically 10 to 15 percent). p.3
   13. Recycled paper amounts to about 13 million tons per year as a pulp source, third in importance to pulpwood and forest product wastes. p.3
   14. There appears to be general agreement that the entry of PCBs into the paper industry was completely unintentional, that the industry responded well to the need for reduction of PCB levels in food packaging.... p.4
   15. It is believed that essentially all of the Aroclor 1242 used in carbonless paper has been released to the environment. At the present time more than half can be attributed to landfills.... p.6
9. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
   1. "To the best of our knowledge others (outside NCR/Appleton Papers, their suppliers and their licensees) were not made aware of [PCB] use until such time as PCBs were no longer used in NCR carbonless papers (late 1971)."
10. Letter from NCR (probably Stanley Laing) to N.J.M. Bennett, Wiggins Teape, 2/13/70, in "Wiggins Teape" fact file

1. Makes reference to a meeting to discuss "the PCB problem." "While the situation remains critical, I did detect some guarded optimism . . . that things hopefully may not be as bad as they had first appeared."

11. Letter from N.J.M. Bennett, Wiggins Teape, to R. Stanley Laing, president, NCR, 2/3/70, in "Wiggins Teape" fact file
   1. Expressing grave concern over alarm that has arisen in UK over PCBs.
   2. Alarmingly high amounts of PCBs have been found in the Bristol Channel, where Wiggins Teape has its Treforest NCR Paper plant and Monsanto has an Aroclor plant.
   3. "Monsanto have not yet divulged to the government officials the fact that WT, through the NCR Company, is their largest customer for PCB's. In fact we use altogether about 2,000 tons of Aroclor (about 1,000 tons in the UK). . . . ."
   4. "Monsanto believe that they will have to disclose the situation within a few weeks. There is clearly a strong possibility that this chain of circumstances will force us to replace Aroclor with acceptable substitutes, and the tempo of events makes this in our view a matter of great urgency."

## Systemedia

1. NCR Annual Report 1956: Sales of the new NCR carbonless paper more than doubled during the year. This paper is used on many forms produced by this company and is sold in sheet and roll form to printers and other paper processors.
2. NCR Annual Report 1968: New business forms plants at Mt. Joy, PA and Viroqua, WI, plus a new supply manufacturing facility at Morristown, TN. Existing business form plants at Arlington, TX, Washington Court House, OH, and Los Angeles were enlarged. Further expansion planned for 1969. Use of carbonless paper continues to increase. To meet demand, NCR established an additional microcapsule production facility in Portage, WI to supply paper mills in that area with coating. A similar plant is being built at Oiso, Japan.
3. NCR Annual Report 1970: NCR acquired appleton Coated paper Company in 1970.NCR's Systemedia Division produces and distributes a complete line of business forms. In 1970, the division completed its ninth manufacturing plant at Humboldt, TN. Last year, the Company's worldwide sales of business forms and supplies increased by 11%. The most important product in the Special Product Division is NCR Paper, "which retains its position of leadership in that steadily growing market." Environmental pollution has not been a serous problem, but a detailed reappriasial of operations was conduct last year in order to insure a level of control at NCR plants in accordance with applicabel requirements.
4. NCR Annual Report 1971: The forms market exceeds a billion dollars in the US and NCR is dedicated to increasing its penetration. The Systemedia Division closed two older facilities and plans have been made to open an additional plant to seve the northeastern US. During the year a new type of lower-cost NCR Paper was developed by Appleton Papers for use in the production of computer continuous forms.
5. Unbates-stamped document dated nn/10/72 from Helmut Schwab to CF Rench (VP R&D) transmitting report entitled "The Status of Polychlorinated Biphenyl Uses at NCR".
   1. Systemedia indicated that it did not use pcbs (inks and printing.)
6. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
   1. Has 1968 and 1969 sales figures for bulk carbonless paper, as sold by NCR's Special Products Division, and business forms, sold by Systemedia
7. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
   1. Letter gives dollar figures for 1968 and 1969 sales of NCR Paper by Special Products Division.
8. E-mail from Paul Samson to JAS, 4/29/98, in NCR-C
   1. Systemdia has no invoices or records of sales prior to 1973. From 1973 on, these records are on microfilm. Unlikely that Systemedia had PCB carbonless paper in its inventory for more than 6-12 months after PCB usage ended.
   2. Some "old timers" recall sales of carbonless to GPO but the sales were not large. The sales may have involved payroll checks. Carbonless was also sold to state and local entities for traffic tickets.
   3. Systemedia employees believe that Systemedia recycled its trimmings. The trimmings were not sent to landfills.

