# EXHIBIT 13

# Fact Book by Category

## Allocation

1. Letter from Ramesh Raghunathan, representing FRG, to Mark Velleux, 7/27/98, re: Patterson report, in NCR-C
    1. Attached BBL memo takes PCBs in the system today and adjusts for PCBs that were removed from the system by naviagational dredging, desorption and volatilization, desorption and loss to Lake Michigan, and biological degradation.
        1. Concludes that 126 K kg is a conservative upper bound estimate of the total amount of PCBs that could have been discharged.
2. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)
3. Supporting materials for FRG technical committee meeting of 7/22/98, in NCR-C
    1. Includes budget/cost tracking summary
    2. Includes Memo from Doug McLaughlin, BBL, to FRG steering and technical committees, 7/13/98, re: Evaluation of WDNR's 1998 PCB Load Estimates
    3. Includes progress report to Wisconsin for activities under the state agreement through 6/30/98
4. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. NCR's share of the total business forms marked is 3.6 percent.
5. Letter from Richard W. Wand, Bergstrom administrative vice president, to Leslie Hunt, Shade Information Systems, 8/14/75, Bates No. GS0001389
    1. Contains data for 1967 and 1972 for dollar value of carbonless paper sold, tons of carbonless paper sold, total business forms sales, total sales of continuous forms, unit set sales, salesbook sales, and sale of other business forms.
    2. According to "experts," NCR paper had 3 to 6 percent by weight of PCBs. That means between 1.302 - 2.604 million pounds of PCBs were used in NCR paper manufacture in 1967. Total 1967 sales of Aroclor 1242 were in excess of 43 million pounds.
6. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Paul E. Trout, "The View of the Paper Industry on the Occurrence of PCBs in the Environment and the Need for Regulation," presented at the EPA National Conference on PCBs, Chicago, 11/19-21/75, pp. 359-61
        1. Aroclor 1242 reprsented from 48.15 to 68.9 percent of the total domestic PCB production, reaching the max percentage in 1967 and 1968 and decreasing thereafter.
        2. Between 1957 and 1971, over 44 million pounds of Aroclor 1242 was used in carbonless paper, which contained about 3.4 percent PCB by weight.
7. Fax from RMT to PRH, 3/9/98, re: percent recycled paper use, in NCR-C
    1. Overall trend is 20-25 percent recycled paper use (from AD Little report) for 1960-73. 40 percent use for 1995 (EPA and industry sources).
8. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.
9. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.

# Fact Book by Category

1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

10. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. The FDA reported a decrease from 15.3 ppm in recycled (food packaging) paperboard in 1972 to 1.4 ppm in the same material in 1974. p.5
    2. It is believed that essentially all of the Aroclor 1242 used in carbonless paper has been released to the environment. At the present time more than half can be attributed to landfills.... p.6
11. Minutes of the Ad hoc committe Wisconsin Paper Council (Stevens Point) June 16, 1976 (GF0008029)
    1. Discusses the revised effluent limitations for pcbs adopted by the Wisconsin Board on 5/13/76
        1. Provided Versar, Inc. with data summarizing Aroclor 1242 consumption and the quantity of NCR paper manufactured from it.
        2. References Shade testimony: 7/5% of the office forms paper produced up utnil 1971 was NCR carbonless paper. About 10% of the total forms paper produced returns to the env. each year via office files destruction.. Thus .75% of the office waste stream includes NCR carbonless paper of this .75%, 3.4% is Aroclor 1242 representing .026% or 260 ppm of the total office waste stream returning to the environment.
12. Current spreadsheet assumes that mills received 75 percent of ACPC broke, 25 percent of other coaters' broke, and 5 percent of forms manufacturers' broke. No post-consumer, fiber, or inks PCBs assumed.
13. NCR's share of the total market for business fomrs is estimated to be approximately 3.6% (NCR 104492 at 493; 0005-0122)
14. Memo from Dennis Hultgren to Katie Moertl, 8/26/96, attaching production data reports found in Portage plant for 1969-71, in "Volume/Production of NCR Paper Appleton" fact file, Bates No. 0020-1893
    1. Has production in pounds by week for ACPC and CPM for 1969 to 1971. A few reports also include Nekoosa-Edwards.
15. Undated document, "Sales by Appleton Coated Paper Company to National Cash Register Company," marked Exhibit 13A, Bates No. NCR103473
    1. Has pounds sold of different carbonless paper grades for 1968 and 1969. Also has dollar sales from NCR to ACPC of emulsion and base stock.
16. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. Has 1968 and 1969 sales figures for bulk carbonless paper, as sold by NCR's Special Products Division, and business forms, sold by Systemedia
17. Spearin letter to James Haney of Bergstrom dated 1/19/76: quotes Shade testimony that 7.5% of the office forms paper produced up until 1971 was NCR carbonless paper and that 10% of the total forms paper produced returns to the environment each year via office file destruction. (doc. # 0012-0346) Letter contains summary of aroclor 1242 consumption in the production of ncr paper for 1957-1971 and ncr paper production for the same time period.
18. E-mail from Paul Samson to Katie Moertl, 5/29/96, attaching Federal Register notice from EPA, "Paper Products Recovered Materials Advisory Notice," in "Broke" fact file
    1. Federal Reigster notice has EPA definitions of "recovered fiber" and "mill brroke." "Mill broke" does not count as total recycled content for purposes of calculating how much of a piece of paper is recycled.

## ACPC / Combined Locks

1. RMT, Working Copy Preliminary Estimates of Emulsion Losses to the Appleton POTW from the Appleton Coated Papers Facility for 1970-1971, 7/23/98
    1. Report concludes that emulsion losses were 1.9 percent.
    2. As many as 50 barrels per week of wet solids went to Mackville Landfill.
2. CL coated paper between 1969 and 1971 (Robert Hietpas). According to Hietpas, Ralph Montello at the Portage emulsion plant may have helped CL with its coating operations.
3. Spearin letter: 44 million pounds of PCB purchased from Monsanto: however, not all went to Appleton. Also, some loss at emulsion plants. The 3.4 % is incorrectly based on 44 million pounds.
4. Ditch behind Appleton plant may lead to the Fox River

# Fact Book by Category

5. Appleton plant not on Fox River; discharged to the POTW (beginning when?)
6. Appleton did not treat or pretreat wastewater until 1981
7. Levering, Walter: Phone interview 9/3/97 by Pam Hanebutt and Evan Westerfield, lasting approximately one hour.
    1. Broke: Did not have any responsibility for the collection, management or disposition of broke or paper cuttings. He had no idea how much of such materials would have been generated. He speculated that for the first few years this material would have been sent to landfills. "Waste saving and avoidance," he said, "set in later." He mentioned the name of Leo Golper and said that Golper began to take the broke from the Viroqua plant. He recalled that this began after 1971. The plant superintendent would have been in charge of the broke management, and dealings with Golper.
8. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. The present 19% recycling rate shows that 81% of the annual production is not available to be recycled and carries its PCB load to the landfill or the atmosphere (via incineration of wastes). p5
    3. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    4. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    5. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
9. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. NCR Paper is produced by ACPC for the Special Products Division, which then sells to Systemedia Division and to other customers.
    2. Includes list of five major suppliers for NCR Paper
        1. ACPC
        2. Mead
        3. Nekoosa-Edwards
        4. CPM
    3. Includes schedule in pounds of purchases from ACPC, Mead, Nekoosa, and CPM by product for 1968 and 1969.
10. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
11. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. CPM – Located below Little Chute Dam on east side of river.
            2. ACPC – Went to Appleton STP.
12. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
    1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
13. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
14. "NCR Paper and Supply Products Technical Services Manager's Report," 1/66, Bates No. 0027-1130

# Fact Book by Category

1. NCR has been making efforts to sign research agreements with the NCR Paper-producing mills. Nekoosa-Edwards became the first mill to sign an agreement. ACPC signed an agreement in 2/65. Negotiation now focused on Mead and CPM.

15. E-mail from Tom Stolzenburg to PRH, 5/13/98, in NCR-C
    1. RMT believes that other parties have already sampled the "ditch" at ACPC that might receive storm water to show the presence of PCBs in it.
16. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
17. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI
18. Appleton Papers was a coating and converting operation only. No paper was produced.
19. Re: sources of CL recycled material
    1. FOXRIVE3.TXT (C:\DOCS\ECCOLINK)
20. Combined Locks had a direct discharge until early 1970s.
    1. FOXRIVE3.TXT (C:\DOCS\ECCOLINK)
21. NCR ceased use of Aroclor 1242 in May 1971
22. Series of charts re: environmental control objectives, 9/28/76, marked "WES" (probably Walt Spearin), in "Discharge Information" fact file
    1. One chart deals with Locks Mill secondary treatment BOD levels and permit levels
    2. One chart deals with Locks Mill suspended solids
    3. One chart deals with Locks mill system flow
    4. One chart is entitled "PCB Activity." This chart lists PCB contrations in the effluent at ACPC, CPM, Dayton, and Portage.
        1. ACPC, 1.5 ppb
        2. CPM, 0.5 ppb
        3. Dayton, 1.0 ppb
        4. Portage, 150 ppb
23. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Has list of equipment at Appleton and annual finished production.
24. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. NCR's major suppliers of carbonless paper are ACPC, Mead, Nekoosa-Edwards (now a part of Great Northern), and Combined Paper Mills
    2. Re: CPM's coating of carbonless paper: "its coating skills and experience have been largely limited to the application of reactant coatings to the face-side of paper used in NCR's multi-ply carbonless system, substantially the least difficult of the various coating operations reuired. CPM's efforts in coating the back-side of papers with the microcapsule emulsion . . . have for the most part been experimental and not in significant production quantities."
    3. "Appleton has for the past several years produced substantially in excess of 50% of NCR's requirements of carbonless papers . . . ."
25. Educational reprint from APD entitled "Environmental Update," dated 5/78, in "Process Information" fact file
    1. Basic information on wastewater treatment
26. "Technological Report No. 1," undated (but probably circa 1975), in "Process Information" fact file
    1. Contains technical info re: manufacture of carbonless paper.
    2. "Internal broke can be utilized back into the production of base paper. The CF, CB, or CFB broke undergoes repulping at high pH (casutic) in the presence of a chemical wetting agent and emulsifier. Broke is washed with white water, screen and re-used. the chemical is used to block the formation of a color reaction between the dye and the resin in the coatings to prevent discoloration due to broke."

