# EXHIBIT 14

3

SIDLEY & AUSTIN CHICAGO

# MEMORANDUM

**TO:** Paul M. Samson

**FROM:** Pamela R. Hanebutt

**RE:** Fact Book

**DATE:** July 24, 1998

---

Enclosed is a partial installment on the Fact Book. Our procedure is to enter all documents in a Document Folder and then to move each item into the appropriate subject matter file. I was able to print out the Document file for you, but for some reason I could not print out the same entries as they exist in the subject matter files. When John Heyde returns from an extended weekend on Tuesday, I will ask him to fix the problem. At that time, we will send you the entire Fact Book. Sorry for any inconvenience.

cc: John M. Heyde

## Documents

1. Minutes of the Ad hoc committe Wisconsin Paper Council (Stevens Point) June 16, 1976 (GF0008029)
    1. Discusses the revised effluent limitations for pcbs adopted by the Wisconsin Board on 5/13/76
        1. Provided Versar, Inc. with data summarizing Aroclor 1242 consumption and the quantity of NCR paper manufactured from it.
        2. References Shade testimony: 7/5% of the office forms paper produced up utnil 1971 was NCR carbonless paper. About 10% of the total forms paper produced returns to the env. each year via office files destruction.. Thus .75% of the office waste stream includes NCR carbonless paper of this .75%, 3.4% is Aroclor 1242 representing .026% or 260 ppm of the total office waste stream returning to the environment.
    2. Three companies (Bergstrom; Ft. Howard and the John Strange Division of Menasha) might have trouble meeting the regulations.
    3. Several companies have confirmed the findings of measurable pcb levels in virgin pulp.
2. 104(e) requests forwarded from Steve Jawetz
    1. Two of the 104(e) requests are the same request. Only difference is in the cover letter. One group's letter said receipt of a 104(e) does not indicate that the recipient is a PRP; our group's letter did not say this. Can't tell who is in which group – both groups received the same list of recipients. Best guess: FRG is in one group, everyone else is in the other.
    2. Repap and Kimberly Clark are in a third group.
        1. They also got the "you're not necessarily a PRP" language in the cover letter.
        2. They also received a request 8(c) which we did not receive. This request asks for information on the wastewater sewer system for the Kimberly mill, formerly owned by Kimberly-Clark and now owned by Repap.
        3. They also received a request 9(d) that we did not receive. This request asks for information and data regarding "localized sources" of PCBs not identified specifically in responses to other parts of the information request.
    3. The municipalities got a fourth request.
        1. This request does not include the "you're not necessarily a PRP" language.
        2. The request asks a completely different series of questions. It asks about ownership of POTWs; whether those POTWs ever received paper industry waste; whether the POTWs ever received PCBs; details on the POTW systems, data on influent, effluent, flow, and sludge; information on any ordinances that might have given POTWs authority to limit PCB discharges; and permits.
3. EPA's 2d Great Waters Report to Congress, 6/97
    1. The following source categories are on the list of CAA source categories for PCBs
        1. Hazardous waste incineration
        2. Medical waste incineration
        3. Municipal waste combustion
        4. Other biological incineration
        5. Scrap or waste tire incineration
        6. Utility oil combustion
    2. The following source categories are on the list of CAA source categories for mercury:
        1. Battery production
        2. Carbon black production
        3. Chlorine production
        4. Commercial coal production
        5. Commercial oil production
        6. Crematories
        7. Dental preparation and use
        8. Electrical apparatus manufacturing
        9. Fluorescent lamp recycling
        10. General lab activities
        11. Geothermal power
        12. Hazardous waste incineration

## Documents

13. Industrial coal consumption
14. Industrial oil consumption
15. Instrument manufacturing
16. Lamp breakage
17. Landfill (gas) flares
18. Lightweight aggregate kilns
19. Lime manufacturing
20. Medical waste incineration
21. Municipal waste combustion
22. Non-residential wood combustion
23. Portland cement manufacture: Hazardous waste kilns
24. Portland cement manufacture: Non-hazardous waste kilns
25. Primary copper production
26. Primary lead smelting
27. Residential coal combustion
28. Residential oil combustion
29. Secondary mercury production
30. Sewage sludge incineration
31. Utility coal combustion
32. Utility oil combustion

4. Draft AOC dated 7/29/97
    1. We may want to dispute many of the factual stipulations, especially percent of paper that was PCB, time period, number of tons into the river, and statement about insufficient treatment.
5. De maximis 8/29/97 transmission of WDNR draft of model workplan for modeling evaluation – section focusing on estimating loads to the river
    1. Between 1957 and 1997, about 30 significant point sources discharged directly to the river. About 20 of these were paper and pulp mills; the rest were POTWs.
    2. WDNR has paper records of monthly average TSS discharge from 1972-81 for most facilities. After 1981, WDNR has computerized data for all facilities.
    3. For before 1972, WDNR proposes to estimate TSS discharges with Lockwood-Post for mills and flow data for POTWs. Estimates are adjusted for changes in effluent treatment methods.
    4. WDNR's proposal would generate monthly average discharges of TSS and ranges for settling rates expected.
    5. Discharges, in order of position on river, are:
        1. Kimberly Clark-Neenah
        2. Kimberly Clark-Badger Globe
        3. PH Glatfelter
        4. Kimberly Clark-Lakeview
        5. John Strange
        6. George Whiting
        7. Gilbert Paper (Mead)
        8. Neenah-Menasha STP
        9. Wisconsin Tissue
        10. Menasha East STP
        11. Grand Chute Menasha West STP
        12. Kerwin Paper
        13. Consolidated Paper
        14. Appleton STP
        15. Fox River Paper
        16. Repap (formerly Midtec, formerly Kimberly Clark)
        17. Combined Locks
        18. ACPC (with notation, 'no direct discharge?')
        19. Kimberly, Combined Locks, and Kaukauna STPs – combined into Heart of the Valley STP
        20. Heart of the Valley STP

# Documents

21. Thilmany Paper Company
22. Wrightstown STP
23. Nicolet Paper
24. De Pere STP
25. US Paper
26. Fort Howard
27. James River
28. Green Bay Packaging
29. Procter & Gamble
30. Green Bay Metro Sewage District

6. PTI 8/29/97 draft white paper on risk assessment issues
   1. Includes discussion of whether to do RA for other COCs.
   2. Issue: We should have RMT or someone figure out what other chemicals we may have discharged.
7. Thilmany brochure on environmental issues from 1970s, SACC 0016-1341 in MAIN, Bates No. 6104 (WDNR doc).
   1. Brochure says Thilmany re-uses its own broke. This may mean that Thilmany didn't use any other sources of secondary fiber.
8. Fleishman-Hillard 8/97 report on 'Community Discussion Groups Regarding the Fox River,' in NCR-C dated 9/2/97
   1. Moderator for focus groups told participants that cleanup estimates ranged from $ 1-11 billion.
9. Documents from docket in Kalamazoo River Study Group v. Rockwell Int'l, 1:95-CV-838 (W.D. Mich.)
   1. Case is related to 5:87-CV-89. This is probably the State of Michigan's suit against HM Holdings/Allied Paper Company seeking remediation of Bryant Mill Pond on Portage Cree.
   2. Judge is Robert Holmes Bell
   3. AOC attached to complaint says the three Ps are in because of recycling, especially carbonless copy paper.
   4. Restated First Amended Complaint
      1. See this document for interesting examples of allegations against other PRPs, including allegations that PRPs are riparian owners, used PCBs (and PCB spills were bound to occur), had at least one PCB spill, or even that they generated waste oils from hydraulic systems at a time during which oils were typically contaminated with PCBs.
      2. Sources of PCBs mentioned are capacitors, transformers, oils, waste fluids, liquids, hydraulic systems, coolants, transformer substations, manufacturing operations, waste oils, and automotive parts (rear axles).
   5. Menasha Corporation's Motion to Compel Production of Documents and for Sanctions etc. includes a list of knowledgeable Allied Paper witnesses who were deposed.
   6. Mark Brown and Dawn Foster worked for plaintiffs. John Geisy worked for defendant Upjohn.
   7. A deposition attached to Plaintiff's Consolidated Memorandum in Opposition to Menasha's Motion to Compel discusses sources of secondary fiber to a boxboard plant.
      1. Also attached to the Memorandum is an excerpt from John Geisy's deposition in HM Holdings v. Lumbermen's Mut. Cas. Co., No. L-96187-87 (N.J. Sup. Ct. Union County - Law Div.).
      2. Also attached is a letter to GLNPO re: a report called 'Polychlorinated Biphenyls (PCBs): Sources and Regulations,' prepared for GLNPO by Ross and Associates Environmental Consulting, Inc. Letter is dated 3/8/95.
10. Green Bay Press-Gazette series entitled 'River Renewal: Fixing the Fox,' attached to 9/15/97 fax from Fleishman-Hillard
   1. Table of bird injuries from PCBs -- source is FWS -- table has map of locations in Green Bay
      1. Multiple sites -- bald eagle, impaired reproduction
      2. Gravelly Island -- Caspian terns, aberrant behavior
      3. Spider Island -- Double-crested cormorant, impaired reproduction, deformities
      4. Cat Island -- black-crowned night heron, deformities
      5. Renard Isle -- Forster's tern, impaired reproduction, deformities; common tern, impaired reproduction, deformities; black-crowned night heron, deformities
   2. One article, 'Listing as Superfund site could force cleanup,' 9/14/97, says that the fish advisories 'aren't foolproof, as is evident on any summer day along the Fox River where people -- often Hmong immigrants -- are seen reeling in white bass, catfish and others on the do-not-eat list.'

# Documents

3. One article, 'Fox River on cutting edge of PCB research,' 9/14/97, quotes David Allen as saying the NRDA should be completed in 12/98.
4. One article, 'Push for Fox cleanup started decades ago,' 9/14/97, recounts efforts of Art Kaftan and others to clean-up the Fox River in the late 1940s.
    1. We have some of this information in the DOI documents.
    2. Article has a chronology of 'Fox cleanup'
        1. 1927 – 'River here is terrible, in fact it can no longer be called a river, but more in the line of an open sewer.'
        2. 1933 – 'The stench is so bad that East High School regularly holds classes with the windows closed.'
        3. 1989-91 – WDNR and FWS discuss starting a joint NRDA.

11. Green Bay News-Chronicle article, entitled 'Parks could key locks,' dated 9/15/97, attached to 9/15/97 fax from Fleishman-Hillard
    1. A plan to renovate and operate all of the locks so that boats can go from Green Bay to Lake Winnebago could be complete, if local communities and Gov. Thompson approve.
    2. Corps owns and operates the century-old lock system, but only three of 17 locks – De Pere, Menasha, and Little Kaukauna – are working. The Corps sopped maintenance on most of the system on 1984.
12. Fox River tutorial on facts of the case – in NCR-C at 9/5/97
13. BBL fax 9/12/97, in NCR-C file, contains references for the Fox River data that exists.
14. BNA Environmental Reporter, 8/15/97, 'Court ruling prevents disposal site expansion'
    1. An ALJ at WDNR Division of Hearings and Appeals issued a ruling 7/14 preventing expansion of Renard Isle. WDNR erred in certifying under sec. 401 of CWA. Expansion would have been to north side of island.
15. Green Bay Press-Gazette article, 9/15/97, 'Former mill chief proud of environmental efforts,' in Fleishman-Hillard 9/16/97 fax
    1. Indirect quote from Fort Howard former chairman Don DeMeuse: 'The mill's greatest contribution was helping to pioneer paper recycling in the 1930s, he said.'
    2. DeMeuse, re: PCB contamination from recycling: 'It's a sad thing that it happened. But it happened, and it happened really without anybody's knowledge that anything bad was being done.'
16. Green Bay Press-Gazette article, 9/15/97, 'PCBs not only pollutants in Fox River,' in Fleishman-Hillard 9/16/97 fax
    1. Chemicals mentioned include mercury, ammonia, heavy metals (copper, lead, and zinc), DDT
    2. 'Unlike PCBs, however, mercury's presence in the Fox River doesn't threaten the health of people or wildlife.'
    3. 'For reasons [experts] are not sure of, the river's chemistry doesn't cause mercury to collect in fish tissues as it typically does – meaning humans won't ingest it when eating fish from the river's waters.'
    4. However, mercury could cause problems if it escapes into waters having a chemistry that would allow it to change form and bioaccumulate. Paulson says such conditions may exist in Green Bay and/or Lake Michigan.
    5. Significant amounts of mercury came from an anti-slime agent discharged by paper mills, according to Paulson.
    6. Ammonia is byproduct of rotting algae and other plants.
    7. Dale Patterson: 'We see some of the more common pollutants that you would expect are in an industrial environment. But the one that really stands head and shoulders above the rest is PCBs. Would we be trying to mobilize a major cleanup effort if the PCBs weren't there? We probably wouldn't.'
17. Green Bay Press-Gazette article, 9/15/97, 'Paper mills also want a better Fox River',' in Fleishman-Hillard 9/16/97 fax
    1. Tom Olson, president and CEO of US Paper: 'We derived no economic benefit from PCBs. Quite frankly, I don't believe the people who were in our company at that time knew anything about PCBs.'
    2. Olson: 'When we first discovered there might have been a problem with [PCBs], we immediately went to a different solvent – so we were six years before we had to.' Note use of word 'we' – implies he's speaking for recycle mills _and_ NCR.
    3. Olson: When PCB use ended in 1971, 'it was universally known that there was something peculiar about it. I don't think anybody really understood it until the late '70s, when they started to ban it, but it was in its infancy.'
18. Appleton Post-Crescent 9/11/97 article, 'Revitalization project for portion of Fox waterway finally takes shape,' in Fleishman-Hillard 9/16/97 fax

## Documents

1. Re: an island called Vulcan Island. WEPCO bought it from Kimberly-Clark in 1988. Island had a small crib dam that connected to a government-owned dam. Neither private party owned the dam, and the City of Kaukauna and ACOE denied ownership, too. WEPCO brokered deal to improve the island and dam without anyone taking ownership of the dam. WEPCO just 'sold' the island to the city.

