# EXHIBIT 16

Exponent™

Exponent
15375 SE 30th Place
Suite 250
Bellevue, WA 98007

telephone 425-643-9803
facsimile 425-643-9827
www.exponent.com

# TRANSMITTAL

**To:** Jim Warshall, Sidley & Austin **Date:** September 24, 1998

**From:** Robert Barrick

**Subject:** Expert Report/Testimony for Rockwell International

**Contract No.:** 0401

The following documents are enclosed

- [ ] for your information
- [ ] per your request
- [x] for your use
- [ ] for your review
- [ ] for your files
- [ ] for your signature (return ____ copies)

**Quantity:** **Title:**

**Comments:** + 1 copy for Pam Hannenbut

**Sent via:**

- [x] First Class
- [ ] Federal Express
- [ ] Courier
- [ ] UPS

**cc:**

A

Exponent™

Exponent
15375 SE 30th Place,
Suite 250
Bellevue, WA 98007

telephone 425-643-9803
facsimile 425-643-9827
www.exponent.com

April 27, 1998

Mr. Joseph C. Basta, Esq.
Dykema Gossett
400 Renaissance Center
Detroit, Michigan 48243

Subject: *Kalamazoo River Study Group v. Rockwell International, et al.*
*No. 1:95CV838, U.S. Dt. Ct., Western District of Michigan, Southern Division*
Additional Supplemental Expert Report for Defendant Rockwell International

Dear Mr. Basta:

The following supplemental Rule 26(a)(2) report, prepared by me, is submitted for the subject matter at your direction and in response to new information received in February 1998.

## OPINIONS AND BASIS

I have formed supplemental opinions in this matter based on consideration and analysis of new information made available since preparation of my January 1998 Supplemental Expert Report. In February 1998, Plaintiffs provided copies of laboratory documentation for recently analyzed samples of sediment from the Kalamazoo River. The documentation for each sample includes summaries of PCB concentrations by Aroclor® mixture and chromatograms that convey the PCB fingerprint at each location. This information is of the same nature as Plaintiffs laboratory documentation obtained in November 1997 for other sediment samples from the Kalamazoo River. These samples were discussed in my January 1998 Supplemental Expert Report.

Additional supporting laboratory documentation (i.e., chromatograms and associated data reports) made known to me by examination of Plaintiffs' files may be requested and reviewed. Additional supporting laboratory documentation made known to me by examination of Plaintiffs' files in November 1997 has not been reviewed. This information includes sample delivery group (SDG) No. 63962 containing sediment data for 30 samples that had been requested of Plaintiffs first in November 1997 and subsequently but has not yet been provided.

For illustrative purposes, I expect to prepare additional exhibits developed from the tabular concentration data and chromatograms described in this Supplemental Expert's Report. These exhibits may be used to contrast and compare information already discussed in my previous Expert's Reports.

**Supplementary Opinion 1.** My overall conclusion has not changed that there is no measurable contribution of PCBs from the former Rockwell facility to the river. In fact, the newly provided information, generated by Plaintiffs, further buttresses this conclusion. Therefore, an extensive review of the evidence available to date supports the finding that PCBs found in the Kalamazoo River, regardless of the Aroclor® composition, derive from significant upstream sources.

**Basis:** The basis for this overall conclusion has been supplemented by concentration and composition data for PCBs in Kalamazoo River sediment samples analyzed by Plaintiffs' laboratory. These samples are from 402 sediment cores collected along 137 of 171 transects in the Kalamazoo River and 15 of 15 transects along Portage Creek[1]. The location of these transects is shown in Figures 2-9 [KB60205542-5549] of Plaintiffs' Draft Technical Memorandum 10, dated April 1994.

The subset of 137 transects in the Kalamazoo River extends from more than a mile upstream of the Georgia Pacific facility in Kalamazoo (Transect KPT-1) to the lower end of Lake Allegan, just upstream of the Lake Allegan Dam (Transect KPT-159). In addition, the 15 transects along Portage Creek extend from the confluence with the Kalamazoo River (Transect PPT-1) to downstream of the Bryant Mill Pond (Transect PPT-15).

A total of 1,415 samples (including field replicate samples) from different depths within these 402 sediment cores were submitted to Plaintiffs' laboratory and given laboratory identification numbers. Results for 1,365 of these samples were contained in the documentation provided by Plaintiffs [KB80000110-KB80001302 and KB80100001-KB80162469]. I have examined a subset of the available chromatograms to evaluate the PCB fingerprint. In addition, the chromatograms were used to assess whether the laboratory has reasonably identified the correct Aroclor® mixtures present in those samples, and therefore, whether it is reasonable to rely upon the associated concentration summaries. I then used the summaries to assess changes in the composition and concentration of Aroclor® mixtures in the entire data set. These assessments are discussed further in the following supplemental opinions.

---

[1] Each transect defines one location along the Kalamazoo River or Portage Creek; a transect spans the water channel from side to side at each location. Multiple sediment cores were collected along each transect. Data are available for samples from 1 to 7 cores of all of the cores collected along each transect.

**Supplementary Opinion 2.** Sediment samples collected upstream and adjacent to facilities and landfills historically used by all four Plaintiffs Allied Paper Corporation, Georgia-Pacific Corporation, James River Corporation, and Simpson-Plainwell Paper Company demonstrate that the substantial PCB contamination of the Kalamazoo River originates from Plaintiffs' properties and past operations. There is also direct, consistent evidence of no measurable contribution of PCBs from sediments downstream of the Morrow Lake Dam and upstream of Plaintiffs.

**Basis:** Sediment samples collected adjacent to or immediately downstream of facilities and landfills historically used by all four Plaintiffs contain PCB concentrations that are up to 2-3 orders of magnitude higher than any of those in samples collected upstream of those locations. In fact, PCBs were undetected in all 11 surface and subsurface samples from the first two transects KPT-1 and KPT-2, located downstream of Morrow Lake Dam and upstream of Plaintiffs' properties. PCBs only begin to be detected in 5 of 25 samples from the 9 cores collected from transects KPT-3 and KPT-4 upstream of Plaintiffs. The highest PCB concentration (0.075 ppm) detected in any of these samples also is nearly at the detection limit of approximately 0.07 ppm. Moreover, only Aroclor® 1254 were detected in those 5 samples.

**Supplementary Opinion 3.** Sediments sampled by Plaintiffs from Kalamazoo to Lake Allegan exhibit a PCB fingerprint that is consistent with the fingerprint previously identified and associated with Plaintiffs. This fingerprint contains Aroclor® 1242 as well as Aroclor® 1254 and other PCB mixtures. Consistent with previous data, the new data support the observation that release of these various PCB mixtures to the Kalamazoo River and subsequent mixing and transport in the river have created a chemical "fingerprint" that, by itself, accounts for the typical PCB distribution in downstream sediments.

**Basis:** This opinion is based on an examination of the new sediment PCB data, my knowledge of identifiable compositional differences in Aroclor® mixtures, and my previous assessment of PCB data from the chemical analysis of environmental analyses of soils, residuals, and Kalamazoo River sediments. A review of the chromatograms continued to reveal occasional misidentification of closely related, and often weathered, Aroclor® mixtures by the laboratory (especially Aroclor®1016, 1242, and 1248). Based on this observation, it is still appropriate to continue to compare the sum of Aroclor®1016, 1242, and 1248 with the sum of Aroclor®1254 and 1260 for the purpose of generally characterizing this fingerprint in river sediments. The nature of the characteristic PCB fingerprint in Kalamazoo River sediments has been discussed in my April 1997 Expert's Report and January 1998 supplemental Expert's Report.

Ex.

**Supplementary Opinion 4.** Comparison of the most recent data for samples collected upstream and downstream of the former Rockwell facility show no measurable change in the composition of PCBs. The average ratio of Aroclor® 1242/48 to Aroclor®1254/60 in sediments collected and analyzed by Plaintiffs downstream of the former Rockwell facility to Lake Allegan Dam is within the average 2-8 ratio found in sediments from Portage Creek and other locations near Plaintiffs' facilities. This is true for both surface and subsurface sediments, indicating that the fingerprint has persisted over time. This characterization of the typical fingerprint in the Kalamazoo River based on this substantial data set is consistent with that summarized previously.

**Basis:** Information summarized in the basis for Supplementary Opinion 1.

**Supplementary Opinion 5.** Concentrations of PCBs tend to increase in sediments collected immediately upstream of dams along the Kalamazoo River. This finding is consistent with a buildup of solids with higher concentrations of PCBs in impoundments as contaminated sediments adjacent to Plaintiffs are transported downstream. Furthermore, this pattern in PCB concentrations is similar in both surface and subsurface sediments. Therefore, this transport and buildup of contaminated solids appears to have occurred in the same manner over time and with a similar Aroclor® fingerprint over time, consistent with a long-term transport of contaminated sediments from Plaintiffs downstream to Lake Allegan.

**Basis:** Information summarized in the basis for Supplementary Opinion 1.

Please do not hesitate to call if you have any questions regarding this supplemental report.

