# EXHIBIT 18

SIDLEY & AUSTIN CHICAGO

# MEMORANDUM

**BY FEDERAL EXPRESS**

**ATTORNEY WORK PRODUCT**
**ATTORNEY CLIENT COMMUNICATION**
**PRIVILEGED AND CONFIDENTIAL**

**TO:** Paul M. Samson -- NCR Corp.

**FROM:** Pamela R. Hanebutt
Evan B. Westerfield

**RE:** Fox River: Meeting with RMT

**DATE:** September 17, 1997

---

As you know, we met with individuals at RMT on Monday to discuss the status of their projects and review some of their work product. Redacted

Redacted

P.R.H.
E.B.W.

cc: J. Andrew Schlickman