# EXHIBIT 19

12/98

Redacted

990+182

# SIDLEY & AUSTIN

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(312)853-7404

WRITER'S E-MAIL ADDRESS
jschlick@sidley.com

January 29, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

Re: Fox River/API/NCR Joint Defense Statement for December, 1998

Dear Paul and Paul:

Enclosed is our statement for professional services rendered in December for services relating to the Fox River matter. The total bill, after applying the API/NCR discount and with expenses, is $161,594.84. Per your agreement, Appleton's share of the bill is $80,797.42; NCR's share of the bill is $80,797.42. The remittance form is being sent to Paul Samson. Also included, at your request, is a chart of attorney time under the old (pre-1999) categories detailing the amount of hours charged under each matter set forth in the bill as well as a listing of all applicable billing rates. Also, per your request, we have enclosed a spreadsheet that allocates the time (after discount) and expenses from the old (pre-1999) categories to the new (1999) categories; this spreadsheet shows how the charges would have fit into the 1999 categories had they been in use in the month of December. Please feel free to call us if you have any questions.

Very truly yours,

J. Andrew Schlickman

JAS:csj
Enclosure

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FOUNDED 1866

FEDERAL ID 36-2158694

January 29, 1999

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice Number 9904182
Client Number 14896

---

For professional services rendered on account for December 1998, in connection with matters relating to potential liability for PCB-contaminated sediments in the Fox River, Wisconsin and related potential liabilities.

Legal General

Review legal strategy; continued work on ROD analysis project and develop matrix; prepare memorandum on barriers to partial settlement; research and review peer review issues; continued monitoring of other site settlements and developments; work on Brattle Group contract; research POTW liability issues; research CERCLA and venue issues; preparation for and attend meeting with P. Samson and B. Mieliulis; and telephone call with M. Travers.

| Title | Hours |
|---|---|
| Partner | 38.75 |
| Associate | 41.25 |
| Legal Assistant | 9.75 |

$21,197.50

Case Administration

Continued work on project management, tasks, projects and scheduling; discussions on new billing categories; work on DSI bugs in document system; monitor consultant invoice; preparation for and meet with P. Samson and B. Mieliulis; and telephone calls with DSI.

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013

| Title | Hours |
|---|---|
| Partner | 15.00 |
| Associate | 9.50 |
| Legal Assistant | 24.50 |

$9,607.50

Factual Investigation

Continued work on allocation and factual investigation, including work on fact book and game plan; compile production data and work on Mark Velleux request; preparation of memoranda on broke pricing and converter contacts; preparation for and attend broker interviews; develop list of Systemedia candidate names for interviewing; prepare for Vogt interview; meet with R. Edwards, M. Cesar, J. Matheson, T. Dobbins; review Jaakko Poyry project identifying paper mills at other contaminated sediment sites; meet with P. Samson and B. Mieliulis on progress of case; preparation for and conference call with A. Harrington and RMT on Appleton POTW; research FDA and PCBs in packaging issue; and numerous telephone calls with RMT, API and NCR.

| Title | Hours |
|---|---|
| Partner | 124.00 |
| Associate | 6.50 |
| Legal Assistant | 22.00 |

$41,443.75

Recyclable Materials Legislation

Continued analysis of CERCLA and NRD reform issues and impact of recyclable material exemption on case; work on proposal to Mill Group to coordinate legislative efforts; draft recycling bills for upcoming legislative session; analyze bills for liability provisions; discussions on exemption options and prior bills; and telephone calls with P. Servidea.

| Title | Hours |
|---|---|
| Partner | 21.25 |
| Associate | 8.75 |
| Legal Assistant | .25 |

$9,681.25

Technical

Continued work on SMU rankings; preparation for and meetings on modeling presentation; preparation for and meeting in Washington on ranking of alternatives; attend meeting at USEPA; meet with Brattle Group on technical issues in case; research sediment sites for cleanup goals; review consultant reports; preparation for and participate in Technical Committee conference calls; obtain government guidance documents; and telephone calls with M. Travers, L. Dodge-Murphy, D. McLaughlin and G. Bigham.

| Title | Hours |
|---|---|
| Partner | 66.25 |
| Associate | .75 |
| Legal Assistant | 11.75 |

$22,995.00

FRG Work

Continued work on FRG issues; review BBL remedial options and draft reports; work on Montgomery-Watson and Ruder Finn contract issues; preparation for and attend modeling meeting with USEPA; preparation for and participate in Lawyers conference calls; analyze other site settlements and implications for the case; review peer review issues; discussions on WDNR comments to possible settlement; monitor FRG press releases and landfill issues; review FRG issues with P. Samson and B. Mieliulis; and telephone calls with outside counsel, de maximis, WDOJ, USEPA, API and NCR.

| Title | Hours |
|---|---|
| Partner | 94.25 |
| Of-Counsel | .75 |
| Associate | 2.00 |
| Legal Assistant | 4.75 |

$32,775.00

Strategy

Work on overall strategy issues and options; discussions on and preparation of memorandum on Mill Group settlement strategy; preparation for and meeting with Brattle Group; review impact of Saginaw settlement on Fox River case; preparation for and meeting with P. Samson and B. Mieliulis; analyze options for allocation; preparation for and conference calls with J. Hoak, P. Karch, D. McIntosh, B. Mieliulis, P. Samson, P. Servidea, and A. Harrington; and telephone calls with USEPA, WDOJ, API and NCR.

| Title | Hours |
|---|---|
| Partner | 70.75 |
| Legal Assistant | 5.25 |

$24,608.75

Legislative General

Continued review and analysis of CERCLA reform in 106th Congress; review Chaffee and Browner comments; research legislative history of dredging study and telephone calls with P. Samson and P. Servidea.

| Title | Hours |
|---|---|
| Partner | 10.25 |

$3,792.50

Legal Allocation

Preparation for and meeting with Brattle Group; review various case settlements and case law; and update SEC financial information on other FRG members.

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

| Title | Hours |
|---|---|
| Partner | 8.25 |
| Legal Assistant | 2.00 |

| | | |
|---|---|---|
| | | $3,282.50 |
| Total Fees For All Matters | | $169,383.75 |
| Less Courtesy Discount | | -16,938.38 |
| Adjusted Fees | | $152,445.37 |
| **Expenses:** | | |
| Document Services | $3,725.34 | |
| Telephone Tolls | 576.67 | |
| Travel/Lodging | 4,847.46 | |
| Total Expenses | | 9,149.47 |
| **Total Due This Bill** | | **$161,594.84** |

AMOUNT DUE FROM APPLETON PAPERS INC. =$80,797.42
AMOUNT DUE FROM NCR CORPORATION =$80,797.42

# ESTIMATED BREAKDOWN OF FEES AND EXPENSES FOR DECEMBER 1998*

## NRD

| | Fees | Expenses |
|---|---|---|
| Legal | $ 46,556.45 | $ 1,407.82 |
| Technical/Factual | $ 21,064.05 | $ 2,872.97 |
| Public Affairs | $ 853.31 | $ 4.45 |
| **TOTAL NRD** | **$ 68,473.81** | **$ 4,285.24** |

## REMEDIAL

| | Fees | Expenses |
|---|---|---|
| Legal | $ 21,305.02 | $ 535.08 |
| Technical/Factual | $ 8,278.20 | $ 569.17 |
| Public Affairs | $ 2,559.94 | $ 13.35 |
| **TOTAL REMEDIAL** | **$ 32,143.16** | **$ 1,117.60** |

## ALLOCATION

| | Fees | Expenses |
|---|---|---|
| Legal | $ 5,815.91 | $ 122.59 |
| Technical/Factual | $ 37,299.36 | $ 3,465.24 |
| Public Affairs | $ 8,713.13 | $ 158.80 |
| **TOTAL ALLOCATION** | **$ 51,828.40** | **$ 3,746.63** |
| **GRAND TOTAL FOR ACCRUAL MATTERS** | **$ 152,445.37** | **$ 9,149.47** |

