# EXHIBIT 20

7/98

Redacted

#9835870

# SIDLEY & AUSTIN

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS


DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(312)853-7404

WRITER'S E-MAIL ADDRESS
jschlick@sidley.com


September 10, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

Re: Fox River/API/NCR Joint Defense Statement for July, 1998

Dear Paul and Paul:

Enclosed is our statement for professional services rendered in July for services relating to the Fox River matter. The total bill, after applying the API/NCR discount and with expenses, is $195,077.20. The remittance form is being sent to Paul in Dayton. Please feel free to call us if you have any questions.

Very truly yours,

J. Andrew Schlickman

JAS:csj
Enclosure

::ODMA\PCDOCS\CHICAGO4\695128\1

July 1998

## Analysis of Sidley Bills

| Name | Factual | Legal General | Case Admin | Technical | Recyclable Legislation | Strategy | FRG | Total | Percentage |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Connaughton | | 0.25 | | | | | | 0.25 | 0.03% |
| Crough | | 1.00 | | | | | | 1.00 | 0.13% |
| Dickett | | 21.25 | | | 20.75 | | 14.00 | 56.00 | 7.38% |
| Flood | | 1.00 | | | | | | 1.00 | 0.13% |
| Hanebutt | 103.75 | | 4.00 | | | 1.00 | 4.25 | 113.00 | 14.89% |
| Heyde | 19.50 | 0.50 | 18.75 | | | | | 38.75 | 5.11% |
| Holliday | | 35.25 | | | | | | 35.25 | 4.64% |
| Lambert | | 5.75 | | | | | | 5.75 | 0.76% |
| McMahon | 30.75 | 7.00 | 23.50 | 7.00 | 16.25 | 10.00 | 78.00 | 172.50 | 22.73% |
| Orr | 0.50 | | 11.25 | 0.25 | | | | 12.00 | 1.58% |
| Pacifici | | | | | | | | 0.00 | 0.00% |
| Schlickman | 12.25 | 6.50 | 10.00 | | 0.25 | 10.50 | 66.50 | 106.00 | 13.97% |
| Shockley | | 17.00 | | | | | | 17.00 | 2.24% |
| St. Jean | 8.00 | 3.00 | 19.50 | 24.50 | | | 3.00 | 58.00 | 7.64% |
| Warchall | | | | 98.25 | | | | 98.25 | 12.94% |
| Westerfield | 16.25 | 15.00 | 0.25 | 6.50 | 6.00 | | 0.25 | 44.25 | 5.83% |
| | | | | | | | | | |
| Total | 191.00 | 113.50 | 87.25 | 136.50 | 43.25 | 21.50 | 166.00 | 759.00 | |
| | | | | | | | | | |
| Percentage | 25% | 15% | 11% | 18% | 6% | 3% | 22% | 100% | 100% |

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FEDERAL ID 36-2158694

September 10, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Dept., ECD-2
101 West Schantz Avenue
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 9835870
Client Number 14896

For professional services rendered on account for July 1998, in connection with matters relating to potential liability for PCB-contaminated sediments in the Fox River, Wisconsin and related potential liabilities, as follows:

Factual Investigation

Continued work on allocation and factual investigation, including work on fact book; review documents on emulsion loss; continued review and analysis of Patterson report and work on response; review McIntosh critique of material balance; review RMT's emulsion loss report; preparation for and meeting with RMT in Madison; research on possible sale of coated paper to government; review extension of time for 104(e) to Appleton; review memo assessing potential challenges to CBI claims; review PHR report on Kalamazoo River case; preparation for and interviews with Scott, Marohn, van Bogart, Ramsay, Langman, Yunk, Hermes, Wickoff and prepare summaries; preparation for and meet with API, NCR and consultants regarding the progress of the factual investigation; preparation for August meetings; conference calls and telephone calls with W. Brewer, A. Harrington, consultants, API and NCR.

| Title | Hours |
|---|---|
| Partner | 146.75 |
| Associate | 35.75 |
| Legal Assistant | 8.50 |

$54,303.75

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

Draft and revise Joint Defense and Representation Agreement; research on: appealing DOI's denial of NCR's FOIA request, confidential business issues, claims against API/NCR by riparian landowners, arranger liability, and CERCLA contribution statutes of limitations; review Wisconsin and U.S. Supreme Court opinions; and continued review of SEC statements for Mill Group members' disclosures.

| Title | Hours |
|---|---|
| Partner | 37.00 |
| Associate | 73.50 |
| Legal Assistant | 3.00 |

$21,768.50

Case Administration

Analysis of legal and accounting requirements for budget categories; preparation of 1998/1999 case budget; review and revise tasks, projects, and priorities; work on project management issues; preparation for and conference call with A. Harrington regarding Godfrey & Kahn tasks; discussions on bugs in DSI document system; installation of computer software; preparation of status report; ongoing file organization; and telephone calls with J. Heimbuch, DSI and NCR.

| Title | Hours |
|---|---|
| Partner | 37.50 |
| Associate | 19.00 |
| Legal Assistant | 30.75 |

$20,151.25

Technical

Attend conference on PCBs and Children and prepare summary; review permit application matters; preparation for and participate in Lawyer's Committee conference calls; preparation for and attend Technical Committee meeting; review WDNR's RI/FS workplan; review Geisy PCB assessment; revise consultant Part A memoranda; review North Carolina case for deficiencies in Agency's methods and risk assessment; locate and prepare PCB experts for EPA/WDNR health effects forum; and numerous telephone calls with consultants, outside counsel, USEPA and NCR.

| Title | Hours |
|---|---|
| Partner | 105.25 |
| Associate | 6.50 |
| Legal Assistant | 24.75 |

$38,918.75

Recyclable Materials Legislation

Continued analysis of CERCLA and NRD reform issues and impact of recyclable material exemption on case; analysis of Lott bill and comparison to other recycler bills; continued work on Institute of Scrap Recycling (ISRI) issues; review Jaakko Poyry report on recyclers; meeting with P. Samson; and telephone call with A. Harrington.

| Title | Hours |
|---|---|
| Partner | 37.25 |
| Associate | 6.00 |

$13,136.25

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

Continued work on settlement and FRG issues; work on FRG strategy; work on affidavits and determine NCR personnel knowledgeable with government contracts; work on Patterson report issues, including draft Parts A and B responses; review and revise P. Samson article on PCBs for Fox River Times; review municipal issues; preparation for and participate in conference calls concerning government entities' meeting with the Governor; preparation for and participate in conference calls regarding Governor Thompson settlement efforts; preparation for and conference calls with FRG and with Lawyer's Committee; monitor media reports and public affairs issues; review various reports and NPL listing documents; discussions about other sediment sites; preparation for and attend FRG meetings in Milwaukee; conference call with J. Hoak, B. Mieliulis and P. Servidea; and numerous telephone calls with API, NCR and outside counsel.

| Title | Hours |
|---|---|
| Partner | 162.75 |
| Associate | .25 |
| Legal Assistant | 3.00 |

$55,890.00

Strategy

Work on overall strategy issues and options; work on settlement issues and response to governments' proposal; review Mandlebaum proposal on natural resource damages; continued search for decision tree consultant; and conference calls and telephone calls with API and NCR.

| Title | Hours |
|---|---|
| Partner | 21.50 |

$7,402.50

| | |
|---|---|
| Total Fees For All Matters | $211,571.00 |
| Less Courtesy Discount | -21,157.10 |
| Adjusted Fees | $190,413.90 |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

