# EXHIBIT 21

8|98

**Redacted**

# SIDLEY & AUSTIN

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS


DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(312)853-7404

WRITER'S E-MAIL ADDRESS
jschlick@sidley.com


September 30, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

Re: Fox River/API/NCR Joint Defense Statement for August, 1998

Dear Paul and Paul:

Enclosed is our statement for professional services rendered in August for services relating to the Fox River matter. The total bill, after applying the API/NCR discount and with expenses, is $176,527.61. The remittance form is being sent to Paul in Dayton. Also included, at your request, is a chart of attorney time detailing the amount of hours charged under each category set forth in the bill. Please feel free to call us if you have any questions.

Very truly yours,

J. Andrew Schlickman

JAS:csj
Enclosure

::ODMA\PCDOCS\CHICAGO4\708648\1

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(312)853-7404

WRITER'S E-MAIL ADDRESS
jschlick@sidley.com

September 30, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

Re: Fox River/API/NCR Joint Defense Statement for August, 1998

Dear Paul and Paul:

Enclosed is our statement for professional services rendered in August for services relating to the Fox River matter. The total bill, after applying the API/NCR discount and with expenses, is $176,527.61. The remittance form is being sent to Paul in Dayton. Also included, at your request, is a chart of attorney time detailing the amount of hours charged under each category set forth in the bill. Please feel free to call us if you have any questions.

Very truly yours,

J. Andrew Schlickman

JAS:csj
Enclosure

::ODMA\PCDOCS\CHICAGO4\708648\1

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FEDERAL ID 36-2158694

September 30, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Avenue
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 9839893
Client Number 14896

---

For professional services rendered on account for August 1998, in connection with matters relating to potential liability for PCB-contaminated sediments in the Fox River, Wisconsin and related potential liabilities, as follows:

<u>Factual Investigation</u>

Continued work on allocation and factual investigation, including work on fact book; continued review and analysis of Patterson report; preparation for and oversee Factual Investigation Status Meetings in Chicago; prepare post-meeting action items; searches on database for documents for consultant use; prepare for and interview Norm Schabel; draft Marohn affidavit; review affidavits on Combined Locks broke issue; review data in EPA's Sediment Survey; assist Godfrey & Kahn in 104(e) response and Harrington inquiries; prepare RMT for meeting with Dale Patterson, including developing strategy for meeting, reviewing RMT documents, reviewing client comments to report, reviewing post-consumer furnish information, and travel to and meeting in Madison with RMT for final preparation; conference calls with API, RMT; work on Patterson followup issues; and telephone calls with Jaakko Poyry, RMT, M. Katz, API and NCR.

| Title | Hours |
|---|---|
| Partner | 168.75 |
| Associate | 68.00 |
| Legal Assistant | 64.25 |

$76,771.25

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

Continued work on Joint Defense and Representation and Arbitration Agreements; research on: joint defense privilege under New York and Wisconsin law, claims against API/NCR by riparian landowners, Housatonic and Hudson settlements; review Monsanto case; review Godfrey & Kahn engagement letters; continued review of SEC statements for Mill Group members' disclosures; and telephone calls with P. Karch and B. Russell.

| Title | Hours |
| --- | --- |
| Partner | 29.50 |
| Associate | 35.25 |
| Legal Assistant | 9.75 |

$16,348.75

Case Administration

Continued work on 1998/1999 case budget, including issues related to cost recovery and insurance; review and revise tasks, projects, and priorities; review current press articles; monitor consultant invoices; work on bugs in DSI system; installation of computer software; discussions with P. Samson concerning software; ongoing file organization; meet with API and NCR; and telephone calls with DSI and NCR.

| Title | Hours |
| --- | --- |
| Partner | 24.00 |
| Associate | 17.75 |
| Legal Assistant | 20.25 |

$14,561.25

Technical

Meet with Exponent; draft outline for expert article; review RETEC's ARAR document; prepare comments on Remedial Action Objective memorandum; monitor other sites' status; review Hazard Ranking Scoring for Fox; draft NPL listing comments; review revised settlement charts and terms; review BBL's revisions to RI/FS workplan; monitor technical documents and memoranda; and telephone calls with BBL, Exponent and de maximis.

| Title | Hours |
|---|---|
| Partner | 44.50 |
| Associate | 1.25 |
| Legal Assistant | 11.25 |

$16,007.50

Recyclable Materials Legislation

Continued analysis of CERCLA and NRD reform issues and impact of recyclable material exemption on case; review status of Lott bill; discussions and review of Levin bill; continued work on ISRI issues; and telephone call with P. Servidea.

| Title | Hours |
|---|---|
| Partner | 7.00 |
| Legal Assistant | .75 |

$2,228.75

FRG Work

Continued work on settlement options including consideration of Mandlebaum white paper, Governor's settlement initiative and analysis of Fish and Wildlife letter to Corps; review public affairs issues and media coverage; work on Public Relations Task Force issues; review reports on Matthews/Spooner meeting; work on Sierra Club funding issue; revise Appleton affidavits to be provided to the FRG; work on technical issues relating to FRG; review LTI and BBL response to Patterson Report; review BFI withdrawal of landfill disposal bid; preparation for and attend FRG Lawyer's Committee meeting; preparation for and attend Steering Committee meeting; preparation for and participate in numerous FRG and Lawyer's Committee conference calls; and telephone calls with outside counsel, de maximis, API and NCR.

| Title | Hours |
|---|---|
| Partner | 132.00 |
| Associate | 1.25 |
| Legal Assistant | 2.75 |

$44,693.75

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

Continued work on settlement options including consideration of Mandlebaum white paper, Governor's settlement initiative and analysis of Fish and Wildlife letter to Corps; review public affairs issues and media coverage; work on Public Relations Task Force issues; review reports on Matthews/Spooner meeting; work on Sierra Club funding issue; revise Appleton affidavits to be provided to the FRG; work on technical issues relating to FRG; review LTI and BBL response to Patterson Report; review BFI withdrawal of landfill disposal bid; preparation for and attend FRG Lawyer's Committee meeting; preparation for and attend Steering Committee meeting; preparation for and participate in numerous FRG and Lawyer's Committee conference calls; and telephone calls with outside counsel, de maximis, API and NCR.

| Title | Hours |
|---|---|
| Partner | 32.75 |
| Legal Assistant | 3.75 |

$12,130.00

Legal Allocation

Review recent case law; and review allocation analysis options under cost causation theories.

| Title | Hours |
|---|---|
| Partner | 2.00 |

$740.00

Legislative General

Review status of general CERCLA reform; and review House Appropriations dredging prohibitions in proposed legislation.

| Title | Hours |
|---|---|
| Partner | 2.00 |

$740.00

Total Fees For All Matters $184,221.25

| | | |
|---|---|---|
| Less Courtesy Discount | | -18,422.13 |
| Adjusted Fees | | $165,799.12 |
| **Expenses:** | | |
| Document Services | $6,356.06 | |
| Telephone Tolls | 1,193.75 | |
| Travel/Lodging | 3,178.68 | |
| Total Expenses | | 10,728.49 |
| **Total Due This Bill** | | **$176,527.61** |

