# EXHIBIT 22

9/98

Redacted

9845371

SIDLEY & AUSTIN

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

WRITER'S DIRECT NUMBER
(312)853-7404

WRITER'S E-MAIL ADDRESS
jschlick@sidley.com

November 9, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

Re: Fox River/API/NCR Joint Defense Statement for September, 1998

Dear Paul and Paul:

Enclosed is our statement for professional services rendered in September for services relating to the Fox River matter. The total bill, after applying the API/NCR discount and with expenses, is $160,604.58. Per your agreement, Appleton's share of the bill is $80,302.29 ; NCR's share of the bill is $80,302.29. The remittance form is being sent to Paul in Dayton. Also included, at your request, is a chart of attorney time detailing the amount of hours charged under each category set forth in the bill as well as a listing of all applicable billing rates. Please feel free to call us if you have any questions.

Very truly yours,

J. Andrew Schlickman

JAS:csj
Enclosure

::ODMA\PCDOCS\CHICAGO4\738541\1

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

FOUNDED 1866

WASHINGTON, D.C.
LONDON
SINGAPORE
TOKYO

FEDERAL ID 36-2158694

November 9, 1998

Paul M. Samson
Senior Attorney
NCR Corporation
Law Department, ECD-2
101 West Schantz Ave.
Dayton, OH 45479-0001

Paul J. Karch
General Counsel
Appleton Papers Inc.
1400 N. Rankin
Appleton, WI 54911

PLEASE INDICATE INVOICE NUMBER ON REMITTANCE
Invoice Number 9845371
Client Number 14896

---

For professional services rendered through September 1998, in connection with matters relating to potential liability for PCB-contaminated sediments in the Fox River, Wisconsin and related potential liabilities as follows:

Factual Investigation

Continued work on allocation and factual investigation, including work on fact book; continued review and analysis of Patterson report; review of RMT memoranda on meeting with Patterson; work on proposed response to WDNR; work on Appleton 104(e)response; travel to Appleton for meeting with B. Mieliulis and D. Marchik on 104(e) response and document production; provide Godfrey & Kahn with comments on draft response and with assistance on research; discussions on additional NCR boxes; work on CBI issues; searches on DSI system for supporting documents; work with Jaakko Poyry on task for development of list of form coverting facilities; interview D.B. Smith; review Estey data, partitioning documents, NCASI documents and Busch book; preparation of letter to USDOJ concerning Technical Memorandum 2d; monitor consultant invoices; and telephone calls with RMT, Jaakko Poyry, Godfrey & Kahn, API and NCR.

| Title | Hours |
|---|---|
| Partner | 48.50 |
| Associate | 83.50 |
| Legal Assistant | 23.50 |

$37,657.50

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

## Legal General

Continued work on Joint Defense, Settlement, and Representation and Arbitration Agreements; research on joint defense/common interest privilege, possible use of affirmative defense to arranger liability; review issues relating to joint defense agreements; review TSCA mega-rule applicability to case; review Pneumo-Abex issues; review Housatonic settlement; and work on ROD analysis at sites similar to Fox River.

| Title | Hours |
|---|---|
| Partner | 13.75 |
| Associate | 26.50 |
| Legal Assistant | 2.00 |

$10,276.25

## Case Administration

Continued work on case budget; review and revise tasks, projects, and priorities; research SOP 96-1 issues; monitor consultant invoices and expenses; ongoing file organization; and telephone calls with DSI and NCR.

| Title | Hours |
|---|---|
| Partner | 12.75 |
| Associate | 3.75 |
| Legal Assistant | 30.50 |

$8,795.00

## Technical

Continued work on technical issues; revise congener ratio technical paper; research National Remedy Review Board; review NRDA Addendum #2 for Fox River; monitor other sites, including Grand Calumet, Mud River, Pine River and Housatonic; review 56/57 and Deposit N issues; review habitat assessment; review EPA Ecological Research Report; preparation for and attend Technical Committee meeting; participate in Lawyer's Conference call; and telephone calls with Exponent, BBL, Glatfelter and NCR.

| Title | Hours |
|---|---|
| Partner | 54.00 |
| Associate | 11.50 |
| Legal Assistant | 17.00 |

$21,858.75

Recyclable Materials Legislation

Continued analysis of CERCLA and NRD reform issues and impact of recyclable material exemption on case; research, prepare amendment to Lott bill; work on Dobbins' requests for materials and preparation for trip to Washington; travel to Washington to meet with Senate staff of Lautenberg, Inhofe and Bond; meet with AT&T liaison; followup from meetings; and telephone call with P. Servidea, P. Samson, T. Dobbins and A. Harrington.

| Title | Hours |
|---|---|
| Partner | 34.00 |
| Associate | 19.25 |
| Legal Assistant | 2.50 |

$17,088.75

FRG Work

Continued work on FRG issues, including settlement term sheet, 56/57 issues, and landfill issues; review EPA statements concerning cleanup costs; review BBL response to EPA's dredging success document; monitor events at Housatonic and Pine River sites; work on preparation of NPL listing comments and attachments for submittal to USEPA; preparation of presentation materials for League of Women Voters' television program in Green Bay; continued work on public affairs issues; preparation for and participation in Lawyer's conference calls; preparation for and meet with P. Samson and W. Brewer; preparation for and attend FRG meetings in New York; and telephone calls with LTI, BBL, Exponent, Fleishman Hillard, outside counsel, API and NCR.

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

| Title | Hours |
|---|---|
| Partner | 172.00 |
| Associate | 13.00 |
| Legal Assistant | 11.75 |

$61,812.50

Strategy

Work on overall strategy issues and options; work on API/NCR statement of strategy; continued research on decision tree analyst; work on preparation of administrative and conflicts materials; monitor Housatonic settlement; preparation for and participate in Lawyer's conference call; and telephone calls with the Brattle Group, A. Macbeth and D. Buente.

| Title | Hours |
|---|---|
| Partner | 30.50 |
| Legal Assistant | 3.50 |

$10,775.00

Legal Allocation

Discussion on possible letters to brokers; work on modeling issues

| Title | Hours |
|---|---|
| Partner | 2.00 |

$695.00

Legislative General

Work with T. Dobbins and T. Kern on task to develop list of mills using recovered paper; review draft Logging Congress letters.

| Title | Hours |
|---|---|
| Partner | 1.25 |
| Associate | .50 |

$465.00

Total Fees For All Matters $169,423.75

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

| | | |
|---|---|---|
| Less Courtesy Discount | | -16,942.38 |
| Adjusted Fees | | $152,481.37 |
| **Expenses:** | | |
| Document Services | $3,600.88 | |
| Telephone Tolls | 2,093.19 | |
| Travel/Lodging | 3,545.74 | |
| Total Expenses | | 9,239.81 |
| **Total This Bill** | | **$161,721.18** |
| Less credit for 8/98 FRG expenses inadvertently charged to API/NCR | | -1,116.60 |
| **Total Due This Bill** | | **$160,604.58** |

| | |
|---|---|
| Amount Due from Appleton Papers Inc. | $80,302.29 |
| Amount Due from NCR Corporation | $80,302.29 |

