HOGAN LOVELLS
CADWALADER

Hogan Lovells Cadwalader US LLP
200 Liberty Street
New York, NY 10281
T +1 212 918 3000
F +1 212 918 3100
www.hlc.com

September 11, 2026

**Via ECF**
The Honorable Stewart D. Aaron
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *NCR Corporation v. B.A.T Industries p.l.c.*, No. 1:23-cv-1172-JPC-SDA

Dear Judge Aaron:

B.A.T Industries p.l.c. ("BAT") writes pursuant to Federal Rule of Civil Procedure 6(b) and Your Honor's individual rule (I)(C) to respectfully request an enlargement of time in connection with the Motion for Leave to Amend its Answer and Counterclaims that BAT filed yesterday evening.

BAT timely filed its motion and supporting memorandum of law at approximately 11:15 p.m. (ECF Nos. 140, 141) but experienced technical difficulties filing the supporting declaration of Dennis H. Tracey (ECF Nos. 142–144) and the exhibits thereto, as a result of which, these documents were not properly filed until approximately 1:00 a.m. BAT attempted to file the Tracey declaration and its exhibits earlier in the evening, but the filings were rejected by the ECF system, BAT believes, as a result of the size of some of the attachments. Counsel for BAT diligently troubleshooted the uploading issues and ultimately reduced the sizes of several exhibits, which it re-uploaded on a piecemeal basis. As a result of this troubleshooting process, BAT was able to file the supporting declaration and its exhibits, however they were filed approximately seventy minutes after the September 10, 2026, deadline in Your Honor's Order (ECF No. 138).

BAT sincerely apologizes for this issue and respectfully requests that this Court extend BAT's filing deadline and deem BAT's supporting declaration and exhibits (ECF Nos. 142–144) as timely filed. The Court has discretion to grant BAT's requested relief. *See Laboy v. Ontario Cnty., N.Y.*, 56 F. Supp. 3d 255, 258 (W.D.N.Y. 2014) (granting an extension where exhibits were filed one day late due to filing issues).

BAT has not previously sought any adjournment or extension of this filing deadline and opposing counsel confirmed on September 11, 2026, that they do not object to this request.

Respectfully submitted,

*/s/ Dennis H. Tracey III*
Dennis H. Tracey III