9. Per Dan McIntosh, t/c with prh on 12/1/98, Viroqua plant came on line in 1968. It did not have a baler for the first couple of years; a local paper dealer pick up the paper. Dan got this information from Bob (or Paul?) Linton and Herb Hofferberth. Systemedia's plant in Washington Court House, OH was built in the 1960s. John Wilie and Joe Peters may be knowledgeable about what they did with their scrap. Bob Allyn ran Systemedia. Systemedia's Dayton plant produced a lot of forms. Al Wetzel and Leo Weaver may be knowledgeable. Also, since NCR's corporate purchasing department bought paper for Systemedia, those individuals may have also made arrangements for sale of the broke. Virgil Pitzinger (deceased) and Bill Fitzpatrick were both in NCR's purchasing department. Bill Voisard (left NCR to work for Kopco in Columbus) may also be knowledgeable.

## Useful Product Defense

1. Paper Recycler, June 1, 1996: Re change in terminology from waste paper to scrap paper. (chron file 3/17/99)
2. "Recycling Markets" article dated 6/10/96 entitled "Oust "Wastepaper,' Groups Say." "By completely eliminating the use of the term "wastepaper," confusion regarding the differentiation of waste materials and scrap commodities will be significantly reduced....While waste is a material sent for disposal, scrap is a valuable commodity for the recycling industry. In 1995, North American paper mills consumed over 37.9 million tons of secondary fiber." (filed in chron file, 3/17/99)
3. Press Release by Miller Freeman dated 8/30/96 entitled" Wastepaper VIII Conference and Exhibit Renamed." (chron file, 3/17/99)
4. Article from "Waste News," dated 9/30/96 entitled "Word is out on wastepaper." Sjponsor os the annual Wastepaper Conference will change name at the request of AF&PA and ISRI. Reflects thier members' views that "srcrp paper is a valuable commodity and not waste." (Filed in chron file, 3/17/99.)
5. WSJ article dated 7/2/96: "Recyclers Seek 'Recovered Fiber,' But Toss 'Wastepaper' in the Trash."
    1. Waste paper is a valuable commodity -- not waste
    2. Quote attributed to Fort Howard: waste "doesn't describe what we handle."
6. 1995 Glatfelter Annual Report/Letter to Shareholders references the difficult year the Neenah Mill had due to high wastepaper costs.
7. Fort Howard 1995 Annual Report at p. 21 re "Recycling Leadership.: States: Fort Howard's use of wastepaper rather than virgin pulp as a source of fiber traditionally provides a significant cost advantage on the manufacturing side of the ledger. Our deinking and pulp processing expertise has developed since the 1930s. Today, our domestic operations consume more than 1.4 million tons of wastepaper a year. As a result, we are the single largest buyer of deinking grades in the country. Our sophisticated deinking technologies allow us to recycle a wide range of both pre- and post-consumer wastepaper grades, including the less expensive ones that others have difficulty processing.
8. Internal API memo re Comments on Financial statements for the Month of March (author and date unknown but circa March 1967) to R.W. Mahony; RP Reeve; WA Siekman; TW Busch; PE Truttschel; LM Swaim; FT Heinritz; PE Menning. Last sentence states: "Broke sales are below budget because of slightly less broke and because of the difficulty in selling it." "(Document has no Bates no. but was provided to Schlickman by Karch on February 13, 1996; PRH has copies in file labled Broke Sales/Broke Accounting; document was also circulated by PRH to team on 4/14/98).
9. Article entitled "Economics of Secondary Fiber Usage," authored by DW Bergstrom for the April 1968 volume of TAPPI.
    1. at p. 76A: Acknowledges that secondary fiber will not have the uniformity of virgin pulp. However, secondary fiber offers some advantages: less power to reprocess it. Also since it has aready been refined at leat once, the fibers tend to give more dimensional stability, better formation, better retention of size and fillers, as well as improved opacity characteristics.
    2. At 77a: Deinked stock froms up better and is easier to hydrate. At Bergstrom, advantages of utilization of deinked pulp means the deinking operation is more integrated and less dependent on the market pulp producer. It lends dimensional stability to our finished product and this factor becomes more and more important as printing processes become more complicated.
    3. 10,000,000 tons of paper stock (or waste paper) is being consumed each year--for good, sound and economic reasons.
10. Executive Order 12873, Federal Acquisition, Recycling, and Waste Prevention (Oct. 20, 1993)
    1. Gives definitions for waste paper recycling terms including "postconsumer" and "preconsumer"