3. Disposal of waste coatings -- "Due to the intrinsic high cost of these coatings, losses are minimized. however, washup material for either coating can be handled in the same manner as regular clay coatings are handled by mills producing publication grades or coated board. They can be handled by present primary and secondary effluent treatment approaches."
4. Pollution problems -- "production of capsules or carbonless paper poses no unusual pollution problems."

27. Series of educational reprints from API entitled "Pulpmaking," "Papermaking," "Finishing," all dated 1/86, in "Process Information" fact file
   1. Basic information and terms

28. NPDES permit for CPM, dated 3/22/74, Bates No. ATT01491

29. Complaint in Wisconsin v. Appleton Papers, Inc. and National Cash Register Co., served 7/25/75 on NCR, in "Discharge Information" fact file
   1. Case arose out of CPM NPDES violations for suspended solids from 11/74 to 5/75, pH for 7/74 to 4/75

30. DNR file on Appleton Papers Inc., beginning with Bates No. 001397
   1. Form 2-C of 1992 NPDES permit application for CPM, Bates no. 002914
      1. Lists contaminants found in effluent. Contaminants include chromium, copper, lead, <0.2 ppm of mercury, zinc.

31. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
   1. "Appleton Papers has indicated that the average ratio of PCB consumption in the production of NCR carbonless paper to the actual production of NCR carbonless paper is 3.4% (by weight). An analysis of a 1971 NCR carbonless paper indicated 1600 ppm of PCB (Aroclor 1242), but this data may be consistent because of production losses and variation within the product."
   2. "The WDNR has indicated that the Appleton Municipal wastewater treatment plant was severely overloaded and frequently by-passd raw effluent to the Fox River in the 1960's and the 1970's. It is reasonable to assume that similar overloaded conditions existed in the1950's."
   3. "Although our investigations continue, there is some reason to believe that therre may also have been direct discharges [from ACPC] to the Fox River."

32. "Appleton Scene," Nov. and Dec. 1971, "Special Environmental Report," in "Promo Materials -- 'Appleton Scene'" fact file
   1. has description of environmental practices throughout APD

33. Fax from Skip Macaulay, AIGEM, to Tom McMahon and Bob Bourque, 8/27/96, enclosing TRC report on estimated PCB removal efficiency at Appleton POTW, in "Wastewater Treatment" fact file
   1. For 1954-64, removal may have ranged from 50 to 75 percent
   2. For 1964-71, removal may have ranged from 86.5 to 98 percent

34. NCR Applications Research Department Progress Report, 12/27/60, in "Volume/Production of NCR Paper Appleton" fact file
   1. Has annual production figures for 1958-60 for CPM, ACPC, Mead, and "IPC" (Institute of Paper Chemistry?) (figures in tons)
   2. Figures appear to show CPM produced over 4000 tons of coated back, but this is probably a typo -- chart should say "CF" instead of "CB"

35. Locks Mill NPDES permit application, 9/27/79, obtained from DNR, Bates No. 010525
   1. Includes a list of chemicals then in use at CPM

36. Memo from Katie Moertl to file, 8/15/96, re: Coating Operations at ACPC and CPM; Emulsion Issues; and Sales of NCR Paper, S&A PC Docs No. 219085
   1. Summarizes witness interviews and documents

37. NCR Systemedia "Trip Report," dated 2/19/82, re: trip to Appleton Papers, in "Process Information" fact file
   1. Describes coating process and equipment then at Appleton.
   2. "Ruined batches [from ACUF capsule manufacture] are transported via truck tanks to Appleton for disposal."

38. (#496508)Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d.

# Fact Book by Category

39. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 905 ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
40. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
41. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
42. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
43. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 90% ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
44. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
45. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
46. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
47. (#0027-1131): Combined Locks had a 47 day strike in November and December 1966.
48. Combined Paper Mills was the smallest of the four subcontracting firms, and its coating skills and experience have been largely limited to the application of reactant coatings to the face-side of paper used in NCR's multi-ply carbonless system, substantially the least difficult of the various coating operations required. CPM's efforts to make CB have largely been experimental. (NCR103503; 0004-1025)
49. As of 1971, CL used 23-30 tons of waste material per day, about 19% of its pulp production. (NCR104901)
50. Combined Locks had a chemi-mechanical pulp production. Source material: old telephone directories; newspapers; and computer tab cards. (NCR1049010)
51. Document number FH000003 is the Spearin letter dated January 19, 1976 to James Haney of Bergstrom Paper. Produced by Fort Howard and contains marginalia by Fort Howard (?) estimating quantity of broke sent to Bergstrom. Contains estimates of aroclor 1242 consumption in the manufacture of NCR paper and NCR Carbonless Paper production between 1957 and 1971.
52. (#0027-0719)Letter dated 3/21/61 from R.W. Sandberg to H.V.Lauer references "eight drums of emulsion containing about 400 lbs. of solids were shipped to Appleton...[which] should be enough to coat 2500 lbs. of paper."
53. Document #: 0023-1493 references a "Pilot plant trial of On-the Machnine CB in late July 1963" to be conducted either at the Forest Products Laboratory in Madison WI or at the Combined Locks facility.
54. Letter from William H. Talmage, Assistant General Counsel, NCR to Robert S. Zuckerman, DOJ Antitrust Division, 9/18/70, in "DOJ Antitrust Submission" Fact File
    1. NCR buys NCR Paper from its subcontractors by issuing purchase orders to them, and the subcontractors buy emulsion by issuing purchase orders to NCR. No explicit license documents.

## Fort James

1. Ft. Howard's response to 104(e) dated 5/3/96:
    1. NCR paper is virtually the sole source of PCBs in Ft. Howard's effluent. (p5)

# Fact Book by Category

2. It would have taken several years to remove most carbonless copy paper containing pcbs out of the recycled wastepaper stream. (p6)
3. Deinking of secondary fiber began in the late 1930s. The percentage of secondary fiber used by Ft. Howard gradually increased over time so that by 1989 over 99% of the sanitary tissue grades made were from secondary fiber. the primary use of secondary fiber by Ft. Howard is to provide a fiber source from wastepaper as an effective sub for virgin fiber. (p6)
4. Processes are described in detail.
5. Ft. Howard processed wastepaper in the mixed paper; newspaper; corrugated; pulp substitutes; and high grade deinking grade classifications (described in Ex. A). Within the mixed paper classification were grades referred to by Ft. Howard as "file stock" and "NCR grade." File stock refers to wastepaper generated by office and may have contained amounts of NCR grade. Ft. Howard believes that during the 1960s very little file stock was processed by Ft. Howard. (9)
6. Ft. Howard did not intentionally process NCR grade until the late 1960s and then only in small amounts for two reasons: 1) achieving the necessary color removal/brightness was difficult; and 2) NCR grade contained wet strength resins tht were difficult to process. In the late 1960s Ft. Howard ran trial shipments of NCR grade received from Golper Company. In addition, shipments of forms containing NCR grade were processed on a limited basis directly from manufacturers of these forms: Shade Business Forms (now Shade Allied Coated Products Division of Shade Allied Incorporated); and Moore Business forms. NCR papers may also have been processed by Ft. Howard as incidental components of other grades of waste papers. (p10)
7. Begining in the 1970s changes in the availability of wastepaper required that Fort Howard use more mixed papers, and more office papers of lower grades. This increased the likelihood that NCR inadvertently received wastepaper that included NCR grade form old office files and similar document archives throughout the United States. (p10)
8. NCR paper may not be the only source of PCBs. Certain dyes such as phthalocyanine greens and blues may have contained pcbs. (p10)

2. Ft. Howard's 104(e) response dated 9/12/97 (FH021875-1894):
   1. Produced groundwood pulp from 1935 to the early 1960s as a source of fiber furnish. In the mid-1960's, the groundwood fiber process was replaced by a white news deinking system. (pp. 4-5)
   2. The first secondary fiber deinking system became operational in the late 1930s. (note: Ft. Howard defines secondary fiber as post-consumer fiber.) (pp. 5-6)
   3. tons of fiber furnish processed on-site from secondary fiber deinked on site are CBI. (p. 8)
   4. Documents relating to tons of fiber furnish processed on-site from broke is also CBI. (p. 8) Information identifying the sources of broke were provided in response to the first 104(e).
   5. Ft. Howard has never sold broke nor transported it to company-owned plants or commerical customers (p. 9)
3. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
   1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
   2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
4. Fort Howard's 104(e) response, 9/12/97, Bates No. FH021875
   1. Green Bay mill produces pulp for internal use only
   2. Never sold broke
5. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
   1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
6. Fax from RMT to PRH, 3/9/98, re: percent recycled paper use, in NCR-C
   1. Fort Howard uses only recycled paper.
7. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
   1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
      1. Includes list of major dischargers on the river
         1. Fort Howard -- deinking/recycle mill, 3.5 miles upstream of mouth on west side. Began treating with lagoons in early 1970s. Frequent upgrades.

2. James River (formerly American Can) – pulp and paper mill. Pulp waste sent to GBMSD in the 1970s. Paper waste through a lagoon to slough on east side of river above mouth.

8. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

## Glatfelter

1. PH Glatfelter's response to DOI 104(e) Request dated 2/22/96 (GA0000003-24):
   1. Introduction denies that bergstrom knew about pcbs in its source material. States that EPA sought to encourage recycling and that EPA encourage continued deinking of office waste containing carbonless when it issued its pcb ban under TSCA (p2)
   2. Bergstrom purchased waste paper and mill broke and scrap from various waste paper borkers, wastepaper packers, and directly from sources of waste paper. With two exceptions, Glatfelter believes that all of its furnish consisted of paper mill scrap and broke, converter scrap, and printer scrap. (p4)
   3. Exception 1: Glatfelter also received furnish from Shade Information Systems, Inc., which operated an office waste paper recycling system. Glatfelter believes that Shade's largest supplier included agencies of the US.
   4. Excepton 2: the Neenah Mill used waste paper from Berstrom's operations as furnish in the Mill. Until 1971 or 1972, this furnish consisted entirely of scrap and broke from the Neenah Mill and Bergstrom's operations at Highway 41 in Neenah, WI. After 1971 or 1972, the Neenah mill began to accept office and other post-consumer waste from Bergstrom's operations.
   5. Per Glatfelter's first 104(e) response, the following individuals may be knowledgeable regarding deinking at Bergstrom's Neenah mill: Dedrick Bergrstrom III; Dedrick Bergstrom IV, Curtis Combs; Leonard DeBroux; David Guenther; Frank Hamilton; James Haney; David Lee; Kenneth Maves; Franklin Moore; Orville Ross; Kenneth Voiss; Richard Wand; Louis Wilhelm. (p7)
   6. To the extent that PCBs entered Bergstrom's processes, they did so primarily through the recycling of carbonless copy paper made by NCR; scrap paper from converters; and broke and scrap from the manufacture of carbonless at ACPC. (p7)
   7. To Glatfelter's knowledge, only NCR brand carbonless copy paper contained pcbs during the relevant period. (p8)
   8. bergstrom has operated a recycling/deinking pulp and paper mill in Neenah since 1904. Final products have always been high quality printing and writing paper that competes against similar papers made from virgin fiber. Thus, it has always been importatnt for the paper fibers produced by the recyling/deinking process to be of the highest quality. to accomplish this, the Neenah Mill has consistently utilized the highest quality waste paper, equipment and chemicals (pp.8-9)
   9. NCRT paper was not treated specially. (9)
   10. Provides detailed explanation of the process (pp 9-10).
2. Response of the PH Glatfelter Company to the Section 104(e) Request of DOI, dated 7/1/97 (GA0000501-516)
   1. Until EPA identified NCR paper as source of pcbs, Bergstrom was not aware that pcbs were in NCR paper. (p. 2)
   2. Bergstrom's Neenah mill was owned and operated by it from 1904 until 1979, when Glatfelter acquired it by merger. (p. 5)
   3. Bergstrom has maintained a recycling/deinking pulp and paper making operation at the Neenah mills since 1904. The mill has never produced paperboard. No on-site virgin fiber chemical or mechanical pulping process. (p. 5)

4. The mill's fiber came from three sources: 1) deinking/recycling process; 2) purchased pulp substitute, and 3) purchased pulp. (p.6)
5. The mill has never processed pulp produced off-site from secondary fiber (p. 7)
6. Information regarding the amount of broke processed at Neenah Mill is available in the documents identified in Exhibit B to the February 1996 104(e) response, as is information regarding wastepaper pruchases. (pp. 7-8)
7. Glatfelter/Bergstrom did not sell or transport broke off-site to company-owned plants or commercial customers. (p. 8)
8. Information re amount of sludge generated is identified in Ex. B to 2/96 104(e) response. From 1951 to 1975, primary sludge was deposited into a landfill on property commonly known as Arrowhead Park, which was leased from the City of Neenah. Secondary facilities were started up in 12/76. (p. 11)

3. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
   1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
4. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
   1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
      1. Includes list of major dischargers on the river
         1. Glatfelter – primarily post-consumer deinking and recycling just downstream of Neenah Dam.
5. Glatfelter's 104(e) response, 8/28/97, Bates No. GA0000501
   1. Never produced virgin fiber at Neenah
   2. Fiber came from three sources
      1. Deinking/reyccling
      2. Purchased pulp substitute
      3. Purchased pulp
   3. Never sold or transported broke
   4. Sludge landfilled at Arrowhead Park pursuant to lease agreement with City of Neenah, 1951-75
6. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
7. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
   1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
   2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
8. Fax from RMT to PRH, 3/9/98, re: percent recycled paper use, in NCR-C
   1. Glatfelter has 50 to 100 percent recycled paper use depending on product made.
9. E-mail from Mary Cesar to PRH, 5/28/98, in NCR-C
   1. National Fiber Supply almost exclusively supplied Glatfelter.
10. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.
    1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
    2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

11. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.
12. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)
13. Glatfelter Response to July 1, 1997 Information Request, dated August 28, 1997. GA0000501
    1. The last date of which Glatfelter is aware when PCBs were reliably detected in the Neenah Mill's effluent was 1979. p. 3
    2. The Neenah Mill was owned and operated by the Bergstrom Paper Company from 1904 until Glatfelter acquired it by merger in January 1979. p. 5
    3. Glatfelter has owned and operated the Neenah Mill from January 1979 to the present. p. 5
    4. The Neenah Mill has never produced paperboard. p. 5
    5. Fiber for paper making at the Neenah mill came from three sources from 1954 to 1979: (i) the deinking/recyling process at the Neenah Mill; (ii) purchased pulp substitute; and (iii) purchased pulp. The Neenah Mill has never produced virgin fiber onsite. The purchased pulp was produced by a kraft (not a mechanical) process. p. 6-7.
    6. From 1951 until October 1975, primary sludge from the Neenah Mill was deposited into a landfill on property commonly known as Arrow Heard Park, which the Bergstrom Paper Company leased from the City of Neenah. The WNDR ordered the Arrow Head Park Landfill closed in 1974, issuing final abandonment orders in 1976. p. 11
    7. Since October 1975, primary sludge from the Neenah Mill was deposited into the Larsen Landfill in the Town of Neenah. After December 1976, a dewatered mixture of primary and secondary sludges was disposed of at the Larsen Road Landfill until August 1978 when the landfill was ordered closed. p. 11-12.
    8. From August 1978 through 1979, the Neenah Mill's sludge was hauled to the Snell Road Landfill in Oshkosh Wisconsin. p. 12
    9. The Neenah Mill obtains all its mill service water from the Fox River at Lake Winnebago. p. 14
14. Glatfelter landfilled its sludge at Arrow Head Park pursuant to a lease agreement with the City of Neenah from 1951 to 1975. Arrow Head Park is right on the Fox River. Query whether the city of Neenah has CERCLA liability as a result?
15. Glatfelter found to be discharging low levels of mercury per newspaper article circulated by FH from the Post Crescent, April 1, 1998. References a $120,000 fine paid by Glatfelter as a result of "seriously exceeding its discharge limits two years ago).
16. Document FH000001 is the January 1976 Spearin letter. Handwritten notations (made by Glatfelter--?) assumes that 80% of the broke generated by ACPC between 1957-1970 went to Glatfelter.

## Riverside

1. Riverside's response to 104(e) request dated 4/3/96 (480001-27):
    1. Suggests that personnel at 3MCompany/Nekoosa Coating Plant may have information regarding the structure of NCR carbonless copy paper (5).
    2. George Holzknecht and Barney Mitchell, both Riverside employees, may have knowledge re PCBs.
    3. Riverside is a deinking mill. It uses secondary fiber (waste paper) which goes through a deinking process and furnish prep, which is virgin pulp and other paper-makiing additivies. (p6)

4. Discharges to Appleton POTW . The possibility exists that under unusual circumstances, wastewater could have been discharged directly to the Fox, but Riverside has no knowledge or information that this ever occurred. (p6)
5. PCBs may have been in wet strength carbonless copy paper manufactured by NCR and recycled by riverside and other paper companies. Riverside believes that the time period that could have resulted in pcb releases was from 1972 to 1984.(p6)
6. Riverside purchased NCR's wet strength carbonless copy paper directly from Appleton and Menasha Mills, a division of National Fiber company. Riverside obtained other secondary fibers form any or all of the midwestern secondary fiber vendors that existed during the relevant time period.

2. Memo to File from George Holzknecht on Riverside Paper Corporation stationary dated 10/25/96 re "PRP Participants-Confidential" (482086)
   1. Riverside Fibre and Paper Corpoaration was incorporated as Riverside Paper Corporation on 7/18/29. On 8/8/80, Riverside Paper Corporation became Amricon Corporation with the converting plant being renamed to Riverside Paper Company and the mill being renamed to Kerwin Paper Company. On 1/190, the Corporation's name was changed back to Riverside Paper Corporation.
   2. Kerwin Paper deinked wet strength NCR papers between 1970 and 1980, but could have compressed this time frame to 1972 to 1978. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix."
   3. The primary supplier to Kerwin, for NCR broke (rolls, slabs and shavings) were Appleton papers, a mill in Ohio (possibly Mead) and probably National Fiber Company (Menasha Mills)
3. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
4. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
   1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
   2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
5. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
   1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
      1. Includes list of major dischargers on the river
         1. Kerwin (Riverside) -- recycle mill. On islands between upper and middle Appleton Dam. Split discharge between river and Appleton STP to meet permit limits.
6. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
   1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
7. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
8. Riverside memo from George Holzknecht to PRP Participants, 10/25/94, Bates No. 432086
   1. Kerwin Paper Company deinked wet strength NCR papers probably between 1970 and 1980.
   2. In 1975, NCR paper was a major component of Kerwin's furnish.

# Fact Book by Category

3. Primary suppliers to Kerwin for NCR broke (rolls, slabs, and shavings) were Appleton, a mill in Ohio (possibly Mead), and probably National Fiber Company (Menasha Mills).

9. Kerwin Paper (Kerwin Paper Company) deinked wet strength NCR papers between 1970 and 1980. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix." The primary supplier to Kerwin for NCR broke (rolls, slabs and shavings) were Appleton, a mill in Ohio (possible Mead) and probably National Fiber Company (Menasha Mills). (482086) Persons identified in memo: George Holzknecht; H. Bergman.