19. Wisconsin State Journal article, 9/18/97, 'Fox River fish advisories ignored, study says,' in Fleishman-Hillard 9/18/97 fax
    1. Mentions Henry Anderson study done for US Public Health Service -- study concerns all Great Lakes states
20. Appleton Post-Crescent article, 9/17/97, 'Anglers ignore advisories of tainted fish,' in Fleishman-Hillard 9/18/97 fax
    1. Re: Sierra Club and Great Lakes Center for Environmental Safety and Health (U of Ill.) study re: anglers don't know about fish advisories.
    2. Also mentions recent New England Journal of Medicine study re: children of WI women who ate fish on the advisory list 2-3 times per month fall up to two grades behind their peers in reading and math and show an average IQ loss of six points
21. Search of PCS database for facilities in Fox River watershed (HUC = 04030204) with PCB limits in their permits (in NCR-C dated 9/19/97):
    1. Kimberly-Clark (Lakeview)
    2. Green Bay Packaging
    3. James River (Green Bay)
    4. Fort Howard
    5. Green Bay Met
    6. Appleton POTW
    7. Grand Chute Menasha West Sewerage Comm'n
    8. Neenah-Menasha Sewerage Comm'n
    9. Wisconsin Tissue
    10. US Army Corps of Engineers (permit parameters for Corps are also in NCR-C dated 9/19/97)
22. Search of TRI database for facilities in Brown and Outagamie Counties with PCB reported discharges (in NCR-C at 9/19/97)
    1. Only James River (Green Bay) turned up -- off-site transfers, probably related to taking electrical equipment out of service
23. 'Final Report of the Toxic Substances Task Force on the Lower Fox River System,' July 1983, by WDNR, USGS, USFWS, USEPA Region V, U of W
    1. Increased regulation of conventional pollutants has led to more problems with toxics, because fish are living and people are eating them. 1.
    2. PCBs, dioxins, furans, ammonia, resin acids, and chlorophenols may be biggest threats to fish, wildlife, and beneficial uses. 1.
    3. Furans are microcontaminants in PCBs. 2.
    4. Dioxins are microcontaminants in chlorinated phenols, especially 2,4,5 trichlorophenol and pentachlorophenol. 2.
    5. Several chlorinated phenols were used in the pulp and paper industry as fungicides/slimicides. 3.
    6. Furans are microcontaminants of chlorinated phenols. 3.
    7. Presence of furans is only suspected in the river. 3.
    8. Resin acids may be chlorinated in the pulp bleaching process. 3.
    9. Resin acids are the principal toxic component in many paper mill effluents. 3.
    10. Tri- and less chlorophenols may still be discharged because of pulp bleaching and wastewater disinfection. 5.
    11. Sediments are a source of resin acids and other chlorinated acids. 5.
    12. Chlroinated phenols are in sediment. 10.
    13. Metals are all classed as Category II, because there levels are declining and in some cases nearing detection limits. 11.
    14. A list of compounds by category appears on p. 12.
    15. Furans are breakdown product of PCBs. 34.
    16. No sediment samples in the Fox River and Green Bay have been analyzed for furans. If furans are present in Aroclor 1242 at 1 ppm, they would be in the sediment at a ppt level. 34.
    17. Sediments contain at least some DDT, DDE, cadmium, chromium, copper, lead, mercury, and zinc. 58.

# Documents

18. Deink mills ahve sludge landfill sites adjacent to the river. One such landfill, now abandoned, has sludge with as high as 590 ppm PCBs. 59.
    1. Cites to WDNR, 1981-82, Unpublished correspondence, Bureau of Solid Waste, Madison.
19. Chlorophenols are produced commercially for use as intermediates in making dyes, pigments, phenolic resins, pesticides, and herbicides. Some chlorophenols are used directly as fungicides, wood and leather preservatives, bactericides, herbicides, insecticides, and antigumming agents for gasoline. 60.
20. Chlorophenols may be produced inadvertently during wastewater chlorination or during chlorine bleaching. Pentachlorophenol may also be present in wastepapers used as fiber sources. 60.
21. Chlorophenols have been found in sediments in LLBM and above Rapide Croche and Little Rapids Dams. 62.
22. Resin acids are non-cell-wall contituents of wood, released during the pulping process. They may become chlorinated through chlorine bleaching. A commerically isolated resin acid fraction, called 'rosin,' is used as a paper sizing agent. 62.
23. There are two ammonia toxicity plumes in the Fox River -- one at the mouth (probably Green Bay Met) and one upriver at a paper mill that uses urea to make specialty paper. 64.
24. Letter from JJ Hangen to David Mitchell, Warburg Paribas Becker Inc., 9/10/75, re: questions developed by Boise Cascade, ATT01699
    1. Assuming full capacity, these are APD's production and price of major grades
        1. Carbonless, 260K tons, $917/ton
        2. Coated specialty papers (book coverings, maps, shelf lining paper, etc.), 25K tons, $1290/ton
        3. Telephone directory paper, 70K tons, $331/ton
25. Sheboygan Press, 'The Hunt for PCBs', 10/20/97 (in Mark Thimke 10/22/97 fax)
    1. USGS is doing a study on how much PCB contamination is entering Lake Michigan and where it is coming from.
    2. Peter Hughes, supervisor of Environmental Studies Unit for USGS: raw data from study indicates that Fox River is 70 percent of PCBs entering, while Sheboygan River is 5 percent.
26. Summary of Interview with Gaylon Jay 'Bill' Wilson, 7/21/95, summary prepared by Gina Rose, NCR Law Dept.
    1. (Various facts involving different subjects not inputed into database.)
    2. 3M began producing carbonless paper after NCR gave them the encapsulation process, which was supposedly for other types of products. NCR sued 3M and began collecting license fees. Said someone should look at 3M for liability at the Fox River.
27. E-mail from TMM to JAS, 10/29/97
    1. Angus told TMM about a meeting several weeks ago on the Hudson at which EPA's 'risk person' tentatively opined that 2 ppm in fish tissue might be protective of human health at a 1 x 10-4 level.
28. 'Expansion of Dredge Spoils Approved,' Wisconsin Environmental Law and Regulation Report, 10/27/97, in NCR-C
    1. Brown County Harbor Commission recently received approval from DNR to expand disposal of dredge spoils at a site owned by Brown County in Green Bay. No indication as to where the spoils come from.
29. Memo from JMH to JFW enclosing info on Index of Watershed Indicators from EPA web site, in NCR-C at 11/6/97
    1. EPA's indicators for Fox River show that EPA thinks we need additional data on fish consumption advisories, contaminated sediment, and ambient water quality -- toxics.
    2. River exceeded water quality standards for copper, hexavalent chromium, nickel, and zinc in 1990-95.
    3. Fox has high volume of water impounded in dams. There is a list of impoundments attached.
    4. EPA has a listing of which facilities exceeded NPDES permits for toxics. Accessible on the web.
30. David Hohreiter, BBL, Evaluation of Potential PCB-Related Effects in Humans, attached to de maximis 3/11/98 fax to FRG steering committee, in NCR-C
31. Memo from JMH to JFW re: BASINS software, in NCR-C at 11/6/97.
    1. This software analyzes data on a watershed basis and allows one to apply analytical tools to do things like TMDL development.
32. 'Science must drive cleanup,' Green Bay Press-Gazette, 11/5/97, attached to Fleishman-Hillard 11/6/97 fax, in NCR-C
    1. '[N]either side can rush the careful study essential to effective remediation of river problems. Neither can sit on closed-minded positions. We don't want to see agency and government people locked into a dredging-only position and the mills adopting a time-heals-all-wounds stance.'
    2. 'We don't want work on the river delayed. But the mills make a persuasive case for some additional testing.'



CONFIDENTIAL NCRV_13609238

# Documents

3. If FRG studies are right, 'might it be less dangerous and less expensive to leave them where they are rather than stirring up the river bottom by dredging, transporting and storing contaminated sediment? We aren't sure. But we believe a reasonable amount of new testing of hot spots could show if clean sediment is sealing off PCBs. It should be possible for the mills to do that without unduly delaying major remediation work.'

33. Memo from Jim Beal, DNR, to DNR's Fox River Team (Patterson, Mercurio, Paulson, Jaeger, Walz, Killian, Kreider, Velleux), 8/25/95, re: dredging work in the Fox River
    1. Most ACOE dredging was done in Fort Howard turning basin and just down stream of the basin between the CNW RR bridge to the SOO Line RR bridge. Other dredged areas include outer channel and the area in the East River turning basin (near James River).
    2. ACOE does channel sounding each year and contracts out dredging to a required depth of '24.0 + 1 feet.'
    3. Dredged sediment goes to Renard Island or Bayport Island.
    4. ACOE has also taken sediment cores.
    5. ACOE did not have accurate records from before 1982 (memo has info from 1982 to 1994).
    6. ACOE did not have data on dredging upstream of De Pere, but this area probably hasn't been dredged since 1970.
    7. Total volume dredged 1982-94 is 619,038 cubic yards.

34. Letter from Mark S. Grazioli, ACOE, to Ronald G. Spry, FWS, 7/10/86, re: capping Renard Island CDF
    1. A 1982 IJC report says sediment samples in non-depositional areas of Lake Michigan have cadmium levels averaging 0.9 mg/kg.

35. Memo from Dave Wentland, Fox Valley Water Quality Planning Agency, to FVWQPA Modeling Subcommittee members, 7/30/86, re: meeting with ACOE re: expansion of Kidney Island CDF
    1. ACOE retained Dr. Kwang Lee to evaluate proposed expansion. Lee concluded that there were better alternatives. ACOE changed its proposal and Lee wouldn't endorse ACOE's proposal until he could model the changed version.

36. Toxic Substances Management Technical Advisory Committee Report, Lower Green Bay RAP, 11/1/86 'First Draft'
    1. Report suggested studying the two coal and gas power plants located along the river to assess existence and possible impacts of groundwater contamination. FH015751.
    2. Landfill '[s]ites with PCB contamination should be evaluated to confirm (or refute) the belief that they do not contribute to the river and bay's contamination problems because of PCBs relative insolubility in water and the lower permeability of clay liners.' FH015751.
        1. However, sites to look at first are Green Bay Military Site, Nicolet Paper Site, Bergstrom Site, and Bay Port Industrial Park.
    3. Representative disposal areas for fly ash, snow, and sludge should also be looked at. FH015751.
    4. 'The disposal of dredge spoil from navigational dredging operations in Green Bay has been an ongoing problem and a source of considerable controversy in the AOC. There is a clear need for a long term look to provide a safe dredge disposal method that can be used for a period of 25 years.' FH015771.
    5. 'Detailed studies have been made of the distribution of sediments, sedimentation rates, and mixing depths in Green Bay. The results show that there is very little accumulation of sediment north of Chambers Island or south of Long Tail Point. The maximum deposition appears to be occurring in deeper water due west of Sturgeon Bay as a result of the effect of the Peshtigo reef on the generally counterclockwise current pattern in the bay. This distribution of sediments, and associated pollutants, indicates that the pollutant load from the Fox River is largely concentrated in the middle bay.' FH015802.
    6. 'Public navigational dredging of Green Bay harbor currently consists of two distinct projects, routine maintenance dredging of the harbor and entranc e channel and new work dredging of the Fort Howard Turning basin. ACOE is responsible for both.' FH015802.
    7. 'In addition to public dredging, private companies dredge to maintain adequate depths along docks and wharves and in slips.' FH015802. 'Private maintenance dredging produces about 40,000 cubic yards of polluted dredge spoil per year.'
    8. 'At presence ACOE estimates that about 3.9 million cubic yards needs to be dredged from the Fox River and the outer entrance channel during the next four years. Of this 3.6 million cubic yeards is considered polluted and requires confined disposal. Beyond the next four years, maintenance dredging could produce about 400,000 cubic yards of dredge spoil per year.' FH015802.