Sincerely,

Robert C. Barrick
Principal

Ex.

A

PTI
ENVIRONMENTAL SERVICES

15375 SE 30th Place, Suite 250
Bellevue, Washington 98007
(206) 643-9803 FAX (206) 643-9827

January 12, 1998

Mr. Joseph C. Basta, Esq.
Dykema Gossett
400 Renaissance Center
Detroit, Michigan 48243

Subject: *Kalamazoo River Study Group v. Rockwell International, et al.*
*No. 1:95CV838, U.S. Dt. Ct., Western District of Michigan, Southern Division*
Supplemental Expert Report of Robert C. Barrick for Defendant Rockwell International

Dear Mr. Basta:

The following supplemental Rule 26(a)(2) report, prepared by me, is submitted for the subject matter at your direction and in response to new information received over the last several months.

## OPINIONS AND BASIS

I have formed supplemental opinions in this matter based on consideration and analysis of new information made available since preparation of my April 1997 Expert Report. Supplemental information not already identified in that report includes Plaintiffs' discovery materials, Plaintiffs' experts reports, supporting laboratory documentation obtained in November 1997 from the backup files of Plaintiffs' primary consultant, and supplemental opinions provided to counsel for Defendants by Plaintiffs.

Additional supporting laboratory documentation (i.e., chromatograms and associated data reports) made known to me by examination of Plaintiffs' files may be requested and reviewed. This material may be a basis for clarifying the following opinions. At this time, additional depositions of Plaintiff's experts have recently been taken and transcripts are still being reviewed or have not yet been available to me. This information may provide an additional basis for modifying or expanding my understanding of the relevant issues in this matter.

For illustrative purposes, I expect to use figures and tables from Plaintiffs' technical materials already provided during discovery, exhibits from depositions in this matter, and supporting laboratory chromatograms or other analytical tables in backup documentation identified during my examination of Plaintiffs' files and subsequently provided by Plaintiffs. In addition, exhibits

may be developed from tabular data in discovery documents, including concentration data for various PCB analyses of environmental media.

**Supplementary Opinion 1.** My overall conclusion continues to be that the available information on PCBs at the former Rockwell facility and in the Kalamazoo River is consistent with no measurable contribution of PCBs from the former Rockwell facility to the river. Information relied upon by Plaintiffs to conclude otherwise has not been considered in conjunction with other evidence that is contradictory to Plaintiffs' position; in some cases the information relied upon by Plaintiffs is also speculative. There is no comprehensive evidence other than that supporting the finding of a significant upstream source(s) of PCBs to the Kalamazoo River, regardless of the Aroclor® composition.

> **Basis:** The basis for this overall conclusion has been supplemented by Technical Memos prepared by Plaintiffs, supporting data, depositions of experts and fact witnesses, and relevant background documents, as further discussed in the following opinions.

**Supplementary Opinion 2.** Facilities and landfills historically used by Plaintiffs Allied Paper Corporation, Georgia-Pacific Corporation, and Simpson-Plainwell Paper Company have paper mill wastes that, in some cases, contain Aroclor® 1254 as well as Aroclor® 1242 and other PCB mixtures. The release of these various PCBs to the Kalamazoo River, subsequent mixing in the river with all of the materials discharged or released by these facilities, and river transport have created a chemical "fingerprint" that, by itself, accounts for the typical PCB distribution in downstream sediments. Conclusions formed by Plaintiffs' experts have not adequately considered this compositional information, which is a key tool for interpreting chemical transport and fate, and required for making meaningful evaluations of the potential for measurable contributions by Defendants at a location or over time.

> **Basis:** This opinion is based on my knowledge of identifiable compositional differences in Aroclor® mixtures and information in Technical Memos prepared by Plaintiffs and associated supporting documentation, most specifically chromatograms and laboratory reports of PCB data from the chemical analysis of environmental analyses of soils, residuals, and Kalamazoo River sediments. The presence of Aroclor® mixtures other than Aroclor® 1242 is often identified in these memos, but total PCBs (the sum of the concentration of all detected Aroclor® mixtures) is the parameter typically used by Plaintiffs to make their interpretations of river sediment data. Total PCBs cannot be used to identify important compositional similarities or differences among samples from different sources, along various transport pathways, or with depth in sediment cores.

**Supplementary Opinion 3.** Aroclor® 1242 can be degraded or "weathered" during transport of some sediments, which results in the loss of lower molecular weight PCB congeners. When this loss occurs, the resulting mixture can closely resemble Aroclor® 1248 because the visible difference between these mixtures is the presence of relatively labile low molecular weight congeners that can be lost over time or during transport from the Aroclor® 1242 mixture. Because the composition of Aroclor® 1248 can also be altered to some extent by similar

processes, it is more appropriate to identify these mixtures as Aroclor® 1242/1248 in environmental samples that appear to have undergone weathering.

**Basis:** This opinion reflects my general knowledge, experience, and assessment of Kalamazoo River PCB data and associated Aroclor® assignments made by Plaintiffs. The characteristic peaks of Aroclor® mixtures are typically well resolved in the chromatographic "fingerprint" of PCB samples presented in Plaintiffs' supporting laboratory documentation. Careful review of several of these chromatograms and associated Aroclor® standards revealed inconsistent and/or incorrect assignment of Aroclors® 1242 and 1248, and most frequently, Aroclor® 1248, even in related samples exhibiting nearly identical PCB distributions. A more confident assignment of the particular Aroclor® identity was most easily and correctly made in samples that did not appear to weathered, or were only slightly weathered.

**Supplementary Opinion 4.** The specific fingerprint of PCBs in sediments that have been transported in aquatic systems to a particular location can exhibit some variability because river mixing processes do not create a completely homogeneous signature, nor are all sediments necessarily subjected to significant mixing or other environmental fate processes. The overall fingerprint of PCBs in Kalamazoo River sediments is, nevertheless, characteristic of major upstream sources of the various PCB mixtures.

**Basis:** This opinion reflects my general knowledge, experience, information presented in my April 1997 Expert Report, and assessment of Kalamazoo River and Plaintiffs' PCB data in technical memos.

**Supplementary Opinion 5.** Unweathered or only slightly weathered Aroclor® 1254 has been unquestionably identified as the dominant and characteristic PCB mixture found in environmental samples collected from the former Rockwell facility. Review of additional information provided during the discovery process has not changed this opinion. There has not been evidence provided that suggests a measurable contribution of this fingerprint from the former Rockwell facility to sediments in the Kalamazoo River. In fact, comparison of data for upstream and downstream sediment samples presented by Plaintiffs reinforces this conclusion.

**Basis:** In addition to facility documents previously cited and interpreted in my April 1997 Expert Report, review of Plaintiffs' Technical Memos and additional supporting chromatograms show similar concentrations and typical fingerprints that are unlike that at the former Rockwell facility. Furthermore, the Technical Memos concerning sediment chronologies and supporting chromatograms in laboratory data packages show that the most common Aroclor® pattern, which represents a mixture of Aroclors® 1242/48 and Aroclors® 1254/60, is found over time both upstream and downstream of the former Rockwell facility.

**Supplementary Opinion 6.** Opinions stated in my Expert Report of April 1997, concerning the potential magnitude of a PCB contribution from the former Rockwell facility, if any, were formed only after careful consideration of historical information for the facility. This information included the observed presence (or absence), distribution, and fingerprint of PCB mixtures in oily materials at the facility. The consideration of oily materials (and of other media

from the facility) was consistent with and supported my conclusion that there has been no measurable effect on sediments in the Kalamazoo River. The history of oil use at or discharge from this facility is not a means to conclude that a significant release of PCBs to the Kalamazoo River occurred.

**Basis:** Dr. Crumrine in his Supplemental Expert Report of January 1998, states that there was a failure in my April 1997 Expert Report to consider the discharge of large quantities of oils and industrial fluids from the outfall south of the facility. Therefore, he concludes that my evaluation improperly considered the magnitude of a PCB contribution from the facility to the Kalamazoo River. This assumption by Dr. Crumrine is incorrect. Furthermore, based on data for the facility, there is no correlation between the presence or concentration of "oil" and the presence or concentration of PCBs, nor is there any information that PCBs were intentionally used at the facility or historically identified as a component of any of the various manufacturing oils.

**Supplementary Opinion 7.** Plaintiffs' geochronological and geostatistical studies support my previous opinion that historical discharges of Aroclor® 1242 from upstream source(s) are consistent with the industrial use of this PCB mixture over time. Furthermore, compositional information provided by these studies reinforces the conclusion that the fingerprint of PCBs in Kalamazoo River sediments is historically consistent with the long-term discharge of primarily Aroclor® 1242 but also of Aroclor® 1254 (and Aroclor® 1260) by Plaintiffs upstream of the former Rockwell facility. The validity of this conclusion is not diminished by the variability in the fingerprint of some sediment samples for the reasons stated in Supplementary Opinion No. 4.