## RECOVERY/INSURANCE

| | Fees | Expenses |
|---|---|---|
| | $ 13,520.25 | $ 901.79 |
| **TOTAL RECOVERY/INSURANCE** | $ 13,520.25 | $ 901.79 |
| **GRAND TOTAL FOR RECOVERY/INSURANCE** | $ 13,520.25 | $ 901.79 |

*These figures were provided from the "old" categories (established 7/1/98) based on an estimate of what would have been charged had the new categories (established 1/1/99) been used

December 1998

# Analysis of Sidley & Austin Invoices

| Name | Factual | Legal General | Case Admin | Technical | Recyclable Legislation | Strategy | FRG | Legislative General | Legal Allocation | Total | Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Boxerman | | 0.25 | | | | | | | | 0.25 | 0.04% |
| Connaughton | | 0.25 | | | | | | | | 0.25 | 0.04% |
| Dickett | | 6.25 | | | 2.00 | | 1.25 | | | 9.50 | 1.59% |
| Echikson | | | | 1.00 | | | | | | 1.00 | 0.17% |
| Hanebutt | 97.00 | 0.25 | 1.00 | 1.00 | | 1.00 | 2.75 | | | 103.00 | 17.21% |
| Heyde | 1.25 | 27.50 | 9.50 | 0.75 | | | | | | 39.00 | 6.52% |
| Kenney | | | | | | | 0.75 | | | 0.75 | 0.13% |
| McMahon | 13.00 | 8.75 | 2.00 | 1.25 | 17.00 | 23.25 | 23.50 | 10.25 | 8.25 | 107.25 | 17.92% |
| Orr | | 6.75 | 2.50 | 0.50 | 0.25 | | | | | 10.00 | 1.67% |
| Radovich | | 13.75 | | | | | | | | 13.75 | 2.30% |
| Rogers | 1.00 | | | | | | | | | 1.00 | 0.17% |
| Schlickman | 14.00 | 23.00 | 12.00 | 0.75 | 2.25 | 46.50 | 66.75 | | | 165.25 | 27.61% |
| Schuster | 0.75 | | | | | | | | | 0.75 | 0.13% |
| St. Jean | 20.25 | 3.00 | 22.00 | 11.25 | | 5.25 | 4.75 | | 2.00 | 68.50 | 11.45% |
| Warchall | | | | 62.25 | | | | | | 62.25 | 10.40% |
| Westerfield | 5.25 | | | | 8.75 | | 2.00 | | | 16.00 | 2.67% |
| | | | | | | | | | | | |
| Total | 152.50 | 89.75 | 49.00 | 78.75 | 30.25 | 76.00 | 101.75 | 10.25 | 10.25 | 598.50 | |
| | | | | | | | | | | | |
| Percentage | 25% | 15% | 8% | 13% | 5% | 13% | 17% | 1.7% | 1.7% | 100% | 100% |