**Expenses:**

| | | |
|---|---|---|
| Document Services | $1,997.03 | |
| Telephone Tolls | 1,159.33 | |
| Travel/Lodging | 1,506.94 | |
| Total Expenses | | 4,663.30 |
| **Total Due This Bill** | | **$195,077.20** |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | PR Hanebutt | Fact book entries; meeting with J. Heyde and E. Westerfield to discuss compilation of the fact book; letter to P. Knopp and M. Cesar enclosing summary of witness interviews | 6.00 |
| 07/01/98 | JM Heyde | Confer with P. Hanebutt and E. Westerfield regarding fact book | 1.00 |
| 07/01/98 | EB Westerfield | Work with P. Hanebutt and J. Heyde re: fact book; work on reviewing documents to be entered into fact book | 1.00 |
| 07/02/98 | PR Hanebutt | Fact book entries | 5.00 |
| 07/02/98 | TM McMahon | Office conference with J. Schlickman, P. Hanebutt regarding status of investigation, RMT work, Jaakko Poyry work, prepare for August fact meeting | 1.25 |
| 07/02/98 | TM McMahon | Analysis of FRG proposal regarding response to Patterson Report and risks to NCR/API; develop defensive strategy | 2.00 |
| 07/02/98 | JA Schlickman | Review status of Fact and Investigation; conference call with Art Harrington | 1.50 |
| 07/02/98 | MC St.Jean | Confer with P. Hanebutt re Patterson report and copy for consultant; research on DSI database for possible ACPC dealings with government entities (sale of coated paper); review documents online | 4.50 |
| 07/02/98 | EB Westerfield | Work on reviewing materials for entry into fact book | 1.50 |
| 07/06/98 | PR Hanebutt | Confer with Tom Stolzenburg regarding emulsion loss report; review revised McIntosh affidavit; interview Ray Scott and George Marohn (separately) by telephone; confer with Art Harrington regarding 104(e)s; confer with P. Samson regarding status of affidavits | 3.50 |
| 07/07/98 | PR Hanebutt | Prepare for upcoming witness interviews; update Art Harrington regarding same; review McIntosh critique of TRC report; review memo regarding follow up interview items; confer with Ben Mieliulis regarding revised affidavits; confer with Paul Samson regarding status of emulsion loss report; review Harrington's draft letter to DOI requesting additional time to respond to third DOI information request | 9.25 |
| 07/07/98 | TM McMahon | Review memo regarding meetings; review McIntosh Memo regarding Revised Material Balance Report; office conference with P. Hanebutt regarding overall fact investigation status and issues | 2.50 |
| 07/08/98 | PR Hanebutt | Interview Audrey Van Bogart, Bill Ramsay, Harry Langman, Clarence Yunk, Jim Hermes, and Jack Wickoff; compose lengthy e- | 9.75 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | mail to Jaakko Poyry regarding outstanding action items and agenda for August 4 meeting | |
| 07/08/98 | TM McMahon | Review notes of interviews with ACPC & CL employees; telephone conference with P. Hanebutt regarding ongoing interviews | 1.00 |
| 07/09/98 | PR Hanebutt | Witness interviews | 8.00 |
| 07/10/98 | PR Hanebutt | Conference call with PHR; telephone call with B. Mieliulis regarding additional witnesses and Tom Busch documents; fact book entries | 4.00 |
| 07/10/98 | EB Westerfield | Work on entering Versar report into fact book; phone conference with P. Hanebutt and PHR re: additional work; followup letter to PHR re: same; review factual investigation documents and interview summaries; work with P. Hanebutt re: implications of same | 3.50 |
| 07/13/98 | PR Hanebutt | Review McIntosh revised critique of TRC report; review Mieliulis e-mail regarding capsules | 1.00 |
| 07/13/98 | TM McMahon | Review news article regarding Patterson Report as allocation tool; telephone conference with P. Karch; review status of RMT efforts | 1.25 |
| 07/13/98 | EB Westerfield | Work on reviewing Versar report and entering relevant excerpts into fact book; email to RMT re: same | .50 |
| 07/14/98 | PR Hanebutt | Prepare for meeting with RMT; develop agenda for August fact investigation meeting | 3.25 |
| 07/14/98 | TM McMahon | Conference with P. Hanebutt and J. Warchall and conference call with W. Brewer and G. Bigham regarding Part B of FRG response to Patterson Report and preparation of NCR/API response; telephone conference with P. Samson and P. Karch regarding same; review with P. Hanebutt status of RMT work of emulsion losses report | 2.75 |
| 07/15/98 | PR Hanebutt | Meeting with RMT to discuss draft emulsion loss report; Patterson report; bench scale experiments | 9.00 |
| 07/15/98 | TM McMahon | Review Patterson Report and RMT memos; conference call with RMT, P. Hanebutt and J. Warchall to prepare tasks for NCR/API response to Patterson | 2.75 |
| 07/15/98 | EB Westerfield | Phone conference with A.J. Gravel re: Kalamazoo work, budget for next phase of work | .25 |
| 07/16/98 | PR Hanebutt | Review RMT report; meeting with RMT to discuss emulsion loss report; conference call with Jaakko Poyry regarding August meeting | 7.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/16/98 | JM Heyde | Search for 3M Nekoosa document; fax same to P. Hanebutt | .75 |
| 07/16/98 | TM McMahon | Telephone conference with P. Hanebutt regarding RMT emulsion study and API input regarding same; review preliminary documents regarding August 4/5 meeting | 2.00 |
| 07/16/98 | KW Orr | File originals | .50 |
| 07/16/98 | EB Westerfield | Work with T. McMahon re: Patterson report; review report for references to uncertainty and guesswork | .50 |
| 07/17/98 | PR Hanebutt | Review draft of memorandum of understanding | .25 |
| 07/17/98 | PR Hanebutt | Confer with Jim Warchall regarding RMT's draft report on emulsion losses; review e-mails regarding capsule issues in connection with bench scale work | .50 |
| 07/18/98 | PR Hanebutt | Prepare agenda for August meeting; letter to B. Mieliulis regarding understanding Reinhold interview; memo to team regarding August meeting; memo to team regarding RMT's revised pie charts | 4.00 |
| 07/20/98 | PR Hanebutt | Review Tom Lambert memo regarding CBI; meeting with J. Warchall to discuss draft RMT report; confer with T. Stolzenburg regarding same; memo to P. Samson transmitting Lambert CBI research; communicate with P. Samson regarding McIntosh computations/TRC report; review Warchall suggested additions to the agenda | 1.25 |
| 07/20/98 | TM McMahon | Review RMT materials regarding Patterson; review documents and prepare for August meetings | 2.50 |
| 07/20/98 | EB Westerfield | Work on entering information into fact book | .50 |
| 07/21/98 | PR Hanebutt | Conference call with RMT regarding draft emulsion loss report; meeting with Andy Schlickman regarding same | 4.25 |
| 07/21/98 | JM Heyde | Work on fact book | 5.00 |
| 07/21/98 | TM McMahon | Meeting with J. Schlickman, P. Hanebutt regarding RMT studies on emulsion losses and partitioning; review agenda and prepare for August meetings | 1.50 |
| 07/21/98 | TM McMahon | Office conference with J. Schlickman regarding Patterson and FRG Part A and Part B; review RMT memo; prepare responses | 2.00 |
| 07/21/98 | JA Schlickman | Review status of RMT work and effort to respond to Patterson; review interview memos and draft affidavits | 2.50 |
| 07/21/98 | EB Westerfield | Work with P. Hanebutt re: factual investigation | .25 |
| 07/22/98 | PR Hanebutt | Confer with John Heyde regarding fact book issues; confer with RMT regarding potential work on Kalamazoo River | .50 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/22/98 | JM Heyde | Enter documents into fact book | 3.25 |
| 07/22/98 | TM McMahon | Office conference with P. Hanebutt; review agenda for August meetings | 1.25 |
| 07/22/98 | TM McMahon | Telephone conference with J. Schlickman regarding NCR/API position on Part B of response to Patterson Report; review PHR report on Kalamazoo case | 1.75 |
| 07/23/98 | PR Hanebutt | Confer with Mary Cesar regarding August meeting; confer with T. Stolzenburg regarding same | .50 |
| 07/23/98 | TM McMahon | Review documents regarding August meetings and Patterson Report | 1.25 |
| 07/23/98 | EB Westerfield | Review PHR report on Kalamazoo River; review PHR budget for additional work; review comments of J. Heyde on PHR report | 1.50 |
| 07/24/98 | PR Hanebutt | Additional fact book entries; draft memorandum to Paul Samson same; conferences with RMT re memo outlining action items in response to Patterson report and draft emulsion loss report | 4.00 |
| 07/24/98 | JA Schlickman | Review draft agenda for upcoming review meeting; comments to P. Hanebutt; review interview notes and memos; review RMT drafts | 2.50 |
| 07/24/98 | EB Westerfield | Work with P. Hanebutt re: fact book | .25 |