August 1998

# Analysis of Sidley & Austin Invoices

| Name | Factual | Legal General | Case Admin | Technical | Recyclable Legislation | Strategy | FRG | Legislative General | Legal Allocation | Total | Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Connaughton | | | | 1.75 | | | | | | 1.75 | 0.26% |
| Crough | | | | | | 0.50 | | | | 0.50 | 0.07% |
| Dickett | | 2.75 | | 2.50 | 3.75 | | 12.00 | | | 21.00 | 3.09% |
| Flood | | | | | | 0.50 | | | | 0.50 | 0.07% |
| Hanebutt | 61.50 | | 0.50 | 2.00 | 0.25 | | 9.25 | | | 73.50 | 10.83% |
| Heyde | 18.50 | 0.50 | 16.25 | 1.25 | | | 1.25 | | | 37.75 | 5.56% |
| McMahon | 25.75 | 4.75 | 19.00 | 6.25 | 2.50 | 23.50 | 49.00 | 2.00 | 2.00 | 134.75 | 19.85% |
| Orr | 1.50 | | 2.75 | | | | | | | 4.25 | 0.63% |
| Pacifici | | | | | 0.75 | | | | | 0.75 | 0.11% |
| Radovich | | 31.25 | | | | | | | | 31.25 | 4.60% |
| Schlickman | 77.25 | 22.00 | 4.50 | 0.75 | 0.50 | 8.25 | 61.75 | | | 175.00 | 25.78% |
| Schuster | 1.25 | 0.75 | | | | | | | | 2.00 | 0.29% |
| St. Jean | 61.50 | 9.00 | 17.50 | 11.25 | | 3.75 | 2.75 | | | 105.75 | 15.58% |
| Warchall | 4.25 | | | 31.25 | | | | | | 35.50 | 5.23% |
| Westerfield | 49.50 | 3.50 | 1.50 | | | | | | | 54.50 | 8.03% |
| | | | | | | | | | | | |
| Total | 301.00 | 74.50 | 62.00 | 57.00 | 7.75 | 36.50 | 136.00 | 2.00 | 2.00 | 678.75 | |
| | | | | | | | | | | | |
| Percentage | 44% | 11% | 9% | 8% | 1% | 5% | 20% | 0.3% | 0.3% | 100% | 100% |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/01/98 | PR Hanebutt | Reviewed revised joint defense agreement | .50 |
| 08/01/98 | PR Hanebutt | Review Jaakko Poyry and RMT invoices; draft letters to P. Samson enclosing same | .50 |
| 08/01/98 | PR Hanebutt | Review fact book entries | 1.00 |
| 08/02/98 | JA Schlickman | Prepare for review meeting; analyze allocation issues | 2.00 |
| 08/03/98 | PR Hanebutt | Confer with P. Knopp regarding revised emulsion loss calculations; review M. Cesar's comments on Patterson report; prepare for meeting on 8/4 and 8/5; review prior 104(e) responses of the mills; prepare for meeting (e.g. conversations with RMT); re-review Patterson report | 8.00 |
| 08/03/98 | PR Hanebutt | Review A. Harrington's proposed letter to DOI confirming extension of time to answer 104(e)s; discuss same | .50 |
| 08/03/98 | JM Heyde | Pull Portage production records; review Kalamazoo River docket documents | 3.75 |
| 08/03/98 | TM McMahon | Review NCR/API options regarding Patterson Report; review preparation for August 4 and 5 meetings | 2.00 |
| 08/03/98 | JA Schlickman | Prepare for Fact Investigation status meeting; review TRC reports; review fact/interview memos; meeting with P. Hanebutt to review Agenda | 4.00 |
| 08/03/98 | MC St.Jean | Locate material balance for ACPC; locate production data reports for Portage plant; telephone call P. Hanebutt re Glatfelter Exhibit B; telephone call with DSI re accessing system; prepare binders and other tasks in preparation for meetings on 8/4 and 8/5/98 with client and consultants | 8.75 |
| 08/03/98 | EB Westerfield | Work on reviewing arranger case law and preparing slides for fact summit meeting; work with P. Hanebutt re: same | 2.50 |
| 08/04/98 | PR Hanebutt | Prepare for and attend status meeting | 10.50 |
| 08/04/98 | JM Heyde | Draft memo regarding initial review of Kalamazoo documents; generate fact book materials for P. Hanebutt; enter documents in fact book | 2.00 |
| 08/04/98 | TM McMahon | Review documents from RMT regarding allocation | 1.75 |
| 08/04/98 | JA Schlickman | Prepare for and attend status meeting on fact investigation at Sidley & Austin; meetings with P. Samson, P. Karch, and others | 10.00 |
| 08/04/98 | MC St.Jean | Preparation for meeting on 8/4, 8/5; confer with P. Hanebutt, A. Schlickman; telephone call with E. Westerfield re arranger liability | 4.50 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | tab and insert for binder to be distributed; searches on DSI system looking for Glatfelter Exhibit B, other documents related to effluent data and print; other tasks related to meeting; confer with J. Heyde | |
| 08/04/98 | EB Westerfield | Prepare for and participate in fact summit meeting | 8.00 |
| 08/05/98 | PR Hanebutt | Prepare for and attend status meeting | 7.00 |
| 08/05/98 | JM Heyde | Prepare for PRP search presentation of fact meeting; present PRP search issue at fact meeting | 2.50 |
| 08/05/98 | TM McMahon | Review documents and office conference with J. Schlickman regarding fact meeting results | 1.75 |
| 08/05/98 | JA Schlickman | Prepare for and attend day 2 of status meeting on factual investigation; outline follow-up tasks | 4.00 |
| 08/05/98 | MC St.Jean | Database searches re production reports, Robert Shade testimony, DNR information and review, copy for consultants; locate prior hit lists of searches for M. Cesar; obtain overhead projector for meeting; post-meeting tasks and wrapup | 5.00 |
| 08/05/98 | JF Warchall | Prepare for meeting; attend fact meeting | 4.25 |
| 08/05/98 | EB Westerfield | Prepare for and participate in fact summit meeting | 6.00 |
| 08/06/98 | PR Hanebutt | Prepare outline of questions to cover with Norm Schnabel at interview; participate in a portion of same | 1.25 |
| 08/06/98 | PR Hanebutt | Develop list of action items following status meetings; develop action plan for meeting with Patterson; meeting with J.A. Schlickman to discuss same | 3.75 |
| 08/06/98 | PR Hanebutt | Draft Marohn affidavit regarding government use of NCR paper for provision to the FRG | .75 |
| 08/06/98 | JM Heyde | Work on response to A. Harrington memos | 1.00 |
| 08/06/98 | TM McMahon | Office conference with J. Schlickman, P. Hanebutt regarding status of response to Patterson; review RMT drafts | 2.00 |
| 08/06/98 | JA Schlickman | Review notes of status meeting and develop follow-up/action item list; prepare strategy for Patterson meeting; meeting with P. Hanebutt re: same | 3.00 |
| 08/06/98 | JA Schlickman | Outline issues and supporting data for Patterson presentation | 1.50 |
| 08/06/98 | MC St.Jean | Locate Contaminated Sediment Strategy for P. Hanebutt; review files and Appleton 104(e) from 1997 for same; locate TRC report on Appleton POTW; review RMT report re emulsion loss; review PCB report on microfiche; other related tasks to factual investigation | 2.25 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/06/98 | EB Westerfield | Prepare for and participate in interview with Norm Schnabel, broker | 4.00 |
| 08/07/98 | PR Hanebutt | Letter to P. Servidea enclosing Valley report; confer with T. McMahon regarding same; letter to RMT enclosing emulsion documents and AIG's POTW analysis; various e-mails to M. Cesar and RMT regarding work that needs to be done to prepare for Patterson; confer with J.A. Schlickman regarding same; revise memo summarizing action items arising out of status meeting | 5.00 |
| 08/07/98 | TM McMahon | Review RMT and other documents regarding response to Patterson | 2.00 |
| 08/07/98 | JA Schlickman | Revise P. Hanebutt's action list; review JAS notes and RMT materials' review TRC report; prepare for meeting with Patterson | 4.00 |
| 08/07/98 | L Schuster | Perform Dialog search and locate article for C St. Jean | 1.25 |
| 08/07/98 | MC St.Jean | Review Kalamazoo report; review in-house index for PCB article and request search on Zambrano & Walter article; telephone calls with library regarding approach to search; locate National Sediment Survey and begin review of 96 sites for P. Hanebutt; confer with same about Jaakko Poyry research; confer with T. McMahon re same | 2.00 |
| 08/07/98 | EB Westerfield | Review exhibits to PHR report on Kalamazoo; review API materials on public relations; review RMT memos on factual investigation; work with P. Hanebutt re: fact meeting, responding to Patterson; review emails from P. Hanebutt re: same | 1.50 |