September 1998

## Analysis of Sidley & Austin Invoices

| Name | Factual | Legal General | Case Admin | Technical | Recyclable Legislation | Strategy | FRG | Legislative General | Legal Allocation | Total | Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dickett | | 4.50 | | 2.00 | 1.50 | | 4.50 | | | 12.50 | 2.02% |
| Hanebutt | 16.25 | | 0.75 | | 1.00 | | 4.75 | 1.25 | | 24.00 | 3.89% |
| Heyde | 22.75 | 15.00 | 3.75 | 11.50 | | | 12.25 | 0.50 | | 65.75 | 10.65% |
| Macbeth | | | | | | 1.00 | | | | 1.00 | 0.16% |
| McMahon | 11.50 | 5.75 | 9.50 | 2.75 | 27.75 | 9.00 | 50.75 | | 1.00 | 118.00 | 19.11% |
| Orr | | 1.25 | 0.75 | 0.50 | | | | | | 2.50 | 0.40% |
| Radovich | | 2.50 | | | | | | | | 2.50 | 0.40% |
| Schlickman | 20.75 | 3.50 | 2.50 | 3.50 | 3.75 | 20.50 | 83.25 | | 1.00 | 138.75 | 22.47% |
| St. Jean | 23.50 | 0.75 | 29.75 | 16.50 | 2.50 | 3.50 | 11.75 | | | 88.25 | 14.29% |
| Warchall | | | | 45.75 | | | 28.75 | | | 74.50 | 12.06% |
| Westerfield | 60.75 | 9.00 | | | 19.25 | | 0.75 | | | 89.75 | 14.53% |
| Total | 155.50 | 42.25 | 47.00 | 82.50 | 55.75 | 34.00 | 196.75 | 1.75 | 2.00 | 617.50 | |
| Percentage | 25% | 7% | 8% | 13% | 9% | 6% | 32% | 0.3% | 0.3% | 100% | 100% |