11. "NCR manufactures emulsion which is shipped and sold to the paper mills for coating paper which is then sold to NCR. The sale of this emulsion is not reported as a sale by NCR since it becomes a part of the paper cost." The coated paper is shipped directly to the customers by the mills. (NCR104493; 0005-0122)

## Wisconsin as PRP

1. "Old landfill not leaking PCBs," Oshkosh Northwestern, 1/4/99, in Alice O'Connor news clip fax of 1/14/99, in NCR-C
    1. Old Snell Road landfill in Oshkosh, that previously took paper mill sludge, discarded ballast from fluorescent lights, transformers, pumps used in drinking water wells, and other PCB sources, is not leaking PCBs. County solid waste director says he "knows" the landfill has paper mill sludge with greater than 50 ppm PCBs.
2. Preliminary Study dated For PH Glatfelter On the Impact of Bergstrom Division Landfills on Groundwater in Winnebago County, WI, February 23, 1981 [Bates No. 008752; attached to TRC Report dated 8/16/96]
    1. Bergstrom founded in 1904 and became a division of Glatfelter in 1979.
    2. Manufactures printing and writing papers for publishing, converting, banking and office communications.
    3. **Relies on wastepaper for appproximately 65% of the total fiber raw material.requirements. Many products are produced from 100% recyclyed paper.
    4. Each day 325 tons of fine papers are manufactured.
    5. Wastepater treatment:
        1. Secondary plant began in 1976. It is a two-stage activated sludge system designed by Zurn-Attischolz. Treated effluent discharged to the Fox River. Dewatered sludge hauled to a landfill
            1. From 1951-1975, primary sludge was dumped in a landfill on property which Bergstrom leased from the City of Neenah northwest of the mill site and bordered by Little Lake Butte DesMorts. WDNR ordered this landfill closed in 1974 and issued final abandonment orders in 1976. Since October 1975, sludge was dumped in a landfill constructed on Company owned land off Larsen Road in Neenah, about two and half miles away forom the mill.
        2. Attachment to the report is application for Exemption from statutory requirements filed with WDNR, Division of Environmental Protection and dated July 24, 1973.
            1. States that in 1951 WI deeded to the City of Neenah "certain submerged land" near the sourth shore of Little Lake butte des Morts. Neenah then leased a portion of this land to Berstrom "for the express purppose of providing a site for and in consideration of Bergstrom Paper Company erecteing a waste treatment plant which would provide and contribute fill for the land." Bergstrom lease obligated it to operate the waste treatment facility in such a way that the solids would be utilized as fill. In June 1950 the City of Neenah applied to the Corps of Engineers to construct a retaining wall in LLBM. On july 12, 1950, the Corps issued a permit to construct a retaining wall and to fill shoreward thereof in LLBM. The land to be filled pursuant to the permit was the land subsequently deeded by WI to Neenah and leased to Bergstrom. The Corps' permit was extended from time to time. The WDNR reviewed at least one request for an extension and indicated it had "no objection to a continuation of this project...."
3. U.S. EPA Region 10, Wyckoff-Eagle Harbor Superfund Site Fact Sheet, August 1998, in Wyckoff-Eagle Harbor file
    1. Fact sheet describes proposed federal settlement with State of Washington. EPA named Washington a PRP because it owned sediments in Eagle Harbor (managed by Washington DNR) and because it owned a shipyard (managed by Washington DOT). Washington is to pay $2.2 million toward cleanup of the East Harbor OU and $100K for EPA oversight costs in the West Harbor. State is also to assume O&M for West Harbor cleanup, do habitat mitigation, and make state-owned (clean) sediment available for use in any future cleanup work.
4. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
    1. The State of Wisconsin is a participant in Shade's WASTE NOT program.
5. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
    1. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
6. E-mail from JMH to JAS, 5/15/98

1. Mandelbaum claims that Wisconsin may be liable as an owner. Under Wisconsin law, riparians own riverbeds up to the midstream point; the state owns lakebeds. However, riparian ownership of riverbeds is subject to the state's public trust authority. Mandelbaum believes this authority may be sufficient to confer liability on the state.

7. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551

    1. Waste Not is in businesses of all types, state and local governments, federal agencies and educational institutions.