## U.S. Paper

1. Response of Menahsa Corp. dated 5/23/96 to first 104(e) (460001-460010)
    1. History: John Strange Paper Company operated a paper mill at 69 Washington Street in Menasha. Produced corrugated box, sometimes referred to as recycled paper board. John Strange Merged into Menasha Corporation in 1971. After that, the mill was referred to the John Strange Paperboard Division.
    2. Menasha sold the mill to US Paper Mills in 1983. Pursuant to the sale agreement, US Papers expressly assumed liabilities associated with the Mill nad indemnified Menasha against all liabilities relateing to the operation and ownership of the Division.
    3. Menasha's 1996 104(e) response indicates that Tom Ray and Allan Schenck may have responsive information. Both are former employees (p. 6)
    4. With respect to PCBs in secondary fiber, Menasha's 1996 104(e) response refers EPA to deposition transcripts from a case involving a landfill: Francis Epariver; M.O. "Pat" Morris; Robert Janda; Franklin Gurnee; David Austin.
2. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
    1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
    2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
3. E-mail from Mary Cesar to PRH, 5/25/98, in NCR-C
    1. National Fiber Supply used to be an operataing division of U.S. Paper Mills, which used to be Menasha Mills.
4. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
    1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
5. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. John Strange Paper (now US Paper-Menasha). Very small paper mill, some recycling, located in Menasha area. Sent effluent to Neenah-Menasha STP about 1975.
            2. US Paper/DePere -- discharges to DePere sewer?
6. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
    3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
    4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

## Wisconsin Tissue

1. WTM 104(e) response (first round)
    1. WTM recycled PCB-containing paper between 1956 and 1978.

2. Document contains estimates of percentage of furnish that was wastepaper by year.
3. 3M supplied paper to WTM

2. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
   1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
      1. Includes list of major dischargers on the river
         1. Wisconsin Tissue -- Deinking/recycle mill located in Menasha. Discharged to Neenah-Menasha STP 1970-75. Unknown discharge method before 1970.
3. Fax from Stacy McAnulty, RMT, to PRH, 10/7/97, in NCR-C
   1. Contains work plan for generating furnish estimates and a first draft of the estimates themselves
   2. Estimates are in table form for recycled paper use in tons per day (and year) for 1955-80 for Glatfelter, Fort Howard, Riverside, US Paper/DePere, US Paper/Menasha, WTM, and CPM
4. "TRC Report" on wastewater information for Mill Group facilities, 6/18/96, in NCR-C
   1. Gives, in table form, facility description, WWTP description, production capacity in tons per day, and effluent characterization for Fort Howard, Glatfelter, WTM, Riverside, U.S. Paper/DePere, and CPM, along with references to Bates numbers of documents containing the underlying data. Largely superseded by RMT work.
5. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   3. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   4. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24

## Brokers

1. E-mail from Mary Cesar to PRH, 5/28/98, in NCR-C
   1. National Fiber Supply almost exclusively supplied Glatfelter.
   2. Schnabel worked for Contintental Paper Grading in the beginning. He was hired to "break into" the Wisconsin market, which previously had been controlled by National Fiber Supply.
   3. Golper was a small player, but could have been relatively active from Appleton's point of view.
2. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
   1. Riopelle was "surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
   2. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
   3. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
3. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
   1. Shade was established in 1965 and employs 250 people.
   2. Shade is major converter and supplier of carbonless business forms, a major converter and supplier of office papers and business forms made from recycled paper, and a significant supplier of post-consumer office waste paper to WI recycling mills.

4. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.
5. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)
6. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
    1. "So far as we can determine, the only contributors of PCBs to our effluent are the waste papers which we recycle. Recent test samples of various types of waste paper indicate that the sorted office waste, including the materials received from Shade, contain . . . relatively high concentrations of PCBs."
7. E-mail from Mary Cesar to PRH, 5/25/98, in NCR-C
    1. National Fiber (Menasha Mills) is National Fiber Supply, Chicago.
8. E-mail from Paul Samson to Phil Servidea, 5/28/98, in NCR-C
    1. George Chafee said:
        1. NCR tended to bid out individual loads of paper waste in the 1960s and 1970s rather than dealing with one broker.
        2. He recalls names such as Gordon Waste, Columbia, Penn., and RamCo, Philadelphia.
        3. For about the last eight years, NCR has dealt with Cutler Industries, Downingtown, Penn.
9. Riverside memo from George Holzknecht to PRP Participants, 10/25/94, Bates No. 432086
    1. Primary suppliers to Kerwin for NCR broke (rolls, slabs, and shavings) were Appleton, a mill in Ohio (possibly Mead), and probably National Fiber Company (Menasha Mills).
10. Letter from Paul Karch to Paul Samson and Andy Shclickman, 2/13/96, enclosing ACPC ledgers and other records on broke, and with notes from Katie Moertl attached in front of the letter, in "Broke" fact file
    1. From 1954-63, broke was listed as a product. Beginning with the 1966 sheets, broke sales become a negative cost item.
    2. Broke production
        1. 1965, 12,568,944 pounds(?), 10.72 % of production
        2. 1966, 14,859,557 pounds(?), 11.00 % of production
        3. 1967, 13,950,950 pounds(?), 10.82 % of production
11. NCR dealt with Continental Paper Grading - located in Chicago
12. Leo Golper (per van Boxtel, Appleton dealt with him frequently)
13. Gray Hagy (deceased) and Dave Smith, name of company unknown, although located on Michigan Avenue in Chicago and may have been related to Menasha Mill Supply. Harold Schilling also used to be at National Fiber, but is now deceased.
14. U.S. or United Paper Supply (per van Boxtel)
15. Per Norm Schnabel (to Mary Cesar): Schnabel worked for Continental Paper Grading in the beginning. He was one of the people hired to "break into" the Wisconsin market (which had previously been controlled by National Fiber Supply) - I'm not sure of the dates, but will be able to find out. National Fiber Supply almost exclusively supplied Glatfelter (not Fort Howard). Golper was a small player, but could have relatively active from API's point of view.

## Compliance

1. Minutes of Ad Hoc PCB Committee Wisconsin Paper Council (June 16, 1976)(GFO0008029-30)

## Fact Book by Category

1. Discusses new PCB effluent guidelines
2. Bergstrom, Ft. Howard, and the John Strange Division of Menasha may have difficulty meeting the new standards
3. Several companies confirmed the findings of measurable pcb levels in virgin pulp
4. After discussion, the Committee decided it would continue to pressure API and NCASI to become more actively involved in the pcb problem.
5. A decision was made to cooperate with the Versar study.
6. Two publications on pcbs were mentioned: Review of PCB Levels in the Environment, EPA 7560/7-76-001, Office of Toxic Substances; and the November 1975 proceedings of the National Conference on PCbs, EPA 560/6-75-004.

2. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.
    1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
    2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

## Converters

1. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. Shade was established in 1965 and employs 250 people.
    2. Shade is major converter and supplier of carbonless business forms, a major converter and supplier of office papers and business forms made from recycled paper, and a significant supplier of post-consumer office waste paper to WI recycling mills.
2. EBW e-mail on converter scrap being very small source of furnish to recycle mills
    1. FOXRIVE4.TXT (C:\DOCS\ECCOLINK)
3. EBW e-mail on Systemedia
    1. FOXRIVE5.TXT (C:\DOCS\ECCOLINK)

## Mead / Nekoosa

1. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
2. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. Includes list of biggest competitors for NCR Paper
        1. 3M
        2. Champion Paper, Hamilton, Ohio
        3. Nashua, Nashua, NH
    2. Includes list of five major suppliers for NCR Paper
        1. ACPC
        2. Mead
        3. Nekoosa-Edwards
        4. CPM
    3. Includes schedule in pounds of purchases from ACPC, Mead, Nekoosa, and CPM by product for 1968 and 1969.
3. "NCR Paper and Supply Products Technical Services Manager's Report," 1/66, Bates No. 0027-1130
    1. NCR has been making efforts to sign research agreements with the NCR Paper-producing mills. Nekoosa-Edwards became the first mill to sign an agreement. ACPC signed an agreement in 2/65. Negotiation now focused on Mead and CPM.

4. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI
5. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
    1. "NCR carbonless papers are the only papers of which we are aware that used PCBs in their production."
6. NCR Applications Research Department Progress Report, 12/27/60, in "Volume/Production of NCR Paper Appleton" fact file
    1. Has annual production figures for 1958-60 for CPM, ACPC, Mead, and "IPC" (Institute of Paper Chemistry?) (figures in tons)
7. Memo from Dennis Hultgren to Katie Moertl, 8/26/96, attaching production data reports found in Portage plant for 1969-71, in "Volume/Production of NCR Paper Appleton" fact file, Bates No. 0020-1893
    1. Has production in pounds by week for ACPC and CPM for 1969 to 1971. A few reports also include Nekoosa-Edwards.
8. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. NCR's major suppliers of carbonless paper are ACPC, Mead, Nekoosa-Edwards (now a part of Great Northern), and Combined Paper Mills
9. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Description of NCR's relationship with Mead -- through 1970, NCR and Mead cooperated on research. NCR also contracted with Mead to make NCR Paper. When NCR bought ACPC, it granted Mead a license to use the NCR Paper technology for its own carbonless paper. Mead then paid royalties to Appleton.
10. Letter from William H. Talmage, Assistant General Counsel, NCR to Robert S. Zuckerman, DOJ Antitrust Division, 9/18/70, in "DOJ Antitrust Submission" Fact File
    1. NCR has entered into only one written agreement with a production subcontractor. This is an 8/25/70 agreement with Nekoosa-Edwards, which was an amendment to a confidentiality and nondisclosure agreement. Nekoosa asked for the agreement after it made a $4.5 million investment in coating equipment and NCR bought CPM.
11. Mead manufactured NCR paper for NCR between 1954 and 1966. Nekoosa Edwards was added as a producer of certain NCR paper grades in 1966. Within several years of the acquisition of APCP and CPM by NCR, Nekoosa Edwards (by then a dvision of Great Northern Nekoosa) and Mead were phased out as suppliers of NCR paper. (ATT01752)
12. George Marohn (formerly NCR sales/retired/310/548-6577) recalls that Nekoosa made CB although they were never very successful.

## Municipal PRPs

1. "Study shows active sources of PCBs contaminating fish in Delaware Estuary," BNA Chemical Regulation Daily, 6/29/98, in NCR-C
    1. Quantity of PCBs from sewage treatment plants, CSOs, and tributaries is sufficient to degrade water quality and contaminated fish, even if contaminated sediments were not there already, according to a report by the Delaware River Basin Commission, which funded a study jointly with U.S. EPA.
2. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. Neenah-Menasha STP -- serves Neenah and Menasha and takes in Menasha East STP about 1980. At end of Menasha Channel entry into LLBM. Took in Gilbert, John Strange, and George Whiting. Took in WTM until 1975.
            2. Menasha East STP -- Phased into Neenah-Menasha STP about 1980.
            3. Grand Chute Menasha West STP -- formerly Menasha West STP, 1983. Located on west side of LLBM and discharges near north end of LLBM.