# Documents

9. 'Dredging can be a significant factor in influening the distribution and bioavailability of toxics. . . . Depending on the method of dredging (hydraulic vs. mechanical), the velocity of the water, and the physical size of sediment particles, contaminants are resuspended into the water column. Once resuspended and/or settled on the surface of the bottom they once again become available to the food chain. The specific contribution of toxics to the food chain caused by dredging in Green Bay Harbor is not known.' FH015803.
10. Toxic compounds in Fox River are categorized as follws: (A) is polychlorinated hydrcarbons (PCBs, dioxins, furans); (B) is ammonia; (C) is heavy metals, acid fraction, polyaromatic hydrocarbons, volatile hydrocarbons, and unknowns. FH015804.
11. 'An area of concern within the study area is the Bayport Industrial Park in the City of Green Bay. This area was known as Atkinson's Marsh. Over the past 25 years it has been filled with flyash and bottom ash from WPS's Pulliam Power Generating Facility, dredge spoils from the Fox Rover and demolition material.' FH015813.
    1. Owned by WPS and City of Green Bay. City property was capped in late 1970s with dredge spoils from the river. Samples show PCB concentrations of 1.32 to 10.74 ppm in the dredge spoils; also high heavy metals.
    2. DNR ordered WPS property closed in the late 1970s. PCBs and heavy metals present in dredge psoils. Until current dike constructed in 1977, wave erosion caused dispersion of the material into Green Bay.
12. Present site of WPS's offices was once a coal-gas plant. Groundwater is hydrologically connected to river. High levels of several contaminants in groundwater above standards. Also potential for discovery of buried reservoirs of coal tar. FH015813-16.
13. List of landfills located within 1200 feet of river or bay FH015818.
    1. Brown County
        1. City of Green Bay, Military Avenue
        2. City of Green Bay, Danz Avenue
        3. Green Bay Wildlife Sanctuary
        4. City of De Pere
        5. Town of Allouez Dump
    2. Calumet County
        1. Schmaltz Landfill
    3. Winnebago County
        1. Bergstrom Landfill
        2. City of Menasha
        3. Allied Chemical
        4. City of Neenah (3 of these)
        5. Refuse Service, Inc.
        6. Winnebago State Hospital
        7. City of Oshkosh
        8. Town of Algoma
14. 'The Bergstrom [Landfill] site . . . was probably a source of PCBs and VOCs in the past. A clay dike was installed around the site in mid-1976. Monitoring wells within the dike show less than 0.5 ppb PCB. Hydraulic modeling of the site indicates that about 120 gallons per day of water flows through the dike into LLBM. Concentrations of PCB in the sludge range from .4 to 570 ppm.' Also a bunch of other chemicals. FH015818.
    1. This equals 240 ug of PCBs/day, which = 87.6 mgs/year, assuming 4 liters per gallon. This is low, but maybe it was higher before 1976.
    2. Report gives figure of 8.28 x 10-5 grams/year. FH015819. 'It can be stated that contaminated ground water is not a significance [sic] source of PCBs within the study area.'

37. Letter from Timothy J. Kubiak, FWS, to Raymond T. Beurket Jr., ACOE, 10/13/83, Doc No. FH001633
    1. 'Old Open Water Site West of Navigation Channel'
        1. This site was used before CDFs. FH001634. Identified on map on page FH001636.
        2. The entire area west of the navigation channel is an important yellow perch nursery area and likely spawning area. It is a fish refuge from commercial fishing. FH001634.
    2. Kidney Island CDF
        1. Common terns have nested the last two years inside the Kidney Island CDF. FH001634-35. Other species that have used the CDF include ring-billed gull, herring gull, Canada goose, black and mallard ducks, and shore birds.
        2. Water quality is considered poor along the near east shore. However, water from the Fox River enters the bay and moves counterclockwise, hitting the CDF area first. FH001635.

## Documents

3. Bayport
    1. Bayport Industrial Park, formerly Atkinson's Marsh, has previously received O&M dredged materials from the harbor. Wildlife values has decreased. Essentially the result of placing polluted dredged materials in the area and elevation differences. FH01638. Port director was reserving the remaining area for contract private dredging and the Fort Howard Turning Basin project. Most recent sampling had furans at 50 ppt.

38. Preliminary Assessment and PCB Groundwater Monitoring Results, PH Glatfelter – Park Site Landfill, FH000655 (first page of longer report)
    1. Study conducted as part of Mass Balance.
    2. From 1951 to 1975, dewatered waste sludge was dumped in the landfill. In 1974, DNR ordered the landfill closed. Plans were to build 'Arrowhead Park' (not built as of time of report).
    3. Estimated volume of disposed sludge 'potentially containing PCBs' is 450K cubic yards. PCB concentrations were as high as 590 ppm, but average concentration was generally less than half that.

39. Spearin letter, 1/19/76, faxed from Glatfelter, 10/21/94, with what appear to be handwritten notes from a Glatfelter person, FH000001
    1. Handwritten notes on document assume that ACPC had spills of 0.1 % for a PCB discharge figure of either 4416.2 pounds or 8832 pounds (depending on 80 or 90 percent removal).
    2. Handwritten notes assume that ACPC generated 3 percent broke.
    3. Handwritten notes assume that Glatfelter bought 80 percent of ACPC's broke.
    4. Handwritten notes assume that all PCBs into Glatfelter went to wastewater.
    5. Resulting figures:
        1. 17,425 tons of paper (1.185 million pounds of PCBs) processed at Glatfelter.
        2. At 80 percent removal, 237K pounds of PCBs to the river. At 90 percent removal, 118,490 pounds to river.
    6. Handwritten notes also repeat the figures obtained by the three DNR methods of calculating PCBs (direct discharge, model extrapolation, and coring cessium).

40. Letter from Richard Benson, Mead, to Loren Demand, WTM, re: PCBs in Mead broke, 4/8/75 (with internal Mead memo of 4/2/75 attached), WTM02972-73.
    1. Says Mead carbonless broke does not contain any PCBs. But note there is no statement about having previously contained PCBs.

41. Bergstrom internal memo from John E. Valente to Ken Maves, 4/3/72, re: PCB Contamination Summary, GN4001546
    1. 'Bergstrom's experience begins with a letter dated August 25, 1971, by Ed Gallaher to Ken Maves.' This letter said that vehicle for dye material in carbonless paper was found to migrate from paper board to food products.
    2. 'On Sept. 24, Ken Maves, our R&D Director, writes an interlaboratory assignment note to this writer on growing concern with PCB especially as related to CNR type broke believed to contain PCB or derivatives. A study of PCB and methods for testing already beginning at the Institute of Paper Chemistry in Appleton followed.'
    3. In a call to Dr. Irwin Pearl, in charge of IPC's PCB testing project, Pearl said he thought that if a deinker could remove all of the color, there should be no danger (presumably of PCBs on product.)
    4. A test of NCR Paper made before June 1971 contained 1600 ppm PCB. After deinking and washing, it contained 1500 ppm PCB. After deinking, bleaching, and washing, it contained 850 ppm. 'It is apparent that caustic extraction removes no PCB but bleaching and washing accomplish some reduction.'
    5. Other papers tested (including one with 80-90 percent) PCB tested above 1 ppm PCB.
    6. 'Thus, our input must be uncontaminated and clean on tests. This is uneconomical as the series of tests conducted above were extremely costly . . . .'

42. WTM notice from Loren J. Demand, Purchasing Manager - Pulp and Secondary Fiber, to All WTM Secondary Fiber Suppliers, 9/16/75, WTM00368
    1. 'Since carbonless paper made prior to 1971 still finds its way into office waste, and is not easily distinguishable from such paper now being made, we ask that you immediately discontinue sending us any waste paper containing office waste.'
    2. Attaches 8/29/75 newspaper article quoting Groff Collett of Consolidated Papers, Inc., Wisconsin Rapids, as saying that if paper mills are banned from discharging PCBs, they will have to stop using waste paper.

# Documents

43. 'Report on Inspection to Determine Compliance with the Federal PCB Disposal and Marking Regulations,' performed by Versar for EPA at WTM, 8/19/82, 010102 (on system; printed Bates number is 010138 -- Bates numbers run backward)
    1. Participants were Daniel M. Alberts, WTM physical engineer; Bernie Van Camp, production manager, and Art Schurer, treatment plant operator, for WTM; and Anne M. Venetta and Gary M. Hacker, compliance auditors, for Versar
    2. Areas of non-compliance
        1. Improper storage -- 2 55-gallon drums of PCBs stored for disposal were not located in a permanent PCB sotrage area. One dums contains one leaking PCB capacitor and three non-leaking PCB capacitors. The other drum has PCb contaminated solid materials generated from the cleanup of the leaking PCB capacitor. Drums weren't dated and have been in storage about four months.
        2. Improper marking -- the drums weren't marked with the right label.
    3. WTM Plant 1 has four in-service transformers with mineral oil. 2 tested for PCBs on 2/5/81 by GE and found to contain less than 50 ppm.
    4. WTM Plant 1 has 27 in-service large, low voltage PCb capacitors and 27 non-PCB capacitors. No leakage.
    5. WTM did a survey on 8/24/81 and submitted it to NCASI.
    6. Plant 2 (the converting plant) has 8-10 in-service large, low voltage non-PCB capcitors.
    7. Drums of waste oil are picked up by Levenhagen Corporation Petroleum Products of Madison and recyled by Filmite Corporation. No PCBs detected in either of two oil samples.
    8. Wastewater effluent is tested for PCBs monthly by Badger Laboratories or IPC. Raltech Laboratories has tested effluent yearly since 1973. Highest concentration detected since sampling began was 6.0 ppm. Inspectors detected 11 ppb Arcolor 1260.
    9. Description of sludge volumes and how it is generated.
    10. Sludge disposed of at Winnebago County Landfilll
    11. Sludge tested for PCBs monthly by Warzyn Engineering. Highest sludge values are 3800 ppb PCB.
    12. Schurer told inspectors that 'high concentrations may be attributed to the use of Carbonless Copy Paper, which the facility stopped using last year.'
    13. WTM was established in 1914 and became an affiliate of Philip Morris Industrial, Inc. in 1977.
44. Memo from J. Asmuth, WTM, to Loren Demand, WTM, re: PCB's in Wastepaper, 8/25/75, WTM00374
    1. Requests Demand to send letter discontinuing use of office waste.
    2. 'It is my understanding that Bergstrom Paper Company recently did this as they are in serious trouble with the PCB count in their effluent discharge.'
45. Testimony of Richard W. Wand, Administrative Vice President, Bergstrom Paper Company, before DNR, PCB Hearings, 8/28-29/75, WTM00614
    1. Takes position that testing all incoming waste paper for PCBs is impractical. Says Bergstrom would have to stop using waste paper and would go out of business.
46. WTM memo from Jim Asmuth to George Mueller, 1/21/76 re: contacting Walter Spearin of Appleton Papers re PCBs, WTM00669
    1. Mueller should contact Spearin re: info on PCBs.
47. WTM memo from George Mueller to Jim Asmuth, 2/3/76, re: contact with Walter Spearin re: PCB's, WTM00667
    1. APD has provided what info they have to Jim Haney as part of Wisconsin Paper Council project.
    2. APD made no PCB test measurements when it used PCBs.
    3. 'While they were aware that such broke was being recycled in other papers, there was no effort on their part to follow the path of PCB's, because no one really understood the potential hazard involved in theuse of PCB's.'
    4. APD's broke is now recycled in their 'combined mill.'
    5. APD is getting PCB test results at CPM under 5 ppb -- the same as WTM -- despite the fact that the bulk of CPM's furnish is virgin purchased fiber.
    6. Spearin says he is a member of the Wisconsin Paper Council's Government Committee, but Mueller has never seen him at the meetings.
48. WTM memo from George Muller to Jim Asmuth, re: PCB, 12/23/75, WTM02974
    1. 'But in until 1968, there was no general knowledge even in the scientific field of any problem which could be caused by polychlorinated biphenyls.'

2. 'It is likely that [the 1968 Japan PCB poisoning] incident became known to the people producing carbonless paper, leading to their decision to find an alternate material for self-protection.'
3. 'Most of us in the paper industry were completely unaware of all the afore mentioned information until the year 1975. We, at WTM first became aware of this during the month of July in conversations with people at Bergstrom and Fort Howard.'
4. Testing for PCBs in furnish in time to reject a lead with high PCB levels is impractical.
5. 'We have found . . . that our effluent stream is relatively clean . . . . We have also found by only two tests that we have in the range of 40 ppm in our sludge. This demonstrates that the material does go with the solids, but it clearly points up another dilemma which is that if waste paper is not consumed in the matter [sic] in which we do so (that is, making a usable product out of it), the PCB will be buried in the ground in a landfill in [sic] the waste paper causing the same kind of problem but with no benefit being obtained from the waste paper before landfill."
6. 'We cannot test for PCB in our lab facilities.'

49. 'Corps Urges EPA to Drop Plans to Publish Sediment Quality Criteria,' Inside EPA, 10/3/97, returned to library
    1. ACOE is urging EPA to drop its plan to publish sediment quality criteria. ACOE apparently wants general guidelines instead of legally binding criteria. ACOE doesn't want criteria to force a state to limit disposal of dredged material; it is worried that states would be forced to apply sediment criteria into their WQS and apply on a pass/fail basis.
50. Charlie Kamps memo to steering committee, 11/18/97, in NCR-C
    1. On conference call with consultants, they decided not to pursue developing human use facilities at Point Au Sable.
        1. Desires of Gauthiers and other neighbors for privacy
        2. Someone has expressed concern over right to hunt
        3. Concerns of Nature Conservancy and UW-GB over public use
        4. Even if could acquire Gauthier and Donarski properties, might take a year or more to work out a stewardship arrangement for even limited public access
        5. Not clear that public even wants to visit anyway
    2. But group wants to go forward with habitat enhancements -- consultants will survey area and make recommendations on what enhancements
    3. Kamps still wants to go forward with one last effort to buy Donarski and Guathier properties for $60K with an offer to expire 12/20 .
    4. Nature Conservancy wants to buy the Tetzlaff property (23 acres between Nature Conservancy and Nicolet drive). Offer of $1K/acre was rejected but he thinks he can get it for $1.5K/acre. George Boronow of DNR also likes idea. Consultants will view property and make recommendation.
51. Memo from Mark Thimke to FRG steering committee re: Manistique, 11/26/97, in NCR-C
    1. Gives statistics on EPA dredging
    2. Average cost for dredging in 1997 was $130/cy Total expenditures to date are $15 million.
    3. EPA has left residual sediments in the harbor with PCB levels over 500 ppm in several areas.
52. Letter from JJ Hangen to David Mitchell, Warburg Paribas Becker Inc., 9/10/75, re: questions by Boise Cascade, ATT01699.
    1. Appears that APD used purchased pulp and purchased base stock for carbonless grades. Pulp production within APD is used for phone directory paper. Suggests that 'purchased base stock' is limited to paper coming from outside the Division (i.e., not from Combined Locks). Might be important if we get into issue of twice-through recycling -- carbonless paper broke included base paper that was virgin fiber, not itself recycled fiber.
53. 'Restoration plan for Locks up in the air,' Appleton Post-Crescent, 11/20/97, attached to BBL fax, 11/26/97, in NCR-C
    1. Not clear that state will find ACOE offer to take over locks acceptable.
54. Memo from Steven Perry, BBL, to FRG steering committee re: Acquisition of Tetzlaff property on Point au Sable, 11/26/97, in NCR-C
    1. Tetzlaff has rejected the $1000/acre offer, but has indicated a willingness to sell. BBL recommends that the group give a counteroffer.
55. Fax from Joe Heimbuch to FRG steering and technical committees, 12/3/97, in NCR-C

## Documents

1. Contains news brief on a test of clay-coated pellets to cover PCB-contaminated sediment in the Ottawa River, near Toledo.
2. Also notes that EPA says the Ottawa River holds PCBs at millions of times the 'federal standards,' and that EPA and Ohio officials 'do not plan to dredge the river because they are concerned that such an action might release PCBs into the water.'