**Basis:** The basis for this conclusion is Technical Memos 10 and 12, as well as additional geochronology and "frozen core" data identified in an attachment to a memorandum to me from Mr. William H. Anckner of Blasland, Bouck & Lee, Inc. dated November 6, 1997. This attachment is a copy of the most recently available "RMS/SDG" table for the Kalamazoo River provided and used by me during an examination of data files earlier in November. This listing is the only documentation I am currently aware of that refers to laboratory data for sediment sample analyses conducted since the Technical Memos were prepared by Plaintiffs.

Please do not hesitate to call if you have any questions regarding this supplemental report.

Sincerely,

Robert C. Barrick
Principal
PTI ENVIRONMENTAL SERVICES

PTI
ENVIRONMENTAL SERVICES

15375 SE 30th Place, Suite 250
Bellevue, Washington 98007
(206) 643-9803 FAX (206) 643-9827

April 16, 1997

Ms. Kathryn J. Humphrey, Esq.
Dykema Gossett
400 Renaissance Center
Detroit, Michigan 48243

Subject: *Kalamazoo River Study Group v. Rockwell International, et al.*
*No. 1:95CV838, U.S. Dt. Ct., Western District of Michigan, Southern Division*
Expert Report of Robert C. Barrick for Defendant Rockwell International

Dear Ms. Humphrey:

The following Expert's Report, prepared by me, is submitted for the subject matter at your direction and in accordance with Rule 26 (2)(B).

## Background

My name is Robert C. Barrick, a principal and corporate officer of PTI Environmental Services (PTI), a Washington corporation with headquarters in Bellevue, WA. I have been retained by Rockwell International at the direction and with supervision of their counsel, Dykema Gossett, to provide expert witness testimony in the matter of *Kalamazoo River Study Group v. Rockwell International, et al.* My areas of expertise include source fingerprinting, transport, fate, and biological effects of PCBs and other compounds in soils, sediments, and water.

The scope of my expert testimony will address the following general areas:

- Review and analysis of available reports generated or to be generated concerning the condition of the Kalamazoo River, including the type and degree of PCB contamination in sediment and surface waters of the River, both upstream and downstream of the Rockwell Site, and Lake Allegan
- The fate and transport of PCBs in the Kalamazoo River
- The lack of contribution of PCBs to the Kalamazoo River by the former Rockwell facility (the Rockwell Site) located in Allegan, Michigan, including consideration of the type and degree of PCB contamination in soil, groundwater, and sediment at the Rockwell Site.
- The contribution of PCBs to the Kalamazoo River by the four Plaintiffs member paper companies.

[167.25

The rate billed by my employer, PTI, for my consulting services in this matter is approximately $167 per hour; the rate billed by PTI for my time spent in depositions or trial is $245 per hour.

## SUPPORTING DOCUMENTS, EXHIBITS, AND OTHER INFORMATION

My expert opinions outlined in this letter report have been formed after an evaluation of the following documents related to the Kalamazoo River and the Rockwell Site:

- Remedial Investigation Report, February 10, 1997 by Environmental Strategies Corporation (ESC 1997), and associated exhibits and references cited within the report.
- BBL. May, 1994. Allied Paper, Inc./Portage Creek/Kalamazoo River Superfund site: PRP Case Study, Rockwell International Superfund Site, Allegan Michigan. Prepared by Blasland, Bouck, & Lee.
- Attached exhibits, Tables 1-5, summarizing historical PCB concentration data for the Kalamazoo River and new PCB concentration data from PTI's 1995-1996 collection and analysis of sediment samples on behalf of Rockwell International.
- Attached exhibits, Figures 1-9, depicting the history of Aroclor® 1242 usage in carbonless paper manufacture, maps showing the locations of PTI's sediment sampling in 1995-1996, and graphs that summarize Aroclor® and PCB congener data from PTI's analysis of sediments from the Kalamazoo River and the Rockwell Site.
- Attached exhibit, "Table 6. Summary of Differences in the Composition of Aroclor® 1254," regarding the variability in the pattern of congeners in this Aroclor® mixture based (a) on analyses of PCB standards by laboratories contracted by PTI for sediment investigations in the Kalamazoo River, and (b) on other information summarized in the scientific literature listed below in this section.

The Rockwell Site-related and Kalamazoo River studies (attached exhibits; ESC 1997; BBL 1994) were initiated prior to the filing of this lawsuit. Additional materials produced by Plaintiffs as part of the discovery process, as well as Expert's Reports prepared on behalf of the Plaintiffs, are likely to be pertinent to my opinions but have not yet been evaluated, referenced, or relied upon. This material, or in some cases, summary indices of available documents, were only recently provided to Defendants by Plaintiffs.

In particular, my preliminary opinions expressed in this report concerning potential contributions of PCBs by the four Plaintiffs member paper companies have been formulated based primarily on the general scientific literature concerning recycling of carbonless paper and other potential sources of PCBs in paper manufacturing, such as deinking processes. More specific opinions on potential

historical and present-day sources of PCB contamination to the Kalamazoo River and Lake Allegan from upstream sources, including Plaintiffs' operations, may be possible after an evaluation has been completed of the recently provided discovery and Experts' Reports prepared for Plaintiffs.

In addition, more investigative and remediation activities may occur at the Rockwell Site and in the Kalamazoo River to comply with requirements of government authorities, resulting in additional information relevant to Rockwell Site or Kalamazoo River conditions. Potential depositions of all expert and fact witnesses have not yet been taken and other kinds of relevant information may become available in the future. Therefore, review and analysis of all such information could provide an appropriate basis for modifying the opinions identified in this report, or for forming additional opinions.

Other scientific literature that was considered in addressing the technical issues in this matter includes:


- Erickson, M.D. 1997. Analytical Chemistry of PCBs. Second Edition. CRC Press Inc., Lewis Publishers, Boca Raton.
- Schulz, D.E., G. Petrick, and J.C. Dulmker. 1989. Complete characterization of polychlorinated biphenyl congeners in commercial Aroclor® and Clophen mixtures by multidimensional gas chromatography-electron capture detection. Environ. Sci. and Technol. 23(7):852-859.
- Hammond, P.B., I.C. Nisbet, A.F. Sarofim, W.F. Drury, and N. Nelson. 1972. PCB's Environmental Impact. Panel on Hazardous Trace Substances. Chapter 1, Properties, Production, and Uses, pages 262-267 in Environ. Res. 5:249-362.
- Kirk-Othmer. 1985. Chlorinated biphenyls and related compounds. pg. 272. In: Concise Encyclopedia of Chemical Technology. Third Edition. John Wiley & Sons, Inc., New York.
- Manchester-Neesvig, J.B. and A.W. Andren. 1989. Seasonal variation in the atmospheric concentration of polychlorinated biphenyl congeners. Environ. Sci. Technol. 23(9):1138-1148
- Monsanto Chemical Company. 1970. The Aroclors®, physical properties and suggested applications. Bulletin No. O-P-115.
- Phillips, D.J.H. 1986. Use of organisms to quantify PCBs in marine and estuarine environments. Chapter 8, Section III. In: PCBs and the Environment. Volume II. J.S. Waid (ed.), CRC Press, Inc., Lewis Publishers, Boca Raton.
- USEPA. 1976. PCBs in the United States: Industrial Use and Environmental Distribution. EPA/6-76-005, U.S. Environmental Protection Agency, Office of Toxic Substances, Washington, DC

- USEPA. 1994. Method 8081, Organochlorine pesticides and PCBs as Aroclors® by gas chromatography: capillary column technique. SW-846, Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, 3rd Edition, Final Update II. Office of Solid Waste, U.S. Environmental Protection Agency, Washington DC.

- Webb, R.G. and A.C. McCall. 1973. Quantitative PCB standards for electron capture gas chromatography. J. Chrom. Sci. 11(7):366-373.


## QUALIFICATIONS

A copy of my curriculum vitae, including a list of all publications within the last 10 years, is attached. In addition to PCB work conducted at the Rockwell Site and in the Kalamazoo River, my experience with PCBs derives from projects that include tracking and analysis of international, national and Great Lakes PCB issues for industrial clients, the Chemical Manufacturers Association, the Chlorine Chemistry Council, the Clean Water Act Reauthorization Coalition, and the American Automobile Manufacturers Association; site and/or natural resource investigations at a coastal California PCB site, Saginaw Bay in Michigan, landfills and a scrapyard/recycling operation in Washington State; a confidential waste disposal site in New Jersey, and development of sediment guidelines for PCBs and other chemicals for EPA Region 10 and the States of Washington and California.