CONFIDENTIAL

Invoice Number:
Appleton Papers Inc./NCR Corp.--Fox River Joint

## TIME SUMMARY FOR ALL MATTERS

| Name | Hours | Rate | Value |
|---|---|---|---|
| TM McMahon | 107.25 | 370.00 | 39,682.50 |
| JA Schlickman | 165.25 | 325.00 | 53,706.25 |
| JF Warchall | 62.25 | 325.00 | 20,231.25 |
| EP Kenney | .75 | 300.00 | 225.00 |
| PR Hanebutt | 103.00 | 290.00 | 29,870.00 |
| SB Boxerman | .25 | 280.00 | 70.00 |
| JL Connaughton | .25 | 280.00 | 70.00 |
| TG Echikson | 1.00 | 280.00 | 280.00 |
| WG Dickett | 9.50 | 270.00 | 2,565.00 |
| EB Westerfield | 16.00 | 240.00 | 3,840.00 |
| JM Heyde | 39.00 | 205.00 | 7,995.00 |
| J Radovich | 13.75 | 150.00 | 2,062.50 |
| MC St.Jean | 68.50 | 115.00 | 7,877.50 |
| KW Orr | 10.00 | 80.00 | 800.00 |
| D Rogers | 1.00 | 75.00 | 75.00 |
| L Schuster | .75 | 45.00 | 33.75 |
| **Total Hours and Fees** | **598.50** | | **$169,383.75** |
| Less Courtesy Discount | | | -16,938.38 |
| **Adjusted Fees** | | | **$152,445.37** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/01/98 | JM Heyde | Draft matrix of ROD outcomes; confer with J. Warchall regarding same | 4.50 |
| 12/01/98 | KW Orr | Work on ROD project for C.St. Jean | 1.25 |
| 12/01/98 | MC St.Jean | Confer with K. Orr re RODs needed; review NTIS web site looking for RODs; review financial notice on Glatfelter; refile Chesapeake Corp. SEC information | .75 |
| 12/02/98 | WG Dickett | Review table from J. Heyde regarding ROD issues; review documents regarding Peer Review issues; office conference with A. Schlickman regarding same | 1.25 |
| 12/02/98 | KW Orr | Work on ROD project for C. St. Jean | .25 |
| 12/02/98 | MC St.Jean | Discuss with K. Orr ROD availability, searches and costs | .25 |
| 12/03/98 | WG Dickett | Telephone conference with T. McMahon regarding Peer Review issues; correspondence to M. Spring regarding same; review documents regarding same | 1.00 |
| 12/04/98 | WG Dickett | Research Peer Review issues; review documents regarding same; office conference with K. Orr regarding same | 1.75 |
| 12/04/98 | JM Heyde | Confer with J.A. Schlickman regarding ROD project | 1.00 |
| 12/04/98 | TM McMahon | Review Saginaw settlement; office conference with M. Flint, E. Kenney, J. Schlickman; draft memo | 3.75 |
| 12/04/98 | KW Orr | Review files and documents re: peer review issues per W. Dickett, work on ROD project for C. St. Jean | 1.50 |
| 12/04/98 | JA Schlickman | Work with J. Heyde on ROD project/106 order issues; revise ROD matrix; review Saginaw Settlement Decree; revise memo re: same | 2.50 |
| 12/04/98 | MC St.Jean | Review 1998 New Bedford ROD; online searching for RODs, memos; confer with J. Heyde; continued work on ROD/memo of sites similar to that of Fox | 1.00 |
| 12/06/98 | JL Connaughton | Review and respond to questions from Mr. Samson and J. Schlickman regarding ARCO civil penalty | .25 |
| 12/06/98 | JM Heyde | Draft summaries of Wykoff Harbor and Commencement Bay RODs; revise matrix of likely ROD outcomes | 1.00 |
| 12/07/98 | SB Boxerman | Telephone conference with J.Radovich regarding carve-out settlement example at Davis site | .25 |
| 12/07/98 | JM Heyde | Confer with J. Warchall regarding ROD matrix; revise ROD matrix; review Housatonic order challenge material | 3.50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/07/98 | TM McMahon | Review documents regarding Montrose and Saginaw settlements | 2.00 |
| 12/07/98 | KW Orr | Work on ROD project for C. St. Jean | 2.00 |
| 12/07/98 | J Radovich | Draft memo on partial settlements; discuss assignment with J. Heyde and send group-wide e-mail | 1.25 |
| 12/07/98 | JA Schlickman | Work on changes to Brattle correspondence Agreement; review responses to e-mail of Paul Samson and Ben Mieliulis; Outline of 106 Order options | 2.75 |
| 12/08/98 | JM Heyde | Draft outline of Housatonic 106 order challenge arguments | .50 |
| 12/08/98 | KW Orr | Work on ROD project for C. St. Jean | 1.00 |
| 12/08/98 | J Radovich | Draft memo on barriers to partial settlements | 3.50 |
| 12/08/98 | JA Schlickman | Work on ROD/106 Issues; Prepare for API/NCR Planning Meeting | 1.00 |
| 12/08/98 | MC St.Jean | Review 1990 Removal Action Memo on Sheboygan re ROD project for J. Heyde; confer with K. Orr re status of ROD collection and responses from government agency | .75 |
| 12/09/98 | J Radovich | Revise draft memo on barriers to partial settlements | 3.00 |
| 12/09/98 | JA Schlickman | Prepare for Planning Meeting with Paul Samson and Ben Mieliulis; Work on Slides and other materials; Work on Brattle Contract | 2.25 |
| 12/10/98 | PR Hanebutt | Prepare memo regarding signature pages to Settlement Agreement/Joint Defense and Representation Agreement | .25 |
| 12/10/98 | JA Schlickman | Prepare for and attend meeting with Paul Samson and Ben Mieliulis re: Fox planning | 4.50 |
| 12/11/98 | JA Schlickman | Prepare for and attend planning meeting with Samson and Mieliullis | 5.00 |
| 12/12/98 | J Radovich | Research ROD/remedy selection caselaw | 4.00 |
| 12/14/98 | WG Dickett | Review various documents and correspondence regarding Peer Review issues; review sample settlements from other sediments sites | 1.25 |
| 12/14/98 | KW Orr | Work on ROD project per C. St. Jean | .25 |
| 12/14/98 | JA Schlickman | Work on revisions to Brattle Group contract; work on list of legal issues -- followup to planning meeting | 2.50 |
| 12/14/98 | MC St.Jean | Review consent decrees on Montrose and Sheboygan EPA action memo | .25 |
| 12/15/98 | JM Heyde | Legal research regarding POTW liability under CERCLA | 3.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/15/98 | TM McMahon | Meeting with Brattle Group | 1.00 |
| 12/16/98 | WG Dickett | Review documents regarding mercury cleanup levels; review correspondence regarding same | 1.00 |
| 12/17/98 | JM Heyde | Confer with J.A. Schlickman and J. Warchall regarding peer review tasks; draft and circulate FOIA for peer review material | 2.00 |
| 12/18/98 | JM Heyde | Legal research regarding POTW liability; revise and send FOIA regarding peer review; confer with M. Travers regarding same | 1.50 |
| 12/18/98 | KW Orr | Review and route Hooker ROD | .25 |
| 12/18/98 | J Radovich | Research ROD remedy review | 2.00 |
| 12/21/98 | KW Orr | Research and obtain cases regarding municipal liability issues | .25 |
| 12/22/98 | JM Heyde | Work on peer review whitepaper; confer with J.A. Schlickman regarding same | 3.75 |
| 12/22/98 | JA Schlickman | Call with R. Curley re: ARCO penalty; memo to A. Harrington re: WDNR Advisory Committee on PCB Land Application; ROD/106 Order Issues | 1.50 |
| 12/23/98 | TM McMahon | Office conference with J. Schlickman regarding Mill Group settlement efforts; develop strategy; telephone conference with P. Samson | 2.00 |
| 12/28/98 | JM Heyde | Review Montrose (CBS) settlement; revise Ottawa River summary | 1.75 |
| 12/28/98 | JA Schlickman | Work on venue and jurisdictional issues; FOIA issues; review NRD settlement summaries | 1.00 |
| 12/29/98 | JM Heyde | Draft memo to J.A. Schlickman regarding "resides" provision of CERCLA venue statute; confer with J.A. Schlickman regarding same; work on peer review white paper | 5.00 |
| | | **Total Hours** | **89.75** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/01/98 | KW Orr | File document per C.St.Jean | .25 |
| 12/01/98 | MC St.Jean | Compile correspondence; update index to file system; update service list | 1.75 |
| 12/02/98 | MC St.Jean | Document management of files; update | .75 |
| 12/03/98 | JA Schlickman | Work on Administrative issues - tasks, projects, scheduling; work on agenda for planning meeting | 1.25 |
| 12/03/98 | MC St.Jean | Organize and file attorney notes | .50 |
| 12/04/98 | JA Schlickman | Work on Agenda for Samson/Mieliulis Meeting | .50 |
| 12/04/98 | MC St.Jean | Compile and organize correspondence | .75 |
| 12/07/98 | JA Schlickman | Finalize agenda for planning meeting; work on coverage for December/January meetings; priorities for projects | 1.00 |
| 12/07/98 | MC St.Jean | Document management | 1.25 |
| 12/08/98 | PR Hanebutt | Case Administration | 1.00 |
| 12/08/98 | MC St.Jean | Refile original document; incorporate new documents into system and review for imaging | 1.75 |
| 12/09/98 | KW Orr | File documents per C. St. Jean | .25 |
| 12/09/98 | JA Schlickman | Work on Project Management Issues | .75 |
| 12/09/98 | MC St.Jean | Update index to documents; review budget figures; compile and file correspondence | 1.50 |
| 12/10/98 | JA Schlickman | Meeting with Samson and Mieliulis re: planning | 1.00 |
| 12/10/98 | MC St.Jean | Create new file folders and integrate categories into index | .75 |
| 12/11/98 | JM Heyde | Confer with P. Samson, B. Mieliulis, T. McMahon and J.A. Schlickman regarding project management; preparation for same | 2.00 |
| 12/11/98 | TM McMahon | Prepare modifications to budget and matter categories | 1.00 |
| 12/11/98 | JA Schlickman | Review budget categories and case management issues with Samson and Mieliulis | 1.50 |
| 12/14/98 | JM Heyde | Confer with J.A. Schlickman regarding project management and budget categories; confer with J. Galvas regarding IKON bill | 2.00 |
| 12/14/98 | KW Orr | File originals | .25 |
| 12/14/98 | JA Schlickman | Work on New Budget Categories; Update Project List/Status Report; meeting with J. Heyde re: same; consider project management issue | 2.25 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/14/98 | MC St.Jean | Confer with A. Schlickman, J. Heyde re administrative matters | .50 |
| 12/15/98 | JM Heyde | Confer with G. Flores (IKON) regarding invoice; confer with J. Galvas regarding same | .50 |