| 07/27/98 | PR Hanebutt | Revise agenda for fact investigation meeting | 1.00 |
| 07/27/98 | TM McMahon | Review RMT materials and meeting preparation | 2.00 |
| 07/27/98 | MC St.Jean | Search DSI database for documents on emulsion factor reports, losses, etc.; print same and route to P. Hanebutt; locate documents on proceedings on 1975 PCBs Conference and other documents | 1.50 |
| 07/28/98 | PR Hanebutt | Preparation for 8/4 and 8/5 meetings; letter to Mary Cesar authorizing use of John Matheson; revise agenda for meetings on 8/4 and 8/5; confer with Mary Cesar regarding agenda and potential interviewees; confer with Ben Mieluilis re draft RMT report; confer with Tara Kern re data base issues; confer with Mary Cesar re broker interviews | 6.00 |
| 07/28/98 | JM Heyde | Telephone call with PRH re: fact book; enter documents in fact book; work on consultant access problems with document system; confer with T. Kern, A. Hassell, and E. Martin re: same | 5.50 |
| 07/28/98 | TM McMahon | Review MOU regarding use of LTI work product regarding Patterson; office conference with J. Schlickman; prepare for August 4/5 meetings | 2.00 |
| 07/28/98 | JA Schlickman | Prepare for upcoming review meeting; work on agenda items; | 1.25 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review RMT materials; consider Patterson report issues | |
| 07/28/98 | MC St.Jean | Locate PCB document at USEPA (1976) and telephone call with library re same; confer with P. Hanebutt re Kalamazoo pleadings (Allied Paper case); incorporate into system Kalamazoo pleadings from PHR Environmental's review in Michigan; locate Jaakko Poyry consulting agreement for P. Hanebutt; review document for possible imaging | 1.50 |
| 07/28/98 | EB Westerfield | Review and provide comments to P. Hanebutt re: agenda for fact meeting; telephone call with P. Hanebutt re: same | .50 |
| 07/29/98 | PR Hanebutt | Preparation for 8/4 meeting; review T.McMahon's comments to agenda; confer with Art Harrington re same and API's 104(e) responses; communicate with RMT re revised pie charts; e-mail re same | 2.75 |
| 07/29/98 | JM Heyde | Enter documents in fact book; format same and send to P. Samson | 3.00 |
| 07/29/98 | TM McMahon | Review August 4/5 agenda and prepare for meetings | 1.00 |
| 07/29/98 | MC St.Jean | Locate 1975 PCB conference proceedings | .25 |
| 07/30/98 | PR Hanebutt | Review emulsion loss documents; review documents re scrapping of spoiled emulsion; review e-mail from Art Harrington re extension of time to respond to 104(e); prepare for meeting on 8/4 and 8/5 (e.g. revise agenda); review revised emulsion loss report prepared by RMT; confer with Paul Samson re meeting on 8/4 and other misc. issues; confer with RMT on budget issues | 6.00 |
| 07/30/98 | JM Heyde | Work on fact book | .50 |
| 07/30/98 | JA Schlickman | Prepare for status meeting; consider approaches to Patterson report | 1.50 |
| 07/30/98 | MC St.Jean | Locate document re emulsion loss | .25 |
| 07/30/98 | EB Westerfield | Review RMT emulsion loss report; review memo on challenging CBI claims; review Jaakko Poyry piece on Patterson report; review RMT memos on Patterson report; review draft agenda for fact meeting; begin working on ideas for arranger section of meeting; review PHR proposed budget for additional work | 3.00 |
| 07/31/98 | PR Hanebutt | Prepare for 8/4 meeting; revise agenda; confer with Stolzenburg regarding Patterson memo; confer with Jaakko Poyry regarding Matheson flow chart; review Harrington summaries; review PHR budget; review PHR summary of the Kalamazoo River litigation | 7.00 |
| 07/31/98 | JM Heyde | Assemble material on 1993 Patterson report | .50 |
| 07/31/98 | JA Schlickman | Prepare for review meeting; finalize agenda with P. Hanebutt; review TRC Report; Patterson Report 1993, and other related | 3.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | documents; review Harrington documents | |
| 07/31/98 | EB Westerfield | Review arranger materials to prepare for fact meeting | 3.00 |
| | | Total Hours | 191.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | JL Connaughton | Review memorandum from P. Samson regarding Couer D'Alene; telephone conference with J.T. Smith regarding statute of limitations hearing | .25 |
| 07/01/98 | WG Dickett | Review draft API/NCR Joint Defense Agreement; telephone conferences with A. Schlickman and E. Westerfield regarding same | 1.25 |
| 07/01/98 | JA Schlickman | Work on Joint Defense Agreement | .75 |
| 07/01/98 | EB Westerfield | Work on drafting joint defense and representation agreement; work with W. Dickett re: same | 6.00 |
| 07/02/98 | WG Dickett | Office conference with A. Schlickman regarding API/NCR Joint Defense Agreement; review and revise same | 1.50 |
| 07/02/98 | JA Schlickman | Work on Joint Defense and Representation Agreement | 1.25 |
| 07/02/98 | MC St.Jean | Research on and obtain FRG company financials, profiles, SEC statements for A. Schlickman; research on Internet for same | 1.50 |
| 07/06/98 | WG Dickett | Analysis of API/NCR joint defense agreement issues; office conference with E. Westerfield regarding same | 2.00 |
| 07/06/98 | TM McMahon | Review matters regarding Joint Defense and representation agreement; office conference with W. Dickett | .50 |
| 07/06/98 | EB Westerfield | Work with W. Dickett re: draft joint defense agreement | .75 |
| 07/07/98 | WG Dickett | Analysis of API/NCR Joint Defense Agreement issues; review documents regarding same | 1.00 |
| 07/07/98 | TA Lambert | Research Department of Interior regulations on appealing denials of FOIA requests | 2.25 |
| 07/07/98 | TM McMahon | Telephone conference with P. Samson regarding 10Q and retrieve first quarter documents; review other PRP SEC filings | 1.00 |
| 07/07/98 | TM McMahon | Office conference with P. Hanebutt regarding legal research into reprocessor mills claims regarding Confidential Business Information | .50 |
| 07/08/98 | WG Dickett | Review draft API/NCR joint defense agreement | .50 |
| 07/08/98 | TA Lambert | Research effect of failure to appeal FOIA denial within 20 days | .75 |
| 07/08/98 | TA Lambert | Research CFR on procedure for appealing FOIA denial | 1.00 |
| 07/08/98 | TM McMahon | Review 10Q matters; review SEC filing of other FRG companies | 1.25 |
| 07/08/98 | TM McMahon | Review Wisconsin opinion in Chrysler case | .75 |
| 07/08/98 | EB Westerfield | Work on issue of how to obtain confidential business documents | 1.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | from DOI; review regulations; work on identifying possible claims by municipalities and riparian landowners | |
| 07/09/98 | WG Dickett | Analysis of API/NCR joint defense issues | .25 |
| 07/10/98 | WG Dickett | Analysis of joint defense issues; review revised draft API/NCR joint defense agreement | .75 |
| 07/10/98 | TM McMahon | Research recent developments regarding arranger liability | 1.50 |
| 07/10/98 | EB Westerfield | Work on reviewing Joint Defense and Representation Agreement | 3.00 |
| 07/13/98 | WG Dickett | Review revised draft API/NCR agreement | .25 |
| 07/13/98 | LE Holliday | Research on Lexis, Westlaw, read research | 4.75 |
| 07/13/98 | TA Lambert | Work on memo to P. Hanebutt re: how to appeal DOI's denial of NCR's FOIA request | 1.75 |
| 07/13/98 | MC St.Jean | Confer with T. McMahon re status of obtaining financial information on FRG companies, 10Q information | .25 |
| 07/14/98 | WG Dickett | Work on API/NCR joint defense agreement | .25 |
| 07/14/98 | JM Heyde | Legal research regarding Hersey, Michigan EPCRA issues | .50 |
| 07/14/98 | LE Holliday | Lexis research on toxic tort claims, read research | 4.50 |
| 07/14/98 | EE Shockley | Call from J. Heyde regarding research project; on-line research; reviewing cases re statute of limitations | 4.75 |
| 07/15/98 | WG Dickett | Work on API/NCR joint defense issues; analysis of legal issues | .75 |
| 07/15/98 | LE Holliday | Research on lexis, westlaw, read research | 4.00 |
| 07/15/98 | EE Shockley | Research and reviewing cases regarding CERCLA Contribution Statutes of Limitations | 5.25 |
| 07/16/98 | WG Dickett | Analysis of legal issues and analysis of joint defense issues | .75 |
| 07/16/98 | LE Holliday | Lexis research, read cases | 2.00 |
| 07/16/98 | TM McMahon | Review Harrington request for extension regarding 104(e) and related matters | .50 |
| 07/16/98 | EE Shockley | Research and drafting memorandum | 3.00 |
| 07/20/98 | WG Dickett | Review documents regarding legal issues | .75 |
| 07/20/98 | LE Holliday | Conference with Evan Westerfield, continued lexis research | 1.50 |