| 08/10/98 | TM McMahon | Review Jaakko Poyry comments and other documents on Patterson Report | .50 |
| 08/10/98 | KW Orr | Print PCB report from microfiche for C. St. Jean, go to EPA library to pick up document re:same | 1.50 |
| 08/10/98 | JA Schlickman | Prepare for RMT's meeting with Dale Patterson; calls with E. Westerfield re: draft comments; review D. Patterson report and compare to TRC reports | 4.00 |
| 08/10/98 | MC St.Jean | Confer with J. Heyde re Glatfelter's Exhibit B; review PCB report from EPA on PCB levels in the environment; review Zambrano/Walter article re wastepaper; database searches on Riverside and broke issues in preparation for Patterson meeting; searches re Glatfelter's knowledge of PCBs | 4.75 |
| 08/10/98 | EB Westerfield | Review Versar report for information regarding post-consumer contribution; review P. Hanebutt emails re: fact investigation; draft summary of Schnabel interview; work with J.A. Schlickman re: response to Patterson and preparations for Patterson meeting; review Patterson report and RMT memos; work on calculating | 5.75 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | post-consumer contributions | |
| 08/11/98 | JM Heyde | Work on Harrington questions | 2.00 |
| 08/11/98 | TM McMahon | Review Patterson report documents | 2.00 |
| 08/11/98 | JA Schlickman | Prepare for meetings with RMT to prepare for D. Patterson meeting; revise draft comments; calls with E. Westerfield re: same; review Fact/Allocation files | 4.00 |
| 08/11/98 | MC St.Jean | Preparation for meeting with Patterson at WDNR; locate TRC report for E. Westerfield; numerous DSI database searches for U.S. Paper, broke issues; review depositions from Schmalz Landfill case online for information on U.S. Paper (John Strange) possible purchase of broke; print documents for E. Westerfield; confer with A. Schlickman | 7.00 |
| 08/11/98 | EB Westerfield | Work with J.A. Schlickman re: preparing for Patterson meeting; draft talking points for meeting; review talking points; work through Versar report for issues on post-consumer furnish; work through TRC report for information regarding amount of emulsion delivered to ACPC | 6.00 |
| 08/12/98 | JA Schlickman | Meeting at RMT to prepare RMT for D. Patterson meeting; revise written comments; review issues, presentation and response | 11.00 |
| 08/12/98 | MC St.Jean | Preparation for RMT meeting with Patterson; confer with E. Westerfield, J. Heyde re POTW; locate AIG report on Appleton POTW; locate AIG correspondence on same; locate Appleton production figures, broke information; review files and correspondence; fax information to Andy Schlickman, T. Stoltzenburg at RMT | 1.50 |
| 08/12/98 | EB Westerfield | Work with J.A. Schlickman re: preparing for RMT's Patterson meeting; work with C. St. Jean to locate necessary documents for RMT's Patterson meeting, TRC reports; review same | 1.00 |
| 08/13/98 | TM McMahon | Review and comment on Patterson leave-behind document; review Patterson Letter; telephone conference with P. Samson; office conference with J. Schlickman regarding RMT's Patterson meeting | 2.75 |
| 08/13/98 | JA Schlickman | Meeting at RMT to prepare RMT for D. Patterson meeting; Finalize written comments; Dry-run and refinement of presentation; debriefing session | 10.00 |
| 08/13/98 | MC St.Jean | Monitor other sites, review articles about other sites and dredging; review Manistique article on harbor status; telephone call with Tara Kern at Jaakko Poyry about documents on wastepaper to be printed; review AIG POTW (1996) report; obtain document for E. | 2.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Westerfield; incorporate documents into system | |
| 08/13/98 | EB Westerfield | Review draft talking notes for Patterson meeting; review comments of T. McMahon and P. Samson re: same; consider strategy; review fax of M. Cesar re: U.S. Paper/Riverside; telephone conference with M. Cesar re: same; work with JA Schlickman re: talking points for Patterson meeting; update from JA Schlickman re: meeting; telephone conference with P. Samson re: same; finalize notes on Schnabel interview; transcribe notes of McIntosh/Cook discussion | 1.75 |
| 08/14/98 | TM McMahon | Review documents reading Schnabel and Cook interviews; review documents regarding bench scale study; review draft documents for Patterson | 2.00 |
| 08/14/98 | JA Schlickman | Follow Up to D. Patterson meeting; circulate written comments; call with P. Samson; call RMT and W. Brewer; review notes; consider action items | 2.00 |
| 08/17/98 | PR Hanebutt | Conference call with RMT; review e-mails regarding Patterson meeting; review materials compiled for Patterson meeting; review written comments submitted to Patterson | 4.00 |
| 08/17/98 | TM McMahon | Review API/NCR comments on Patterson report and prepare for meeting with Patterson; office conference with J. Schlickman regarding further work regarding Patterson | 2.50 |
| 08/17/98 | JA Schlickman | Follow-up to Patterson meeting; calls with D. Hultgren, B. Brewer and RMT; consider N. Peterson's followup questions; calls with P. Hanebutt; Letter to M. Katz | 3.00 |
| 08/18/98 | PR Hanebutt | Review Stolzenburg memo outlining matters to cover with Patterson; multiple conferences with Stolzenburg regarding same; confer with Hultgren and Mieliulis | 3.00 |
| 08/18/98 | TM McMahon | Office conference and review documents regarding Patterson meeting; review communication with USDOJ regarding same | 2.50 |
| 08/18/98 | JA Schlickman | Followup to Patterson meeting; call M. Katz; call B. Brewer; calls with RMT; conference call with RMT, D. Hultgren and B. Brewer re: followup; consider Locks issues | 2.75 |
| 08/18/98 | MC St.Jean | Review list of 96 Areas of Concern; review data from National Sediment Quality Survey; compile list of data for all sites looking for sites with PCB problems | 3.75 |
| 08/19/98 | PR Hanebutt | Conference call with D. McIntosh and B. Mieliulis regarding likely yield losses at converters; prepare summary of same; discuss same with RMT; conference call to discuss status of search for documents to demonstrate that Combined Locks did not accept | 3.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | broke generated at Appleton | |
| 08/19/98 | JA Schlickman | Work on Patterson Followup issues; call with P. Hanebutt, D. Hultgren and T. Stolzenberg re: Patterson issues | 2.00 |
| 08/19/98 | MC St.Jean | Continue compilation of list of sites with PCB contamination based on National Sediment Quality Survey; review status of meeting with Patterson, information on Combined Locks | 3.00 |
| 08/20/98 | PR Hanebutt | Confer with D. Hultgren regarding Patterson letter extending time for submission of confidential comments; draft letter for Dennis Hultgren to Patterson requesting non-confidential documents | 1.00 |
| 08/20/98 | JM Heyde | Draft response to A. Harrington questions | 3.25 |
| 08/20/98 | MC St.Jean | Compare detected and observed values for tissue and sediment for 96 areas of concern to determine which sites have PCB problems similar to that of Fox River; prepare memorandum to P. Hanebutt regarding same; locate materials balance for J. Heyde; relocate IPC reports | 3.50 |
| 08/21/98 | MC St.Jean | Telephone calls with Tara Kern at Jaakko Poyry, Eric Martin (DSI) re printing of documents on wastepaper; review wastepaper documents; telephone call to library re article from SIU for P. Hanebutt; file Riverside searches on broke | 1.00 |
| 08/24/98 | PR Hanebutt | Confer with RMT regarding status of Patterson response; draft possible affidavits for use in connection with response to Patterson; draft memo summarizing same; confer with B. Mieliulis regarding other potential witnesses; review interview notes to identify potential declarants | 2.75 |