Appleton Papers Inc./NCR Corp.--Fox River Joint

## TIME SUMMARY FOR ALL MATTERS

| Name | Hours | Rate | Value |
|---|---|---|---|
| A Macbeth | 1.00 | 380.00 | 380.00 |
| TM McMahon | 118.00 | 370.00 | 43,660.00 |
| JA Schlickman | 138.75 | 325.00 | 45,093.75 |
| JF Warchall | 74.50 | 325.00 | 24,212.50 |
| PR Hanebutt | 24.00 | 290.00 | 6,960.00 |
| WG Dickett | 12.50 | 270.00 | 3,375.00 |
| EB Westerfield | 89.75 | 240.00 | 21,540.00 |
| JM Heyde | 65.75 | 205.00 | 13,478.75 |
| J Radovich | 2.50 | 150.00 | 375.00 |
| MC St.Jean | 88.25 | 115.00 | 10,148.75 |
| KW Orr | 2.50 | 80.00 | 200.00 |
| **Total Hours and Fees** | **617.50** | | **$169,423.75** |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/01/98 | PR Hanebutt | Review RMT memo summarizing conversations with Patterson; confer with E. Westerfield regarding same; confer with Becky Young regarding additional documents | 1.00 |
| 09/01/98 | JM Heyde | Travel to Appleton and meet with B. Mieliulis and D. Marchik regarding draft 104(e) response and document production | 8.75 |
| 09/01/98 | EB Westerfield | Work with P. Hanebutt re: responding to Patterson report, fact investigation status, additional work with Jaakko Poyry Consultants; review Stolzenburg memos re: Patterson meeting, calls; work with Jaakko Poyry Consultants re: additional work investigating converters; review letter from D. McIntosh re: converters; review corporate history of Combined Locks; telephone conference with J. Heyde re: documents at Appleton, responding to 104(e); work on fact book | 4.00 |
| 09/02/98 | PR Hanebutt | Conference call with P. Samson and Becky Young regarding additional 28 boxes; e-mails to Fox River Team regarding same; multiple e-mails regarding additional factual material to be provided to Patterson; e-mail to Stolzenburg regarding experience in conducting Monte Carlo trials; exchange e-mails regarding CBI designations | 2.50 |
| 09/02/98 | TM McMahon | Review documents regarding additional boxes of files; review RMT discussions with Patterson; review forms consumption documents; review NCASI documents and documents regarding partitioning; telephone conference with P. Samson regarding status | 3.50 |
| 09/02/98 | JA Schlickman | Work on 104(e) issues; follow up Patterson work; review RMT e-mails; consider CBI issues; call with Art Harrington | 2.00 |
| 09/02/98 | EB Westerfield | Prepare comments on draft 104(e) response for Diane Marchik; long phone conference with D. Marchik re: same; work with J. Heyde re: review of documents at Appleton, issues with API 104(e) response; review NCASI documents and Estey studies as comparison; work with P. Hanebutt and J. Heyde re: same | 5.50 |
| 09/03/98 | PR Hanebutt | Review e-mails regarding CBI designations; confer with E. Westerfield regarding status of Patterson response | .75 |
| 09/03/98 | JM Heyde | Confer with P. Hanebutt regarding API documents; confer with J.A. Schlickman and E. Westerfield regarding Appleton 104(e) response; research regarding documents for Appleton 104(e) response; review draft paragraph to Patterson regarding alleged ACPC-CPM broke shipments | 5.50 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/03/98 | TM McMahon | Review draft RMT reports; office conference regarding same | 1.25 |
| 09/03/98 | JA Schlickman | Prepare for and attend meeting with J. Heyde and E. Westerfield re Patterson issues; review RMT reports and other documents; work on 104(e) response of API | 2.50 |
| 09/03/98 | MC St.Jean | Confer with J. Heyde, E. Westerfield about documents reviewed for NCR document productions, Appleton/Hultgren documents, AIG documents; locate documents for Appleton 104(e) | .75 |
| 09/03/98 | EB Westerfield | Phone conference with T. Stoltzenburg re: call with Patterson, response to Patterson; phone conference with S. Koch re: same; phone conference with T. Kern at Jaakko Poyry Consultants re: assembling list of converting facilities in Midwest; respond to emails regarding NCASI report, 104(e) response; work with J.A. Schlickman and J. Heyde re: status of fact investigation, response to Patterson, 104(e) response; work on reviewing and commenting on draft 104(e) response, respond to P. Hanebutt re: same; work with J. Heyde and C. St. Jean re: new identified documents and responsiveness to past 104(e) requests; work with P. Hanebutt and J. Heyde re: new documents located at NCR | 7.00 |
| 09/04/98 | PR Hanebutt | Interview D.B. Smith regarding NCR sales to government agencies; review proposed letters to Patterson; review newly discovered documents; letter to RMT transmitting same | 3.25 |
| 09/04/98 | JM Heyde | Research regarding D. Marchik questions on Appleton 104(e); telephone call with D. Marchik regarding same; circulate report on new IKON documents | 3.75 |
| 09/04/98 | TM McMahon | Review documents regarding response to Patterson | 1.25 |
| 09/04/98 | JA Schlickman | Work on API 104(e) response; meeting E. Westerfield re: same; work on RMT materials; calls with B. Mieliulis and A. Harrington; RMT response to Patterson | 3.00 |
| 09/04/98 | MC St.Jean | Searches and printing on DSI system for documents related to AIG's report on Combined Locks; run search on Committee on Water Survey for E. Westerfield | .75 |
| 09/04/98 | EB Westerfield | Work with J.A. Schlickman re: 104(e) response; review comments and prepare revisions for Godfrey and Kahn; work with D. Marchik re: same; review TRC report and other materials to confirm proposed information | 3.00 |
| 09/05/98 | PR Hanebutt | Summarize D.B. Smith interview notes | .75 |
| 09/08/98 | PR Hanebutt | Review revised letter to Patterson regarding Combined Locks non-use of ACPC broke | .50 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/08/98 | JA Schlickman | Revise RMT's draft letters to Patterson; meeting with E. Westerfield re: same; review and revise draft 104(e) responses | 3.00 |
| 09/08/98 | MC St.Jean | Continue searches and printing on DSI system looking for Combined Locks material balance background documents for E. Westerfield; confer with same | 2.75 |
| 09/08/98 | EB Westerfield | Review proposed letter to Patterson prepared by RMT; work with P. Hanebutt and J.A. Schlickman re: same; forward proposed revisions to RMT; work with B. Mieliulis re: paragraph on Wisconsin Tissue's proposed assumption; review new draft of 104(e) response; long phone conferences with B. Mieliulis and D. Marchik re: same; work with J.A. Schlickman re: same | 7.00 |
| 09/09/98 | TM McMahon | Review draft RMT letters to Patterson; office conference regarding same; review Smith interview notes; review revised allocation and pie charts; review documents regarding Estey data | 1.75 |
| 09/09/98 | JA Schlickman | Work on RMT submissions to Patterson; calls with E. Westerfield re: same | 1.00 |
| 09/09/98 | MC St.Jean | Locate documents re 104(e) | 1.00 |
| 09/09/98 | EB Westerfield | Review revised draft of RMT letters to Patterson; work with J.A. Schlickman and P. Hanebutt re: same; work with J. Heyde re: response to 104(e) and TRC report; review new draft of 104(e) and make additional revisions; work with B. Mieliulis re: same; telephone conferences with RMT re: letters to Patterson, new Estey data, related issues | 5.00 |
| 09/10/98 | PR Hanebutt | Confer with E. Westerfield regarding Busch book | .25 |
| 09/10/98 | TM McMahon | Telephone conference with P. Samson and E. Westerfield regarding Busch book; review follow up memo | 1.00 |
| 09/10/98 | JA Schlickman | Review status of PHR work; review status of game plan; calls re: RMT's meeting with Dale Patterson | 1.75 |
| 09/10/98 | MC St.Jean | Continue research looking for backup documents to the material balance of Combined Locks; locate documents from first 104(e) relating to same | 3.50 |
| 09/10/98 | EB Westerfield | Work on reviewing documents and entering same into fact book; review Wisconsin Tissue memo, compare against other Wisconsin Tissue materials, and draft memo forwarding same to team; telephone conference with RMT re: finalizing letters to Patterson; telephone conference with P. Samson re: Busch book; work with P. Hanebutt and J.A. Schlickman re: same; review Busch book; draft memo to team re: same | 5.00 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/11/98 | JM Heyde | Confer with R. Young regarding newly-found boxes | .25 |
| 09/11/98 | MC St.Jean | Confer with E. Westerfield; pull documents related to material balance and review; research on production data related to same | 2.75 |
| 09/11/98 | EB Westerfield | Work with C. St. Jean re: Combined Locks documents; work with J. Heyde re: Rockwell issue; work on list of projects for RMT; telephone conference with T. Stolzenburg re: meeting with Patterson; draft memo summarizing same; review RMT's memo summarizing same; respond to emails re: same; review document for fact book | 4.50 |
| 09/14/98 | PR Hanebutt | Review RMT letter to Patterson | .50 |
| 09/14/98 | JA Schlickman | Review RMT memos re: D. Patterson meeting; draft letter to Maureen Katz | 1.50 |
| 09/14/98 | MC St.Jean | Obtain production data; searches on system for documents related to AIG report; telephone call with E. Westerfield re PHR report | 2.00 |
| 09/14/98 | EB Westerfield | Work with Jaakko Poyry Consultants to develop list of forms converters; work with J. Heyde re: Kalamazoo documents; review documents obtained by PHR on Kalamazoo case; work with J.A. Schlickman re: letter to DOJ enclosing Patterson submittals | 5.00 |
| 09/15/98 | PR Hanebutt | Letter to B. Mieliulis and P. Samson transmitting RMT invoice; letter to B. Mieliulis and P. Samson transmitting Jaakko Poyry invoice; review Jaakko Poyry invoice | .50 |
| 09/15/98 | TM McMahon | Review RMT documents | .50 |
| 09/15/98 | JA Schlickman | Work on letter to M. Katz re: Technical Memo 2d; review memos re: factual investigation work; calls with P. Hanebutt | 1.50 |
| 09/15/98 | MC St.Jean | Pull NCR-produced documents | .75 |
| 09/15/98 | EB Westerfield | Work on reviewing documents obtained by PHR from Kalamazoo case; work with Jaakko Poyry Consultants re: list of converters | 2.00 |
| 09/16/98 | EB Westerfield | Phone conference with Jaakko Poyry Consultants re: work on converting facilities; prepare memo to team re: materials prepared by Jaakko Poyry Consultants | 1.25 |
| 09/17/98 | TM McMahon | Office conference P. Hanebutt, J. Schlickman regarding Patterson issues; review RMT documents and P. Samson comments | .50 |
| 09/17/98 | MC St.Jean | Locate Versar reports and copy; prepare letter to D. Marchik at Godfrey & Kahn and send; locate production data | 1.25 |
| 09/18/98 | PR Hanebutt | Review E. Westerfield summary of form manufacturers | .25 |
| 09/18/98 | TM McMahon | Review RMT notes regarding meeting with Patterson | .25 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/18/98 | JA Schlickman | Work on review of pending projects; consider impact of D. Patterson's death on RMT work; review e-mails re: fact work | 1.25 |
| 09/18/98 | MC St.Jean | Meet with E. Westerfield re backup information to AIG report; discuss project on collecting production information; begin review of subject matter files looking for production, emulsion loss data and copy | 3.00 |
| 09/18/98 | EB Westerfield | Work on preparing memo re: list of converters in Midwest; work with C. St. Jean re: assembling production information; work on reviewing documents assembled by PHR re: Kalamazoo | 3.25 |
| 09/21/98 | JM Heyde | Review E. Westerfield memo on developing new spreadsheet | .50 |
| 09/21/98 | TM McMahon | Review E. Westerfield analysis regarding revised shares for U.S. Paper and Riverside; review correspondence regarding use of Patterson data in modeling | 1.50 |
| 09/21/98 | MC St.Jean | Review files for production data | .75 |
| 09/21/98 | EB Westerfield | Work on preparing summary of liabilities of Riverside and U.S. Paper; review various factual investigation documents to update spreadsheet; work with RMT re: same | 1.50 |
| 09/22/98 | JA Schlickman | Review materials on converters and shares of Riverside and U.S. Paper | .75 |
| 09/22/98 | MC St.Jean | Review documents for possible imaging; refile documents | 1.00 |
| 09/23/98 | JM Heyde | Confer with A. Hassell (RMT) regarding Appleton POTW documents; generate index of same; pull Appleton POTW 104(e) response; confer with DSI regarding Appleton POTW documents | 3.00 |
| 09/23/98 | EB Westerfield | Phone conference with RMT re: additional work on Appleton POTW, preparing numbers for updated spreadsheet model; work with J.A. Schlickman re: strategy for factual investigation in light of Patterson's death, other fact investigation issues | 1.25 |
| 09/24/98 | PR Hanebutt | Confer with B. Mieliulis regarding outstanding Jaakko Poyry invoice; letter to John Matheson enclosing materials from August meeting | .50 |
| 09/24/98 | JM Heyde | Review documents for fact book | .50 |
| 09/24/98 | JA Schlickman | Review status of fact investigation game plan; call to P. Hanebutt re: same | .75 |
| 09/25/98 | MC St.Jean | Incorporate documents into system | .75 |
| 09/28/98 | PR Hanebutt | Re-review Schnabel interview notes; review miscellaneous correspondence regarding Patterson; review Cook interview notes; | 1.25 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Factual Investigation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | work on action items | |
| 09/28/98 | JM Heyde | Work on fact book | .50 |
| 09/28/98 | MC St.Jean | Locate documents on emulsion loss and copy; review other site dredging and sediment issues; locate documents for E. Westerfield | 1.50 |
| 09/29/98 | MC St.Jean | Work on factual investigation issues; telephone call with E. Westerfield; refile emulsion documents; review documents for possible imaging | 1.00 |
| 09/29/98 | EB Westerfield | Phone conference with RMT re: possible DNR developments in light of Patterson death; work with J. Heyde re: status report | .50 |
| 09/30/98 | PR Hanebutt | Confer with John Matheson regarding Rod Edwards as a potential consultant | .50 |
| 09/30/98 | PR Hanebutt | Review E. Westerfield draft memo to API/NCR regarding whether to proceed with bench scale/pilot scale; review file in preparation for developing action plan | 3.75 |
| 09/30/98 | JA Schlickman | Review API Declarations; work on RMT recommendations; review correspondence re: Fact issues; | 1.75 |
| 09/30/98 | EB Westerfield | Work on recommendation to NCR/API about whether to move forward with bench/pilot-scale work; work with P. Hanebutt re: same; review P. Hanebutt comments; work with P. Hanebutt re: action plan; telephone conferences with RMT re: additional work | 5.00 |
| | | **Total Hours** | **155.50** |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/01/98 | J Radovich | Research whether joint defense/common interest privilege applies to communications between in-house counsel | 2.50 |
| 09/01/98 | EB Westerfield | Work with J. Radovich re: issue of whether communications via in-house counsel would waive joint defense privilege; review cases from J. Radovich; provide report to J.A. Schlickman re: same; work on research re: whether third-party defense is available to parties liable as arrangers (A. Harrington issue) | 1.75 |
| 09/02/98 | TM McMahon | Review documents regarding applicability of TSCA Mega Rule and TSCA PCB Guidance to Fox; memos regarding same | 1.75 |
| 09/04/98 | EB Westerfield | Work on updating arranger liability memo, and researching issue raised by A. Harrington of possible use of affirmative defenses to arranger liability | 2.00 |
| 09/08/98 | TM McMahon | Review SEC filing of other FRG members | 2.00 |
| 09/08/98 | JA Schlickman | Consider responses to Pneumo Abex cert. petition; e-mails with Carter Phillips re: same; call to P. Samson | .50 |
| 09/09/98 | TM McMahon | Review documents regarding Pneumo Abex and Cert Petition options | 1.50 |
| 09/11/98 | WG Dickett | Review correspondence and documents regarding National Remedy Review Board; review files regarding same | 1.00 |
| 09/15/98 | EB Westerfield | Work with J.A. Schlickman re: changes to JDR agreement; review changes, incorporate some, provide J.A. Schlickman with comments regarding others; review article on ethical issues relating to joint defense agreements, and prepare memo to team re: same | 4.00 |
| 09/18/98 | KW Orr | File financial information | .50 |
| 09/21/98 | WG Dickett | Meeting with team regarding ROD and RI/FS issues; office conference with J. Heyde regarding same; review guidance regarding same | 2.50 |
| 09/21/98 | JM Heyde | Confer with T. McMahon, J.A. Schlickman, J. Warchall, W. Dickett regarding ROD assignment; confer with W. Dickett regarding same | 1.75 |
| 09/22/98 | JM Heyde | Work on list of sites for ROD analysis project | .50 |
| 09/22/98 | KW Orr | File financial info on ARJO for C. St. Jean | .75 |
| 09/22/98 | JA Schlickman | Revise Joint Defense and Representation Agreement; Review E. Westerfield comments | 1.50 |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal General