4. Appleton STP -- one mile north of College Avenue bridge. Frequent bypassing during 60s and 70s prior to major expansion. Bypassed out of primaries all flow above 12 mgd before expansion. Took in waste from Kerwin, ACPC, CPM and others.
5. Kimberly, Combined Locks and Kaukauna STPs -- small STPs, all combined into Heart of the Valley STP in late 1970s.
6. Heart of the Valley STP -- discharges below lower Kaukauna Dam just below Thilmany Paper discharge.
7. Wrightstown STP -- very small STP discharges above Rapide Croche Dam.
8. DePere STP -- located about 1/2 mile below DePere Dam at most narrow point, on west side. Frequent collection system overflows in 1960s and early 1970s, before major upgrade in mid-1970s.
9. Green Bay Metropolitan Sewage District -- 1 mile upstream before major upgrade moved plant directly to river mouth in 1978.

3. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
   1. Waste Not is in businesses of all types, state and local governments, federal agencies and educational institutions.
4. Glatfelter's 104(e) response, 8/28/97, Bates No. GA0000501
   1. Sludge landfilled at Arrowhead Park pursuant to lease agreement with City of Neenah, 1951-75
5. Neenah could be a PRP because it owns land beneath Glatfelter's landfill.

## NCR Competitors

1. E-mail from JAS to PRH and EBW, 6/2/98, in NCR-C
   1. Mandelbaum said that 3M used some PCBs to make carbonless copy paper.
2. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
   1. Includes list of biggest competitors for NCR Paper
      1. 3M
      2. Champion Paper, Hamilton, Ohio
      3. Nashua, Nashua, NH
3. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
4. WTM 104(e) response (first round)
   1. 3M supplied paper to WTM
5. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI
6. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
   1. NCR's principal competitors for bulk carbonless paper are 3M, U.S. Plywood-Champion Papers, and Nashua Corp.
   2. NCR's principal competitors for business forms with carbonless paper are Moore Business Forms, Burroughs Corp., IBM, Standard Register Co., Uarco Inc., Reynolds & Reynolds Co., Ennis Business Forms
   3. "3M has for several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protectd papent position."
   4. "U.S. Plywood-Champion and NCR are presently in litigation over the patent infringement issue."
7. Doc. No.0024-0512, at 0030-0440: In 1974, Moore's Business Forms entered the carbonless market with its own MCP.

8. Nashua (New Hampshire) and US Plywood-Champion (New York) are competitors of NCR. NCR sued Plywood-Champion for patent infringement. (NCR 103495 at 504; 0004-1026)
9. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d.
10. Per Talmage's letter to the FTC dated 9/14/70, 3M is a competitor of NCR. It has for the several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protected paptent positon. (NCR 103495 at 504; 0004-1026)
11. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
12. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
13. A.S. Frinak: " NCR Appleton Carbonless Paper Cost and Pricing Environment 1972-1976" (Doc. No. 0030-0438, 0440): Mead stopped being a major supplier of carbonless paper to NCR Appleton in 1971 and became a major competitor, producing Transrite and Transform. (#496508)
14. Per George Marohn (retired NCR salesman/3120/548-6577): 3M made a carbonless paper using an entirely different kind of capsule.

## NCR Customers

1. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
    1. Includes list of ten largest customers for NCR Paper.
        1. Moore Business Forms, Toronto
        2. Zellerbach Paper Co., San Francisco
        3. Nationwide Papers, Hamilton, Ohio
        4. Chatfield Paper Co., Cincinnati
        5. Beekman Paper Co., New York
        6. Stanard Register Co., Dayton
        7. Carter, Rice Stores & Bement Inc., Boston
        8. Uarco, Inc., Barrington, Illinois
        9. Reynolds and Reynolds Co., Dayton
        10. Control Data Corp. Lincoln, Nebraska
    2. NCR's share of the total business forms marked is 3.6 percent.
2. WTM 104(e) response (first round)
    1. IRS and community recycling organizations arranged for recycling of their wastepaper at the recycle mills
3. E-mail from JMH to JAS, 5/15/98
    1. Mandelbaum claims to have trade journal reports that show the existence of federal and state contracts to buy NCR Paper.
    2. Mandelbaum claims to have notes of interviews with government employees on several issues, including how GSA handled government records.
    3. Mandelbaum claims that the Resource Recovery Act (a pre-RCRA law) required the federal government to burn or recycle its records.
4. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
    1. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."

5. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 90% ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
6. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
   1. Common uses of NCR Paper include IRS withholding forms used by employers.
   2. Description of how sales staff is structured
7. Memo from Katie Moertl to file, 8/15/96, re: Coating Operations at ACPC and CPM; Emulsion Issues; and Sales of NCR Paper, S&A PC Docs No. 219085
   1. Summarizes witness interviews and documents
8. See PRH memo dated 6/26/98 for a list of NCR customers
9. Memo written by K.K Conover and Issued by H.V. Lauer dated May 7, 1956 describes various customer complaints. Customers identified: Clampitt Paper Company (Dallas, TX); Maneke-Kinzie Printing Company (Tulsa, OK); Moore' Business Form (Elmira, NY; Cincinatti; Toronot); Chatfield Paper Company (Indpls and Cincinnati); Beekman Paper Company; Mittag & Volger (Park Ridge, NJ); Carpenter Paper Company (Kansas City, MO; Omaha, NE); Diem and Wing (Cincinnati); Zellerbach Paper Company (San Francisco); Valbro Corporation (Winter Gardens, FL); Standard Register (York, PA); Alling & Cory company (New York, NY)
10. Moore Business Forms, Inc. (Ontario); Zellerback Paper Co. (San Francisco); Nationwide Ppaers Inc. (Hamilton, OH); Chatfield Paper co. (Cincinnati, OH); Beeckman Paper Co. (NY, NY); Standard Register (Dayton); Carter, Rice Storrs & Bement Inc. (Boston); Uarco (Barrington, IL); Reynolds & Reynolds (Dayton); Control Data Corporation (Lincoln, NE). (0004-1021; NCR 103499)
11. (Document #0027-1130)references visits to two printers in Lancaster OH: at p. 13, reference is to Cyril Scott (purchases made through Chatfield Paper Company) and MH Printng Company. Other printers mentioned were Bonnar-Vawter, Philip Hano, Royal Business Forms and Graphic Controls (see p.14/0027-1144)

## <u>NCR History</u>

1. NCR's basic paptents for NCR Paper began expiring in 1972. (ATT01754)
2. In June of 1973, the Appleton Papers Divison opened a paper distribution and conversion facility at Harrisburg, PA (sometimes referred to as the "Eastern Mill").
3. Systemedia: NCR acquired Business Systems, Inc. (a business forms company based in Los Angeles) in 1964. As of the 1970s Systemedia had ten domestic plants. Systemedia currently has six plants: Viroqua, WI; Humboldt, TN; Morristown, TN; Arlington, TX; Mount Joy, PA; and someplace in Calfiornia. Viroqua became operational in 1968; Humboldt (1976) Morristown (1968); Arlington (1962); Mount Joy (1968); and California (possibly after 1971). Plants no longer operational: Corbin, Ky; Peterborough, MA; Ogden, Utah. Potentially knowledgeable employees: Bob Brogee (former R&D Director for Systemedia); Fred Jackson (longtime Systemedia employee); Denny Brockman (Systemedia CFO)
4. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
   1. Contains sections on corporate history, descriptions of products, facilities, environmental activities (no reference to PC Bs), marketing, personnel, financial data
5. Letter from William H. Talmage to FTC, 9/29/77, Doc. No. 0024-0186: "The Systemedia Division acquires a portion of its paper requirements from APD and thus is a 'customer' of APD. Such 'sales' are not true sales within the convential meaning of that term but reflect interdivisional transfers within NCR."
6. NCR Paper was first sold in February of 1954. (ATT01752)
7. NCR was incorporated under the name "The National Cash Register Company" in Maryland on January 2, 1926, as successor to an Ohio corporation of the same name organized in 1884. On May 10, 1974, NCR's corporate name was changed, by charter amendment, to "NCR Corporation."(ATT01753)
8. From 1954 to 1966, the following companies manufactured NCR Paper for NCR: Combined Locks Paper Company, Appleton Coated Paper Company, and the Mead Corporation. Combined Locks later became Combined Paper Mills. In 1966, Nekoosa-Edwards Paper Company was added as a producer of certain NCR Paper grades (which were produced solely for NCR and resold by NCR). (ATT01752)
9. NCR acquired Combined Paper Mills in 1969. (ATT01752)

10. On 7/31/69 NCR acquired Combined Paper Mills, a Delaware corporation headquartered at Combined Locks, Wisconsin, and operating paper mills at Combined Locks and Roaring Springs, PA. (ATT01753)
11. In July of 1946, CPM acquired all of the outstanding common stock of the DM Bare Paper Company, a Pennsylvania corporation, headquartered and operating a paper mill at Roaring Spring, Pennsylvania. The name of the corporation, a sub of CPM, was changed to Combined Paper Mills, Inc. (CPM/PA) in 1966. (ATT01753)
12. In 1970 Appleton Coated Paper Company was acquired by NCR. [Exact date is 9/30/70 (ATT01754)]. Subsequently, on June 21, 1971, CPM and ACPC were combined into Appleton Papers Division of NCR. Within "several years," Nekoosa Edwards which by then had become a dvision of Great Northern Nekoosa, and Mead Corporation were phased out as suppliers of NCR Paper to NCR. (ATT01752)
13. H.V. Lauer, NCR Vice President of Capsular Products, "A Brief on NCR's Participation in the Paper Industry," undated (but probably 9/77), Bates No. ATT01752
    1. Attached is "Synopsis of NCR'S Involvement in the U.S. Paper Industry," 9/29/77, Bates No. ATT01753
        1. Gives corporate history
        2. API reported to NCR's special productions division until that division was abolished in 6/72. After that, API reported directly to NCR's executive office.
        3. In 6/73, APD opened a paper distribution and conversion facility in Harrisburg, Penn.