56. Copy of S1386, sponsored by Sen. Levin, as introduced
    1. Bill would require sediment quality criteria, revision of HRS, allow spending of $300m/yr from fund on sediment sites with priorities for sites with source control plans and sites willing to make a 25 percent state contribution, require EPA to do 20 hazard rankings (unless state or RAP committee objects).
    2. What would the sediment quality criteria really do?
57. The Transport and Fate of PCB Congeners in Little Lake Butte des Morts, WI, a preliminary proposal by Judy L. Crane, PhD Candidate, UW Madison, 7/15/88, Bates No. 0011-1432 (DNR Bates No. 008123)
    1. Bergstrom dumped sludge in Arrowhead Park landfill from 1951 to 10/75. PCB levels in sediment near that landfill are as high as 190 ppm. 14.
        1. Cites to Peterman 1983 (his master's thesis), which in turn cites to a Glatfelter 1981 document.
    2. Some Aroclor substitutes become chlorinated when run through a deinking process. 15.
        1. Cite to Peterman 1983).
    3. Marti 1984 estimated PCB loading into Lake michigan from 14 tributaries. Peshtigo, Escanaba, and Oconto rivers had low flow and low PCB concentrations; speculates that atmospheric deposition and runoff were main sources to these tributaries. Average PCB concentrations in the Menominee was 15 ppt 'and PCB loading to lake Michigan ranged from 20 to 82 kg/yr.' (Does this last quote refer to Menominee or to all sources to Lake Michigan? 16.
58. Memo from Jo Mercurio to Tim Doelger, WDNR, 10/21/92, re: meeting on 10/8/92, Bates No. 0009-1176 (DNR Bates No. 13224)
    1. Bud Harris says any remediation will likely release ammonia from bottom sediments, but this isn't a barrier to remediation.
    2. 'STAC priorities [for other COCs] are PCBs, DDT, mercury, lead, dioxin, and ammonia.'
59. Fax cover sheet from Skip Missimer to Al Toma, 10/28/92, Bates No. 0009-1195 (DNR Bates No. 13243).
    1. Skip attaches several pieces of info on use of PCBs and mercury in paper making process. Also started searches at NCASI and IPST for more info on mercury.
60. Memo from Jo Mercurio to Al Toma, 10/7/92, re: FRC ad hoc meeting to discuss data needs for sediment remediation, Bates No. 0009-1208 (DNR Bates No. 13256), and handwritten notes following
    1. Seems to say Appleton STP bypassed secondary treatment. Asks question – discharged raw or primary treated waste?
    2. Sources of PCBs other than mills – foundries, hydraulic fluid users, electrolytes
    3. Mercuric slimicides – where and when were they used? 'Will help determine if PCB clean up will get at Hg.'
    4. When was Arrowhead Park filled?
61. Page entitled 'Ad Hoc Meeting, Fox River Coalition – Data Group,' Bates No. 0009-1212 (DNR Bates No. 13260) and handwritten notes following
    1. Some possible figures on amount of office waste recycled
    2. Virgin pulp has 10 to 70-80 ppb PCB
    3. Note asks question, 'NCR – trim waste? landfill'
    4. Note mentions mercury slimicide issue. Then says 'source Appleton Papers - NCR.'
62. DNR facility contact form, 11/18/85, contact with Al Toma, Bates No. 0009-1145 (DNR Bates No. 13193)
    1. Fort Howard is removing lagoon #2 from service at the WWTP. Al said they want to fill the lagoon with dredge spoils from their boat slip.
63. Letter from Clifford Messinger, DNR, to James S. Haney, Bergstrom, 3/11/76, re: PCBs, Bates No. GS0006440
    1. Mentions Wiggins Teape process for removing PCBs with an acetone solvent.
64. U.S. Patent No. 3,910,813, issued 10/7/75, with assignee Wiggins Teape Research & Development Ltd.
    1. '[R]elates to the treatment of waste capsule-coated paper to reclaim the paper fibres and internal phase contained in the capsules.'
65. Fax from Mark Brown, BBL, to FRG steering committee, 12/4/97, re: summary information in response to USEPA's 'dredging successes' presentation

# Documents

1. Has info critical of dredging success at Manistique; Lake Jarnsjon, Sweeden; Waukegan Harbor; Ruck Pond; Sheboygan River and Harbor
2. Fax also contains a table outlining BBL's experience in PCB sediment dredging projects. They have been at Sheboygan, Cedar Creek/Ruck Pond, Grasse River (NY), St Lawrence River, Town Branch Creek (KY), Housatonic, and Ottawa River (OH).

66. Memo apparently from EPA Region 5, dated before 2/6/81, Bates No. FH014848
    1. Fort Howard was taking its PCB samples at periods of low TSS discharge, creating a bias
    2. Variation in PCB loading does not vary directly with variation in TSS loading, because TSS is not saturated with PCBs.
67. 'Man is on a mission to save lake,' Appleton Post-Crescent, 12/8/97, attached to Fleishman Hillard 12/9/97 fax, in NCR-C
    1. Article discusses commercial fisherman's claim that sheepshead fish in Lake Winnebago are largely responsible for growth of blue-green algae in the lake. (Idea is that sheepshead that particulate phosphorus and convert it to soluble phosphorus.) Algae, in turn, acts as a transport vehicle for PCBs going down the Fox River.
    2. There is clearly skepticism regarding fishmerman's claim that getting rid of sheepshead will help the algae problem. But the article doesn't say anything to suggest that anyone disagrees with notion that algae is a transport vehicle for PCBs.
    3. Article also implies that PCB transport for Lake Winnebago is a serious issue.
68. Sierra Club report, 'Danger in the air, Hope on the horizon,' July 1997
    1. Interesting citation: Cohen, M. et al, 'Quantitative estimation of the entry of dioxins, furans, and hexachlorobenzene into the Great Lakes from airborne and waterborne sources,' Center for the Biology of Natural Systems, Queens College, CUNY, Flushing, NY, May 1995.
    2. Annual losses due to restrictions on commercial fishing and destruction of contaminated catches is approaching $10 million.
69. A Select Inventory of Chemicals Used in Wisconsin's Lower Fox River Basin, John R. Sullivan and Joseph J. Delfino, UW Sea Grant Institute, 1982, in technical files
    1. Has tables showing principal toxic constituents in pulp and paper discharges.
    2. Table shows discharges of arsenic, cadmium, chromium, copper, and nickel for Proctor & Gamble.
    3. Table shows discharges of chromium, copper, lead, and nickel for Kimberly-Clark.
    4. Table shows discharges of cadmium, chromium, copper, lead, mercury, and nickel for CPM.
    5. Table shows discharges of arsenic, cadmium, copper, lead, and mercury for American Can.
    6. Table shows Fox River mills according to subcategory
    7. Kimberly-Clark's Badger Globe mill is a wastepaper tissue mill. 49. While the mill makes tissue, it seems that they could easily use office paper as feedstock.
70. Draft Marina Cliffs buyout agreement, attached to 12/17/97 fax from Ben Mieliulis to JMH, JAS, and Paul Samson, in NCR-C
    1. Possible issues
        1. If parties fail to raise sufficient settlement funds, as determined by the Remaining Parties, they can return everyone's money and forget it. p. 3 of trust agreement. (p. 6 of fax) Also mentioned in settlement agreement itself.
        2. 'This agreement may not be assigned by any of the Parties except with the prior written consent of all Remaining Parties.' p. 15. (p. 36 of fax)
    2. Settlement is for a $6 million projected cost with a 50 percent premium. As a result, buyout parties are 43.7 percent of the attributed barrels, but pay 65.6 percent of the projected $6 million. The premium is consistent among all buyout tiers.
    3. Money raised per tier:
        1. Majors, $984,400
        2. Mini-majors, $1,781,880
        3. De minimis, $1,103,216
        4. De micromis, $66,375
    4. NCR/API gains from the tiering. The average number of barrels in the mini-major tier is 26,065. NCR/API's number of barrels is 32,400.

# Documents

71. Letter from David A. Ullrich, EPA, to Jay Hochmuth, WDNR, 9/26/97, re: disposal of PCB sediment from Sheboygan River, attached to Mark Thimke 12/22/97 fax, in NCR-C
    1. EPA approved a level of 500 ppm in sediment to be disposed of in a solid waste landfill.
72. 'Regulators criticize plan to clean up Sheboygan River,' Milwaukee Journal Sentinel, 12/24/97, attached to Fleishman-Hillard 12/24/97 fax, in NCR-C
    1. Techumseh Products' consultants had considered dredging either 4200 or 12,500 cubic yards of sediment at a cost of $11 million to $23.7 million. JAS' margin note indicates that this is $1896 to $2619 / cubic yard.
73. Collection of documents received in response to FOIA to EPA Region V for documents related to API compliance history, in NCR-C (last week of 12/97 or first week of 1/98) and in Claire's pile of documents to be imaged
    1. PRIVILEG.TXT (C:\DOCS\ECCOLINK)
74. EBW memo to TMM et al, 1/9/98, re: Fox River / Wozniak Collection, in NCR-C
    1. Has list of oral history tapes that PHR reviewed in Green Bay. Most of these people are former employees of various mills.
    2. Most of the information relates to NRD/baseline issues
    3. A Fox Valley Historical Industry Survey, done in 1979-81, records industrial facilities constructed prior to 1945 in Brown and Outagamie Counties.
    4. Might Wisconsin Ecological Society records have something useful for PRP search?
75. Review of 'prior course of dealing' documents identified by Joan Radovich, 1/20/98
    1. Old Forge Landfill, PA
        1. API answered a 104(e) – six truck-hauls in 1978 with transporters believed to be connected to landfill. Didn't contract for hauling this material since late 1978. One purchase order in 1976 and six in 1978. Only one of these was after closing date.
        2. EPA confirmed 9/23/86 that it was not sending API a notice letter. No hazardous substances in shipment.
        3. API was third-partied into a litigation in early 1987, which was voluntarily dismissed with respect to them in May. Looks like API handled in-house.
    2. Chem-Dyne
        1. None of the documents show when API's contributions were.
    3. Sylvan Chemical Company, Frenchtown, NJ
        1. Bill Talmage sent API an inquiry letter on this site in 1989 for info on shipments from 1/1/70 to 12/31/79. An inquiry letter also went to Eurand America.
    4. Stotler Landfill
        1. 'Appleton Paper Company' was dismissed with prejudice on 4/14/93 from Delta Quarries & Disposal, Inc. v. ABC Mack Sales, No. 91-260J (WD Penn). Attorney for Appleton was Christopher G. Sitzmann, API in-house.
        2. There is a page from an accounting ledger showing payments to Stotler in 1977. Can't tell who's ledgers these are.
        3. An attorney in the case forwarded to API documents showing API's connection to Simon Trucking (who has a connection to Stotler). Shows documents for a 3/16/76 transaction. (Note Simon Trucking is one of the transporters involved in the 104(e) request noted above for the Old Forge Landfill site.)
76. 'Region 5 PCB-Contaminated Sediment Sites,' 9/12/97, attached to collection of materials from 1/22/98 FRG meeting (which is in NCR-C attached to note from JAS dated 1/25/98)
    1. Gives list of NPL sites, removal actions, other dredging projects, up and coming dredging projects, and non-PCB dredging sites, and gives their status
77. Michigan Environmental Science Board, Fish Consumption Advisory Panel, 'Evaluation of Michigan's Proposed 1998 Fish Advisory Program, A Science Report to Governor John Engler,' 1/98, attached to collection of materials from 1/22/98 FRG meeting (which is in NCR-C attached to note from JAS dated 1/25/98)
78. Memo from BBL to FRG technical committee, re: Results of the Sediment Sampling of Manistique River, 1/30/98, in NCR-C
    1. Has PCB results for Manistique dredging
79. Letter from George Meyer to Lars Nyberg, NCR, 1/30/98, attached to 2/2/98 fax from Paul Samson to JAS, in NCR-C
80. Rebecca Renner, 'Calculating the Cost of Natural Resource Damage,' Environmental Science & Technology, 2/1/98, in NCR-C

## Documents

1. Has settlement amounts for following NRD sites
    1. Elliott Bay, Wash.
    2. Montrose
    3. New Bedford Harbor
    4. Commencement Bay
    5. Cantara Loop, Dunsmiur, Calif.
    6. Blackbird Mine, Idaho
2. Letter from Michael Moore, PTI and JFW to John Haggard, GE, 2/2/98, re: summary of EPA workshop on the application of TEFs to fish and wildlife, in NCR-C
    1. Note that all of the FRG has seen this document