I have provided expert witness testimony at public and administrative hearings, at depositions, and through expert reports submitted in anticipation of depositions, in the following matters (which include all those within the last four years):

1. *San Diego Unified Port District v. Bay City Marine, Inc., et al., No. 950355 B (AJB) U.S. Dt. Ct., Southern District of California* (for defendant Harbor Boat & Yacht; March 1997 expert witness report of opinions prior to deposition regarding allocation of petroleum hydrocarbon contamination and associated remediation costs)

2. *Crowley Marine Services, Inc., et al. v. Fednav Ltd., et al., No. CS-94-0178-JLQ, U.S. Dt. Ct., Eastern District of Washington at Spokane* (for plaintiff Crowley Marine; January 1996 expert witness report of opinions prior to deposition regarding the nature and extent of soil and groundwater contamination at a bulk fuel terminal site for cost allocation)

3. *California Regional Water Quality Control Board v. Koehler Kraft Co.* (for defendant; October 1993 expert witness testimony at formal public hearing regarding the response to a Cleanup and Abatement Order at a boatyard)

4. *Veda Downs, Estate of John T. Downs and James E. Walters v. PureGro Company and Crosby & Overton, No. 88-2-50329-2 Superior Court, State of Washington, Franklin County* (toxic tort for defendant; December 1992 expert witness testimony at deposition regarding the transport, fate, and exposure to organic chemicals)

5. *Spectrum Properties, Inc. v. Mid-Coast Marine Oregon Corp., et al. No. 91-1338-FR, U.S. Dt. Ct., District of Oregon* (for defendant Mid-Coast Marine; October 23, 1992 written expert opinion prior to deposition regarding potential sediment contamination and the source, stability, and toxicity of sandblast grit and antifouling compounds)

6. *St. Paul et al. v. McCormick & Baxter, No. A8711-07096 Multnomah County Circuit Court, State of Oregon* (under subpoena by Plaintiffs and Defendants; April 1991 expert testimony at deposition regarding the source, transport, and fate of creosote, oils, pentachlorophenol, metals, and chlorinated dioxins and furans in soils, groundwater, and sediments)

7. *United States v. Gary Dean Rager (No. OR89-162W)* (for defendant in sentencing phase; September 1989 written expert opinion on the fate of a solvent release, submitted to trial judge as part of a mitigation hearing)

8. *Washington State Department of Ecology v. I.T.T.* (for plaintiff; circa 1986 expert witness testimony at a formal administrative hearing before the Washington Pollution Control Commission, regarding the fate of organic compounds in wastewater effluents).

In addition, I have provided expert consulting and expert witness preparation from 1993-1996 regarding chemical fingerprinting, source allocation, and historical manufacturing operations associated with the disposal of wastes by multiple parties at a New Jersey site (confidential third party Alternative Dispute Resolution).

## OPINIONS AND BASIS

I have formed the opinions set forth in this Expert Report based on my education, experience, knowledge of the generally relevant scientific literature, and Rockwell Site-related and Kalamazoo River studies identified in the section entitled, *Supporting Documents, Exhibits, and Other Information.* As noted in that section, additional information and Experts' Reports have only recently been provided to counsel for Defendants by Plaintiffs; this material may be a basis for modifying and/or expanding the following opinions.

**Opinion 1.** My overall conclusion is that the available information on PCBs at the Rockwell Site and in the Kalamazoo River is consistent with no identifiable contribution of PCBs from the former Rockwell facility to the river. In fact, there is no evidence other than that which supports the finding of a significant upstream source(s) of PCBs to the river, regardless of the Aroclor® composition.

**Basis:** The basis for this overall conclusion is provided in the Remedial Investigation report dated February 10, 1997 for the Rockwell Site, and the attached tables and figures, as described in more detail in the following opinions.

**Opinion 2.** Aroclor® 1242 is the dominant PCB mixture detected in surface and subsurface Kalamazoo River sediments, both upstream and downstream of the Rockwell Site, when PCBs are detected.

**Basis:** The Aroclor® content in historical and recent sediment samples collected by various government and private parties upstream, adjacent to the Rockwell Site, and downstream to Lake Allegan is summarized in the attached Tables 1-5. In addition, the attached figures demonstrate the correspondence between a laboratory standard of Aroclor® 1242 and the dominant PCB pattern in Kalamazoo River sediments.

**Opinion 3.** Aroclor® 1242 is not characteristic of the PCB mixture found in soil or oil samples collected from the Rockwell Site, nor was Aroclor® 1242 a component of or used in historical manufacturing operations at the Rockwell Site. The dominant Aroclor® mixture found at the Rockwell Site is Aroclor® 1254.

**Basis:** The Remedial Investigation report (ESC 1997) summarizes the Aroclor® mixtures found at the Rockwell Site as well as their potential sources.

**Opinion 4.** The PCB pattern in Kalamazoo River sediments is dissimilar from the pattern of PCBs detected not only in onsite pond sediment but also in river bank soil samples collected at the Rockwell Site. This difference indicates that the PCB composition associated with the Rockwell Site is not representative of either historical or present day sediments in the Kalamazoo River or Lake Allegan. Either PCBs from the Rockwell Site have not migrated in the river or the contribution has been negligible relative to upstream sources of PCB contamination.

**Basis:** See attached Figure 6 contrasting the distribution of PCB congeners in Kalamazoo River sediments and the onsite treatment pond at the Rockwell Site. In addition, see attached Figure 7 comparing the fingerprint of PCBs in soil collected on the river bank at the Rockwell Site downstream of the abandoned railroad bridge, with the fingerprint of Aroclor® 1242 and 1254 laboratory standards. The distinctive pattern for congeners present in the laboratory standard of Aroclor® 1242 does not resemble the Rockwell Site samples but does resemble the dominant pattern in river sediment samples from both upstream and downstream of the Rockwell Site (see attached Figures 5a and 5b). In contrast, the pattern for a laboratory standard of Aroclor® 1254 is nearly identical to the compositional pattern of congeners in pond sediments from the Rockwell Site (see attached Figures 5b, 6) and the river bank soil collected at the Rockwell Site downstream of the abandoned railroad bridge (see attached Figure 7). Aroclor® 1254 does not resemble the dominant pattern in the Kalamazoo River sediment samples.

**Opinion 5.** The presence of Aroclor® 1242 and absence of Aroclor® 1254 in surface or subsurface river sediment samples collected by PTI directly adjacent to the Soluble Oil Separation Pond (SOS Pond) area at the Rockwell Site is strong evidence that there is no PCB contribution from the SOS Pond area.

**Basis:** Aroclor® 1254 is the PCB mixture found in the SOS Pond area, which is inconsistent with the Aroclor® pattern in the adjacent sediment core from the Kalamazoo River. Despite the accumulation of sediment at this river location, the only evidence in this recently collected core is the dominant Aroclor® 1242 mixture consistent with upstream sources. Even in the sediment core collected by BBL (1994), Aroclor® 1016/1242 is the dominant PCB mixture (Aquatec Laboratories; KB20009457-67), although some Aroclor® 1254 was reportedly present. The original laboratory data have not yet been provided to PTI for an independent evaluation necessary to confirm the identify of the PCB mixtures in these latter samples.

**Opinion 6.** A report of Aroclor® 1016 in some layers of two river sediment cores collected by BBL adjacent to the Rockwell Site (BBL 1994) is more likely than not misidentification of Aroclor® 1242 by the laboratory analysts.

**Basis:** Aroclor® 1016 is inconsistent with the typical Aroclor® pattern reported in the Kalamazoo River, even by BBL in a river water sample in the same location of one of these sediment cores. The reporting of this Aroclor® has also not been confirmed in more recent analyses of river sediment cores collected by PTI in the vicinity of the Rockwell Site (see attached Table 5). Moreover, both Aroclor® 1016 and Aroclor® 1242 are reported in one of the BBL sediment cores, but not in the same sediment layers. These two Aroclor® mixtures are similar in composition and, therefore, Aroclor® 1016 can be reported by a laboratory when the actual mixture is Aroclor® 1242.

The reported use of Aroclor® 1016 is in electrical capacitors (Hammond et al. 1972). Although there were apparently some PCB-containing capacitors present at one time at the Rockwell Site (RO0000548-550), there was no detection of Aroclor® 1016 in environmental samples at the Rockwell Site (ESC 1997), including samples of soil closest to the location sampled by BBL (1994).

**Opinion 7.** The compositional pattern of PCB congeners in sediment samples collected by PTI from upstream of the Rockwell Site is virtually identical to the pattern of PCBs found in samples just downstream from the Rockwell Site and from Lake Allegan. This lack of change in the sediment PCB composition is consistent with no measurable contribution to the Kalamazoo River from the Rockwell Site.

**Basis:** The fingerprint of the PCB mixture is essentially unchanged in river sediment samples collected from above the Allegan City Dam to Lake Allegan (Figures 4, 5a, and 6), including river

sediment samples from the vicinity of the former SOS Pond, the former Rockwell Outfall #2, or just downstream of the Rockwell Site (see maps in attached Figures 2 and 3). Any measurable contribution of Aroclor® 1254 from the Rockwell Site would characteristically alter the PCB distribution in sediments. The distinctive pattern for congeners present in Aroclor® 1242 resembles that of the sediment samples from both upstream and downstream of the Rockwell Site (see attached Figures 4-5 and the laboratory standard of Aroclor® 1242 shown in attached Figure 7). The pattern for Aroclor® 1254 does not resemble the dominant pattern in those sediments.