| 12/15/98 | KW Orr | Refile documents | .25 |
| 12/16/98 | MC St.Jean | Compile correspondence for file | .75 |
| 12/17/98 | MC St.Jean | Refile correspondence and original documents; incorporate new documents into system; update index; confer with J. Heyde on administrative issues | 2.25 |
| 12/18/98 | JM Heyde | Confer with C. St. Jean regarding billing categories | .25 |
| 12/18/98 | KW Orr | File originals and new settlement document per C. St. Jean | .25 |
| 12/18/98 | MC St.Jean | Document management; confer with J. Heyde on administrative matters relating to new matter categories; review correspondence | 1.75 |
| 12/21/98 | JM Heyde | Draft Fox River status report | 2.50 |
| 12/21/98 | KW Orr | File maintanence | .25 |
| 12/21/98 | MC St.Jean | Problems with DSI system and telephone calls to M. Lehoux regarding same; confer with J. Heyde re NALL database connection; update index to documents and establish new category for file | 1.50 |
| 12/22/98 | JM Heyde | Revise files memo; confer with J.A. Schlickman regarding status report | .75 |
| 12/22/98 | JA Schlickman | Work on task/project lists | .75 |
| 12/23/98 | MC St.Jean | Review documents for imaging; compile correspondence and file; other document management | 2.00 |
| 12/24/98 | KW Orr | File maintainence | .50 |
| 12/28/98 | JM Heyde | Confer with J.A. Schlickman regarding files memo; confer with C. St. Jean regarding new financial categories; revise files memo | 1.00 |
| 12/28/98 | TM McMahon | Review documents and office conference with J. Schlickman regarding budget and matter category changes; office conference with C. St. Jean | 1.00 |
| 12/28/98 | KW Orr | File maintainence | .50 |
| 12/28/98 | MC St.Jean | Confer with J. Heyde on administrative matters concerning proposal for new matter categories; review and compile correspondence for file; review and copy documents for DSI imaging | 1.50 |
| 12/29/98 | JA Schlickman | Update tasks and project lists; update files | 1.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/29/98 | MC St.Jean | Meet with J. Heyde about new matters; discuss administrative matter with A. Schlickman; locate W. Muno (EPA) telephone and address for same; develop new categories for file system | 1.50 |
| 12/30/98 | JM Heyde | Draft memo on new matters | .50 |
| 12/31/98 | JA Schlickman | Work on tasks, project, priorities, filing and new matters; calls and meetings with C. St. Jean regarding same | 2.00 |
| 12/31/98 | MC St.Jean | Work on new matter category tasks; compile correspondence for file and other document management | 1.25 |
| | | **Total Hours** | **49.00** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/01/98 | PR Hanebutt | Prepare for and attend broker interviews; tour waste paper facility | 11.00 |
| 12/01/98 | JA Schlickman | Report from RMT on Velleux Meeting; review status memos | 1.50 |
| 12/01/98 | MC St.Jean | Review memorandum on broke; refile production data | .75 |
| 12/01/98 | EB Westerfield | Prepare summary of past Dubey interview for RMT; telephone conference with RMT re: meeting with Velleux; post-meeting update from RMT re: same | .75 |
| 12/02/98 | PR Hanebutt | Confer with J. Warchall regarding definition of broke; review applicable CFR regulations | .75 |
| 12/02/98 | PR Hanebutt | Confer with T. Stolzenburg regarding Velleux meeting; review e-mail regarding Vogt interview; arrange conference call with A. Harrington in preparation for Carmen/Appleton POTW meeting; prepare for Rod Edwards meeting; begin to summarize broker interviews; meeting with Mary Cesar and John Matheson regarding L. Golper interview | 9.25 |
| 12/02/98 | TM McMahon | Telephone conference with P. Samson and office conference with J. Schlickman, P. Hanebutt regarding update of Patterson memo and various defensive strategies; review memo regarding definition of "broke" research regarding same; telephone conference with P. Hanebutt, M. Flood, J. Warchall and J. Schlickman | 3.75 |
| 12/02/98 | D Rogers | Research regarding local sources for 10K information on NCR and Appleton papers for C. St. Jean | 1.00 |
| 12/02/98 | JA Schlickman | Review memos; call with Hultgren and RMT re: call to Velleux; reports on interviews; consider Follow up to Velleux meeting | 2.00 |
| 12/02/98 | MC St.Jean | Refile RMT comments to Patterson Report; research on and telephone calls to Disclosure for availability of NCR Corporation and Appleton financial statements for 1954-1971 (looking for production and sales data); telephone call to librarian re SEC information on same; confer with P. Hanebutt; review 2nd 104(e) for financial statements given to Government | 1.25 |
| 12/02/98 | EB Westerfield | Review PRH memo re: Golper interview; review emails concerning POTW discussions; work with P. Hanebutt re: interviews of brokers | .50 |
| 12/03/98 | PR Hanebutt | Meetings with Rod Edwards, Mary Cesar, John Matheson and Tom Dobbins | 9.00 |
| 12/03/98 | TM McMahon | Review Jaako documents regarding other sites; review documents | 2.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | regarding Weyerhauser/Kalamazoo | |
| 12/03/98 | JA Schlickman | Work on factual investigation; follow up with Hanebutt on status of projects; review memo | 1.50 |
| 12/03/98 | EB Westerfield | Phone conference with P. Hanebutt re: broker interviews and information on NCR production; research files for information on amount of paper produced in particular years; work with P. Hanebutt re: responding to inquiry from Velleux; review D. Hultgren message re: same; work with JA Schlickman re: same; call with T. Stolzenburg re: response to Velleux | 1.25 |
| 12/04/98 | PR Hanebutt | Multiple conferences with Tom Stolzenburg regarding Velleux meetings; summarize broker interviews (Howe and Hanousek); review Jaakko Poyry maps regarding contaminated sediment sites; compose transmittal memo describing same; review RMT invoice; compose transitional memo regarding same; confer with B. Mieliulis and T. Stolzenburg (RMT) regarding Vogt interview | 5.75 |
| 12/04/98 | JA Schlickman | Report on Interviews; calls with Hanebutt; follow-up on RMT work | 1.25 |
| 12/04/98 | MC St.Jean | Online research for Vancouver Sun article on PCBs and airborne pollution from Asia for P. Hanebutt | .50 |
| 12/04/98 | EB Westerfield | Review new definition of broke; provide comments to P. Hanebutt and M. Flood | .25 |
| 12/07/98 | PR Hanebutt | Prepare for call with A. Harrington to discuss Appleton POTW; participate in conference call with A. Harrington and RMT regarding Appleton POTW issues; revise memo regarding broker interviews; summarize Golper interview | 4.50 |
| 12/07/98 | TM McMahon | Review RMT presentation regarding Patterson Report; review Golper interview notes | 2.00 |
| 12/07/98 | JA Schlickman | Review Hanebutt memos re: brokers and Golper; call with Paul Samson | .75 |
| 12/07/98 | MC St.Jean | Locate document for P. Hanebutt | .75 |
| 12/08/98 | PR Hanebutt | Exchange various e-mails with Mary Cesar and Tara Kern regarding follow up items; make arrangements for trip to Phoenix; compose e-mail regarding broke vs. virgin pulp pricing; compose memo to B. Mieliulis and D. McIntosh regarding converter contacts; compose e-mail to P. Samson regarding Systemedia interviews; review Systemedia file to identify interview candidates; develop agenda for meeting with B. Mieliulis and P. Samson; summarize R. Edwards interview | 8.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/08/98 | TM McMahon | Telephone conference with P. Hanebutt regarding Golper; review documents regarding revisions to Patterson report | .75 |
| 12/08/98 | L Schuster | Locate and obtain book for C St Jean | .50 |
| 12/08/98 | MC St.Jean | Locate forms manufacturers document for P. Hanebutt; research on Census Bureau information on waste paper consumption (1954-1971); coordinate with librarian re obtaining document; other factual requests from P. Hanebutt | 1.25 |
| 12/08/98 | EB Westerfield | Work with P. Hanebutt re: factual investigation issues, broker interviews; review memos on Golper and other broker interviews | .50 |
| 12/09/98 | JA Schlickman | Work on materials for Planning Meeting; review memos from Pam Hanebutt | .75 |
| 12/09/98 | MC St.Jean | Compile 104(e) responses for P. Hanebutt; leave message with J. Heyde re same; review census data information re waste paper | 1.00 |
| 12/09/98 | EB Westerfield | Work on collecting materials relevant to responding to request for white paper on allocation issues | .25 |
| 12/10/98 | PR Hanebutt | Draft letter to Velleux from Hultgren; revise memo summarizing Rod Edwards interview; telephone conference with D. McIntosh regarding Systemedia employees/potential interviewees; telephone conference with P. Knopp regarding Velleux meeting on 12/14; compose lengthy e-mail to RMT regarding potentially helpful documents | 7.00 |
| 12/10/98 | TM McMahon | Review D. Hultgren letter to Velleux | .25 |
| 12/10/98 | MC St.Jean | Create binder of responses for P. Hanebutt; review government document for paper recovery information, net discards (1960-2000); refile production data | 1.25 |
| 12/10/98 | EB Westerfield | Review draft Velleux letter; work with A. Harrington re: same; work with A. Schlickman re: changes; incorporate changes; review RMT memo re: possible changes; work with J. Schlickman and P. Hanebutt re: same; prepare new draft of letter | 1.00 |
| 12/11/98 | PR Hanebutt | Meeting with Paul Samson and Ben Mieliulis to discuss progress of fact investigation; follow up to same; call with RMT to discuss 12/14 meeting with Velleux and meeting with Appleton POTW | 4.00 |