| 07/20/98 | EB Westerfield | Work with L. Holliday re: research into claims against NCR and API by riparian landowners | .50 |
| 07/21/98 | WG Dickett | Review documents regarding legal issues | .50 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/21/98 | LE Holliday | Read research | .50 |
| 07/21/98 | MC St.Jean | Refile SEC/financial information on FRG companies | .25 |
| 07/22/98 | WG Dickett | Review documents regarding legal issues | .50 |
| 07/22/98 | LE Holliday | Lexis research | 3.00 |
| 07/23/98 | MM Crough | Telephone conference with T. McMahon re: SEC environmental issues; review background documents re: same | 1.00 |
| 07/23/98 | WG Dickett | Analysis of RCRA issues and other legal issues | .75 |
| 07/23/98 | EE Shockley | Drafting memorandum re statute of limitations | 4.00 |
| 07/23/98 | MC St.Jean | Review Fort James financial information and statements | .75 |
| 07/23/98 | EB Westerfield | Revise Joint Defense Agreement | .75 |
| 07/24/98 | WG Dickett | Analysis of revised joint sharing agreement; revisions to same; review API/NCR settlement agreement | 2.50 |
| 07/24/98 | LE Holliday | Lexis research, read research | 3.50 |
| 07/24/98 | MC St.Jean | Locate and print Supreme Court opinion (Eastern Enterprises) for T. McMahon | .25 |
| 07/26/98 | WG Dickett | Review and revise API/NCR global settlement agreement; review previous API/NCR agreements; analysis of various legal issues | 1.25 |
| 07/27/98 | WG Dickett | Analysis of Joint Defense Agreement Issues: review arranger cases | 1.00 |
| 07/27/98 | LE Holliday | Read research | .75 |
| 07/28/98 | WG Dickett | Review changes to joint defense agreement; telephone conference with A. Schlickman and E. Westerfield regarding same | 1.50 |
| 07/28/98 | PR Hanebutt | Review joint defense agreement | 1.00 |
| 07/28/98 | LE Holliday | Lexis research on WI statutes | 1.25 |
| 07/28/98 | JA Schlickman | Work on joint defense agreement -- review and revise | 1.25 |
| 07/29/98 | WG Dickett | Office conference with A. Schlickman and E. Westerfield regarding joint defense agreement; review and revise same | 2.50 |
| 07/29/98 | TM McMahon | Analysis of strategy options; office conference with J. Schlickman and telephone conference with P. Samson | 1.00 |
| 07/29/98 | JA Schlickman | Revise joint defense and representation agreement; meeting with W. Dickett and E. Westerfield re: same | 1.75 |
| 07/29/98 | EB Westerfield | Work with W. Dickett and J.A. Schlickman re: JDR Agreement; revise agreement | 2.50 |
| 07/30/98 | LE Holliday | Research | 5.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/30/98 | JA Schlickman | Meeting with T. McMahon to consider appropriate budget/billing categories in light of SOP96-1 and other issues | 1.50 |
| 07/30/98 | EB Westerfield | Final revisions to joint defense agreement; Compare Write to prior drafts | .50 |
| 07/31/98 | WG Dickett | Review of revised joint defense agreement | .75 |
| 07/31/98 | LE Holliday | Start writing memo | 4.50 |
| | | **Total Hours** | **113.50** |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | JM Heyde | Confer with P. Samson regarding project management and status reports | .75 |
| 07/01/98 | TM McMahon | Review documents regarding joint effort and tasks for Harrington; budget review | 1.00 |
| 07/01/98 | JA Schlickman | Work on budgets and related issues | 2.00 |
| 07/02/98 | PR Hanebutt | Team meeting with J.A. Schlickman regarding status of open items | 3.00 |
| 07/02/98 | JM Heyde | Work on Fox River budget; confer with J.A. Schlickman regarding budget and project management; investigate project management software; confer with J. Heimbuch regarding project management software; confer with M. Bawden regarding same; confer with P. Samson regarding same | 3.00 |
| 07/02/98 | TM McMahon | Conference with J. Schlickman, J. Warchall, P. Hanebutt regarding task list and status; prepare for and conference call with J. Schlickman, P. Hanebutt, Harrington regarding tasks | 2.25 |
| 07/02/98 | JA Schlickman | Review budget issues; tasks, priorities | 1.50 |
| 07/06/98 | TM McMahon | Memo regarding tasks and budgets | .50 |
| 07/07/98 | JM Heyde | Office conference with T. McMahon regarding budget | .50 |
| 07/08/98 | PR Hanebutt | Revise NCR status report | .75 |
| 07/08/98 | TM McMahon | Review task and budget matters | .25 |
| 07/10/98 | EB Westerfield | Review group correspondence and public relations materials | .25 |
| 07/13/98 | JM Heyde | Work on status report | .75 |
| 07/13/98 | MC St.Jean | Refile originals; document management | 2.00 |
| 07/14/98 | JM Heyde | Finalize and send out Fox River status report | .75 |
| 07/14/98 | MC St.Jean | Document management, organization and filing; copy documents and review for possible imaging | 3.25 |
| 07/15/98 | JM Heyde | Forward invoices to P. Samson | .50 |
| 07/15/98 | TM McMahon | Office conference regarding budgets and task assignments | .50 |
| 07/15/98 | MC St.Jean | Refile documents and correspondence | .75 |
| 07/16/98 | JM Heyde | Review team manager web site; work on project management software options | .50 |
| 07/16/98 | KW Orr | File originals per C.St. Jean | 1.50 |
| 07/17/98 | JM Heyde | Prepare provider lists; initial test of MS Project; office conference | 2.25 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | with T. McMahon regarding budget providers and MS Project; revise and send provider list to P. Samson | |
| 07/17/98 | TM McMahon | Office conference with J. Heyde regarding budget and task matters; prepare pro forma spreadsheet; review project management software | 3.00 |
| 07/20/98 | PR Hanebutt | Review T. McMahon summary of work in progress; revise same | .25 |
| 07/20/98 | JM Heyde | Coordinate status report; review T. McMahon Fox River report and P. Hanebutt meeting agenda; install MS Project | 2.50 |
| 07/21/98 | TM McMahon | Review documents regarding tasks and budgets; revise task list | 1.00 |
| 07/21/98 | JA Schlickman | Work on tasks, priorities and case coordination | 1.50 |
| 07/21/98 | MC St.Jean | Refile contracts, correspondence, other documents | .75 |
| 07/22/98 | JM Heyde | Fox River Status Report; work on Fox budget; office conference with T. McMahon regarding budget; telephone conference with W. Dickett regarding Key Tronic and Fox River budget | 3.75 |
| 07/23/98 | TM McMahon | Review SOP 96-1 and office conference with M. Crough regarding budget categories; meeting with J. Heyde regarding budget; office conference with C. St. Jean regarding same; review Keytronics; prepare analysis | 2.50 |
| 07/23/98 | MC St.Jean | Document management: new files and organization; update index; confer with J. Heyde, T. McMahon re budget issues; refile correspondence | 1.75 |
| 07/24/98 | MC St.Jean | Refile originals | .75 |
| 07/27/98 | TM McMahon | Review FRG budget and financial reporting categories; continued work on pro forma spreadsheet | 1.00 |
| 07/27/98 | KW Orr | Refile originals and other docs, label files for C. St. Jean | 4.75 |
| 07/27/98 | MC St.Jean | Computer problems with DSI system; telephone call with Eric Martin in Connecticut regarding same; file organization; work on budget issues and numbers for T. McMahon | 1.25 |
| 07/28/98 | KW Orr | Refile originals and other docs, label files for C. St. Jean | 1.00 |
| 07/28/98 | MC St.Jean | Document management and filing; review spreadsheets from accounting for new budget purposes; office conference with T. McMahon, A. Schlickman re same | 2.50 |
| 07/29/98 | JM Heyde | Confer with D. Barrett regarding Godfrey Kahn access to document system | .25 |
| 07/29/98 | TM McMahon | Review legal and practical issues regarding task and budget structure; review Keytronics and cost recovery guidance | 2.50 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/29/98 | KW Orr | Refile originals and other docs, file organization for C. St. Jean | 4.00 |
| 07/29/98 | JA Schlickman | Work on 1998/1999 Budget proposal; calls with J. Heyde and P. Samson re: same | 1.50 |
| 07/29/98 | MC St.Jean | Refile correspondence; locate consultant address for attorney | .50 |
| 07/30/98 | JM Heyde | Office conference with JAS regarding 1998-99 budget | .75 |
| 07/30/98 | TM McMahon | Analysis of legal and accounting requirements for budget and task categories; office conference with J. Schlickman regarding same and regarding task and budget issues generally | 3.50 |
| 07/30/98 | JA Schlickman | Work on 1998/99 budget; meeting with J. Heyde re: same | 2.00 |
| 07/30/98 | MC St.Jean | Compile budget figures and review spreadsheets for A. Schlickman, T. McMahon; confer with same; refile correspondence | 2.50 |
| 07/31/98 | JM Heyde | Prepare Fox River budget | 2.50 |