| 08/24/98 | TM McMahon | Review implications of HRS package for allocation; review RMT documents | .50 |
| 08/24/98 | JA Schlickman | Followup to Patterson meeting; calls with P. Hanebutt re: same | 1.00 |
| 08/24/98 | MC St.Jean | Searches on DSI system; review wastepaper documents online; review Jaakko Poyry files and print documents; compose letter to Tara Kern on documents sent and problems with database; prepare Fed.Exp. to same; compose fax to M. Lehoux detailing problems with database, attempts to view images and send | 5.25 |
| 08/25/98 | PR Hanebutt | Confer with J.A. Schlickman regarding efforts to collect supplemental information for Patterson; e-mails to RMT regarding same; conference call regarding same; prepare agenda for conference call; review affidavits prepared by B. Mieliulis regarding Combined Locks/broke issue | 4.25 |
| 08/25/98 | TM McMahon | Review Travers draft letter to Patterson; review status responses to | 1.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Patterson | |
| 08/25/98 | JA Schlickman | Work on Patterson followup; review RMT materials; review draft declarations; conference call with RMT and API re: second response | 2.25 |
| 08/25/98 | MC St.Jean | Review McIntosh affidavit for names of government agencies, merchants; review documents on wastepaper | 1.00 |
| 08/25/98 | EB Westerfield | Review memos summarizing Patterson meeting; work on to do item list from fact summit meeting | .75 |
| 08/26/98 | JA Schlickman | Work on D. Patterson followup, RMT proposed letter | 1.25 |
| 08/26/98 | MC St.Jean | Telephone calls with T. Stoltzenburg; locate from production set to Government production data and emulsion data re Appleton; reduce copies and fax to Madison; review wastepaper documents; review packet of documents from M. Lehoux (daily production reports); review documents for possible imaging | 3.75 |
| 08/27/98 | PR Hanebutt | Confer with RMT regarding Patterson meeting; compose e-mail to team summarizing same | 2.25 |
| 08/27/98 | JM Heyde | Confer with D. Marchik regarding Appleton document meeting | .25 |
| 08/27/98 | JA Schlickman | Meeting with API/NCR team re: fact investigation and allocation issues | 2.00 |
| 08/27/98 | MC St.Jean | Review daily production reports; prepare correspondence and Fed.Exp. to Tara Kern; review broke accounting documents and refile; refile TRC reports | 1.25 |
| 08/28/98 | PR Hanebutt | Conference call with J.A. Schlickman, E. Westerfield, J. Heyde to discuss Patterson response | .50 |
| 08/28/98 | JM Heyde | Confer with J.A. Schlickman, P. Hanebutt, and E. Westerfield regarding fact investigation tasks; confer with D. Marchik and B. Mieliulis regarding Appleton meeting | 1.00 |
| 08/28/98 | TM McMahon | Review documents regarding responses to Patterson | 1.25 |
| 08/28/98 | JA Schlickman | Conference call and meeting to review all tasks for Patterson game plan; coordination with API re: 104(e) response; Patterson followup -- calls to D. Hultgren and B. Mieliulis | 2.50 |
| 08/28/98 | MC St.Jean | Telephone call with E. Westerfield; look for Bush documents; review production data; confer with same about documents needed re 104(e) | 1.25 |
| 08/28/98 | EB Westerfield | Work with P. Hanebutt, J.A. Schlickman and J. Heyde re: factual investigation issues, responding to Patterson, responding to 104(e) request; review research on 104(e) for A. Harrington; prepare | 5.25 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | memo to A. Harrington re: same; review draft of 104(e) response; work with C. St. Jean re: collecting production records, Bush records | |
| 08/31/98 | PR Hanebutt | Conference call with RMT regarding response to Patterson; review memo regarding same; organize Patterson file and assemble to do list | 2.00 |
| 08/31/98 | JM Heyde | Review API draft 104(e); confer with E. Westerfield regarding same | 2.75 |
| 08/31/98 | TM McMahon | Review status of response to Patterson regarding Combined Locks; review files and pull relevant documents regarding same; review memos regarding Patterson request for emulsion loss proof | 1.25 |
| 08/31/98 | JA Schlickman | Work on Patterson followup issues and API/NCR game plan | 1.00 |
| 08/31/98 | EB Westerfield | Review draft 104(e) response for Appleton; work on comments to draft response; work with J. Heyde re: same; review former Appleton responses and NCR past responses for consistency issues; telephone call with D. Marchik re: same; review comments from other mills re: Patterson report; review emails from P. Hanebutt, team re: responding to Patterson; review RMT submission to Patterson; long phone conference with RMT re: responding to Patterson; work with P. Hanebutt re: same; telephone call with J.A. Schlickman re: same; telephone call with B. Mieliulis re: same | 7.00 |
| | | **Total Hours** | **301.00** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/01/98 | WG Dickett | Analysis of joint defense issues; revise draft agreement | 1.00 |
| 08/03/98 | WG Dickett | Correspondence to E. Westerfield, A Schlickman and P. Hanebutt regarding Joint Defense Agreement | .25 |
| 08/03/98 | JA Schlickman | Work on Joint Defense and Representation Agreement | 1.00 |
| 08/05/98 | TM McMahon | Review potential applicability of recent PCB MegaRule under TSCA; memos to J. Warchall and C. Bell | 1.25 |
| 08/05/98 | J Radovich | Read background and materials on joint defense agreement | 1.00 |
| 08/05/98 | EB Westerfield | Work with J. Radovich re: research on joint defense privilege | .25 |
| 08/06/98 | J Radovich | Research joint defense privilege under New York and Wisconsin law | 6.75 |
| 08/06/98 | JA Schlickman | Work on joint defense agreement | .50 |
| 08/06/98 | MC St.Jean | Organize and collect financial information re FRG | .50 |
| 08/07/98 | J Radovich | Research joint defense privilege in Wisconsin and New York | 4.25 |
| 08/08/98 | WG Dickett | Review of Godfrey & Kahn engagement letters in relation to API/NCR joint defense agreement | .50 |
| 08/10/98 | TM McMahon | Review financial data regarding other FRG members | 2.00 |
| 08/11/98 | JM Heyde | Review Taylor v. Monsanto case and circulate same | .50 |
| 08/11/98 | J Radovich | Research joint defense privilege in Wisconsin and New York | 5.25 |
| 08/11/98 | JA Schlickman | Calls with P. Karch and others re: fax case and background | 1.25 |
| 08/12/98 | J Radovich | Research and draft changes to proposed Joint Defense and Representation Agreement | 2.25 |
| 08/12/98 | EB Westerfield | Work with J. Radovich re: research on common defense privilege; review cases and work product | 1.00 |
| 08/13/98 | MC St.Jean | Organize and collect SEC/financial information | .75 |
| 08/13/98 | EB Westerfield | Revise Joint Defense and Representation Agreement; review additional materials from J. Radovich; memo to team re: same | .75 |
| 08/14/98 | JA Schlickman | Work on Joint Defense Agreement | .50 |
| 08/14/98 | MC St.Jean | Confer with T. McMahon re SEC filings, D & Bs needed | .25 |
| 08/17/98 | WG Dickett | Review revised API/NCR joint defense agreement; analysis of legal issues | 1.00 |
| 08/17/98 | JA Schlickman | Revise Joint Defense and Representation Agreement; consider | 1.75 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | representation and conflict issues | |
| 08/18/98 | JA Schlickman | Revise and edit Joint Defense and Representation Agreement; review Joint Defense legal authority; consider joint representation issues | 2.25 |
| 08/18/98 | L Schuster | Obtain D & B reports for C St. Jean | .50 |
| 08/18/98 | MC St.Jean | Telephone call to library for Dun & Bradstreets to be run on Riverside, U.S.Paper Mills, Wisconsin Tissue | .25 |
| 08/19/98 | JA Schlickman | Work on Joint Defense and Representation Agreement; memo re: same | 1.50 |
| 08/19/98 | MC St.Jean | Review D & Bs on paper companies; review Fort James article on corporate performance from T. McMahon and file | .75 |