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/23/98 | JA Schlickman | Work on Joint Defense and Representation Agreement; meeting with E. Westerfield re: same | .75 |
| 09/23/98 | EB Westerfield | Work with J.A. Schlickman re: joint defense and representation agreement | .25 |
| 09/25/98 | JM Heyde | Send remedy review board memo to J.A. Schlickman; research regarding sites of concern for ROD analysis | 6.50 |
| 09/28/98 | JA Schlickman | Review Housatonic settlement; calls with D. Buente re: same | .75 |
| 09/28/98 | MC St.Jean | Locate financial information on other FRG companies | .75 |
| 09/28/98 | EB Westerfield | Work on revising joint defense agreement in light of JA Schlickman comments | .50 |
| 09/29/98 | WG Dickett | Review NCP regarding administrative record issues; telephone conference with A. Schlickman regarding same | 1.00 |
| 09/29/98 | JM Heyde | Conference call with T. McMahon, J.A. Schlickman, J. Warchall, A. Macbeth, D. Buente regarding Housatonic settlement | 2.00 |
| 09/29/98 | TM McMahon | Office conference with J. Schlickman regarding Decision Analysis conflicts list; telephone conference with P. Samson regarding same | .50 |
| 09/29/98 | EB Westerfield | Final revisions to joint defense and representation agreement | .50 |
| 09/30/98 | JM Heyde | Draft memo on Housatonic settlement; review NPL provisions regarding specificity of RODs | 4.25 |
| | | **Total Hours** | **42.25** |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/03/98 | MC St.Jean | Review analysis of hours; document management; locate correspondence for J. Heyde; refile documents | 1.00 |
| 09/04/98 | TM McMahon | Office conference with J. Schlickman regarding budget and task categories and related matters; continued drafting of management structure | 4.00 |
| 09/04/98 | JA Schlickman | Call with P. Samson re: pending tasks; review budget categories and needs; meeting with T. McMahon re: same | 1.25 |
| 09/04/98 | MC St.Jean | Document management; meet with D. Green and review and relocate P. Hanebutt files | .50 |
| 09/05/98 | PR Hanebutt | Review RMT invoice; review new joint defense agreement regarding submittal process; draft transmittal letter | .75 |
| 09/08/98 | TM McMahon | Research SOP 96-1 issues; revise draft spreadsheets for tracking legal and other provider expenses; office conference regarding same | 3.00 |
| 09/08/98 | MC St.Jean | Refile correspondence; review names to include on service list; problems with DSI connection to database; telephone call with Jeff Green (DSI) and J. Heyde re same | 1.00 |
| 09/09/98 | TM McMahon | Review documents regarding API/NCR government affairs budget | .25 |
| 09/09/98 | JA Schlickman | Work on budget and budget categories | .50 |
| 09/09/98 | MC St.Jean | Refile correspondence and other document management; confer with A. Schlickman regarding organization of files | 1.25 |
| 09/10/98 | JM Heyde | Office conference with J.A. Schlickman and C. St. Jean regarding administrative matters | .50 |
| 09/10/98 | MC St.Jean | Review names for inclusion on service list; confer with J. Heyde, A. Schlickman re organization of files under new representation arrangement; compile correspondence for file | 1.00 |
| 09/11/98 | MC St.Jean | Meet with T. McMahon re Putnam invoices; review and file correspondence; label files | 1.25 |
| 09/14/98 | MC St.Jean | Review correspondence and compile for filing; document management; telephone calls with Jeff Green at DSI re problems with computer connection; review New York Times article on paper companies | 2.50 |
| 09/15/98 | MC St.Jean | Copy correspondence for file; refile documents | 1.75 |
| 09/16/98 | JM Heyde | Draft memo to team regarding file policies; revise case budget | 1.00 |
| 09/16/98 | MC St.Jean | Document management and refile documents; update index to | 2.75 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Case Administration