## Non-1242 in Sediments

## Non-Paper PCB Sources

1. Monsanto Bulletin No. O-P-115 (pp.20-21): Aroclor 4465 is a useful resin for rotogravure inks.

## *Non-CCP Sources of PCBs*

## PCBs in Other Products

1. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Fort Howard Paper Company 1984. PCB Information Report.
        1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
    2. Interdepartmental Task Force on PCBs, "PCBs and the Environment," 5/72, Appendix A, pp. 24-25.
        1. Many PCBs have strong adhesive properties, so they are used in bonding of paper and cardboard in certain packages for food.
        2. Largest categories of PCB use have been in capacitors and transformers and certain "plasticizer" applications including carbonless duplicating paper. Gives a table of sales figures.
2. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. It should be noted here that PCBs, primarily Aroclor 1254, were used to a limited extent in printing inks. The total usage in this application is estimated at 50,000 pounds, primarily inthe 1968-1971 time frame. No other actual or potential usage of PCBs in paper product or usage besides the copy paper and these inks has been definitely identified to date. p.3
    2. Both Crown Zellerbach and Institute of Paper Chemistry researchers have tested process chemicals for PCBs. None have ever been detected except for one specialty chemical reported by IPC. p.25
    3. The National Printing Ink Research Institute at Lehigh University was contacted for details on present and past usage of PCBs in printing inks. p.25
    4. A small number of patents do exist for PCB use as part of some inks sensitive to ultraviolet light. However, they date from the very early seventies and had not gotten into widely marketed use by the time the PCB use in carbonless copy paper was stopped. To the best knowledge of NPIRL, none of these inks reached commercial production and no present day formulations utilize PCBs as a constituent. p.25
    5. Subsequent conversations with a representative of the Sun Chemical co. indicated that PCBs were used for several years prior to 1971 in "flexographic" inks used on flexible packaging. It was estimated that hte production of such inks during 1970 was about 20 million pounds, of which about five per cent of hte production would have contained PCBs at a two percent by weight concentration. Thus, the estimated use of PCBs for this purpose, apparently, the maximum, was 20,000 pounds in 1970. p.25
    6. It is estimated that the total usage of PCBs in such inks was about 50,000 pounds. p.27

7. The total usage in inks was roughly 0.1 per cent of total PCBs usage in carbonless copy paper. In addition, flexible packaging materials typically were plastic or contained plastic adhesives which render themunattractive for recycling. Thus, it appears unlikely that the PCB usage in flexographic printing inks has contributed significantly to PCB inputs to the paper industry. p.27
8. Although paper mills utilize askarel-fiulled (PCB) transformers and capacitors, and may have utilized PCB-filled hydraulic or heat transfer systems, PCB-containing lubricants, paints, etc., it is considered unlikely that such activities would be causing release of signficant quantities of PCBs to either effluent streams or product streams. p.27
9. It is considered unlikely that PCBs are produced in the practice of wastewater chlorination in the paper industry. Biphenyl has not been identified as a waste stream constituent from this industry, although very small amounts could conceivably enter via recycling of packing materials (typically for fruit) which have been treated with biphenyl as a fungicide. p.27

3. Letter from Walter E. Spearing, APD vice president of environmental control, to James S. Haney, Bergstrom, 1/21/76
   1. Encloses news brief from 1/19/76 issue of Chemical & Engineering News -- says that PCBs occur whenever chlorine interacts with aromatic substances. Thus, PCBs are produced during secondary sewage treatment, paper manufacture, and from photochemical air pollution.
4. E-mail from Ben Mieliulis to Paul Samson, 5/19/98, in NCR-C
   1. Monsanto suggested use of Aroclors in the graphic arts. Specifically, a Monsanto brochure suggets Aroclor 4465 as a useful resin for making rotogravure inks.
5. Identify industries on Fox River that would have used/generated hydraulic oils

## Air Deposition

1. Letter from Walter E. Spearing, APD vice president of environmental control, to James S. Haney, Bergstrom, 1/21/76
   1. Encloses news brief from 1/19/76 issue of Chemical & Engineering News -- says that PCBs occur whenever chlorine interacts with aromatic substances. Thus, PCBs are produced during secondary sewage treatment, paper manufacture, and from photochemical air pollution.
2. EPA's 2d Great Waters Report to Congress, 6/97
   1. The following source categories are on the list of CAA source categories for PCBs
      1. Hazardous waste incineration
      2. Medical waste incineration
      3. Municipal waste combustion
      4. Other biological incineration
      5. Scrap or waste tire incineration
      6. Utility oil combustion
   2. The following source categories are on the list of CAA source categories for mercury:
      1. Battery production
      2. Carbon black production
      3. Chlorine production
      4. Commercial coal production
      5. Commercial oil production
      6. Crematories
      7. Dental preparation and use
      8. Electrical apparatus manufacturing
      9. Fluorescent lamp recycling
      10. General lab activities
      11. Geothermal power
      12. Hazardous waste incineration
      13. Industrial coal consumption
      14. Industrial oil consumption
      15. Instrument manufacturing
      16. Lamp breakage

17. Landfill (gas) flares
18. Lightweight aggregate kilns
19. Lime manufacturing
20. Medical waste incineration
21. Municipal waste combustion
22. Non-residential wood combustion
23. Portland cement manufacture: Hazardous waste kilns
24. Portland cement manufacture: Non-hazardous waste kilns
25. Primary copper production
26. Primary lead smelting
27. Residential coal combustion
28. Residential oil combustion
29. Secondary mercury production
30. Sewage sludge incineration
31. Utility coal combustion
32. Utility oil combustion

3. Ideas from Byron:
   1. We have a document in the Chicago resource file listing the various source categories, with maybe a paragraph about each one.
   2. Each MACT standard has a BID.
   3. Bringing in a party for air deposition is not unprecedented. Horsehead Development (Zinc Co of America) was brought in at Palmerton, Penn. for lead.
4. EPA list of source categories emitting PCBs and mercury
   1. AIRSOURC.TXT (C:\DOCS\ECCOLINK)

## Sludge

1. Letter from Walter E. Spearing, APD vice president of environmental control, to James S. Haney, Bergstrom, 1/21/76
   1. Encloses news brief from 1/19/76 issue of Chemical & Engineering News -- says that PCBs occur whenever chlorine interacts with aromatic substances. Thus, PCBs are produced during secondary sewage treatment, paper manufacture, and from photochemical air pollution.
2. Glatfelter Response to July 1, 1997 Information Request, dated August 28, 1997. GA0000501
   1. From 1951 until October 1975, primary sludge from the Neenah Mill was deposited into a landfill on property commonly known as Arrow Heard Park, which the Bergstrom Paper Company leased from the City of Neenah. The WNDR ordered the Arrow Head Park Landfill closed in 1974, issuing final abandonment orders in 1976. p. 11
   2. Since October 1975, primary sludge from the Neenah Mill was deposited into the Larsen Landfill in the Town of Neenah. After December 1976, a dewatered mixture of primary and secondary sludges was disposed of at the Larsen Road Landfill until August 1978 when the landfill was ordered closed. p. 11-12.
   3. From August 1978 through 1979, the Neenah Mill's sludge was hauled to the Snell Road Landfill in Oshkosh Wisconsin. p. 12
3. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. Sludges seem to have approached the range of <1 to 24 pm PCB common for municipal treatment plants. p5

## Other Contaminants

1. James P. Hurley, Susan E. Cowell, Martin M. Shafer, and Peter E. Hughes, "Partitioning and Transport of Total and Methyl Mercury in the Lower Fox River, Wisconsin," Environmental Science & Technology, Vol. 32, No. 10, 1424-1432, 1998, in technical files
   1. Fox River is the biggest source of total mercury to Lake Michigan.
   2. Little methyl mercury (the most toxic form) is present in the Fox River.
2. Green Bay Press-Gazette, "Fox's PCB health risk detailed," 7/22/98, attached to Fleishman Hillard 7/23/98 fax, in NCR-C

1. Tim Thompson of Remediation Technology Inc., a firm hired by the state and feds to assess contamination of the Fox River and possible cleanup options, says PCBs pose the biggest health risk of any chemical in the river, but other chemicals also pose risks.
2. DDE (a DDT breakdown product) is at concentrations 50 times the level affecting human health.
3. Arsenic is at 30 times the level affecting human health.

3. E-mail from Paul Knopp, RMT, to PRH, 4/10/98, in NCR-C
   1. Slimicides were commonly used in woodyards to retard mold and slime growth, in recycle mills, and to a lesser extent in mills using virgin pulp as they began to recycle whitewater. Groundwood mills may have used more because of the less severe conditions of pulping. Use rate in recycle mills is between 1-2 ppm. The dominant slimicides used were phenyl mercuric acetate and mercuric acetate. After 1970, 42 alkyl merucry compounds (including mercuric acetate) were barred from interstate commerce by USDA when USDA required food wraps to not c ontain mercury.
4. FOXRIVE2.TXT (C:\DOCS\ECCOLINK)

## Other NCR Paper Producers

1. "NCR Paper and Supply Products Technical Services Manager's Report," 1/66, Bates No. 0027-1130
   1. During 1965, Boreham Wood manufactured over 3 million pounds of emulsion and shipped it to Treforest and Nivelles.
   2. Provincial Paper in Canada made CF. (0027-1138.)

## Other Paper Mills

1. Response of Menahsa Corp. dated 5/23/96 to first 104(e) (460001-460010)
   1. History: John Strange Paper Company operated a paper mill at 69 Washington Street in Menasha. Produced corrugated box, sometimes referred to as recycled paper board. John Strange Merged into Menasha Corporation in 1971. After that, the mill was referred to the John Strange Paperboard Division.
   2. Menasha sold the mill to US Paper Mills in 1983. Pursuant to the sale agreement, US Papers expressly assumed liabilities associated with the Mill nad indemnified Menasha against all liabilities relateing to the operation and ownership of the Division.
   3. Menasha's 1996 104(e) response indicates that Tom Ray and Allan Schenck may have responsive information. Both are former employees (p. 6)
   4. With respect to PCBs in secondary fiber, Menasha's 1996 104(e) response refers EPA to deposition transcripts from a case involving a landfill: Francis Epariver; M.O. "Pat" Morris; Robert Janda; Franklin Gurnee; David Austin.
2. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
   1. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
   2. The magnitude of the PCB control problem is illustrated by the existence of 230 paper mills producing pulp completely derived from recycled wastepaper and 550 other facilities utilizing some fraction of secondary fiber in their pulp production (typically 10 to 15 percent). p.3
   3. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
   4. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
   5. Data on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wisconsin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
3. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
   1. Fort Howard Paper Company 1984. PCB Information Report.
      1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
      2. PCB content of wastepaper (not including known samples of NCR Paper)