81. Fax from Mark Thimke to steering committee, 2/16/98, attaching Consolidated Papers 2/10/98 letter to Governor Thompson, in NCR-C
    1. Deposit N project is near Consolidated's newly-acquired mill in Kimberly.
82. Material from Paul Samson directed to Phil Servidea, 1/29/98, re: info related to business from forms manufacturers, in NCR-C
    1. Material is collection of web site printouts from trade associations, and a list of the top 500 printers, marked according to which printers print checks and business forms.
83. Foley & Lardner memo from Bruce Keyes to Mark Thimke, 2/17/98, re: statute of limitations defense to discharge claim, attached to collection of materials distributed at 2/19/98 FRG steering committee meeting, in NCR-C at 2/20/98
    1. Memo discusses statute of limitations to state statutory and common-law claims
84. WDNR memo from Dale Patterson to Mark Velleux, 2/16/98, re: detailed scope of work for model evaluation workplan task 2d, attached to collection of materials distributed at 2/19/98 FRG steering committee meeting, in NCR-C at 2/20/98
    1. DNR has computerized records of all active, permitted discharges beginning in 1983. For most facilities, DNR has paper records of monthly average TSS discharges for 1972-81.
85. 'DNR tries to solve farmland pollution of water,' Green Bay News-Chronicle, 2/24/98, attached to Fleishman-Hillard 2/27/98 fax, in NCR-C
    1. 75 percent of phosphorus entering Green Bay is due to agricultural runoff, and 89 percent of sediment is from agricultural soil erosion.
86. EPA, Office of Science and Technology, The Incidence and Severity of Sediment Contamination in Surface Waters of the United States, Vol. 1, National Sediment Quality Survey, in our technical documents
    1. 'Available options for reducing health and environmental risks from contaminated sediment include physical removal and land disposa; subaqueous capping; in situ or ex situ biological, physical/chemical, or thremal treatment to destroy or remove contaminatns; or natural recovery through continuing deposition of clean sediment. Assuming further investigation reveals the need for management attention to reduce risks, the preferred means depends on factors such as the degree and extent of contamination, the value of the resource, the cost of available options, likely human and ecological risk exposure, and the acceptable time period for recovery. If risk managers anticipate a lengthy period of time prior to recovery of the system, state and local authorities can consider options such as placing a fish consumption advisory on water bodies or portions of water bodies where a significant human health risk exists.' xxvi.
    2. Landfill leachate and industrial sources have contaminated New Bedford Harbor with PCBs and heavy metals. 4-3.
        1. Cite to Garton, LS; JS Bonner; AN Ernest; and RL Autenrieth. 1996. Fate and transport of PCBs at the New Bedford Harbor Superfund site. Environ. Toxicol. Chem. 15(5): 736-745.
    3. Sources of PCBs to the atmosphere include municipal and haz waste landfills, refuse and sewage sludge incinerators, and occasional leakage from electrical transformers and capacitors. 4-5.
        1. Cite to Keeler, JM Pacyna, TF Bidleman, and JO Nriagu. 1993. Identification of sources contributing to the contamination of the great waters by toxic compounds. Prepared for US Environmental Protection Agency, Office of Air Quality Planning and Standards, Pollution Assessment Branch, Durham, NC.
87. Doug McLaughlin (BBL) 3/4/98 fax to FRG steering and technical committees, in NCR-C
    1. Response to question of what is the mass of PCBs discharged annually to Green Bay, and where did the 600 lb/yr figure come from?
        1. Figure comes from mass balance model and represents a 1989 calculation.

# Documents

2. Actual rate should be well below 600 lbs/yr.
3. More likely figure is less than 300 lbs/yr, and the number should continue to decline.

88. Green Bay News-Chronicle, 'PCB count more than thought,' attached to Fleishman-Hillard 3/12/98 fax, in NCR-C
    1. 56/57, already known to be the most contaminated site in the river, has sediment with concentration of more than 700 ppm. Previous high in the SMU was thought to be 400 ppm. This is a result of better testing, says DNR.
    2. Deposit N has levels of 185 ppm.
    3. After 56/57, the next highest concentration in the river is at about 200 ppm.
89. List of documents that IPST submitted to DOI in response to 104(e) request, attached to Dennis Hultgren 3/18/98 fax to JAS, in NCR-C
    1. Lists various IPST (formerly IPC) studies and whether IPST claimed they were confidential
90. Model analysis ARCS document for Buffalo River, in technical files (contaminated sediment file)
    1. Angus says this document describes dredging experience in two places. In one, dredging made things worse.
    2. Dredging did not improve anything significantly 20 years out over no action.
91. Fax from RMT with literature search on Mahendra Doshi, 3/19/98, in NCR-C
92. Memo from Dennis Hultgren to FRG steering and PR committees, 2/23/98, re: George Meyer's speech at Lawrence University 2/20/98, attached to JAS memo to S&A Fox River team, 3/23/98, re: FRG meetings in Fla. on 3/18 and 3/19
    1. Has notes from Meyer's speech, as summarized by Bill Welch, President of the Fox Cities Chamber of Commerce & Industry
    2. DNR believes that hwile a cleanup will be costly, it will be less expensive than the damage over the next 200 years from PCBs – NRDA will demonstrate this
    3. Neither DNR nor EPA plan to name municipalities. Would be willing to hold them harmless, provided they were supportive of the cleanup and cooperate with the state on issues such as finding landfill space and allowing sediment transport
    4. Dredging a significant amount of sediment would take 10 to 15 years
    5. Dredging is only one solution – other alternatives include armoring, no action, incineration
    6. State is not planning to remove all 40 tons of PCBs, as that would be too costly -- but state wants to make a 'substantial dent in the worst areas where contamination exists'
    7. Confident that NRDA will show that damages would exceed cost of any clean-up effort
    8. Doesn't disagree with the fact that dredging may expose higher concentrations of PCB sediments, but says most important thing is to remove mass, making it safer in the long term and reducing migration to Green Bay
    9. Removing top two feet of sediment at De Pere would remove 70 percent of the toxins there
    10. DNR believes there may be a 1 in 100 risk from eating fish below De Pere Dam
93. Memo from Joe Heimbuch to FRG steering and technical committees, 3/13/98, re: Fox River Budget/Cost Tracking and Cost Allocation, attached to JAS memo to S&A Fox River team, 3/23/98, re: FRG meetings in Fla. on 3/18 and 3/19
    1. A similar memo on state agreement work only follows
94. Memo from D.W. Hihreiter to Doug McLauglin, 3/2/98, re: Fox River -- PCB Expert, attached to JAS memo to S&A Fox River team, 3/23/98, re: FRG meetings in Fla. on 3/18 and 3/19
    1. Choices to counter Theo Colburn – Renate Kimbrough, Ken Chase, John Whysner
95. Grant agreement documents for WDNR grant from EPA for RI/FS work, attached to JAS memo to S&A Fox River team, 3/23/98, re: FRG meetings in Fla. on 3/18 and 3/19
    1. Preliminary scope of work for the risk assessment follows
96. Oshkosh Northwestern, 'Wisconsin Tissue ready to absorb more profit in '98,' 4/5/98, attached to Fleishman-Hillard 4/8/98 fax, in NCR-C
    1. Has employment and financial data for WTM.
    2. The Menasha mill used 300K tons of wastepaper to produce 200K tons of paper annually 'and now uses 450K tons of wasteapepr to produce 300K tons of paper.'
    3. WTM receives post-consumer colored ledger paper from Disney World.
97. Appleton Post-Crescent, 'Dollar details worked out in Fox locks transfer,' 4/15/98, in Fleishman-Hillard 4/17/98 fax, in NCR-C

# Documents

1. A draft agreement to transfer the locks could be ready by June. Corps would pay 15 million (out of 23 million) to rehabilitate all 17 locks and cover operating costs for 50 years. State would pay $4 million; localities would pay $4 million. People involved don't think anything will happen until at least 2001, because there has to be federal and state legislation.

98. 'Incineration at Pennsylvania chemical site should wait for tests, ombudsman suggests,' BNA Daily Environment Report, 4/22/98, in NCR-C
    1. Another example of a site where EPA wants to plow ahead with a remedy despite environmental concerns. Here, the ombudsman says an incineration remedy should not go forward until ACOE finishes some testing.

99. 'Talk about PCBs, 200 at public forum on risks of eating contaminated fish,' Oshkosh Northwestern, 4/28/98, attached to Fleishman -Hillard 4/28/98 fax, in NCR-C
    1. SIERRACL.TXT (C:\DOCS\ECCOLINK)

100. Fax from Mark Thimke to FRG steering committee, 5/12/98, in NCR-C
    1. Has excerpts from a discussion at the National Sediment Bioaccumulation Conference concerning whether dredging will increase surface PCB levels. Discussion involves Robert Paulson and John Connolly, among others.

101. Letter from Gov. Tommy G. Thompson to Timothy Fields, 5/7/98, faxed from Fleishman Hillard on 5/14/98, in NCR-C
    1. Says he is still opposed to NPL listing

102. GE comments in opposition to proposed addition of Housatonic River to NPL, corrected version attached to cover letter of 5/7/98, in NCR-C

103. Proposed Wisconsin Fishing and Outdoor Recreation Survey, 5/11/98, submitted by Bill Desvousges to Greg Hill, WDNR, in deliverables file

104. Memo from Mark Travers to FRG technical and steering committees, 5/11/98, enclosing copies of materials provided by Montomgery Watson at the 56/57 design status meeting, in NCR-C

105. Memo from Bill Desvousges to FRG steering committee, 4/13/98, enclosing draft Assessment Plan for Quantifying and Scaling Human Use Services for the Lower Fox River/Green Bay NRDA, in NCR-C

106. Undated document entitled 'Summary of Additional Data Needed to Complete the Assessment' and marked 'draft', in NCR-C at 4/1/98

107. Draft Fox River and Green Bay PCB Fate and Transport Model Evaluation, Technical Memorandum 4a – Alternate Sediment Bed Handling in IPX Lower Fox River Model, 3/17/98, in NCR-C

108. Preliminary Draft Field Sampling Plan for Lower Fox River System NRDA, attachment to 4/30/98 letter from Tim Iannuzzi to Greg Hill, DNR, in deliverables file

109. Memo from Mark Travers to FRG lawyers committee, 5/7/98, re: SMU 56/57 demonstration project permit applications and approvals, in NCR-C file
    1. This appears to be a package of permit applications and forms, sent to the lawyers committee for review

110. Recommended Ecological Risk Assessment Approach for Polychlorinated Biphenyls in the Lower Fox River and Green Bay (attachment to 4/28/98 letter from Dave Ludwig and Tim Iannuzzi to Edward K. Lynch, DNR), in deliverables file

111. Draft Revised Post-Dredging Sediment Sampling of Manistique Harbor, 5/15/98, in NCR-C and in Manistique files

112. EPA Science Policy Council Handbook, 'Peer Review Manual,' dated 1/98, downloaded (with several other Web pages by CSJ in 5/98), filed by CSJ in EPA guidance file

113. Memo from TMM to JAS, JFW, WGD, Angus Macbeth, and David Buente, 2/25/98, re: sediment dredging; Pine River, Michigan, attaching a preliminary draft RI, in other sites files

114. Fax from David Mandelbaum to FRG lawyers committee, 5/19/98, attaching draft federal PRPs' letter, in NCR-C

115. Letter from John R. Wolfe and Ramesh Ragunathan, LTI to Mark Travers and Joe Heimbuch, 5/15/98, re: comparative evaluation of scour in Saginaw and Lower Fox Rivers, in NCR-C
    1. JAS note on cover page says report states that a 100 year flood in the Fox would result in only 0.02 to 0.07 feet of scour.

116. Letter from David Mandelbaum to Bruce Johnson, 5/7/98, re: potential mediators for Fox River mediation effort, in NCR-C

117. Fax from George J. mannina, Jr., O'Connor & Hannan to NRD Coalition, 5/14/98, re: committee report language for S 8
    1. Includes report language for the NRD portions of S8

# Documents

118. E-mail from JMH to JAS, 5/15/98, re: conference call on Mandelbaum's draft letter to federal PRPs, in NCR-C
119. Dale Patterson, WDNR, 'Fox River and Green Bay PCB Fate and Transport Model Evaluation,' Technical Memorandum 2d, 'Compilation and Estimation of HIstorical Discharges of Total Suspended Solids and PCB from Fox River Point Sources,' Daft 6/3/98, in files and in NCR-C
120. Letter from Dennis Hultgren to George Meyer and Bruce Baker, 6/16/98, attached to 6/22/98 fax from Dennis Hultgren to FRG steering committee, in NCR-C
    1. API's and NCR's initial response to Patterson report
121. EPA's 2d Great Waters Report to Congress, 6/97
    1. The following source categories are on the list of CAA source categories for PCBs
        1. Hazardous waste incineration
        2. Medical waste incineration
        3. Municipal waste combustion
        4. Other biological incineration
        5. Scrap or waste tire incineration
        6. Utility oil combustion
    2. The following source categories are on the list of CAA source categories for mercury:
        1. Battery production
        2. Carbon black production
        3. Chlorine production
        4. Commercial coal production
        5. Commercial oil production
        6. Crematories
        7. Dental preparation and use
        8. Electrical apparatus manufacturing
        9. Fluorescent lamp recycling
        10. General lab activities
        11. Geothermal power
        12. Hazardous waste incineration
        13. Industrial coal consumption
        14. Industrial oil consumption
        15. Instrument manufacturing
        16. Lamp breakage
        17. Landfill (gas) flares
        18. Lightweight aggregate kilns
        19. Lime manufacturing
        20. Medical waste incineration
        21. Municipal waste combustion
        22. Non-residential wood combustion
        23. Portland cement manufacture: Hazardous waste kilns
        24. Portland cement manufacture: Non-hazardous waste kilns
        25. Primary copper production
        26. Primary lead smelting
        27. Residential coal combustion
        28. Residential oil combustion
        29. Secondary mercury production
        30. Sewage sludge incineration
        31. Utility coal combustion
        32. Utility oil combustion
122. Riverside memo from George Holzknecht to PRP Participants, 10/25/94, Bates No. 432086
    1. Contains corporate history information on Riverside.
    2. Kerwin Paper Company deinked wet strength NCR papers probably between 1970 and 1980.
    3. In 1975, NCR paper was a major component of Kerwin's furnish.