**Opinion 8.** The concentration of Aroclor® 1254 is consistently lower than that of Aroclor® 1242 in Kalamazoo River sediment samples, indicating no significant evidence of an increased PCB load to sediments near the Rockwell Site. In addition, the ratio of these Aroclor® mixtures is similar in samples collected upstream and downstream of the Rockwell Site, further indicating no major independent release of PCBs from the Rockwell Site.

**Basis:** See attached Figure 8 showing the average Aroclor® concentration in Kalamazoo River sediments. Concentrations of both Aroclor® 1242 and Aroclor® 1254 vary in the river sediment samples, even after accounting for differing amounts of organic carbon in each sample. This variability most likely reflects differing accumulations of organic carbon in the sediments from different carbon sources such as industrial discharges and natural sources (e.g., processed paper fibers versus vegetation debris).

**Opinion 9.** The presence of a subsurface increase in PCB concentrations in an 8-foot sediment core collected in 1996 from the Kalamazoo River downstream of the Rockwell, and an 8-foot sediment core collected by MDNR in 1985 upstream of the Rockwell Site, is consistent with an historical discharge of PCBs from an upstream source(s) that increased and then decreased over time. This pattern is analogous pattern to the increased usage of Aroclor® 1242 for production of carbonless paper from the 1950s to 1970, followed by elimination of the use of this PCBs in carbonless paper in 1971.

**Basis:** See attached Figures 9c and 9d showing depth profiles of PCBs in sediment cores from the Kalamazoo River collected downstream of the Rockwell Site (approx. 8-foot core) and from Lake Allegan (approx. 2-foot core), as well as Table 2 data for an approx. 8-foot core collected by MDNR. The use of Aroclor® 1242 in carbonless paper production is shown in attached Figure 1 (based on information from USEPA 1976).

**Opinion 10.** Sources of PCBs in historical paper recycling operations include Aroclor® 1242 from carbonless paper, and Aroclor® 1254 from the deinking of paper. Although there are likely other potential upstream sources of Aroclor® 1254 to the Kalamazoo River, it is likely that the recycling, including deinking, operations of the four Plaintiffs' member paper companies have been sources of

both Aroclor® mixtures. Such sources would be consistent with the observation of similar compositions of PCBs in sediment samples collected upstream, nearby, and adjacent to the Rockwell Site.

**Basis:** The use of Aroclor® 1242 in the manufacturing of carbonless paper (see attached Figure 1) and the subsequent release through wastes created in recycling processes is well known (e.g., Monsanto 1970; Hammond et al. 1972; USEPA 1976; Erickson 1997). In addition, PCBs such as Aroclor® 1254 have been a component of some printing inks (Hammond et al. 1972; USEPA 1976; Erickson 1997), which must be removed from wastepaper before the fibers can be reused. USEPA (1976) states that, "[a]ccording to Monsanto, the favored Aroclor® type used in inks was 1254..."

**Opinion 11.** Historical surface samples collected in the late 1970s and 1980s containing higher PCB concentrations no longer represent present-day conditions because of continued burial of historically contaminated sediments from all sources. The current potential for PCB exposure to organisms in the biologically-active zone of the river sediments is low.

**Basis:** Nearsurface sediments (0-4 cm) collected in 1995-1996 from depositional areas upstream, adjacent, and downstream of the Rockwell Site contain only low or undetectable concentrations of PCBs (see attached Table 5). Most biological activity in sediments occurs in oxygenated layers near the sediment-water interface.

Please do not hesitate to call if you have any questions regarding this Expert Report.

Sincerely,

Robert C. Barrick
Principal
PTI ENVIRONMENTAL SERVICES

## TABLE 1. PORTAGE CREEK/KALAMAZOO RIVER CONFLUENCE AREA: PCBs IN HISTORICAL SURFACE SEDIMENTS

| PCB Concentration (mg/kg) | Aroclor | Depth | Year | Reference | Comments |
|---|---|---|---|---|---|
| 5.41 | 1242 | Surface | 1976 | Wuycheck, 1977 | Fourth Street |
| 0.87 | 1254 | | | August 9-10, 1976 | |
| 8.04 | 1242 | Surface | 1976 | Wuycheck, 1977 | D Avenue |
| 2.26 | 1254 | | | August 9-10, 1976 | |
| 5.54 | 1242 | Surface | 1976 | Wuycheck, 1977 | RR trestle (Parchment) |
| 2.63 | 1254 | | | August 9-10, 1976 | |
| 9.9 | 1242 | Surface | 1976 | Wuycheck, 1977 | Gull Street |
| 2.44 | 1254 | | | August 9-10, 1976 | |
| 5.68 | 1242 | Surface | 1976 | Wuycheck, 1977 | Michigan Avenue Bridge |
| 2.05 | 1254 | | | August 9-10, 1976 | Potage Creek Confluence |
| 49.5 | 1242 | Surface | 1976 | Wuycheck, 1977 | Vine Street (Kalamazoo) |
| | | | | August 9-10, 1976 | |
| 1.6 | Total PCBs | Surface | 1982 | MDNR, November 1982 | D Avenue |
| 1.0 | Total PCBs | Surface | 1982 | MDNR, November 1982 | Commerce Street & RR crossing |
| 57.0 | Total PCBs | Surface | 1982 | MDNR, November 1982 | Patterson Avenue |
| <0.05 | Total PCBs | Surface | 1982 | MDNR, November 1982 | Michigan Avenue Bridge |
| 13.00 | Total PCBs | Surface | 1984 | Creal, 1984 | Patterson Avenue |

## TABLE 2. CITY LINE OF ALLEGAN TO ALLEGAN CITY DAM: PCBs IN HISTORICAL SURFACE AND SUBSURFACE SEDIMENTS

**Surface Sediment Samples**

| PCB Concentration mg/kg | Aroclor | Depth | Year | Reference | Comments |
|---|---|---|---|---|---|
| <0.5 | 1242 | Surface | 1976 | Wuycheck, 1977 | Bridge Street, Allegan |
| <0.5 | 1254 | | | August 9-10, 1976 | |
| 3.61 | | Surface | 1985 | MDNR, January 1985 | 0.7 km upstream of dam, south of M-89, west side of river |
| 6.47 | | Surface | 1985 | MDNR, January 1985 | 1.4 km upstream of dam, east side in bay |
| ND | | Surface | 1987 | MDNR, 1987 | Bridge Street, Allegan |

**Sediment Core Samples**

| PCB Concentration (mg/kg) | Aroclor | Depth (cm) | Year | Reference | Comments |
|---|---|---|---|---|---|
| 47.3 | Total PCBs | 0 - 61 | 1985 | MDNR, May 29, 1985 | 0.4 km upstream of dam on east shore |
| 38.3 | Total PCBs | 91 | | | |
| 46.8 | Total PCBs | 122 | | | |
| 57.4 | Total PCBs | 152 | | | |
| 46.5 | Total PCBs | 183 | | | |
| 29.3 | Total PCBs | 213 | | | |
| 2.23 | Total PCBs | 244 | | | |
| 4.99 | Total PCBs | 0 - 183 | 1985 | MDNR, May 1985 | 0.6 km upstream of dam, composite of 6 samples taken of top 15 cm from east/west transect across river |
| 45.5 | Total PCBs | 31 | 1985 | MDNR, May 1985 | 0.6 km upstream of dam on west shore |
| 15.2 | Total PCBs | 61 | | | |
| 13.9 | Total PCBs | 91 | | | |
| 0.95 | Total PCBs | 122 | | | |

**TABLE 3. ROCKWELL/POTW/ABANDONED RR BRIDGE: PCBs IN HISTORICAL SURFACE SEDIMENTS**

| PCB Concentration (mg/kg) | Aroclor | Depth (cm) | Year | Reference | Comments |
|---|---|---|---|---|---|
| 0.011 | 1254 | 0 - 10 | 1992 | REMCOR 1993 | near City of Allegan Dam |
| 0.72 | 1248 | 0 - 10 | 1992 | | Near POTW - Transect #3 |
| 0.93<br>0.96 | 1248<br>1254 | 0 - 10 | 1992 | | Quiescent area - Transect #7<br>100 ft from shore |
| 1.6<br>0.72 | 1242<br>1254 | 0 - 10 | 1992 | | Quiescent area - Transect #7<br>>200 ft from shore |

# TABLE 4. LAKE ALLEGAN: PCBs IN HISTORICAL SURFACE AND SUBSURFACE SEDIMENTS

**Surface Samples**

| PCB Concentration (mg/kg) | Aroclor | Depth | Year | Reference | Comments |
|---|---|---|---|---|---|
| 4.89 | 1242 | Surface | 1976 | Wuycheck, 1977 | Lake Allegan, near dam |
| 0.69 | 1254 | | | August 9-10, 1976 | |
| 2.26 | 1242 | Surface | 1976 | Wuycheck, 1977 | Route 89 (Lake Allegan) |
| 0.5 | 1254 | | | August 9-10, 1976 | |
| 21.6 | 1242 | Surface | 1976 | Wuycheck, 1977 | Route 40-89 (Lake Allegan) |
| 3.07 | 1254 | | | August 9-10, 1976 | |
| 15.7 | Total PCBs | Surface | 1983 | MDNR, 1983 | Lake Allegan |