| 12/11/98 | MC St.Jean | Locate 1996 104(e)s for binder | .75 |
| 12/12/98 | EB Westerfield | Review notes of broker interviews; review other materials from RMT re: fact investigation, production data | .50 |
| 12/14/98 | PR Hanebutt | Conference call with RMT to discuss materials to be provided to Velleux; prepare for trip to Arizona to interview Reinhold Vogt; | 6.50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review T. Stolzenburg summary on materials to be provided to Velleux (regarding percentage of pcbs on NCR paper by weight); additional fact book entries; compose e-mail to Becky Young regarding Donald Wolfe and Thomas Clarke; compose e-mail to Becky Young regarding potential Systemedia witness | |
| 12/14/98 | TM McMahon | Review RMT documents regarding Patterson Report | 1.00 |
| 12/14/98 | JA Schlickman | Calls with P. Hanebutt re: RMT and Velleux meeting; review status memos | 1.00 |
| 12/14/98 | MC St.Jean | Research on Federal Registers and other regulatory information on FDA and PCBs in packaging ; Lexis searches on same; request to library for pre-1980 Federal Registers | 2.25 |
| 12/15/98 | PR Hanebutt | Review new case on grandparent liability circulated by Paul Samson (AT&T GIS vs. Union Tank Car); interview Reinhold Vogt and preparation for same; review RMT allocation analysis (11/97) | 11.25 |
| 12/15/98 | L Schuster | Obtain books for C St. Jean | .25 |
| 12/15/98 | MC St.Jean | Research and review old Federal Registers for notice of FDA packaging and PCB issue; coordinate with library re obtaining additional Federal Registers from Cook County Library | 1.50 |
| 12/15/98 | MC St.Jean | Meet with J. Heyde about Jaakko Poyry sediment project; review EPA's Sediment Contamination Survey and compare maps of Areas of Concern with Jaakko Poyry's maps of paper companies; mark up EPA sampling stations to determine proximity to paper companies | 2.25 |
| 12/16/98 | PR Hanebutt | Multiple conference calls with T. Stolzenburg regarding meeting with Velleux on 12/14/98; compose e-mail to team regarding same; develop and review "to do" list; compose e-mails regarding potential witnesses | 6.00 |
| 12/16/98 | JM Heyde | Confer with C. St. Jean regarding Jaakko Poyry list of sediment sites with paper mills; review same | .75 |
| 12/16/98 | TM McMahon | Review documents and office conference regarding Velleux meeting with RMT | 1.25 |
| 12/16/98 | MC St.Jean | Continue research on FDA/packaging and PCBs rulemakings; Lexis searches; track recodification of rule in Food and Drug Administration Title 21 | 3.25 |
| 12/16/98 | EB Westerfield | Review summary of Velleux meeting | .25 |
| 12/17/98 | TM McMahon | Review RMT documents and strategy regarding Patterson report | 2.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/17/98 | MC St.Jean | Review Title 21 of CFR; review additional Federal Register proposed/final rules and preambles | 1.00 |
| 12/18/98 | PR Hanebutt | Conference calls regarding Appleton POTW issue; conference calls regarding Jaakko Poyry sediment project | 2.00 |
| 12/18/98 | JM Heyde | Confer with T. McMahon and P. Hanebutt regarding Jaakko Poyry analysis of sediment sites and paper mills | .50 |
| 12/18/98 | MC St.Jean | Locate document for P. Hanebutt | .25 |
| 12/21/98 | PR Hanebutt | Review Appleton POTW comments on Tech 2d memo; review e-mails from Becky Young regarding whereabouts of Systemedia employees; confer with Paul Knopp regarding same and regarding review of Tom Busch records; office conference with J. Schlickman regarding outstanding matters and allocation meetings being planned for 1999; office conference with J. Warchall regarding Exponent modeling; review RMT correspondence regarding outstanding API invoices; compose letter to B. Mieliulis regarding same; review Jaakko Poyry November invoice; compose letter to P. Samson and B. Mieliulis; fact book entries | 6.00 |
| 12/21/98 | JA Schlickman | Review Appleton POTW letter; meeting with P. Hanebutt re: White Paper; consider allocation issues | 1.25 |
| 12/21/98 | MC St.Jean | Work on factual request from P. Hanebutt; return FDA Federal Registers to library | .50 |
| 12/22/98 | PR Hanebutt | Confer with Laura Dodge-Murphy (Exponent) regarding modeling work; review Riverside waste water treatment systems; compose e-mail to Dodge-Murphy regarding same; conference call with Art Harrington to discuss meeting with Appleton POTW; confer with Paul Knopp regarding suggested revisions to POTW submittal; compose letter to P. Samson regarding Bergstrom document discussing awareness of PCB issue in 1971; input documents into the fact book; compose e-mail to B. Mieliulis regarding additional interviewees | 6.00 |
| 12/22/98 | JA Schlickman | Meeting with P. Hanebutt re: Appleton POTW and projects; calls with RMT; tech memo 2(d) update; review interview memo | 1.50 |
| 12/23/98 | MC St.Jean | Review other party 104(e) | .50 |
| 12/28/98 | JA Schlickman | Review interview memo and RMT memos on Velleux meetings; review P.H. Glatfelter documents re: PCBs | 1.50 |
| 12/29/98 | MC St.Jean | Refile broke, process documents | .75 |
| 12/30/98 | JA Schlickman | Review interview memos; consider next steps; calls to RMT | 1.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/31/98 | MC St.Jean | Review document on paper products in waste stream | .50 |
| | | Total Hours | 152.50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/03/98 | TM McMahon | Office conference with J. Schlickman regarding proposal to Mill Group to work together; review earlier memo | 1.00 |
| 12/07/98 | TM McMahon | Analysis of proposal to mills; revisions; review Chaffee comments | 2.25 |
| 12/10/98 | KW Orr | File original document | .25 |
| 12/14/98 | TM McMahon | Review documents regarding Mead; review legislative proposals | 1.00 |
| 12/15/98 | WG Dickett | Review documents and correspondence regarding municipal liability issues; telephone conference with J. Heyde regarding same | 1.50 |
| 12/15/98 | EB Westerfield | Research re: provisions in HR 2727 and S.8 re: POTW liability relief | 1.00 |
| 12/16/98 | TM McMahon | Telephone conference with P. Servidea regarding ISRI and strategy for 106th Congress; prepare strategy documents for work with Mill Group | 1.00 |
| 12/16/98 | EB Westerfield | Work with T. McMahon re: new proposal to mills; review memo re: same; review S.8 provisions to identify possible effects on POTWs | 1.75 |
| 12/17/98 | WG Dickett | Review summary of municipality liability issue with respect to CERCLA reform issue | .50 |
| 12/17/98 | EB Westerfield | Finalize work on analysis of bills re: effect on POTW liability; work on drafting letter to mills re: common approach to re-authorization issues. | 2.00 |
| 12/18/98 | TM McMahon | Review documents regarding coordinated effort with Mill Group | 1.25 |
| 12/18/98 | EB Westerfield | Work on drafting letter to mills re: possible joint legislative efforts | 1.25 |
| 12/21/98 | TM McMahon | Review revised memo to mill group regarding cooperative effort; telephone conference with P. Servidea and office conference with D. Buente regarding legislative agenda | 1.50 |
| 12/21/98 | EB Westerfield | Finalize draft piece on proposal to mills | .75 |
| 12/22/98 | EB Westerfield | Work with J. Schlickman re: letter to mills re: proposal for working together on Superfund reauthorization; revise same | 2.00 |
| 12/28/98 | TM McMahon | Office conference with T. Echikson regarding recyclable materials exemption options; office conference with J. Schlickman | 1.00 |
| 12/29/98 | TM McMahon | Draft recyclable materials exemption for new CERCLA bill | 2.00 |
| 12/29/98 | JA Schlickman | Work on proposal to FRG | 1.00 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/30/98 | TM McMahon | Review documents regarding Ballard Spahr ethical issue; draft bills for upcoming legislative session; review J. Schlickman revisions to FRG cooperative memo | 2.00 |
| 12/31/98 | TM McMahon | Draft revised recycling bills for new legislative session; office conference with T. Echikson; review prior bills | 4.00 |
| 12/31/98 | JA Schlickman | Work on FRG proposal | 1.25 |
| | | **Total Hours** | **30.25** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/01/98 | JF Warchall | Review faxes and e-mails; review Mega Rule newsletter; review modeling presentation outline; research "break-point" issue | 2.25 |
| 12/02/98 | MC St.Jean | Incorporate technical documents into system and review for possible imaging | 2.25 |
| 12/02/98 | JF Warchall | Review faxes and e-mails; work on SMU rankings; prepare for meetings; office conference P.Hanebutt; telephone call J.Schlickman | 4.00 |
| 12/03/98 | JF Warchall | Meeting in D.C. re ranking of alternatives; travel | 7.50 |
| 12/04/98 | TG Echikson | Telephone conference with A. Schlickman regarding peer review for Fox River | .50 |
| 12/04/98 | JF Warchall | Meeting re preparation for modeling presentation; travel | 8.00 |
| 12/07/98 | JF Warchall | Review faxes and e-mails; meeting re modeling presentation | 7.50 |
| 12/08/98 | PR Hanebutt | Review J. Warchall memo regarding ranking of deposits | .50 |
| 12/08/98 | TM McMahon | Review documents regarding fish advisories | .25 |
| 12/08/98 | JF Warchall | Review faxes and e-mails; meeting re modeling presentation; meeting at EPA; post-meeting | 5.50 |
| 12/09/98 | JF Warchall | Review faxes and e-mails; prepare for meeting with client | 1.25 |
| 12/10/98 | JF Warchall | Review faxes and e-mails; prepare for meeting; attend meeting with client | 4.50 |