| 07/31/98 | TM McMahon | Analysis of legal and technical tasks and budgets; prepare draft master spreadsheet; office conference with P. Samson and J. Schlickman | 5.50 |
| 07/31/98 | JA Schlickman | Work on 1998-99 Budget and cost estimates | 1.50 |
| 07/31/98 | MC St.Jean | Review monthly analysis; reorganize and label correspondence, file; relocate boxes to workroom; confer with J. Heyde re files | 3.50 |
| | | **Total Hours** | **87.25** |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | TM McMahon | Office conference regarding RMT work | .25 |
| 07/01/98 | JF Warchall | Review faxes and documents; Lawyers Committee conference call; respond to e-mails re: ARAR/RAO piece | 3.75 |
| 07/02/98 | JF Warchall | Meeting with J. Schlickman and team | 2.50 |
| 07/06/98 | TM McMahon | Review documents regarding alternative PCB cleanup technologies; review documents regarding EPA Children at Risk Conference | .75 |
| 07/07/98 | TM McMahon | Office conference with J. Warchall regarding Children at Risk Conference and prepare for Technical Committee call | 1.00 |
| 07/07/98 | JF Warchall | Review faxes and documents; Technical Committee call; phone call with T. McMahon; office conference with E. Westerfield re: children at risk conference; review P. Samson article and provide comments | 4.75 |
| 07/07/98 | EB Westerfield | Work with J. Warchall re: EPA conference on PCBs and Children; review conference materials; arrange registration | .50 |
| 07/08/98 | TM McMahon | Review documents regarding cost causation analysis | .25 |
| 07/08/98 | TM McMahon | Review status of 56/57 and permit application matters; review Children at Risk status report; review Health effects reports regarding GE and others; review technical committee status reports; office conference with J. Warchall | 1.00 |
| 07/08/98 | JF Warchall | Lawyers Committee call; review faxes and e-mails; phone call with N. Peterson, P. Hanebutt, P. Samson, R. Keenan; office conference with T. McMahon; conference call re: Governor Thompson's settlement proposal | 4.00 |
| 07/08/98 | EB Westerfield | Attend conference on PCBs and children; work with J. Warchall and T. McMahon re: same | 2.25 |
| 07/09/98 | TM McMahon | Review permit applications and office conference regarding signature requirements | .50 |
| 07/09/98 | JF Warchall | Review documents; conference call; office conference with T. McMahon; phone call with P. Samson, P. Servidea; finish Patterson MOU | 2.50 |
| 07/09/98 | EB Westerfield | Attend conference on PCBs and children; work on draft memo summarizing conference | 3.50 |
| 07/10/98 | TM McMahon | Review Children at Risk memo and EPA documents on health risk; prepare strategy for response | 2.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/10/98 | JF Warchall | Review faxes and e-mails; office conference with P. Hanebutt and T. McMahon; phone calls to seek PCB experts for conference; prepare for Tuesday call re: white papers; deal with HRS issue; phone call with P. Samson and P. Servidea | 4.00 |
| 07/10/98 | EB Westerfield | Work on draft memo summarizing PCB conference | .25 |
| 07/13/98 | TM McMahon | Review documents regarding new dredging options for Illinois River; research regarding MOU with Department of Agriculture; office conference with C. St. Jean | 1.00 |
| 07/13/98 | MC St.Jean | Confer with T. McMahon re imminent listing of Fox River on NPL; incorporate technical documents into system; update index to reflect same | 2.00 |
| 07/13/98 | JF Warchall | Review DNR RI/FS workplan | 1.25 |
| 07/14/98 | MC St.Jean | Review technical memorandums from consultants; incorporate new reports into system and review for imaging; review articles on listing of Fox River on the NPL; confer with T. McMahon re meeting on 7/16 | 2.75 |
| 07/14/98 | JF Warchall | Technical Committee call re: shadow RI/FS; review faxes and e-mails; office conference with P. Hanebutt and T. McMahon; phone calls to seek PCB experts for conference; phone call with P. Samson, P. Servidea, G. Bigham, D. McLaughlin, W. Brewer; draft memo re: Technical Committee call; review J. Giesy's PCB data Assessment Report | 10.00 |
| 07/15/98 | TM McMahon | Review document regarding Technical Committee | .25 |
| 07/15/98 | MC St.Jean | Track information on listing of Fox River on NPL, including Internet searches for same; review Federal Registers looking for proposal | .75 |
| 07/15/98 | JF Warchall | Lawyers' conference call; draft notes of call; conference call with RMT; revise Travers letter | 4.00 |
| 07/15/98 | JF Warchall | Phone call with D. McLaughlin; phone call with M. Moore; review TER's "Dick & Jane" SP explanation; phone calls trying to line up experts for meeting | 3.75 |
| 07/16/98 | JF Warchall | Lining up experts; e-mail to group; draft letter to M. Clark; telephone call with D. Hultgren; conference call after T. Thompson meeting; review faxes and mail | 6.75 |
| 07/17/98 | JF Warchall | Conference call re selection of experts; e-mail to group; telephone call with P. Servidea; office conference with T. McMahon; review emulsion loss report; office conference with B. Hanebutt; telephone call with M. Clark, B. Bil; draft letter to B.Bil; e-mail to group; | 8.25 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review docs and faxes | |
| 07/20/98 | MC St.Jean | Lexis searches, Internet searches looking for decision in District Court in North Carolina re cancer and secondary smoke for J. Warchall | .25 |
| 07/20/98 | JF Warchall | Office conference T. McMahon; e-mail to group; review faxes and mail; organize meeting | 7.50 |
| 07/21/98 | MC St.Jean | Research on cancer, EPA studies and North Carolina decision; telephone calls to court looking for copy of same and obtain costs for shipping; Lexis searches, Internet searches looking for information on Judge Osteen's memorandum opinion and order; incorporate technical documents into system; monitor Federal Register for NPL announcement | 1.25 |
| 07/21/98 | JF Warchall | Review docs and provide comments; prepare for Technical Committee meeting; conference call with RMT and P. Hanebutt | 3.25 |
| 07/22/98 | MC St.Jean | Obtain International Joint Commission's 9th Biennial Report from Internet; route to Fox River team | .50 |
| 07/22/98 | JF Warchall | Attend Technical Committee meeting; prepare speakers for PCB forum | 9.00 |
| 07/23/98 | MC St.Jean | Process invoice for payment of North Carolina case; confer with J. Warchall about court's jurisdiction; incorporate documents into index and file; review documents for imaging; copy; review Federal Register for NPL announcement of Fox River | 2.25 |
| 07/23/98 | JF Warchall | Telephone call M. Clark; draft letter to M. Clark; telephone call J. Whysner, L. Wilk; draft memo to FRG re J. Whysner contract; telephone call P. Servidea; office conference J. Schlickman; telephone call G. Bigham; telephone call D. Ludwig | 3.00 |
| 07/24/98 | JF Warchall | Review J. Whysner presentation; conference call with J. Whysner and Technical Committee.; telephone call P. Servidea; revise LTI and BBL Part A memos | 6.50 |
| 07/27/98 | KW Orr | File originals per C. St. Jean | .25 |
| 07/27/98 | MC St.Jean | Review technical documents, dredging and Hudson issues; begin review of Flue-Cured Tobacco case (North Carolina/EPA tobacco cancer case) for J. Warchall | 3.50 |
| 07/27/98 | JF Warchall | Revise BBL and LTI Part A docs; office conference J.Schlickman; draft cover letter; review e-mail and docs; several telephone calls with D.McLaughlin and R.Raghunathan; telephone call M.Brown; office conference J.Schlickman | 4.50 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/28/98 | MC St.Jean | Incorporate technical documents into system and update index; continue review of Flue-Cured Tobacco case/memorandum opinion for identifying EPA's problems with its Risk Assessment for J. Warchall | 3.75 |
| 07/28/98 | JF Warchall | Conference call with client re settlement discussions; telephone call D.McLaughlin; review e-mails and faxes | 2.25 |
| 07/29/98 | MC St.Jean | Complete review of North Carolina cancer memorandum opinion and begin preparation of memo to J. Warchall on deficiencies in EPA's scientific methods and risk assessment | 6.50 |
| 07/29/98 | JF Warchall | Review comments on 56/57 EA; office conference J.Schlickman; review e-mail and docs; e-mail to J.Heimbuch and T.Quill | 2.75 |
| 07/30/98 | MC St.Jean | Revisions to cancer study memo to J. Warchall; finalize same | 1.00 |
| 07/31/98 | JF Warchall | Conference call re settlement; telephone call G.Bigham re modeling estimate; review e-mail and faxes | 4.00 |