| 08/21/98 | MC St.Jean | EPA/Internet searches, Lexis searches and research on PCB Treatment Inc. site and Color Box relationship to same (Chesapeake subsidiary); review financial disclosure of Chesapeake; review email from T. McMahon re corporate officers and liability | 2.00 |
| 08/24/98 | JA Schlickman | Prepare for API/NCR Coordination meeting; draft and revise agenda; review comments | 1.75 |
| 08/24/98 | MC St.Jean | Telephone call with Pauletta Frantz Isaacs at USEPA - Region 7 concerning Chesapeake Corp. subsidiary's (Color-Box) involvement of shipping PCBs to PCB Treatment Inc. site; forward status to T. McMahon; prepare notes to Chesapeake file | .75 |
| 08/25/98 | JA Schlickman | Revise and finalize Joint Defense and Representation Agreement; prepare for API/NCR coordination meeting -- agenda; meetings with T. McMahon re: same | 3.00 |
| 08/25/98 | MC St.Jean | Locate financial information for T. McMahon; telephone call with same regarding foreign annual reports | .75 |
| 08/25/98 | EB Westerfield | Research issues of possible claims that can be made against NCR and API by riparian landowners | 1.00 |
| 08/26/98 | J Radovich | Analyze research on joint defense privilege | 4.00 |
| 08/26/98 | JA Schlickman | Revise and finalize draft of Joint Defense and Representation Agreement; memo to API/NCR team re: same; prepare for coordination meeting | 3.50 |
| 08/26/98 | MC St.Jean | Searches on Financial Times web site and order annual reports; look for other financial reports available through similar sources; telephone call with T. McMahon re status; other research on FRG disclosures | 1.75 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/26/98 | EB Westerfield | Work with J.A. Schlickman re: joint defense and representation agreement | .25 |
| 08/27/98 | JA Schlickman | Prepare for and attend API/NCR coordination meeting | 4.00 |
| 08/27/98 | L Schuster | Obtain D & B for C St. Jean | .25 |
| 08/27/98 | MC St.Jean | Research on Arjomari-Prioux, other financial research on foreign entities; telephone call with library requesting Dun & Bradstreet; Internet search | .50 |
| 08/27/98 | EB Westerfield | Work with J. Radovich re: joint defense and representation agreement | .25 |
| 08/28/98 | TM McMahon | Research and telephone conference regarding Housatonic and Hudson settlement status | 1.50 |
| 08/28/98 | JA Schlickman | Final revisions to Settlement and Arbitration agreements; call to B. Russell; calls to P. Hanebutt re: same | 1.00 |
| 08/28/98 | MC St.Jean | Internet, Lexis searches looking for Italian affiliation of Arjomari Prioux, Groupe Saint Louis, others | .75 |
| 08/31/98 | J Radovich | Research whether joint defense/common interest privilege applies to communications between in-house counsel | 7.75 |
| | | **Total Hours** | **74.50** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/03/98 | TM McMahon | Continued analysis of spreadsheet | 1.25 |
| 08/03/98 | MC St.Jean | Review spreadsheets re budget figures; review A. Schlickman budget | .25 |
| 08/04/98 | TM McMahon | Continued development of master spreadsheet; office conference with M. Flood regarding need for breakout of NRD | 1.75 |
| 08/04/98 | MC St.Jean | Refile correspondence, label and relocate; telephone calls with DSI (Jeff Green) re computer problems hooking up to Connecticut server | 1.75 |
| 08/05/98 | KW Orr | File originals | .25 |
| 08/05/98 | MC St.Jean | Refile correspondence | .75 |
| 08/05/98 | EB Westerfield | Review group correspondence, F-H news releases | .25 |
| 08/06/98 | JM Heyde | Work on DSI system issues; confer with P. Samson regarding same; confer with M. Lehoux regarding same | 4.25 |
| 08/06/98 | TM McMahon | Office conference and review documents regarding need to establish matter categories to facilitate insurance coverage | 1.00 |
| 08/06/98 | KW Orr | File originals | .50 |
| 08/06/98 | MC St.Jean | Telephone call to Accounting re spreadsheet for budget purposes | .25 |
| 08/07/98 | PR Hanebutt | Review PHR Environmental invoice letter to P. Samson transmitting PHR invoice: e-mail to E. Westerfield regarding PHR proposal | .50 |
| 08/07/98 | MC St.Jean | Problems with DSI system (parent/attachment ability to view); review email from J. Heyde regarding same; file correspondence | .75 |
| 08/10/98 | MC St.Jean | Document management and prepare new files | .75 |
| 08/10/98 | EB Westerfield | Review FRG correspondence and F-H media clips | .25 |
| 08/12/98 | JM Heyde | Confer with de maximis regarding IKON imaging project | .25 |
| 08/12/98 | MC St.Jean | Refile correspondence | .25 |
| 08/13/98 | JM Heyde | Confer with T. Kern and DSI regarding document system problem; work on problem | 2.00 |
| 08/13/98 | TM McMahon | Telephone conference with P. Samson regarding improving database access; memo regarding same; revise task list and budget/matter categories; draft memo regarding same. | 3.00 |
| 08/13/98 | MC St.Jean | Relocate correpondence | .50 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/14/98 | TM McMahon | Review task assignments; revise matter and budget categories | 1.25 |
| 08/14/98 | MC St.Jean | Organization of documents; labeling and filing | 2.25 |
| 08/17/98 | JM Heyde | Work on T. Kern's document system problem; confer with DSI regarding same | .50 |
| 08/18/98 | JM Heyde | Confer with DSI regarding T. Kern's system problem; confer with T. Kern regarding same; update DSI problem list; confer with P. Samson regarding Citrix Winframe | 1.25 |
| 08/19/98 | MC St.Jean | File correspondence; e-mail to J. Galvas re Putnam's final bill and file; document management and filing | 2.50 |
| 08/20/98 | KW Orr | File originals | .25 |
| 08/20/98 | MC St.Jean | Document management; update index to files; locate correspondence and copy | 1.75 |
| 08/21/98 | JM Heyde | Draft letter to DSI regarding Winframe and updated software | 1.00 |
| 08/21/98 | TM McMahon | Continued work on revisions to budget and matter categories regarding insurance and cost recovery and related issues; review SEC, accounting and case law guidance | 4.00 |
| 08/21/98 | KW Orr | File originals | .25 |
| 08/21/98 | MC St.Jean | Problems with connections to DSI computer in Connecticut; telephone call to DSI, J. Heyde re same; update service list; file maintenance | 1.75 |
| 08/24/98 | TM McMahon | Prepare final draft memo to J. Schlickman and M. Flood regarding Fox River budget and matter category issues regarding insurance and cost recovery | 5.00 |
| 08/24/98 | JA Schlickman | Work on 1998-99 Budgets | .75 |
| 08/25/98 | JM Heyde | Work on document management system problem | 2.00 |
| 08/25/98 | JA Schlickman | Work on 1998-99 budgets; call with P. Samson re: same | .50 |
| 08/25/98 | MC St.Jean | Confer with Mike Lehoux at DSI regarding fax requesting blowbacks and adjustments to the system (problems with viewing images on stand-alone machine); confer with J. Heyde about problems with consultant database, viewing images, Jaakko Poyry problems with system; refile correspondence and label | 1.25 |
| 08/25/98 | EB Westerfield | Review group correspondence re: Governor negotiations, Patterson responses, other issues; review Fleischman Hillard press releases | .75 |
| 08/26/98 | JM Heyde | Fox River status report | 1.50 |
| 08/27/98 | JM Heyde | Revise and finalize Fox River status report | .75 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/27/98 | KW Orr | File originals | .25 |
| 08/27/98 | JA Schlickman | Meeting with API/NCR re: administrative matters | 2.00 |
| 08/27/98 | MC St.Jean | File maintenance; update index to documents; refile correspondence; review proposed budget and copy | 1.75 |
| 08/28/98 | JM Heyde | Install database fix from DSI; confer with DSI regarding parent-attachment issue | .75 |
| 08/28/98 | TM McMahon | Continued review of budget and task matters; office conference with J. Schlickman | 1.75 |