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | documents; set up master file of agreements | |
| 09/17/98 | MC St.Jean | Document filing and reorganization, labeling; update index to files; review documents for imaging; refile correspondence | 2.75 |
| 09/18/98 | TM McMahon | Continue work on task assignments and budget categories; harmonize FRG and NCR/API categories | 1.25 |
| 09/18/98 | KW Orr | Pull originals per C. St. Jean | .25 |
| 09/18/98 | KW Orr | File attorney notes | .25 |
| 09/18/98 | MC St.Jean | Update index, file maintenance | .75 |
| 09/21/98 | MC St.Jean | Document management; new files; compile correspondence for filing; update service list to includes governmental changes | 1.75 |
| 09/22/98 | KW Orr | File originals for C. St. Jean | .25 |
| 09/22/98 | JA Schlickman | Work on Revised Budget | .75 |
| 09/22/98 | MC St.Jean | Document management and filing; compile correspondence | 1.00 |
| 09/23/98 | MC St.Jean | Refile correspondence; update index to files | 1.25 |
| 09/24/98 | TM McMahon | Revisions to conflicts database to be used for retention of consultants; office conference with J. Schlickman and C. St. Jean regarding same; prepare for next API/NCR meeting | 1.00 |
| 09/24/98 | MC St.Jean | Organize correspondence and label same | .75 |
| 09/25/98 | MC St.Jean | Update service list and prepare memo to team looking for updates and route; file documents in main system | 1.75 |
| 09/28/98 | MC St.Jean | Review budget issue; compile correspondence; update service list; file organization | 2.25 |
| 09/29/98 | JM Heyde | Prepare Fox River status report | 2.25 |
| 09/29/98 | MC St.Jean | Update index; refile documents | .75 |
| 09/30/98 | MC St.Jean | Work on correspondence: organize and file, label; confer with J. Heyde re file system; confer with J. Warchall re technical files to be organized; other document management | 3.75 |
| | | **Total Hours** | **47.00** |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/01/98 | JF Warchall | Telephone call B. Brewer | .25 |
| 09/02/98 | WG Dickett | Review documents and correspondence regarding RI/FS RAOs; analysis regarding same | 2.00 |
| 09/02/98 | JF Warchall | Review faxes and e-mails; telephone call J.Schlickman, D.Ludwig, S.Hamilton | 4.25 |
| 09/03/98 | TM McMahon | Review documents regarding status of 56/57 and Deposit N; review documents regarding status of RIFS | 2.25 |
| 09/03/98 | JF Warchall | Review faxes and e-mails | .50 |
| 09/04/98 | JF Warchall | Review faxes and e-mails; telephone call J.Schlickman; e-mail re FOIAs for S.Jawetz; telephone call D.Ludwig | 1.00 |
| 09/08/98 | MC St.Jean | Review notes of Fox NRDA meeting | .25 |
| 09/08/98 | JF Warchall | Conference call re listing comments; review J.Giesy article | 1.50 |
| 09/09/98 | JM Heyde | Review complaints and consent decrees from USX Grand Cal settlement | 3.00 |
| 09/09/98 | MC St.Jean | Review other site information re Grand Calumet and Commencement Bay files; incorporate technical documents into system | .75 |
| 09/10/98 | TM McMahon | Review documents regarding Upper Fox modelling | .25 |
| 09/10/98 | MC St.Jean | Refile technical documents; file information on Grand Calumet; review cost summary for 56/57 | .75 |
| 09/10/98 | JF Warchall | Telephone call J.Schlickman, D.McLaughlin | .25 |
| 09/11/98 | MC St.Jean | Research on Kentucky PCB case on Mud River, including review of sediment survey of rivers; Lexis, Internet searches looking for level of contamination in river to compare with that of Fox; request and review docket sheet for Mercer v. Rockwell case; confer with J. Heyde | 1.00 |
| 09/11/98 | JF Warchall | Conference call with M.Brown | 1.00 |
| 09/14/98 | JA Schlickman | Review recent technical submissions of FRG; comments to J. Warchall | .75 |
| 09/14/98 | MC St.Jean | Locate technical report; review technical memorandums and reports for possible imaging; review status of landfill and 56/57 project; file additional Grand Calumet information | 1.25 |
| 09/14/98 | JF Warchall | Telephone call J.Schlickman; review LOWV overheads; review NPL comment outline | .75 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/15/98 | JF Warchall | Review faxes and e-mails; telephone call J.Schlickman; prepare for Technical Committee meeting | 1.75 |
| 09/16/98 | JF Warchall | Review faxes and e-mails; attend Technical Committee meeting | 11.00 |
| 09/17/98 | JM Heyde | Research regarding National Remedy Review Board; draft memo regarding same | 2.75 |
| 09/17/98 | MC St.Jean | Locate sediment survey for T. McMahon; locate state agreement for J. Warchall and copy; review technical materials for possible imaging; review technical documents and index; review other sites information | 1.75 |
| 09/18/98 | KW Orr | File technical reports | .25 |
| 09/18/98 | MC St.Jean | Confer with J. Warchall, J. Heyde; locate correspondence from Tim Fields to Gov. Thompson concerning NPL listing; review consultant documents; review other site information | 1.50 |
| 09/21/98 | JM Heyde | Review reports on last week's meetings; confer with J.A. Schlickman and J. Warchall regarding technical update | 1.50 |
| 09/21/98 | JA Schlickman | Meeting with J. Warchall and J. Heyde re: status of FRG technical efforts | 1.50 |
| 09/21/98 | MC St.Jean | Pull notice from 9/21 Federal Register on NRDA Addendum #2; telephone calls with FWS, telephone call with F. Horvath to arrange Fed.Exp. of same; telephone call with J. Warchall; pull NRDA; review e-mails on Patterson report status; review technical reports | 1.00 |
| 09/22/98 | TM McMahon | Review documents regarding USEPA Ecological Research Strategy | .25 |
| 09/22/98 | JA Schlickman | Review status of technical work | .25 |
| 09/22/98 | MC St.Jean | Update index to include new technical documents; review new NRDA Addendum #2 from Frank Horvath; make copies and fax to Steering Committee; meet with T. McMahon, J. Warchall; route addendum to team; locate EPA ecological research report on Internet and print for J. Heyde; locate agreement for J. Warchall | 2.50 |
| 09/22/98 | JF Warchall | Review and revise listing comments; memo to T.Quill re experts' article; review Addendum 2 to NRDA plan and office conference T.McMahon; draft memo re Pine River Action memo | 6.75 |
| 09/23/98 | JM Heyde | Review NRDA addendum | .50 |
| 09/23/98 | MC St.Jean | Review EPA's Ecological Report, copy and route to team; Internet search and copy endocrine disruptor report; incorporate into index and process for imaging; begin review of correspondence from Fleishman Hillard looking for Fox newspaper clippings opposing | 4.25 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Technical