1. Prior to 1969, 3021 ppb average Aroclor 1242
2. 1970-72, 1097 ppb
3. 1973-74, 372 ppb
4. 1975-76, 159.5 ppb
5. 1977, 108.6 ppb
6. 1978, 158 ppb
7. 1979, 106.2 ppb
8. 1980, 77.7 ppb
9. 1981, 166.0 ppb
10. 1982, 134.6 ppb
11. 1983, 228.1 ppb (samples also show 1254)
12. 1984, 208.1 ppb (samples also show 1254)

4. Green Bay Packaging 104(e) response, 9/2/97, Bates No. GB107053
    1. No deinking; no purchases of broke. No detectable levels of PCBs detected in isolated samples of fiber furnished to the mill. "For the most part," sampling of wastewaters does not show detectable concentrations of PCBs.
5. Fax from Mark Travers to FRG steering and technical committees, 2/25/98
    1. Encloses Mark Velleux fax giving a brief description of the project that led to the Patterson Report
        1. Includes list of major dischargers on the river
            1. Kimberly-Clark-Neenah
            2. Kimberly-Clark-Badger Globe -- separate specialty paper mill located side-by-side with KC-Neenah above Neenah Dam. Limited recycling and rag pulping. Combined effluent into one treatment system about 1975.
            3. KC-Lakeview. Paper mill on southern end of LLBM on west side.
            4. John Strange Paper (now US Paper-Menasha). Very small paper mill, some recycling, located in Menasha area. Sent effluent to Neenah-Menasha STP about 1975.
            5. George Whiting Paper Co. -- small paper mill, some recycling. Sent effluent to Neenah-Menasha STP about 1975.
            6. Gilbert Paper Co. (Mead Corp.) -- very small paper mill, some recycling. Sent effluent to Neenah-Menasha STP about 1975.
            7. Consolidated Paper-Appleton -- sulfite pulp mill, closed 1983. Just down from lower Appleton dam on east bank.
            8. Fox River Paper -- discharges to Appleton STP
            9. Repap (formerly Midtec, formerly Kimberly-Clark, about to be Consolidated Paper) -- ground wood and semichemical pulping and paper manufacture. Located right on Kimberly Dam. Prior to piping sewers, discharged through many floor drains directly to river below the dam. treatment system and discharge pipe now located upstream of mill directly at head end of Deposit N above the dam.
            10. Thilmany Paper -- kraft pulp and paper mill. just down from lower Kaukauna Dam on west side.
            11. Nicolet Paper -- built over the river and DePere Dam on the west side.
            12. Green Bay Packaging -- small semi-chemical and paper mill. Reverse osmosis to treat in mid-1970s. Discahrges 1.5 miles from mouth on east side.
            13. Procter & Gamble -- formerly Charmin paper. Pulp and paper facility located between East River and Fox River mouth. Pulp waste sent to GBMSD in mid-1970s. Went to purchased pulp in early 1980s.
6. E-mail from Mary Cesar to PRH, 5/19/98, in NCR-C
    1. Weyerhauser has been collecting and processing secondary paper since at least the early 1970s.
    2. Weyhauser annual reports give figures for tons of waste paper purchased.
        1. 1970 -- 75K tons of "waste board"
        2. 1971 -- no figures
        3. 1972 -- 76K tons of "paper waste"
        4. 1973 -- no figures
        5. 1974 -- 180K tons of paper waste
        6. 1975 -- no figures

7. 1976 -- 227K tons of paper waste
8. 1977 -- 341K
9. 1978 -- 375K
10. 1979 -- 393K
11. 1980 -- 355K
12. 1981 -- 466K
13. 1982 -- 587K
14. 1983 -- 521K
15. 1984 -- 660K
16. 1985 -- 675K

## Partitioning

1. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. Highest PCB concentrations in fiber slurries are associated with the smallest fiber particles, the fines. p.6
    2. Economical utilization of the fiber requires it to be exhaustively recycled in attempts to associate it with the paper being manufacturered. Fines control porosity, surface finish and affect brightness of hte product. p.6

## PCB Concentration Paper/Broke

1. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Fort Howard Paper Company 1984. PCB Information Report.
        1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
        2. PCB content of wastepaper (not including known samples of NCR Paper)
            1. Prior to 1969, 3021 ppb average Aroclor 1242
            2. 1970-72, 1097 ppb
            3. 1973-74, 372 ppb
            4. 1975-76, 159.5 ppb
            5. 1977, 108.6 ppb
            6. 1978, 158 ppb
            7. 1979, 106.2 ppb
            8. 1980, 77.7 ppb
            9. 1981, 166.0 ppb
            10. 1982, 134.6 ppb
            11. 1983, 228.1 ppb (samples also show 1254)
            12. 1984, 208.1 ppb (samples also show 1254)
    2. Interdepartmental Task Force on PCBs, "PCBs and the Environment," 5/72, Appendix A, pp. 24-25.
        1. PCB residue has also been found in some packaging components that appeared to be made entirely of virgin paper. p. 118.
2. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
    1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
    2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)
3. Minutes of Ad Hoc PCB Committee Wisconsin Paper Council (June 16, 1976)(GFO0008029-30)
    1. Discusses new PCB effluent guidelines
    2. Bergstrom, Ft. Howard, and the John Strange Division of Menasha may have difficulty meeting the new standards

3. Several companies confirmed the findings of measurable pcb levels in virgin pulp
4. After discussion, the Committee decided it would continue to pressure API and NCASI to become more actively involved in the pcb problem.
5. A decision was made to cooperate with the Versar study.
6. Two publications on pcbs were mentioned: Review of PCB Levels in the Environment, EPA 7560/7-76-001, Office of Toxic Substances; and the November 1975 proceedings of the National Conference on PCbs, EPA 560/6-75-004.

4. Minutes of the Ad hoc committe Wisconsin Paper Council (Stevens Point) June 16, 1976 (GF0008029)
    1. Discusses the revised effluent limitations for pcbs adopted by the Wisconsin Board on 5/13/76
        1. Provided Versar, Inc. with data summarizing Aroclor 1242 consumption and the quantity of NCR paper manufactured from it.
        2. References Shade testimony: 7/5% of the office forms paper produced up utnil 1971 was NCR carbonless paper. About 10% of the total forms paper produced returns to the env. each year via office files destruction.. Thus .75% of the office waste stream includes NCR carbonless paper of this .75%, 3.4% is Aroclor 1242 representing .026% or 260 ppm of the total office waste stream returning to the environment.

## PCB Concentration Post-Consumer

1. E-mail from Paul Samson to Ben Mieliulis, 5/19/98, in NCR-C
    1. Cindy F. Kleiman, "Public Health Concerns About Environmental Polychlorinated Biphenyls (PCBs)," American Council on Science and Health, INc., available at http:acsh.org/publications/reports/pcupdate2.html
        1. Paul says this article says that PCBs were commonly used in newsprint for years
2. Letter from Stacy McAnulty, RMT, to EBW, 10/22/97, enclosing memo from Tom Stolzenburg, RMT, to PRH and EBW, 10/22/97, re: summary information, in NCR-C
    1. Fort Howard Paper Company 1984. PCB Information Report.
        1. "PCBs are found in all grades of paper, as well as inks, dyes, and adhesives used on paper." p. 33.
        2. PCB content of wastepaper (not including known samples of NCR Paper)
            1. Prior to 1969, 3021 ppb average Aroclor 1242
            2. 1970-72, 1097 ppb
            3. 1973-74, 372 ppb
            4. 1975-76, 159.5 ppb
            5. 1977, 108.6 ppb
            6. 1978, 158 ppb
            7. 1979, 106.2 ppb
            8. 1980, 77.7 ppb
            9. 1981, 166.0 ppb
            10. 1982, 134.6 ppb
            11. 1983, 228.1 ppb (samples also show 1254)
            12. 1984, 208.1 ppb (samples also show 1254)
    2. Interdepartmental Task Force on PCBs, "PCBs and the Environment," 5/72, Appendix A, pp. 24-25.
        1. PCB residue has also been found in some packaging components that appeared to be made entirely of virgin paper. p. 118.
    3. Dwight B. Easty, "Quantitation of Mixtures of PCBs Isolated from Paperboard Containing Recycled Fiber," TAPPI 56(5): 131-134, 1973.
        1. Occasionally paperboard has Aroclor 1254 from environmental and other sources in addition to 1242. p. 131.
    4. Also includes references to numerous other documents showing small levels of PCBs in various wastepapers
3. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. Waste Not program started 7/15/73. First source separation system for recovering high-quality office paper in US.

2. Waste Not is in businesses of all types, state and local governments, federal agencies and educational institutions.
3. EPA consulted with Shade in developing guidelines for mandatory source separation in federal office buildings.
4. Shade believes that at the time of the hearing, very little PCB-containing NCR Paper is getting into the office waste stream, and that over time, PCB-containing NCR paper will continue to decline in importance.
5. Estimates that multiple copy business forms represented less than 50 percent of total office paper by weight. Prior to 1972, carbonless paper represented less than 15 percent of multiple part business forms. The average NCR Paper form had three sheets, two of which would have had PCBs. So PCB-containing paper would be 5 percent of total office paper at most.
6. Estimates that all PCB-containing NCR Paper was converted to forms and used by the end-user by the end of 1972. Assumes that archival files for 1972 would have 5 percent PCB-containing paper and archival files beginning 1973 would have none. Assumes that most files are destroyed within 3 years, so 1972 files will be destroyed in 1976 [sic].
7. Believes that file destruction programs account for less than 10 percent of the total office waste sream. Concludes that 0.5 percent (5 percent x 10 percent) of office paper waste stream will be PCB-containing paper.
8. Assumes that 10 percent of office paper waste stream is recycled.
9. "[E]ven a massive educational program aimed at the elimination of PCB containing papers could not absolutely guarantee the elimination of such papers from our recycling stream."

4. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
    1. Riopelle was "surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
    2. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
    3. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
5. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
    1. "So far as we can determine, the only contributors of PCBs to our effluent are the waste papers which we recycle. Recent test samples of various types of waste paper indicate that the sorted office waste, including the materials received from Shade, contain . . . relatively high concentrations of PCBs."
    2. "I see no easy way to eliminate PCBs containing carbonless papers from an office recycling program without a blanket discard of all carbonless papers which would certainly be a step backward in solid waste recycling. The PCBs content of the older carbonless papers will be a continuing problem as older files are discarded, but it should also be a diminishing problem."
6. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. The present 19% recycling rate shows that 81% of the annual production is not available to be recycled and carries its PCB load to the landfill or the atmosphere (via incineration of wastes). p5
    2. The rate of recycling has remained virtually constant at about 20% since 1968. p.22
    3. There is a table showing complete production and recycling rates for years 1957 through 1974 on p. 23
    4. The type of catch-all waste which emanates from offices, government and commercial firms is termed "mixed waste." While it can be utilized by segments of the paper industry, there exists the chance in this waste stream for the carbonless copy paper which contains PCBs. p.22

## Portage

1. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
    1. The Portage plant began production in 1968.
2. Series of charts re: environmental control objectives, 9/28/76, marked "WES" (probably Walt Spearin), in "Discharge Information" fact file
    1. One chart is entitled "PCB Activity." This chart lists PCB contrations in the effluent at ACPC, CPM, Dayton, and Portage.

1. Portage, 150 ppb
3. NCR Systemedia "Trip Report," dated 2/19/82, re: trip to Appleton Papers, in "Process Information" fact file
    1. Also describes waste handling at Portage, WI emulsion plant.
4. "Third Chevy Questionnaire, Manufacturing: Portage Plant," with memo from Barbara Griesbach, Executive Secretary - Manufacturing, NCR to Robert Crockett, International Paper, 12/17/75
    1. Gives details and plant layout for Portage plant
5. Portage plant is on the Wisconsin River. The Wisconsin River runs on one side of Portage, Wisconsin; the headwaters of the Fox run on the other side.

## State of Knowledge

1. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
    1. EPA consulted with Shade in developing guidelines for mandatory source separation in federal office buildings.
    2. "[E]ven a massive educational program aimed at the elimination of PCB containing papers could not absolutely guarantee the elimination of such papers from our recycling stream."
2. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
    1. "So far as we can determine, the only contributors of PCBs to our effluent are the waste papers which we recycle. Recent test samples of various types of waste paper indicate that the sorted office waste, including the materials received from Shade, contain . . . relatively high concentrations of PCBs."
    2. "I see no easy way to eliminate PCBs containing carbonless papers from an office recycling program without a blanket discard of all carbonless papers which would certainly be a step backward in solid waste recycling. The PCBs content of the older carbonless papers will be a continuing problem as older files are discarded, but it should also be a diminishing problem."
3. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. In 1966, Soren Jensen reported the presence of PCBs in Swedish fish and wildlife as a result of a study begun in 1964. p.1
    2. In 1967, the Food and Drug Administration began a program to develop analytical techniques for PCBs. p. 1
    3. In 1969, the Food and Drug Administration alerted its districts to expect PCBs in food samples, and to analyze for PCBs in foods sampled for pesticide analysis. Findings of PCBs in fish, milk, eggs, and poultry samples occurred throughout 1969 and 1970. p.1
    4. In 1971, a significant level of PCBs was found in a grain and cereal composite of a market basket sample by FDA in their total diet studies, and the contamination was traced to the greyboard packaging of a cereal. According to FDA, the highest level of PCBs found in the greyboard was 433 ppm. p.1
    5. In September, 1971, FDA met separately with the American Paper Institute and with food manufacturers to inform them of the PCB problem in foodboard and to discuss approaches to its solution. p. 1
    6. Aroclor 1242 is a mixture of PCBs containing an average of 42 per cent chlorine. p.2
    7. Aroclor 1242 was purchased from Monsanto and used as an ink carrier or solvent in carbonless copy paper during the period 1957 to 1971. p.2
    8. The average content of Aroclor 1242 in the carbonless copy paper was 3.4 percent. p.2
    9. NCR was the developer and sole marketer of the PCB-containing carbonless paper, although Appleton Coated Paper Co., Mead Corp., Combined Paper Mills, Nekoosa-Edwards Paper Co., at one time or other performed the actual production under license from NCR. p.2
    10. The Aroclor 1242 was used as a solvent for certain color reactants which were encapsulated into microspheres producing aggregates 10-20 microns in diameter and applied to one side of the apper during the coating process. The walls of the microspheres were an aldehyde-harded gelatin-gum arabic formulation which ruptured and released the dye under application of local high pressures as from pens. In 1971 alkyl-biphenyls were used as the dye carrier in place of Aroclor 1242. p.2
    11. "The major source of process contamination by PCBs appears to be carbonless copy paper contained in recycled wastepaper." p.3

12. The magnitude of the PCB control problem is illustrated by the existence of 230 paper mills producing pulp completely derived from recycled wastepaper and 550 other facilities utilizing some fraction of secondary fiber in their pulp production (typically 10 to 15 percent). p.3
13. Recycled paper amounts to about 13 million tons per year as a pulp source, third in importance to pulpwood and forest product wastes. p.3
14. There appears to be general agreement that the entry of PCBs into the paper industry was completely unintentional, that the industry responded well to the need for reduction of PCB levels in food packaging.... p.4
15. It is believed that essentially all of the Aroclor 1242 used in carbonless paper has been released to the environment. At the present time more than half can be attributed to landfills.... p.6

4. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
   1. "To the best of our knowledge others (outside NCR/Appleton Papers, their suppliers and their licensees) were not made aware of [PCB] use until such time as PCBs were no longer used in NCR carbonless papers (late 1971)."
5. Letter from NCR (probably Stanley Laing) to N.J.M. Bennett, Wiggins Teape, 2/13/70, in "Wiggins Teape" fact file
   1. Makes reference to a meeting to discuss "the PCB problem." "While the situation remains critical, I did detect some guarded optimism . . . that things hopefully may not be as bad as they had first appeared."
6. Letter from N.J.M. Bennett, Wiggins Teape, to R. Stanley Laing, president, NCR, 2/3/70, in "Wiggins Teape" fact file
   1. Expressing grave concern over alarm that has arisen in UK over PCBs.
   2. Alarmingly high amounts of PCBs have been found in the Bristol Channel, where Wiggins Teape has its Treforest NCR Paper plant and Monsanto has an Aroclor plant.
   3. "Monsanto have not yet divulged to the government officials the fact that WT, through the NCR Company, is their largest customer for PCB's. In fact we use altogether about 2,000 tons of Aroclor (about 1,000 tons in the UK). . . . ."
   4. "Monsanto believe that they will have to disclose the situation within a few weeks. There is clearly a strong possibility that this chain of circumstances will force us to replace Aroclor with acceptable substitutes, and the tempo of events makes this in our view a matter of great urgency."

## Systemedia

1. NCR memo from R.E. Robbins, assistant controller, to W.H. Talmage, assistant genreal counsel, re: Appleton Coated Paper Company, 9/17/70, Bates No. 0005-0121 (also NCR 104492)
   1. Letter gives dollar figures for 1968 and 1969 sales of NCR Paper by Special Products Division.
2. E-mail from Paul Samson to JAS, 4/29/98, in NCR-C
   1. Systemdia has no invoices or records of sales prior to 1973. From 1973 on, these records are on microfilm. Unlikely that Systemedia had PCB carbonless paper in its inventory for more than 6-12 months after PCB usage ended.
   2. Some "old timers" recall sales of carbonless to GPO but the sales were not large. The sales may have involved payroll checks. Carbonless was also sold to state and local entities for traffic tickets.
   3. Systemedia employees believe that Systemedia recycled its trimmings. The trimmings were not sent to landfills.
3. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
   1. Has 1968 and 1969 sales figures for bulk carbonless paper, as sold by NCR's Special Products Division, and business forms, sold by Systemedia

## Useful Product Defense

1. Executive Order 12873, Federal Acquisition, Recycling, and Waste Prevention (Oct. 20, 1993)
   1. Gives definitions for waste paper recycling terms including "postconsumer" and "preconsumer"

# Fact Book by Category

2. Document dated circa March 1967; author unknown but addressed to Mahony; Reeve; Siekman; Busch; Truttschel; Swaim; Heinritz; Menning; Subject is "Comments on Financial Statements for the Month of March"; Last sentence states: "Broke sales are below budget because of slightly less broke and because of the difficulty in selling it."(Document has no Bates no. but was provided to Schlickman by Karch on February 13, 1996; PRH has copies in file labled Broke Sales/Broke Accounting; document was also circulated by PRH to team on 4/14/98).
3. "NCR manufactures emulsion which is shipped and sold to the paper mills for coating paper which is then sold to NCR. The sale of this emulsion is not reported as a sale by NCR since it becomes a part of the paper cost." The coated paper is shipped directly to the customers by the mills. (NCR104493; 0005-0122)

## Wisconsin as PRP

1. U.S. EPA Region 10, Wyckoff-Eagle Harbor Superfund Site Fact Sheet, August 1998, in Wyckoff-Eagle Harbor file
   1. Fact sheet describes proposed federal settlement with State of Washington. EPA named Washington a PRP because it owned sediments in Eagle Harbor (managed by Washington DNR) and because it owned a shipyard (managed by Washington DOT). Washington is to pay $2.2 million toward cleanup of the East Harbor OU and $100K for EPA oversight costs in the West Harbor. State is also to assume O&M for West Harbor cleanup, do habitat mitigation, and make state-owned (clean) sediment available for use in any future cleanup work.
2. Letter from Richard W. Wand?, Bergstrom, to Jack Riopelle, division manager, Shade, Inc., 5/28/75, Bates No. GS0001394
   1. The State of Wisconsin is a participant in Shade's WASTE NOT program.
3. Letter from Jack Riopelle, division manager, forms manufacturing, Shade Incorporated to Richard W. Wand, Bergstrom, 6/2/75, Bates No. GS0001393
   1. In handwriting, Riopelle wrote "found state of Wisconsin putting in significant amounts of old carbonless."
4. E-mail from JMH to JAS, 5/15/98
   1. Mandelbaum claims that Wisconsin may be liable as an owner. Under Wisconsin law, riparians own riverbeds up to the midstream point; the state owns lakebeds. However, riparian ownership of riverbeds is subject to the state's public trust authority. Mandelbaum believes this authority may be sufficient to confer liability on the state.
5. Excerpt of testimony of Robert Shade, president and chairman of Shade Information System, Inc., apparently before 1975 or 1976 Wisconsin hearing re: PCB regulations, Bates No. WTM00551
   1. Waste Not is in businesses of all types, state and local governments, federal agencies and educational institutions.