CONFIDENTIAL NCRV_13609250

## Documents

4. Primary suppliers to Kerwin for NCR broke (rolls, slabs, and shavings) were Appleton, a mill in Ohio (possibly Mead), and probably National Fiber Company (Menasha Mills).

123. Glatfelter Response to July 1, 1997 Information Request, dated August 28, 1997. GA0000501
   1. The last date of which Glatfelter is aware when PCBs were reliably detectedin the Neenah Mill's effluent was 1979. p. 3
   2. The Neenah Mill was owned and operated by the Bergstrom Paper Company from 1904 until Glatfelter acquired it by merger in January 1979. p. 5
   3. Glatfelter has owned and operated the Neenah Mill from January 1979 to the present. p. 5
   4. The Neenah Mill has never produced paperboard. p. 5
   5. Fiber for paper making at the Neenah mill came from three sources from 1954 to 1979: (i) the deinking/recyling process at the Neenah Mill; (ii) purchased pulp substitute; and (iii) purchased pulp. The Neenah Mill has never produced virgin fiber onsite. The purchased pulp was produced by a kraft (not a mechanical) process. p. 6-7.
   6. From 1951 until October 1975, primary sludge from the Neenah Mill was deposited into a landfill on property commonly known as Arrow Heard Park, which the Bergstrom Paper Company leased from the City of Neenah. The WNDR ordered the Arrow Head Park Landfill closed in 1974, issuing final abandonment orders in 1976. p. 11
   7. Since October 1975, primary sludge from the Neenah Mill was deposited into the Larsen Landfill in the Town of Neenah. After December 1976, a dewatered mixture of primary and secondary sludges was disposed of at the Larsen Road Landfill until August 1978 when the landfill was ordered closed. p. 11-12.
   8. From August 1978 through 1979, the Neenah Mill's sludge was hauled to the Snell Road Landfill in Oshkosh Wisconsin. p. 12
   9. The Neenah Mill obtains all its mill service water from the Fox River at Lake Winnebago. p. 14

124. Fort Howard Response to July 1, 1997 Information Request, dated September 12, 1997. FH021875
   1. Fort Howard has owned and operated the Green Bay mill from 1919 to the present. p.4
   2. On August 13, 1997, Fort Howard merged with a subsidiary of James River Corp. On that same date, James River Corp. changed its name to Fort James Corp. Fort Howard continues to exist under the name "Fort Howard Corp." as a wholly owned subsidiary of Fort James Corp., and Fort Howard remains the owner/operator of the Green Bay Mill. p. 4
   3. The Green Bay mill produced groundwood pulp from 1935 through the early 1960s as a source of fiber furnish for paper production. It operated a 20-30 ton per day mechanical groundwood fiber process until it was replaced in the mid-1960s by a white news deinking system. Fort Howard has never produced paperboard. p. 4-5
   4. Fort Howard's first secondary fiber deinking system became operational in the late 1930s. p. 6
   5. Fort Howard has never sold broke or transported broke offsite to company-owned plants or commercial customers. p.9
   6. Beginning between Aug. 1963 and Aug 1964, sludge generated onsite was and continues to be disposed of offsite at Fort Howard's 293 acre landfill in the City of Green Bay, Brown County. Fort Howard purchased the landfill site in a series of transactions between 1960 adn 1973. The first dikes were constructed at the landfill in the summer of 1964. p. 13
   7. Prior to 1963/64, sludge may have been deposited in a former solid waste disposal site located on property in the vicinityof the corner of Cormier Road and Ridge Road, known as the "Old Ashwaubenon Dump." The disposal location was apparently 500 yards from the road. Its size is unknown. This property is located more than a mile west of the Fox River and at least one-half mile from the nearest creek. p. 13
   8. Prior to 1963/64, sludge may also have been deposited in a location now known as Hocker's Brickyard, in a former clay borrow pit. The location is two miles south of the Green Bay mill on Broadway in West DePere. The location was apparently used in the 1950s. p.14

125. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.

126. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.

# Documents

127. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 905 ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
128. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
129. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
130. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d. Note: map attached showing paper mills in WI
131. PCBs Involvement in the Pulp and Paper Industry: Final Report. Prepared by R. Carr, R. Durfee, and E. McKay (Versar?) for U.S. EPA. Dated February 25, 1977.
    1. In 1966, Soren Jensen reported the presence of PCBs in Swedish fish and wildlife as a result of a study begun in 1964. p.1
    2. In 1967, the Food and Drug Administration began a program to develop analytical techniques for PCBs. p. 1
    3. In 1969, the Food and Drug Administration alerted its districts to expect PCBs in food samples, and to analyze for PCBs in foods sampled for pesticide analysis. Findings of PCBs in fish, milk, eggs, and poultry samples occurred throughout 1969 and 1970. p.1
    4. In 1971, a significant level of PCBs was found in a grain and cereal composite of a market basket sample by FDA in their total diet studies, and the contamination was traced to the greyboard packaging of a cereal. According to FDA, the highest level of PCBs found in the greyboard was 433 ppm. p.1
    5. In September, 1971, FDA met separately with the American Paper Institute and with food manufacturers to inform them of the PCB problem in foodboard and to discuss approaches to its solution. p. 1
    6. Aroclor 1242 is a mixture of PCBs containing an average of 42 per cent chlorine. p.2
    7. Aroclor 1242 was purchased from Monsanto and used as an ink carrier or solvent in carbonless copy paper during the period 1957 to 1971. p.2
    8. The total amount of 1242 used to make carbonless copy paper was 44,162,000 pounds, approximately 28 perfent of the total estimated sales by Monsanto for plasticizer applications and 6.3 percent of Monsanto's domestic sales during the period 1957 to 1971. p.2
    9. The average content of Aroclor 1242 in the carbonless copy paper was 3.4 percent. p.2
    10. NCR was the developer and sole marketer of the PCB-containing carbonless paper, although Appleton Coated Paper Co., Mead Corp., Combined Paper Mills, Nekoosa-Edwards Paper Co., at one time or other performed the actual production under license from NCR. p.2
    11. The Aroclor 1242 was used as a solvent for certain color reactants which were encapsulated into microspheres producing aggregates 10-20 microns in diameter and applied to one side of the apper during the coating process. The walls of the microspheres were an aldehyde-harded gelatin-gum arabic formulation which ruptured and released the dye under application of local high pressures as from pens. In 1971 alkyl-biphenyls were used as the dye carrier in place of Aroclor 1242. p.2
    12. It should be noted here that PCBs, primarily Aroclor 1254, were used to a limited extent in printing inks. The total usage in this application is estimated at 50,000 pounds, primarily inthe 1968-1971 time frame. No other actual or potential usage of PCBs in paper product or usage besides the copy paper and these inks has been definitely identified to date. p.3
    13. PCB levels at water intakes of paper mills average about 0.1 ppb. p.3
    14. "The major source of process contamination by PCBs appears to be carbonless copy paper contained in recycled wastepaper." p.3

# Documents

15. The magnitude of the PCB control problem is illustrated by the existence of 230 paper mills producing pulp completely derived from recycled wastepaper and 550 other facilities utilizing some fraction of secondary fiber in their pulp production (typically 10 to 15 percent). p.3
16. Recycled paper amounts to about 13 million tons per year as a pulp source, third in importance to pulpwood and forest product wastes. p.3
17. There appears to be general agreement that the entry of PCBs into the paper industry was completely unintentional, that the industry responded well to the need for reduction of PCB levels in food packaging.... p.4
18. Sludges seem to have approached the range of <1 to 24 pm PCB common for municipal treatment plants. p5
19. The present 19% recycling rate shows that 81% of the annual production is not available to be recycled and carries its PCB load to the landfill or the atmosphere (via incineration of wastes). p5
20. The FDA reported a decrease from 15.3 ppm in recycled (food packaging) paperboard in 1972 to 1.4 ppm in the same material in 1974. p.5
21. For a 0.1 ppb intake water concentration, total removal to the pulp willl produce (in a paper requiring 13,000 gallons per ton) a PCB concentration of 0.005 ppm. As an example of just how directly the effect of carbonless copy paper acts, the same concentration (0.005 ppm) would result from the PCBs found in 0.14 grams of copy paper ... less than one 8x10 inch sheet. p.5
22. Highest PCB concentrations in fiber slurries are associated with the smallest fiber particles, the fines. p.6
23. Economical utilization of the fiber requires it to be exhaustively recycled in attempts to associate it with the paper being manufacturered. Fines control porosity, surface finish and affect brightness of hte product. p.6
24. It is believed that essentially all of the Aroclor 1242 used in carbonless paper has been released to the environment. At the present time more than half can be attributed to landfills.... p.6
25. Between 1954 and 1973 water intake increased by 35%. In the same period, total paper and paperboard production rose 106%. p. 21
26. Allowing for a 5% water loss associated typically with product moisture, about 2.2 trillion gallons of water was discharged to U.S. waterways in 1973. Average runoff for the continental U.S. is given as 655 trillion gallons. A simple division indicates tha the perp and allied product discharge is 0.33% of th total continental runoff. Since the discharge is not evenly distrubted over the rivers, the water quality of even large streams can be strongly affected by the effluent loads from paper mills. p.21
27. The rate of recycling has remained virtually constant at about 20% since 1968. p.22
28. There is a table showing complete production and recycling rates for years 1957 through 1974 on p. 23
29. The type of catch-all waste which emanates from offices, government and commercial firms is termed "mixed waste." While it can be utilized by segments of the paper industry, there exists the chance in this waste stream for the carbonless copy paper which contains PCBs. p.22
30. The intake PCB concentrations for paper mills might therefore be expected to be somewhat less than this 2 ppb average. p.24
31. Date on intake water PCB concentrations from the Institute of Paper Chemistry for eight Wiscosin paper mills showed three mills reporting undetectable levels and the other five reporting an average of 0.2 ppb PCBs. p.24
32. Both Crown Zellerbach and Institute of Paper Chemistry researchers have tested processl chemicals for PCBs. None have ever been detected except for one specialty chemical reported by IPC. p.25
33. The National Printing Ink Research Institute at lehigh University was contacted for details on present and past usage of PCBs in printing inks. p.25
34. A small number of patents do exist for PCB use as part of some inks sensitive to ultraviolet light. However, they date from the very early seventies and had not gotten into widely marketed use by the time the PCB use in carbonless copy paper was stopped. To the best knowledge of NPIRL, none of these inks reached commercial production and no present day formulations utilize PCBs as a constituent. p.25
35. Subsequent conversations with a representative of the Sun Chemical co. indicated that PCBs were used for several years prior to 1971 in "flexographic" inks used on flexible packaging. It was estimated that hte production of such inks during 1970 was about 20 million pounds, of which about five per cent of hte production would have contained PCBs at a two percent by weight concentration. Thus, the estimated use of PCBs for this purpose, apparently, the maximum, was 20,000 pounds in 1970. p.25
36. It is estimated that the total usage of PCBs in such inks was about 50,000 pounds. p.27

## Documents

37. The total usage in inks was roughly 0.1 per cent of total PCBs usage in carbonless copy paper. In addition, flexible packaging materials typically were plastic or contained plastic adhesives which render themunattractive for recycling. Thus, it appears unlikely that the PCB usage in flexographic printing inks has contributed significantly to PCB inputs to the paper industry. p.27
38. Although paper mills utilize askarel-fiulled (PCB) transformers and capacitors, and may have utilized PCB-filled hydraulic or heat transfer systems, PCB-containing lubricants, paints, etc., it is considered unlikely that such activities would be causing release of signficant quantities of PCBs to either effluent streams or product streams. p.27
39. It is considered unlikely that PCBs are produced inthe practice of wastewater chlorination in the paper industry. Biphenyl has not been identified as a waste stream constituent from this industry, although very small amounts could conceivably enter via recycling of packing materials (typically for fruit) which have been treated with biphenyl as a fungicide. p.27
40.
41.

132. NCR Systemedia "Trip Report," dated 2/19/82, re: trip to Appleton Papers, in "Process Information" fact file
    1. Describes coating process and equipment then at Appleton.
    2. Also describes waste handling at Portage, WI emulsion plant.
    3. "Ruined batches [from ACUF capsule manufacture] are transported via truck tanks to Appleton for disposal."

133. "Technological Report No. 1," undated (but probably circa 1975), in "Process Information" fact file
    1. Contains technical info re: manufacture of carbonless paper.
    2. "Internal broke can be utilized back into the production of base paper. The CF, CB, or CFB broke undergoes repulping at high pH (casutic) in the presence of a chemical wetting agent and emulsifier. Broke is washed with white water, screen and re-used. the chemical is used to block the formation of a color reaction between the dye and the resin in the coatings to prevent discoloration due to broke."
    3. Disposal of waste coatings -- "Due to the intrinsic high cost of these coatings, losses are minimized. however, washup material for either coating can be handled in the same manner as regular clay coatings are handled by mills producing publication grades or coated board. They can be handled by present primary and secondary effluent treatment approaches."
    4. Pollution problems -- "production of capsules or carbonless paper poses no unusual pollution problems."