**Sediment Core Samples**

| PCB Concentration mg/kg | Aroclor | Depth (cm) | Year | Reference | Comments |
|---|---|---|---|---|---|
| 13.9 | Total PCBs | 31 - 41 | 1983 | MDNR, November 1983 | 0.8 miles upstream of dam, 16" cores; transect |
| 11.0 | Total PCBs | 0 - 10 | 1983 | MDNR, November 1983 | 1.25 miles upstream of dam, in bay, 10"cores |
| 14.1 | Total PCBs | 0 - 10 | 1983 | MDNR, November 1983 | 2 miles upstream of dam, 16" cores |
| 25.2 | Total PCBs | 31 -41 | | | |
| 24.4 | Total PCBs | 0 - 10 | 1983 | MDNR, November 1983 | 2.1 miles upstream of dam, in bay; 8" core |
| 41.7 | Total PCBs | 10 - 20 | | | |
| 17.80 | Total PCBs | 0 - 10 | 1983 | MDNR, November 1983 | Directly west of fairgrounds; |
| 28.30 | Total PCBs | 20 -31 | | | about 4.75 miles upstream of dam, 12" core |
| 15.60 | Total PCBs | 0 - 10 | 1983 | MDNR, November 1983 | Directly west of fairgrounds; |
| 20.20 | Total PCBs | 20 - 31 | | | about 5 miles upstream of dam, 12" core |

Validated Data

# TABLE 5. SUMMARY OF PCB CONCENTRATIONS IN KALAMAZOO RIVER SEDIMENTS (1995-1996)

| Sample ID | Collection Date | Depth (cm) | PCBs (mg/kg, dry-weight basis) A1242 | A1248 | A1254 | A1260 | Total Organic Carbon (%) | PCBs (mg/kg, TOC normalized)** A1242 | A1248 | A1254 | A1260 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Allegan City Dam** | | | | | | | | | | | |
| KZSGCD01 | 12/2/95 | 0 - 4 | 0.6 U | 1.4 U | **1.1** | **0.24** | 9.52 | 6.3 U | 15. U | **12.** | **2.5** |
| KZSGCD04 | 12/2/95 | 0 - 4 | 0.1 U | **0.24** | 0.2 U | **0.05** | 10.9 | 0.9 U | **2.2** | 1.8 U | **0.5** |
| KZSGCD06 | 12/2/95 | 0 - 4 | 0.09 U | **0.25** | 0.2 U | **0.06** | 10.7 | 0.8 U | **2.3** | 1.9 U | **0.6** |
| Core CD-02 | 12/2/95 | 0 - 10 | 0.06 U | **0.22** | **0.1** J | **0.04** | 8.77 | 0.7 U | **2.5** | **1.1** J | **0.5** |
| | | 0 - 10* | **0.35** | **1.4** J | **0.2** J | **0.04** | 8.42 | **4.2** | **17.** J | **2.4** J | **0.5** |
| | | 10 - 20 | **23.** | **15.** J | **5.** J | **0.35** | 8.52 | **270.** | **180.** J | **59.** J | **4.1** |
| | | 20 - 30 | **20.** | 10. U | **5.** J | **0.4** | 9.88 | **200.** | 100. U | **51.** J | **4.0** |
| | | 30 - 42 | **23.** | **16.** J | **5.** J | **0.51** | 10.0 | **230.** | **160.** J | **50.** J | **5.1** |
| | | 42 - 51 | **14.** | **11.** J | **2.** J | **0.33** | 9.52 | **150.** | **120.** J | **21.** J | **3.5** |
| | | 51 - 60 | **29.** | **19.** J | **5.** J | **0.36** | 8.44 | **340.** | **230.** J | **59.** J | **4.3** |
| **Abandoned Railroad** | | | | | | | | | | | |
| KZSGRR01 | 12/1/95 | 0 - 4 | 0.1 U | **0.28** | 0.2 U | **0.04** | 6.85 | 1.5 U | **4.1** | 2.9 U | **0.6** |
| KZSGRR04 | 12/1/95 | 0 - 4 | 0.05 U | **0.1** | 0.06 U | **0.02** | 1.60 | 3.1 U | **6.3** | 3.8 U | **1.3** |
| KZSGRR05 | 12/1/95 | 0 - 4 | 0.14 U | **0.27** | 0.2 U | **0.04** | 4.95 | 2.8 U | **5.5** | 4.0 U | **0.8** |
| KZSGRR06 | 12/1/95 | 0 - 4 | 0.2 U | **0.26** | 0.2 U | **0.08** | 6.64 | 3.0 U | **3.9** | 3.0 U | **1.2** |
| KZSGRR08 | 12/1/95 | 0 - 4 | 0.02 U | **0.04** | 0.05 U | 0.01 U | 0.57 | 3.5 U | **7.0** | 8.8 U | 1.8 U |
| Core RR09-02 | 5/23/96 | 0 - 24 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.13 | 72. U | 72. U | 72. U | 72. U |
| | | 24 - 28 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.15 | 62. U | 62. U | 62. U | 62. U |
| | | 48 - 65 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.14 | 65. U | 65. U | 65. U | 65. U |
| | | 65 - 86 | 0.06 U | 0.06 U | 0.06 U | 0.06 U | 0.19 | 32. U | 32. U | 32. U | 32. U |
| Core RR09-01 | 5/23/96 | 0 - 20 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.10 | 93. U | 93. U | 93. U | 93. U |
| | | 20 - 36 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 1.4 | 6.4 U | 6.4 U | 6.4 U | 6.4 U |
| | | 36 - 54 | 0.49 U | 0.49 U | 0.49 U | 0.49 U | 0.27 | 180. U | 180. U | 180. U | 180. U |
| | | 54 - 69 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.40 | 23. U | 23. U | 23. U | 23. U |

Validated Data

| Sample ID | Collection Date | Depth (cm) | PCBs (mg/kg, dry-weight basis) A1242 | A1248 | A1254 | A1260 | Total Organic Carbon (%) | PCBs (mg/kg, TOC normalized)** A1242 | A1248 | A1254 | A1260 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abandoned Railroad con't** | | | | | | | | | | | |
| Core US01 | 5/23/96 | 15 - 28 | 0.13 U | 0.13 U | 0.13 U | 0.13 U | 2.59 | 5.0 U | 5.0 U | 5.0 U | 5.0 U |
| | | 28 - 40 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 3.41 | 2.7 U | 2.7 U | 2.7 U | 2.7 U |
| | | 40 - 55 | 0.21 U | 0.21 U | 0.21 U | 0.21 U | 7.91 | 2.7 U | 2.7 U | 2.7 U | 2.7 U |
| | | 55 - 72 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 4.41 | 2.0 U | 2.0 U | 2.0 U | 2.0 U |
| | | 72 - 84 | 0.11 U | 0.11 U | 0.11 U | 0.11 U | 1.34 | 8.2 U | 8.2 U | 8.2 U | 8.2 U |
| | | 84 - 98 | 0.12 U | 0.12 U | 0.12 U | 0.12 U | 0.99 | 12. U | 12. U | 12. U | 12. U |
| | | 98 - 115 | 0.10 U | 0.10 U | 0.10 U | 0.10 U | 0.32 | 31. U | 31. U | 31. U | 31. U |
| | | 115 - 134 | 0.11 U | 0.11 U | 0.11 U | 0.11 U | 1.57 | 7.0 U | 7.0 U | 7.0 U | 7.0 U |
| | | 134 - 154 | 0.09 U | 0.09 U | 0.06 U | 0.06 U | 0.24 | 39. U | 39. U | 25. U | 25. U |
| **Allegan POTW** | | | | | | | | | | | |
| KZSGPO02 | 11/30/95 | 0 - 4 | **0.3** | 0.25 U | 0.25 U | **0.04** | 7.28 | **4.1** | 3.4 U | 3.4 U | **0.5** |
| KZSGPO03 | 11/30/95 | 0 - 4 | **0.12** | 0.15 U | 0.22 U | **0.03** | 3.60 | **3.3** | 4.2 U | 6.1 U | **0.8** |
| Core PO-01 | 11/30/95 | 0 - 10 | **0.24** | 0.01 U | 0.01 U | 0.01 U | 19.4 | **1.2** | 0.1 U | 0.1 U | 0.1 U |
| | | 10 - 20 | **0.19** | **0.1** J | **0.1** J | **0.13** | 9.54 | **2.0** | **1.0** J | **1.0** J | **1.4** |
| | | 20 - 30 | **0.54** | **0.3** J | **0.5** J | **0.22** | 2.89 | **19.** | **10.** J | **17.3** J | **7.6** |
| | | 30 - 40 | 0.3 U | **0.59** | **0.1** J | **0.04** | 1.02 | 29. U | **58.** | **9.8** J | **3.9** |
| | | 40 - 50 | **16.** | **5.** J | **5.** J | **0.94** | 10.4 | **154.** | **48.** J | **48.** J | **9.0** |
| | | 50 - 60 | **0.15** | **0.26** | **0.2** J | **0.09** | 11.5 | **1.3** | **2.3** | **1.7** J | **0.8** |
| | | 60 - 70 | **14.** | **9.** J | **5.** J | **0.89** | 8.53 | **160.** | **110.** J | **59.** J | **10.** |
| Core PO-05 | 5/22/96 | 14 - 27 | 0.22 U | **1.2** | 0.22 U | 0.22 U | 7.02 | 3.1 U | **17.** | 3.1 U | 3.1 U |
| | | 35 - 45 | 1.1 U | **5.4** | 1.1 U | 1.1 U | 9.98 | 11. U | **54.** | 11. U | 11. U |
| | | 57 - 70 | 1.2 U | **11.** | 1.2 U | 1.2 U | 10.2 | 12. U | **108.** | 12. U | 12. U |
| | | 80 - 87 | 0.86 U | **5.6** | 0.86 U | 0.86 U | 1.62 | 53.1 U | **346.** | 53.1 U | 53.1 U |
| | | 105 - 124 | 0.56 U | 0.56 U | 0.56 U | 0.56 U | 0.92 | 61. U | 61. U | 61. U | 61. U |
| | | 142 - 162 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 1.31 | 7.1 U | 7.1 U | 7.1 U | 7.1 U |