| 12/11/98 | JF Warchall | Review faxes and e-mails; office conference A.Schlickman | .50 |
| 12/14/98 | TG Echikson | Telephone conference with A. Schlickman regarding planned peer review and review materials received from EPA regarding same | .50 |
| 12/14/98 | PR Hanebutt | Review e-mail summarizing Tech Memo 2d; modeling meetings | .50 |
| 12/14/98 | MC St.Jean | Locate new ARCS document on EPA website and print for J. Heyde; review other site information and file | 1.75 |
| 12/14/98 | JF Warchall | Review faxes and e-mails; telephone call J.Schlickman; telephone call M.Travers | 1.00 |
| 12/15/98 | KW Orr | File technical reports | .25 |
| 12/15/98 | MC St.Jean | Review EPA document on capping of contaminated sediments and route to J. Warchall; incorporate various technical documents into file system; update index | 2.00 |
| 12/15/98 | JF Warchall | Meeting with Brattle group; review faxes and e-mails; office conference J.Schlickman; telephone call M.Traver, L.Dodge- | 2.75 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Murphy | |
| 12/16/98 | JM Heyde | Research regarding sediment sites with mercury cleanup goals | .75 |
| 12/16/98 | TM McMahon | Review documents regarding mercury cleanup standards | 1.00 |
| 12/16/98 | JF Warchall | Review faxes and e-mails; draft letter re modeling presentation; telephone call P.Hanebutt, A.Schlickman | 2.50 |
| 12/17/98 | KW Orr | Pull technical reports | .25 |
| 12/17/98 | JA Schlickman | Review sediment transport analysis of J. Warchall; review Exponent issues | .75 |
| 12/17/98 | MC St.Jean | Telephone call with J. Heyde re FOIA for peer review | .25 |
| 12/17/98 | JF Warchall | Meeting with A.Schlickman and J.Heyde; prepare presentation materials for T.McMahon; Technical Committee conference call; revise T.Vogel letter re peer review and A.Schlickman letter re modeling; review and revise LTI report, BBL report, and LTI presentation slides; prepare sample allocation spreadsheet and discuss with T.McMahon; telephone call M.Travers, D.McLaughlin | 8.00 |
| 12/18/98 | MC St.Jean | Review other site information on Saginaw; incorporate documents into system | 1.25 |
| 12/18/98 | JF Warchall | Review faxes and e-mails; revise letter re modeling presentation; telephone call P.Hanebutt, A.Schlickman, P.Samson; review revised presentation slides and send to R.Grimes; office conference T.McMahon; review LTI letter and letter from WDNR re epidemiology; telephone call P.Samson | 4.25 |
| 12/21/98 | MC St.Jean | Review J. Warchall technical documents; locate EPA response to Representative Livingston; review Federal Register notice on dredging; review Montrose Consent Decree | 1.25 |
| 12/21/98 | JF Warchall | Office conference P.Hanebutt; telephone call G.Bigham | .25 |
| 12/22/98 | JF Warchall | T/c w/ L. Dodge and P. Hanebutt; review e-mail and faxes; t/c w/ A. Schlickman; review Fish Advisory document; review Housatonic Engineering document | 2.50 |
| 12/23/98 | MC St.Jean | Review information on modeling presentation and file; review other site information | .50 |
| 12/28/98 | MC St.Jean | Review and incorporate technical documents into files | .75 |
| 12/31/98 | MC St.Jean | Review articles on other sites; obtain and print Great Lakes priorities and funding guidance for A. Schlickman | 1.25 |
| | | **Total Hours** | **78.75** |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/01/98 | TM McMahon | Review Lawyer's Committee Agenda; review letter from Montgomery Watson; office conference with J. Schlickman regarding 56/57 issues; review documents and comments regarding BBL remedial scenarios; review documents regarding Ruder, Finn; review correspondence regarding governor's office negotiations; review documents regarding CEO meeting; review documents regarding Saginaw settlement; review documents regarding modeling presentation | 5.00 |
| 12/01/98 | JA Schlickman | Work on Montgomery-Watson Contract Issues; call Dworetzky; consider options; review old drafts | 1.50 |
| 12/01/98 | JA Schlickman | Comments on Modeling Outline; calls with Warchall; prepare Lawyer's Agenda; calls with Samson; prepare for Lawyers call; review faxes/e-mails | 2.50 |
| 12/01/98 | MC St.Jean | Review notices on FRG agenda, Ruder Finn and Saginaw settlement | .50 |
| 12/01/98 | EB Westerfield | Review emails concerning dredging work, other FRG issues; review news articles re: same | .25 |
| 12/02/98 | TM McMahon | Participate in Lawyer's Committee call; review media reports | 2.25 |
| 12/02/98 | JA Schlickman | Prepare for and participate in Lawyers Call; consider Montgomery-Watson contract issues; review BBL draft reports; call with R. Grimes re: models/peer review | 4.50 |
| 12/02/98 | MC St.Jean | Review correspondence on dredging, 56/57 | .25 |
| 12/03/98 | TM McMahon | Review correspondence regarding labor union December 21 forum; review public affairs and media reports; review RIFS schedule | 1.50 |
| 12/03/98 | JA Schlickman | Follow-up to Lawyers call; call Grimes; Hirsch; review draft reports; review faxes; e-mails re: Winnebago/Dep. N | 2.00 |
| 12/03/98 | MC St.Jean | Review information on restraining order in Winnebago County | .25 |
| 12/04/98 | PR Hanebutt | Review e-mails regarding 56/57 and Deposit N | .75 |
| 12/04/98 | EP Kenney | Review General Motors consent decree and memorandum summarizing it; arrange for distribution of consent decree | .75 |
| 12/04/98 | JA Schlickman | Prepare for modeling presentation; review FRG correspondence; summarize Hirsch & vanLieshout calls; status of Winnebago County Landfill | 2.25 |
| 12/04/98 | MC St.Jean | Review e-mails on FRG agenda, Montrose, Hudson, Deposit N and other topics related to FRG | .50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/04/98 | EB Westerfield | Review piece on FRG strategy; review case from A. Harrington re: municipal liability; review other FRG-related emails on dredging, peer review, etc | .75 |
| 12/06/98 | TM McMahon | Continued analysis of Saginaw settlement; memo regarding same | 1.00 |
| 12/07/98 | TM McMahon | Review documents regarding Deposit N disposal site problems; review documents regarding peer review and Housatonic precedent and FOIA; review RIFS workgroup report | 2.00 |
| 12/07/98 | JA Schlickman | Meeting to prepare for modeling presentation to EPA/issues | 4.50 |
| 12/07/98 | JA Schlickman | Warchall report on DC FRG meetings; Prepare for modeling meeting; Review e-mails/faxes re: Dep. N disposal issues | 1.75 |
| 12/07/98 | MC St.Jean | Review FOIA re Peer Review, newswire on Winnebago County | .25 |
| 12/07/98 | EB Westerfield | Prepare memo to JA Schlickman re: FRG strategy piece | .25 |
| 12/08/98 | TM McMahon | Review media reports regarding disposal site issues | .50 |
| 12/08/98 | JA Schlickman | Outline of comments for Modeling Presentation; prepare for and attend Modeling Presentation at EPA; Prepare agenda for Lawyers call | 7.00 |
| 12/08/98 | MC St.Jean | Compile attorney notes on FRG Steering Committee | .50 |
| 12/09/98 | TM McMahon | Review public reports; review FRG budget reports | 1.00 |
| 12/09/98 | JA Schlickman | Prepare for and participate in FRG Lawyers call; Review FRG e-mails; Montgomery-Watson and Ruder Finn Contract Issues; Work on Peer Review Issues; | 5.50 |
| 12/09/98 | MC St.Jean | Review FRG agenda, press materials pertaining to dredging | .50 |
| 12/10/98 | JA Schlickman | Review FRG Issues with Samson and Mieliulis | 1.50 |
| 12/11/98 | TM McMahon | Review public affairs reports regarding landfills; review Peer review documents and office conference with J. Schlickman regarding same | 1.00 |
| 12/11/98 | JA Schlickman | Obtain and review Peer review documents; faxes and e-mails to FRG re: same; Call with R. Grimes | 2.00 |
| 12/11/98 | MC St.Jean | Review correspondence concerning Peer Review, Housatonic article | .25 |
| 12/12/98 | EB Westerfield | Review mills' settlement strategy piece from T. McMahon; review document on total elimination of PCB; review news articles and group correspondence | .50 |
| 12/14/98 | JA Schlickman | Consider strategy for peer review; calls with R. Grimes and T. Echikson; review peer review materials; FRG lawyers call re: peer | 2.50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review | |
| 12/14/98 | MC St.Jean | Review articles on landfill disputes | .25 |
| 12/15/98 | TM McMahon | Review documents and correspondence regarding modeling meeting; review documents regarding lawyer's call | 1.00 |
| 12/15/98 | JA Schlickman | Prepare agenda for lawyers call; review Montgomery Watson materials; review other FRG correspondence | 1.75 |
| 12/16/98 | TM McMahon | Review documents regarding landfill issues and correspondence with T. Echikson regarding same and Hudson | 1.50 |
| 12/16/98 | JA Schlickman | Prepare for and participate in lawyers call; work on follow up; call P. Samson re: same | 4.00 |
| 12/17/98 | TM McMahon | Office conference with J. Schlickman regarding Velleux report; review media reports | 1.50 |
| 12/17/98 | JA Schlickman | Revise text for modeling slides; draft cover letter for EPA; work on peer review letter and FOIA; conferences with J. Warchall re: same | 3.25 |
| 12/18/98 | PR Hanebutt | Review memo regarding FRG activities; review newspaper articles | 2.00 |
| 12/18/98 | JA Schlickman | Finalize FOIA Request, modeling letter, and peer review letter; review FRG faxes and e-mails; consider issues for FRG | 2.00 |
| 12/18/98 | MC St.Jean | Review Green Bay press clippings | .25 |
| 12/21/98 | JA Schlickman | Follow up on Modeling presentation, peer review issues, and FOIA; calls re: Ruder Finn/Technical Meeting; Calls with M. Travers, and J. Heimbuch | 2.00 |