| | | **Total Hours** | **136.50** |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | WG Dickett | Review documents regarding CERCLA reform issues | .75 |
| 07/02/98 | WG Dickett | Analysis of new CERCLA reform bill; review various CERCLA reform bills | 2.00 |
| 07/06/98 | WG Dickett | Office conference with E. Westerfield regarding CERCLA reform issues; review documents regarding same | 2.00 |
| 07/06/98 | TM McMahon | Review documents regarding NRD coalition | .50 |
| 07/06/98 | TM McMahon | Review status reports; telephone conference with Harrington regarding status of legislation and lobbying | 1.00 |
| 07/06/98 | EB Westerfield | Work with W. Dickett re: preparing comparison of Lott bill and other recycler bills; review bills | 1.25 |
| 07/07/98 | WG Dickett | Review various CERCLA reform bills; review analysis regarding same; telephone conferences with E. Westerfield regarding same | 2.00 |
| 07/07/98 | TM McMahon | Office conference with P. Samson regarding problems mobilizing paper brokers; office conference with P. Hanebutt regarding information from Kalamazoo; review report on ISRI issues; review report on Lott Bill | 1.50 |
| 07/07/98 | EB Westerfield | Review Lott bill and other recyclable materials exemption legislation to prepare comparison of same; work on memo to W. Dickett re: same; work with W. Dickett re: same; revise memo | 3.50 |
| 07/08/98 | WG Dickett | Analysis of CERCLA reform issues; review bills regarding same | 1.50 |
| 07/08/98 | TM McMahon | Review status ISRI initiative; review Lott Bill issues and relation to RCRA Bill regarding recycling | 1.25 |
| 07/09/98 | WG Dickett | Review and analysis of CERCLA reform bills; review documents regarding same | 1.50 |
| 07/10/98 | WG Dickett | Review summaries of various CERCLA reform bills; analysis regarding same; review documents regarding same | 1.25 |
| 07/10/98 | EB Westerfield | Review HR 3000 for differences with Lott bill | .25 |
| 07/13/98 | WG Dickett | Review documents regarding legislation issues | 1.00 |
| 07/14/98 | WG Dickett | Review various CERCLA reform documents | .75 |
| 07/14/98 | TM McMahon | Review legislative status and reports | 1.00 |
| 07/15/98 | WG Dickett | Work on CERCLA reform issues; review documents regarding same | .75 |
| 07/16/98 | WG Dickett | Analysis of CERCLA reform issues | .75 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/17/98 | WG Dickett | Review document regarding CERCLA reform | .75 |
| 07/20/98 | WG Dickett | Review documents regarding CERCLA reform issues | .50 |
| 07/20/98 | TM McMahon | Review reports on pending legislation | .50 |
| 07/21/98 | WG Dickett | Review documents regarding Lott bill; review CERCLA reform documents | 1.00 |
| 07/21/98 | TM McMahon | Review legislative reports regarding Lott Bill; review Jaakko Poyry report regarding paper recyclers and their legislative districts; office conference with J. Schlickman, P. Hanebutt regarding same | 2.00 |
| 07/21/98 | JA Schlickman | Call with P. Servidea re: status of ISRI issues | .25 |
| 07/22/98 | WG Dickett | Review CERCLA reform documents; review documents regarding Lott bill | 1.00 |
| 07/22/98 | TM McMahon | Office conference with W. Dickett regarding Lott Bill; review E. Westerfield memo; analyze Lott and other bills; draft memo | 5.00 |
| 07/23/98 | WG Dickett | Office conference with T. McMahon and E. Westerfield regarding Lott bill; review summary regarding same | 2.75 |
| 07/23/98 | TM McMahon | Meeting with W. Dickett and E. Westerfield to discuss changes made to recyclable materials exemption by Lott bill; analysis of Lott and other bills in context of eventual need to make a sale of a useful product defense | 2.50 |
| 07/23/98 | EB Westerfield | Work with W. Dickett and T. McMahon re: Lott Bill, implications | 1.00 |
| 07/24/98 | WG Dickett | Review articles regarding Lott bill; analysis re: same | .50 |
| 07/30/98 | TM McMahon | Review legislative reports and additional analysis | 1.00 |
| | | **Total Hours** | **43.25** |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | PR Hanebutt | Review e-mail comments on draft affidavits | .50 |
| 07/01/98 | TM McMahon | Prepare for and participate in Lawyer's Committee call; telephone conference with P. Samson regarding FRG issues, including Public Affairs problems; review media reports; review 56/57 permit application problems; review Chrysler case; review Patterson Report options regarding LTI and BBL | 3.50 |
| 07/01/98 | JA Schlickman | Prepare for and participate in Lawyers Committee call; follow-up to call; calls with D. Mandelbaum and J. Hanson; call with P. Samson re: FRG issues | 5.00 |
| 07/01/98 | JA Schlickman | Calls with B. Mieliulis and P. Hanebutt re: affidavits; work on Public Affairs issues; review Fleishman materials; Implementation Group follow-up | 2.25 |
| 07/02/98 | TM McMahon | Review status Sediment Coalition efforts; analysis of LTI proposal regarding Patterson Report; office conference with J. Schlickman, J. Warchall regarding same | 2.00 |
| 07/02/98 | JA Schlickman | FRG conference calls; work on Patterson report - FRG issues; review faxes and correspondence; calls with J. Hanson/D. Mandelbaum | 3.50 |
| 07/06/98 | TM McMahon | Review memos and documents regarding public affairs dispute with Fort James; Patterson Report; NPL listing; US Paper & Riverside Paper; review documents regarding governmental statements regarding suits vs municipalities; Bruce Johnson mediation efforts; Wisconsin settlement efforts | 5.00 |
| 07/07/98 | PR Hanebutt | Confer with Tom McMahon regarding status of to do items; pass along to Tom McMahon and Jim Warchall suggested language for Patterson moratorium; compose e-mail to McMahon and Warchall while in Appleton regarding timing of affidavits; compose e-mail to P. Samson et al regarding leads on NCR personnel knowledgeable regarding government contracts; review P. Servidea e-mail regarding FRG PR response to Patterson report and NPL listing; review documents from the data base regarding government contracts | 2.50 |
| 07/07/98 | TM McMahon | Review reports on municipal issues regarding passage of joint governmental resolution opposing Superfund and telephone conference with P. Samson; review P. Samson draft report on "How PCBs Came to be Regulated"; office conference with J. Warchall and telephone conference with P. Samson regarding same; office conference with J. Warchall regarding Technical | 3.50 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Committee report on LTI proposal regarding Patterson report; review and office conference with W. Dickett and J. Warchall regarding Congressional response to 106 Order MOU | |
| 07/08/98 | TM McMahon | Review Steering Committee reports; review media reports; review reports regarding status of settlement discussions with Governor; review reports regarding other PRPs; review WDNR objections to FRG consultants; review media reports regarding Municipalities; review Hirsch letter regarding EA; conference call with FRG regarding Earl conversation with Governor Thompson and office conference with J. Warchall and telephone conference with P. Samson regarding same | 4.00 |
| 07/09/98 | TM McMahon | Review media reports; follow-up Lawyers Committee matters; analysis of settlement options regarding Governor's meeting | 3.00 |
| 07/10/98 | WG Dickett | Review news articles regarding site; correspondence to FRG; review correspondence and documents regarding NPL listing issue; review various FRG documents | 1.50 |
| 07/10/98 | TM McMahon | Review NPL listing documents and letters; telephone conference with P. Samson and office conference with J. Warchall regarding same | 1.50 |
| 07/13/98 | WG Dickett | Review articles, correspondence and documents regarding NPL listing; review documents regarding pilot projects | .75 |
| 07/13/98 | TM McMahon | Prepare for and Lawyers conference call regarding meeting with Governor; follow-up with P. Karch, P. Samson, N. Peterson, P. Servidea; review Mandelbaum draft talking points; prepare for and participate in Principal's conference call regarding meeting with Governor; office conference with D. Buente and A. Macbeth regarding lessons from Housatonic and Hudson; review and comment on Mandelbaum proposal regarding LTI work on draft Patterson Report and office conference with J. Warchall; review documents and office conference with A. Macbeth regarding EPA health effects forum; review documents regarding WDNR selection of landfill for demonstration projects | 6.00 |
| 07/14/98 | WG Dickett | Review various FRG documents | 1.00 |
| 07/14/98 | PR Hanebutt | Review revised Sullivan & McIntosh affidavits; draft Wikoff affidavit | .75 |