| 08/28/98 | JA Schlickman | Review budget categories and estimates and reconsider; review T. McMahon memo re: new categories for tracking -- consider options | 1.25 |
| 08/28/98 | MC St.Jean | Document management; reorganize files | 1.00 |
| 08/28/98 | EB Westerfield | Review group correspondence, Fleischman Hillard press clippings | .25 |
| 08/31/98 | JM Heyde | Work on DSI problem; confer with DSI regarding same | 2.00 |
| 08/31/98 | KW Orr | Refile originals | 1.25 |
| | | **Total Hours** | **62.00** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/14/98 | PR Hanebutt | Office conference with T. McMahon and J. Warchall regarding LTI modeling issues | 2.00 |
| 08/03/98 | JL Connaughton | Telephone conference with A. Schlickman regarding ARCO settlement; note to A. Schlickman; telephone conference with J. Warchall regarding pulling together prior settlement information; telephone conference with M. Spring regarding settlement documents; telephone conference with M. Shoop at Kennecott regarding settlement information | 1.25 |
| 08/03/98 | JF Warchall | Telephone call P.Samson; draft outline for experts' articles; telephone call P.Hanebutt; review faxes and e-mails; telephone call G.Bigham re 8/5 meeting | 3.25 |
| 08/04/98 | JF Warchall | Telephone call T.Quill; office conference G.Bigham; prepare outline for G.Bigham; technical committee conference call | 3.00 |
| 08/05/98 | JL Connaughton | Conference with M. Spring; pull together settlement information | .50 |
| 08/05/98 | MC St.Jean | Copy technical document; look for contract for J. Warchall | .25 |
| 08/06/98 | JF Warchall | Review faxes and e-mails; telephone call J.Schlickman, M.Travers and P.Samson; review RETEC ARAR document; telephone call T.Quill | 2.00 |
| 08/10/98 | MC St.Jean | Incorporate technical document into system | .25 |
| 08/11/98 | JM Heyde | Search for information regarding USX Grand Calumet settlement | .50 |
| 08/11/98 | TM McMahon | Review Deposit N permit documents; review 56/57 EA | 1.00 |
| 08/12/98 | MC St.Jean | Review document for possible imaging; update technical index to documents | .75 |
| 08/14/98 | JA Schlickman | Telephone call T. Echikson re: Hudson Modeling | .75 |
| 08/14/98 | MC St.Jean | Review reports for possible imaging; update index to incorporate new documents | 1.00 |
| 08/17/98 | TM McMahon | Review technical documents regarding 56/57 status | 1.50 |
| 08/18/98 | TM McMahon | Review documents regarding health effects | .50 |
| 08/19/98 | MC St.Jean | Incorporate technical documents into files | .75 |
| 08/20/98 | JM Heyde | Confer with C. St. Jean regarding USX settlement | .50 |
| 08/20/98 | MC St.Jean | Monitor other sites: Grand Calumet River: telephone calls with USDOJ, USEPA; review DOJ press release, Chicago Tribune article regarding USX settlement; confer with J. Heyde re same; review comments from RMT | 1.25 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/21/98 | TM McMahon | Review documents regarding fate and transport issues at Hudson as related to Fox | .50 |
| 08/21/98 | MC St.Jean | Locate in-house file on Grand Calumet for more information on case; telephone calls with USEPA, USDOJ (Tom Carroll) to obtain information on consent agreement, USX attorneys; Internet searches for Grand Calumet agreement; Lexis search on same; request docket sheets for water and NRD cases and review; email status to J. Heyde | 2.00 |
| 08/21/98 | JF Warchall | Review faxes and e-mails; review experts' articles; Office conference T.McMahon | 3.00 |
| 08/24/98 | TM McMahon | Review analysis regarding mercury and Fox River | .75 |
| 08/24/98 | JF Warchall | Review revised settlement terms; meeting with J.Schlickman and T.McMahon; review NRDA settlement summary charts; review HRS listing document and telephone call with W.Dickett; review and revise experts' articles; telephone call T.Quill | 6.25 |
| 08/25/98 | WG Dickett | Review HRS scoring package; telephone conference (2) with J. Warchall regarding same | 1.50 |
| 08/25/98 | JM Heyde | Confer with C. St. Jean regarding USX settlement | .25 |
| 08/25/98 | MC St.Jean | Confer with J. Heyde re Grand Calumet pleadings and next steps; telephone call with Clerk of U.S. District Court in Hammond for copies; review Tribune article on settlement; review technical document and incorporate into system | 1.25 |
| 08/25/98 | JF Warchall | Review BBL addendum to settlement terms; telephone call J.Schlickman; telephone call W.Dickett re HRS listing doc; review T.Field's letter re PCB health effects; review and send e-mail re BBL addendum to settlement terms; review memo from J.Schlickman re new Hudson study; draft NPL listing comments; revise experts' articles; telephone call D.Ludwig | 5.75 |
| 08/26/98 | TM McMahon | Review Fields letter to GE and related documents regarding PCB health effects | 1.00 |
| 08/26/98 | MC St.Jean | Telephone call with District Court re cost of pleadings for Grand Calumet site and have check cut for prepayment; review technical memorandums from J. Warchall and file | .75 |
| 08/26/98 | JF Warchall | Review and revise status report; review faxes and e-mails; telephone call M.Brown; work on expert article | 2.00 |
| 08/27/98 | MC St.Jean | Review Hudson River reports on sediment and copy; process for imaging; review and file other sites material; process check for Grand Calumet copying; prepare letter to Court, Fed.Exp. to same | 1.50 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/27/98 | JF Warchall | Review e-mails and faxes; review and revise experts' articles; telephone call T.Quill | 1.75 |
| 08/28/98 | MC St.Jean | Locate NRDA and copy for J. Warchall; review materials discussing Patterson report; incorporate technical documents into system and index | 1.50 |
| 08/28/98 | JF Warchall | Review faxes and e-mails | 1.00 |
| 08/31/98 | WG Dickett | Office conference with J. Warchall regarding RI/FS issues; review documents regarding same | 1.00 |
| 08/31/98 | TM McMahon | Review revisions to RIFS work plan prepared by BBL; review status of RIFS; review experts articles; review documents regarding WPDES permit for 56/57; review Missmer memo regarding technical budget; review Limnotech letter to DNR and memo regarding same | 1.00 |
| 08/31/98 | JF Warchall | Review e-mails and faxes; telephone call T.Quill, J.Heimbuch, G.Bigham, J.Schlickman; prepare comment on RETEC RAO memo; review new ecorisk guidance; review status of shadow RI/FS deliverable | 3.25 |
| | | **Total Hours** | **57.00** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/01/98 | PR Hanebutt | Review A. Harrington letter to ISRI regarding recycling exemption | .25 |
| 08/04/98 | TM McMahon | Review reports on status of Lott bill | .50 |
| 08/10/98 | SI Pacifici | Research re: Obtain GPO hearing Status of the Superfund Program, on H.R. 3000 and GAO Report 98-232, Environmental Protection | .75 |
| 08/14/98 | TM McMahon | Review status of Lott bill; review recycling materials | 1.50 |
| 08/17/98 | JA Schlickman | Review e-mail re: Mead; call P. Hanebutt; call to P. Servidea; consider Mead issues | .50 |
| 08/18/98 | TM McMahon | Review documents regarding Mead | .50 |
| 08/24/98 | WG Dickett | Telephone conference with J. Warchall regarding Levin bill; review documents regarding same | 2.00 |
| 08/25/98 | WG Dickett | Review various documents regarding Levin bill | 1.75 |
| | | **Total Hours** | **7.75** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 07/02/98 | WG Dickett | Conference call with FRG and WDOJ regarding permit and settlement issues; telephone conference with A. Schlickman regarding same; review FRG documents | 2.00 |
| 07/06/98 | WG Dickett | Review various correspondence and news articles regarding FRG issues; review documents regarding settlement issues | 1.00 |