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | NPL listing of river for J. Warchall | |
| 09/23/98 | JF Warchall | Telephone call S.Missimer, D.Ludwig, T.Echikson; lawyers' committee call; review ecological studies plan; revise road map for NRDA; telephone call M.Flood | 6.75 |
| 09/24/98 | JA Schlickman | Review API/NCR Technical work issues; review FRG technical submissions | 1.00 |
| 09/25/98 | KW Orr | File technical reports | .25 |
| 09/25/98 | JF Warchall | Review habitat assessment; office conference J.Heyde re comments; telephone call S.Jawetz; review revised comments; telephone call D.Mclaughlin; review and revise congener ratio technical paper; review report on dioxin meeting | 5.50 |
| 09/28/98 | JM Heyde | Review draft habitat assessment | .50 |
| 09/29/98 | MC St.Jean | Review status of Housatonic River and NPL; review contaminated sediments documents; incorporate documents into system; review additional letters and editorials concerning possible NPL listing and comments from public | .75 |
| 09/29/98 | JF Warchall | Draft PR piece re new PCB science developments; conference call re Housatonic site | 1.75 |
| 09/30/98 | JM Heyde | Review and comment on draft habitat assessment | 3.25 |
| 09/30/98 | MC St.Jean | Confer with J. Warchall re provision in agreement for workplan (56/57); locate Montgomery Watson reports; telephone call with J. Heyde; review e-mails on approach to 56/57 | .75 |
| 09/30/98 | JF Warchall | Review faxes and e-mails; review modeling issues | 2.75 |
| | | **Total Hours** | **82.50** |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/10/98 | TM McMahon | Telephone conference with P. Servidea regarding status of bills and lobbying | .50 |
| 09/10/98 | JA Schlickman | Work on recyclable materials legislation issues; meeting with T. McMahon; pull old white papers | 1.00 |
| 09/11/98 | WG Dickett | Review documents and correspondence regarding Lott bill | .50 |
| 09/11/98 | TM McMahon | Telephone conference with P. Samson and T. Dobbins regarding Lott Bill; review documents and prepare materials | 2.00 |
| 09/14/98 | TM McMahon | Office conference with P. Hanebutt and conference call with T. Dobbins regarding research on EPW; collect materials for and telephone conference with T. Dobbins; review documents, research and prepare amendment to S. 2180 | 2.50 |
| 09/14/98 | JA Schlickman | Work on pending issues re: recyclable materials exemption; calls with T. McMahon | .75 |
| 09/15/98 | TM McMahon | Continue work for and telephone conference with T. Dobbins; review documents, research and prepare amendment to S. 2180 | 5.00 |
| 09/15/98 | JA Schlickman | Review files and pull memos for updating; review correspondence re: 2180/Lott Bill | .75 |
| 09/16/98 | TM McMahon | Continue work on materials for T. Dobbins; telephone conference with T. Dobbins, P. Servidea; office conference with E. Westerfield regarding meetings in DC; conference call with T. Dobbins, E. Westerfield | 6.00 |
| 09/16/98 | EB Westerfield | Work with T. McMahon re: Lott bill; review Lott bill and proposed NCR amendment, backup documentation; long phone conference with T. Dobbins and T. McMahon re: preparing for meetings with Senate staffers; review additional materials and prepare for meetings | 7.00 |
| 09/17/98 | WG Dickett | Review documents and correspondence regarding Lott bill and CERCLA reform | 1.00 |
| 09/17/98 | TM McMahon | Continue work on legislative briefing and advocacy materials; telephone conference with J. Schlickman, P. Samson, E. Westerfield; debriefing from T. Dobbins and conference call with P. Hanebutt | 4.00 |
| 09/17/98 | EB Westerfield | Work with T. Dobbins re: preparation for meetings with Senate staffers; meet with staffers for Lautenberg, Inhofe and Bond; meet with AT&T government affairs liaison; work with T. McMahon re: results of meetings; review emails and additional memos re: leave- | 10.00 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | behind materials | |
| 09/18/98 | TM McMahon | Review documents regarding meetings yesterday and plan follow up; office conference with E. Westerfield and J. Schlickman; telephone conference with P. Samson; prepare memos | 2.00 |
| 09/18/98 | EB Westerfield | Work with T. McMahon re: trip to DC; review materials from T. Dobbins re: status of bill | .50 |
| 09/21/98 | TM McMahon | Follow up regarding lobbying activities last week; review E. Westerfield and T. Dobbins reports; telephone conference with P. Servidea regarding meetings; review correspondence regarding Wisconsin recycling exemption | 2.75 |
| 09/21/98 | MC St.Jean | Confer with P. Hanebutt; research on information on number of paper employees at paper mills re Dobbins request; telephone calls to library looking for sources; search Internet for statistics; review Bureau of Labor article, print and review references; telephone call with Lockwood Post editor; prepare e-mail of status to P. Hanebutt | 2.25 |
| 09/22/98 | PR Hanebutt | Confer with John Matheson regarding Jefferson Smurfitt; confer with Phil Servidea regarding ISRI list; letter enclosing same; confer with Tara Kern regarding same | 1.00 |
| 09/24/98 | TM McMahon | Follow up regarding S. 2180 | .50 |
| 09/24/98 | EB Westerfield | Phone conference with J.A. Schlickman and A. Harrington re: Wisconsin recyclable materials exemption | .50 |
| 09/25/98 | TM McMahon | Office conference with J. Schlickman and review correspondence regarding S. 2180 | .75 |
| 09/28/98 | TM McMahon | Review correspondence regarding S. 2180 and Wisconsin recycling exemption | .25 |
| 09/28/98 | JA Schlickman | Call with P. Samson and P. Servidea re: status of S.2180 and efforts to involve brokers | .50 |
| 09/28/98 | EB Westerfield | Work with JA Schlickman re: option of sending notices of liability to brokers; review memos re: status of recycling legislation | .25 |
| 09/29/98 | TM McMahon | Review reports regarding S. 2180 and related matters | 1.25 |
| 09/29/98 | JA Schlickman | Revise NAM Proposal Settlement; comments to P. Servidea | .75 |
| 09/29/98 | MC St.Jean | Review Servidea memo on S.2180 (Lott bill); review and file email on same re markup | .25 |
| 09/30/98 | TM McMahon | Review documents regarding Lott bill | .25 |
| 09/30/98 | EB Westerfield | Work on analyzing issue of whether to send notices of liability to brokers; begin memo re: same. | 1.00 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Recyclable Materials Legislation