134. "Appleton Papers Division," document (probably an exhibit to an antitrust filing) marked "N-42," undated but refers to events as late as 1975, in "Process Information" fact file
    1. Contains sections on corporate history, descriptions of products, facilities, environmental activities (no reference to PC Bs), marketing, personnel, financial data
    2. Common uses of NCR Paper include IRS withholding forms used by employers.
    3. Has list of equipment at Appleton and annual finished production.
    4. Description of NCR's relationship with Mead -- through 1970, NCR and Mead cooperated on research. NCR also contracted with Mead to make NCR Paper. When NCR bought ACPC, it granted Mead a license to use the NCR Paper technology for its own carbonless paper. Mead then paid royalties to Appleton.
    5. Description of how sales staff is structured

135. Series of educational reprints from API entitled "Pulpmaking," "Papermaking," "Finishing," all dated 1/86, in "Process Information" fact file
    1. Basic information and terms

136. Educational reprint from APD entitled "Environmental Update," dated 5/78, in "Process Information" fact file
    1. Basic information on wastewater treatment

137. Undated document, "Sales by Appleton Coated Paper Company to National Cash Register Company," marked Exhibit 13A, Bates No. NCR103473
    1. Has pounds sold of different carbonless paper grades for 1968 and 1969. Also has dollar sales from NCR to ACPC of emulsion and base stock.

138. Letter from William H. Talmage, Assistant General Counsel, NCR, to DOJ Antitrust Division, 9/14/70, Bates No. NCR104468
    1. Has 1968 and 1969 sales figures for bulk carbonless paper, as sold by NCR's Special Products Division, and business forms, sold by Systemedia

2. NCR's principal competitors for bulk carbonless paper are 3M, U.S. Plywood-Champion Papers, and Nashua Corp.
3. NCR's principal competitors for business forms with carbonless paper are Moore Business Forms, Burroughs Corp., IBM, Standard Register Co., Uarco Inc., Reynolds & Reynolds Co., Ennis Business Forms
4. NCR's major suppliers of carbonless paper are ACPC, Mead, Nekoosa-Edwards (now a part of Great Northern), and Combined Paper Mills
5. Re: CPM's coating of carbonless paper: "its coating skills and experience have been largely limited to the application of reactant coatings to the face-side of paper used in NCR's multi-ply carbonless system, substantially the least difficult of the various coating operations reuired. CPM's efforts in coating the back-side of papers with the microcapsule emulsion . . . have for the most part been experimental and not in significant production quantities."
6. "3M has for several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protectd papent position."
7. "U.S. Plywood-Champion and NCR are presently in litigation over the patent infringement issue."

139. Series of charts re: environmental control objectives, 9/28/76, marked "WES" (probably Walt Spearin), in "Discharge Information" fact file
  1. One chart deals with Locks Mill secondary treatment BOD levels and permit levels
  2. One chart deals with Locks Mill suspended solids
  3. One chart deals with Locks mill system flow
  4. One chart is entitled "PCB Activity." This chart lists PCB contrations in the effluent at ACPC, CPM, Dayton, and Portage.
     1. ACPC, 1.5 ppb
     2. CPM, 0.5 ppb
     3. Dayton, 1.0 ppb
     4. Portage, 150 ppb

140. Complaint in Wisconsin v. Appleton Papers, Inc. and National Cash Register Co., served 7/25/75 on NCR, in "Discharge Information" fact file
  1. Case arose out of CPM NPDES violations for suspended solids from 11/74 to 5/75, pH for 7/74 to 4/75

141. NPDES permit for CPM, dated 3/22/74, Bates No. ATT01491

142. Memo from Dennis Hultgren to Katie Moertl, 8/26/96, attaching production data reports found in Portage plant for 1969-71, in "Volume/Production of NCR Paper Appleton" fact file
  1. Has production in pounds by week for ACPC and CPM for 1969 to 1971. A few reports also include Nekoosa-Edwards.

143. NCR Applications Research Department Progress Report, 12/27/60, in "Volume/Production of NCR Paper Appleton" fact file
  1. Has annual production figures for 1958-60 for CPM, ACPC, Mead, and "IPC" (Institute of Paper Chemistry?) (figures in tons)
  2. Figures appear to show CPM produced over 4000 tons of coated back, but this is probably a typo -- chart should say "CF" instead of "CB"

144. Brochure entitled "NCR brand of carbonless paper," dated 1987, obtained from DNR, Bates No. 000598
  1. Has a list of employees involved in early years of carbonless paper
     1. Thomas W. Busch
     2. Berrett K. Green
     3. Howard V. Lauer
     4. Abraham (Abe) Lewenstein
     5. Richard W. Mahoney, Sr.
     6. John P. Reeve
     7. Robert W. Sandberg
     8. Lowell Schleicher
     9. Ned A. Thacker
     10. Paul E. Truttschel
     11. Jack M. Wikoff
     12. Bruce W. Brockett
     13. Robert E. Miller

# Documents

14. Isidore L. (Lee) Yurkowitz

145. Locks Mill NPDES permit application, 9/27/79, obtained from DNR, Bates No. 010525
   1. Includes a list of chemicals then in use at CPM

146. E-mail from Paul Samson to Katie Moertl, 5/29/96, attaching Federal Register notice from EPA, "Paper Products Recovered Materials Advisory Notice," in "Broke" fact file
   1. Federal Reigster notice has EPA definitions of "recovered fiber" and "mill brroke." "Mill broke" does not count as total recycled content for purposes of calculating how much of a piece of paper is recycled.

147. Letter from Paul Karch to Paul Samson and Andy Shclickman, 2/13/96, enclosing ACPC ledgers and other records on broke, and with notes from Katie Moertl attached in front of the letter, in "Broke" fact file
   1. From 1954-63, broke was listed as a product. Beginning with the 1966 sheets, broke sales become a negative cost item.
   2. Broke production
      1. 1965, 12,568,944 pounds(?), 10.72 % of production
      2. 1966, 14,859,557 pounds(?), 11.00 % of production
      3. 1967, 13,950,950 pounds(?), 10.82 % of production

148. Fax from Skip Macaulay, AIGEM, to Tom McMahon and Bob Bourque, 8/27/96, enclosing TRC report on estimated PCB removal efficiency at Appleton POTW, in "Wastewater Treatment" fact file
   1. For 1954-64, removal may have ranged from 50 to 75 percent
   2. For 1964-71, removal may have ranged from 86.5 to 98 percent

149. "Appleton Scene," Nov. and Dec. 1971, "Special Environmental Report," in "Promo Materials – 'Appleton Scene'" fact file
   1. has description of environmental practices throughout APD

150. "Appleton Papers Involvement with PCBs," undated document, obtained from DNR (probably created by Mill Group), Bates No. 201818
   1. The Portage plant began production in 1968.
   2. "Appleton Papers' records indicate that 44,162,000 pounds of Aroclor 1242 were used to produce NCR carbonless paper in the period from 1957 through 1971. Information on earlier usage levels is not publicly available."
   3. "Appleton Papers has indicated that the average ratio of PCB consumption in the production of NCR carbonless paper to the actual production of NCR carbonless paper is 3.4% (by weight). An analysis of a 1971 NCR carbonless paper indicated 1600 ppm of PCB (Aroclor 1242), but this data may be consistent because of production losses and variation within the product."
   4. "NCR carbonless papers are the only papers of which we are aware that used PCBs in their production."
   5. "To the best of our knowledge others (outside NCR/Appleton Papers, their suppliers and their licensees) were not made aware of [PCB] use until such time as PCBs were no longer used in NCR carbonless papers (late 1971)."
   6. "The WDNR has indicated that the Appleton Municipal wastewater treatment plant was severely overloaded and frequently by-passd raw effluent to the Fox River in the 1960's and the 1970's. It is reasonable to assume that similar overloaded conditions existed in the1950's."
   7. "Although our investigations continue, there is some reason to believe that therre may also have been direct discharges [from ACPC] to the Fox River."
   8. Spearin letter is attached.
   9. NCR/APD 2/76 press release entitled "Statement Containing PCBs" is attached, at Bates no. 201835.
   10. "Dale Patterson memo" from 5/4/93 is also attached, at Bates no. 201951.

151. DNR file on Appleton Papers Inc., beginning with Bates No. 001397
   1. Form 2-C of 1992 NPDES permit application for CPM, Bates no. 002914
      1. Lists contaminants found in effluent. Contaminants include chromium, copper, lead, <0.2 ppm of mercury, zinc.

152. Memo from Katie Moertl to file, 8/15/96, re: Coating Operations at ACPC and CPM; Emulsion Issues; and Sales of NCR Paper, S&A PC Docs No. 219085
   1. Summarizes witness interviews and documents

153. H.V. Lauer, NCR Vice President of Capsular Products, "A Brief on NCR's Participation in the Paper Industry," undated (but probably 9/77), Bates No. ATT01752
   1. Attached is "Synopsis of NCR'S Involvement in the U.S. Paper Industry," 9/29/77, Bates No. ATT01753

# Documents

1. Gives corporate history
2. API reported to NCR's special productions division until that division was abolished in 6/72. After that, API reported directly to NCR's executive office.
3. In 6/73, APD opened a paper distribution and conversion facility in Harrisburg, Penn.

154. "Third Chevy Questionnaire, Manufacturing: Portage Plant," with memo from Barbara Griesbach, Executive Secretary - Manufacturing, NCR to Robert Crockett, International Paper, 12/17/75
   1. Gives details and plant layout for Portage plant

155. Letter from William H. Talmage, Assistant General Counsel, NCR to Robert S. Zuckerman, DOJ Antitrust Division, 9/18/70, in "DOJ Antitrust Submission" Fact File
   1. NCR buys NCR Paper from its subcontractors by issuing purchase orders to them, and the subcontractors buy emulsion by issuing purchase orders to NCR. No explicit license documents.
   2. NCR has entered into only one written agreement with a production subcontractor. This is an 8/25/70 agreement with Nekoosa-Edwards, which was an amendment to a confidentiality and nondisclosure agreement. Nekoosa asked for the agreement after it made a $4.5 million investment in coating equipment and NCR bought CPM.

156. Letter from NCR (probably Stanley Laing) to N.J.M. Bennett, Wiggins Teape, 2/13/70, in "Wiggins Teape" fact file
   1. Makes reference to a meeting to discuss "the PCB problem." "While the situation remains critical, I did detect some guarded optimism . . . that things hopefully may not be as bad as they had first appeared."

157. Letter from N.J.M. Bennett, Wiggins Teape, to R. Stanley Laing, president, NCR, 2/3/70, in "Wiggins Teape" fact file
   1. Expressing grave concern over alarm that has arisen in UK over PCBs.
   2. Alarmingly high amounts of PCBs have been found in the Bristol Channel, where Wiggins Teape has its Treforest NCR Paper plant and Monsanto has an Aroclor plant.
   3. "Monsanto have not yet divulged to the government officials the fact that WT, through the NCR Company, is their largest customer for PCB's. In fact we use altogether about 2,000 tons of Aroclor (about 1,000 tons in the UK). . . . ."
   4. "Monsanto believe that they will have to disclose the situation within a few weeks. There is clearly a strong possibility that this chain of circumstances will force us to replace Aroclor with acceptable substitutes, and the tempo of events makes this in our view a matter of great urgency."

158. NCR memo from Lawrence S. Falter, attorney to James E. Rambo, vice president and general counsel, 2/20/78, re: US v. NCR, Civil Action 77-1408, in "Other" NCR Fact File
   1. Describes EPA lawsuit against NCR, filed 12/14/77, for NPDES violations at Roaring Springs

159. (#0027-1131): Combined Locks had a 47 day strike in November and December 1966.

160. (#0027-0719)Letter dated 3/21/61 from R.W. Sandberg to H.V.Lauer references "eight drums of emulsion containing about 400 lbs. of solids were shipped to Appleton...[which] should be enough to coat 2500 lbs. of paper."

161. (#496508)Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d.

162. Document #: 0023-1493 references a "Pilot plant trial of On-the Machnine CB in late July 1963" to be conducted either at the Forest Products Laboratory in Madison WI or at the Combined Locks facility.

163. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.

164. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.

165. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 90% ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."