Validated Data

| Sample ID | Collection Date | Depth (cm) | PCBs (mg/kg, dry-weight basis) A1242 | A1248 | A1254 | A1260 | Total Organic Carbon (%) | PCBs (mg/kg, TOC normalized)** A1242 | A1248 | A1254 | A1260 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rockwell Allegan Facility** | | | | | | | | | | | |
| KZSGRK01 | 11/30/96 | 0 - 4 | **0.09** | 0.1 U | 0.05 U | **0.01** | 0.86 | **10.** | 12. U | 5.8 U | **1.2** |
| KZSGRK04 | 11/30/96 | 0 - 4 | **0.32** | 0.26 U | 0.4 U | **0.05** | 7.16 | **4.5** | 3.6 U | 5.6 U | **0.7** |
| KZSGRK05 | 12/1/95 | 0 - 4 | 0.05 U | **0.11** | 0.1 U | **0.03** | 2.29 | 2.2 U | 4.8 | 4.4 U | **1.3** |
| KZSGRK09 | 12/1/95 | 0 - 4 | 0.07 U | **0.22** | 0.2 U | **0.03** | 8.65 | 0.8 U | **2.5** | 2.3 U | **0.3** |
| KZSGRK10 | 12/1/95 | 0 - 4 | 0.04 U | **0.11** | 0.07 U | **0.02** | 2.94 | 1.4 U | 3.7 | 2.4 U | 0.7 |
| | | | | | | | | | | | 0.84 |
| Core RK13 | 5/22/96 | 10 - 30 | **1.5** | 0.22 U | 0.22 U | 0.22 U | 7.80 | **19.** | 2.8 U | 2.8 U | 2.8 U |
| | | 45 - 60 | **5.4** | 0.99 U | 0.99 U | 0.99 U | 6.52 | **83.** | 15. U | 15. U | 15. U |
| | | 75 - 90 | **14.** | 1.2 U | 1.2 U | 1.2 U | 10.8 | **130.** | 11. U | 11. U | 11. U |
| | | 105 - 120 | **22.** | 0.25 U | 0.25 U | 0.25 U | 9.53 | **230.** | 2.6 U | 2.6 U | 2.6 U |
| | | 120 - 135 | **32.** | 1.1 U | 1.1 U | 1.1 U | - | - | - | - | - |
| | | 135 - 157 | **64.** | 5.8 U | 5.8 U | 5.8 U | 9.56 | **670.** | 61. U | 61. U | 61. U |
| | | 157 - 170 | **25.** | 0.93 U | 0.93 U | 0.93 U | 5.88 | **430.** | 16. U | 16. U | 16. U |
| | | 170 - 181 | **14.** | 10. U | 10. U | 10. U | 6.69 | **210.** | 150. U | 150. U | 150. U |
| | | 194 - 210 | **27.** | 6.3 U | 6.3 U | 6.3 U | 2.45 | **1,100.** | 260. U | 260. U | 260. U |
| | | 225 - 244 | 0.55 U | 0.55 U | 0.55 U | 0.55 U | 1.31 | 42. U | 42. U | 42. U | 42. U |
| Core RK11 | 5/22/96 | 15 - 30 | 0.65 U | 0.65 U | 0.13 U | 0.13 U | 1.91 | 34. U | 34. U | 7. U | 7. U |
| | | 45 - 60 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 1.44 | 5.1 U | 5.1 U | 5.1 U | 5.1 U |
| | | 60 - 75 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 0.83 | 8.3 U | 8.3 U | 8.3 U | 8.3 U |
| | | 90 - 115 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 2.05 | 3.2 U | 3.2 U | 3.2 U | 3.2 U |
| | | 130 - 145 | 0.67 U | 0.67 U | 0.67 U | 0.67 U | 0.36 | 190. U | 190. U | 190. U | 190. U |
| | | 160 - 173 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.21 | 43. U | 43. U | 43. U | 43. U |
| | | 173 - 215 | 0.09 U | 0.09 U | 0.09 U | 0.09 U | 0.17 | 53. U | 53. U | 53. U | 53. U |
| Core RK12 | 5/22/96 | 0 - 12 | **0.28** | 0.05 U | 0.05 U | 0.05 U | 4.78 | **5.9** | 1.0 U | 1.0 U | 1.0 U |
| | | 12 - 30 | **0.18** | 0.05 U | 0.05 U | 0.05 U | 1.98 | **9.1** | 2.5 U | 2.5 U | 2.5 U |

TABLE 5 Page 3 of 5

Validated Data

| Sample ID | Collection Date | Depth (cm) | PCBs (mg/kg, dry-weight basis) A1242 | A1248 | A1254 | A1260 | Total Organic Carbon (%) | PCBs (mg/kg, TOC normalized)** A1242 | A1248 | A1254 | A1260 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **County Fair Area** | | | | | | | | | | | |
| KZSGCF01 | 11/30/96 | 0 - 4 | **0.1** | 0.07 U | 0.15 U | **0.02** | 7.97 | **1.3** | 0.9 U | 1.9 U | **0.3** |
| KZSGCF03 | 11/30/96 | 0 - 4 | **0.44** | 0.4 U | 0.6 U | **0.05** | 8.78 | **5.0** | 4.6 U | 6.8 U | **0.6** |
| **Lake Allegan** | | | | | | | | | | | |
| KZSGLA02 | 11/28/95 | 0 - 4 | **0.38** | 0.3 U | 0.3 U | **0.05** | 7.31 | **5.2** | 4.1 U | 4.1 U | **0.7** |
| KZSGLA04 | 11/28/95 | 0 - 4 | **0.35** | 0.25 U | 0.35 U | **0.04** | 6.98 | **5.0** | 3.6 U | 5.0 U | **0.6** |
| KZSGLA05 | 11/28/95 | 0 - 4 | **0.31** | 0.25 U | 0.25 U | **0.03** | 4.64 | **6.7** | 5.4 U | 5.4 U | **0.6** |
| KZSGLA07 | 11/29/95 | 0 - 4 | **0.14** | 0.2 U | 0.2 U | **0.03** | 6.04 | **2.3** | 3.3 U | 3.3 U | **0.5** |
| KZSGLA09 | 11/29/95 | 0 - 4 | **0.14** | 0.1 U | 0.2 U | **0.03** | 6.29 | **2.2** | 1.6 U | 3.2 U | **0.5** |
| KZSGLA10 | 11/29/95 | 0 - 4 | **0.2** | 0.15 U | 0.25 U | **0.03** | 4.67 | **4.3** | 3.2 U | 5.4 U | **0.6** |
| Core LA-08 | 11/29/95 | 0 - 10 | **30.** | **13.** J | **4.** J | **1.1** | 5.49 | **550.** | **240.** J | 73. J | **20.** |
| | | 0 - 10* | 0.01 U | **0.35** | 0.01 U | **0.04** | 5.87 | **0.2** | **6.0** | **0.2** | **0.7** |
| | | 10 - 20 | 0.1 U | **0.75** | **0.2** J | **0.09** | 6.03 | 1.7 U | **12** | **3.3** J | **1.5** |
| | | 20 - 30 | **3.** J | **3.** J | **1.** J | **0.57** | 6.71 | **45.** J | **45.** J | **15.** J | **8.5** |
| | | 30 - 39 | **5.1** | **2.** J | 2. U | **0.48** | 17.2 | **30.** | **12.** J | 12. U | **2.8** |
| | | 39 - 48 | **29.** | **5.** J | 5. U | **0.81** | 6.31 | **460.** | **79.** J | 79. U | **13.** |
| | | 48 - 57 | **3.1** | **2.** J | 2. U | **0.32** | 7.67 | **40.** | **26.** J | 26. U | **4.2** |
| Core LA11-1 | 5/21/96 | 0 - 15 | 2.8 U | 2.8 U | 0.56 U | 0.56 U | 8.06 | 35. U | 35. U | 6.9 U | 6.9 U |
| | | 15 - 33 | 4.6 U | 4.6 U | 0.46 U | 0.46 U | 8.96 | 51. U | 51. U | 5.1 U | 5.1 U |
| | | 33 - 41 | 0.78 U | 0.78 U | 0.16 U | 0.16 U | 5.71 | 14. U | 14. U | 2.8 U | 2.8 U |
| | | 41 - 60 | 1.2 U | 1.2 U | 0.12 U | 0.12 U | 2.63 | 46. U | 46. U | 4.6 U | 4.6 U |
| | | 60 -74 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 2.48 | 2.8 U | 2.8 U | 2.8 U | 2.8 U |
| | | 74 - 90 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 2.22 | 3.2 U | 3.2 U | 3.2 U | 3.2 U |
| | | 90 - 105 | 1.2 U | 1.2 U | 0.12 U | 0.12 U | 2.51 | 48. U | 48. U | 4.8 U | 4.8 U |
| | | 105 - 122 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 1.76 | 3.8 U | 3.8 U | 3.8 U | 3.8 U |
| | | 122 - 134 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 2.84 | 2.4 U | 2.4 U | 2.4 U | 2.4 U |