| 12/21/98 | MC St.Jean | Review Post Crescent clipping, other articles related to FRG | .25 |
| 12/21/98 | EB Westerfield | Review group correspondence; review news clips | .25 |
| 12/22/98 | JA Schlickman | Follow up on modeling and peer review issues; follow up with T. Vogel on Governor meeting and Muno contact; review faxes and e-mails re: FRG work | 1.75 |
| 12/23/98 | TM McMahon | Review documents regarding FRG Executive Committee meeting | .50 |
| 12/23/98 | JA Schlickman | Calls about Baker comments on settlement -- P. Samson, T. McMahon, D. Mandelbaum, T. Vogel, and D. McIntosh | 2.00 |
| 12/23/98 | MC St.Jean | Review correspondence on meeting with Governor Thompson, clippings from O'Connor | .25 |
| 12/28/98 | TM McMahon | Review Lawyer's Committee agenda and office conference with J. Schlickman; review media reports regarding landfilling and landfarming | 1.25 |
| 12/28/98 | JA Schlickman | Calls re: Baker comments on settlement - J. Hanson, T. Vogel, C. | 3.50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Hirsch; lawyers call agenda; review FRG technical and public affairs issues; review faxes and e-mail | |
| 12/28/98 | MC St.Jean | Review updates on possible settlements from A. Schlickman | .25 |
| 12/29/98 | TM McMahon | Review documents regarding ARCO settlement and possible EPA/Trustee strategy; office conference with J. Schlickman regarding lawyer's call, FRG meeting with Governor and related matters | 2.00 |
| 12/29/98 | JA Schlickman | Prepare for and participate in FRG Lawyers call; call with M. Remes; calls to Heimbuch, M. Travers; Peer Review; modeling issues | 4.00 |
| 12/29/98 | MC St.Jean | Refile FRG presentation materials | .25 |
| 12/30/98 | WG Dickett | Review various documents and correspondence regarding RI/FS issues; review news articles regarding site; review correspondence regarding FRG issues; review documents regarding demonstration project | 1.25 |
| 12/30/98 | TM McMahon | Review correspondence regarding meeting with Muno; review EPA decision regarding Hudson as precedent for Fox; review public affairs reports | 1.50 |
| 12/30/98 | JA Schlickman | Review FRG issues; follow-up to lawyers call; modeling issues; Governor's meeting planning | 2.00 |
| 12/30/98 | JA Schlickman | Review and revise memo on peer review at Fox; review FRG faxes and e-mails; public affairs committee issues | 1.50 |
| 12/31/98 | JA Schlickman | Lawyers committee issues; call with M. Travers; review faxes; work on peer review memo | 1.50 |
| 12/31/98 | MC St.Jean | Review A. Schlickman e-mails regarding FRG updates | .25 |
| | | **Total Hours** | **101.75** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/01/98 | TM McMahon | Review documents regarding Fort James strategy regarding 56/57 and Montgomery Watson indemnities; telephone conference with P. Samson and office conference with J. Schlickman regarding same and strategy analysis; prepare for NCR/API meeting | 2.00 |
| 12/01/98 | JA Schlickman | Review and finalize memo to Samson/Mieliulis re: concerns about Mills' strategy; call Samson re: same; review old strategy memos | 2.25 |
| 12/01/98 | MC St.Jean | Confer with J. Heyde regarding additional documents to be shipped to Brattle Group; compile documents for same; prepare letter and Fed.Exp. to Gayle Koch | 1.00 |
| 12/02/98 | TM McMahon | Telephone conference with P. Samson regarding Mill Group response to request for CEO meeting; telephone conference regarding settlement proposal | 1.50 |
| 12/02/98 | JA Schlickman | Work on refinements to Strategy; call with Samson re: Mill memo; consider ROD/106 issues | 1.25 |
| 12/02/98 | MC St.Jean | Review technical information for sending to Brattle Group; have copied and organize for sending; prepare letter and ship to Gayle Koch | 1.00 |
| 12/03/98 | TM McMahon | Office conference with J. Schlickman regarding status of case and prepare for meeting with P. Samson and B. Mieliulis; prepare for Brattle Group meeting | 2.50 |
| 12/03/98 | JA Schlickman | Meeting with McMahon re: overall strategy; consider impact of Saginaw; call with G. Koch at Brattle re: status of work | 2.00 |
| 12/04/98 | TM McMahon | Prepare for meeting with P. Samson and B. Mieliulis; review Putnam Hayes materials | 1.50 |
| 12/04/98 | JA Schlickman | Consider strategy issues;prepare for upcoming strategy meetings; impact of Saginaw settlement | 1.75 |
| 12/07/98 | TM McMahon | Review agenda for meeting with P. Samson and B. Mieluilis; review strategy issues | .75 |
| 12/07/98 | JA Schlickman | Call with Paul Samson re: strategic issues/planning; list of strategic issues | 1.00 |
| 12/07/98 | MC St.Jean | Locate and review consultant contracts for 10 vs. 5-year provision issue re Brattle contract and leave message for A. Schlickman regarding same; confer with P. Hanebutt | .50 |
| 12/08/98 | PR Hanebutt | Review T. McMahon memo regarding the mills likely settlement strategy | .50 |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/08/98 | TM McMahon | Revise memo regarding Mill Group settlement strategy; prepare for and conference call with J. Hoak, P. Karch, D. McIntosh, B. Mieluilis, P. Samson, P. Servidea, A. Harrington regarding revisions to strategy; follow up with J. Schlickman | 4.00 |
| 12/08/98 | JA Schlickman | Prepare for API/NCR conference call on strategy; Review State Agreement re: tolling; Call with NCR at API re: strategy | 3.00 |
| 12/09/98 | MC St.Jean | Confer with A. Schlickman re content of CD Rom from Putnam, Hayes; telephone call with S. Sellick | .25 |
| 12/10/98 | JA Schlickman | Prepare for and attend meeting with Paul Samson and Ben Mieliulis re: Fox planning | 4.50 |
| 12/10/98 | MC St.Jean | Telephone S. Sellick re timeframe for cutting new CD for Brattle Group; locate CD from Putman boxes; prepare letter and Fed.Exp. to same | .50 |
| 12/11/98 | TM McMahon | Prepare for and meetings with P. Samson and B. Mieluilis; review documents and plans regarding Executive Committee meeting | 5.00 |
| 12/11/98 | JA Schlickman | Prepare for and attend planning meeting with Samson and Mieliulis | 2.00 |
| 12/14/98 | PR Hanebutt | Review Koch memo "General Comments on Allocation Perspectives" | .50 |
| 12/14/98 | JA Schlickman | Prepare materials and slides for Brattle Group meeting; review allocation memo; consider issues | 2.50 |
| 12/15/98 | JA Schlickman | Prepare for Brattle Group meeting; review allocation perspectives memo; attend meeting and work on follow-up | 8.25 |
| 12/15/98 | MC St.Jean | Compile background technical and FRG documents for Brattle Group meeting and have copied; meet with J. Warchall re same; other tasks related to meeting | 1.00 |
| 12/16/98 | JA Schlickman | Work on options for allocation | 1.50 |
| 12/17/98 | JA Schlickman | Work on allocation options; call with P. Samson | 1.00 |
| 12/18/98 | TM McMahon | Review settlement options | 1.00 |
| 12/18/98 | JA Schlickman | Review J. Warchall spreadsheets; consider case with Brattle Group; follow-up to Brattle Group meeting; allocation outline; call P. Samson re: same | 2.25 |
| 12/18/98 | MC St.Jean | Locate background document for Brattle Group; prepare correspondence to G. Koch and send Fed.Exp. to same | .50 |
| 12/21/98 | JA Schlickman | Memo and letter to Brattle Group; consider agenda for January meeting; review Koch's allocation memo; work on allocation issues | 2.50 |
| 12/21/98 | MC St.Jean | Locate document for A. Schlickman | .25 |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/22/98 | TM McMahon | Telephone conference with J. Schlickman regarding mill group settlement efforts; review strategic options | 3.00 |
| 12/22/98 | JA Schlickman | Call with D. McIntosh re: Biker/Dechert conversation; consider strategy and messages, follow-up calls with R. Grimes and C. Hirsch; calls with P. Karch, P. Samson, B. Mieliulis and T. McMahon re: same | 3.00 |
| 12/23/98 | MC St.Jean | Review allocation spreadsheet and memorandum to Brattle Group | .25 |
| 12/24/98 | TM McMahon | Review documents regarding Mill Group settlement | 1.00 |
| 12/28/98 | TM McMahon | Office conference with J. Schlickman regarding Mill Group settlement threat | 1.00 |
| 12/28/98 | JA Schlickman | Work on analysis of allocation issues | 1.50 |
| 12/29/98 | JA Schlickman | Work on allocation issues outline | 1.50 |
| 12/30/98 | JA Schlickman | Work on allocation issues outline; consider agenda for Brattle meeting; review venue issues | 2.25 |
| 12/31/98 | JA Schlickman | Call with G. Koch regarding planning for next meeting and allocation issues; work on issues in allocation outline; litigation issues | 2.50 |
| | | **Total Hours** | **76.00** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legislative General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/07/98 | TM McMahon | Review documents regarding Chaffee and Browner comments | .25 |
| 12/16/98 | TM McMahon | Prepare strategy documents for Superfund Reform in 106th Congress | 2.00 |
| 12/21/98 | TM McMahon | Review documents and office conference with D. Buente regarding sunset CERCLA options; telephone conference with P. Servidea | 1.00 |
| 12/23/98 | TM McMahon | Research legislative history of NAS sediment dredging study; telephone conference with P. Samson and P. Servidea; office conference with C. St. Jean and J. Heyde | 5.00 |
| 12/24/98 | TM McMahon | Continued review and analysis of CERCLA Reform proposals | 1.00 |
| 12/28/98 | TM McMahon | Telephone conference with T. Echikson and draft options for new CERCLA Reform | 1.00 |
| | | **Total Hours** | **10.25** |