| 07/14/98 | TM McMahon | Review memo from Welch of Fox Cities Chamber of Commerce; review media reports; review documents regarding preparation for meeting with Governor; review documents regarding FRG response to Patterson Report and telephone conference with P. Samson and P. Karch regarding same; review BBL and LTI draft work product; | 5.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | review documents regarding Bruce Johnson initiative; prepare for Lawyer's Committee call | |
| 07/14/98 | MC St.Jean | Locate FRG contracts, consultant contracts with group for J. Warchall, T. McMahon | .25 |
| 07/15/98 | WG Dickett | Work on FRG issues; review various news articles, documents and correspondence regarding NPL listing issue | 1.50 |
| 07/15/98 | TM McMahon | Review BBL Part A memo; telephone conference with P. Samson; B. Mieliulis regarding response to Patterson, Parts A and B; prepare for and participate in Lawyers committee call; review media materials; telephone conference with P. Servidea regarding Bruce Johnson; review Governor talking points; office conference with J. Warchall regarding Patterson Report timing issues | 5.50 |
| 07/15/98 | MC St.Jean | Review files, locate Patterson load estimates on mills from 1993 for T. McMahon in preparation for 7/16/98 settlement meeting | .50 |
| 07/16/98 | WG Dickett | Review of various FRG documents and correspondence; review news articles and documents regarding site | 1.00 |
| 07/16/98 | TM McMahon | Review documents regarding meeting with Governor; review documents regarding Part B of response to Patterson; telephone conference with P. Samson, J. Warchall; review documents regarding health effects forum; review media documents; prepare summary of recent developments; review de maximis summary regarding 56/57 | 3.75 |
| 07/17/98 | WG Dickett | Review various FRG correspondence; review documents regarding NPL listing issues | 1.00 |
| 07/17/98 | TM McMahon | Telephone conference with N. Peterson and P. Samson regarding settlement threshold criteria for Governor; conference call with J. Hoak, B. Mieliulis, P. Servidea and others regarding same; review revised drafts; review FRG efforts regarding Patterson Report and prepare revised MOU regarding Part B work and telephone conference P. Samson, B. Mieliulis regarding same; review documents and office conference with J. Warchall regarding health effects forum | 5.00 |
| 07/18/98 | PR Hanebutt | Review revised memorandum of understanding regarding Patterson | .25 |
| 07/20/98 | WG Dickett | Review various FRG correspondence; review NPL listing documents; review settlement documents | 1.00 |
| 07/20/98 | TM McMahon | Review documents and telephone conference with FRG regarding Governor's meeting and settlement proposal; review preparation for RIFS public meeting; review preparation for health effects forum; review media materials; review documents regarding FRG response | 5.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | to Patterson Report | |
| 07/20/98 | JA Schlickman | Review FRG e-mails and correspondence re: Governor's meeting, FRG Committee work and modeling/Patterson issues; call with T. McMahon re: same | 2.00 |
| 07/21/98 | WG Dickett | Review various documents, correspondence and news articles regarding FRG issues and settlement issues | 1.00 |
| 07/21/98 | TM McMahon | Review LTI draft part A response to draft Patterson Report; comments to J. Warchall; office conference with J. Schlickman regarding same | 1.50 |
| 07/21/98 | JA Schlickman | Prepare for Milwaukee FRG meetings; review and analyze materials re: pending FRG issues; calls with P. Samson and D. Hultgren | 6.00 |
| 07/22/98 | WG Dickett | Review various FRG correspondence and documents; review documents regarding settlement issues | 1.00 |
| 07/22/98 | PR Hanebutt | Confer with J.A. Schlickman regarding FRG reaction to NCR/API declarations | .25 |
| 07/22/98 | TM McMahon | Review FRG comments on Deposit N EA; review Wikoff declaration; telephone conference with J. Schlickman regarding Lawyer's Committee meeting and prepare for Governor's meeting | 1.00 |
| 07/22/98 | JA Schlickman | Prepare for and attend FRG meetings in Milwaukee; review and summarize notes; review handouts and Steering Committee documents | 10.00 |
| 07/23/98 | WG Dickett | Review various documents regarding FRG issues; review documents regarding settlement issues | 1.25 |
| 07/23/98 | TM McMahon | Office conference with J. Schlickman regarding FRG meetings and settlement negotiations; review media reports | 2.00 |
| 07/23/98 | JA Schlickman | Prepare for and attend FRG meetings in Milwaukee; review documents and handouts; conference cal re: Governor/FRG/Sovereigns meeting; follow-up calls re: same | 11.00 |
| 07/24/98 | WG Dickett | Review articles and documents regarding NPL listing issues; review FRG documents | 1.00 |
| 07/24/98 | TM McMahon | Review documents regarding meeting with Governor and sovereigns; conference call and follow up with J. Schlickman | 3.75 |
| 07/24/98 | JA Schlickman | Prepare for and participate in conference call about settlement discussion at sovereigns' meeting with Governor | 2.00 |
| 07/24/98 | JA Schlickman | Followup to FRG meetings; review notes and handouts; outline Steering Committee issues and tasks; consider issues surrounding | 3.00 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Governor's meeting | |
| 07/27/98 | WG Dickett | Review FRG documents; review documents regarding Governor meeting and settlement issues | 1.00 |
| 07/27/98 | TM McMahon | Review draft response to sovereigns' proposal; office conference with J. Schlickman | 1.25 |
| 07/27/98 | JA Schlickman | Work on revisions/approach to response to Sovereigns' proposal; work on letter to Governor confirming offer; memo to Steering Committee re: same | 3.00 |
| 07/27/98 | JA Schlickman | Revise modeling SMU; calls with FRG about sovereigns proposal; review FRG correspondence; preparations for PCB forum | 3.50 |
| 07/27/98 | MC St.Jean | Review public affairs articles and e-mail status from A. Schlickman; review settlement correspondence, e-mails from same | .75 |
| 07/28/98 | WG Dickett | Review various documents re: settlement issues; revise FRG correspondence | 1.00 |
| 07/28/98 | TM McMahon | Office conference with J. Schlickman, J. Warchall regarding FRG response to Government's proposal; draft response | 3.00 |
| 07/28/98 | JA Schlickman | Revise cover letter to Governor and formulation of Sovereigns' offer; finalize modeling SMU; prepare for lawyers calls; review PCB Health Forum Report | 4.00 |
| 07/28/98 | JA Schlickman | Review FRG correspondence and e-mails re: penalty issues; calls with FRG members about Governor's letter and PCB forum | 1.00 |
| 07/28/98 | MC St.Jean | Monitor Federal Register for proposed Fox River NPL listing and review, print and route to Fox River team; confer with T. McMahon re same | .75 |
| 07/28/98 | EB Westerfield | Review group correspondence re: negotiations, NPL listing; review Fleishman-Hilliard materials | .25 |
| 07/29/98 | TM McMahon | Lawyers Committee call and follow up with P. Samson and J. Schlickman regarding settlement options; review media reports | 3.75 |
| 07/29/98 | JA Schlickman | Prepare for and participate in Lawyers Committee call; followup to call; calls with P. Samson and B. Mieliulis | 4.00 |
| 07/29/98 | MC St.Jean | Review Fox River proposal to the NPL | .75 |
| 07/30/98 | TM McMahon | Review NPL listing proposal in Federal Register; review documents regarding recent EPA report on River Hudson; review proposal for coalition; review documents regarding health effects forum; review documents regarding FRG expenses; review draft Fox River Times; review media reports | 4.50 |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/30/98 | JA Schlickman | Work on FRG/Steering Committee/Lawyers Committee issues; review final letter to governor; review mills e-mail re; affidavits; updates on modeling meeting | 2.50 |
| 07/31/98 | TM McMahon | Review response from sovereigns and conference call regarding same; office conference with J. Schlickman and telephone conference with P. Samson; telephone conference with P. Samson regarding leak to Inside EPA | 4.50 |
| 07/31/98 | JA Schlickman | Review Sovereigns' proposal re: settlement; review Quarles analysis of same; consider alternative approaches; outline proposal for interim settlement; confirm with T. McMahon re: same | 2.50 |
| 07/31/98 | JA Schlickman | Conference call of FRG to discuss responses/options for sovereigns' settlement proposals | 1.25 |
| | | **Total Hours** | **166.00** |