| 07/07/98 | WG Dickett | Review documents regarding state agreement issues; review various FRG documents and correspondence | 1.00 |
| 07/08/98 | WG Dickett | Review of news articles, documents and correspondence regarding FRG and settlement | 1.50 |
| 07/09/98 | WG Dickett | Review of documents regarding pilot projects; review FRG correspondence | 1.00 |
| 07/27/98 | PR Hanebutt | Review various e-mails re settlement talks | .75 |
| 07/28/98 | PR Hanebutt | Review FRG correspondence | 1.00 |
| 08/02/98 | JA Schlickman | Review FRG e-mails, faxes, correspondence; review recent FRG technical documents; work on alternative counterproposal for sovereigns | 2.00 |
| 08/03/98 | TM McMahon | Review Mandelbaum settlement option; review, analyze and revise NCR/API draft settlement option | 1.25 |
| 08/03/98 | JA Schlickman | Draft API/NCR settlement option; calls with API and NCR re: same; FRG conference call re: Governor's settlement initiative and review FRG correspondence | 3.50 |
| 08/03/98 | JA Schlickman | Review technical memos and faxes and e-mails; work on LTI Part B Agreement | 1.00 |
| 08/04/98 | WG Dickett | Review correspondence regarding settlement discussions; review documents regarding FRG issues | 1.50 |
| 08/04/98 | TM McMahon | Review documents regarding settlement proposal and response; review NCR draft option | 1.25 |
| 08/04/98 | JA Schlickman | Finalize settlement proposal and e-mail to FRG; calls with FRG attorneys re: settlement options | 1.25 |
| 08/05/98 | TM McMahon | Participate in Lawyer's Committee call; conference with P. Samson, J. Schlickman regarding settlement and moratorium issues | 4.00 |
| 08/05/98 | JA Schlickman | Prepare for and participate in the FRG lawyers call; follow-up with FRG lawyers; review FRG e-mails re: Governor controls | 4.00 |
| 08/05/98 | JA Schlickman | Review correspondence/e-mails re: technical issues -- permits, | 1.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | 56/57 status, RAOs for RI/FS | |
| 08/05/98 | MC St.Jean | Review Fleishman Hillard articles on Fox River and NPL listing | .25 |
| 08/06/98 | TM McMahon | Review correspondence and media coverage regarding settlement and office conference with J. Schlickman regarding same | 2.00 |
| 08/06/98 | JA Schlickman | Consider options for settlement; calls with FRG lawyers; review D. Mandelbaum whitepaper; review faxes and e-mails | 2.00 |
| 08/06/98 | JA Schlickman | Review proposed Steering Committee agenda; review notes of prior meetings and action list | 1.00 |
| 08/06/98 | MC St.Jean | Review emails on settlement, meeting with Governor, meetings with Patterson | .25 |
| 08/07/98 | TM McMahon | Review LTI and BBL work in response to Patterson Report; review EPA statements regarding settlement possibilities; review media reports; review settlement documents | 2.50 |
| 08/07/98 | JA Schlickman | FRG Conference Call re: settlement options and modeling issues; review FRG e-mails re: same; calls with FRG lawyers re: Governor's issues | 4.00 |
| 08/10/98 | TM McMahon | Conference call; office conference with J. Schlickman regarding discussions with Reimer regarding Fort James positions; review settlement proposal framework | 2.00 |
| 08/10/98 | JA Schlickman | Review documents and e-mails re: status of permits, 56/57 and RI/FS work; calls to de maximis re: same | 1.50 |
| 08/10/98 | JA Schlickman | Prepare for and participate in FRG call re: settlement options; calls with P. Samson and P. Servidea re: same | 3.00 |
| 08/11/98 | WG Dickett | Review several correspondence and documents regarding settlement discussions with sovereigns; review news articles regarding site; review 56/57 documents; review FRG documents; review documents regarding RI/FS issues | 1.50 |
| 08/11/98 | TM McMahon | Review public affairs documents; review BFI withdrawal from landfill; review documents from Travers regarding 56/57 | 1.75 |
| 08/11/98 | JA Schlickman | Prepare for Lawyers Committee call; calls with D. Mandelbaum re: settlement options; call with M. Reimer re: settlement options; review FRG e-mail/faxes | 3.00 |
| 08/11/98 | MC St.Jean | Review Superfund Report/Inside EPA article on Fox River | .25 |
| 08/12/98 | TM McMahon | Investigations into settlement negotiations at other sites; telephone conference with P. Samson and office conference with J. Schlickman regarding same; review documents regarding BFI | 3.75 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | withdrawal of disposal bid; review media reports | |
| 08/12/98 | JA Schlickman | Prepare for and participate in Lawyers Committee conference call | 3.00 |
| 08/13/98 | TM McMahon | Review WDNR and media reports on BFI withdrawal of landfill bid; review FWS letter to USACE and draft analysis of possible use in settlement negotiations | 2.00 |
| 08/13/98 | JA Schlickman | Comments to J. Heimbuch on Steering Committee Agenda; review summary of Meyer/Earl meeting; review other FRG e-mails | 1.25 |
| 08/13/98 | MC St.Jean | Review Fleishman-Hillard articles and editorials from Wisconsin papers concerning NPL listing | .25 |
| 08/14/98 | TM McMahon | Review public affairs reports and media reports; review settlement documents; review documents regarding 56/57 and landfill problems | 1.75 |
| 08/14/98 | JA Schlickman | Revise McIntosh Affidavit; work on other API affidavits; telephone call T. McMahon re: affidavit | 1.25 |
| 08/14/98 | JA Schlickman | Telephone call P. Servidea (2) re: meeting with J. Matthews; review US FWS comments on 56/57 - consider how this plays into settlement; call N. Peterson | 2.00 |
| 08/14/98 | JA Schlickman | Review e-mails re: technical issues -- 56/57, permits, RAOs, BBL dredging memo | 1.00 |
| 08/17/98 | WG Dickett | Review correspondence regarding settlement issues; review documents regarding 56/57 project; review news articles regarding site; review FRG documents | 1.00 |
| 08/17/98 | PR Hanebutt | Review summary of health effects forum on PCBs; review e-mails regarding settlement discussions with the sovereigns | 1.75 |
| 08/17/98 | JA Schlickman | Review agenda for lawyers committee meeting; prepare for lawyers committee meeting; calls with N. Peterson and J. Hanson re: same; API affidavits | 3.00 |
| 08/18/98 | PR Hanebutt | Telephone call with George Marohn regarding revisions to affidavit | .75 |
| 08/18/98 | TM McMahon | Review draft Community Attitudes Survey; review Lawyers Committee agenda; prepare for Lawyers and Steering Committee meetings; review draft settlement term sheet and office conferences and telephone conferences regarding same | 2.75 |
| 08/18/98 | JA Schlickman | Review and revise API affidavits; calls with B. Mieliulis re: same | .75 |
| 08/18/98 | JA Schlickman | Review reports on Matthews/Spooner meeting; review D. Mandelbaum term sheet for NRD proposal; FRG conference call re: settlement options | 3.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/19/98 | TM McMahon | Prepare for and attend Lawyer's Committee meeting | 4.50 |
| 08/19/98 | JA Schlickman | FRG Lawyers Committee meeting | 6.00 |
| 08/20/98 | TM McMahon | Preparation for and attendance at Steering Committee meeting; prepare follow-up memos; telephone conference with P. Servidea | 8.00 |
| 08/21/98 | TM McMahon | Draft and review memos regarding Steering Committee; telephone conference with P. Servidea regarding Steering committee meeting and Public Affairs matters | 2.00 |
| 08/24/98 | TM McMahon | Review documents and office conference regarding settlement | 1.50 |
| 08/24/98 | JA Schlickman | Briefing with T. McMahon on Steering Committee issues; review revised term sheet for settlement; work on Public Relations task force issues | 3.25 |
| 08/25/98 | TM McMahon | Review Lawyer's Committee agenda; review documents and memo regarding Public Affairs Task Force; review memo from M. Thimke; review memo regarding Earl meeting with Matthews and office conference with J. Schlickman regarding same; review documents regarding disposal contractor (Superior) | 2.50 |