| Date | Name | Narrative | | Hours |
|---|---|---|---|---|
| | | | **Total Hours** | **55.75** |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/01/98 | JA Schlickman | Work on FRG Issues; lawyers call preparation; PR issues; press release re: Bruce Johnson; permit and 56/57 issues; settlement | 3.00 |
| 09/02/98 | TM McMahon | Review Vogel correspondence; office conference with J. Schlickman regarding Lawyers call and settlement and Housatonic; review Public Affairs regarding League of Women Voters | 2.75 |
| 09/02/98 | JA Schlickman | Prepare for and participate in Lawyers Committee call; follow up issues to call; review modeling correspondence and provide comments; review correspondence | 5.00 |
| 09/02/98 | EB Westerfield | Review group correspondence; review Fleischman-Hillard press release | .25 |
| 09/03/98 | TM McMahon | Review documents regarding settlement and Housatonic; review Public Affairs regarding League of Women Voters; review public affairs reports | 2.75 |
| 09/03/98 | JA Schlickman | Work on FRG issues; review FRG e-mail; correspondence; call with P. Servidea re: public relations task force; review summaries of governmental meetings | 2.00 |
| 09/04/98 | WG Dickett | Review of correspondence and documents regarding settlement issues; review news articles regarding the site; review various FRG correspondence; review documents regarding 56/57 project; review documents regarding RI/FS issue | 1.75 |
| 09/04/98 | PR Hanebutt | Review NCR e-mails (e.g. schedule of events; Fox Wolf Basin press response; CBI claims; RMT document log) | .75 |
| 09/04/98 | TM McMahon | Office conference with J. Schlickman regarding status settlement and related document review; review public affairs reports | 2.25 |
| 09/04/98 | JA Schlickman | Work on PR Task force issues; review final version of settlement term sheet; review faxes/e-mails; review articles re: Government meetings | 2.00 |
| 09/05/98 | PR Hanebutt | Review settlement term sheet | .25 |
| 09/08/98 | TM McMahon | Review memos regarding Public Affairs issues, including EPA meeting last week; review and analysis of Heimbuch memo on NRDA meeting with WDNR | 2.00 |
| 09/08/98 | JA Schlickman | Review notes of PR task force; review FRG correspondence; review reports on EPA/WDNR public meetings; consider revisions for FRG strategy; prepare for lawyers call | 2.50 |
| 09/08/98 | MC St.Jean | Review public relations task force notes from P. Servidea, A. | .25 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Schlickman | |
| 09/09/98 | JM Heyde | Pull Vogel document on FRG allocation | .25 |
| 09/09/98 | TM McMahon | Review documents regarding EPA statements regarding cost of cleanup; review documents regarding PA task force; research possible candidates for new PR firm and office conferences regarding same; review Heimbuch report; review schedule of events; review modifications to RIFS work plan; review op-ed piece; review comments on RETEC RAO memo | 4.00 |
| 09/09/98 | JA Schlickman | Prepare for and participate in FRG Lawyers call; review FRG correspondence, faxes, e-mails; calls with P. Samson and P. Servidea re: settlement term sheet | 3.50 |
| 09/10/98 | JM Heyde | Draft comments on proposed NPL listing | 1.00 |
| 09/10/98 | TM McMahon | Review documents regarding NRD fishing questionnaire; review 56/57 unit costs and status | 1.75 |
| 09/10/98 | JA Schlickman | Revise Steering Committee agenda; review faxes and e-mails; work on strategy; prepare for New York FRG meetings | 1.00 |
| 09/11/98 | TM McMahon | Telephone conference with P. Samson, M. Brown, O'Connor, J. Schlickman, J. Warchall regarding preparation for League of Women Voters presentation; review M. Brown overheads; office conference with J. Schlickman | 3.00 |
| 09/11/98 | JA Schlickman | Calls with P. Samson, Brown, D. Ludwig and O'Connor re: League of Women Voters Program; Review and revise slides; consider Thomas; call P. Sweeney | 2.50 |
| 09/11/98 | JA Schlickman | Finalize FRG meeting agendas; review e-mails re: Eau Claire Landfill problems; review FRG faxes | 1.00 |
| 09/11/98 | EB Westerfield | Review FRG correspondence; review Fleischman Hillard press releases | .25 |
| 09/13/98 | JM Heyde | Draft HRS/NPL comments | 4.25 |
| 09/13/98 | TM McMahon | Review EPA's Contaminated Sediment Strategy; review FRG's message for League of Women Voter's television program; draft analysis; draft proposed outline of revised message | 4.00 |
| 09/14/98 | WG Dickett | Review news articles regarding site; review documents regarding settlement term sheet; review of correspondence and documents regarding NRDA issues; review materials regarding RI/FS issues; review various FRG documents | 1.50 |
| 09/14/98 | TM McMahon | Office conference with J. Schlickman regarding materials for League of Women Voter's television program; review media | 1.50 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | reports; review reports regarding landfill problems; review letter from Patterson | |
| 09/14/98 | JA Schlickman | Prepare for FRG New York City meetings; review agenda package; calls with J. Warchall; review FRG e-mails, faxes, correspondence | 2.50 |
| 09/14/98 | JA Schlickman | Call with C. Hirsch; work on League of Women Voters Program; review BBL and Exponent materials; calls with Brown, D. Ludwig and P. Sweeney | 2.50 |
| 09/15/98 | TM McMahon | Review documents regarding landfill issue; review materials regarding League of Women Voters TV show; review documents regarding dredging "success"; telephone conference with J. Schlickman regarding strategy and Steering Committee meeting | 2.00 |
| 09/15/98 | JA Schlickman | Meetings with P. Samson and B. Brewer in New York; Prepare for Lawyers Committee meeting; review agenda items | 3.00 |
| 09/15/98 | JA Schlickman | Prepare for FRG meetings in New York; calls with P. Samson, B. Mieliulis re: same; work on FRG strategy issues; review agenda materials | 4.00 |
| 09/15/98 | MC St.Jean | Review FRG schedule of events; review Eau Claire landfill updates, other public affairs articles from Wisconsin | .50 |
| 09/16/98 | JA Schlickman | Prepare for and attend FRG meetings in New York; prepare for Steering Committee meeting on following day | 10.00 |
| 09/17/98 | TM McMahon | Telephone conference with P. Samson, J. Schlickman regarding FRG allocation and strategy and public affairs matters; review media data and prepare for League TV show; review documents regarding landfill issues; review notes regarding call to Hirsch; research regarding potential impact of Remedy Review Board on Fox River RIFS; review documents regarding Rep. Livinston inquiry to EPA regarding dredging; review documents regarding public hearing under Great Lakes Water Quality Agreement | 3.50 |
| 09/17/98 | JA Schlickman | Prepare for and attend FRG Steering Committee meeting in New York; review notes and work on follow up | 10.00 |
| 09/17/98 | JF Warchall | Draft NPL listing comments; telephone call J.Heyde; review faxes and e-mails | 6.75 |
| 09/18/98 | JM Heyde | Pull Fields letters on NPL listing | .50 |
| 09/18/98 | TM McMahon | Review public affairs reports; review FRG modeling work and office conference with J. Schlickman, J. Warchall regarding same; review documents regarding landfilling problems; review FRG financial reports; review BBL presentation to League of Women Voters | 2.00 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/18/98 | JA Schlickman | Work on summary of New York meetings for API/NCR Team; address New Modeling issues; calls with LTI and J. Warchall; review faxes re: Deposit N | 2.50 |
| 09/18/98 | JA Schlickman | Work on preparation of League of Women Voters Program; comments in PR Task Force report; review FRG correspondence | 2.50 |
| 09/18/98 | JF Warchall | Draft listing comments; review faxes and e-mails; telephone call J.Schlickman, D.Ludwig, D.McLaughlin, S.Jawetz; G.Bigham; send e-mail re use of Patterson data | 8.00 |
| 09/18/98 | EB Westerfield | Review FRG correspondence; review Fleischman Hillard press releases | .25 |
| 09/21/98 | TM McMahon | Review documents regarding University of Wisconsin and NYDEC seminar on contaminated sediment dredging; review draft comments on NPL Listing proposal; review BBL response to EPA "dredging success" document; review FWS Addendum to NRD Assessment Plan; review summary FRG Steering Committee meeting; office conference with J. Schlickman, W. Dickett, J. Warchall, J. Heyde regarding ROD contents; review documents regarding status of Cushing dredging database; review Vogel correspondence regarding FRG funding mechanism | 3.75 |
| 09/21/98 | JA Schlickman | Complete report on FRG meetings in New York City; work on comments to PR Task Force Report; review comments on NPL proposal | 3.50 |
| 09/21/98 | JF Warchall | Review listing comments; meeting with J.Schlickman and preparation for meeting; telephone call J.Heyde and B.Dickett re CERCLA record review research; review faxes and e-mails | 6.75 |
| 09/22/98 | TM McMahon | Review correspondence regarding meeting with USACE and DOJ advice regarding same; review FH correspondence meeting of Fox River Intergovernmental Partners; review documents regarding settlement, Earl and meetings with Government office; review documents regarding status of 56/57 and disposal issues regarding same | 2.00 |
| 09/22/98 | JA Schlickman | Review NPL listing comments; review Exponent Reports; work on comments to PR Task Force Report | 3.25 |
| 09/22/98 | MC St.Jean | Review Fleishman Hillard articles on Fox River, Dale Patterson, DNR | .25 |
| 09/23/98 | WG Dickett | Review documents regarding 56/57 project; review correspondence regarding settlement issues; review articles regarding site; review various FRG correspondence | 1.25 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/23/98 | TM McMahon | Review J. Schlickman comments on draft PR Task Force report; review materials for League of Women Voters presentations; review correspondence regarding 56/57 landfill issue and scheduling status | 2.50 |
| 09/24/98 | PR Hanebutt | Review miscellaneous e-mails and memos regarding progress of demonstration projects | .25 |
| 09/24/98 | JM Heyde | Legal research regarding state deferral policy for NPL comments; legal research regarding NEPA argument in NPL comments | 3.75 |
| 09/24/98 | TM McMahon | Review documents regarding FWS angler survey, Cushing dredging database, 56/57 issues, issues regarding Governor's office | 1.00 |
| 09/24/98 | JA Schlickman | Review NRDA Addendum; work on comments to NPL listing response; calls re: 56/57 issues; work on FRG Strategy | 3.00 |
| 09/24/98 | MC St.Jean | Work on assembly of attachments to the NPL comments for J. Warchall; file technical information | 6.50 |
| 09/24/98 | JF Warchall | Revise listing comments | 2.50 |
| 09/25/98 | TM McMahon | Review League of Women Voters presentation summary report; review correspondence regarding Earl meeting with Governor's office; office conference with J. Schlickman regarding takeover of 56/57 | 1.50 |
| 09/25/98 | JA Schlickman | Work on API/NCR Strategy statement | 1.50 |
| 09/25/98 | JA Schlickman | Review FRG correspondence re: 56/57, settlement, Deposit N, RI/FS, and League of Women Voters; work on NPL listing comments | 2.00 |
| 09/25/98 | MC St.Jean | Continue compilation of attachments for 9/28 NPL comments; redact documents and copy; meet with J. Warchall re same; meet with J. Heyde re documents on contaminated sediments; print out memo to P. Hanebutt re 96 sites; locate contaminated sediment book | 2.75 |
| 09/28/98 | PR Hanebutt | Review miscellaneous FRG correspondence (e.g. correspondence with Bruce Baker and Patterson regarding CTI work); review Fleischman-Hillard press clippings | 3.00 |
| 09/28/98 | JM Heyde | Legal research regarding NEPA section of NPL comments; confer with J. Warchall regarding same; confer with S. Jawetz regarding same | 2.50 |
| 09/28/98 | TM McMahon | Review additional report regarding League of Women Voters presentation; review correspondence regarding PA matters, including Task Force and O'Connor; review correspondence regarding Earl meeting with Governor's office; review summary of | 2.00 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