# Documents

166. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
167. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
168. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "Carbonless paper is primarily made for use by the business forms industy. That industry uses about 905 ordinary paper and carbon paper and approximately 10% carbonless paper some of which is colorless and the balance is colored carbonless paper."
169. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
170. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): As of the date of the letter, NCR purchases no products from Combined except CF.
171. Document number FH000003 is the Spearin letter dated January 19, 1976 to James Haney of Bergstrom Paper. Produced by Fort Howard and contains marginalia by Fort Howard (?) estimating quantity of broke sent to Bergstrom. Contains estimates of aroclor 1242 consumption in the manufacture of NCR paper and NCR Carbonless Paper production between 1957 and 1971.
172. Combined Locks had a chemi-mechanical pulp production. Source material: old telephone directories; newspapers; and computer tab cards. (NCR1049010)
173. As of 1971, CL used 23-30 tons of waste material per day, about 19% of its pulp production. (NCR104901)
174. Combined Paper Mills was the smallest of the four subcontracting firms, and its coating skills and experience have been largely limited to the application of reactant coatings to the face-side of paper used in NCR's multi-ply carbonless system, substantially the least difficult of the various coating operations required. CPM's efforts to make CB have largely been experimental. (NCR103503; 0004-1025)
175. Document FH000001 is the January 1976 Spearin letter. Handwritten notations (made by Glatfelter--?) assumes that 80% of the broke generated by ACPC between 1957-1970 went to Glatfelter.
176. Glatfelter found to be discharging low levels of mercury per newspaper article circulated by FH from the Post Crescent, April 1, 1998. References a $120,000 fine paid by Glatfelter as a result of "seriously exceeding its discharge limits two years ago).
177. NCR Paper was first sold in February of 1954. (ATT01752)
178. From 1954 to 1966, the following companies manufactured NCR Paper for NCR: Combined Locks Paper Company, Appleton Coated Paper Company, and the Mead Corporation. Combined Locks later became Combined Paper Mills. In 1966, Nekoosa-Edwards Paper Company was added as a producer of certain NCR Paper grades (which were produced solely for NCR and resold by NCR). (ATT01752)
179. NCR acquired Combined Paper Mills in 1969. (ATT01752)
180. On 7/31/69 NCR acquired Combined Paper Mills, a Delaware corporation headquartered at Combined Locks, Wisconsin, and operating paper mills at Combined Locks and Roaring Springs, PA. (ATT01753)
181. In 1970 Appleton Coated Paper Company was acquired by NCR. [Exact date is 9/30/70 (ATT01754)]. Subsequently, on June 21, 1971, CPM and ACPC were combined into Appleton Papers Division of NCR. Within "several years," Nekoosa Edwards which by then had become a dvision of Great Northern Nekoosa, and Mead Corporation were phased out as suppliers of NCR Paper to NCR. (ATT01752)
182. In July of 1946, CPM acquired all of the outstanding common stock of the DM Bare Paper Company, a Pennsylvania corporation, headquartered and operating a paper mill at Roaring Spring, Pennsylvania. The name of the corporation, a sub of CPM, was changed to Combined Paper Mills, Inc. (CPM/PA) in 1966. (ATT01753)
183. NCR was incorporated under the name "The National Cash Register Company" in Maryland on January 2, 1926, as successor to an Ohio corporation of the same name organized in 1884. On May 10, 1974, NCR's corporate name was changed, by charter amendment, to "NCR Corporation."(ATT01753)
184. NCR's basic paptents for NCR Paper began expiring in 1972. (ATT01754)



CONFIDENTIAL NCRV_13609258

# Documents

185. In June of 1973, the Appleton Papers Divison opened a paper distribution and conversion facility at Harrisburg, PA (sometimes referred to as the "Eastern Mill").
186. Systemedia: NCR acquired Business Systems, Inc. (a business forms company based in Los Angeles) in 1964. As of the 1970s Systemedia had ten domestic plants. Systemedia currently has six plants: Viroqua, WI; Humboldt, TN; Morristown, TN; Arlington, TX; Mount Joy, PA; and someplace in Calfiornia. Viroqua became operational in 1968; Humboldt (1976) Morristown (1968); Arlington (1962); Mount Joy (1968); and California (possibly after 1971). Plants no longer operational: Corbin, Ky; Peterborough, MA; Ogden, Utah. Potentially knowledgeable employees: Bob Brogee (former R&D Director for Systemedia); Fred Jackson (longtime Systemedia employee); Denny Brockman (Systemedia CFO)
187. Letter from William H. Talmage to FTC, 9/29/77, Doc. No. 0024-0186: "The Systemedia Division acquires a portion of its paper requirements from APD and thus is a 'customer' of APD. Such 'sales' are not true sales within the convential meaning of that term but reflect interdivisional transfers within NCR."
188. Document dated circa March 1967; author unknown but addressed to Mahony; Reeve; Siekman; Busch; Truttschel; Swaim; Heinritz; Menning; Subject is "Comments on Financial Statements for the Month of March"; Last sentence states: "Broke sales are below budget because of slightly less broke and because of the difficulty in selling it."(Document has no Bates no. but was provided to Schlickman by Karch on February 13, 1996; PRH has copies in file labled Broke Sales/Broke Accounting; document was also circulated by PRH to team on 4/14/98).
189. "NCR manufactures emulsion which is shipped and sold to the paper mills for coating paper which is then sold to NCR. The sale of this emulsion is not reported as a sale by NCR since it becomes a part of the paper cost." The coated paper is shipped directly to the customers by the mills. (NCR104493; 0005-0122)
190. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
191. Kerwin Paper (Kerwin Paper Company) deinked wet strength NCR papers between 1970 and 1980. "It is a fact that in 1975 NCR papers were a major component in Kerwin's furnish mix." The primary supplier to Kerwin for NCR broke (rolls, slabs and shavings) were Appleton, a mill in Ohio (possible Mead) and probably National Fiber Company (Menasha Mills). (482086) Persons identified in memo: George Holzknecht; H. Bergman.
192. (#0027-1130) document entitled "NCR Paper and Supply Products Technical Services Progress Report – January 1966": states that Nekoosa-Edwards recently signed a research agreement with NCR, shortly after which "full disclosure" was made by NCR to Nekoosa re NCR's technology in OTPM-CB {query whether this means on the paper machnine cb?} Same document at p.2 states that Nekoosa-Edwards continue to manufacture "significant quantities of Kaolin-phenolic CF.
193. Nekoosa made base stock for NCR (contract: 0005-0293)
194. Letter dated 4/25/69 from James Rambo (NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "NCR supplies emulsion to and buys the coated paper from Mead, Appleton, Nekoosa-Edwards and Combined." NCR buys CF only from Combined. From the others, it buys CF, CF and CFB.
195. NCR's internal documents refer to Mead as a "production subcontractor." Per 0004-1022, Mead sold $12,583,000 worth of carbonless to NCR in 1968; in 1969, Mead sold $13,748,000. Same document also states that the emulsion is manufactured by NCR and "sold" to NCR's production subcontractors for used as one of the coating substances. NCR's accounting treatment of the emulsion was as a consignment item which comes back to NCR on the coated paper and thus is not "sold" in an accounting sense. (NCR103495; 0004-1017)
196. Mead manufactured NCR paper for NCR between 1954 and 1966. Nekoosa Edwards was added as a producer of certain NCR paper grades in 1966. Within several years of the acquisition of APCP and CPM by NCR, Nekoosa Edwards (by then a dvision of Great Northern Nekoosa) and Mead were phased out as suppliers of NCR paper. (ATT01752)
197. Letter dated 5/13/69 from Lloyd Taylor, Treasurer for Combined Paper Mill, to Howard Lauer, Manager for NCR Technical Services: Lists production data for Locks Mill for fiscal years ending Feb. 1968-69 (NCR papers: 1969-12,123 tons; 1968-20,944; 1967: 19,645) and lists estimated total national market for NCR papers (NCR papers-93,000 tons). Major competitors for NCR Papers: Appleton Coated; Mead; and Nekoosa Edwards. Locks mill ranked 4th per Taylor; handwritten notation by Lauer changes ranking to 3d.

# Documents

198. Memo on Riverside Paper Corporation stationary dated 8/2/72 from R.J. Farley to Harry Bressers re 3M Company (Doc. # 482091): "A Mr. Griff Buller of 3M's Salvage Department will be contacting you regarding waste aper from their Nekoosa, Wisconsin coating plant. The waste involved is trimmed from the coating machine which applies coating that I understand to be identical to the NCR coating as applied by Appleton Papers." Copies to: S. McMyler; R. Goss
199. Letter dated 4/25/69 from James Rambo(NCR) to Robert L. Clare of Shearman & Sterling (0025-0829): "In the area of colorless carbonless paper NCR is a leader although 3M is rapidly developing as a competitor and Champion Paper has recently announced that it will have a superior carbonless paper on the market by the Fall. In the area of colored carbonless aper Frye, Port Huron and Ennis are the leaders." West Virginia Pulp will have fully integrated production of carbonless paper.
200. Per Talmage's letter to the FTC dated 9/14/70, 3M is a competitor of NCR. It has for the several years produced a carbonless system through a royalty arrangement with NCR because of NCR's heretofore protected paptent positon. (NCR 103495 at 504; 0004-1026)
201. Nashua (New Hampshire) and US Plywood-Champion (New York) are competitors of NCR. NCR sued Plywood-Champion for patent infringement. (NCR 103495 at 504; 0004-1026)
202. Doc. No.0024-0512, at 0030-0440: In 1974, Moore's Business Forms entered the carbonless market with its own MCP.
203. A.S. Frinak: " NCR Appleton Carbonless Paper Cost and Pricing Environment 1972-1976" (Doc. No. 0030-0438, 0440): Mead stopped being a major supplier of carbonless paper to NCR Appleton in 1971 and became a major competitor, producing Transrite and Transform. (#496508)
204. Moore Business Forms, Inc. (Ontario); Zellerback Paper Co. (San Francisco); Nationwide Ppaers Inc. (Hamilton, OH); Chatfield Paper co. (Cincinnati, OH); Beeckman Paper Co. (NY, NY); Standard Register (Dayton); Carter, Rice Storrs & Bement Inc. (Boston); Uarco (Barrington, IL); Reynolds & Reynolds (Dayton); Control Data Corporation (Lincoln, NE). (0004-1021; NCR 103499)
205. Memo written by K.K Conover and Issued by H.V. Lauer dated May 7, 1956 describes various customer complaints. Customers identified: Clampitt Paper Company (Dallas, TX); Maneke-Kinzie Printing Company (Tulsa, OK); Moore' Business Form (Elmira, NY; Cincinatti; Toronot); Chatfield Paper Company (Indpls and Cincinnati); Beekman Paper Company; Mittag & Volger (Park Ridge, NJ); Carpenter Paper Company (Kansas City, MO; Omaha, NE); Diem and Wing (Cincinnati); Zellerbach Paper Company (San Francisco); Valbro Corporation (Winter Gardens, FL); Standard Register (York, PA); Alling & Cory company (New York, NY)
206. See PRH memo dated 6/26/98 for a list of NCR customers
207. (Document #0027-1130)references visits to two printers in Lancaster OH: at p. 13, reference is to Cyril Scott (purchases made through Chatfield Paper Company) and MH Printng Company. Other printers mentioned were Bonnar-Vawter, Philip Hano, Royal Business Forms and Graphic Controls (see p.14/0027-1144)
208. Spearin letter to James Haney of Bergstrom dated 1/19/76: quotes Shade testimony that 7.5% of the office forms paper produced up until 1971 was NCR carbonless paper and that 10% of the total forms paper produced returns to the environment each year via office file destruction. (doc. # 0012-0346) Letter contains summary of aroclor 1242 consumption in the production of ncr paper for 1957-1971 and ncr paper production for the same time period.
209. NCR's share of the total market for business fomrs is estimated to be approximately 3.6% (NCR 104492 at 493; 0005-0122)
210. Monsanto Bulletin No. O-P-115 (pp.20-21): Aroclor 4465 is a useful resin for rotogravure inks.
211. Minutes of Ad Hoc PCB Committee Wisconsin Paper Council (June 16, 1976)(GFO0008029-30)
    1. Discusses new PCB effluent guidelines
    2. Bergstrom, Ft. Howard, and the John Strange Division of Menasha may have difficulty meeting the new standards
    3. Several companies confirmed the findings of measurable pcb levels in virgin pulp
    4. After discussion, the Committee decided it would continue to pressure API and NCASI to become more actively involved in the pcb problem.
    5. A decision was made to cooperate with the Versar study.
    6. Two publications on pcbs were mentioned: Review of PCB Levels in the Environment, EPA 7560/7-76-001, Office of Toxic Substances; and the November 1975 proceedings of the National Conference on PCbs, EPA 560/6-75-004.

# Documents

212. Letter from Dick Wand of Bergstrom to Leslie Hunt of Shade Information Systems dated 8/14/75: references that in talking to people at IBFI we were able to get more information on carbonless papers. The dollar value of carbonless paper sold in 1967 was $14.3 million; in 1972-$34.8 million. 21,700 tons of carbonless paper were sold in 1967 and 50,100 tons were sold in 1972. In 1967, $895 million worth of business forms were sold; in 1972-$1,381 million. According to the experts at the meeting, old NCR carbonless paper contained 3-6 % pcbs by weight. Thus 1,302,000 pounds or a max of 2,604,000 pounds of pcbs were contained in carbonless paper sold in 1967. This comprises a very small % of the total 1967 sales of Aroclor 1242 which were in excess of 43,00,000 pounds.

213. Letter from Spearin from Appleton Papers Divison to Haney, Chairmman of the Government Relations Committee of the Wisconsin Paper Council, and employee of Bergstrom Paper Company dated 5/25/76 (GS0002416) States that Appleton will consistently meet new effluent guidelines. One of our operations is showing net removal of pcbs from influent to effluent without even secondary treatment.
   1. Review of our [Appleton Division] operations suggests that the new limits can be consistently met
   2. One of our operations is currently showing net removal of pcbs from influent to effluent even without secondary treatment.

214. Letter dated June 2, 1975 from Riopelle, Division Manager of Business Forms Manufacturing, Shade Incorporated, to Wand of Bergstrom.
   1. Reports a visit by the national account sales manager for NCR and we discussed the PCB situation at length.
   2. "I was surprised that the PCB level was higher than normal when processing our WASTE NOT material since I did not think very much of the NCR paper manufactured with PCBs (prior to 1969) was coming back through the system."
   3. "We are monitoring the amount of old NCR paper just to get a feel for how much is coming back and will advise you of the percentage at a later date."
   4. Handwritten note: "Found state of Wis. putting in significant amounts of old carbonless"/JRiopelle (6/4/75)

215.