Validated Data

| Sample ID | Collection Date | Depth (cm) | PCBs (mg/kg, dry-weight basis) A1242 | A1248 | A1254 | A1260 | Total Organic Carbon (%) | PCBs (mg/kg, TOC normalized)** A1242 | A1248 | A1254 | A1260 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lake Allegan (Cont.)** | | | | | | | | | | | |
| Core LA12-1 | 5/21/96 | 20 - 30 | 0.53 U | 0.53 U | 0.16 U | 0.16 U | 8.74 | 6.1 U | 6.1 U | 1.8 U | 1.8 U |
| | | 45 - 60 | 0.26 U | 0.26 U | 0.08 U | 0.08 U | 6.76 | 3.8 U | 3.8 U | 1.1 U | 1.1 U |
| | | 60 - 75 | 12. U | 12. U | 12. U | 2.5 U | - | - | - | - | - |
| | | 75 - 90 | 2.1 U | 2.1 U | 2.1 U | 2.1 U | 5.79 | 36. U | 36. U | 36. U | 36. U |
| | | 90 - 110 | 2.1 U | 2.1 U | 2.1 U | 2.1 U | - | - | - | - | - |
| | | 110 - 124 | 9.9 U | 0.5 U | 0.5 U | 0.5 U | 10.7 | 93. U | 4.7 U | 4.7 U | 4.7 U |
| | | 135 - 152 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 1.99 | 3.7 U | 3.7 U | 3.7 U | 3.7 U |
| | | 157 - 175 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 0.40 | 17. U | 17. U | 17. U | 17. U |
| | | 185 - 202 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 0.53 | 13. U | 13. U | 13. U | 13. U |
| | | 215 - 230 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 0.45 | 15. U | 15. U | 15. U | 15. U |
| | | 245 - 260 | 0.07 U | 0.07 U | 0.07 U | 0.07 U | 0.50 | 14. U | 14. U | 14. U | 14. U |
| | | 275 - 290 | 0.06 U | 0.06 U | 0.06 U | 0.06 U | 0.27 | 21. U | 21. U | 21. U | 21. U |
| Core LA13-1 | 5/21/96 | 12 - 31 | **7.7** | 2.4 U | **1.** | 0.79 U | 8.55 | **90.** | 28.1 U | **12.** | 9.2 U |
| | | 46 - 61 | **29.** | 2.2 U | **4.6** | 2.2 U | 7.22 | **402.** | 30. U | **64.** | 30. U |
| | | 76 - 91 | **3.2** | 1.1 U | 1.1 U | 1.1 U | 7.09 | **45.** | 16. U | 16. U | 16. U |
| | | 106 - 122 | 3.9 U | 3.9 U | 3.9 U | 3.9 U | 6.05 | 64. U | 64. U | 64. U | 64. U |
| | | 138 - 152 | 0.95 U | 0.19 U | 0.19 U | 0.19 U | 6.28 | 15. U | 3.0 U | 3.0 U | 3.0 U |
| | | 166 - 180 | 0.82 U | 0.12 U | 0.12 U | 0.12 U | 5.14 | 16. U | 2.3 U | 2.3 U | 2.3 U |
| | | 194 - 209 | 0.7 U | 0.7 U | 0.7 U | 0.7 U | 5.69 | 12. U | 12. U | 12. U | 12. U |
| | | 214 - 233 | 0.05 U | 0.05 U | 0.05 U | 0.05 U | 0.14 | 37. U | 37. U | 37. U | 37. U |
| | | 233 - 238 | 1.8 U | 1.8 U | 0.09 U | 0.09 U | 0.16 | 1,100. U | 1,100. U | 55. U | 55. U |

* Sediment interval from second, short core at same approximate location

** TOC normalized concentration = dry weight PCB concentration divided by percent organic carbon content

**TABLE 6. SUMMARY OF DIFFERENCES IN THE COMPOSITION OF AROCLOR 1254**

| PCB Congener Chlorination Level | Weight Percent Composition | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Ref #1 | Ref #2 | Ref #3 | Ref #4 | Ref #5 | Ref #6 | Ref #7 | Ref #8 | Ref #9 | Ref #10 |
| Mono-chlorobiphenyls | 0.1 | 0.03 | 0.05 | 0 | 0 | 0 | 0 | nd | nd | nd |
| Di-chlorobiphenyls | 0.5 | 0.33 | 0.13 | 0 | 0 | 0 | 0 | nd | 1.6 | 0.5 |
| Tri-chlorobiphenyls | 1 | 1.2 | 0.85 | 0.57 | 1 | 0.8 | 1.2 | nd | 1.3 | 1 |
| Tetra-chlorobiphenyls | 21 | 25 | 19 | 19 | 15 | 15 | 17 | 14 | 16 | 21 |
| Penta-chlorobiphenyls | **48** | 22 | 35 | **44** | **53** | **47** | **51** | **62** | **45** | **48** |
| Hexa-chlorobiphenyls | 23 | **47** | **43** | 33 | 26 | 31 | 24 | 23 | 36 | 23 |
| Hepta-chlorobiphenyls | 6 | 5.3 | 2.2 | 3.2 | 4 | 4.1 | 4.3 | 1 | 6 | 6 |
| Octa-chlorobiphenyls | 0 | 0.09 | 0.04 | 2.5 | 0 | 0 | 0.7 | nd | 0.6 | nd |
| Nona-chlorobiphenyls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | nd | 0.1 | nd |
| Deca-chlorobiphenyl | 0 | 0 | 0 | 0 | 0 | 0 | 0 | nd | 0 | nd |
| Total | 99.6 | 100.95 | 100.27 | 102.27 | 99 | 97.9 | 98.2 | 100 | 106.6 | 99.5 |

**References:**

1 USEPA (1976)
2 Alta Laboratories, standard reference material analyzed for PTI
3 Alta Laboratories, Chem Services standard analyzed for PTI
4 Alta Laboratories, Radian standard analyzed for PTI
5 Erickson (1997)
6 Columbia Analytical Services, Ultra standard analyzed for PTI
7 Shulz, et. al. (1989)
8 Webb & McCall (1973)
9 Manchester-Neesvig and Andren (1989)
10 Phillips (1986)




Source: Appleton Papers Division, NCR Corp

Figure 1. History of Aroclor® 1242 use in NCR carbonless paper manufacturing.

CA8Z-01-01 10/29/96 WA




Figure 2. Kalamazoo River sediment sampling locations.




Figure 3. Sediment sampling locations in the vicinity of former Rockwell facility.




Figure 4. Comparison of Aroclor® composition in sediment: upstream of Allegan City Dam vs. former NPDES permitted Outfall No. 2

CA8Z-01-01 10/30/96 WA




Figure 5a. PCB congener fingerprint in Kalamazoo River sediments at five locations.




Figure 5b. Difference in congener fingerprints for laboratory standards of Aroclor® 1242 and Aroclor® 1254.

CA8Z-01-01 10/30/96 WA




Figure 6. Comparison of PCB congener fingerprint for sediment from the Kalamazoo River and former Rockwell Wastewater Treatment Pond No. 2.

CA8Z-01-01 10/30/96 WA




Figure 7. Comparison of Aroclor® composition found in soil with those of Aroclor® 1254 and 1242 laboratory standards.

CA8Z-01-01 10/30/96 WA




Figure 8. Average Aroclor® concentration in Kalamazoo River sediments.

CA8Z-01-01 10/29/96 WA




Figure 9. Depth profile of PCBs.