Invoice Number: 9904182
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal Allocation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/07/98 | TM McMahon | Prepare for meetings with Brattle Group | 1.75 |
| 12/07/98 | MC St.Jean | File Chesapeake financial information re SEC | .50 |
| 12/08/98 | MC St.Jean | Refile Fort James financial articles | .25 |
| 12/09/98 | TM McMahon | Review Montrose CBS, Potlatch and Simpson settlements; further review of Saginaw settlement | 1.50 |
| 12/15/98 | TM McMahon | Meeting with Brattle Group | 4.00 |
| 12/17/98 | MC St.Jean | File other FRG financial information | .75 |
| 12/21/98 | MC St.Jean | File FRG financial information | .50 |
| 12/30/98 | TM McMahon | Review caselaw | 1.00 |
| | | **Total Hours** | **10.25** |

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FOUNDED 1866

FEDERAL ID 36-2158694

January 29, 1999

Paul M. Samson, Esq.
Appleton Papers Inc./NCR Corp.--Fox River Joint
ECD-2
101 West Schantz Avenue
Dayton, Ohio 45479

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 9904182
Client Number 14896

REMITTANCE PAGE
For Professional Services Rendered

Remit To:

SIDLEY & AUSTIN
One First National Plaza
Chicago, Illinois 60603
Federal ID 36-2158694

**Total Due This Bill** **$161,594.84**

Please Return This Page With Your Remittance

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013