Invoice Number: 9835870
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/01/98 | JA Schlickman | Consider strategy given status of 56/57 work | .50 |
| 07/02/98 | JA Schlickman | Meeting of team to review strategy; consider strategic issues and direction | 1.50 |
| 07/09/98 | TM McMahon | Conference call with J. Hoak, L. Nyquist, P. Samson, P. Servidea regarding Governor Thompson; analysis of options | 2.00 |
| 07/10/98 | PR Hanebutt | Office conference with T. McMahon regarding case status generally and new developments | 1.00 |
| 07/13/98 | TM McMahon | Review strategy options regarding Governor's meeting with P. Karch, P. Servidea, P. Samson | .50 |
| 07/17/98 | TM McMahon | Telephone conference and memos regarding decision analysis consultant | 1.00 |
| 07/21/98 | JA Schlickman | Consider strategy for Governor's meeting with Sovereigns and interim allocation issues; work on options | 1.00 |
| 07/24/98 | JA Schlickman | Consider strategy for settlement issues and responding to sovereign's proposal; meeting with T. McMahon re: same; call with P. Samson re: same | .75 |
| 07/27/98 | TM McMahon | Review strategy options regarding settlement | 1.00 |
| 07/27/98 | JA Schlickman | Calls with P. Samson, P. Servidea re: approach to responding to Sovereigns' proposal; consider pros/cons and issues | 1.50 |
| 07/28/98 | TM McMahon | Prepare for and conference call with J. Hoak, P. Karch, McIntosh, P. Servidea, L. Nyquist, P. Samson, B. Mieliulis; follow up with J. Schlickman, J. Warchall | 3.00 |
| 07/28/98 | JA Schlickman | Conference call API and NCR to review Governor's meeting and plan response to Sovereigns' proposal; followup calls and memo | 1.50 |
| 07/29/98 | JA Schlickman | Consider D. Mandelbaum proposal re: NRD settlement; consider other options for counter-proposal to Sovereigns; outline interim approach | 1.50 |
| 07/30/98 | JA Schlickman | Consider alternative counters to sovereigns' proposal | 1.00 |
| 07/31/98 | TM McMahon | Telephone conference with P. Samson regarding reassessment of strategy options; analysis and prepare additional options | 2.50 |
| 07/31/98 | JA Schlickman | Consider (1) posible responses to Sovereigns' proposal that are consistent with API/NCR strategy and (2) how to handle Patterson report issues | 1.25 |
| | | **Total Hours** | **21.50** |

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FOUNDED 1866

FEDERAL ID 36-2158694

September 10, 1998

Paul M. Samson, Esq.
Appleton Papers Inc./NCR Corp.--Fox River Joint
ECD-2
101 West Schantz Avenue
Dayton, Ohio 45479

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 9835870
Client Number 14896

---

REMITTANCE PAGE
For Professional Services Rendered

Remit To:

SIDLEY & AUSTIN
One First National Plaza
Chicago, Illinois 60603
Federal ID 36-2158694

**Total Due This Bill** **$195,077.20**

Please Return This Page With Your Remittance

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013