| 08/25/98 | JA Schlickman | Prepare for lawyers committee call; work on PR task force issues review RI/FS and modeling correspondence | 1.50 |
| 08/25/98 | MC St.Jean | Review FRG-related documents and updates on Governor Thompson from A. Schlickman | .25 |
| 08/26/98 | WG Dickett | Review various documents regarding settlement issues; review news articles regarding site; review documents regarding pilot project | 1.50 |
| 08/26/98 | TM McMahon | Review settlement term sheet and related documents; review Fleishman Hillard memo regarding Community Attitudes Survey; office conference with J. Schlickman | 1.50 |
| 08/26/98 | JA Schlickman | Prepare for and participate in Lawyers Committee call; review FRG correspondence | 3.00 |
| 08/26/98 | MC St.Jean | Confer with P. Samson re possible EPA grants to Sierra Club; research on same; telephone calls with Alderman Library in Virginia, USEPA, Sierra Club, Cato Institute, EPA Watch, Competitive Enterprise Institute; Internet searches on EPA grant information, DOI; compose e-mail to P. Samson re status of findings | 1.50 |
| 08/28/98 | PR Hanebutt | Review FRG correspondence | 3.00 |
| 08/28/98 | TM McMahon | Review documents regarding settlement; office conference with J. Schlickman; review press release and other Public Affairs | 2.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | documents | |
| 08/28/98 | JA Schlickman | Revise e-mails re: settlement; FRG conference call re: settlement; review e-mails re: modeling 56/57; work on Public Relation Issues | 2.00 |
| 08/30/98 | JA Schlickman | Review various technical reports -- NRDA, 56/57, RI/FS, Deposit N, Risk Assessment; Review FRG e-mail and correspondence; consider lawyer's committee issues | 2.00 |
| 08/31/98 | PR Hanebutt | Review miscellaneous FRG correspondence (regarding settlement; work time line; Sierra Club, etc.) | 2.00 |
| 08/31/98 | JM Heyde | Document search for RAO technical memorandum; assemble peer review file for review | 1.25 |
| 08/31/98 | TM McMahon | Review information regarding dispute over landfilling of Fox River sediment; review term sheet for settlement proposal; review Sierra Club report and press release regarding same; review Heimbuch memo regarding budget for Public Affairs and transaction costs | 2.00 |
| 08/31/98 | JA Schlickman | Review FRG correspondence and e-mail; work on revisions to press release; work on FRG strategy issues | 1.50 |
| | | **Total Hours** | **136.00** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/02/98 | JA Schlickman | Consider options/approaches for dealing with Patterson report/FRG moratorium | .50 |
| 08/07/98 | TM McMahon | Review strategy options in light of settlement proposals and negotiations | 1.25 |
| 08/07/98 | MC St.Jean | Confer with T. McMahon re decision tree analyst issues | .25 |
| 08/10/98 | JA Schlickman | Prepare for and participate in API/NCR call over strategy for settlement options; review pending proposals | 1.50 |
| 08/10/98 | MC St.Jean | Review names of parties that could present a conflict for decision tree analyst; work with T. McMahon on same | 1.25 |
| 08/11/98 | MC St.Jean | Continue compilation of names for conflicts purposes re new decision tree analyst candidates; meet with T. McMahon | .75 |
| 08/12/98 | MP Flood | Call from Claire St. Jean regarding information needed by decision tree analysis candidates; prepare insurance conflicts list for potential consultants and consult with Claire St. Jean regarding same | .50 |
| 08/12/98 | TM McMahon | Telephone conference with P. Samson regarding meeting with API and prepare agenda; review earlier strategy documents | 1.00 |
| 08/12/98 | MC St.Jean | Meet with M. Flood re names of insurance carriers re potential conflict for decision tree candidates | .25 |
| 08/13/98 | MC St.Jean | Confer with J. Heyde re additional names to be added to conflicts list for decision tree candidates; review Mandlebaum letter for governmental entity names for same; add insurance names; compile other names; revise per T. McMahon; meet with same | 1.25 |
| 08/17/98 | MM Crough | Office conference with T. McMahon re: economic consultants; review file re: same | .50 |
| 08/17/98 | TM McMahon | Review P. Samson memo regarding advocating use by EPA/DNR of decision analysis approach to Fox River dredging; review NCR book regarding same; draft memo regarding same | 3.00 |
| 08/17/98 | JA Schlickman | Call with P. Samson, Phil Servidea and B. Mieliulis re: settlement options and alternative approaches | 1.25 |
| 08/18/98 | TM McMahon | Work on conflicts update and review materials regarding decision analysis search | 2.00 |
| 08/24/98 | TM McMahon | Review and revise draft agenda for API/NCR meeting; continued search for decision analysis consultant | 1.00 |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/25/98 | TM McMahon | Office conference with J. Schlickman regarding settlement strategy; review and compile Putnam, Hayes materials for August 27 meeting and office conference with J. Schlickman regarding same | 2.75 |
| 08/25/98 | JA Schlickman | Review Putnam Hayes materials and consider presentation for API/NCR coordination meeting | 1.50 |
| 08/26/98 | TM McMahon | Review Putnam, Hayes decision analysis documents and prepare presentation package for meeting with P. Karch, J. Hoak, et al; office conference with J. Schlickman regarding same | 4.00 |
| 08/26/98 | JA Schlickman | Consider settlement strategy; call with NCR and API re: same | .75 |
| 08/27/98 | TM McMahon | Complete preparation of summary of Putnam work; research; review NRC book on use of decision analysis for sediment projects; research and telephone calls to potential Decision Analysis consultants; meeting with P. Karch, J. Hoak, P. Samson, B. Mieliulis, et al; follow up | 7.50 |
| 08/27/98 | JA Schlickman | Meeting with API/NCR team re: strategy issues | 2.00 |
| 08/31/98 | TM McMahon | Review resumes regarding decision analysis consultants and memos regarding same | 1.00 |
| 08/31/98 | JA Schlickman | Work on developing API/NCR strategy | .75 |
| | | **Total Hours** | **36.50** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal Allocation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/14/98 | TM McMahon | Review allocation analysis options under cost causation theories | 1.00 |
| 08/25/98 | TM McMahon | Review recent allocation cases | 1.00 |
| | | **Total Hours** | **2.00** |

Invoice Number: 9839893
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legislative General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 08/04/98 | TM McMahon | Review documents regarding dredging prohibition in House Appropriations bill | .25 |
| 08/05/98 | TM McMahon | Review reports regarding House Appropriations ban on dredging | .25 |
| 08/14/98 | TM McMahon | Review Levin bill | 1.00 |
| 08/21/98 | TM McMahon | Review status of general CERCLA reform | .50 |
| | | **Total Hours** | **2.00** |

# SIDLEY & AUSTIN

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FEDERAL ID 36-2158694

September 30, 1998

Paul M. Samson, Esq.
Appleton Papers Inc./NCR Corp.--Fox River Joint
ECD-2
101 West Schantz Avenue
Dayton, Ohio 45479

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 9839893
Client Number 14896

---

## REMITTANCE PAGE
For Professional Services Rendered

Remit To:

SIDLEY & AUSTIN
One First National Plaza
Chicago, Illinois 60603
Federal ID 36-2158694

## OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 09/10/98 | 9835870 | $195,077.20 |

| | |
|---|---|
| **Total Outstanding Invoices** | **$195,077.20** |
| **Total This Bill** | **176,527.61** |
| **Total Amount Due** | **$371,604.81** |

Please Return This Page With Your Remittance

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013