FRG Work

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Lawyer's call regarding takeover of 56/57; review Heimbuch action list | |
| 09/28/98 | JA Schlickman | Review final version of NPL comments; calls re: Fort James proposal to take over 56/57; Lawyers Committee call; review documents re: settlement issues | 4.00 |
| 09/28/98 | MC St.Jean | Review news articles regarding public affairs, League of Women Voters' meeting in Wisconsin, Alice O'Connor status | .75 |
| 09/28/98 | MC St.Jean | Refile Fleishman correspondence discussing anti-NPL sentiment used as attachment to comments | .25 |
| 09/28/98 | JF Warchall | Review clippings, revised NPL listing comments, RI/FS work order, report on public forum; draft PR piece re new PCB science developments; review and revise congener ratio white paper and NRDA "road map" | 4.75 |
| 09/29/98 | TM McMahon | Office conference with J. Schlickman and telephone conference with P. Samson regarding pros and cons of FRG takeover of 56/57; review documents regarding other sites, including Pine River and Housatonic and lengthy office conference regarding same; review Housatonic settlement in principle | 4.50 |
| 09/29/98 | JA Schlickman | Work on Issues relating to takeover of 56/57; review e-mails concerning T. Earl contents with Governor and Meyer; consider strategy and Pros/Cons | 2.50 |
| 09/29/98 | MC St.Jean | Review emails on group status, including Matthews/Spooner discussion and status of 56/57 | .25 |
| 09/30/98 | PR Hanebutt | Review miscellaneous FRG e-mails regarding 56/57 and status of discussions with the state | .50 |
| 09/30/98 | TM McMahon | Conference call with P. Samson, B. Mieliulis, P. Servidea, J. Schlickman regarding FRG takeover of 56/57; review documents regarding settlement proposals; review media reports | 2.00 |
| 09/30/98 | JA Schlickman | Prepare for and participate in Lawyers call; call with API/NCR about 56/57 take over issue; follow-up calls; Summary of Lawyer call; | 4.00 |
| 09/30/98 | MC St.Jean | Review Fleishman Hillard articles on public affairs issues | .25 |
| | | **Total Hours** | **196.75** |

SIDLEY & AUSTIN CHICAGO

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/01/98 | JA Schlickman | Work on elements of API/NCR strategy | 1.50 |
| 09/03/98 | JA Schlickman | Work on suggestions for FRG strategy; consider API/NCR strategy | 2.00 |
| 09/04/98 | JA Schlickman | Work on elements of API/NCR strategy | .75 |
| 09/09/98 | JA Schlickman | Work on strategy problems/issues; list of recommendations; calls with P. Samson re: same | 1.25 |
| 09/10/98 | TM McMahon | Office conference with J. Schlickman regarding research into content and structure of probable Fox River ROD; review other RODs | 1.75 |
| 09/14/98 | JA Schlickman | Work on strategy issues; draft strategy outline | 1.50 |
| 09/15/98 | JA Schlickman | Call with D. Buente re: status of Housatonic Site; work on outline of strategic issues; review old memos re: same | .25 |
| 09/17/98 | TM McMahon | Telephone conference with P. Samson and continued research into Decision Analysis consultants; telephone conference with Brattle | 1.00 |
| 09/18/98 | TM McMahon | Telephone conference with Brattle regarding decision analysis; prepare administrative and conflicts issues regarding decision analysis consultants | 1.25 |
| 09/18/98 | JA Schlickman | Continue work on developing strategy for API/NCR and FRG; meeting with T. McMahon re: same | 1.25 |
| 09/18/98 | MC St.Jean | Review e-mail from T. McMahon including attached list of potential conflicts for new decision tree consultant; e-mail comments to same re changes | .75 |
| 09/21/98 | TM McMahon | Review documents and consultant qualifications regarding Decision Analysis; review conflicts list for same | 3.00 |
| 09/21/98 | JA Schlickman | Call with D. Buente about Housatonic status; prepare for and attend meeting with T. McMahon, W. Dickett and J. Heyde on strategy -- ROD outcome | 2.00 |
| 09/22/98 | TM McMahon | Continued work regarding Decision Analysis consultant and conflicts | 1.50 |
| 09/22/98 | JA Schlickman | Work on statement of proposal strategy | 1.50 |
| 09/22/98 | MC St.Jean | Work on list of potential conflicts for decison tree consultant re list of affiliates | 1.25 |
| 09/23/98 | TM McMahon | Continued work on conflicts issues regarding Decision Analysis consultant | .50 |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Strategy

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/23/98 | JA Schlickman | Prepare for and participate in lawyers call; work on comments to NPL listing; review Addendum NRDA Plan; consider FRG Strategy; comments on PR Task Force | 4.50 |
| 09/23/98 | MC St.Jean | Review revised list of names for decision tree consultant; communicate with M. Flood re insurers | .25 |
| 09/24/98 | JA Schlickman | Work on API/NCR statement of strategy; review old strategy materials | 1.50 |
| 09/24/98 | MC St.Jean | Work on final changes to list for decision tree consultant and email to T. McMahon; confer with J. Heyde re additions to list; review A. Schlickman changes to same | 1.00 |
| 09/29/98 | A Macbeth | Conference call with Schlickman, McMahon, Buente, et al re Housatonic settlement and Hudson position | 1.00 |
| 09/29/98 | JA Schlickman | Calls with A. Macbeth and D. Buente re: Housatonic/Hudson; calls with J. Hanson re: FRG Strategy piece; work on strategy statement | 2.50 |
| 09/30/98 | MC St.Jean | Review additional list of insurer names re potential conflict for decision tree analyst | .25 |
| | | **Total Hours** | **34.00** |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legal Allocation

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/29/98 | TM McMahon | Office conference with J. Schlickman regarding notice letters to brokers and analysis regarding same | 1.00 |
| 09/30/98 | JA Schlickman | Review and follow-up on e-mails re: 56/57; work on modeling Issues-Velleux Comments/Problems | 1.00 |
| | | **Total Hours** | **2.00** |

Invoice Number: 9845371
Appleton Papers Inc./NCR Corp.--Fox River Joint

Legislative General

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 09/04/98 | JM Heyde | Review draft Logging Congress letters | .50 |
| 09/14/98 | PR Hanebutt | Confer with Tom Dobbins regarding legislative efforts and information to be developed by Jaakko Poyry | .50 |
| 09/15/98 | PR Hanebutt | Confer with Tara Kern regarding list of mills using recovered paper; letter to T. Dobbins (lobbyist) transmitting same | .50 |
| 09/18/98 | PR Hanebutt | Confer with Tom Dobbins regarding recyclers | .25 |
| | | **Total Hours** | **1.75** |

SIDLEY & AUSTIN
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

CHICAGO
DALLAS
LOS ANGELES
NEW YORK

ONE FIRST NATIONAL PLAZA
CHICAGO, ILLINOIS 60603
TELEPHONE 312 853 7000
FACSIMILE 312 853 7036

WASHINGTON, D.C
LONDON
SINGAPORE
TOKYO

FOUNDED 1866

FEDERAL ID 36-2158694

November 9, 1998

Paul M. Samson, Esq.
Appleton Papers Inc./NCR Corp.--Fox River Joint
ECD-2
101 West Schantz Avenue
Dayton, Ohio 45479

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 9845371
Client Number 14896

REMITTANCE PAGE
For Professional Services Rendered

Remit To:

SIDLEY & AUSTIN
One First National Plaza
Chicago, Illinois 60603
Federal ID 36-2158694

**Total Due This Bill** **$160,604.58**

Please Return This Page With Your Remittance

PAYMENT MAY BE MADE BY WIRE TO: FIRST NATIONAL BANK OF CHICAGO
ACCOUNT NUMBER: 5519624 ABA NUMBER: 071000013